# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | | |
|---|---|---|
| CHRISTA GAIL PIKE | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:12-CV-35 |
| | ) | **DEATH PENALTY CASE** |
| DEBRA JOHNSON, WARDEN | ) | |
| | ) | |
| Respondent. | ) | |

## ADDENDUM 1

## DOCUMENT 2

03501·9712-CR-00147
03C01-9611-CR-00408

TO THE SUPREME COURT

000158

VOLUME II

# TECHNICAL RECORD

## NO. 58183A

**DEFENDANT:** CHRISTA PIKE
(Defendant Indigent)

# APPEALED FROM
# KNOX COUNTY CRIMINAL COURT
# AT KNOXVILLE, TENNESSEE

HON. MARY BETH LEIBOWITZ, **JUDGE — DIVISION** III

MARTHA PHILLIPS, **CLERK**

### IN THE CASE OF

STATE OF TENNESSEE

### VS.

CHRISTA PIKE

DEFENDANT CONVICTED OF FIRST DEGREE MURDER & SENTENCED TO DEATH

**CHARGE:** FIRST DEGREE MURDER & CONSPIRACY TO COMMIT
FIRST DEGREE MURDER

# TO THE
# COURT OF CRIMINAL APPEALS
# KNOXVILLE, TENNESSEE

HONORABLE WILLIAM C. TALMAN, Attorney-at-Law
P.O. Box 506
Knoxville, TN    37901-0506
HONORABLE JULIE A. MARTIN, Attorney-at-Law
P.O. Box 426
Knoxville, TN    37901-0426    **Attorneys for Appellant**

HONORABLE RANDALL E. NICHOLS, District Attorney General
HONORABLE WILLIAM CRABTREE, Assistant Attorney General
HONORABLE S. JO HELM, Assistant Attorney General
City-County Building
Knoxville, TN    37902
**Attorneys for Appellee**

FILED 3rd DAY OF February 19 97

CRIMINAL **COURT** MARTHA PHILLIPS, **CLERK**

NO. 58183A    SHEILA MELTABARGER **DEP. CLERK**

**APPELLANT** TDOC

T:/J.C. BOND HEARING/   :50/01-27-95

11 fri

|  |  | BUSINESS ' VERS IN FORT SANDERS TELL AL.ION TEN NEWS BIG CHANGES ARE UNDERWAY AT THE KNOXVILLE JOB CORP. CENTER... |
|  |  | DEPARTMENT OF LABOR OFFICIALS TOLD THEM SEVERAL STUDENTS AND EMPLOYEES WERE KICKED OUT OF THE PROGRAM THIS WEEK... |
|  |  | DEPARTMENT OF LABOR OFFICIALS WOULD NOT CONFIRM OR DENY THE REPORT... |
|  | TAKE VO | TODAY, A JUDGE RULED |
| CRISTA FIKE |  | THERE'S ENOUGH PROOF TO DENY BAIL FOR ONE OF THREE STUDENTS IMPLICATED IN THE |
| AGE 18 CHARGE MURDER |  | MURDER OF ANOTHER. 18 YEAR-OLD-CHRISTA PIKE IS CHARGED IN THE KILLING OF 19-YEAR-OLD COLLEEN SLEMMER |
| NO BAIL |  | TWO WEEKS AGO. PROSECUTORS SAY THEY WILL SEEK THE DEATH PENALTY FOR PIKE. |
|  | TAKE CAM | TWO OTHER CO-DEFENDANTS FACE HEARINGS LATER. |

149

Case 1:12-cv-00035-HSM-SKL    Document 7-2    Filed 08/01/12    Page 3 of 153
PageID #: 183

T:/J.CORFS: PETERSON/   :25/02-09-95

        (BILL) IT'S ?CK TO
SQUARE ONE THIS EVENING FOR
A SUSPECT ON TRIAL IN THE
BRUTAL MURDER OF A JOB CORPS
STUDENT.

TAKE VO -------------------------------
        TODAY A SESSIONS COURT
JUDGE BARRED THE PUBLIC
DEFENDER'S OFFICE FROM
REPRESENTING 18-YEAR-OLD
SHADOLLA PETERSON.
        THE JUDGE CITES A
CONFLICT OF INTEREST.

#CITY/COUNTY BUILDING
        THAT'S BECAUSE THE PUBLIC
DEFENDER'S OFFICE WAS
ASSIGNED TO REPRESENT
PETERSON'S CO-DEFENDANT
CHRISTA PIKE ON AN UNRELATED
CHARGE.
        PETERSON, PIKE AND A
JUVENILE ARE CHARGED WITH
KILLING A FELLOW JOB CORFS
STUDENT LAST MONTH.

Case 1:12-cv-00035-HSM-SKL   Document 7-2   Filed 08/01/12   Page 4 of 153
PageID #: 184

T:/PROBE:SATANISM/ 3:30/02-14-95

(KIM) "HIDD' " AND
"SECRET" ARE TWo DEFINITIONS
OF THE WORD - OCCULT.
    BUT OFTEN, IMAGES OF AN
EVIL, WICKED FORCE THAT
DEFIES TRADITIONAL RELIGIOUS
FAITH COME TO MIND.
    WHILE MOST OF US PUT OUR
FAITH IN GOD, A FEW GO IN
ANOTHER DIRECTION.

(BILL) PATRICIA MCGEEVER
JOINS US WITH A NEWSPROBE
TEN REPORT...

(PATRICIA) RECENT EVENTS
HERE HAVE CALLED OUR
ATTENTION TO THE OCCULT.
    THERE ARE SEVERAL
DIFFERENT ASPECTS WITHIN IT.
SOME CALL IT EVIL, OTHERS
SAY THERE IS POWER IN IT.
POWER - THAT COMES FROM THE
DARK SIDE.

TRT    2:39

TAKE PKG----------------------

****************************
    19 year old colleen
slemmer was tortured to
death last month.
    her murder revealed a
potentially sinister
connection to the religious
underworld ....
    a suspect in slemmer's
murder admits to hearing
voices in her head that
ordered the killing.
    part of slemmer's skull
was taken from the crime
scene...
    a pentagram - a five
pointed star -a symbol of
satan - was carved into her
chest.
----------------------------
(nat sot cop)
----------------------------

#JANUARY
    :10
#LT. DON JOHNSON
#OAK RIDGE POLICE DEPT.
    1:08
#DR. LARRY FIELDS
#PASTOR, CENTRAL BAPTIST CHURCH
                    BEARDEN
    2:04

    lt. don johnson of the
oak ridge police department
speaks to young people about
the occult.
----------------------------
(nat sot thing)
----------------------------
    his collection includes
books on topics as seemingly
innocent as astrology and
palm reading. others as dark
and sacreligious as the
black mass...
----------------------------

start on shot of pent...whatever he
                    says

(johnson) even the most
innocent activity if you
allow it to and many allow
selves to be drawn into it

T:/SOMETHING ON JOB CORP/ 1:50/02-25-95                    77

(CASSANDRA) THERE IS WORD TONIGHT T. .T A DECISION ON THE FUTURE OF KNOXVILLE'S JOB CORPS IS IMMINENT.

ACTION TEN NEWS HAS LEARNED THAT FEDERAL OFFICIALS WILL ANNOUNCE WHAT'S TO BE DONE WITH JOB CORPS ON TUESDAY.

TAKE VO--------------------------------
#Knoxville

THE JOB TRAINING PROGRAM HAS COME UNDER FIRE RECENTLY..

IN JANUARY.. A STUDENT WAS MURDERED... ALLEGEDLY AT THE HANDS OF FELLOW STUDENTS.

AND JUST THIS WEEK, A JOB CORPS STUDENT IS ACCUSED OF ROBBING A WOMAN AT GUNPOINT NEAR THE CUMBERLAND AVENUE STRIP.

CONGRESSMAN JIMMY DUNCAN SAYS HE'S HEARD CHANGE MAY BE COMING FOR JOB CORPS.

TAKE SOT------------------------------    --------------------------
1:50:11
#U.S. Rep. Jimmy Duncan
#(R) Tennessee

(jimmy duncan) i have been told by the department of labor people that they would like to move the facility.. that they think that's in the best interest of everyone concerned.. but i don't know that they have worke out a suitable place

BACK ON CAMERA--------------------------   to move it to.
(CASSANDRA) EARLIER THIS MONTH, JOB CORPS OFFICIALS WROTE A LETTER TO AREA MERCHANTS, THAT SAYS STUDENTS HAVE VOLUNTARILY AGREED TO RESTRICT THEIR ACCESS TO THE FORT SANDERS, CUMBERLAND AVENUE AREA.

BUT IN LIGHT OF THIS WEEK'S VIOLENCE, MANY BUSINESS OWNERS SAY THEY'VE HAD ENOUGH.

TAKE SOT------------------------------    --------------------------
18:28
#Tom West
#Cumberland Ave. Merchants' Association

: (tom west) the merchants and the citizens are even more adamant about moving job corps. actually, now , i think it'd be more of a slap in the face to the merchants and citizens and the patrons of this area if the job corps was not moved.

VO CONTINUES  ----------    --------------------------
TODAY, POLICE SAY AN INVESTIGATION INTO OCCULT

Case 1:12-cv-00035-HSM-SKL    Document 7-25    Filed 08/01/12    Page 6 of 153 PageID #: 186

STUDENTS DID DABBLE IN THE
OCCULT.
TWO OF THOSE STUDENTS
ARE CHARGED IN THE
JANUARY MURDER OF COLLEEN
SLEMMER.
AND POLICE SAY TADARYL
SHIPP AND CHRISTA GAIL PIKE
WERE THE ONES MOSTLY
INVOLVED IN THE OCCULT.

153

T:/JOB CORP: SHIPP HRG/00:30/03-02-95

)2 thurs

TAKE VO ----------

(GENE)  A TEENAGER ACCUSED OF MUR  ? IN THE DEATH OF A JOB CORPS STUDENT SAYS THE VICTIM WAS KILLED AS A HUMAN SACRIFICE.

IN A TAPE-RECORDED STATMENT MADE TO POLICE AND PLAYED IN COURT THIS MORNING - 17 YEAR OLD TADARRYL SHIPP ADMITTED HE HAD BEEN INVOLVED IN SATAN WORSHIP SINCE HE WAS TEN YEARS OLD.

SHIPP AND TWO OTHERS ARE CHARGED IN THE BRUTAL BEATING DEATH OF 19 YEAR OLD COLLEEN SLEMMER.

HER BODY WAS DISCOVERED NEAR U.T. CAMPUS IN MID-JANUARY.

SHIPP AND 18 YEAR OLD CHRISTA PIKE - BOTH JOB CORPS STUDENTS - ARE CHARGED WITH SLEMMER'S MURDER.

A THIRD SUSPECT, SHADOLLA PETERSON IS CHARGED WITH AIDING AND ABETTING MURDER.

LAST WEEK SHE TESTIFIED THAT SHIPP AND PIKE CALLED THEMSELVES CHILDREN OF SATAN.

AND ON TAPE PLAYED TODAY - SHIPP TOLD POLICE HE CUT SLEMMER SEVERAL TIMES AND CARVED A PENTAGRAM INTO HER CHEST WHILE SHE WAS STILL ALIVE.

TODAY'S HEARING IN JUVENILE COURT WILL DECIDE WHETHER HE'S TRIED AS AN ADULT.

154

Case 1:12-cv-00035-HSM-SKL    Document 7-2    Filed 08/01/12    Page 8 of 153    PageID #: 188

T:/J.CORP SHIPP HEARING/ 2:20/03-02-95

*6 thurs*

(KIM) A TEENAGER ACCUSED IN THE BRUTAL, SATANIC BEATING DEATH OF A JOB CORPS STUDENT SAYS THE VICTIM'S DEATH WAS LIKE A HUMAN SACRIFICE.

TODAY PROSECUTORS PLAYED THE TAPE-RECORDED STATEMENT 17-YEAR-OLD TADARYL SHIPP GAVE POLICE SHORTLY AFTER THE MURDER OF COLLEEN SLEMMER.

SHIPP AND TWO OTHER JOB CORPS STUDENTS ARE CHARGED IN SLEMMER'S DEATH.

ACTION 10'S JENNIFER LESLIE JOINS US IN THE NEWSROOM WITH MORE.

TAKE NZRM:------------------------------
#JENNIFER LESLIE

(JENNIFER) KIM, IN A TRANSFER HEARING TODAY -- A JUVENILE COURT JUDGE RULED TADARYL SHIPP SHOULD BE TRIED AS AN ADULT BECAUSE HE'S ACCUSED OF COMMITTING SUCH A GRISLY CRIME.

HIS TAPE-RECORDED STATEMENT REVEALS NEW SATANIC LINKS IN THE MURDER.

TAKE PKG:------------------------------
#KNOX COUNTY JUVENILE COURT

#CHRIS COFFEY
#SHIPP'S DEFENSE ATTORNEY

#JANUARY 13
#UNIVERSITY OF TENNESSEE

#DET. RANDY YORK
#KNOXVILLE POLICE DEPT.

when tadaryl shipp was arrested for the murder of colleen slemmer, he wore a silver necklace with a pentagram charm.

it's the same satanic symbol he admits carving into slemmer's chest the night of the murder.

in fact, he told police her death was like a human sacrifice and says he's been involved in satanic worship since he was 10 years old.

(chris coffey, 5:52) "there's gonna be some evidence as to his religious beliefs, but I don't think it's relevant at all to this. i don't think it had anything to do with slemmer's death."

in a tape-recorded statement to police played in court, shipp says his girlfriend and co-defendent christa pike was mad at slemmer because she heard slemmer wanted to have sex with shipp.

both shipp and pike and another defendent shadolla peterson are charged with

155

T:/SHIPP TRIAL STATUS/00:30/03-03-95

(GENE) A 17 YEAR OLD
SELF-CONFESSED EVIL
WORSHIPPER WILL BE TRIED AS
AN ADULT IN THE MURDER OF
JOB CORPS STUDENT COLLEEN
SLEMMER.
THE RULING CAME
YESTERDAY AFTER A DAY OF
GRISLY TESTIMONY.

TAKE VO ------

THE TEENAGER - TADARRYL
SHIPP - NOW FACES LIFE
PRISON IF FOUND GUILTY.
IN A TAPE-RECORDED
STATEMENT TO POLICE
AND PLAYED IN COURT
YESTERDAY - SHIPP DESCRIBED
THE MURDER OF SLEMMER.
HE ALLEGES THAT HE AND
TWO OTHERS USED A MEAT
CLEAVER AND A BOX CUTTER TO
CUT SLEMMER..
HE ALSO SAID HE CARVED A
PENTAGRAM INTO THE VICTIM'S
CHEST WHILE SHE WAS STILL
ALIVE.
18 YEAR OLD CHRISTA PIKE
IS ALSO CHARGED WITH MURDER
IN THE CASE.
18 YEAR OLD SHADOLLA
PETERSON IS CHARGED WITH
AIDING AND ABETTING MURDER.
ALL THREE DEFENDANTS ARE
FORMER JOB CORPS STUDENTS.

000167

T:/JOB CORP INDICTMENTS/  :20/04-12-95
                WIPE TO VO-----------        (kim) THREE JOB CORPS
                                             STUDENTS
                                             ACCUSED OF TORTURING AND
                                             KILLING FELLOW STUDENT
                                             COLLEEN SLEMMER FACE
                                             CHARGES.
                                                 THE GRAND JURY RETURNED
                                             INDICTMENTS OF FIRST DEGREE
                                             MURDER AND CONSPIRACY TO
                                             COMMIT MURDER AGAINST
                                             CHRISTA PIKE, SHADOLLA
                                             PETERSON AND TADARYL SHIPP.

157

Case 1:12-cv-00035-HSM-SKL     Document 7-2     Filed 08/01/12     Page 11 of 153
PageID #: 191

T:/JOB CORPS INDICTMENTS/   :20/04-13-95

TAKE VO-----------------------------

(prepare to wipe to vo)-----------

(KRISTIN) A GRAND JURY HAS INDICTED S ECTS IN TWO RECENT MURDER CASES.
    THE GRAND JURY RETURNED INDICTMENTS OF FIRST DEGREE MURDER AND CONSPIRACY TO COMMIT MURDER AGAINST CHRISTA PIKE, SHADOLLA PETERSON AND TADARYL SHIPP.
    THEY ARE THE JOB CORPS STUDENTS ACCUSED OF TORTURING AND KILLING FELLOW STUDENT COLLEEN SLEMMER.

Case 1:12-cv-00035-HSM-SKL    Document 7-2    Filed 08/01/12    Page 12 of 153
PageID #: 192

T:/JOB CORFS MURDER COURT/ :20/05-23-95

(BILL) TWO OF THE THREE SUSPECTS IN TH. JOB CORFS MURDER CASE ARE SCHEDULED FOR TRIAL....

TAKE VO--------- SHADOLLA PETERSON WILL GO TO TRIAL DECEMBER FOURTH FOR HER ALLEGED ROLE IN THE TORTURE KILLING OF COLLEEN SLEMMER..

TADARYL SHIPP FACES TRIAL IN NOVEMBER.

THE THIRD SUSPECT, CHRISTA PIKE, WILL HAVE A HEARING NEXT JANUARY TO DETERMINE WHEN SHE'LL GO TO TRIAL...

159

T:/JOB CORPS MURDER/   :20/05-24-95

Am Wed.

TAKE VO---------

(GENE) TWO OF THE THREE
SUSPECTS ACCUS_   IN THE
BRUTAL MURDER OF JOB CORPS
STUDENT COLLEEN SLEMMER NOW
HAVE TRIAL DATES.
    SHADOLLA PETERSON WILL
GO TO TRIAL DECEMBER FOURTH
FOR HER ALLEGED ROLE IN THE
TORTURE KILLING OF
THE 19 YEAR OLD FELLOW
STUDENT.
    TADARYL SHIPP GOES TO
TRIAL IN NOVEMBER.
    THE THIRD SUSPECT,
CHRISTA PIKE, IS SCHEDULED
FOR A HEARING NEXT JANUARY
TO DETERMINE WHEN SHE'LL GO
TO TRIAL.

Case 1:12-cv-00035-HSM-SKL   Document 7-2   Filed 08/01/12   Page 14 of 153
PageID #: 194

000171

T:/JOB CORP PROSECUTION/  :30/05-24-95

12 wed

TAKE VO---------------------------

(KRISTIN) TWO OF THE THREE SUSPECTS ACCUS    IN THE BRUTAL MURDER OF JOB CORPS STUDENT COLLEEN SLEMMER NOW HAVE TRIAL DATES.
SHADOLLA PETERSON WILL GO TO TRIAL DECEMBER FOURTH FOR HER ALLEGED ROLE IN THE TORTURE KILLING OF THE 19 YEAR OLD FELLOW STUDENT.
TADARYL SHIPP GOES TO TRIAL IN NOVEMBER.
THE THIRD SUSPECT, CHRISTA PIKE, IS SCHEDULED FOR A HEARING NEXT JANUARY TO DETERMINE WHEN SHE'LL GO TO TRIAL.

Case 1:12-cv-00035-HSM-SKL   Document 7-2   Filed 08/01/12   Page 15 of 153   PageID #: 195

161

T:/CHRISTA PIKE HRG/00:25/02-16-96
　　　12 fri

TAKE VO:-------------------------------
#KNOX COUNTY CRIMINAL COURT

(ROBIN) A KNOX COUNTY
CRIMINAL JUDG. IN WEIGHING A
DECISION ON WHETHER SOME
GRAPHIC EVIDENCE CAN BE USED
IN THE MURDER TRIAL OF
CHRISTA PIKE.
　　DURING A PRE-TRIAL HEARING
THURSDAY, DEFENSE ATTORNEYS
TRIED TO PREVENT THE STATE
FROM USING THE VICTIM'S BODY
PARTS--INCLUDING HER SKULL--
AS EVIDENCE.
　　PIKE IS ACCUSED OF MURDER
IN THE DEATH OF 19-YEAR-OLD
COLLEEN SLEMMER.
　　THE JOB CORPS STUDENT WAS
STABBED AND BEATEN TO DEATH
NEAR THE U-T AG CAMPUS LAST
JANUARY.

Case 1:12-cv-00035-HSM-SKL　　Document 7-2　　Filed 08/01/12　　Page 16 of 153
PageID #: 196

000173

T:/CHRISTA PIKE HEARING/ :25/02-15-96
~~~(thurs~~~

TAKE VO:------------------------------
#KNOX COUNTY CRIMINAL COURT

(BILL) A KNOX COUNTY
CRIMINAL JUDG. WILL DECIDE
LATER WHETHER SOME GRAPHIC
EVIDENCE CAN BE USED IN THE
MURDER TRIAL OF CHRISTA
PIKE.
DURING A PRE-TRIAL HEARING
TODAY, DEFENSE ATTORNEYS
TRIED TO PREVENT THE STATE
FROM USING THE VICTIM'S BODY
PARTS AS EVIDENCE.
PIKE IS ACCUSED OF MURDER
IN THE DEATH OF 19-YEAR-OLD
COLLEEN SLEMMER.
THE JOB CORPS STUDENT WAS
STABBED AND BEATEN TO DEATH
NEAR THE U-T AG CAMPUS LAST
JANUARY.

Case 1:12-cv-00035-HSM-SKL   Document 7-2   Filed 08/01/12   Page 17 of 153
PageID #: 197

T:/CHRISTA PIKE HEARING/  :25/02-15-96

12 thurs

TAKE VO

(gene) A HEARING FOR MURDER
SUSPECT CHRIS . PIKE IS SET
FOR LATER TODAY.
    PIKE  - IS ACCUSED OF
MURDER IN THE DEATH LAST
YEAR OF A 19 YEAR OLD JOB
CORPS STUDENT.
    POLICE SAY COLLEEN
SLEMMER WAS BRUTALLY
ATTACKED - STABBED AND
BEATEN TO DEATH NEAR U-T
CAMPUS.
    PIKE - WHO IS NOW 19 AND
TWO OTHERS ARE ACCUSED OF
THE MURDER.

T:/JOB CORPS HEARING/ 1:50/02-23-95

(KIM)  NEW SATANIC LINKS IN
THE BRUTAL BEA  NG DEATH OF
A JOB CORPS STUDENT.
    TODAY, PROSECUTORS PLAYED
A TAPE-RECORDED STATEMENT
ONE JOB CORPS STUDENT MADE
TO POLICE SHORTLY AFTER THE
MURDER.
    SHADOLLA PETERSON AND TWO
OTHER JOB CORPS STUDENTS ARE
CHARGED IN THE DEATH OF
COLLEEN SLEMMER.
    ACTION 10'S JENNIFER
LESLIE REPORTS ON THE
TODAY'S DISTURBING
EVIDENCE.

TAKE PKG:------------------------------
#RANDY REAGAN
#PETERSON'S DEFENSE ATTORNEY
:08 -:11
#JANUARY 13
#UNIVERSITY OF TENNESSEE

    shadolla peterson says she
was an innocent witness to
the brutal, satanic beating
death of colleen slemmer in
january.
    "while she was there, she
had no part in this
killing."
    she and two other job
corps students christa pike
and tadaryl shipp are
charged in the murder.
    in a statement to police
played during a preliminary
hearing, peterson says pike
and shipp called themselves
children of satan and killed
slemmer because she was a
witch and wanted to have sex
with shipp.
    peterson went on to say
pike took a piece of
slemmer's skull and put it
in her pocket, calling it a
souvenir.
    peterson also said shipp
was carrying a satanic bible
during the attack and asked
peterson to join him in
satanic prayer.
    peterson says she refused
because of her beliefs.
    (reagan, 26:29) "this is
not a devil-worshipping
monster...this is a young
lady with faith in her
god."
    but prosecutors argue
peterson was in it from the
beginning...the judge bound
her case over to a grand
jury...changing the charge
to aiding and abetting first
degree murder. jennifer
leslie, action 10 news.

000176

BACK ON CAM:------------------------- (KIM) ANOTHER JOB CORPS
STUDENT TESTIFIED DURING
TODAY'S HEARIN'
  SHE SAID CHRISTA PIKE TOLD
HER SHE WAS GOING TO MURDER
SLEMMER AND THAT PIKE WAS
HAPPY AND EXCITED AFTER
RETURNING FROM THE MURDER
SCENE.

T:/JOB CORPS HEARING/   :40/02-24-95

Am Fri.

TAKE VO------------------------------
(peterson picture)


(slemmer picture)


WIFE TO SOT FULL------------------
#Randy Reagan
#Peterson's Defense Attorney

ON CAMERA-------------------------

(KRISTIN) A JUDGE HAS
REDUCED THE CH  GE AGAINST
ONE SUSPECT IN  HE MURDER OF
JOB CORPS STUDENT COLLEEN
SLEMMER.
      THE MURDER CHARGE
AGAINST SUSPECT SHADOLLA
PETERSON HAS BEEN CHANGED TO
AIDING AND ABETTING FIRST
DEGREE MURDER.
      PETERSON SAYS SHE WAS
AN INNOCENT WITNESS TO
SLEMMER'S DEATH EARLIER
THIS YEAR.
      (defense attorney)
"While she was there, she
had no part in this
killing."
      (KRISTIN) PETERSON'S
TAPE RECORDED STATEMENT TO
POLICE WAS PLAYED DURING
A PRELIMINARY HEARING
YESTERDAY.
      ON THE TAPE, PETERSON
SAYS THE TWO OTHER MURDER
SUSPECTS, CHRISTA PIKE AND
TADARYL SHIPP, CALLED
THEMSELVES CHILDREN OF SATAN
AND CARRIED A SATANIC BIBLE
TO THE SCENE OF THE ATTACK.

Case 1:12-cv-00035-HSM-SKL    Document 7-2  Filed 08/01/12    Page 21 of 153
PageID #: 201

T:/PETERSON HEARING/00:30/02-24-95

\ 2 fri .

TAKE VO

(gene) A SUSPECT IN THE
MURDER OF A JO  CORPS
STUDENT IS NO LONGER CHARGED
WITH MURDER.
   SHADOLLA PETERSON IS NOW
ACCUSED OF AIDING AND
ABETTING MURDER.
   IN A HEARING YESTERDAY -
PETERSON TOLD AUTHORITIES
SHE WAS AN INNOCENT
BYSTANDER TO THE EVENTS
WHICH LED TO THE DEATH OF 19
YEAR OLD COLLEEN SLEMMER.
   SLEMMER'S BATTERED BODY
WAS DISCOVERED NEAR U--T
CAMPUS IN MID-JANUARY.
   TWO OTHERS - CHRISTA
PIKE AND TADARRYL SHIPP -
ALSO JOB CORPS STUDENTS -
ARE CHARGED WITH MURDER IN
THE CASE.
   IN A TAPE-RECORDED
STATEMENT PLAYED IN COURT -
PETERSON DESCRIBES THE
MURDER SCENE - ALLEGING THAT
PIKE AND SHIPP
PERFORMED THE KILLING  -
CALLING THEMSELVES CHILDREN
OF SATAN.

T:/JOB CORPS HEARING/ 1:40/02-24-95

AM Fri

TAKE PKG:-----------------------------
TRT 1:06

#JANUARY 13
#UT AG CAMPUS        :04

#RANDY REAGAN
#PETERSON'S DEFENSE ATTORNEY
:08 -:11

#JENNIFER LESLIE REPORTING

BACK ON CAM:------------------------------

(GENE) A JUDGE HAS REDUCED CHARGES AGAINS  ONE OF THE SUSPECTS IN THE BEATING DEATH OF A JOB CORPS STUDENT.
AND AS ACTION 10'S JENNIFER LESLIE REPORTS, DISTURBING NEW EVIDENCE HAS BEEN INTRODUCED IN COURT.
****************************
shadolla peterson says she was an innocent witness to the brutal, satanic beating death of colleen slemmer in january.
"while she was there, she had no part in this killing."
she and two other job corps students christa pike and tadaryl shipp are charged in the murder.
in a statement to police played during a preliminary hearing, peterson says pike and shipp called themselves children of satan and killed slemmer because she was a witch and wanted to have sex with shipp.
peterson went on to say pike took a piece of slemmer's skull and put it in her pocket, calling it a souvenir.
peterson also said shipp was carrying a satanic bible during the attack and asked peterson to join him in satanic prayer.
peterson says she refused because of her beliefs.
(reagan, 26:29) "this is not a devil-worshipping monster...this is a young lady with faith in her god."
but prosecutors argue peterson was in it from the beginning...the judge bound her case over to a grand jury...changing the charge to aiding and abetting first degree murder. jennifer leslie, action 10 news. today.
****************************
(GENE) ANOTHER JOB CORPS STUDENT TESTIFIED DURING THE HEARING.
SHE SAID CHRISTA PIKE TOLD HER SHE WAS GOING TO MURDER SLEMMER AND THAT PIKE WAS HAPPY AND EXCITED AFTER

169

Case 1:12-cv-00035-HSM-SKL   Document 7-2   Filed 08/01/12   Page 23 of 153 PageID #: 203

000180

the more dangerous it
becomes.
_____   _____
    rituals and symbols are
part of the worship. so are
sacrifices...often animals,
rarely humans.
    police say satanic
activity is not widespread
in this area but it does
occur....when it does, it's
ususally done in secret.
_____
18:00-14 (1)   (cop) they get drawn into
it and there is real power,
the devil has real power
but they eventually lose
control of themselves..
_____
    authorities say a
distinction must be made
between hard core satanists
and those who dabble.
    and - between satanism
and witchcraft.
    witches, or wiccans,
believe there are gods in
nature...
_____
17:00-10    (pastor) the bible teaches
cover him here
approx. 4:10 (4)     butto
that christians are
not to get involved not to
be active in anything like
this that's darkness &
evil and evil spirit and
satanic.
_____
    vandalism and graffiti
are often the work of
pranksters.
    but in jellico, this
church was turned to the
ground little over a year
ago.
    authorities say the
evidence points to occult
activity.
_____
(pastor) you need to put
your emphasis and be aware
that this attraction
temptation is not of god and
will lead to unhappiness,
hurt, pain, and possible
death.
_____
*****************************
    THE ATTORNEY FOR CHRISTA
PIKE, ONE OF THE SUSPECTS IN
COLLEEN SLEMMER'S MURDER,
SAYS - HIS CLIENT IS NOT
INVOLVED IN ANY SATANIC
ACTIVITY.

    (KIM) SO, PATRICIA --- IS
SATANISM A RELIGION OR NOT?

    (PATRICIA) IT DEPENDS ON
WHOM YOU ASK...
    TOMORROW WE'LL LOOK AT
WHETHER FOLLOWERS OF
SATANISM BELONG TO A CULT --
OR A RELIGIOUS GROUP...

170

Case 1:12-cv-00035-HSM-SKL   Document 7-2   Filed 08/01/12   Page 24 of 153
PageID #: 204

000181

# IN THE CRIMINAL COURT FOR KNOX COUNTY, TENNESSEE
## DIVISION III

STATE OF TENNESSEE, ]
      Plaintiff, ]
 
vs. ]    No.:   58183-A
 
CHRISTA GAIL PIKE, ]
 
      Defendant. ]

FILED
BY MARTHA PHILLIPS

MAR 1 5 1996

COURT

## AFFIDAVIT OF MIKE HAMMOND

**I, MIKE HAMMOND,** after being duly sworn according to law, hereby make oath or affirm as follows:

1. I am the News Director for WIVK Radio station in Knoxville, Tennessee.

2. That I am familiar with and supervise the news programming for this station.

3. At the request of defense Counsel, a search of our records has been completed to ascertain the number of news stories that have appeared on our station relative to this case.

4. The attached documents represent a true, correct and complete account of the news stories which appeared on our station relative to this case.

5. The attached area coverage map represents a true and accurate depiction of this station's broadcast coverage area.

6. That the foregoing information is true and correct to the best of my knowledge, information and belief.

This the _14th_ day of March, 1996.

**STATE OF TENNESSEE** ]
              ] ss.
**COUNTY OF KNOX** ]    _Mike Hammond_
                  Mike Hammond, News Director

Sworn to and subscribed before me, this the _14_ day of March, 1996.

_Janice M. Oliver_
                  NOTARY PUBLIC

My Commission Expires: _5-26-98_.

171

Case 1:12-cv-00035-HSM-SKL    Document 7-2    Filed 08/01/12    Page 25 of 153    PageID #: 205

23JAN95

THE RECENT KILLING OF A JOB CORPS WORKER IN KNOXVILLE APPARENTLY HAD SOME OCCULT OVERTONES. THAT HAS CAUSED PARENTS ACROSS THE AREA TO WONDER HOW WIDESPREAD SATANIC WORSHIP AND THE OCCULT MIGHT BE AMONG TEENAGERS. WE POSED THE QUESTION THIS MORNING ON WAKE UP CALL-- TO PEG HIGHTOWER. SHE IS A FORMER COUNSELOR. WHO WORKS IN THE DRUG EDUCATION OFFICE NOW. SHE SAYS THE PROBLEM IS NOT OVERWHELMING....

(((((CART ODFA ):17 Q: SUPERNATURAL.))))))

ONE REASON- SHE SAYS PARENTS MIGHT NOT TAKE AN ACTIVE ROLE IN THE TEENAGERS' LIFE. HER ADVICE IS TO KNOW WHAT YOUR CHILD IS WEARING. KNOW WHO THEY HANG OUT WITH- AND EVEN HOW THEY DECORATE THEMSELVES AND THEIR ROOM.

THE NUMBER OF ASSUALTS AT KNOXVILLE'S JOB CORP IS REPORTEDLY 3 AND A HALF TIMES HIGHER THAN THE NUMBER OF ASSUALTS AT JOB CORPS CENTERS ACROSS THE

Case 1:12-cv-00035-HSM-SKL   Document 7-2   Filed 08/01/12   Page 26 of 153   PageID #: 206

((((((( OKO1 ):32  Q:SOC )))))

THE NUMBER OF ASSUALTS AT KNOXVILLE'S JOB CORP IS REPORTEDLY 3 AND A HALF
TIMES HIGHER THAN THE NUMBER OF ASSUALTS AT JOB CORPS CENTERS ACROSS THE
NATION.   KIMBERLY O'NEAL HAS MORE....

((((((( OKO1 ):32  Q:SOC )))))

A FORMER SCHOOL COUNSELOR IN KNOXVILLE SAYS THERE IS SATANIC ACTIVITY AND
DABBLING WITH THE OCCULT IN EVERY AREA OF KNOX COUNTY. BUT PEG HIGHTOWER IS
QUICK TO ADD THAT THE PROBLEM IS NOT OVERWHELMING. AND IT DOES NOT INVOLVE A
LARGE NUMBER OF KIDS.

(((((CART ODFB ):28 Q: NOTEBOOKS.)))))

THE CONCERN OVER SATANIC WORSHIP AND THE OCCULT HAS RISEN SINCE KNOXVILLE
POLICE SAID THE KILLING OF A JOB CORPS WORKER HAD SOME SIGNS OF OCCULY
BEHAVIOR.

MS. HIGHTOWER SAYS CHILDREN WHO USUALLY GET INVOLVED IN THE OCCULT ARE
SEARCHING FOR SOME KIND OF IDENTITY. AND MAY HAVE BEEN IN AN ABUSIVE FAMILY.

Case 1:12-cv-00035-HSM-SKL   Document 7-2   Filed 08/01/12   Page 27 of 153
PageID #: 207

HER BEST ADVICE- KNOW WHAT YOUR CHILDREN ARE DOING AND WEARING, AND WHO THEIR

FRIENDS ARE.

A FORMER SCHOOL COUNSELOR IN KNOXVILLE SAYS THERE IS SATANIC ACTIVITY AND DABBLING WITH THE OCCULT IN EVERY AREA OF KNOX COUNTY. BUT PEG HIGHTOWER IS QUICK TO ADD THAT THE PROBLEM IS NOT OVERWHELMING, AND IT DOES NOT INVOLVE A LARGE NUMBER OF KIDS.

(((((CART ODFB ):28 Q: NOTEBOOKS.)))))

THE CONCERN OVER SATANIC WORSHIP AND THE OCCULT HAS RISEN SINCE KNOXVILLE POLICE SAID THE KILLING OF A JOB CORPS WORKER HAD SOME SIGNS OF OCCULY BEHAVIOR.
MS. HIGHTOWER SAYS CHILDREN WHO USUALLY GET INVOLVED IN THE OCCULT ARE SEARCHING FOR SOME KIND OF IDENTITY, AND MAY HAVE BEEN IN AN ABUSIVE FAMILY. HER BEST ADVICE- KNOW WHAT YOUR CHILDREN ARE DOING AND WEARING, AND WHO THEIR FRIENDS ARE.

Case 1:12-cv-00035-HSM-SKL    Document 7-2    Filed 08/01/12    Page 28 of 153
PageID #: 208

174

000185

23JAN95

TENNESSEE CONGRESSMAN JIMMY DUNCAN CONTINUES TO HAMMER AWAY AT THE JOB CORPS PROGRAM. TODAY IN KNOXVILLE HE SAID HE'S TALKED TO POLICE CHIEF KEITH ABOUT IT.

OCSF — TAPE IN: Q: "WAY"  ):10

CONGRESSMAN DUNCAN IS ONE OF THOSE WHO WANT THE JOB CORPS ABOLISHED.

SINCE A JOB CORPS WORKER WAS FOUND MURDERED, AND POLICE INDICATED THERE WERE OCCULT OVERTONES...PARENTS HAVE WONDERED HOW MANY TEENAGERS AROUND HERE ARE INVOLVED. THIS MORNING ON WAKE UP CALL ON NEWS TALK RADIO 990'S WAKE UP CALL WE PUT THE QUESTION TO PEH HIGHTOWER. SHE IS WITH THE DRUG EDUCATION OFFICE FOR KNOX COUNTY SCHOOLS, AND USED TO BE A GUIDANCE COUNSELOR. SHE SAYS THE PROBLEM IS NOT OVERWHELMING, BUT THERE ARE TEENAGERS IN ALL NEIGHBORHOODS WHO ARE DABBLING WITH THE OCCULT.

((((CART ODFD ):58 Q: OTHERS. )))

SHE SAYS THE MAIN RESPONSIBILITY OF PARENTS SHOULD BE TO KNOW WHERE THEIR CHILDREN ARE. WHAT THEY ARE DOING. AND WEARING. AND WHO THEY ARE WITH.

175

Case 1:12-cv-00035-HSM-SKL   Document 7-2   Filed 08/01/12   Page 29 of 153
PageID #: 209

24JAN95

FEDERAL LABOR DEPARTMENT INVESTIGATORS WILL BE ASKING QUESTIONS TODAY ABOUT THE KNOXVILLE JOB CORPS PROGRAM. THE GOVERNMENT IS INVESTIGATING AFTER A 19-YEAR-OLD STUDENT WAS KILLED AND THREE OTHER STUDENTS CHARGED WITH HER DEATH. HAROLD GOSDIN IS A REGIONAL MANAGER FOR THE LABOR DEPARTMENT. HE SAYS THE JOB CORPS CANNOT ELIMINATE ALL OF ITS PROBLEMS WITH YOUNG PEOPLE---BUT HE ALSO ACKNOWLEDGES THAT A TOUGHER CURFEW RULE MIGHT BE PUT INTO EFFECT.

((((CART ODFD ):65 Q: LIKE THIS.

MR. GOSDIN PROMISES A REPORT SOON- TO THE PUBLIC AND TO THE COUNTY COMMISSION. HE SAYS SO FAR, HE HAS NO EVIDENCE OF WIDESPREAD PCCULT ACTIVITY WITHIN THE KNOXVILEL JOB CORPS.

176

27JAN95

PROSECUTORS SAY THEY WANT THE DEATH PENALTY FOR ONE OF THE WOMEN ACCUSED OF KILLING A JOB CORPS WORKER IN KNOXVILLE. A BOND HEARING FOR CHRISTA PILE IS SET FOR THIS MORNING. TWO OTHER ARE ALSO CHARGED.

STATE ATTORNEYS WILL TRY TO GET A SENTENCE OF DEATH FOR A YOUNG WOMAN ACCUSED OF FIRST DEGREE MURDER. 18 YEAR OLD CHRISTA PIKE IS ONE OF THREE TEENAGERS CHARGED WITH BEATING AND KILLING 19 YEAR OLD COLLEN SLEMMER... HER FELLOW JOB CORPS STUDENT. KNOXVILLE POLICE DETECTIVE RANDY YORK SAYS HE TOOK A VOLUNTARY STATEMENT FROM PIKE THAT DESCRIBED IN DETAIL THE TORTURE AND MURDER OF SLEMMER. YORK SAYS PIKE TOOK OFFICERS ON A TOUR OF THE CRIME SCENE AND ONLY REFUSED TO NAME THE OTHER PEOPLE WITH HER. ALSO CHARGED IN THE CASE IS 18 YEAR OLD SEDOLLA PETERSON AND 17 YEAR OLD TADARYL SHIPP. THERE IS A BOND HEARING SET FOR PIKE THIS MORNING AT 11 O'CLOCK.

PROSECUTORS SAY THEY WANT THE DEATH PENALTY FOR ONE OF THE WOMEN ACCUSED OF KILLING A JOB CORPS WORKER IN KNOXVILLE. A BOND HEARING FOR CHRISTA PILE IS SET FOR THIS MORNING. TWO OTHER ARE ALSO CHARGED.

STATE ATTORNEYS WILL TRY TO GET A SENTENCE OF DEATH FOR A YOUNG WOMAN ACCUSED OF FIRST DEGREE MURDER. 18 YEAR OLD CHRISTA PIKE IS ONE OF THREE TEENAGERS CHARGED WITH BEATING AND KILLING 19 YEAR OLD COLLEN SLEMMER... HER FELLOW JOB CORPS STUDENT. KNOXVILLE POLICE DETECTIVE RANDY YORK SAYS HE TOOK A VOLUNTARY STATEMENT FROM PIKE THAT DESCRIBED IN DETAIL THE TORTURE AND MURDER

Case 1:12-cv-00035-HSM-SKL Document 7-2 Filed 08/01/12 Page 31 of 153 PageID #: 211

OF SLAMMER. YORK SAYS PIKE TOOK OFFICERS ON A TOUR OF THE CRIME SCENE AND ONLY REFUSED TO NAME THE O~ ER PEOPLE WITH HER. ALSO `ARGED IN THE CASE IS 18 YEAR OLD SEDOLLA PETERSON AND 17 YEAR OLD TADARYL SHIPP. THERE IS A BOND HEARING SET FOR PIKE THIS MORNING AT 11 O'CLOCK.

31JAN95

FOR THE FIRST TIME IN ITS HISTORY...THE KNOXVILLE POLICE DEPARTMENT HAS
CHOSEN A WOMAN AS OFFICER OF THE YEAR.  OFFICER CYNTHIA GASS...A 22-YEAR
VETERAN OF THE FORCE...WORKS IN THE CRIMINAL INVESTIGATION DIVISION.
SHE'S BEEN VERY INVOLVED IN SEVERAL HIGH-PROFILE CASES...INCLUDING THE JOB
CORPS MURDER AND THE KILLING OF FRANCES WORTHIGTON.  OFFICER GASS SAYS POLICE
WORK HAS OBVIOUS RISKS...BUT NONE THAT SHE CAN'T HANDLE.


     OCGA - TAPE IN: Q: "SELECTED"  ):13


OFFICER GASS IS ALSO A MEMBER OF THE KPD'S HOSTAGE NEGOTIATION TEAM.

01FEB95

A TOP OFFICIAL AT THE UNIVERSITY OF TENNESSEE SAYS NEWS REPORTS HAVE
EXAGGERATED THE SAFETY CONCERNS AT THE KNOXVILLE CAMPUS. PHIL SCHEURER IS
VICE CHANCELLOR OF ACADEMIC AFFAIRS. HE SAYS THE CAMPUS IS JUST AS SAFE AS
THE CITY OF KNOXVILLE.

(((((((CART ODFC ):17 Q;TIME.)))))

TWO KILLINGS HAVE BEEN DISCOVERED ON U-T PROPERTY IN THE PAST TWO WEEKS. A
JOB CORPS WORKER WAS FOUND MURDERED ON THE AGRICULTURE CAMPUS. AND EARLY
YESTERDAY MORNING. A 41 YEAR OLD GRADUATE STUDENT WAS FOUND KILLED IN HIS
APARTMENT AT MARRIED STUDENT APARTMENTS ON SOUTHERLAND AVENUE.

FOR WEEKS THEY'VE BEEN SILENT ON THE ISSUE...CUMBERLAND AVENUE AND FORT
SAUNDERS MERCHANTS ON WHETHER JOB CORP SHOULD STAY OR GO. LAST NIGHT THEY
HELD A PUBLIC FORUM TO ADDRESS JUST THAT.

OSSC ): 36 Q: SOC

Case 1:12-cv-00035-HSM-SKL    Document 7-2    Filed 08/01/12    Page 34 of 153
PageID #: 214

A TOP OFFICIAL AT THE UNIVERSITY OF TENNESSEE SAYS NEWS REPORTS HAVE
EXAGGERATED THE SAFETY CON' RNS AT THE KNOXVILLE CAMPL '. PHIL SCHEURER IS
VICE CHANCELLOR OF ACADEMIC AFFAIRS. HE SAYS THE CAMPUS IS JUST AS SAFE AS
THE CITY OF KNOXVILLE.

((((((CART ODFC ):17 Q:TIME.)))))

TWO KILLINGS HAVE BEEN DISCOVERED ON U-T PROPERTY IN THE PAST TWO WEEKS. A
JOB CORPS WORKER WAS FOUND MURDERED ON THE AGRICULTURE CAMPUS. AND EARLY
YESTERDAY MORNING. A 41 YEAR OLD GRADUATE STUDENT WAS FOUND KILLED IN HIS
APARTMENT AT MARRIED STUDENT APARTMENTS ON SOUTHERLAND AVENUE.

A TOP OFFICIAL AT THE UNIVERSITY OF TENNESSEE SAYS NEWS REPORTS HAVE
EXAGGERATED THE SAFETY CONCERNS AT THE KNOXVILLE CAMPUS. PHIL SCHEURER IS
VICE CHANCELLOR OF ACADEMIC AFFAIRS. HE SAYS THE CAMPUS IS JUST AS SAFE AS
THE CITY OF KNOXVILLE.

((((((CART ODFC ):17 Q:TIME.)))))

TWO KILLINGS HAVE BEEN DISCOVERED ON U-T PROPERTY IN THE PAST TWO WEEKS. A
JOB CORPS WORKER WAS FOUND MURDERED ON THE AGRICULTURE CAMPUS. AND EARLY
YESTERDAY MORNING. A 41 YEAR OLD GRADUATE STUDENT WAS FOUND KILLED IN HIS
APARTMENT AT MARRIED STUDENT APARTMENTS ON SOUTHERLAND AVENUE.

01FEB95

IN TWO WEEKS- TWO MURDER VICTIMS HAVE BEEN FOUND ON UNIVERSITY OF TENNESSEE
PROPERTY- BUT THE VICE CHANCELLOR OF ACADEMIC AFFAIRS SAYS THAT DOES NOT MEAN
THE UNIVERSITY OF GETTING MORE DANGEROUS.

((((CART ODFA ):15 Q: WEEKS.))))

CHANCELLOR PHIL SCHEURER TELLS NEWS TALK RADIO 990 THAT IN EACH INCIDENT.
CAMPUS SECURITY ALERTS WERE PUBLISHED. A YOUNG JOB CORPS WORKER WAS
BLUDGEONED. HER BODY FOUND ON THE U-T AGRICULTURE CAMPUS. SOME OF HER JOB
CORPS COLLEAGUES ARE ACCUSED.
EARLY YESTERDAY. A 41 YEAR OLD GRADUATE STUDENT WAS FOUND KILLED IN HIS
APARTMENT AT MARRIED STUDENT HOUSING ON SOUTHERLAND AVENUE. A NINETEEN YEAR
OLD HAS BEEN CHARGED.

A VICE CHANCELLOR AT THE UNIVERSITY OF TENNESSEE SAYS MEDIA REPORTS ON TWO
KILLINGS DISCOVERED ON THE CAMPUS DISTORT THE TRUTH. PHIL SCHEURER SAYS THE
UNIVERSITY OF TENNESSEE IS AS SAFE AS THE REST OF THE CITY OF KNOXVILLE.
BUT- IN EACH CASE...SAFETY ADVISORIES HAVE BEEN SENT OUT TO STUDENTS.

((((CART ODFB ):29 Q: PROVIDED.)))  182

THE VICE CHANCELLOR FOR ACADEMIC AFFAIRS SAYS SAFETY TELEPHONES AROUND CAMPUS ALSO ADD TO THE SECURITY. IN ONE INCIDENT. A JOB CORPS WORKER WAS FOUND DEAD ON THE U-T AGRICULTURE CAMPUS. SOME OF HER FELLOW JOB CORPS WORKERS ARE ACCUSED. EARLY YESTERDAY MORNING. A GRADUATE STUDENT WAS FOUND DEAD IN MARRIED STUDENTS APARTMENTS ON SOUTHERLAND AVENUE. A NINETEEN YEAR OLD IS ACCUSED OF KILLING HIM.


A FORUM INVOLVING CUMBERLAND AVENUE/FORT SAUNDERS MERCHANTS, THE PUBLIC, COUNTY AND CITY OFFICIALS WAS HELD LAST NIGHT. MERCHANTS WERE TRYING TO DECIDE WHETHER OR NOT TO TOSS THEIR SUPPORT BEHIND JOB CORP OR SIGN A PETITION ASKING THEM TO LEAVE THE AREA.

IN THE END NOTHING WAS DECIDED. MERCHANTS WILL ANNOUNCE THEIR FINAL DECISION LATER THIS WEEK.

KEN BALLINGER, THE MANAGER OF THE ATHLETIC HOUSE LOCATED ON THE UT STRIP..WAS RIPPED OFF SEVERAL MONTHS AGO BY JOB CORP STUDENTS. HE DOESN'T KNOW WHETHER THEY SHOULD BE MOVED OR NOT...BUT SAYS HIS EXPERIENCE DEFINITELY SOURED HIM:

     OSSB >:15   Q:SOC



JOB CORP OFFICIALS ANNOUNCED TOUGHER MEASURES LAST NIGHT..AMONG THEM A ZERO TOLERANCE AGAINST VIOLENCE...THE ADDITION OF 4 NEW SECURITY OFFICERS...AS WELL AS A STRICTER CURFEW.


12 NOON NEWS

183

A TOP OFFICIAL AT THE UNIVERSITY OF TENNESSEE SAYS NEWS REPORTS HAVE
EXAGGERATED THE SAFETY CONCERNS AT THE KNOXVILLE CAMPUS. PHIL SCHEURER IS
VICE CHANCELLOR OF ACADEMIC AFFAIRS. HE SAYS THE CAMPUS IS JUST AS SAFE AS
THE CITY OF KNOXVILLE.


((((((CART ODFC ):17 Q:TIME.)))))


TWO KILLINGS HAVE BEEN DISCOVERED ON U-T PROPERTY IN THE PAST TWO WEEKS. A
JOB CORPS WORKER WAS FOUND MURDERED ON THE AGRICULTURE CAMPUS. AND EARLY
YESTERDAY MORNING, A 41 YEAR OLD GRADUATE STUDENT WAS FOUND KILLED IN HIS
APARTMENT AT MARRIED STUDENT APARTMENTS ON SOUTHERLAND AVENUE.


FOR WEEKS THEY'VE BEEN SILENT ON THE ISSUE...CUMBERLAND AVENUE AND FORT
SAUNDERS MERCHANTS ON WHETHER JOB CORP SHOULD STAY OR GO.  LAST NIGHT THEY
HELD A PUBLIC FORUM TO ADDRESS JUST THAT.

        OSSC ): 36  Q: SOC


A TOP OFFICIAL AT THE UNIVERSITY OF TENNESSEE SAYS NEWS REPORTS HAVE
EXAGGERATED THE SAFETY CONCERNS AT THE KNOXVILLE CAMPUS. PHIL SCHEURER IS
VICE CHANCELLOR OF ACADEMIC AFFAIRS. HE SAYS THE CAMPUS IS JUST AS SAFE AS
THE CITY OF KNOXVILLE.


((((((CART ODFC ):17 Q:TIME.)))))


TWO KILLINGS HAVE BEEN DISCOVERED ON U-T PROPERTY IN THE PAST TWO WEEKS. A

Case 1:12-cv-00035-HSM-SKL     Document 7-2     Filed 08/01/12     Page 38 of 153
PageID #: 218

JOB CORPS WORKER WAS FOUND MURDERED ON THE AGRICULTURE CAMPUS. AND EARLY YESTERDAY MORNING. A 41 YEAR OLD GRADUATE STUDENT WAS FOUND KILLED IN HIS APARTMENT AT MARRIED STUDENT APARTMENTS ON SOUTHERLAND AVENUE.

Case 1:12-cv-00035-HSM-SKL   Document 7-2   Filed 08/01/12   Page 39 of 153
PageID #: 219

000196

16FEB95

A TOP OFFICIAL WITH THE U-S LABOR DEPARTMENT COMES TO KNOXVILLE TODAY...TO

TALK TO THE MAYOR. AND VISIT THE JOB CORPS ON DALE AVENUE.

MAYOR ASHE WROTE A LETTER TO THE LABOR SECRETARY- ASKING FOR A SOLUTION TO

WHAT THE MAYOR CALLED AN ALARMING NUMBER OF SERIOUS CRIMES LINKED TO JOB

CORPS STUDENTS.

A TOP OFFICIAL WITH THE U-S LABOR DEPARTMENT COMES TO KNOXVILLE TODAY...TO

TALK TO THE MAYOR. AND VISIT THE JOB CORPS ON DALE AVENUE.

MAYOR ASHE WROTE A LETTER TO THE LABOR SECRETARY- ASKING FOR A SOLUTION TO

WHAT THE MAYOR CALLED AN ALARMING NUMBER OF SERIOUS CRIMES LINKED TO JOB

CORPS STUDENTS.

CUMBERLAND AVENUE MERCHANTS ASSOCIATION HAS ASKED THE JOB CORPS TO MOVE OUT

OF THE NEIGHBORHOOD.

DOUG ROSS, ASSISTANT SECRETARY OF LABOR FOR EMPLOYMENT AND TRAINING WILL

ARRIVE LATE THIS MORNING TO TALK WITH SEVERAL KNOXVILLELEADERS.

16FEB95

AN OFFICIAL FROM THE U-S LABOR DEPARTMENT CAME TO KNOXVILLE TODAY TO TALK

ABOUT THE JOB CORPS CENTER.  A NUMBER OF PEOPLE WANT THE CENTER TO BE MOVED

AWAY FROM ITS CURRENT LOCATION AT 17TH AND DALE - STILL OTHERS WANT IT SHUT

DOWN ALTOGETHER.  THIS AFTER COMPLAINTS ABOUT CRIMES COMMITTED BY JOB CORPS

STUDENTS.  ASSISTANT LABOR SECRETARY DOUG ROSS MET WITH MAYOR VICTOR ASHE

TODAY TO TALK ABOUT THE JOB CORPS FUTURE.

        OCSL - TAPE IN: Q: "FIGURE OUT"  ):42

THE KNOXVILLE JOB CORPS CENTER HAS BEEN UNDER FIRE SINCE 3 STUDENTS WERE

CHARGED IN THE BRUTAL MURDER OF ANOTHER.  SINCE THAT TIME - A PATTERN OF

CRIMINAL ACTIVITY INVOLVING JOB CORPS STUDENTS EMERGED.

17FEB95

THE ASSISTANT U-S LABOR SECRETARY SAYS THE FATE OF THE KNOXVILLE JOB CORPS CENTER REMAINS UNCERTAIN.  DOUG ROSS MET WITH MAYOR VICTOR ASHE YESTERDAY TO TALK ABOUT IT - HE SAYS THERE IS A CHANCE THE JOB CORPS WILL BE MOVED AWAY FROM ITS PRESENT LOCATION AT 17TH AND DALE.

OCSK - TAPE IN; Q: "SUCCESSFUL" ):14

A NUMBER OF GROUPS HAVE CALLED FOR THE JOB CORPS CENTER TO BE MOVED - MOSTLY BECAUSE OF CRIMES COMMITTED BY JOB CORPS STUDENTS.  ROSS SAYS WHATEVER THE LABOR DEPARTMENT DECIDES TO DO - IT'LL BE DONE AS SOON AS POSSIBLE.

THE ASSISTANT U-S LABOR SECRETARY SAYS THE FATE OF THE KNOXVILLE JOB CORPS CENTER REMAINS UNCERTAIN.  DOUG ROSS MET WITH MAYOR VICTOR ASHE YESTERDAY TO TALK ABOUT IT - HE SAYS THERE IS A CHANCE THE JOB CORPS WILL BE MOVED AWAY FROM ITS PRESENT LOCATION AT 17TH AND DALE.

OCSK - TAPE IN; Q: "SUCCESSFUL" ):14

A NUMBER OF GROUPS HAVE CALLED FOR THE JOB CORPS CENTER TO BE MOVED - MOSTLY BECAUSE OF CRIMES COMMITTED BY JOB CORPS STUDENTS.  ROSS SAYS WHATEVER THE LABOR DEPARTMENT DECIDES TO DO - IT'LL BE DONE AS SOON AS POSSIBLE.

THE ASSISTANT U-S LABOR SECRETARY SAYS THE FATE OF THE KNOXVILLE JOB CORPS CENTER REMAINS UNCERTAIN.  DOUG ROSS MET WITH MAYOR VICTOR ASHE YESTERDAY TO TALK ABOUT IT - HE SAYS THERE IS A CHANCE THE JOB CORPS WILL BE MOVED AWAY FROM ITS PRESENT LOCATION AT 17TH AND DALE.

    OCSK - TAPE IN: Q: "SUCCESSFUL"  ):14

A NUMBER OF GROUPS HAVE CALLED FOR THE JOB CORPS CENTER TO BE MOVED - MOSTLY BECAUSE OF CRIMES COMMITTED BY JOB CORPS STUDENTS.  ROSS SAYS WHATEVER THE LABOR DEPARTMENT DECIDES TO DO - IT'LL BE DONE AS SOON AS POSSIBLE.

AN OFFICIAL FROM THE U-S LABOR DEPARTMENT COMES TO KNOXVILLE TO TALK ABOUT THE JOB CORPS CENTER.  A NUMBER OF PEOPLE WANT THE CENTER TO BE MOVED AWAY FROM ITS CURRENT LOCATION AT 17TH AND DALE - STILL OTHERS WANT IT SHUT DOWN ALTOGETHER - BECAUSE OF CRIMES COMMITTED BY JOB CORPS STUDENTS.  ASSISTANT LABOR SECRETARY DOUG ROSS SAYS THE SITUATION AT THE KNOXVILLE CENTER CAN BY TURNED AROUND - BUT THAT'S NOT THE ONLY CONSIDERATION.

    OCSM - TAPE IN: Q: "MONTHS"  ):23

THE KNOXVILLE JOB CORPS CENTER HAS BEEN UNDER FIRE SINCE 3 STUDENTS WERE CHARGED IN THE BRUTAL MURDER OF ANOTHER.  SINCE THAT TIME - A PATTERN OF CRIMINAL ACTIVITY INVOLVING JOB CORPS STUDENTS EMERGED.

THE ASSISTANT U-S LABOR SECRETARY SAYS THE FATE OF THE KNOXVILLE JOB CORPS CENTER REMAINS UNCERTAIN.  DOUG ROSS MET WITH MAYOR VICTOR ASHE YESTERDAY TO TALK ABOUT IT - HE SAYS THERE IS A CHANCE THE JOB CORPS WILL BE MOVED AWAY FROM ITS PRESENT LOCATION AT 17TH AND DALE.

Case 1:12-cv-00035-HSM-SKL    Document 7-2    Filed 08/01/12    Page 43 of 153
PageID #: 223

OCSK - TAPE IN: Q: "SUCCESSFUL" >:14

A NUMBER OF GROUPS HAVE CALLED FOR THE JOB CORPS CENTER TO BE MOVED - MOSTLY
BECAUSE OF CRIMES COMMITTED BY JOB CORPS STUDENTS.   ROSS SAYS WHATEVER THE
LABOR DEPARTMENT DECIDES TO DO - IT'LL BE DONE AS SOON AS POSSIBLE.

AN OFFICIAL FROM THE U-S LABOR DEPARTMENT COMES TO KNOXVILLE TO TALK ABOUT
THE JOB CORPS CENTER.   A NUMBER OF PEOPLE WANT THE CENTER TO BE MOVED AWAY
FROM ITS CURRENT LOCATION AT 17TH AND DALE - STILL OTHERS WANT IT SHUT DOWN
ALTOGETHER - BECAUSE OF CRIMES COMMITTED BY JOB CORPS STUDENTS.   ASSISTANT
LABOR SECRETARY DOUG ROSS SAYS THE SITUATION AT THE KNOXVILLE CENTER CAN BY
TURNED AROUND - BUT THAT'S NOT THE ONLY CONSIDERATION.

OCSM - TAPE IN: Q: "MONTHS" >:23

THE KNOXVILLE JOB CORPS CENTER HAS BEEN UNDER FIRE SINCE 3 STUDENTS WERE
CHARGED IN THE BRUTAL MURDER OF ANOTHER.   SINCE THAT TIME - A PATTERN OF
CRIMINAL ACTIVITY INVOLVING JOB CORPS STUDENTS EMERGED.

190

20FEB95

KNOXVILLE MAYOR BELIEVES THE JOB CORPS WILL ANOUNCE ITS DECISION ON WHAT TO DO IN KNOXVILLE THIS WEEK.

>>ON WAKE UP CALL ON NEWS TALK RADIO 990 THIS MORNING<< THE MAYOR SAYS HE MADE IS CLEAR TO THE ASSISTANT LABOR SECRETARY THAT HE WAS NOT PLEASED WITH THE SITUATION.

(((((CART OASH1 ):22 Q: DECISION.)))))

MAYOR ASHE SAYS HE CANNOT TOLERATE ANY MORE PUBLIC SAFETY PROBLEMS FROM THE JOB CORPS. POLICE CHIEF PHIL KEITH SAYS A HIGH AMOUNT OF CRIME IS CONNECTED TO JOB CORPS WORKERS. AND ONE JOB CORPS WORKER HAS BEEN FOUND MURDERED--ALLEGEDLY BY THREE OF HER COLLEAGUES.

MAYOR VICTOR ASHE SAYS THE LABOR DEPARTMENT COULD DECIDE ON THE JOB CORPS SITE SOMETIME THIS WEEK. THE MAYOR SAYS HE MADE IT CLEAR TO THE ASSISTANT LABOR SECRETARY THAT KNOXVILLE WOULD NOT TOLERATE ANY MORE PUBLIC SAFETY PROBLEMS FROM THE JOB CORPS. AND IT WAS A REAL PROBLEM WITH THE CITY POLICE. WILL THE FEDERAL GOVERNMENT MOVE THE JOB CROPS?

(((((9CART OASH3 ):15 Q:ON IT)))

A REPORT FROM KNOXVILLE POLICE INDICATES SEVERAL CRIMES COULD BE LINKED TO JOB CORPS WORKERS. THE CUMBERLAND AVENUE MERCHANTS ASSOCIATION HAS ASKED JOB CORPS TO MOVE OUT OF TOWN. ONE JOB CORPS WORKER WAS KILLED...ALEGEDLY AT THE HANDS OF THREE OF HER COLLEAGUES.

Case 1:12-cv-00035-HSM-SKL    Document 7-2    Filed 08/01/12    Page 45 of 153
PageID #: 225

MAYOR VICTOR ASHE SAYS TH  _ABOR DEPARTMENT COULD DE(  E ON THE JOB CORPS
SITE SOMETIME THIS WEEK. THE MAYOR SAYS HE MADE IT CLEAR TO THE ASSISTANT
LABOR SECRETARY THAT KNOXVILLE WOULD NOT TOLERATE ANY MORE PUBLIC SAFETY
PROBLEMS FROM THE JOB CORPS. AND IT WAS A REAL PROBLEM WITH THE CITY POLICE.
WILL THE FEDERAL GOVERNMENT MOVE THE JOB CROPS?

    (((((9CART OASH3 ):15    Q:ON IT)))

A REPORT FROM KNOXVILLE POLICE INDICATES SEVERAL CRIMES COULD BE LINKED TO
JOB CORPS WORKERS. THE CUMBERLAND AVENUE MERCHANTS ASSOCIATION HAS ASKED JOB
CORPS TO MOVE OUT OF TOWN. ONE JOB CORPS WORKER WAS KILLED...ALEGEDLY AT THE
HANDS OF THREE OF HER COLLEAGUES.

Case 1:12-cv-00035-HSM-SKL    Document 7-2    Filed 08/01/12    Page 46 of 153
PageID #: 226

27FEB95

WE WILL SOON KNOW THE ANSWER TO A QUESTION THAT'S BEEN ASKED A LOT LATELY. THE U-S LABOR DEPARTMENT HAS CALLED A NEWS CONFERENCE AT 10:30 TOMORROW MORNING TO ANNOUNCE ITS DECISION ABOUT WHAT TO DO WITH THE KNOXVILLE JOB CORPS CENTER. FROM ALL INDICATIONS — THERE ARE 3 POSSIBILITIES. LEAVE THE CENTER RIGHT WHERE IT IS NOW....MOVE IT SOMEWHERE ELSE....OR CLOSE IT DOWN ALTOGETHER. THE KNOXVILLE JOB CORPS CENTER HAS BEEN UNDER INTENSE SCRUTINY SINCE THE MURDER OF A STUDENT — ALLEGEDLY AT THE HANDS OF 3 OTHERS. POLICE SAY THEY'VE HAD PROBLEMS WITH SOME JOB CORPS STUDENTS FOR YEARS.

28FEB95

THE JOB CORPS CENTER IN KNOXVILLE WILL BE CLOSED.  AS PAIGE DAVIS REPORTS,
THE RECENT BRUTAL MURDER OF A STUDENT... ALLEGEDLY BY 3 OTHER JOB CORPS
STUDENTS.... WAS THE LAST STRAW......

        OPD       )2:35     S-O-C

KNOXVILLE POLICE OFFICIALS WERE AMONG THOSE WHO COMPLAINED ABOUT THE JOB
CORPS AND ITS CONNECTION WITH CRIME IN THE U-T AND FORT SANDERS AREAS.
CHIEF PHIL KEITH SAYS THE CITY TRIED TO WORK WITH JOB CORPS OFFICIALS TO GET
A HANDLE ON THE PROBLEM...BUT THEY DIDN'T HOLD UP THEIR END OF THE BARGAIN.

    OCSL - TAPE IN: Q: "OUTCRY"  ):27

CHIEF KEITH SAYS HE AGREES WITH THE LABOR DEPARTMENT THAT THE RELATIONSHIP
BETWEEN THE JOB CORPS CENTER AND ITS NEIGHBORS WAS STRESSED BEYOND THE POINT
OF REPAIRS.

THE JOB CORPS CENTER IN KNOXVILLE WILL BE CLOSED.  AS PAIGE DAVIS REPORTS,
THE RECENT BRUTAL MURDER OF A STUDENT... ALLEGEDLY BY 3 OTHER JOB CORPS
STUDENTS.... WAS THE LAST STRAW......

        OPD       )2:35     S-O-C

KNOXVILLE POLICE OFFICIALS WERE AMONG THOSE WHO COMPLAINED ABOUT THE JOB CORPS AND ITS CONNECTION WITH CRIME IN THE U-T AND FORT SANDERS AREAS. CHIEF PHIL KEITH SAYS THE CITY TRIED TO WORK WITH JOB CORPS OFFICIALS TO GET A HANDLE ON THE PROBLEM...BUT THEY DIDN'T HOLD UP THEIR END OF THE BARGAIN.

    OCSL - TAPE IN; Q: "OUTCRY"  ):27

CHIEF KEITH SAYS HE AGREES WITH THE LABOR DEPARTMENT THAT THE RELATIONSHIP BETWEEN THE JOB CORPS CENTER AND ITS NEIGHBORS WAS STRESSED BEYOND THE POINT OF REPAIRS.

195

01MAR95

THE JOB CORPS IS MOVING FROM KNOXVILLE. BUT THE CHANGES IN THE WAY THE
FEDERAL PROGRAM WILL BE RUN GO DEEPER. NATIONWIDE- THE JOB CORPS WILL CHANGE
THE WAY IT BAILS OUT JUVENILES WHO HAVE BEEN ARRESTED. EARLIER REPORTS SAID
THE JOB CORPS IN KNOXVILLE WOULD BAIL OUT YOUNGSTERS. AND LET THEM LEAVE THE
STATE BEFORE THE TRIAL. THE JOB CORPS NOW SAYS IT WILL HAVE A WRITTEN
AGREEMENT BETWEEN ANY OF ITS OFFICE AND LOCAL LAW ENFORCEMENT, ON HOW
ARRESTED JUVENILES WILL BE HANDLED.

KNOXVILLE POLICE CHIEF PHIL KEITH SAYS THE DECISION TO CLOSE THE KNOXVILLE
JOB CORPS MAKES SENSE...AND COMES AS NO TO SURPRISE TO HIM.

        OCSJ - TAPE IN: Q; "EFFORTS"  >:15

CHIEF KEITH SAYS THE RELATIONSHIP BETWEEN THE JOB CORPS, ITS NEIGHBORS, AND
THE CITY BEGAN TO FALL APART A COUPLE OF YEARS AGO...WHEN JOB CORPS OFFICIALS
FAILED TO KEEP THEIR PROMISE TO BE ACCOUNTABLE FOR THE ACTIONS OF JOB CORPS
STUDENTS.

THE JOB CORPS IS MOVING FROM KNOXVILLE. BUT THE CHANGES IN THE WAY THE
FEDERAL PROGRAM WILL BE RUN GO DEEPER. NATIONWIDE- THE JOB CORPS WILL CHANGE
THE WAY IT BAILS OUT JUVENILES WHO HAVE BEEN ARRESTED. EARLIER REPORTS SAID
THE JOB CORPS IN KNOXVILLE WOULD BAIL OUT YOUNGSTERS. AND LET THEM LEAVE THE
STATE BEFORE THE TRIAL. THE JOB CORPS NOW SAYS IT WILL HAVE A WRITTEN

Case 1:12-cv-00035-HSM-SKL    Document 7-2    Filed 08/01/12    Page 50 of 153
PageID #: 230

...AGREEMENT BETWEEN ANY OF ITS OFFICE AND LOCAL LAW ENFORCEMENT, ON HOW ARRESTED JUVENILES WILL B' HANDLED.

--

THE JOB CORPS IS MOVING FROM KNOXVILLE. BUT THE CHANGES IN THE WAY THE FEDERAL PROGRAM WILL BE RUN GO DEEPER. NATIONWIDE- THE JOB CORPS WILL CHANGE THE WAY IT BAILS OUT JUVENILES WHO HAVE BEEN ARRESTED. EARLIER REPORTS SAID THE JOB CORPS IN KNOXVILLE WOULD BAIL OUT YOUNGSTERS, AND LET THEM LEAVE THE STATE BEFORE THE TRIAL. THE JOB CORPS NOW SAYS IT WILL HAVE A WRITTEN AGREEMENT BETWEEN ANY OF ITS OFFICE AND LOCAL LAW ENFORCEMENT, ON HOW ARRESTED JUVENILES WILL BE HANDLED.

KNOXVILLE POLICE CHIEF PHIL KEITH SAYS THE DECISION TO CLOSE THE KNOXVILLE JOB CORPS MAKES SENSE...AND COMES AS NO TO SURPRISE TO HIM.

     OCSJ - TAPE IN: Q: "EFFORTS"  >:15

CHIEF KEITH SAYS THE RELATIONSHIP BETWEEN THE JOB CORPS, ITS NEIGHBORS, AND THE CITY BEGAN TO FALL APART A COUPLE OF YEARS AGO...WHEN JOB CORPS OFFICIALS FAILED TO KEEP THEIR PROMISE TO BE ACCOUNTABLE FOR THE ACTIONS OF JOB CORPS STUDENTS.

CHIP STANLEY OWNS THE OLD COLLEGE INN RESTAURANT ON CUMBERLAND AVENUE.  HE SAYS MERCHANTS HE HAS TALKED TO ARE THANKFUL TO CITY LEADERS.....

          OPDK        >:16       Q"PROBLEMS"

STANLEY SAYS THE RECENT MURDER OF COLEEN SLEMMER... PUSHED TENSIONS BETWEEN THE JOB CORPS CENTER, AREA RESIDENTS AND MERCHANTS OVER THE EDGE.  HE BELIEVES VANDALISM AND OTHER MISCHEVOUS ACTS WILL BE REDUCED ON THE STRIP... AND PEOPLE FROM OTHER PARTS OF KNOXVILLE WILL BE MORE INCLINED TO SHOP ON

Case 1:12-cv-00035-HSM-SKL   Document 7-2   Filed 08/01/12   Page 51 of 153   PageID #: 291

197

000208

CUMBERLAND AVENUE.

THE JOB CORPS IS MOVING FROM KNOXVILLE. BUT THE CHANGES IN THE WAY THE FEDERAL PROGRAM WILL BE RUN GO DEEPER. NATIONWIDE- THE JOB CORPS WILL CHANGE THE WAY IT BAILS OUT JUVENILES WHO HAVE BEEN ARRESTED. EARLIER REPORTS SAID THE JOB CORPS IN KNOXVILLE WOULD BAIL OUT YOUNGSTERS, AND LET THEM LEAVE THE STATE BEFORE THE TRIAL. THE JOB CORPS NOW SAYS IT WILL HAVE A WRITTEN AGREEMENT BETWEEN ANY OF ITS OFFICE AND LOCAL LAW ENFORCEMENT, ON HOW ARRESTED JUVENILES WILL BE HANDLED.

--

MERCHANTS ON CUMBERLAND AVENUE AND IN THE FORT SANDERS AREA WELCOME THE DECISION TO CLOSE KNOXVILLE'S JOB CORPS. CHIP STANLEY OWNS THE OLD COLLEGE INN RESTAURANT ON THE STRIP. HE BELIEVES VANDALISM AND OTHER MISCHEVOUS ACTS WILL BE REDUCED... ONCE JOB CORPS STUDENTS ARE TRANSFERRED TO OTHER CENTERS IN THE SOUTHEAST. STANLEY SAYS THE RECENT MURDER OF COLLEEN SLEMMER WAS THE LAST STRAW......

                    OPDL          ):15        Q"YEARS"

STANLEY THINKS PEOPLE FROM OTHER PARTS OF KNOXVILLE WILL BE MORE INCLINED TO SHOP ON CUMBERLAND AVENUE NOW... AND THEY WILL ALL BE WELCOME.

Case 1:12-cv-00035-HSM-SKL Document 7-2 Filed 08/01/12 Page 52 of 153 PageID #: 232

THE JOB CORPS IS MOVING FROM KNOXVILLE. BUT THE CHANGES IN THE WAY THE FEDERAL PROGRAM WILL BE RUN GO DEEPER. NATIONWIDE- THE JOB CORPS WILL CHANGE

190

THE WAY IT BAILS OUT JUVENILES WHO HAVE BEEN ARRESTED. EARLIER REPORTS SAID THE JOB CORPS IN KNOXVILLE WOULD BAIL OUT YOUNGSTERS, AND LET THEM LEAVE THE STATE BEFORE THE TRIAL. THE JOB CORPS NOW SAYS IT WILL HAVE A WRITTEN AGREEMENT BETWEEN ANY OF ITS OFFICE AND LOCAL LAW ENFORCEMENT, ON HOW ARRESTED JUVENILES WILL BE HANDLED.

--

KNOX COUNTY SCHOOLS SAYS IT WILL FILE CRIMINAL CHARGES AGAINST A MAN WHO ALLEGEDLY BEAT UP A STUDENT OUTSIDE AUSTIN EAST HIGH SCHOOL. YESTERDAY MORNING, MARCUS CARVIN, A NINETEEN YEAR OLD WAS INJURED IN WHAT POLICE SAY WAS AN ARGUMENT OVER A GIRL.

--

AS YOU HEARD HERE ON WIVK NEWS YESTERDAY... KNOXVILLE'S JOB CORPS CENTER WILL BE CLOSED.... AND STUDENTS THERE TRANSFERRED TO OTHER CENTERS IN THE SOUTHEAST.  CHIP STANLEY OWNS THE OLD COLLEGE INN RESTAURANT ON CUMBERLAND AVENUE.  HE SAYS MERCHANTS HE HAS TALKED TO ARE THANKFUL TO CITY LEADERS.....

                    OPDK          >:16          Q"PROBLEMS"

STANLEY SAYS THE RECENT MURDER OF COLEEN SLEMMER... PUSHED TENSIONS BETWEEN THE JOB CORPS CENTER, AREA RESIDENTS AND MERCHANTS OVER THE EDGE.  HE BELIEVES VANDALISM AND OTHER MISCHEVOUS ACTS WILL BE REDUCED ON THE STRIP... AND PEOPLE FROM OTHER PARTS OF KNOXVILLE WILL BE MORE INCLINED TO SHOP ON CUMBERLAND AVENUE.

000210

01MAR95

THE JOB CORPS IS LEAVING KNOXVILLE BY THE MIDDLE OF NEXT MONTH.
BUT SOME PROBLEMS ASSOCIATED WITH THE FEDERAL AGENCY WILL REMAIN FOR A WHILE.
ONE OF THEM-- THE MURDER OF COLLEEN SLIMMER, A JOB CORPS WORKER, WHO WAS
ALLEGEDLY KILLED BY THREE OTHER YOUNG PEOPLE FROMTHE JOB CORPS. WIVK NEWS
ASKED KNOXVILLE POLICE SPOKESMAN FOSTER ARNETT ABOUT ALLEGATIONS OF SATANIC
ACTIVITY WITHIN THE JOB CORPS BUILDING.

   (((((CART OFOS1 ):28 Q: COME IN.)))))

KNOXVILLE POLICE INVESTIGATORS SAY THEY FOUND EVIDENCE THAT SOME OF THE
PEOPLE WORKING WITH THE JOB CORPS WERE INDEED- WHAT IS CALLED "DABBLING" WITH
OCCULT WORSHIP.

02MAR95

A SUSPECT IN THE JOB CORPS MURDER WILL BE TRIED IN ADULT COURT. TADERO SHIPP IS ONE OF THREE PEOPLE ACCUSED OF KILLING COLLEEN SLEMMER. HER BODY WAS FOUND ON THE UNIVERSITY OF TENNESSEE AGRICULTURE CAMPUS...SHE WAS BEATEN TO DEATH WITH CHUNKS OF ASPHALT. IN JUVENILE COURT THIS MORNING— PROSECUTORS PLAYED A TAPE WHERE SHIPP TOLD HOW HE CARVED A PENTAGRAM ON THE VICTIM'S CHEST. A PIECE OF HER SKULL WAS ALSO TAKEN. ALLEGEDLY BY ANOTHER SUSPECT. ALSO CHARGED. CHRISTA PIKE AND SADOLA PETERSON. BOND FOR TADERO SHIPP WAS SET AT A HUNDRED THOUSAND DOLLARS.

17 YEAR OLD. TADARYL SHIPP. WILL BE TRIED AS AN ADULT FOR THE MURDER OF 19 YEAR OLD COLLEEN SLEMMER.  SHIPP IS ONE OF TWO JOB CORPS STUDENTS THAT TORTURED AND KILLED THEIR FELLOW JOB CORPS MEMBER... SLEMMER ON JANUARY 14TH. SHIPP'S ATTORNEY. CHRIS COFFEY. SAYS JUDGE CARY GARRETT'S DECISION TODAY WAS NO SURPRISE.....

OPDA           ):10        Q"COURT"

ON A TAPE MADE SOON AFTER SHIPP'S ARREST... HE CONFESSED TO CARVING A PENTAGRAM IN SLEMMER'S CHEST.  SHIPP'S BOND IS SET AT 100 THOUSAND DOLLARS. 18 YEAR OLD CHRISTA PIKE IS ALSO ACCUSED OF FIRST DEGREE MURDER.  SEDOLLA PETERSON WAS APPARENTLY AT THE CRIME SCENE... BUT CHARGES AGAINST HER HAVE BEEN CHANGED TO CONSPIRACY TO COMMIT MURDER.

17 YEAR OLD, TADARYL SHIPP, WILL BE TRIED AS AN ADULT FOR THE MURDER OF 19 YEAR OLD COLLEEN SLEMMER.   SHIPP IS ONE OF TWO JOB CORPS STUDENTS THAT TORTURED AND KILLED SLEMMER ON JANUARY 14TH.   SHIPP'S ATTORNEY, CHRIS COFFEY, SAYS JUDGE CARY GARRETT'S DECISION WAS NO SURPRISE.....

                    OPDA          ):10        Q"COURT"

ON A TAPE MADE SOON AFTER SHIPP'S ARREST... HE CONFESSED TO CARVING A PENTAGRAM IN SLEMMER'S CHEST.   SHIPP'S BOND IS SET AT 100 THOUSAND DOLLARS. 18 YEAR OLD CHRISTA PIKE IS ALSO ACCUSED OF FIRST DEGREE MURDER.   SEDOLLA PETERSON WAS APPARENTLY AT THE CRIME SCENE... BUT CHARGES AGAINST HER HAVE BEEN CHANGED TO CONSPIRACY TO COMMIT MURDER.

IN JUVENILE COURT TODAY---ONE OF THE SUSPECTS INTHE KILLINGOFA JOB CORPS WORKER WAS SENT ON TO BE TRIED AS AN ADULT. TADERO SHIP'S VOICE WAS PLAYED ON A TAPE--WHERE HE TOLD INVESTIGATORS HOW HE CARVED A SATANIC SYMBOL ON COLLEEN SLEMMER'S CHEST BEFORE SHE WAS KILLED. TWO OTHERS ARE CHARGED IN CONNECTION WITH THE CRIME.

A 17 YEAR OLD JOB CORPS STUDENT WILL BE TRIED AS AN ADULT FOR FIRST DEGREE MURDER.   TADARYL SHIPP IS CHARGED IN THE BRUTAL TORTURE AND KILLING OF COLLEEN SLEMMER.   THERE WAS A TAPE MADE SOON AFTER SHIPP WAS PICKED UP ON THAT TAPE...HE IS HEARD CONFESSING THAT HE CARVED  A PENTAGRAM IN SLEMMER'S CHEST.   SHIPP'S ATTORNEY, CHRIS COFFEY, COMMENTED ON THAT.....

Case 1:12-cv-00035-HSM-SKL    Document 7-2    Filed 08/01/12    Page 56 of 153
PageID #: 236

SHIPP'S BOND IS SET AT 100 THOUSAND DOLLARS.  TWO OTHER JOB CORPS STUDENTS
WERE ALLEGEDLY RESPONSIBLE FOR THE CRIME.  CHRISTA PIKE IS ACCUSED OF FIRST
DEGREE MURDER.  SEDOLLA PETERSON WAS APPARENTLY AT THE MURDER SCENE... BUT
CHARGES AGAINST HER HAVE BEEN CHANGED TO CONSPIRACY TO COMMIT MURDER.


A JUVENILLE WILL BE TRIED AS AN ADULT... FOR THE BRUTAL TORTURE AND MURDER OF
A JOB CORPS STUDENT.  17 YEAR OLD TADARYL SHIPP IS ACCUSED OF FIRST DEGREE
MURDER IN THE DEATH OF 19 YEAR OLD COLLEEN SLEMMER.  JUDGE CARY GARRET RULED
THAT SHIPP'S CASE WILL BE SENT TO KNOX COUNTY CRIMINAL COURT... AND HIS BOND
SET AT 100 THOUSAND DOLLARS.  SHIPP'S ATTORNEY, CHRIS COFFEY, TOLD US WHAT
COMES NEXT........

                    OPDC          ):16          Q"HIM"

ON A TAPE MADE SOON AFTER SHIPP'S ARREST... HE CONFESSED TO CARVING A
PENTAGRAM IN SLEMMER'S CHEST.  TWO OTHER JOB CORPS STUDENTS ARE CHARGED...
CHRISTA PIKE WITH FIRST DEGREE MURDER... AND SEDOLLA PETERSON WITH CONSPIRACY
TO COMMIT MURDER.


A JUVENILLE WILL BE TRIED AS AN ADULT... FOR THE BRUTAL TORTURE AND MURDER OF
A JOB CORPS STUDENT.  17 YEAR OLD TADARYL SHIPP IS ACCUSED OF FIRST DEGREE
MURDER IN THE DEATH OF 19 YEAR OLD COLLEEN SLEMMER.  JUDGE CARY GARRETT RULED
THAT SHIPP'S CASE WILL BE SENT TO KNOX COUNTY CRIMINAL COURT... AND HIS BOND

203

DECISION WAS NO SURPRISE.. .

                    OPDA          >:10        Q"COURT"

ON A TAPE MADE SOON AFTER SHIPP'S ARREST... HE CONFESSED TO CARVING A
PENTAGRAM IN SLEMMER'S CHEST.  COFFEY COMMENTED ON THAT.....

                    OPDB          >:12        Q"THAT"

COFFEY, TOLD US WHAT COMES NEXT........

                    OPDC          >:16        Q"HIM"

TWO OTHER JOB CORPS STUDENTS ARE CHARGED IN THE CRIME.  CHRISTA PIKE WITH
FIRST DEGREE MURDER... AND SEDOLLA PETERSON WITH CONSPIRACY TO COMMIT MURDER.

204

03MAR95


17 YEAR OLD. TADARYL SHIPP. WILL BE TRIED AS AN ADULT FOR THE MURDER OF 19

YEAR OLD COLLEEN SLEMMER.  SHIPP IS ONE OF TWO JOB CORPS STUDENTS THAT

TORTURED AND KILLED SLEMMER ON JANUARY 14TH.  SHIPP'S ATTORNEY, CHRIS COFFEY,

SAYS JUDGE CARY GARRETT'S DECISION WAS NO SURPRISE.....


           OPDA          >:10        Q"COURT"


ON A TAPE MADE SOON AFTER SHIPP'S ARREST... HE CONFESSED TO CARVING A

PENTAGRAM IN SLEMMER'S CHEST.  SHIPP'S BOND IS SET AT 100 THOUSAND DOLLARS.

18 YEAR OLD CHRISTA PIKE IS ALSO ACCUSED OF FIRST DEGREE MURDER.  SEDOLLA

PETERSON WAS APPARENTLY AT THE CRIME SCENE... BUT CHARGES AGAINST HER HAVE

BEEN CHANGED TO CONSPIRACY TO COMMIT MURDER.


A 17 YEAR OLD JOB CORPS STUDENT WILL BE TRIED AS AN ADULT FOR FIRST DEGREE

MURDER.  TADARYL SHIPP IS CHARGED IN THE BRUTAL TORTURE AND KILLING OF

COLLEEN SLEMMER.  ON A TAPE MADE SOON AFTER SHIPP'S ARREST... HE CONFESSED TO

CARVING A PENTAGRAM IN SLEMMER'S CHEST.  SHIPP'S ATTORNEY, CHRIS COFFEY,

COMMENTED ON THAT.....


           OPDB          >:12        Q"THAT"


SHIPP'S BOND IS SET AT 100 THOUSAND DOLLARS.  TWO OTHER JOB CORPS STUDENTS

WERE ALLEGEDLY RESPONSIBLE FOR THE CRIME.  CHRISTA PIKE IS ACCUSED OF FIRST

Case 1:12-cv-00035-HSM-SKL   Document 7-2   Filed 08/01/12   Page 59 of 153   PageID #: 239

...EGREE MURDER. SEDOLLA PETERSON WAS APPARENTLY AT THE MURDER SCENE... BUT CHARGES AGAINST HER HAVE BEEN CHANGED TO CONSPIRACY TO COMMIT MURDER.

17 YEAR OLD. TADARYL SHIPP. WILL BE TRIED AS AN ADULT FOR THE MURDER OF 19 YEAR OLD COLLEEN SLEMMER.  SHIPP IS ONE OF TWO JOB CORPS STUDENTS THAT TORTURED AND KILLED SLEMMER ON JANUARY 14TH.  SHIPP'S ATTORNEY, CHRIS COFFEY, SAYS JUDGE CARY GARRETT'S DECISION WAS NO SURPRISE.....

OPDA            >:10          Q"COURT"

ON A TAPE MADE SOON AFTER SHIPP'S ARREST... HE CONFESSED TO CARVING A PENTAGRAM IN SLEMMER'S CHEST.  SHIPP'S BOND IS SET AT 100 THOUSAND DOLLARS. 18 YEAR OLD CHRISTA PIKE IS ALSO ACCUSED OF FIRST DEGREE MURDER.  SEDOLLA PETERSON WAS APPARENTLY AT THE CRIME SCENE... BUT CHARGES AGAINST HER HAVE BEEN CHANGED TO CONSPIRACY TO COMMIT MURDER.

17 YEAR OLD. TADARYL SHIPP, WILL BE TRIED AS AN ADULT FOR THE MURDER OF 19 YEAR OLD COLLEEN SLEMMER.  SHIPP IS ONE OF TWO JOB CORPS STUDENTS THAT TORTURED AND KILLED SLEMMER ON JANUARY 14TH.  SHIPP'S ATTORNEY, CHRIS COFFEY, SAYS JUDGE CARY GARRETT'S DECISION WAS NO SURPRISE.....

OPDA            >:10          Q"COURT"

ON A TAPE MADE SOON AFTER SHIPP'S ARREST... HE CONFESSED TO CARVING A PENTAGRAM IN SLEMMER'S CHEST.  SHIPP'S BOND IS SET AT 100 THOUSAND DOLLARS. 18 YEAR OLD CHRISTA PIKE IS ALSO ACCUSED OF FIRST DEGREE MURDER.  SEDOLLA PETERSON WAS APPARENTLY AT THE CRIME SCENE... BUT CHARGES AGAINST HER HAVE BEEN CHANGED TO CONSPIRACY TO COMMIT MURDER.

A JUVENILLE WILL BE TRIED    AN ADULT... FOR THE BRUT.  TORTURE AND MURDER OF

A JOB CORPS STUDENT.   17 YEAR OLD TADARYL SHIPP IS ACCUSED OF FIRST DEGREE

MURDER IN THE DEATH OF 19 YEAR OLD COLLEEN SLEMMER.   JUDGE CARY GARRET RULED

THAT SHIPP'S CASE WILL BE SENT TO KNOX COUNTY CRIMINAL COURT... AND HIS BOND

SET AT 100 THOUSAND DOLLARS.   SHIPP'S ATTORNEY, CHRIS COFFEY, TOLD US WHAT

COMES NEXT........

                    OPDC            >:16          Q"HIM"

ON A TAPE MADE SOON AFTER SHIPP'S ARREST... HE CONFESSED TO CARVING A

PENTAGRAM IN SLEMMER'S CHEST.   TWO OTHER JOB CORPS STUDENTS ARE CHARGED...

CHRISTA PIKE WITH FIRST DEGREE MURDER... AND SEDOLLA PETERSON WITH CONSPIRACY

TO COMMIT MURDER.

000218

O9MAR95

LOOKS LIKE ALOT OF THE JOB CORPS STUDENTS IN KNOXVILLE WILL BID FAREWELL TO
OUR CITY A LITTLE SOONER THAN EXPECTED.
TONYA STOUTT-BROWN EXPLAINS.

CART-OTSBA..........>:33          SOC

LOOKS LIKE ALOT OF THE JOB CORPS STUDENTS IN KNOXVILLE WILL BID FAREWELL TO
OUR CITY A LITTLE SOONER THAN EXPECTED.
TONYA STOUTT-BROWN EXPLAINS.

CART-OTSBA..........>:33          SOC

14MAR95

THE DISMANTLING OF THE KNOXVILLE JOB CORPS CENTER OFFICIALLY BEGAN TODAY.

WE GOT THE WORD JUST MINUTES AGO FROM JOE BROWN - THE CENTER'S DEPUTY

DIRECTOR.

     JOE - TAPE IN: Q: "TODAY"   ):07

BROWN SAYS ANOTHER 60 OR SO STUDENTS WILL BE TRANSFERRED BY THE END OF THE

WEEK...MAKING A TOTAL OF 97.  A FEW OTHER STUDENTS WILL STAY AT THE JOB CORPS

CENTER TO COMPLETE WORK ON THEIR GEDS AND STATE EXAMS.

BY THE END OF THE WEEK...THERE'LL BE JUST A FEW STUDENTS LEFT AT THE

KNOXVILLE JOB CORPS CENTER.  THE LABOR DEPARTMENT IS SHUTTING IT DOWN BECAUSE

OF COMMUNITY CONCERNS ABOUT CRIME.  AS IT TURNS OUT...THIS IS NOT A PROBLEM

UNIQUE TO THE KNOXVILLE CENTER.  IN FACT...THERE'S A MOVE IN THE U-S SENATE

TO INSTITUTE A "ONE STRIKE AND YOU'RE OUT" POLICY AT JOB CORPS CENTERS ACROSS

THE COUNTRY.  TENNESSEE SENATOR BILL FRIST SUPPORTS IT.

     OCSC - TAPE IN: Q: "CENTER"   ):35

ON ANOTHER MATTER...SENATOR FRIST SAYS HE SUPPORTS THE ATTORNEY GENERAL'S

CALL FOR AN INVESTIGATION OF HOUSING SECRETARY HENRY CISNEROS.  FRIST SAYS

IT'S THE BEST WAY TO GET THE FACTS OUT ON THE TABLE.

000220

27MAR95

THE REGIONAL DEPUTY DIRECTOR OF THE FEDERAL JOB CORPS PROGRAM MADE A SURPRISE APPEARANCE BEFORE KNOX COUNTY COMMISSION TODAY.  HARRY GOSDEN GAVE COMMISSIONERS AN UPDATE ON PLANS TO CLOSE THE KNOXVILLE JOB CORPS CENTER BY THE END OF NEXT MONTH.

OCSK - TAPE IN: Q; "PROPERTY"  ):15

GOSDEN ACCEPTED MUCH OF THE BLAME FOR THE SITUATION HERE GETTING OUT OF HAND...HE SAYS THERE WERE PROBLEMS AT THE LOCAL JOB CORPS CENTER THAT HE SHOULD HAVE BEEN AWARE OF.

A SURPRISE SPEAKER AT TODAY'S MEETING OF THE KNOX COUNTY COMMISSION.  A FEDERAL JOB CORPS OFFICIAL WAS HERE TO UPDATE COMMISSIONERS ON THE CLOSING OF THE KNOXVILLE CENTER.  STEPHANY SNOWDEN WAS THERE...AND HAS DETAILS IN THIS REPORT.

OSSD - TAPE IN: Q: SOC  ):47

Case 1:12-cv-00035-HSM-SKL     Document 7-2     Filed 08/01/12     Page 64 of 153
PageID #: 244

210

000221

28MAR95

AN OFFICIAL FROM THE FEDERAL GOVERNMENT IS IN KNOXVILLE TODAY CONSIDERING

POSSIBLE USES FOR THE BUILDING THAT NOW HOUSES THE JOB CORPS CENTER.

STEPHANY SNOWDEN HAS AN UPDATE.

OSSA — TAPE IN: Q: SOC ):30

000222

29MAR95

SOON- THE JOB CORPS IN KNOXVILLE WILL BE GONE. NOW, A FEDERAL OFFICIAL IS IN KNOXVILLE TO TRY TO FIGURE OUT WHAT TO DO WITH THE CONVERTED MOTEL ON DALE AVENUE AT SEVENTEENTH STREET. MICHAEL GRAHAM SAYS IF HOUSING AND URBAN DEVELOPMENT AGREES....THE BUILDING COULD BE A HOMELESS SHELTER.

>>>>>>>>>>>>OCSG - TAPE IN: Q; "USE"  ):16<<<<<<<<<<<<<<<

MISTER GRAHAM SAYS IF THERE IS NO INTEREST FROM ANY FEDERAL AGENCY- THE BUILDING WOUDL THEN BE OFFERED TO THE PRIVATE SECTOR.

WITH THE KNOXVILLE JOB CORPS CENTER ON THE WAY OUT...THE QUESTION IS...WHAT'LL COME IN.  AN OFFICIAL FROM THE GENERAL SERVICES ADMINISTRATION IS IN TOWN THIS WEEK TO CONSIDER POSSIBILE USES FOR THE DALE AVENUE CAMPUS. MICHAEL GRAHAM SAYS IF HUD APPROVES - THE CONVERTED MOTEL COULD BECOME A SHELTER FOR THE HOMELESS.

OCSG - TAPE IN: Q; "USE"  ):16

GRAHAM SAYS IF THERE'S NO INTEREST SHOWN BY ANY FEDERAL AGENCY -- THE BUILDING WOULD THEN BE OFFERED UP TO THE PRIVATE SECTOR.

000223

13APR95

NEWS TALK RADIO 990'S PAIGE DAVIS REPORTS IN KNOX COUNTY- A GRAND JURY HAS INDICTED THE SUSPECTS IN THE RECENT JOB CORPS KILLING.

>>>>>>>>>>>>>>>>>>>>>>>>> OPDD       >:41       S-O-C

WORD FROM THE CITY COUNTY BUILDING THIS MORNIGN THAT A KNOX COUNTY GRAND JURY HAS INDICTED PEOPLE IN TWO HIGHLY PUBLICIZED CRIMES.   NEWS TALK RADIO 990'S PAIGE DAVIS HAS THAT STORY.                                                         /

>>>>>>>>>>>>>>>>>>OPDE       >:36       S-O-C
'THURSDAY. APRIL 13TH

THE KNOX COUNTY GRAND JURY HANDS DOWN INDICTMENTS FOR THE JOB CORPS MURDER. PAIGE DAVIS HAS DETAILS...:..

OPDD       >:41       S-O-C

Case 1:12-cv-00035-HSM-SKL     Document 7-2     Filed 08/01/12     Page 67 of 153
PageID #: 247
213

000224

THE KNOX COUNTY GRAND JURY HANDS DOWN INDICTMENTS FOR TWO HIGHLY-PUBLICIZED

CRIMES.   PAIGE DAVIS HAS MORE......


OPDE          ):36       S-O-C

000225

27APR95

A FORMER KNOXVILLE JOB CORPS WORKER ACCUSEDIN A MURDER- HAS NOW BEEN INDICTED
ON THEFT CHARGES.  CHRISTA GAIL PIKE IS ONE OF THREE PEOPLE ACCUSED OF
KILLING COLLEEN SLIMMER.  HER BODY WAS FOUND ON THE UT AGRICULTURAL CAMPUS IN
JANUARY. SHE IS NOW INDICTED ON CHARGESOF STEALING ABOUT 80 DOLALRS WORTH OF
MERCHANDISE FROM WATSON'S DEPARETMENT STORE ON KINGSTON PIKWE IN DECEMBER
LAST YEAR.

-O-

A FORMER KNOXVILLE JOB CORPS WORKER ACCUSEDIN A MURDER- HAS NOW BEEN INDICTED
ON THEFT CHARGES.  CHRISTA GAIL PIKE IS ONE OF THREE PEOPLE ACCUSED OF
KILLING COLLEEN SLIMMER.  HER BODY WAS FOUND ON THE UT AGRICULTURAL CAMPUS IN
JANUARY. SHE IS NOW INDICTED ON CHARGESOF STEALING ABOUT 80 DOLALRS WORTH OF
MERCHANDISE FROM WATSON'S DEPARETMENT STORE ON KINGSTON PIKWE IN DECEMBER
LAST YEAR.

A FORMER KNOXVILLE JOB CORPS WORKER ACCUSEDIN A MURDER- HAS NOW BEEN INDICTED
ON THEFT CHARGES.  CHRISTA GAIL PIKE IS ONE OF THREE PEOPLE ACCUSED OF
KILLING COLLEEN SLIMMER.  HER BODY WAS FOUND ON THE UT AGRICULTURAL CAMPUS IN
JANUARY. SHE IS NOW INDICTED ON CHARGESOF STEALING ABOUT 80 DOLALRS WORTH OF
MERCHANDISE FROM WATSON'S DEPARETMENT STORE ON KINGSTON PIKWE IN DECEMBER
LAST YEAR.

-O-

A FORMER KNOXVILLE JOB CORPS WORKER ACCUSEDIN A MURDER- HAS NOW BEEN INDICTED
ON THEFT CHARGES.  CHRISTA GAIL PIKE IS ONE OF THREE PEOPLE ACCUSED OF
KILLING COLLEEN SLIMMER.  HER BODY WAS FOUND ON THE UT AGRICULTURAL CAMPUS IN

215

000226

JANUARY. SHE IS NOW INDICTED ON CHARGES OF STEALING ABOUT 80 DOLLARS WORTH OF MERCHANDISE FROM WATSON'S DEPARETMENT STORE ON KINGSTON PIKWE IN DECEMBER LAST YEAR.

-O-

25MAY95

THE 3 YOUNG PEOPLE ACCUSED IN THE JOB CORPS KILLING HAVE BEEN ARRAIGNED.
PAIGE DAVIS HAS DETAILS......

OPDF        ):29        S-O-C

THE 3 YOUNG PEOPLE ACCUSED IN THE JOB CORPS KILLING HAVE BEEN ARRAIGNED.
PAIGE DAVIS HAS DETAILS......

OPDF        ):29        S-O-C

COURT APPEARANCES FOR THE 3 YOUNG PEOPLE ACCUSED OF KILLING A FELLOW JOB
CORPS STUDENT.   PAIGE DAVIS REPORTS.......

OPDG        ):30        S-O-C

THE 3 YOUNG PEOPLE ACCUSED IN THE JOB CORPS KILLING HAVE BEEN ARRAIGNED.
PAIGE DAVIS HAS DETAILS......

OPDF        ):29        S-O-C

000228

30JUN95

A FORMER JOB CORPS WORKER IS SUING THE JOB CORPS CENTER AND ONE OF HIS
SUPERVISORS.  PAIGE DAVIS HAS DETAILS.......

                    OPDA          ):42        S-O-C

THE JOB CORPS PROGRAM IS BEING SUED FOR A MILLION DOLLARS.  PAIGE DAVIS HAS
THE STORY......

                    OPDB          ):43        S-O-C

A FORMER JOB CORPS STUDENT IS SUING THE JOB CORPS PROGRAM AND A FORMER
KNOXVILLE SUPERVISOR FOR A MILLION DOLLARS.  MICHAEL KING SAYS IN OCTOBER OF
LAST YEAR ... HE WAS ACCIDENTALLY SHOT IN THE LEG WITH A PISTOL HE FOUND AT
THE JOB CORPS CENTER ON DALE AVENUE.  KING SAYS THE SUPERVISOR HAD HIM
ARRESTED FOR CARRYING A WEAPON A FEW DAYS LATER ... A CHARGE THAT WAS LATER
DROPPED.  KING SAYS OFFICIALS WERE NEGLIGENT IN ALLOWING GUNS ON THE PREMISES

000229

09AUG95

THE CHAIRMAN OF THE CUMBERLAND AVENUE DESIGN REVIEW  BOARD SAYS ONE OF THE

BIGGEST PROBLEMS FACING STRIP BUSINESSES- IS PARKING.  ROBERT ROSS SAYS HE

EXPECTS A GOOD BUSINESS YEAR BECAUSE OF INCREASED BALL GAME CROWDS.  HE ALSO

SAYS THE DEPARTURE OF THE JOB CORPS FROM DALE AVENUE HAS HELPED.


     ((((CART OCUM3  ):12  Q: AREA.))))


CUMBERLAND AVENUE MERCHANTS COMPLAINED ABOUT CRIME..ALLEGED CAUSED BY THE JOB

CORPS WORKERS WHO WERE HEADQUARTERED NEAR CAMPUS.  ALSO- THREE JOB CORPS

WORKERS ARE ACCUSED OF KILLING A FOURTH, AND LEAVING HER BODY ON THE U-T

CAMPUS.


THE DEPARTURE OFTHE JOB CORPS HAS MADE A DIFFERENCE IN CUMBERLAND AVENUE

CRIME.  ROBERT ROSS, CHAIRMAN OF THE CUMBERLAND AVENUE DESIGN REVIEW BOARD

SAYS OTHER MEMBERS TELL HIM THINGS ARE MORE CALM ON CUMBERLAND SINCE THE

FEDERAL AGENCY'S YOUNG PEOPLE LEFT.


     ((((CART OCUM2  ):26 Q: THRU.))))


THREE JOB CORPS WORKERS ARE ACCUSED OF KILLING A FOURTH WORKER IN KNOXVILLE.

AND BEFORE THE FEDERAL GOVERNMENT DECIDED TO RELOCATE THE DALE AVENUE

HEADQUARTERS, CUMBERLAND MERCHANTS COMPLAINED ABOUT INCREASED STREET CRIME

BECAUSE OF IT.

000230

09AUG95


A BUSINESS LEADER ON CUMBERLAND AVENUE SAYS -YES- THINGS HAVE CALMED DOWN IN

THE STRIP AREA SINCE THE JOB CORPS LEFT.   ROBERT ROSS IS CHAIRMAN OF THE

CUMBERLAND AVENUE DESIGN REVIEW BOARD.


     (((((CART OCUM1  ):26 Q: YEAR.)))))


MISTER ROSS SAYS ONE THING THAT WILL HELP BUSINESS ON CUMBERLAND AVENUE THIS

FALL--- IS AN EXTRA BALL GAME AT NEYLAND STADIUM.

000231

13NOV95

A KNOXVILLE POLICE DEPARTMENT REPORT SHOWS THE APPARENT REALTIONSHIOP BWETEN THE JOB CORPS AND CRIME IN KNOXVILLE.  THE REPORT SHOWS THE KNOXVILLE JOB CORPS LED TO A NEARLY 400 PERCENT INCREASE IN POLICE CALLS.  THE JOB CORP CLOSED IT'S DOORS IN APRIL AFTER A STUDENT WAS MURDERED ..ALLEGEDLY BY 3 OTHER JOB CORP STUDENTS. IN THE 6 MONTHS SINCE THE CENTER HAS BEEN CLOSED, THE NUMBER OF CRIMES AGAINST PERSONS. PROPERTY CRIMES. AND OTHER OFFENSES, ON DALE AVEUNE AND NEARBY CUMBERLAND AVENUE HAVE BEEN CUT IN HALF.  INTERVIEWS OF RESIDENTS AND MERCHANTS IN THE AREA REVEAL THAT OVER 80 PERCENT FEEL THE JOB CORP WAS A NEGATIVE ELEMENT IN THE COMMUNITY.  POLICE CHIEF PHIL KEITH IS SENDING COPIES OF THE REPORT TO THE FEDERAL GOVERNMENT.

000232

23MAY95

3 TEENAGERS ACCUSED IN THE MURDER OF A JOB CORPS STUDENT APPEARED IN COURT THIS MORNING.   PAIGE DAVIS HAS THE STORY.

       OPDA - TAPE IN: Q; SOC  >:26

THREE TEENAGERS ACCUSED IN THE MURDER OF A KNOXVILLE JOB CORPS STUDENT WERE IN COURT TODAY.   PAIGE DAVIS HAS DETAILS...

       OPDA - TAPEIN: Q; SOC  >:26

000233

07SEP95

COURT PROCEEDINGS TODAY FOR A MAN ACCUSED OF KILLING WOMEN- AND SOME JOB
CORPS WORKERS ACCUSED OF KILLING A COLLEAGUE.  HERE IS STEPHANIE SNOWDEN WHO
SAT IN ON BOTH HEARINGS.


     ((((CART OSSB  ):43 Q: STD.))))

000234

07SEP95

COURT PROCEEDINGS TODAY FOR A MAN ACCUSED OF KILLING WOMEN- AND SOME JOB
CORPS WORKERS ACCUSED OF KILLING A COLLEAGUE.  HERE IS STEPHANIE SNOWDEN WHO
SAT IN ON BOTH HEARINGS.

((((CART OSSC1  ):43 Q: STD.))))

COURT PROCEEDINGS TODAY FOR A MAN ACCUSED OF KILLING WOMEN- AND SOME JOB
CORPS WORKERS ACCUSED OF KILLING A COLLEAGUE.  HERE IS STEPHANIE SNOWDEN WHO
SAT IN ON BOTH HEARINGS.

((((CART OSSC1  ):43 Q: STD.))))

Case 1:12-cv-00035-HSM-SKL    Document 7-2    Filed 08/01/12    Page 78 of 153    PageID #: 258

224

000235

05OCT95

A TRIAL DATE IS SET FOR TWO MEN ACCUSED OF MURDERING A CONVIENENCE STORE
CLERK.   CARLOS JONES AND QUINCY MOUTRY ARE SCHEDULED TO STAND TRIAL ON
FEBRUARY 20TH OF NEXT YEAR.   JONES AND MOUTRY ARE CHARGED WITH SHOOTING
VERNON ALLAN WARD AT THE AZTEX FOOD MART ON SUTHERLAND AVENUE IN MARCH.   THE
TWO MEN WERE ALLEGEDLY TRYING TO ROB THE STORE.   WARD LATER DIED FROM THE
GUNSHOT WOUNDS.
ALSO IN CRIMINAL COURT TODAY... MOTION HEARINGS IN THE JOB CORPS MURDER CASE
WERE POSTPONED.   3 JOB CORPS STUDENTS ARE ACCUSED OF TORTURING AND KILLING 19
YEAR OLD COLEEN SLEMMER IN JANUARY.   JUDGE MARY BETH LEIBOWITZ IS SCHEDULED
TO HEAR ATTORNEY'S ARGUMENTS ON OCTOBER 19TH.

A TRIAL DATE IS SET FOR TWO MEN ACCUSED OF MURDERING A CONVIENENCE STORE
CLERK.   CARLOS JONES AND QUINCY MOUTRY ARE SCHEDULED TO STAND TRIAL ON
FEBRUARY 20TH OF NEXT YEAR.   JONES AND MOUTRY ARE CHARGED WITH SHOOTING
VERNON ALLAN WARD AT THE AZTEX FOOD MART ON SUTHERLAND AVENUE IN MARCH.   THE
TWO MEN WERE ALLEGEDLY TRYING TO ROB THE STORE.   WARD LATER DIED FROM THE
GUNSHOT WOUNDS.
ALSO IN CRIMINAL COURT TODAY... MOTION HEARINGS IN THE JOB CORPS MURDER CASE
WERE POSTPONED.   3 JOB CORPS STUDENTS ARE ACCUSED OF TORTURING AND KILLING 19
YEAR OLD COLEEN SLEMMER IN JANUARY.   JUDGE MARY BETH LEIBOWITZ IS SCHEDULED
TO HEAR ATTORNEY'S ARGUMENTS ON OCTOBER 19TH.

000236

19OCT95

A MOTION DATE HAS BEEN PUT OFF IN THE CASES AGAINST 3 JOB CORPS STUDENTS
ACCUSED OF MURDER.   PAIGE DAVIS HAS DETAILS.....

                OPDA        ):       S-O-C

A MOTION DATE HAS BEEN PUT OFF IN THE CASES AGAINST 3 JOB CORPS STUDENTS
ACCUSED OF MURDER.   PAIGE DAVIS HAS DETAILS.....

                OPDA        ):32     S-O-C

A MOTION DATE HAS BEEN PUT OFF IN THE CASES AGAINST 3 JOB CORPS STUDENTS
ACCUSED OF MURDER.  JUDGE MARY BETH LEIBOWITZ WAS SCHEDULED TO HEAR VARIOUS
MOTIONS FROM ATTORNEYS WANTING TO SUPPRESS EVIDENCE TODAY... BUT THOSE
HEARINGS HAVE BEEN POSTPONED UNTIL NOVEMBER 6TH.   JUDGE LEIBOWITZ DID ORDER
THE TBI TO PRESERVE EVIDENCE SURROUNDING ALL 3 DEFENDANTS.   CHRISTA PIKE'S
ATTORNEYS BILL TOLMAN AND BILLY BROWN DON'T WANT A PORTION OF THE VICTIM'S
SKULL OR OTHER BODY PARTS INTRODUCED TO A JURY.   PIKE, SHADOLLA PETERSON, AND
TADARYL SHIPP ARE ACCUSED OF TORTURING AND KILLING COLLEN SLEMMER.

A MOTION DATE HAS BEEN PUT OFF IN THE CASES AGAINST 3 JOB CORPS STUDENTS
ACCUSED OF MURDER.   PAIGE DAVIS HAS DETAILS.....

Case 1:12-cv-00035-HSM-SKL   Document 7-2   Filed 08/01/12   Page 80 of 153
PageID #: 260

226.

000237

13NOV95

A KNOXVILLE POLICE DEPARTMENT REPORT SHOWS THE APPARENT REALTIONSHIDP BWETEN THE JOB CORPS AND CRIME IN KNOXVILLE. THE REPORT SHOWS THE KNOXVILLE JOB CORPS LED TO A NEARLY 400 PERCENT INCREASE IN POLICE CALLS. THE JOB CORP CLOSED IT'S DOORS IN APRIL AFTER A STUDENT WAS MURDERED ..ALLEGEDLY BY 3 OTHER JOB CORP STUDENTS. IN THE 6 MONTHS SINCE THE CENTER HAS BEEN CLOSED, THE NUMBER OF CRIMES AGAINST PERSONS, PROPERTY CRIMES, AND OTHER OFFENSES, ON DALE AVEUNE AND NEARBY CUMBERLAND AVENUE HAVE BEEN CUT IN HALF. INTERVIEWS OF RESIDENTS AND MERCHANTS IN THE AREA REVEAL THAT OVER 80 PERCENT FEEL THE JOB CORP WAS A NEGATIVE ELEMENT IN THE COMMUNITY. POLICE CHIEF PHIL KEITH IS SENDING COPIES OF THE REPORT TO THE FEDERAL GOVERNMENT.

13JAN96

THE MOTHER OF THAT JOB CORPS SYTUDENT WHO WAS MURDERED IN KNOXVILLE...HAS

FILED A LAWSUIT AGAINST THE OPERATOR OF THE CENTER.  MAY MARTINEZ WAS

COLLEEEN SLEMMER'S MOM.  SLEMMER WAS CUT. AND BEAT TO DEATH WITH A CHUNK OF

ASPHALT LAST YEAR.  THREE JOB CORPS WORKERS HAVE BEEN CHARGED. HER LAWSUIT

SAYS THE OPERATOR OFTHE JOB CORPS CENTER- CAREER SYSTEMS WAS MORE CONCERNED

BY THE MONEY IT GOT FOR RECRUITING JOB CORPS STUDENTS...AND SOME OF TH EPOSED

A THREAT TO THE SAFETY OF OTHERS.  THE YOUNG WOMAN;S BODY WAS FOUND BEHIND A

BUILDING ON THE U-T AGRICULTURE CAMPUS.  THE JOB CORPS HAS MOVED OUTOF

KNOXVILLE.


THE MOTHER OF THAT JOB CORPS SYTUDENT WHO WAS MURDERED IN KNOXVILLE...HAS

FILED A LAWSUIT AGAINST THE OPERATOR OF THE CENTER.  MAY MARTINEZ WAS

COLLEEEN SLEMMER'S MOM.  SLEMMER WAS CUT. AND BEAT TO DEATH WITH A CHUNK OF

ASPHALT LAST YEAR.  THREE JOB CORPS WORKERS HAVE BEEN CHARGED. HER LAWSUIT

SAYS THE OPERATOR OFTHE JOB CORPS CENTER- CAREER SYSTEMS WAS MORE CONCERNED

BY THE MONEY IT GOT FOR RECRUITING JOB CORPS STUDENTS...AND SOME OF TH EPOSED

A THREAT TO THE SAFETY OF OTHERS.  THE YOUNG WOMAN;S BODY WAS FOUND BEHIND A

BUILDING ON THE U-T AGRICULTURE CAMPUS.  THE JOB CORPS HAS MOVED OUTOF

KNOXVILLE.

000239

19JAN96

KNOX COUNTY HAS SEEN A STRING OF KILLINGS- ALLEGEDLY BY YOUNGER PEOPLE.  THEY

RANGE FROM THE DEATH OFA JOB CORPS WORKER--BLUDGEONED AND LEFT DEAD...TO A

WOMAN INSIDE HER HOME IN KNOXVILLE...BEATEN TO DEATH.....TO A PIPZZA STOR

WORKERS DEATH- AND NOW LAST NIGHT- THE KILLING OF A STORE MANAGER AT A RADIO

SHACK.  KNOX COUNTY DISTRICT ATTORNEY GENERAL RANDY NICHOLS SAYS IT SHOWS A

DISTURBING TREND COMING FROM AN INCREASING NUMBER OF YOUNG MALES IN AMERICA.


(((9CART ORNB  ):17  Q: TWO THOUSAND.))))


THE DISTRICT ATTORNEY GENERAL SAYS ONE FEDERAL DISTRICT JUDGE IN NASHVILLE

HAS HELD UP SEVERAL EXECUTIONS IN TENNESSEE.  HE IS IN FAVOROF A

CONSTITUTIONAL CHANGE TO REQUIRE THE ELECTION OF FEDERALJUDGES EVERY EIGHT TO

TEN YEARS-- INSTEAD OF THEIR APPOINTMENT FOR LIFE OR GOOD BEHAVIOR.


KNOX COUNTY HAS SEEN A STRING OF KILLINGS- ALLEGEDLY BY YOUNGER PEOPLE.  THEY

RANGE FROM THE DEATH OFA JOB CORPS WORKER--BLUDGEONED AND LEFT DEAD...TO A

WOMAN INSIDE HER HOME IN KNOXVILLE...BEATEN TO DEATH.....TO A PIPZZA STOR

WORKERS DEATH- AND NOW LAST NIGHT- THE KILLING OF A STORE MANAGER AT A RADIO

SHACK.  KNOX COUNTY DISTRICT ATTORNEY GENERAL RANDY NICHOLS SAYS IT SHOWS A

DISTURBING TREND COMING FROM AN INCREASING NUMBER OF YOUNG MALES IN AMERICA.

Case 1:12-cv-00035-HSM-SKL   Document 7-2   Filed 08/01/12   Page 83 of 153
PageID #: 263
229

000240

THE DISTRICT ATTORNEY GENERAL SAYS ONE FEDERAL DISTRICT JUDGE IN NASHVILLE HAS HELD UP SEVERAL EXECU IONS IN TENNESSEE.  HE IS I  FAVOROF A CONSTITUTIONAL CHANGE TO REQUIRE THE ELECTION OF FEDERALJUDGES EVERY EIGHT TO TEN YEARS-- INSTEAD OF THEIR APPOINTMENT FOR LIFE OR GOOD BEHAVIOR.

2 OF THE 3 SUSPECTS IN THE MURDER OF KNOXVILLE JOB CORPS STUDENT COLLEEN SLEMMER WERE IN COURT TODAY.  AS KIMBERLY O-NEAL REPORTS...THEIR ATTORNEYS ARE PREPARING FOR TRIAL.

OJCA - TAPE IN: Q: SOC ):47

2 OF THE 3 SUSPECTS IN THE MURDER OF KNOXVILLE JOB CORPS STUDENT COLLEEN SLEMMER WERE IN COURT TODAY.  AS KIMBERLY O-NEAL REPORTS...THEIR ATTORNEYS ARE PREPARING FOR TRIAL.

OJCA - TAPE IN: Q: SOC ):47

30JAN96

FOR THE FIRST TIME IN ITS HISTORY...THE KNOXVILLE POLICE DEPARTMENT HAS CHOSEN A WOMAN AS OFFICER OF THE YEAR. OFFICER CYNTHIA GASS...A 22-YEAR VETERAN OF THE FORCE...WORKS IN THE CRIMINAL INVESTIGATION DIVISION. SHE'S BEEN VERY INVOLVED IN SEVERAL HIGH-PROFILE CASES...INCLUDING THE JOB CORPS MURDER AND THE KILLING OF FRANCES WORTHIGTON. OFFICER GASS SAYS POLICE WORK HAS OBVIOUS RISKS...BUT NONE THAT SHE CAN'T HANDLE.

OCGA - TAPE IN: Q: "SELECTED" ):13

OFFICER GASS IS ALSO A MEMBER OF THE KPD'S HOSTAGE NEGOTIATION TEAM.

CYNTHIA GASS IS THE KNOXVILLE POLICE DEPARTMENT'S OFFICER OF THE YEAR FOR 1995. SHE'S THE FIRST FEMALE OFFICER EVER TO BE RECOGNIZED AS SUCH. GASS HAS BEEN ON THE FORCE FOR 22 YEARS...AND WORKS WITH THE CRIMINAL INVESTIGATION DIVISION NOW. WE ASKED HER WHAT IT TAKES TO BE A GOOD COP.

OCGB - TAPE IN: Q: "A LOT" ):16

OFFICER GASS HELPED INVESTIGATE A COUPLE OF HIGH-PROFILE CASES...INCLUDING THE JOB CORPS KILLING AND THE MURDER OF FRANCES WORTHINGTON. SHE'S ALSO A MEMBER OF THE HOSTAGE NEGOTIATION TEAM.

FOR THE FIRST TIME IN ITS HISTORY...THE KNOXVILLE POLICE DEPARTMENT HAS

000242

CHOSEN A WOMAN AS OFFICER OF THE TEAM. OFFICER CYNTHIA GASS...A 22-YEAR

VETERAN OF THE FORCE...WO' 3 IN THE CRIMINAL INVESTIG  ION DIVISION.

SHE'S BEEN VERY INVOLVED IN SEVERAL HIGH-PROFILE CASES...INCLUDING THE JOB

CORPS MURDER AND THE KILLING OF FRANCES WORTHIGTON.  OFFICER GASS SAYS POLICE

WORK HAS OBVIOUS RISKS...BUT NONE THAT SHE CAN'T HANDLE.

    OCGA - TAPE IN: Q: "SELECTED"  ):13

OFFICER GASS IS ALSO A MEMBER OF THE KPD'S HOSTAGE NEGOTIATION TEAM.

000243

O1FEB96

FOR THE FIRST TIME EVER- KNOXVILLE'S TOP COP OF THE YEAR IS A FEMALE. OFFICER CINDY GASS WORKS IN THE CRIMINAL INVESTIGATIONS DIVISION...AND HAS BEEN ON SEVERAL HIGH-PROFILE CASES. LIKE THE JOB CORPS MURDER, AND THE RECENT KILLING OF A WOMAN INSIDER HER HOUSE IN SOUTH KNOXVILLE.  OFFICER HAS HAS WORKED FOR THE POLICE DEPARTMENT FOR 22 YEARS.

-O-

FOR THE FIRST TIME EVER- KNOXVILLE'S TOP COP OF THE YEAR IS A FEMALE. OFFICER CINDY GASS WORKS IN THE CRIMINAL INVESTIGATIONS DIVISION...AND HAS BEEN ON SEVERAL HIGH-PROFILE CASES, LIKE THE JOB CORPS MURDER, AND THE RECENT KILLING OF A WOMAN INSIDER HER HOUSE IN SOUTH KNOXVILLE.  OFFICER HAS HAS WORKED FOR THE POLICE DEPARTMENT FOR 22 YEARS.

-O-

000244

# IN THE CRIMINAL COURT FOR KNOX COUNTY, TENNESSEE
## DIVISION III

STATE OF TENNESSEE,        ]
                       ]

    Plaintiff,           FILED   ]
              BY MARTHA PHILLIPS CLERK

vs.                     ]    No.:   58183-A
              MAR 1 5 1996

CHRISTA GAIL PIKE,       ] COURT

    Defendant.            ]

### AFFIDAVIT OF CHARLES C. BEBBER, Ph.D.

I, **CHARLES C. BEBBER**, after being duly sworn according to law, hereby depose and say as follows:

1. I am a trial behavior consultant. I have a Bachelor of Science Degree in psychology and sociology from the University of Tennessee and a Ph.D. in Cognitive-Experimental psychology from Rutgers University. For the past twelve (12) years, I have served as a consultant in numerous State and Federal criminal trials. I have researched and read extensively on issues pertaining to the psychology of jurors' habits and actions, including jurors' relationships to the communities in which they live and their associations with family members, friends and co-workers or employers.

2. My graduate study work at Rutgers was concentrated in the areas of (a) perception, the acquisition of information; (b) memory, the retention of information; and (c) thinking, the active use of information which has been acquired and retained.

3. My dissertation concerned the processes of learning, using concrete or visual imagery as an aid to memory. I found in my dissertation research that information presented in an imagistic modality (impact of images on memory) is recalled at a significantly greater rate than analogous information presented in a more abstract modality.

4. I am familiar with the charges filed against the Defendant in this case, Christa Gail Pike. I have been exposed to the media coverage in this case and in conjunction with this media coverage, I have reviewed pertinent psychological research relative to the ways in which it might

Page 1

Case 1:12-cv-00035-HSM-SKL    Document 7-2    Filed 08/01/12    Page 88 of 153    PageID #: 268

prejudice potential jurors. I have personally kept up with the news media coverage in this case, and I am familiar with others in the community who have been exposed to this news media coverage.

5. I am of the opinion that due to the extensive and sensational nature of the pretrial news coverage pertaining to these events and this prosecution, that an unbias jury cannot be selected in Knox County, Tennessee, or in any of the contiguous counties. My opinion is based upon my research, my experience, my exposure to individuals in the community and my review of the newscasts which have permeated the Knox County, Tennessee community.

6. I am of the opinion that there is a particular *imagery-learning factor* in this case which, in my opinion, has rendered Defendant Pike and the charges against her especially memorable and prejudicial to prospective jurors in Knox County, Tennessee as well as other contiguous counties wherein the media coverage also occurred.

7. The designation of this case as the "Job Corp Murder" make the event which is the subject of this prosecution more memorable than other criminal events. This is especially true since there has been extensive publicity regarding an alleged satanic ritual, ties to the occult and with reference to this case involving a "love triangle". Research has established that ". . . some words evoke richer mental imagery than others do, and subjects will more easily learn lists composed of such vivid words." (Pavio, A., Yuille, J.C., and Madigan, S.A., 1968. Concreteness, Imagery, and Meaningfulness Values for 925 Nouns, J. of Experimental Psychology Monogr., 76, 1 part 2.)

8. Apart from the imagery factor, it is my opinion that there also is what may be referred to as an *isolation-effects factor* in the information prospective jurors will have read or seen regarding this case. Psychologists speak of isolation effects as those which make unique items stand out from a general array of information and thereby become more observable and more memorable than other items of the array. This phenomenon, wherein unique items of an array are better recalled, is generally known to psychological investigators as the Von Restorff Effect, after the psychologist who initially investigated it. In my opinion, this case is the only such extreme instance of alleged "satanic ritual abuse" in the Knox County area up to this time. Furthermore, due to the unique nature of the case, it has received sensational media coverage

000246

in Knox County, Tennessee and surrounding areas.

9. It is my opinion that these factors will have so influenced prospective jurors in the Knox County, Tennessee and surrounding area that the Court will not be able to identify impartial jurors during the normal *voir dire* process. A body of psychological research indicates that "individuals will dismiss and discount empirical evidence that contradicts their initial views but will derive support from evidence, of no greater probativeness, that seems consistent with their views." (Lord, C.G., Ross, L. and Lepper, M.R., Based assimilation and attitude polarization.) It is highly probable that jurors who may honestly report to the Court that they know little about the case during voir dire will find, as they begin hearing evidence, that media reports of the past will spontaneously reappear in their memories due to the long lasting learning and memory effects of the unique and highly imagistic items that were reported in the media.

10. In my opinion, individual jurors will be prejudiced in both the guilt/innocence phase of the trial and during the penalty or sentencing phase based upon the above cited reasons. It is also my opinion that moving the trial to a more neutral venue would work to eliminate the potential for preoccupation and prejudice in prospective jurors both at the time of their selection and as the trial progresses.

11. In my opinion the nature, extent and timing of pretrial publicity has been extensive and sensational. It is my opinion that the nature of the reporting has been inflammatory. It is my intent that the particular content of the publicity has been such that will expose the jurors to details reported in the media that they cannot delete from their cognitive or subjective memories. It is my opinion that the degree of the publicity in the Knox County and contiguous counties has saturated the areas. It is my opinion that the saturation of the publicity has not been as great in metropolitan areas such as Chattanooga or Nashville, and that the factors pertaining to the selection of a jury in those jurisdictions would not be prejudicial to this Defendant.

12. It is my opinion that due to the factors set forth in this affidavit, that no presently known or utilized methods of selecting jurors from the Knox County, Tennessee area or surrounding areas affected by, or exposed to, media coverage would result in a jury free from the prejudicial effects of this publicity. It is my opinion that utilizing conventional methods of

Page 3

voir dire would not remedy the problem in this venue because to question the jurors adequately pertaining to their memories requires that they be actually exposed to the prejudicial news reporting.

13. And further, affiant saith not.

This the _14_ day of March, 1996.

**STATE OF TENNESSEE** ]
                     ] ss.
**COUNTY OF KNOX**   ]

                                  Charles C. Bebber, Ph.D.

Sworn to and subscribed before me, this the ___14th day of March, 1996.

                                        NOTARY PUBLIC

My Commission Expires: _____Nov 28, 1999_____.

Page 4

000248

# IN THE CRIMINAL COURT FOR KNOX COUNTY, TENNESSEE
## DIVISION III

STATE OF TENNESSEE,           ]

    Plaintiff,             FILED   ]
                BY MARTHA PHILLIPS ]CLERK
                          ]

vs.             MAR 1 5 1996      No.:  58183-A

                          ]
CHRISTA GAIL PIKE,          ]COURT

                          ]
    Defendant.           ]

## ADDENDUM TO MOTION FOR CHANGE OF VENUE

Comes the Defendant, Christa Gail Pike, by and through Counsel, who respectfully supplements her motion for change of venue by adding the following:

1. Affidavit of Charles C. Bebber, Ph.D. in support of Defendant's motion for change of venue.

2. Affidavit Margie Nichols, News Director of WBIR-TV Channel 10, Knoxville, Tennessee, including attached documents and transcripts.

3. Affidavit of Martha Dooley, Acting News Director of WATE-TV Channel 6, Knoxville, Tennessee, including attached documents and transcripts.

4. Affidavit of Mike Hammond, News Director for WIVK radio station, Knoxville, Tennessee, including attached documents and transcripts.

This the __15th__ day of March, 1996.

CHRISTA GAIL PIKE

BY: _____
William C. Talman
Supreme Court BPR# 012262
Attorney for Defendant
P.O. Box 506
Knoxville, Tennessee 37901

Telephone:  (423) 579-9060
Facsimile:  (423) 573-2032

Page 1

Case 1:12-cv-00035-HSM-SKL    Document 7-2    Filed 08/01/12    Page 92 of 153
PageID #: 272

238



00249

## CERTIFICATE OF SERVICE

I, William C. Talman, Attorney for the Defendant, hereby certify that I have served a true and correct copy of the foregoing Motion, by personally delivering same, or by depositing same in the U.S. Mail, with sufficient postage to reach its destination, upon Hon. Randall Nichols, District Attorney General for Knox County, Tennessee, City-County Building, 400 Main Avenue, Knoxville, Tennessee  37902.

This the ___15th___ day of March, 1996.

William C. Talman, Attorney

Page 2

Case 1:12-cv-00035-HSM-SKL     Document 7-2     Filed 08/01/12     Page 93 of 153
PageID #: 273

239

000250



# IN THE CRIMINAL COURT FOR KNOX COUNTY, TENNESSEE
## DIVISION III

STATE OF TENNESSEE,       ]

     Plaintiff,           FILED ]
                 BY MARTHA PHILLIPS CLERK

                                ]
vs.               MAR 1 5 1996     No.:   58183-A

                  KNOX COUNTY CRIMINAL COURT
CHRISTA GAIL PIKE,         KNOXVILLE, TN

     Defendant.              ]

### RESPONSE TO STATE'S MOTION FOR DISCOVERY

Comes the Defendant, Christa Gail Pike, by and through Counsel, who respectfully responds to the State's motion for discovery as follows:

1. As to item (1) of the State's motion, the defense is unaware of the existence of any books, papers, documents, photographs, or other tangible objects which the defense intends to introduce into evidence during it's case in chief; however, the defense reserves the right to modify or supplement this response as circumstances may dictate.

2. As to item (2) of the State's motion, the defense has provided a copy of a psychological report, which the defense may use in it's case in chief depending upon the proof submitted in the State's case in chief. As to any other reports that may exist, the defense takes the position that those documents, if any, are not subject to disclosure at this juncture; however, the defense reserves the right to modify or supplement this response as circumstances may dictate.

This the   15th   day of March, 1996.

CHRISTA GAIL PIKE

BY: _____

William C. Talman
Supreme Court BPR# 012262
Attorney for Defendant
P.O. Box 506
Knoxville, Tennessee 37901

Telephone: (423) 579-9060
Facsimile: (423) 573-2032

## CERTIFICATE OF SERVICE

I, William C. Talman, Attorney for the Defendant, hereby certify that I have served a true and correct copy of the foregoing Response, by personally delivering same, or by depositing same in the U.S. Mail, with sufficient postage to reach its destination, upon Hon. Randall Nichols, District Attorney General for Knox County, Tennessee, City-County Building, 400 Main Avenue, Knoxville, Tennessee 37902.

This the ___15th___ day of March, 1996.

_____
William C. Talman, Attorney

000252

# IN THE CRIMINAL COURT FOR KNOX COUNTY, TENNESSEE
## DIVISION III

STATE OF TENNESSEE, ]
                        ]

    Plaintiff,       FILED ]
        BY MART... P... LIPS CLERK

vs.         MAR 1 5 1996     No.:   58183-A

CHRISTA GAIL PIKE,    K . . .   COURT
                   ]
    Defendant.      ]

### AFFIDAVIT OF MARTHA DOOLEY

I, **MARTHA DOOLEY**, after being duly sworn according to law, hereby make oath or affirm as follows:

1. I am the Acting News Director for WATE-TV Channel 6 in Knoxville, Tennessee.

2. That I am familiar with and supervise the news programming for this station.

3. At the request of defense Counsel, a search of our records has been completed to ascertain the number of news stories that have appeared on our station relative to this case.

4. The attached documents represent a true, correct and complete account of the news stories which appeared on our station relative to this case.

5. The attached area coverage map represents a true and accurate depiction of this station's broadcast coverage area.

6. That the foregoing information is true and correct to the best of my knowledge, information and belief.

This the ___13___ day of March, 1996.

**STATE OF TENNESSEE** ]
                ] ss.
**COUNTY OF KNOX**    ]     *Martha Dooley, Acting News Director*
                       Martha Dooley, Acting News Director

Sworn to and subscribed before me, this the _13th_ day of March, 1996.

                             NOTARY PUBLIC

My Commission Expires: ___11/3/96___.

Case 1:12-cv-00035-HSM-SKL    Document 7-2    Filed 08/01/12    Page 96 of 153
PageID #: 276   242

000253



# WATE·tv 6 COVERAGE MAP
### KNOXVILLE

KENTUCKY

★ KNOXVILLE

TENNESSEE

## MAP INDICATES TOTAL SURVEY AREA (NSI) 531,000 HHs

**■ Designated Market Area (DMA)**
**429,000 HHs (includes Metro)**

**■ Metropolitan Area**
**254,000 HHs**

WATE-TV6    1306 Broadway, NE  37917    Post Office Box 2349    Knoxville, Tennessee  37901

Phone: 423-637-6666        Fax: 423-521-6611

T:/JOB CORPS SUIT/  :30/01-12-96
TAPE 259

MIKE INSERT

(MIKE)
THE MOTHER  F A MURDERED
KNOXVILLE JOB CORPS STUDENT
HAS FILED A MULTI-MILLION
DOLLAR WRONGFUL DEATH
LAWSUIT.
IT WAS ONE YEAR AGO

TAKE VO NATS---------------   TODAY, WHEN 19-YEAR-OLD
COLLEEN SLEMMER WAS KILLED.
THREE FELLOW STUDENTS ARE
CHARGED WITH THE CRIME.
CHRISTA PIKE.
TADARYL SHIPP.
AND SHADOLLA PETERSON.
THE LAWSUIT ALLEGES
JOBCORPS KNEW OF DANGERS AT
THE CENTER, AND DID NOT WARN
COLEEN SLEMMER.
THE SUIT IS SEEKING THREE
MILLION DOLLARS IN DAMAGES.
THE THREE DEFENDANTS ARE

VO OUT----------   STILL AWAITING TRIAL.
##

T:/JOBCORPS SUIT/00:30/01-11-96
TAPE 259

    NATALIE INSERT

 

 

       TAKE VO NATS--------------

(NATALIE)
    IN OTHER N   S: THE MOTHER
OF A MURDERED KNOXVILLE
JOB CORPS STUDENT HAS FILED
A MULTI-MILLION DOLLAR
WRONGFUL DEATH SUIT AGAINST
JOBCORPS.
    IT WAS ONE YEAR AGO
TODAY, WHEN 19-YEAR-OLD
COLLEEN SLEMMER WAS KILLED.
THREE FELLOW STUDENTS ARE
CHARGED WITH THE CRIME.
    CHRISTA PIKE.
    TADARYL SHIPP.
    AND SHADOLLA PETERSON.
    THE LAWSUIT ALLEGES
JOBCORPS KNEW OF DANGERS AT
THE CENTER, AND DID NOT WARN
COLEEN SLEMMER.
    THE SUIT IS SEEKING THREE
MILLION DOLLARS IN DAMAGES.
    THE THREE DEFENDANTS ARE

       VO OUT-----------   STILL AWAITING TRIAL.
    ##

000256

T:/JOBS CORP LAWSUIT/ 1:45/01-11-96
TAPE 027

((MIKE))
 THE MOTHER OF A MURDERED JOB-CORPS STUDENT FILED A LAWSUIT TODAY IN KNOX COUNTY CIRCUIT COURT.....JUST HOURS BEFORE THE STATUTE OF LIMITATIONS WOULD HAVE EXPIRED.

((LORI))
 ONE YEAR AGO TOMORROW...A 19 YEAR OLD KNOXVILLE JOBCORPS STUDENT WAS BEATEN AND STABBED TO DEATH ...ALLEGEDLY BY THREE FELLOW STUDENTS.
 NOW, HER MOTHER IS SUING THE KNOXVILLE JOBCORPS.

    TURN DUAL BOXES HERE------>
#Lori Tucker\23
#Charley Belcher

(TURN)
 CHARLEY BELCHER JOINS US FROM THE NEWSROOM NOW WITH MORE.
 CHARLEY...COLEEN SLEMMER'S MOTHER IS LOOKING FOR RETRIBUTION::

    CG FULL-------------->

((CHARLEY))
 RIGHT...THREE MILLION DOLLARS WORTH OF RETRIBUTION.
----------------------------------

    TAPE PKG--------
    TRT- :43
   OUT: "FOR SLEMMER'S DEATH."

((CHARLEY BELCHER))
 COLLEN SLEMMER WAS KILLED LAST JANUARY 12TH.
 HER BODY FOUND NEAR THE U-T AG CAMPUS...BADLY BEATEN, AND A PENTAGRAM CARVED IN HER CHEST.
 THREE FELLOW JOBCORPS STUDENTS HAVE BEEN CHARGED WITH THIS CRIME: CHRISTA PIKE--WHO THE STATE HAS SAID THEY WILL SEEK THE DEATH PENALTY AGAINST.
 TADGREY (HIPP,
 AND SHADOLLA PETERSON.
 , IT'S ALLEGED THAT PIKE WANTED SLEMMER KILLED, BECAUSE SLEMMER HAD A CRUSH ON SHIPP...WHO WAS PIKE'S BOYFRIEND.
 MAY MARTINEZ, COLEEN SLEMMER'S MOTHER, FILES SUIT TODAY...WANTING THREE MILLION DOLLARS IN DAMAGES.

000257

```
                    PKG OUT---------        SLEMMER'S DEATH.
         CP FULL-IN NEWSROO  ------->      -----------------------------
  #Charley Belcher\22                       ((CHARLEY));
                                                THE KNOXVILLE JOBCORPS
                                            CENTER HAS SINCE SHUT DOWN,
                                            AFTER PRESSURE FROM THAT
                                            AREA OF TOWN, AND KNOXVILLE
                                            POLICE CHIEF PHIL
                                            KEITH...SAYING IT WAS A
                                            HAVEN FOR CRIME.
                                                ALL THREE DEFENDANTS,
                                            PIKE, SHIPP, AND PETERSON
                                            ARE STILL AWAITING TRIAL.

       TAKE DUAL BOXES HERE-------------->  ((LORI))
                                                CHARLEY ARE THOSE THREE
  #Lori Tucker\23                           PEOPLE NAMED IN THIS
  #Charley Belcher                          WRONGFUL DEATH SUIT??

                                            ((CHARLEY))
                                                NOT AS DEFENDANTS...BUT
             CP FULL------------>           THE SUIT DOES SAY THAT
                                            SLEMMER WAS WRONGFULLY
                                            KILLED BY CHRISTA PIKE,
                                            TADARYL SHIPP AND SHADOLLA
                                            PETERSON.
                                                THE 3 MILLION DOLLARS
                                            WOULD COME FROM CAREER
                                            SYSTEMS DEVELOPMENT
                                            CORPORATION, WHICH RAN
                                            KNOXIVILLE'S JOBCORPS.
                                                OF COURSE, A JURY WILL
                                            DECIDE WHETHER MARTINEZ IS
                                            DUE THAT MONEY.
             BACK TO LORI-------->          ((LORI))
                                                THANKS, CHARLEY BELCHER
                                            REPORTING.
```

000258

Tc/PIKE/  :30/05-24-95
TAPE 97
          MIKE  INSERT


          VO NATS..............

    (PIKE MUG)




    (CRIME SCENE)
#0January 14th\0
#U-T Campus


(MUGS OF PETERSON,SHIPP)


          vo out.......

(MIKE)
    KNOX COUNT  PROSECUTORS
WILL SEEK THE DEATH PENALTY
AGAINST A JOB CORPS STUDENT
CHARGED WITH KILLING A
FELLOW STUDENT.
    19-YEAR-OLD CHRISTA PIKE
AND TWO OTHER SUSPECTS ARE
ACCUSED OF KILLING 19-YEAR
OLD COLLEEN SLEMMER.
    DISTRICT ATTORNEY
GENERAL RANDY NICHOLS SAYS
THE VICIOUSNESS OF THE
ATTACK IS ONE REASON THE
STATE WILL TRY TO EXECUTE
PIKE.
    THE STATE IS NOT SEEKING
THE DEATH PENALTY FOR
18-YEAR-OLD SHADOLLA
PETERSON OR TA-DARYL SHIPP,
WHO WAS 17-WHEN HE ALLEGEDLY
COMMITTED THE CRIME.
          ###

Case 1:12-cv-00035-HSM-SKL    Document 7-2    Filed 08/01/12    Page 102 of 153
PageID #: 282    248

000259

T:/PIKE DEATH PENALTY/  :25/05-24-95
TAPE 78
                    NATALIE TI. 7


            VO NATS..............

    (PIKE MUG)




    (CRIME SCENE)
#January 14th\0
KU-T Campus




                          vo out........

((NATALIE))
    KNOX COUNT  PROSECUTORS
WILL SEEK THE DEATH PENALTY
AGAINST A JOB CORPS STUDENT
CHARGED WITH KILLING A
FELLOW STUDENT.
    19-YEAR OLD CHRISTA PIKE
AND TWO OTHER SUSPECTS ARE
ACCUSED OF KILLING 19-YEAR
OLD COLLEEN SLEMMER.
    DISTRICT ATTORNEY
GENERAL RANDY NICHOLS SAYS
THE VICIOUSNESS OF THE
ATTACK IS ONE REASON THE
STATE WILL TRY TO EXECUTE
PIKE.
    THE STATE IS NOT SEEKING
THE DEATH PENALTY FOR
18-YEAR OLD SHADOLLA
PETERSON OR TADARYL SHIPP,
WHO WAS 17-WHEN HE ALLEGEDLY
COMMITTED THE CRIME.
                    ###

000260

T:/PIKE-THEFT/ :20/04-27-95
TAPE 51

NATALIE INSERT

TAKE VO NATS----------
**NO MUG (SUPER)

VO OUT -----------------

NATALIE INSERT

((NATALIE))
THE KNOX C  NTY GRAND
JURY HAS INDICTED 18 YEAR
OLD CHRISTA PIKE FOR THE
SECOND TIME...THIS TIME ON
THEFT CHARGES.
PIKE ALREADY IS UNDER
INDICTMENT ON MURDER
CHARGES, IN THE KILLING OF
FELLOW JOB CORFS STUDENT
COLLEEN SLEMMER.
THIS THEFT INDICTMENT
STEMS FROM A CHARGE
AGAINST PIKE, BEFORE THE
MURDER.
SHE WAS CAUGHT ALLEGEDLY
SHOPLIFTING AT AN AREA
DEPARTMENT STORE.
###

000261

T:/CHRISTA PIKE THEFT/ :20/04-26-95
TAPE 5]

      RICK INSERT

          TAKE VO NATS----------
**NO MUG (SUPER)

      VO OUT...................

      RICK TIGHT

((RICK))
   THE KNOX COUNTY GRAND
JURY HAS INDICTED 18 YEAR
OLD CHRISTA PIKE FOR THE
SECOND TIME...THIS TIME ON
THEFT CHARGES.
   PIKE ALREADY IS UNDER
INDICTMENT ON MURDER
CHARGES, IN THE KILLING OF
FELLOW JOB CORPS STUDENT
COLLEEN SLEMMER.
   THIS THEFT INDICTMENT
STEMS FROM A CHARGE
AGAINST PIKE, BEFORE THE
MURDER....
    SHE WAS
CAUGHT-ALLEGEDLY
SHOPLIFTING- AT AN AREA
DEPARTMENT STORE.
     ###

000262

T:/JOB CORPS INDICTMENTS/  :30/04-13-95
TOTE 50)

NATALIE INSER

((NATALIE))
THE THREE   ENAGERS
ALLEGEDLY INVOLVED IN THE
MURDER OF A FELLOW JOB CORPS
STUDENT, *WILL* GO TO
TRIAL.

TAKE VO NATS-----------

THE KNOX COUNTY GRAND JURY
INDICTING CHRISTA PIKE,   .
SHADOLLA PETERSON, AND
TADARYLL SHIPP IN THE CASE.
PIKE AND SHIPP ARE CHARGED
WITH FIRST DEGREE MURDER,
AND PETERSON FACES CHARGES
OF CONSPIRACY TO COMMIT
MURDER.
THE VICTIM, COLLEEN
SLEMMER, WAS BEATEN AND

VO OUT...............

SLASHED TO DEATH BACK IN
JANUARY.
ALL FOUR YOUNG PEOPLE WERE
IN KNOXVILLE'S JOB CORPS

NATALIE TIGHT

PROGRAM.
THAT CENTER HAS SINCE
CLOSED BECAUSE OF CRIME
PROBLEMS.
###

000263

T:53/JOB CORPS INDICT/  :30/04-13-95
TAPE 53

NATALIE INSERT

((NATALIE))
THE THREE ..EENAGERS ALLEGEDLY INVOLVED IN THE MURDER OF A FELLOW JOB CORPS STUDENT, *WILL* GO TO TRIAL.

TAKE VO NATS----------

THE KNOX COUNTY GRAND JURY INDICTING CHRISTA PIKE, SHADOLLA PETERSON, AND TADARYLL SHIPP IN THE CASE.
PIKE AND SHIPP ARE CHARGED WITH FIRST DEGREE MURDER, AND PETERSON FACES CHARGES OF CONSPIRACY TO COMMIT MURDER.
THE VICTIM, COLLEEN SLEMMER, WAS BEATEN AND

VO OUT...............

SLASHED TO DEATH BACK IN JANUARY.
ALL FOUR YOUNG PEOPLE WERE IN KNOXVILLE'S JOB CORPS PROGRAM.

NATALIE TIGHT

THAT CENTER HAS SINCE BEEN SHUT DOWN BECAUSE OF CRIME PROBLEMS.
###

F:/JOB CORPS INDICTMENTS/   :30/04-12-95
TAPE 53                                          ((LORI))
                LORI INSERT                      THE THREE TEENAGERS
                                            ALLEGEDLY INVOLVED IN THE
                                            MURDER OF A FELLOW JOB CORPS
                                            STUDENT, *WILL* GO TO
                                            TRIAL...
                TAKE VO NATS----------           THE KNOX COUNTY GRAND
                                            JURY TODAY INDICTING CHRISTA
                                            PIKE, SHADOLLA PETERSON, AND
                                            TADARYLL SHIPP IN THE
                                            CASE...
                                                 PIKE AND SHIPP ARE
                                            CHARGED WITH FIRST DEGREE
                                            MURDER, AND PETERSON FACES
                                            CHARGES OF CONSPIRACY TO
                                            COMMIT MURDER.
                                                 THE VICTIM WAS COLLEEN
                                            SLEMMER...SHE WAS BEATEN AND
                VO OUT...............       SLASHED TO DEATH BACK IN
                                            JANUARY.
                                                 ALL FOUR YOUNG PEOPLE
                                            WERE IN KNOXVILLE'S JOBCORPS
                LORI TIGHT                  PROGRAM....THAT CENTER HAS
                                            BEEN SHUT DOWN BECAUSE OF
                                            CRIME PROBLEMS.
                                                      ###

000265

T:/JOB CORPS INDICTMENTS/ :30/04-12-95
TAPE 53

RICK INSERT

TAKE VO NATS----------

VO OUT..............

RICK INSERT

((RICK))
THE 3 TE. AGERS
ALLEGEDLY INVOLVED IN THE
MURDER OF A FELLOW JOB CORPS
STUDENT, *WILL* HAVE TO FACE
TRIAL...
THE KNOX COUNTY GRAND
JURY TODAY INDICTING CHRISTA
PIKE, SHADOLLA PETERSON, AND
TADARYLL SHIPP IN THE
CASE...
PIKE AND SHIPP ARE
CHARGED WITH FIRST DEGREE
MURDER, AND PETERSON FACES
CHARGES OF CONSPIRACY TO
COMMIT MURDER.
THE VICTIM WAS COLLEEN
SLEMMER...SHE WAS BEATEN AND
SLASHED TO DEATH BACK IN
JANUARY.
ALL FOUR YOUTHS
WERE IN KNOXVILLE'S JOBCORPS
PROGRAM....THAT CENTER HAS
SINCE BEEN SHUT DOWN,
BECAUSE OF CONTINUED CRIME
PROBLEMS.
###

000266

T:/SHIPP LATEST/ 1:00/03-03-95
TAPE 23
    NATALIE INSERT

       ((NATALIE))
    A 17-YEAR- D, ADMITTED
SATAN WORSHIPER IS DOING
TIME NOW IN THE KNOX COUNTY
JAIL.
    TADARYL SHIPP WILL STAND
TRIAL AS AN ADULT FOR
MURDER.
    SHIPP IS CHARGED WITH
KILLING FELLOW JOB CORPS
STUDENT COLLEEN SLEMMER.

    TAKE VO NATS:---------
    THE JUVENILE COURT JUDGE
MAKING HIS DECISION AFTER
PROSECUTORS PLAYED A TAPED
STATEMENT SHIPP MADE TO
POLICE.
    ON THE TAPE, SHIPP
DESCRIBES HOW HE, CHRISTA
PIKE, AND SHADOLLA PETERSON,
ATTACKED COLLEEN SLEMMER.
    SHIPP SAYS THE TWO GIRLS
BEAT SLEMMER, BUT HE ADMITS
TO TRIPPING HER, AND CUTTING
HER ARM.
    SHIPP ALSO ADMITS TO
HELPING CARVE A PENTAGRAM IN
SLEMMER'S CHEST.
    EVEN SHIPP'S ATTORNEY
SAYS HE WASN'T SURPRISED
BY THE JUDGE'S VERDICT.

    TAKE SOUND FULL AT : 21
    TIME :06
    OUT: THAT AS WELL.
          T.C.: 1:29:17
#CHRIS COFFEY\0
(Shipp's Attorney

-------------------------------
((Chris Coffey))
    1 assumed coming down
here that barring something
unexpected, he would be
transferred and he was
prepared for that and knew
that as well.

    VO NATS CONT:---------
-------------------------------
    ((NATALIE))
    AFTER THE KILLING, SHIPP
SAID IT WAS LIKE A
SACRIFICE AND AGREED THAT IT
WAS LIKE PAYING HOMAGE TO
SATAN.
    SHIPP, PIKE, AND
PETERSON'S CASES HAVE ALL
GONE TO THE GRAND JURY.

    VO CUT:------

000267

T/SHIPP HEARING/ :45/03-03-95
TAPE 23
     NATALIE INSERT

TAKE VO NATS:--------

((NATALIE))
   THE 17-YEAR OLD CHARGED WITH THE MURDER OF A FELLOW JOB CORPS STUDENT *WILL BE TRIED AS AN ADULT*...SO SAYS A KNOXVILLE JUVENILE COURT JUDGE.
   THE JUDGE MADE HIS DECISION AFTER PROSECUTORS PLAYED A TAPED STATEMENT TADARYL SHIPP MADE TO POLICE.
   ON THE TAPE, SHIPP DESCRIBES HOW HE, CHRISTA PIKE, AND SHADOLLA PETERSON, ATTACKED COLLEEN SLEMMER.
   SHIPP SAYS THE TWO GIRLS BEAT SLEMMER, BUT HE ADMITS TO TRIPPING HER, AND CUTTING HER ARM.
   SHIPP ALSO ADMITS TO HELPING CARVE A PENTAGRAM IN SLEMMER'S CHEST.
   EVEN SHIPP'S ATTORNEY WAS NOT SURPRISED AT THE JUDGE'S VERDICT.

TAKE SOUND FULL AT : 21
   TIME :06
OUT: THAT AS WELL.
     T.C.: 1:29:17
#CHRIS COFFEY\O
#Shipp's Attorney

------------------------------
((Chris Coffey))
   I assumed coming down here that barring something unexpected, he would be transferred and he was prepared for that and knew that as well.

VO NATS CONT:---------

------------------------------
((NATALIE))
   AFTER THE KILLING, SHIPP SAID IT WAS ALMOST LIKE A SACRIFICE.
   HE ALSO ADMITTED TO BEING TO A SATAN WORSHIPER.
   SHIPP, PIKE, AND PETERSON'S CASES HAVE ALL GONE TO THE GRAND JURY NOW.

VO OUT:------

000268

T:/SHIPP HEARING/  :45/03-03-95
TAPE 29
            NATALIE INSERT

        TAKE VO NATS:--------

((NATALIE))
THE 17-YEAR OLD CHARGED
WITH THE MURDER OF A FELLOW
JOB CORPS STUDENT *WILL BE
TRIED AS AN ADULT*
THE JUDGE MAKING HIS
DECISION AFTER PROSECUTORS
PLAYED A TAPED STATEMENT
TADARYL SHIPP MADE TO
POLICE.
ON TAPE, SHIPP DESCRIBES
HOW HE, CHRISTA PIKE, AND
SHADOLLA PETERSON, ATTACKED
COLLEEN SLEMMER.
SHIPP SAYS THE TWO GIRLS
BEAT SLEMMER, BUT HE ADMITS
TO TRIPPING HER, AND CUTTING
HER ARM.
SHIPP ALSO ADMITS TO
HELPING CARVE A PENTAGRAM IN
SLEMMER'S CHEST.
EVEN SHIPP'S ATTORNEY WAS
NOT SURPRISED AT THE JUDGE'S
VERDICT.
------------------------------

        TAKE SOUND FULL AT : 21
            TIME :06
        OUT: THAT AS WELL.
                T.C.: 1:29:17
#CHRIS COFFEY\0
=Shipp's Attorney

        VO NATS CONT:--------

((Chris Coffey))
I assumed coming down
here that barring something
unexpected, he would be
transferred and he was
prepared for that and knew
that as well.
------------------------------
        ((RUSS))
AFTER THE KILLING,
SHIPP SAID IT WAS ALMOST
LIKE A SACRIFICE.
HE ALSO SAID HE IS A
SATAN WORSHIPER.
SHIPP, PIKE, AND
PETERSON'S CASES HAVE ALL
        VO OUT:------   GONE TO THE GRAND JURY NOW.

T:/SHIPP TO ADULT/ :45/03-02-95
TAPE 23
        LORI INSERT

        TAKE VO NATS:---------

((LORI))
    THE 17 YEAR OLD CHARGED
WITH THE MURDER OF A FELLOW
JOB CORPS STUDENT WILL BE
TRIED AS AN ADULT...SO SAYS
A KNOXVILLE JUVENILE COURT
JUDGE.
    THE JUDGE MADE HIS
DECISION AFTER PROSECUTORS
PLAYED A TAPED STATEMENT
TADARYL SHIPP MADE TO
POLICE.
    ON TAPE, SHIPP DESCRIBES
HOW HE, CHRISTA PIKE, AND
SHADOLLA PETERSON, ATTACKED
COLLEEN SLEMMER.
    SHIPP SAYS THE TWO GIRLS
BEAT SLEMMER, BUT HE ADMITS
TO TRIPPING HER, AND CUTTING
HER ARM.
    SHIPP ALSO ADMITS TO
HELPING CARVE A PENTAGRAM IN
SLEMMER'S CHEST.
    EVEN SHIPP'S ATTORNEY WAS
NOT SURPRISED AT THE JUDGE'S
VERDICT.
-------------------------------

      TAKE SOUND FULL AT : 21
            TIME :06
        OUT: THAT AS WELL.
           T.C.: 1:29:17
#CHRIS COFFEY#0
#Shipp s Attorney

        VO NATS CONT:---------

((Chris Coffey))
    I assumed coming down
here that barring something
unexpected, he would be
transferred and he was
prepared for that and knew
that as well.
-------------------------------
((LORI))
    AFTER THE KILLING,
SHIPP SAID IT WAS ALMOST
LIKE A SACRIFICE.
    HE ALSO ADMITTED TO
BEING TO A SATAN WORSHIPER.
    SHIPP, PIKE, AND
PETERSON'S CASES HAVE ALL

        VO OUT:------

GONE TO THE GRAND JURY NOW.

000270

T:/SHIPP HEARING/ 2:35/03-02-95
TAPE 31

TWO SHOT
CENTERBOARD

TAKE PKG:
TRT: 2:10
OUT: STD

at : C2
KNOXVILLE TN

FT : 30       (STANDUP)
#CHARLEY BELCHER\21

FT : 1:47
#CHRIS COFFEY\0
#Shipp's Attorney

((RICK))
      THE 17 Yi . OLD CHARGED
WITH THE MURDER OF A FELLOW
JOB CORPS STUDENT... *WILL*
BE TRIED AS AN ADULT.
GOOD EVENING, I'M RICK
BENJAMIN.
((LORI))
     AND I'M LORI TUCKER.
     IN TADARYL SHIPP'S
TRANSFER HEARING TODAY,
PROSECUTORS PLAYED A TAPE
OF SHIPP EXPLAINING HIS
INVOLVMENT IN THE BRUTAL
KILLING OF COLLEEN
SLEMMER....AS WELL AS HIS
INVOLVEMENT WITH THE
OCCULT.
((RICK))
      CHARLEY BELCHER TELLS
US SHIPP SAYS HE DIDN'T KILL
SLEMMER...BUT HE ADMITS TO
HELPING IN THE MURDER:::
------------------------------

((Charley Belcher))
     In his taped statement
to Knoxville Detectives,
Tadaryl Shipp says he
checked out of the Job Corps
a few minutes before nine
o'clock, Thursday night,
January 12th.
     With him, were Christa
Pike, and Shadolla
Peterson.
     Checking out right after
them, was Colleen Slemmer.
     Shipp says Pike was
angry with Slemmer,
because she had a crush on
him. And Peterson was a
friend of Pike's who
went along.
     Shipp says quote: I
thought they were just
going to beat her up, then
leave her alone.

going to scare her."
     Later Shipp says "When

000271

1:36:30   ((Charley -- standup))

everything changed."

Shipp says ..e two girls began to beat Slemmer, hitting her in the head several times.

Shipp says Pike demanded Slemmer take her shirt and bra off...and said if you want to have sex with him...do it now. Shipp says pike then pulled out a miniature meat cleaver and slashed Slemmer's forehead. ((Charley))

Once, Shipp says Slemmer tried to run away, and he tripped her, and pushed her back to Pike and Peterson.

Shipp also admits on tape to cutting Slemmer's arm.

Finally, the beating and slashing stopped...and that's when Shipp says he and Pike carved a Pentagram into Slemmer's chest.

On tape, Shipp says "I've been in Satanic Worship since 1 was 10 years old."

When asked about Pike's involvement, he says "She got pretty deep into it too."

Shipp says he carved the upside down 5-pointed star, Pike then carved a circle around it.

When asked what Slemmer was doing then...Shipp answered "She was half alive...just laying there."

Shipp comments the killing seemed almost like a sacrifice...and also admits to sacrificing rabbits in his past, as part of his religion.

His attorney says Shipp's religion was not the motive for the killing.

1:20:10   ((Chris Coffey))

I don't think it had anything to do with this case, and Ms. Slemmer's death.
((Charley))

Coffey argues Shipp should not be charged with 1st Degree Murder, since he did not hit Slemmer in the head.

Autopsy reports show she ...

1:5...20 ((Coffey))

Case 1:12-cv-00035-HSM-SKL   Document 7-2   Filed 08/01/12   Page 115 of 153
PageID #: 295

000272

degree murder, put it that
way, I don't know what he
should be char :d with, but
it shouldn't be first degree
murder.
((Charley))
    Shipp, Pike and
Peterson's cases are all in
the hands of the Grand Jury
now.
    Charley Belcher, 6,
Eyewitness News.

PKG OUT----    ----------------------------
((RICK))
RICK TIGHT    COURT OFFICIALS TODAY SET
BOND FOR TADARYL SHIPP AT
$100,000...HE'S NOW BEING
HELD IN THE KNOX COUNTY
JAIL.
                    ####

000273

T:/SHIPP HEARING/ :40/03-02-95
TATE: 34
     NATALIE CENTERBOARD

((NATALIE))
A KNOXVILLE JOB CORPS STUDENT ACCUSED OF KILLING A FELLOW CLASSMATE IS IN COURT AT THIS HOUR.

GOOD AFTERNOON, I'M NATALIE DICK.

A JUDGE WILL DECIDE TODAY IF 17-YEAR-OLD TADARRYL SHIPP WILL STAND TRIAL FOR THE MURDER OF COLLEEN SLEMMER AS AN ADULT.

THE TRANSFER WOULD TAKE THE CASE FROM JUVENILE TO CRIMINAL COURT.

TAKE ENU VO..............
#U1 AG CAMPUS\0
#JANUARY

SHIPP IS CHARGED ALONG WITH TWO OTHER STUDENTS IN THE KILLING OF SLEMMER THAT HAPPENED NEAR THE STEAM PLANT ON THE U-T AG CAMPUS EARLIER THIS YEAR.

POLICE ALLEGE SHIPP, CHRISTA PIKE AND SHADOLLA PETERSON, LURED SLEMMER TO THE LOCATION AND THEN BRUTALLY MURDERED HER WITH A PIECE OF ASPHALT, A MINIATURE MEAT CLEVER AND A BOX CUTTER.

WE'RE FOLLOWING TODAY'S ACTION IN COURT AND WILL HAVE THE LATEST TONIGHT AT SIX.

VO OUT --------------

000274

T:/JOB CORPS OCCULT REPORT/ :55/02-25-95
TAPE 33                                              (RUSS)
                      INSERT R  S              TWO OF THE  JB CORPS
                                           STUDENTS CHARGED WITH
                                           MURDERING FELLOW STUDENT
                                           COLLEEN SLEMMER -- DID MESS
                                           AROUND WITH THE OCCULT.
                                              A NEW POLICE REPORT SHOWS
                                           THOSE TWO WERE PART OF A
                                           HANDFUL OF STUDENTS ... 5 TO
                                           15 OF THEM WITH AN INTEREST
                                           IN THE DARK SIDE.
                      :00 TAKE VO NATS ...     KNOXVILLE POLICE BEGAN
   (CRIME SCENE)                           INVESTIGATING OCCULT
#JANUARY 14TH\O                            ACTIVITY AT THE CENTER, THE
#U.T. CAMPUS                               DAY AFTER SLEMMER'S BODY WAS
                                           FOUND, LAST JANUARY.
                                              SLEMMER WAS SLASHED TO
                                           DEATH...
                                              A PIECE OF HER SKULL WAS
                                           MISSING AND THERE WAS A
                                           PENTAGRAM CARVED INTO HER
                                           CHEST.
   (:12 THREE MUG SHOTS TOGETHER)             FELLOW STUDENTS CHRISTA
                                           GAIL PIKE, TADARYL SHIPP ARE
                                           CHARGED WITH MURDER .... AND
                                           SHADOLLA PETERSON IS ACCUSED
                                           OF AIDING AND ABEDDING THE
                                           CRIME.
                                              POLICE HAVE DESCRIBED THE
                                           MOTIVE IN THE CASE AS A LOVE
                      : VO OUT............  TRIANGLE.
                      TIGHT RUSS              THE POLICE REPORT SAYS
                                           SHIPP AND PIKE WERE THE
                                           STUDENTS AT THE CENTER MOST
                                           INVOLVED WITH THE OCCULT.
                                              REPORTEDLY SHIPP HAD AN
                                           ALTAR WITH A STATUE IN HIS
                                           DORM ROOM AT THE JOB CORPS
                                           WHEN OFFICERS CAME TO
                                           SEARCH AFTER THE MURDER.
                                              NATIONAL JOB CORPS
                                           LEADERS ARE CONSIDERING
                                           MOVING THE KNOXVILLE
                                           OPERATION ... AS WE'VE BEEN
                                           REPORTING FOR WEEKS, THAT
                                           ANNOUNCEMENT IS EXPECTED BY
                                           THE END OF THE MONTH --
                                           WHICH IS COMING UP THIS
                                           TUESDAY.
                                              WE'LL KEEP YOU UP TO
                                           DATE.
                                              ###

1:/PETERSON IN COURT/  :45/02-10-95
VHL 245

     NATALIE INSERT


     TAKE VO NATS----------------


     VO OUT:----------

(NATALIE)
ONE OF THE ALLEGED KILLERS IN THE BRUTAL JOB CORPS MURDER WILL SOON HAVE A NEW ATTORNEY.
18-YEAR-OLD SHADOLLA PETERSON *WAS* REPRESENTED BY THE PUBLIC DEFENDER'S OFFICE BUT BECAUSE OF A POSSIBLE CONFLICT OF INTEREST, SHE'LL BE APPOINTED A NEW ATTORNEY.
THE PUBLIC DEFENDER'S OFICE IS ALSO REPRESENTING CHRISTA PIKE IN A SEPARATE CASE.
PIKE IS ACCUSED WITH PETERSON OF KILLING OF FELLOW JOB CORPS STUDENT COLLEEN SLEMMER.
ALTHOUGH PUBLIC DEFENDER MARK STEPHENS SAYS HE SEES NO CONFLICT, A JUDGE AGREED WITH THE STATE, AND APPOINTED PETERSON A NEW ATTORNEY.
THAT WILL DELAY THE PRELIMINARY HEARING, AND STEPHENS SAYS IT HURTS HER CASE.

:249/PETERSON IN COURT/ :45/02-10-95
TAPE 249

NATALIE INSERT

TAKE VO NATS-------------

(NATALIE)
ONE OF THE  LEGED
KILLERS IN THE BRUTAL JOB
CORPS MURDER WILL SOON HAVE
A NEW ATTORNEY.
18-YEAR-OLD SHADOLLA
PETERSON *WAS* REPRESENTED
BY THE PUBLIC DEFENDER'S
OFFICE BUT BECAUSE OF A
POSSIBLE CONFLICT OF
INTEREST, SHE'LL BE
APPOINTED A NEW ATTORNEY.
THE PUBLIC DEFENDER'S OFICE
IS ALSO REPRESENTING CHRISTA
PIKE IN A SEPARATE CASE.
PIKE IS ACCUSED WITH
PETERSON OF KILLING OF
FELLOW JOB CORPS STUDENT
COLLEEN SLEMMER.
ALTHOUGH PUBLIC DEFENDER
MARK STEPHENS SAYS HE SEES
NO CONFLICT, A JUDGE AGREED
WITH THE STATE, AND
APPOINTED PETERSON A NEW
ATTORNEY.
THAT WILL DELAY THE
PRELIMINARY HEARING, AND
STEPHENS SAYS IT HURTS HER

VO OUT:-----------   CASE.

000277

T:249/PETERSON IN COURT/ :45/02-10-95
TAPE 249

RUSS INSERT

TAKE VO NATS--------------

VO OUT:-----------
BACK ON CAM........

((RUSS))
ONE OF THE ALLEGED KILLERS IN THE BRUTAL JOB CORPS MURDER LOST HER LAWYER YESTERDAY, BECUZ OF A POSSIBLE CONFLICT OF INTEREST.
18 YEAR OLD SHADOLLA PETERSON *WAS* REPRESENTED BY THE PUBLIC DEFENDER'S OFFICE....NOW SHE HAS TO START OVER, WITH A NEW COURT-APPOINTED LAWYER...BECAUSE THE P-D'S OFFICE IS REPRESENTING CHRISTA PIKE IN A SEPERATE CASE.
PIKE IS ACCUSED WITH PETERSON OF THE KILLING OF FELLOW JOB CORPS STUDENT COLLEEN SLEMMER.
PUBLIC DEFENDER MARK STEPHENS SAYS THERE IS NO CONFLICT....THAT HIS OFFICE HASN'T EVEN CONTACTED PIKE YET.
BUT THE JUDGE AGREED WITH THE STATE, AND APPOINTED A NEW ATTORNEY FOR PETERSON.
THAT WILL DELAY THE PRELIMINARY HEARING, AND STEPHENS SAYS IT HURTS HER CASE...NOW FOR THE LATEST ON A CASE THAT NEEDS NO INTRODUCTION--OUR RESIDENT LEGAL ANALYST GREG ISSACS IS WITH NATALIE FOR A WRAP UP OF THIS WEEKS DEVELOPMENTS IN THE SIMPSON TRIAL--GREG AND NATALIE...

000278

T:/PETERSON IN COURT/ :45/02-09-95
TAPE 249

LOKI INSERT

TAKE VO NATS---------------

VO OUT:----------

((LOKI))
ONE OF THE  LEGED
KILLERS IN THE BRUTAL JOB
CORPS MURDER LOST HER
ATTORNEYS TODAY, BECUZ OF A
POSSIBLE CONFLICT OF
INTEREST.

18 YEAR OLD SHADOLLA
PETERSON *WAS* REPRESENTED
BY THE PUBLIC DEFENDER'S
OFFICE....NOW SHE HAS TO
START OVER, WITH A NEW
COURT-APPOINTED
ATTORNEY...BECAUSE THE P-D'S
OFFICE IS REPRESENTING
CHRISTA PIKE IN A SEPERATE
CASE.
PIKE IS ACCUSED WITH
PETERSON OF THE KILLING OF
FELLOW JOB CORPS STUDENT
COLLEEN SLEMMER.
PUBLIC DEFENDER MARK
STEPHENS SAYS THERE IS NO
CONFLICT...THAT HIS OFFICE
HASN'T EVEN CONTACTED PIKE
YET.
BUT THE JUDGE AGREED WITH
THE STATE, AND APPOINTED A
NEW ATTORNEY TO PETERSON.
THAT WILL DELAY THE
PRELIMINARY HEARING, AND
STEPHENS SAYS IT HURTS HER
CASE.

⬤ 000279

/1/PETERSON IN COURT/ 1:40/02-09-95
TAPE 13

TWO SHOT
CENTER BOARD

OPEN CENTER BOARD.........

NEWS ROOM FULL................

TAKE VO NATS---- ---

**NO SUPERS**

((LORI))
ONE OF THE ..LLEGED
KILLERS IN THE JOB CORPS
MURDER CASE HAD HER
ATTORNEYS TAKEN AWAY FROM
HER TODAY.
((RICK))
18 YEAR OLD SHADOLLA
PETERSON *WAS* REPRESENTED
BY THE PUBLIC DEFENDER'S
OFFICE....NOW SHE HAS TO
START OVER, WITH A NEW
COURT-APPOINTED ATTORNEY.
OUR CHARLEY BELCHER IS
JUST BACK FROM A WILD DAY IN
COURT...
HE'S IN THE NEWSROOM.
CHARLEY, THE JUDGE SAYS
THERE'S A CONFLICT OF
INTEREST???
((CHARLEY))
RIGHT, RICK, SO THE
PUBLIC DEFENDER'S OFFICE IS
OFF THE CASE.
SHADOLLA PETERSON WAS
SUPPOSED TO HAVE HER
PRELIMINARY HEARING TODAY,
BUT FIRST, ATTORNEY GENERAL
RANDY NICHOLS THREW UP A RED
FLAG.

PETERSON IS ACCUSED
ALONG WITH CHRISTA PIKE AND
TADARYL SHIPP OF KILLING
FELLOW JOB CORPS STUDENT
COLLEEN SLEMMER.
HERE'S WERE IT GETS
CONFUSING:
PIKE IS BEING REPRESENTED
BY A PRIVATE ATTORNEY IN THE
CRIMINAL CASE, AND SHE HAD
BEEN ASSIGNED TO THE PUBLIC
DEFENDER'S OFFICE IN A
SEPERATE CASE OF
SHOPLIFTING.
NICHOLS SAYS THE P-D'S
OFFICE CAN'T REPRESENT
*BOTH* PETERSON AND PIKE,
EVEN THOUGH THE SHOPLIFTING
CASE IS SEPERATE.
PUBLIC DEFENDER MARK
STEPHENS SAYS THERE IS NO
CONFLICT OF INTEREST,
BECAUSE HIS OFFICE HAS NOT
YET CONTACTED PIKE IN THE
SHOPLIFTING CASE, AND THEY
ARE WILLING TO DROP *THAT*
CASE....BUT NOT PETERSON'S.
STEPHENS SAYS IF THEY'RE
TAKEN OFF THE CASE, THE PAST
FOUR WEEKS OF WORK THEY'VE

FULL ....   269

WILL BE ..... (...P Stephens))

000280

#MARK STEPHENS\D
#Public Defender.

significant amount of time
and resources in our office
to get ready f    this, as
you can well imagine in a
case of this magnitude.
Witnesses are now
unavailable, witnesses who
had been at JOBCORPS have
left, in fact left the
state that will not be
available to successor
council. I think it would
severly prejudice her
right.

VO OUT:------------------

****CHARLEY ON CAM****

((CHARLEY))
    SESSIONS COURT JUDGE
BRENDA WAGGONER AGREED WITH
THE STATE, AND HAS TAKEN
STEPHENS AND HIS PUBLIC
DEFENDERS, OFF THE CASE.
    IN A LAST DITCH EFFORT,
STEPHENS CALLED CHRISTA PIKE
HERSELF TO THE STAND, TO
PROVE SHE WAS WILLING TO
WAIVE THE CONFLICT OF
INTEREST.
    PIKE'S ATTORNEY WOULDN'T
LET HER TESTIFY, SO STEPHENS
CALLED *HIM* TO THE STAND.
    THAT DIDN'T WORK EITHER,
AND STEPHENS LEFT THE
COURTROOM FRUSTRATED.
    HE DOES SAY, THOUGH, HE
WILL TRY TO OVERTURN JUDGE
WAGGONER'S DECISION.
    MEANWHILE, PETERSON'S
HEARING DATE HAS BEEN
POSTPONED WHILE A NEW
ATTORNEY GETS FAMILIAR WITH
THE CASE.

BACK TO CENTER BOARD

((RICK))
    ((AD-LIB OUT))---
LOTS OF CONCERN BECAUSE
THIS IS A CAPITOL CASE...
    THANKS, CHARLEY BELCHER
IN OUR NEWSROOM.
                ####

000281

TL/PETERSON HEARING/ :30/02-09-95
TAPE 12
      NATALIE INSERT

            TAKE VO NATS----------

**NO SUPER** (MUG SHOT)

#U.T. AG. CAMPUS\O
#January 13

            VO OUT----------

((NATALIE))
ONE OF THE Y  NG WOMEN CHARGED WITH THE MURDER OF A FELLOW JOB CORPS STUDENT IS SCHEDULED TO BEGIN HER JOURNEY THROUGH THE JUDICIAL SYSTEM TODAY.
A PRELIMINARY HEARING FOR 18 YEAR OLD SHADOLLA PETERSON IS ON THE COURT'S DOCKET FOR THIS AFTERNOON.
SHE'S CHARGED ALONG WITH CHRISTA PIKE AND TADAREL SHIPP FOR THE BRUTAL MURDER OF 19 YEAR OLD COLLEEN SLEMMER.
POLICE SAY ALL OF THE YOUNG PEOPLE INVOLVED WERE JOB CORPS STUDENTS.
POLICE SAY A LOVE TRIANGLE IS THE BELIEVED MOTIVE, YET THEY SAY THE ALLEGED MURDERERS MAY HAVE ALSO BEEN DABBLING IN THE OCCULT.
WE'LL HAVE THE LATEST INFORMATION ON THIS STORY TONIGHT AT SIX.

000282

IS/PIKE-NO BOND/ :40/01-27-95
TAPE 11

LORI INSERT

TAKE VO NATS:-----------

**no super**

TAKE SOUND FULL AT :16
TIME: 06
OUT: THE DEATH PENALTY.
T.C.: 7:24
#BILL BROWN\0
#Pike's Attorney

VO NATS CONT:-----------

#CITY COUNTY BUILDING\0
#TODAY

VO OUT:-------------

((LORI))
ONE OF THE    LEGED
MURDERERS IN THE KILLING OF
A FELLOW JOB CORPS STUDENT
WILL STAY BEHIND BARS.
A SESSIONS COURT JUDGE
RULED TODAY THAT CHRISTA
PIKE BE HELD *WITHOUT*
BOND.
HER BOND WAS FIRST SET AT
100-THOUSAND DOLLARS, AFTER
SHE WAS ARRESTED FOR THE
MURDER OF JOB CORPS STUDENT,
COLLEEN SLEMMER.
THE STATE SAYS THEY'LL
SEEK THE DEATH PENALTY IN
THIS CASE, AND PIKE'S
ATTORNEY SAYS THAT HAS HIS
CLIENT AND HER FAMILY SHAKEN
UP.
------------------------------
((Bill Brown))
They were quite taken
aback yesterday, especially
at the announcement that
they were going to seek the
death penalty.
------------------------------
((LORI))
BROWN FOUGHT TODAY TO
KEEP PIKE'S BOND WHERE IT
WAS...SAYING SHE HAS A RIGHT
TO BOND, AND THAT HE DID NOT
HAVE ENOUGH TIME TO PREPARE
FOR THE MOTION HEARING.

T:/PIKE BOND/   :45/01-27-95
TAPE 11

            LORI INSERT

            TAKE VO NATS:----------

**no super**

            TAKE SOUND FULL AT :16
                  TIME: 06
          OUT: THE DEATH PENALTY.
          T.C.: 7:24
#BILL BROWN\0
#Pike's Attorney

          VO NATS CONT:-----------

#CITY COUNTY BUILDING\0
#'ODAY

          VO OUT:--------------

((LORI))
   ONE OF THE   LEGED
MURDERERS IN THE KILLING OF
A JOB CORPS STUDENT WILL
STAY BEHIND BARS.
   A SESSIONS COURT JUDGE
RULED TODAY THAT CHRISTA
PIKE BE HELD *WITHOUT*
BOND.
   HER BOND WAS FIRST SET AT
100-THOUSAND DOLLARS, AFTER
SHE WAS ARRESTED FOR THE
MURDER OF FELLOW JOB CORPS
STUDENT, COLLEEN SLEMMER.
   THE STATE SAYS THEY'LL
SEEK THE DEATH PENALTY IN
THIS CASE, AND PIKE'S
ATTORNEY SAYS THAT HAS HIS
CLIENT AND HER FAMILY SHAKEN
UP.
----------------------------
((Bill Brown))
   They were quite taken
aback yesterday, especially
at the announcement that
they were going to seek the
death penalty.
----------------------------
((LORI))
   BROWN FOUGHT TODAY TO
KEEP PIKE'S BOND WHERE IT
WAS...SAYING SHE HAS A RIGHT
TO BOND, AND THAT HE DID NOT
HAVE ENOUGH TIME TO PREPARE
FOR THE MOTION HEARING.

000284

T:/PIKE IN COURT/ 1:20/01-27-95
TAPE 14

NATALIE CB

((NATALIE))
ATTORNEYS F  ONE OF
THREE JOB CORPS STUDENTS
ACCUSED OF TORTURING AND
BEATING A FELLOW STUDENT
WERE BACK IN COURT TODAY.
THE STATE ASKING TO
INCREASE 18-YEAR-OLD CHRISTA
PIKE'S BOND.
THEY SAY THE TEEN, WHO
COULD FACE THE DEATH PENALTY
IF CONVICTED, MIGHT TRY TO
FLEE.
GOOD AFTERNOON, I'M
NATALIE DICK.
THE JUDGE RULED IN FAVOR
OF THE STATE ...DECIDING TO
HOLD PIKE WITHOUT BOND.
DEFENSE ATTORNEYS ARE
UPSET WITH THE RULING ...
SAYING THEY DIDN'T HAVE
ENOUGH TIME TO PREPARE.
PIKE IS THE SUSPECT WHO
POLICE SAY LED THEM BACK TO
THE CRIME SCENE ON THE U-T
AGRICULTURAL CAMPUS.
THAT'S WHERE FELLOW JOB
CORPS STUDENT COLLEEN
SLEMMER WAS FOUND BEATEN AND
SLASHED TO DEATH BACK ON
JANUARY 13TH.
PIKE TOLD POLICE A SATANIC
SYMBOL WAS CARVED INTO
SLEMMER'S CHEST WITH A MINI
MEAT CLEAVER AND BOX CUTTER
WHILE SHE WAS STILL ALIVE.

ENG VO NATS --------

:02
#U-T AG CAMPUS\0
#JANUARY 13, 1995
(SLEMMER)

SOT UP FULL AT:22
TIME:09
OC:CRIME SCENE
#RANDY YORK\0
#KPD Detective

AT:14:11

ENG VO NATS

((RANDY YORK))
we testified in court
there were times she tried
to run...pushed
down...evidence of that by
evidence of blood spots at
crime scene.

ENG SOT :06
TIME:08
OC: NOTING TO IT)

(NATALIE)
MEANTIME, PIKE'S DEFENSE
ATTORNEY SAYS HIS CLIENT IS
NOT INVOLVED IN THE
OCCULT ... DESPITE POLICE
STATEMENTS.

#BILL BROWN\0
#Defense Attorney

000285

ENG VO NATS

She is not  .devil
worshiper never has
been..nothing to it.

(NATALIE)
THE OTHER 18-YEAR OLD
SUSPECT, SHADOLLA
PETERSON, WILL RETURN TO
COURT IN TWO WEEKS FOR HER
PRELIMINARY HEARING.
THE 17-YEAR-OLD SUSPECT
TADARYL SHIPP WILL APPEAR IN
JUVENILE COURT IN MARCH TO
DETERMINE WHETHER HE'LL BE
TRIED AS AN ADULT.

VO OUT ----------------

000286

T::14'CHRISTA PIKE HRNG/ 1:05/01-27-95
TAPE 14

NATALIE INSERT

((NATALIE))
ONE OF THE THREE JOB
CORPS STUDENTS ACCUSED OF
TORTURING AND BEATING A
FELLOW STUDENT MAY FACE THE
DEATH PENALTY IF CONVICTED.
CHRISTA PIKE IS SCHEDULED
TO RETURN TO COURT THIS
MORNING FOR A HEARING ON A
BOND INCREASE.

ENG VO NATS

(MUG)

THE STATE WANTS TO
INCREASE PIKE'S BOND FROM
100-THOUSAND DOLLARS
... BECAUSE THEY WORRY
SHE'LL FLEE NOW THAT THEY'RE
ASKING FOR THE DEATH
PENALTY.

:02'
#U-T AG CAMPUS\O
#JANUARY 13, 1995

PIKE IS THE SUSPECT WHO
POLICE SAY LED THEM BACK TO
THE CRIME SCENE ON THE U-T
AG CAMPUS...WHERE COLLEEN
SLEMMER WAS FOUND BEATEN AND
SLASHED TO DEATH.

(SLEMMER)

PIKE TOLD POLICE A SATANIC
SYMBOL WAS CARVED INTO
SLEMMER'S CHEST WITH A MINI
MEAT CLEAVER AND BOX CUTTER
WHILE SHE WAS STILL ALIVE.

ENG SOT    :22
TIME:09
OC:CRIME SCENE

#RANDY YORK\O
#KPD Detective

AT:14:11

((RANDY YORK))
we testified in court
there were times she tried
to run..pushed
down..evidence of that by
evidence of blood spots at
crime scene.

ENG VO NATS

(NATALIE)
MEANTIME, PIKE'S DEFENSE
ATTORNEY SAYS HIS CLIENT IS
NOT INVOLVED IN THE
OCCULT ... DESPITE POLICE
STATEMENTS.

ENG SOT :06
TIME:08
OC: NOTING TO IT)

#BILL BROWN\O
#Defense Attorney

((bill))

AT:14:11

She is not a devil
worshiper never has
been..nothing to it.

ENG VO NATS

(NATALIE)
THE OTHER 18-YEAR OLD
SUSPECT, SHADOLLA

COURT IN TWO WEEKS FOR HER
PRELIMINARY HEARING.
THE 17-YEAR OLD SUSPECT
TADARYL SHIPP WILL APPEAR IN
JUVENILE COURT IN MARCH TO
DETERMINE WHETHER HE'LL BE
TRIED AS AN ADULT.
###

000287

000288

T:14/CHRISTA PIKE HRNG/ 1:00/01-27-95
TAPE 14

RUSS INSERT

((RUSS))
ONE OF . . THREE JOB
CORPS STUDENTS ACCUSED OF
TORTURING AND BEATING A
FELLOW STUDENT MAY FACE THE
DEATH PENALTY IF CONVICTED.
        CHRISTA PIKE: SCHEDULED
TO RETURN TO COURT THIS
MORNING FOR A BOND HEARING.
        THE STATE WANTS TO
**UP** THE BOND ON PIKE--
BECAUSE THEY'RE ASKING FOR
DEATH--WORRIED SHE'LL RUN IF
SHE GETS OUT OF JAIL ON HER
CURRENT 100-THOUSAND BOND.
        PIKE IS THE SUSPECT WHO
POLICE SAY LED THEM BACK TO
THE CRIME SCENE ON THE U-T
AG CAMPUS...WHERE COLLEEN
SLEMMER WAS FOUND BEATEN AND
SLASHED TO DEATH.
        PIKE TOLD POLICE
A SATANIC SYMBOL WAS CARVED
INTO SLEMMER'S CHEST WITH A
MINIATURE* MEAT* CLEAVER AND
BOX CUTTER WHILE SHE WAS
STILL ALIVE.

ENG VO NATS
(MUG)

:02
#U-T AG CAMPUS\O
#JANUARY 13, 1995

(SLEMMER)

ENG SOT    :22
TIME:09
OC:CRIME SCENE
#RANDY YORK\O
#KPD Detective

AT:14:11

((RANDY YORK))
    we testified in court
there were times she tried
to run..pushed
down..evidence of that by
evidence of blood spots at
crime scene.

ENG VO NATS

((RUSS))
    PIKE'S LAWYER SAYS HIS
CLIENT IS NOT INVOLVED IN
THE OCCULT..DESPITE POLICE
STATEMENTS.

ENG SOT    :06
TIME:02
OC: NOTING TO IT)

#BILL BROWN\O
#Defense Attorney

((bill))

AT:11:11

--

    She is not a devil
worshiper never has
been..nothing to it.

ENG VO NATS

((RUSS))
    THE OTHER 18-YEAR OLD

SHADOLLA PETERSON...
WILL RETURN TO COURT IN TWO

278

000289

HEARING.
THE 17 YEAR OLD SUSPECT
"TA-DARRYL" S..PP WILL
APPEAR IN JUVENILE COURT IN
MARCH TO SEE IF HE'LL BE
TRIED AS AN ADULT.
###

000290

T:14/CHRISTA PIKE HRNG/ 1:00/01-27-95
TAPE 14

RUSS INSERT

((RUSS))
ONE OF THE THREE JOB
CORPS STUDENTS ACCUSED OF
TORTURING AND BEATING A
FELLOW STUDENT MAY FACE THE
DEATH PENALTY IF CONVICTED.
CHRISTA PIKE: SCHEDULED
TO RETURN TO COURT THIS
MORNING FOR A BOND HEARING.

ENG VO NATS
(MUG)

THE STATE WANTS TO
**UP** THE BOND ON PIKE--
BECAUSE THEY'RE ASKING FOR
DEATH--WORRIED SHE'LL RUN IF
SHE GETS OUT OF JAIL ON HER
CURRENT 100-THOUSAND BOND.

:02
#U-T AG CAMPUS\0
#JANUARY 13, 1995

PIKE IS THE SUSPECT WHO
POLICE SAY LED THEM BACK TO
THE CRIME SCENE ON THE U-T
AG CAMPUS...WHERE COLLEEN
SLEMMER WAS FOUND BEATEN AND
SLASHED TO DEATH.

(SLEMMER)

PIKE TOLD POLICE
A SATANIC SYMBOL WAS CARVED
INTO SLEMMER'S CHEST WITH A
MINIATURE* MEAT* CLEAVER AND

ENG SOT      :22
TIME:09
OC:CRIME SCENE

BOX CUTTER WHILE SHE WAS
STILL ALIVE.

#RANDY YORK\0
#KPD Detective

AT:14:11

((RANDY YORK))
we testified in court
there were times she tried
to run..pushed
down..evidence of that by
evidence of blood spots at
crime scene.

ENG VO NATS

((RUSS))
PIKE'S LAWYER SAYS HIS
CLIENT IS NOT INVOLVED IN
THE OCCULT..DESPITE POLICE
STATEMENTS.

ENG SOT      :00
TIME:03
OC: NOTING TO IT)

#BILL BROWN\0
#Defense Attorney

((BILL))

AT:14:11

--

She is not a devil
worshiper never has
been..nothing to it.

((RUSS))
THE OTHER 18-YEAR OLD
ENG VO NATS                SUSPECTS PETERSON...
                           WILL RETURN TO COURT IN THE

Case 1:12-cv-00035-HSM-SKL    Document 7-2    Filed 08/01/12    Page 134 of 153
PageID #: 31480

000291

HEARING.
 THE 17 YEAR OLD SUSPECT
"TA-DARRYL" L LPP WILL
APPEAR IN JUVENILE COURT IN
MARCH TO SEE IF HE'LL BE
TRIED AS AN ADULT.
        ###

000292

T:14/CHRISTA PIKE HEARING/01:00/01-26-95
    TAPE 14                                    ((LORI))
                                            ONE OF ... THREE JOB
                    LORI INSERT         CORPS STUDENTS ACCUSED OF
                                        TORTURING AND BEATING A
                                        FELLOW STUDENT COULD BE
                                        FACING THE DEATH PENALTY IF
                                        CONVICTED.
                                            CHRISTA PIKE IS
                                        SCHEDULED TO RETURN TO COURT
                                        IN THE MORNING FOR A BOND
                                        HEARING.
                    ENG VO NATS             THE STATE WANTS TO
(MUS)                                   INCREASE PIKE'S
                                        BOND...BECAUSE THEY'RE
                                        ASKING FOR DEATH.
                                            THEY FEAR SHE'LL RUN IF
                                        SHE GETS OUT OF JAIL ON HER
                                        CURRENT 100-THOUSAND BOND.
:02                                         PIKE IS THE SUSPECT WHO
#U-T AC CAMPUS\0                        POLICE SAY LED THEM BACK TO
#JANUARY 12, 1995                       THE CRIME SCENE ON THE U-T
                                        AG CAMPUS...WHERE COLLEEN
                                        SLEMMER WAS FOUND BEATEN AND
(SLEMMER)                               SLASHED TO DEATH.
                                            PIKE TOLD POLICE
                                        A SATANIC SYMBOL WAS CARVED
                                        INTO SLEMMER'S CHEST WITH A
                                        MINI MEAT CLEAVER AND BOX
                    ENG SOT    :22      CUTTER WHILE SHE WAS STILL
                    TIME:09             ALIVE.
                    OC:CRIME SCENE
#RANDY YORK\0
#KPD Detective

                    AT:14:11            ((RANDY YORK))
                                            we testified in court
                                        there were times she tried
                                        to run...pushed
                                        down...evidence of that by
                                        evidence of blood spots at
                                        crime scene.

                    ENG VO NATS         ((LORI))
                                            THE PIKE'S DEFENSE
                                        ATTORNEY SAYS HIS CLIENT IS
                                        NOT INVOLVED IN THE
                                        OCCULT...DESPITE POLICE
                                        STATEMENTS.

                    ENG SOT    :06
                    TIME:06                  :
                    OC: NOTING TO IT)

#BILL BROWN\0
#Defense Attorney

                                        ((Bill))

AT:14:1



000293

ENG VO NATS

THE OTHER 18-YEAR OLD
SUSPECT...
SHADOLLA FETL JON...
WILL RETURN TO COURT IN TWO
WEEKS FOR HER PRLIMINARY
HEARING.
THE 17 YEAR OLD SUSPECT
TADARYL SHIPP WILL APPEAR IN
JUVENILE COURT IN MARCH TO
DETERMINE WHETHER HE'LL BE
TRIED AS AN ADULT.
###

000294

T:/SLEMMER PRELIM HEARING/ 2:00/01-26-95
TAPE 2
    NEW PAGE TWO*********
                    CENTER BOARD

(LORI)
    THE STATE IS ASKING FOR
THE DEATH PENALTY FOR ONE OF
THE 3 JOB CORPS TEENS
ACCUSED OF TOURTURING AND
KILLING FELLOW
STUDENT...COLEEN SLEMMER .
    18-YEAR OLD CHRISTA PIKE
IS THE FIRST SUSPECT IN THE
MURDER CASE TO APPEAR IN
COURT FOR A PRELIMINARTY
HEARING.

                    DISSOLVE IN BOARD

    CYNTHIA VARNER JUST BACK
FROM THE HEARING..JOINS US
IN OUR NEWSROOM.
    NOW, CYNTHIA *PIKE* IS
THE SUSPECT WHO POLICE SAY
LEAD THEM BACK TO THE CRIME
SCENE ON THE U-T AG CAMPUS?

                    TAKE NEWSROOM FULL
#CYNTHIA VARNER\21

(((CYNTHIA)))
    THAT'S RIGHT.
    KNOXVILLE POLICE
DETECTIVE RANDY YORK TOOK
THE STAND AND DESCRIBED IN
GRAPHIC DETAIL HOW CHRISTA
PIKE SAYS SLEMMER WAS
KILLED.
    THE JUDGE FOUND PROBALBE
CASE TO BIND THE CASE OVER
TO THE GRAND JURY..FOLOWING
A BOND HEARING INTHE
MORNING.

                    ENG PKG
                    TIME:
            OC:

#CITY-COUNTY BUILDING\0
#TODAY

#RANDY YORK\0
=KPD Detective

#PILL BROWN\0
#Defense Attorney

#JO HELM'0
#State Prosecutor

((CYNTHIA))
    POLICE SAY 19_YEAR OLD
CHRISTA PIKE WALKED them
along the bloody bike trail
where the body was found.
    Detective randy York
testified in court that
Christa said she and two
other suspects lead the
victim..this woman Colleen
Slemmer to the ag. campus
bike trail another pretense
of smoking pot.
    According to York they
then starting beating
slemmer,...everytime she

her down...slashed her
again...gssing her to

000295

York says Pike's
statement coincided with
physical evid  ce they found
on the scene...the box
cutter...and miniture meat
cleaver..used to slice and
cut Slemmer:

York))


((cynt)
   According to York's
testimony slemmer was still
alive when the suspects
carved a santancic symbol, a
pentagram into her
body...and still breathing
when they dragged her into
the brush..left her for
dead.
   defense attorney bill
brown says his client is not
a devel worshipper)

((bill))
- - - - - - - - - - - - - - - - - - - - - - - - -


CYNTHIA NEWSROOM        ((Cynthia))
                        The state is asking for
                        the death penalty..and a
                        bond increase....risk of Pike
                        fleeing is high:
                         · THE OTHER 18-YEAR OLD
                        SUSPECT...
                         ... SHADOLLA PETERSON...
                        will return to court in
                        Feb...for her
                        hearing...Tadaryl
                        Shipp will appear in
                        juvenile court in March to
                        determine whether he'll be
                        tried as an adult.
                          POLICE SAY THE MOTIVE IS
                        AN APPARENT LOVE TRIANGLE.
                           YORK TESTIFIED PIKE
                        ,TOLD HIM SHE DID IT BECAUSE
                        SLEMFER WAS HITTING ON HER
                        BOYFRIEND AND SHE WANTED TO
                        STOP HER.

                        ((LUCI))
                           DID *PIKE* TELL POLICE
                         WHY SHE ALLEDGEDLY RESORTED
                        TO MURDER?

285   YES ,YORK SAYS PIKE SAID
      SHE HEARD A VOICE IN HER

000296

DONE IT NOW...YOU'RE GOING
TO PRSION..MIGHT AS WELL
FINISH IT OFF

((LORI))
  THANKS CYNTHIA..

000297

T:/SLEMMER PRELIM HEARING/ 2:00/01-26-95
TAPE 2
    NEW PAGE TWO*********                          (LOR1)
                        CENTER BOARD            THE STATE 'S ASKING FOR
                                              THE DEATH PENALTY FOR ONE OF
                                              THE 3 JOB CORPS TEENS
                                              ACCUSED OF TORTURING AND
                                              KILLING FELLOW
                                              STUDENT...COLEEN SLEMMER .
                                                 18-YEAR OLD CHRISTA PIKE
                                              IS THE FIRST SUSPECT IN THE
                                              MURDER CASE TO APPEAR IN
                                              COURT FOR A PRELIMINARTY
                                              HEARING.
                    DISSOLVE IN BOARD            CYNTHIA VARNER JUST BACK
                                              FROM THE HEARING..JOINS US
                                              IN OUR NEWSROOM.
                                                 NOW, CYNTHIA *PIKE* IS
                                              THE SUSPECT WHO POLICE SAY
                                              LEAD THEM BACK TO THE CRIME
                                              SCENE ON THE U-T AG CAMPUS?
                    TAKE NEWSROOM FULL          ((CYTNHIA))
#CYNTHIA VARNER\21                               THAT'S RIGHT.
                                                 KNOXVILLE POLICE
                                              DETECTIVE RANDY YORK TOOK
                                              THE STAND AND DESCRIBED IN
                                              GRAPHIC DETAIL HOW CHRISTA
                                              PIKE SAYS SLEMMER WAS
                                              KILLED.
                                                 THE JUDGE FOUND PROBABLE
                                              CASE TO BIND THE CASE OVER
                                              TO THE GRAND JURY...FOLOWING
                          ENG PKG             A BOND HEARING INTHE
                          TIME:               MORNING.
            OC:

#CITY-COUNTY BUILDING\O
#TODAY

#RANDY YORK\O
#KPD Detective

#BILL BROWN\O
#Defense Attorney

#JOE REIM\O
#State Prosecutor

                                                 ((CYNTHIA))
                                                 POLICE SAY 18_YEAR OLD
                                              CHRISTA PIKE Walked them
                                              along the bloody bike trail
                                              where the body was found.
                                                 Detective randy York
                                              testified in court that
                                              Christa said she and two
                                              other suspects lead the
                                              victim..this woman Colleen
                                              Slemmer to the ag. campus
                                              bike trail another pretense
                                              of smoking pot.
                                                 According to York they
                                              then starting beating
                                              slemmer...everytime she

                                              her down...slashed her
                                              ...gagging her to

000298

York says Pike's
statement coincided with
physical evid .ce they found
on the scene...the box
cutter...and miniture meat
cleaver..used to slice and
cut Slemmer:

York))


((cynt)
    According to York's
testimony slemmer was still
alive when the suspects
carved a santancic symbol, a
pentagram into her
body...and still breathing
when they dragged her into
the brush..left her for
dead.
    defense attorney bill
brown says his client is not
a devel worshipper)

((bill))
-------------------------------

CYNTHIA NEWSROOM          ((Cynthia))
    The state is asking for
the death penalty..and a
bond increase...risk of Pike
fleeing is high:
    THE OTHER 18-YEAR OLD
SUSPECT...
    ... SHADOLLA PETERSON...
will return to court in
Feb...for her
hearing...Tedaryl
Shipp will appear in
juvenile court in March to
determine whether he'll be
tried as an adult.
    POLICE SAY THE MOTIVE IS
AN APPARENT LOVE TRIANGLE.
    YORK TESTIFIED PIKE
TOLD HIM SHE DID IT BECAUSE
SLEMMER WAS HITTING ON HER
BOYFRIEND AND SHE WANTED TO
STOP HER.

((LORI))
    DID *PIKE* TELL POLICE
WHY SHE ALLEGEDLY RESORTED
TO MURDER?

    YES..YORK SAYS PIKE SAID
    SHE FEARS A POLICE IN HER

000299

DONE IT NOW...YOU'RE GOING
TO PRSION..MIGHT AS WELL
FINISH IT OFF

((LORI))
  THANKS CYNTHIA..

T:/SLEMMER SUSPECTS/  :30/01-26-95
TAPE: 246
        NATALIE INSERT


        TAKE ENG VO................

HUT AG..CAMPUS\O
#EARLIER THIS MONTH


        VO OUT ------------

((NATALIE``
   TWO OF THE  .REE SUSPECTS
ACCUSED OF KILLING A FELLOW
JOB CORPS STUDENT WILL BE IN
COURT TODAY FOR A
PRELIMINARY HEARING.
   18-YEAR-OLDS CHRISTA PIKE
AND SHADOLLA PETERSON WILL
BE IN COURT TO FACE CHARGES
THEY KILLED THEIR FRIEND
COLLEEN SLEMMER.
   INVESTIGATORS SAY PIKE AND
PETERSON, ALONG WITH ANOTHER
SUSPECT, TADARRYL SHIPP,
USED A MINIATURE MEAT
CLEAVER,A CARDBOARD BOX
CUTTER AND A CHUNK OF
ASPHALT TO TORTURE AND
MURDER SLEMMER.
   HER BODY WAS FOUND EARLIER
THIS MONTH ON THE U-T
AGRICULTURAL CAMPUS.
   WE ARE FOLLOWING TODAY'S
HEARING AND WILL HAVE THE
LATEST FOR YOU AT 6
O'CLOCK.

000300

T:/SLEMMER MURDER FOLO/  :50/01-20-95
TAPE #27

INSERT . :K

:00 TAKE VO NATS ...

(:00 MUG OF PIKE, :04 MUG OF PETERSON)

:09
FU.T. AG. CAMPUS\O
#LAST FRIDAY

((RICK))
TWO OF T   THREE PEOPLE
ACCUSED IN THE BRUTAL MURDER
OF A KNOXVILLE JOB CORPS
STUDENT ONE WEEK AGO, WERE
BACK IN COURT TODAY.... BUT
DEFENSE ATTORNEYS ARE
ASKING FOR MORE TIME.
     POLICE SAY 18 YEAR OLDS
CHRISTA PIKE AND SHADOLLA
PETERSON TORTURED THEIR
FRIEND COLLEEN SLEMMER FOR
HALF AN HOUR, BEFORE KILING
HER.
     DEFENSE ATTORNEYS ASKED
A SESSIONS COURT JUDGE TODAY
FOR A CONTINUATION UNTIL
NEXT THURSDAY --- TIME FOR
THEM TO WORK ON THE CASES
THEY TOOK ON IN JUST THE
LAST COUPLE OF DAYS.
     INVESTIGATORS SAY THE
MURDER WEAPONS WERE A
MINATURE MEAT CLEAVER, A
PIECE OF ASPHALT AND A
CARDBOARD BOX CUTTER.
     SLEMMER'S BUTCHERED BODY
WAS FOUND ON THE U-T'S
AGRICULTURE CAMPUS A WEEK
AGO....AND AUTHORITIES SAY
SLEMMER HAD A PENTAGRAM OR
SOME SORT OF SATANIC SYMBOL
CARVED INTO HER CHEST ...
THEY BELIEVE THE SUSPECTS
MAY BE DABBLING IN THE
OCCULT.
     THE THIRD SUSPECT:
17-YEAR-OLD TADARRYL
S4IFF... IS NOW IN THE
JUVENILE COURT SYSTEM, BUT
PROSECUTORS WANT HIM TO BE
TRTED AS AN ADULT, IN
SLEMMER'S MURDER.
                 ###

000302

T:/SLEMMER LATEST/    :35/^1-20-95
TAPE 227

NATALIE CB

ENG VO --------------

#U.T. AG CAMPUS\O
#LAST FRIDAY

VO OUT -----------------

(NATALIE)
TWO OF THR.  PEOPLE ACCUSED IN THE BRUTAL MURDER OF A KNOXVILLE JOB CORPS STUDENT ARE EXPECTED TO BE IN COURT TODAY.
GOOD AFTERNOON TO YOU ... I'M NATALIE DICK.
POLICE SAY CHRISTA PIKE AND SHADOLLA PETERSON .. BOTH 18-YEARS-OLD ... TORTURED THEIR FRIEND, COLLEEN SLEMMER FOR 30 MINUTES BEFORE KILLING HER WITH A MINIATURE MEAT CLEVER, PIECE OF ASPHALT AND A CARDBOARD BOX CUTTER.
SLEMMER'S BODY WAS FOUND ON THE U.T. AGRICULTURAL CAMPUS A WEEK AGO TODAY.
AS WE TOLD YOU YESTERDAY, AUTHORITIES SAY SLEMMER HAD A SYMBOL OF SOME SORT CARVED INTO HER CHEST.
WE'LL HAVE MORE ON PIKE AN PETERSON'S APPEARANCE IN COURT TODAY COMING UP HERE TONIGHT AT SIX.

000303

T:238/JOB CORPS DEBATE/  :30/01-20-95
(APE 238

NATALIE INSERT

TAKE VO ENG SIL-----------------

  Mary Silva, Job Corps Deputy
  Director:
  "This incident is so bizarre that it
could happen anyplace...in any
school, in any university...
...to me it doesn't reflect on the
program, except that these  young
people belong to the program."

  (shipp)


  (pike)

  (slemmer)

  (peterson)

VO OUT----------------------------------

((NATALIE))
     THE DEBA    CONTINUES ON
CAPITOL HILL OVER WHAT TO DO
WITH THE NATION'S JOB CORPS
PROGRAM....
     THE DEPUTY DIRECTOR OF
THE AGENCY WAS IN KNOXVILLE
YESTERDAY TO ASSESS THE JOB
CORPS PROGRAM HERE...AFTER
LAST WEEK'S KILLING OF ONE
JOB CORPS STUDENT- ALLEGEDLY
BY THREE OTHERS.
     MARY SILVA SAYING "THIS
INCIDENT IS SO BIZARRE THAT
IT COULD HAPPEN
ANYPLACE...IN ANY SCHOOL, IN
ANY UNIVERSITY.....
TO ME, IT DOESN'T REFLECT ON
THE PROGRAM, EXCEPT THAT
THESE  YOUNG PEOPLE BELONG
TO THE PROGRAM."

     AS FOR THE SUSPECTS IN
THE CASE, INVESTIGATORS NOW
SAY 17 YEAR OLD TEDARYL
SHIPP OF MEMPHIS WAS
ROMANTICALLY INVOLVED WITH
FELLOW SUSPECT CHRISTA PIKE,
WHO'S 18...AND THE MURDER
VICTIM, COLLEEN SLEMMER.
     POLICE SAY THE THIRD
SUSPECT, SHADOLLA PETERSON,
IS A FRIEND OF SHIPP'S.
                    ###

000304

T:238/JOB CORPS DEBATE/ :30/01-20-95
TAPE 238

RUSS INSERT



TAKE VO ENG SIL-----------------

Mary Silva, Job Corps Deputy
Director:
"This incident is so bizarre that it
could happen anyplace...in any
school, in any university...
..to me it doesn't reflect on the
program, except that these young
people belong to the program."

(shipp)


(pike)

(slemmer)

(peterson)

VO OUT-------------------------------

((RUSS))
THE DEBA. CONTINUES ON
CAPITOL HILL OVER WHAT TO DO
WITH THE NATION'S JOB CORPS
PROGRAM....
THE DEPUTY DIRECTOR OF
THE AGENCY WAS IN KNOXVILLE
YESTERDAY TO ASSESS THE JOB
CORPS PROGRAM HERE...AFTER
LAST WEEK'S KILLING OF ONE
JOB CORPS STUDENT- ALLEGEDLY
BY THREE OTHERS.
MARY SILVA SAYING "THIS
INCIDENT IS SO BIZARRE THAT
IT COULD HAPPEN
ANYPLACE...IN ANY SCHOOL, IN
ANY UNIVERSITY.....
AND IT DOESN'T REFLECT ON
THE PROGRAM, EXCEPT THAT
THESE YOUNG PEOPLE BELONG TO
THE PROGRAM."

AS FOR THE SUSPECTS IN
THE CASE, INVESTIGATORS NOW
SAY 17 YEAR OLD TEDARYL
SHIPP OF MEMPHIS WAS
ROMANTICALLY INVOLVED WITH
FELLOW SUSPECT CHRISTA PIKE,
WHO'S 18...AND THE MURDER
VICTIM, COLLEEN SLEMMER.
POLICE SAY THE THIRD
SUSPECT, SHADOLLA PETERSON,
IS A FRIEND OF SHIPP'S.
###

000305

1:/SLEMMER MURDER/ 1:00/01-19-95
TAPE 242

NATALIE INSERT

(NATALIE)
KNOXVILLE LICE SAY
THEY'VE FOUND WHAT THEY
THINK IS THE *SECOND* MURDER
WEAPON, IN THE JOB CORPS
HOMICIDE LAST WEEK...
AND INVESTIGATORS SAY
THE TEENS WHO ALLEGEDLY
KILLED A YOUNG WOMAN MAY
HAVE BEEN DABBLING IN THE
OCCULT....
KNOXVILLE POLICE ALSO
SAY THEY'VE RECOVERED A
PIECE OF THE DEAD WOMAN'S
SKULL...*AWAY* FROM THE
CRIME SCENE.

TAKE VO NATS:---------
COLLEEN SLEMMER'S BODY
WAS FOUND LAST WEEK ON THE
U-T AG CAMPUS.
POLICE SAY THE 19 YEAR
OLD WAS APPARENTLY INVOLVED
IN A LOVE TRIANGLE... THEY
FEEL THAT RELATIONCHIP IS
BEHIND THE KILLING.
17 YEAR OLD TADARRYL
SHIPP, 18 YEAR OLD CHRISTA
PIKE, AND 18 YEAR OLD
SHADOLLA PETERSON, ARE ALL
CHARGED IN SLEMMER'S
MURDER.
POLICE NOW FEEL THE
TEENS MAY HAVE BEEN INVOLVED
IN THE OCCULT, BUT THEY
WON'T ELABORATE ON WHY
THEY THINK SO...
SLEMMER WAS SEVERLY
BEATEN, AND SLASHED WITH
SMALL, SHARP INSTRUMENTS.
POLICE HAD ALREADY
RECOVERED A MINIATURE MEAT
CLEAVER...AND NOW THEY'VE
FOUND A CARDBOARD BOX
OPENER THEY THINK WAS ALSO
USED TO KILL SLEMMER.
INVESTIGATORS FOUND
VO OUT:----
THE KNIFE-LIKE PIECE, ON THE
JOB CORPS CAMPUS.
###

000306

T:242/SLEMMER MURDER FOLO/ :45/01-19-95
TAPE 242
    NATALIE INSERT

        TAKE VO NATS:---------

((NATALIE))
    A *SECOND MURDER WEAPON WAS FOUND YESTERDAY IN THE JOB CORPS LOVE TRIANGLE HOMICIDE...
    COLLEEN SLEMMER'S BODY WAS FOUND LAST WEEK ON THE U-T AG CAMPUS.
    SHE WAS SEVERELY BEATEN AND SLASHED WITH SMALL SHARP INSTRUMENTS.
    POLICE HAVE ALREADY RECOVERED A MINIATURE MEAT CLEAVER.
    NOW, THEY'VE FOUND A CARDBOARD BOX OPENER THEY THINK WAS ALSO USED TO KILL SLEMMER.
    INVESTIGATORS FOUND THE KNIFE-LIKE INSTRUMENT ON THE JOB CORPS CAMPUS.
    ALSO FOUND AWAY FROM THE CRIME SCENE IS A PIECE OF THE DEAD WOMAN'S SKULL.
    17-YEAR-OLD TADARRYL SHIPP, 18-YEAR-OLD CHRISTA PIKE, AND 18-YEAR-OLD SHADOLLA PETERSON, ARE ALL CHARGED IN SLEMMER'S MURDER.
    POLICE SAY THEY NOW BELIEVE THE TEENS MAY HAVE BEEN INVOLVED IN THE OCCULT, BUT THEY WON'T ELABORATE ON

        VO OUT:----

WHY THEY THINK THAT.
    ###

000307

T:242/SLEMMER MURDER FOLO/ :45/01-19-95
TAPE 242                                          ((RUSS))

                    RUSS INSERT

            TAKE VO NATS:---------------

                                        A *SECOND MURDER
                              WEAPON FOUND YESTERDAY IN
                              THE JOB CORPS ALLEGED LOVE
                              TRIANGLE HOMICIDE...
                                    COLLEEN SLEMMER'S BODY
                              FOUND LAST WEEK ON THE U-T
                              "AG" CAMPUS-- BADLY BEATEN
                              AND SLASHED-- POLICE FOUND A
                              CARDBOARD BOX OPENER AND A
                              MINIATURE MEAT CLEAVER ON
                              THE JOB CORPS CAMPUS THEY
                              THINK WAS USED IN THE
                              KILLING--ALSO A PIECE OF THE
                              VICTIM'S SKULL...
                                    17 YEAR OLD TADARRYL
                              SHIPP-- 18-YR. OLD CHRISTA
                              PIKE-- AND 18-YR. OLD
                              SHADOLLA PETERSON-- ARE
                              CHARGED IN SLEMMER'S
                              MURDER.
                                    POLICE NOW FEEL THE
                              TEENS MAY HAVE BEEN INVOLVED
                              IN THE OCCULT, BUT WON'T
                              SAY ON WHY THEY THINK SO...

            VO OUT:-----

                                            ###

000308

F:/SLEMMER MURDER FOLD/   :55/01-18-95
TAPE 242

RICK INSERT?

((RICK))
    KNOXVILLE POLICE TODAY FOUND WHAT THEY THINK IS THE *SECOND* MURDER WEAPON, IN THE JOB CORPS HOMICIDE LAST WEEK...
    AND INVESTIGATORS SAY THE TEENS WHO ALLEGEDLY KILLED A YOUNG WOMAN MAY HAVE BEEN DABBLING IN THE OCCULT....
    KNOXVILLE POLICE ALSO SAY THEY'VE RECOVERED A PIECE OF THE DEAD WOMAN'S SKULL...*AWAY* FROM THE CRIME SCENE.

TAKE VO NATS:---------
    COLLEEN SLEMMER'S BODY WAS FOUND LAST WEEK ON THE U-T AG CAMPUS.
    POLICE SAY THE 19 YEAR OLD WAS APPARENTLY INVOLVED IN A LOVE TRIANGLE... THEY FEEL THAT RELATIONSHIP IS BEHIND THE KILLING.
    17 YEAR OLD TADARRYL SHIPP, 18 YEAR OLD CHRISTA PIKE, AND 18 YEAR OLD SHADOLLA PETERSON, ARE ALL CHARGED IN SLEMMER'S MURDER.
    POLICE NOW FEEL THE TEENS MAY HAVE BEEN INVOLVED IN THE OCCULT, BUT THEY WON'T ELABORATE ON WHY THEY THINK SO...
    SLEMMER WAS SEVERLY BEATEN, AND SLASHED WITH SMALL, SHARP INSTRUMENTS.
    POLICE HAD ALREADY RECOVERED A MINIATURE MEAT CLEAVER...AND NOW THEY'VE FOUND A CARDBOARD BOX OPENER THEY THINK WAS ALSO USED TO KILL SLEMMER.
    INVESTIGATORS FOUND THE KNIFE-LIKE PIECE, ON THE

VO OUT:----
JOB CORPS CAMPUS.
    ###

000309

SLEMMER MURDER LATEST/ :55/01-18-95
TAPE 242

2 SHOT
CENTERBOARD

((RICK))
KNOXVILLE POLICE FIND
WHAT THEY BELIEVE TO BE THE
*SECOND* MURDER WEAPON IN
THE JOB CORPS HOMICIDE LAST
WEEK...
AND INVESTIGATORS ALSO
SAY THE TEENS ALLEGEDLY
INVOLVED MAY HAVE BEEN
DABBLING IN THE OCCULT....
GOOD TA HAVE YA WITH US,
I'M RICK BENJAMIN.

((LORI))
I'M LORI TUCKER.
KNOXVILLE POLICE ALSO
SAY THEY'VE RECOVERED A
PIECE OF THE DEAD WOMAN'S
SKULL...SOMEWHERE OTHER
THAN THE CRIME SCENE.

TAKE VO NATS:----------
((RICK))
COLLEEN SLEMMER'S BODY
WAS FOUND LAST WEEK ON THE
U-T AG CAMPUS.
POLICE SAY THE 19 YEAR
OLD WAS APPARENTLY INVOLVED
IN SOME SORT OF A LOVE
TRIANGLE... THEY FEEL THAT
RELATIONSHIP IS BEHIND THE
KILLING.
17 YEAR OLD TADARRYL
SHIPP, 18 YEAR OLD CHRISTA
PIKE, AND 18 YEAR OLD
SHADOLLA PETERSON, ARE ALL
CHARGED IN SLEMMER'S
MURDER.
POLICE NOW FEEL THE TEENS
MAY HAVE BEEN INVOLVED IN
THE OCCULT, BUT THEY WON'T
ELABORATE ON WHY THEY'VE
REACHED THAT CONCLUSION...
SLEMMER'S BODY WAS
SEVERLY BEATEN, AND SLASHED
WITH SMALL, SHARP
INSTRUMENTS.
POLICE HAD ALREADY
RECOVERED A MINIATURE MEAT
CLEAVER...AND NOW THEY'VE
FOUND A CARDBOARD BOX
OPENER THEY THINK WAS ALSO
USED, TO KILL SLEMMER.
INVESTIGATORS FOUND THE
KNIFE-LIKE UTENSIL ON THE
VO OUT:---- JOB CORPS CAMPUS.
###