## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

CHRISTA GAIL PIKE )
)
    Petitioner, )
)
v. )    No. 1:12-CV-35
)    DEATH PENALTY CASE
DEBRA JOHNSON, WARDEN )
)
    Respondent. )

---

## ADDENDUM 3

## DOCUMENT 3

---

003525

17 NOV 25 AM 8:32

# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

## AT KNOXVILLE

## JULY SESSION, 1997

| STATE OF TENNESSEE, | ) | C.C.A. NO. 03C01-9611-CR-00408 |
|---|---|---|
| | ) | |
| Appellee, | ) | NO. 58183A BELOW |
| | ) | |
| | ) | KNOX COUNTY |
| VS. | ) | |
| | ) | (First Degree Murder & Conspiracy |
| CHRISTA GAIL PIKE, | ) | to commit First Degree Murder) |
| | ) | |
| Appellant. | ) | AFFIRMED |

## JUDGMENT

Came the Appellant, Christa Gail Pike, by counsel and also came the Attorney General on behalf of the State, and this case was heard on the record on appeal from the Criminal Court of Knox County; and upon consideration thereof, this Court is of the opinion that there is no reversible error in the judgment of the trial court.

It is, therefore, ordered and adjudged by this Court that the conviction of and death sentence for first degree murder is affirmed. It is further ordered that the conviction of conspiracy to commit first degree murder and the twenty-five year sentence for that conviction is affirmed. The sentence of death is automatically stayed pending mandatory appellate review by the Tennessee Supreme Court as provided by law.

Because it appears to the court that the Appellant, Christa Gail Pike, is indigent, costs will be paid by the State of Tennessee.

Per Curiam

Welles, Woodall, Byers

Case 1:12-cv-00035-HSM-SKL   Document 8-18   Filed 08/01/12   Page 2 of 2
PageID #: 3552