# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

CHRISTA GAIL PIKE                    )
                                     )
    Petitioner,  )
                                     )
v.                                   )    **No. 1:12-CV-35**
                                     )    **DEATH PENALTY CASE**
DEBRA JOHNSON, WARDEN                )
                                     )
    Respondent.  )

---

## ADDENDUM 3

## DOCUMENT 5

---

003533

FILED

97 DEC 18 AM II: 00

AT COURT ... CLERK
KNOXVILLE

## IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

## AT KNOXVILLE

STATE OF TENNESSEE,            *

    Appellee.            *    C.C.A.# 03C01-9611-CR-00408

VS.            *    KNOX COUNTY

CHRISTA GAIL PIKE,            *

    Appellant.            *

## ORDER

The appellant has filed a petition to rehear this case on the merits of two issues: (1) the issue regarding the change of venue, and (2) the comparative proportionality of the death sentence.

We see no reason to grant a rehearing in this case. Although we realize that our Supreme Court recently gave further guidance concerning the proportionality review to be conducted in death penalty cases in State v. Andre S. Bland, No. 02S01-9603-CR-00032, at Jackson, December 1, 1997 (for publication), we remain convinced that we adequately considered this issue in our careful review of this case. We also deem our conclusion on the change of venue issue to be in accordance with law.

The petition to rehear is accordingly denied.

David H. Welles, Judge

Thomas T. Woodall, Judge

John K. Byers, Senior Judge

Case 1:12-cv-00035-HSM-SKL   Document 8-20   Filed 08/01/12   Page 2 of 2
PageID #: 3560