# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | | |
|---|---|---|
| **CHRISTA GAIL PIKE** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| **v.** | ) | **No. 1:12-CV-35** |
| | ) | **DEATH PENALTY CASE** |
| **DEBRA JOHNSON, WARDEN** | ) | |
| | ) | |
| Respondent. | ) | |

---

## ADDENDUM 3

## DOCUMENT 10

---

003712

**IN THE SUPREME COURT OF TENNESSEE
AT KNOXVILLE**

**FILED**

ı JAN 2 9 1999

Clerk of the Courts
Rec'd By_____

STATE OF TENNESSEE, )
)
    Appellee, )    Knox County
)
Vs. )    No. 03S01-9712-CR-00147
)
CHRISTA GAIL PIKE, )
)
    Appellant. )

## ORDER

The appellant, through counsel, has filed a motion for stay of execution pending the disposition of her petition for writ of certiorari, which is to be filed with the United States Supreme Court. The date of execution is presently February 5, 1999.

After due consideration, it is ORDERED that the date of execution is hereby stayed and reset for June 10, 1999. Immediate notification shall be made by the Clerk of the contents of this Order to the Warden of the Riverbend Maximum Security Institution, 7475 Cockrill Bend Industrial Road, Nashville, TN 37243-0471.

ENTER this the 29th of January, 1999.

FOR THE COURT:

Riley Anderson, Chief Justice

Case 1:12-cv-00035-HSM-SKL     Document 8-25     Filed 08/01/12     Page 2 of 2
PageID #: 3739