IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| **CHRISTA GAIL PIKE,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **No. 1:12-cv-35** |
| **v.** | ) | **Mattice/Lee** |
| | ) | **DEATH PENALTY CASE** |
| **DEBRA JOHNSON,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## NOTICE OF MANUAL FILING OF STATE COURT RECORD

The Respondent, by and through the Office of the Tennessee Attorney General, hereby gives notice of the manual filing of the Petitioner's state-court records with the Court:

**ADDENDUM 1:** Technical record of the Petitioner's criminal trial proceeding in the Knox County Criminal Court (Bates Nos. 000001-000454).

**ADDENDUM 2:** Transcript of the evidence from the Petitioner's criminal trial proceeding (Bates Nos. 000455-003301) and motion for new trial proceeding (Bates Nos. 003302-003345) in the Knox County Criminal Court, and supplement (Bates Nos. 003346-003393).

**ADDENDUM 3:** Briefs and related documents on the Petitioner's direct appeal to the Tennessee Court of Criminal Appeals, *State of Tennessee v. Christa Gail Pike*, C.C.A. No. 03C01-9611-CR-00408 (Tenn. Crim. App. Nov. 26, 1997) (Bates Nos. 003394-003533), and to the Tennessee Supreme Court, *State of Tennessee v. Christa Gail Pike*, Supreme Court No. 03S01-9712-CR-00147 (Tenn. Oct. 5, 1998) (Bates Nos. 003534-003741).

**ADDENDUM 4:** Technical record of the Petitioner's post-conviction proceeding in the Knox County Criminal Court, No. 68280 (Bates Nos. 003742-004482).

**ADDENDUM 5:** Transcript of the evidence from the Petitioner's post-conviction proceeding in the Knox County Criminal Court, No. 68280 (Bates Nos. 004483-007118).

**ADDENDUM 6:** Exhibits from the Petitioner's post-conviction proceeding in the Knox County Criminal Court, No. 68280 (Bates Nos. 007119-008829).

**ADDENDUM 7:** Briefs and related documents on the Petitioner's post-conviction appeal to the Tennessee Court of Criminal Appeals, *Christa Gail Pike v. State of Tennessee*, No. E2009-00016-CCA-R3-PD (Tenn. Crim. App. Apr. 25, 2011) (Bates Nos. 008830-009547).

**ADDENDUM 8:** Audio cassette tapes contained as exhibits in the record of the Petitioner's direct appeal to the Tennessee Supreme Court, *State of Tennessee v. Christa Gail Pike*, Supreme Court No. 03S01-9712-CR-00147 (Tenn. Oct. 5, 1998).

**ADDENDUM 9**: Compact discs contained as exhibits in the record of the Petitioner's post-conviction appeal to the Tennessee Court of Criminal Appeals, *Christa Gail Pike v. State of Tennessee*, No. E2009-00016-CCA-R3-PD (Tenn. Crim. App. Apr. 25, 2011).

Respectfully submitted,

**ROBERT E. COOPER, JR.**,
Tennessee Attorney General & Reporter

/s/ Aaron E. Winter
AARON E. WINTER
Assistant Attorney General
Criminal Justice Division
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-8093
B.P.R. No. 27636

**CERTIFICATE OF SERVICE**

I certify that on this, the 1st day of August, 2012, a true and exact copy of the foregoing has been filed, and forwarded via the Court's electronic filing system, to:

Stephen A. Ferrell
Federal Defender Services of Eastern Tennessee
800 South Gay Street
Suite 2400
Knoxville, TN 37929-9714

/s/ Aaron E. Winter________
AARON E. WINTER
Assistant Attorney General