**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **CHRISTA GAIL PIKE** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:12-CV-35** |
| | ) | **DEATH PENALTY CASE** |
| **DEBRA JOHNSON, WARDEN** | ) | |
| | ) | |
| **Respondent.** | ) | |

---

**ADDENDUM 6**

**DOCUMENT 1**

---

E2009-00016-CCA-R3-PD

IN THE CRIMINAL COURT FOR KNOX COUNTY, DIVISION III

AT KNOXVILLE, TENNESSEE

CHRISTA GAIL PIKE : Exhibits

Petitioner :

VS. : CASE NO. 68280

:

STATE OF TENNESSEE :

Respondent :

FILED

FEB 27 2009

By Joy R. McCroskey, Clerk

TRANSCRIPT OF PROCEEDINGS

Hearing held on 4-11-08

Volume 3 of 3 Volumes

THE HONORABLE MARY BETH LEIBOWITZ, PRESIDING JUDGE

APPEARANCES:

FOR THE STATE:

Mr. Leland Price
Assistant District Attorney General
Office of the District Attorney General
City-County Building
P.O. Box 1468
Knoxville, Tennessee 37901

FOR THE DEFENDANT:

Mr. Don Dawson
Mr. James Crowson
Post Conviction Defender's Office
530 Church Street
Suite 600
Nashville, Tennessee 37243-0505

# TABLE OF CONTENTS

## Volume 1


| | PAGE |
|---|---|
| April 11, 2008: | |
| Post Conviction Relief Hearing: | |
| GREGORY P. ISAACS | |
| Direct Examination by Mr. Crowson | 2 |
| Cross Examination by Mr. Price | 8 |
| Redirect Examination by Mr. Crowson | 8 |
| WILLIAM D. KENNER | |
| Direct Examination by Mr. Crowson | 20 |
| Cross Examination by Mr. Price | 184 |
| Redirect Examination by Mr. Crowson | 208 |
| Discussion Regarding Skull | 202 |
| Discussion Regarding Proffer of Testimony | 212 |
| Exhibit Pages | 217 |
| Court Reporter's Certificate | 223 |
| Certificate of the Court | 224 |

# E X H I B I T S



| NO. | ITEM | PAGE |
|---|---|---|
| 40 | Medical Records for Zola Fotos | |
| | Marked for Identification Only | 12 |
| | Filed into Evidence | 29 |
| 41 | Medical Records for Chris Fotos | |
| | Marked for Identification Only | 12 |
| | Filed into Evidence | 29 |
| 42 | PowerPoint Presentation Disk by Dr. Kenner | |
| | Late-Filed | 17 |
| 43 | Family Gene Gram | |
| | Filed into Evidence | 166 |
| 44 | Polaroid Photograph | |
| | Marked for Identification Only | 212 |
| 45 | Movie Clips on Disk | |
| | Late-Filed | 216 |

EXHIBIT NO. 40

POST CONVICTION RELIEF HEARING

Identified and made a part of the record this 5th day of February, 2009.

JUDGE

UNIVERSITY OF VIRGINIA
HEALTH SCIENCES CENTER
HEALTH INFORMATION SERVICES

RECEIVED
JUN 15 1999
OFFICE OF THE POST-CONVICTION DEFENDER

State Of Tennessee
Office Of The Post-Conviction Defender
460 James Robertson Pkwy 2nd Fl
Nashville, TN 37243

June 4, 1999

RE: 0011579 Fotos, Zola

Enclosed please find the information that you requested on the above named patient.

It has been my pleasure to serve you. I hope this will meet your needs regarding your request for information from University of Virginia Health System.

If you need to correspond with us, PLEASE INCLUDE A COPY OF ANY CORRESPONDENCE THAT WE HAVE SENT. Thank you.

Respectfully,

Rebecca Wood

Dorothy Lively
Dana Roach
Marilyn Sullivan
Rebecca Wood
Kelly Woodson

Release of Information Liaison
Health Information Services

FILED (63)
APR 07 2009
Clerk of the Courts
Rec'd by

STATE OF TENNESSEE VS. Christa Pike
CASE NO. 68280 EXHIBIT NO. 40
DATE 4-11-08 ID ✓ Evd ✓

MEDICAL CENTER BOX 476 CHARLOTTESVILLE, VIRGINIA 22908 804-924-5136

UNIVERSITY OF VIRGINIA

MEDICAL CENTER

CHARLOTTESVILLE, VIRGINIA 22908

TELEPHONE: 804-924-0211

HOSPITAL DISCHARGE SUMMARY

NAME: FOTOS, ZOLA

HISTORY NO: 011579

SERVICE: INTERNAL MEDICINE
(L. EVANS)

ADMISSION DATE: 12/27/84

DISCHARGE DATE: 2/2/85

---

ATTENDING PHYSICIAN: Dr. Stone

REFERRING PHYSICIAN:

FAMILY PHYSICIAN:

DISCHARGE SUMMARY

ORIGINAL COPY
DO NOT REMOVE FROM RECORD

PRIMARY DISCHARGE DIAGNOSIS:
1. Alcoholic hepatitis
2. Acute and chronic liver failure
3. Elevated white blood cell count, undetermined etiology
4. Acute delirium

ADDITIONAL DISCHARGE DIAGNOSIS:
1.

PRIMARY OPERATIONS OR PROCEDURES:
1. Thoracentesis times two
2. Paracentesis times three
3. Lumbar puncture

HISTORY: This is the first UVA admission for this 54 year old white female from Beckley, West Virginia.

PAST MEDICAL HISTORY: Significant for gout, multiple abdominal surgeries for ovarian cyst removal and alcohol abuse who was transferred to UVA for worsening jaundice and nausea and vomiting.

She was in her usual state of health until two weeks prior to Thanksgiving when she developed pharyngitis, cough and myalgias which resolved in one to two weeks, but the cough persisted with white sputum production.

Approximately four weeks ago she developed nausea and vomiting, unable to keep down solids or liquids and about one and half weeks ago she vomited up a third cup of bright red blood. She has not had any other episodes of hematemesis. She also developed diarrhea around the same time that has worsened and is unresponsive to Lomotil or Kaopectate. She has developed pain in the periumbilical region that radiates both sides of the thorax.

She has decreased appetite and has lost about ten pounds in a month.

Continued . . .

UNIVERSITY OF VIRGINIA

MEDICAL CENTER

CHARLOTTESVILLE, VIRGINIA 22908

TELEPHONE: 804-924-0211

HOSPITAL DISCHARGE SUMMARY

NAME: FOTOS, ZOLA

HISTORY NO: 011579

SERVICE: INTERNAL MEDICINE
(L. EVANS)

ADMISSION DATE: 12/27/84

DISCHARGE DATE: 2/2/85

---



The patient's daughter states that her mother's urine became tea-colored several days prior to admission to Beckley Hospital and then she also noted cutaneous jaundice and ever noted scleral icterus about one week prior to that. She denies pruritus.

She was admitted to Beckley on 12/19/84 because of the jaundice, BUN of 7, creatinine of 10. Calcium of 9, total bilirubin of 12.6, total protein of 6.6, albumin of 3.3, alk phos 90, SGPT 123, SGOT 29, gamma GT 218, K of 2.7, amylase of 30, hematocrit of 40.

Abdominal ultrasound revealed dilatation of common bile duct, minimal ascites, marked hepatosplenomegaly with a questionable bulge at the junction of the body and tail of the pancreas with increased echogenicity of the pancreas. She was treated with fluids and improved.

The jaundice wors[illegible] and an exploratory laparotomy was performed on 12/23/84 under general an[illegible]sia. Cholecystectomy and liver wedge resection was performed. Pat[illegible]y was consistent with chronic cholecystitis and alcoholic hepatitis.

Intraoperative cholangiograms showed no obstruction.

She did well postoperatively for about 24 hours until her nausea and vomiting returned, and the bilirubin was noted to be 21.6, alk phos of 98. PT and PTT were normal. Hepatitis screens were pending.

The patient was transferred to UVA Hospital where her condition worsened.

PAST MEDICAL HISTORY: Abdominal surgery times three for ovarian cyst and peritoneal cyst, [illegible]pendectomy in 1950.

Alcohol history: [illegible]ording to the daughter, she states that she drank one pint a day until one wee[illegible] prior to admission to Beckley.

PHYSICAL EXAMINATION. Jaundiced white female with ascites in mild distress. Pulse of 99, respiratory rate of 20, blood pressure 120/60, weight of 60.1 kilos. Alopecia. Telangiectasia of face, icteric sclera. Few beats of lateral nystagmus. TM's on the right are retracted. On the left there is lateral aspect of the canal removed. Edentulous. Icteric buccal mucosa. Fundi obscured by cataracts. No JVD. Lungs: clear with bibasilar and expiratory crackles and end expiratory crackles. A grade I/VI systolic murmur. Back: status post laminectomy. Presacral edema. Bilateral CVA tenderness.

Continued . . .

DISCHARGE SUMMARY

UNIVERSITY OF VIRGINIA

MEDICAL CENTER

CHARLOTTESVILLE, VIRGINIA 22908

TELEPHONE: 804-924-0211

HOSPITAL DISCHARGE SUMMARY

NAME: [illegible]

HISTORY NO. [illegible]

SERVICE: INTERNAL MEDICINE (L. EVANS)

ADMISSION DATE: 12/27/84

DISCHARGE DATE: [illegible]



Abdomen: positive bowel sounds, distended with [illegible] ascites, mild diffuse tenderness to palpation, positive rebound, [illegible], no splenomegaly. [illegible] cm. horizontal surgical scar with staples in place. Liver 14 cm. to percussion. Erythematous anus with [illegible] negative stool. [illegible] angioma on chest. [illegible] pitting edema to knees. Numerous extensive [illegible] ecchymoses. Palmar erythema. Cranial nerves are intact. [illegible] is intact.

LABORATORY DATA: [illegible], albumin of [illegible], bilirubin of 17.3, hematocrit of [illegible], PT is 13.[illegible], PTT is 38.6. [illegible] is 136. Alkaline phosphatase is [illegible]. [illegible] is [illegible]. [illegible] is 19.

Chest x-ray: bilateral small pleural effusion. EKG: normal sinus rhythm at 9[illegible], normal axis, normal interval, no ischemic changes.

HOSPITAL COURSE: The patient was admitted with a diagnosis of alcoholic liver disease with ascites, liver failure. Initially, metabolic disarray was attempted to be corrected. Peritoneal fluid was obtained, no growth on that, 2 34 white cells, negative culture.

The abdominal pain continued to be quite severe. Pain medicines had some effect. However, it remained significant. She also had significant nausea and vomiting, some days worse than others. Medicines seemed to have very little effect on this. We tried discontinuing all medicines. ~~We tried continuing~~ trying antiemetics. Again, nothing seemed to have much effect. The etiology of this is most likely secondary to the ascites.

PT reached a high of about 14.2/11.6. Her weight rose to 6[illegible].3 maximum. On discharge there w[illegible] some diuresis to around 58 kilograms.

The patient did [illegible] pond too much to diuresis with Spironolactone. The ascites remained [illegible] with also anasarca. She remains this way on discharge.

Nutrition was a major problem throughout her stay. Her albumin level dropped to below 2 and then subsequently rose to 2.1 and stabilized. She would eat as well as she could. She was quite compliant and tried to do everything she could to help herself. However, the nausea and vomiting prevented her from eating well. We considered placing a central line for hyperalimentation; however, the amount of fluid that would be needed to give adequate calories would defeat the purpose.

The patient had diarrhea on and off before this was investigated for any secretory cause. There were never white cells, and cultures were negative.

Continued . . .

D I S C H A R G E S U M M A R Y

UNIVERSITY OF VIRGINIA

MEDICAL CENTER

CHARLOTTESVILLE, VIRGINIA 22908

TELEPHONE: 804-924-02'1

HOSPITAL DISCHARGE SUMMARY

NAME: FOTOS, ZOLA

HISTORY NO: 011579

SERVICE: INTERNAL MEDICINE (L. EVANS)

ADMISSION DATE: 12/27/84

DISCHARGE DATE: 2/2/85

---



However, the diarrhea would resolve, and then she would become constipated, requiring suppositories.

The bilirubin after initial rise on admission continued to decline with discharge bilirubin of 4.8.

As mentioned previously, it rose to 35,000 and subsequently began to decline. At the time of discharge it is 18,000. She had further work up of this with two subsequent paracenteses, another thoracentesis. These were both negative for growth or evidence of infection. She also at one time became confused with some hallucinations. For this reason, lumbar puncture was performed. This also was normal with no growth. There essentially was no evidence of infection anywhere. An abdominal CT scan was performed with the possibility that an abscess was, indeed, likely, given her previous surgery and the ascites present, we were unable to define the abdominal process on physical exam.

She had abdominal CT scan which was essentially normal except for a small liver and large amount of ascites.

The episode of confusion that the patient had lasted for about five days. We discontinued some of the medicines, Demerol, Phenergan, Tigan. We also increased sensory stimulation. This spontaneously resolved without further recurrence.

Essentially, the overall disease process that Ms. Fotos has is one that takes a long time for recovery. We have seen some changes indicative of improvement with the lowering liver function enzymes, the most recent revealing alkaline phosphatase of 177, SGOT of 108, SGPT of 35, the lowering of the bilirubin, the mild improvement of albumin, the near normalization of the PT to 12.6/11.8, all indicative of some improvement. However, she does continue to have massive ascites, ~~to have~~ and some anasarca. The abdominal pain caused by the ascites is still present. She continues with pleural effusions. These are things that will take time to improve and require good nutrition.

She is very compliant with her fluid restriction and her low-salt diet and feels that she could maintain these things on her own at home. At this point this is the only thing that we are presenting doing is this type of supportive care.

She also has the help of two daughters who are in the nursing profession and are willing to watch her and help her throughout this recovery period. For this reason and also because her mental state would be improved by going home, we are allowing the patient to be discharged.

Continued . . .

D I S C H A R G E S U M M A R Y

PAGE FIVE

INSTRUCTIONS TO PATIENT ON DISCHARGE:

1. Medicine: Benadryl 25 mg. qhs prn sleep, Riopan 30 cc. PO q3h prn for nausea, Demerol 25 mg. q8h prn pain, Ranitidine 150 mg. b.i.d., Spironolactone 50 mg. q.i.d., Folate 1 mg. qday and a multivitamin qday.
2. A home health nurse is being sent for three days a week for help in ADL's, for following blood pressures and general overall evaluation of the patient, looking for signs of any worsening.
3. A bedside commode is also being provided as the patient has difficulty ambulating long periods.

The patient is being discharged in stable condition. Further recovery will be dependent on volume restriction, low salt, but adequate nutrition. She is to continue Sustacal or Enrich or any such supplement as often as she can up to three cans a day.

There is no way of predicting her final outcome, although she has shown improvement in many facets. She is by no means healthy at this time. She will require further recovery.

The patient has been extremely compliant in every way and has been quite tolerant of this long hospitalization and should probably do well on self restrictions.

She is going to be followed by Dr. Chris Bardee in West Virginia. I believe he is stationed in Beckley. Dr. Stone will be available if needed in the future.

L Evans 2/20/85

LISA EVANS, M.D. DATE:
RESIDENT
DEPARTMENT OF MEDICINE

3-6-85 DATE:
DR. STONE

LE/ga/MTC/B1 1798
D: 2/1/85
T: 2/6/85
cc: Dr. Chris Bardee
Beckley, WV

D I S C H A R G E S U M M A R Y

**UNIVERSITY OF VIRGINIA**
**MEDICAL CENTER**

**DIAGNOSTIC DIVISION**
**DEPARTMENT OF RADIOLOGY**

NAME: FOTOS ZOLA L

HX NO: 011579
AGE: 55 SEX: F
LOCATION: B1
REF. PHYS. GADIA B1

**CONSULTATION REPORT**

DATE: 102784 ACCESS-NO: 0318

CLINICAL DATA: FIFTY-FIVE YEAR OLD WITH FEVER AND COUGH.

CHEST, AP AND LATERAL: NO COMPARISON. THIS IS A LORDOTIC FILM. THE CARDIAC AND MEDIASTINAL SILHOUETTE IS WITHIN NORMAL LIMITS. THERE IS UNCOILING OF THE THORACIC AORTA. THERE ARE ATELECTATIC CHANGES NOTED IN THE LEFT BASE AND BILATERAL PLEURAL EFFUSIONS. THERE IS INCREASED DENSITY AT BOTH BASES WHICH IS FELT TO REPRESENT VASCULAR CROWDING DUE TO POOR INSPIRATION. AN EARLY INFILTRATE CANNOT BE RULED OUT

PHILLIPS/CHAN DE PAREDES
BAR

LSBCEPB:10/20/86 [illegible]

DIAGNOSTIC RADIOLOGY CONSULTATION REPORTS

THE PROOF READ AND SIGNED COPY OF THIS REPORT IS ON FILE IN THE DEPARTMENT OF RADIOLOGY

UNIVERSITY OF VIRGINIA
MEDICAL CENTER

DIAGNOSTIC DIVISION
DEPARTMENT OF RADIOLOGY

NAME: FOTOS ZOLA L
HX-NO: 011579
AGE: 55 SEX: F
LOCATION: B1
REF. PHYS. SABIA--B1

CONSULTATION REPORT

DATE: 122084 ACCESS-NO: 0190

CLINICAL DATA: FIFTY-FIVE YEAR OLD WITH LIVER FAILURE.

ABDOMEN, FLAT AND UPRIGHT: NO COMPARISON. THE BOWEL GAS PATTERN IS UNREMARKABLE. THERE IS SOME AIR NOTED IN SMALL BOWEL AND IN THE COLON. BOWEL LOOPS APPEAR CENTERED IN MID ABDOMEN WHICH WOULD BE CONSISTENT WITH ASCITES. POSTSURGICAL CHANGES ARE PRESENT IN THE RIGHT UPPER [illegible]T.

IMP: NO EVIDENCE OF OBSTR[illegible]

PHILLIPS/RIDDERVOLD
BAR

HORCDPH74026[illegible]

DIAGNOSTIC RADIOLOGY CONSULTATION REPORTS

THE PROOF READ AND SIGNED COPY OF THIS REPORT IS ON FILE IN THE DEPARTMENT OF RADIOLOGY

UNIVERSITY OF VIRGINIA
MEDICAL CENTER

DIAGNOSTIC DIVISION
DEPARTMENT OF RADIOLOGY

NAME: FOTOS ZOLA L
HX-NO: 011579
AGE: 55 SEX: F
LOCATION: B1
REF. PHYS. DR SABTA B1

**CONSULTATION REPORT**

DATE: 122984 ACCESS-NO: 0193

CLINICAL DATA: FIFTY-FIVE YEAR OLD WITH ETOH.

PORTABLE CHEST: COMPARISON 12/27/84. THERE IS INCREASING DENSITY IN BOTH BASES WHICH IN PART IS ACCOUNTED FOR ON THE BASIS OF ATELECTASIS BUT CERTAINLY THERE MAY BE INFILTRATES ASSOCIATED. THE PATCHY DENSITIES HAVE INCREASED SIGNIFICANTLY SINCE THE PREVIOUS EXAM.

IMP: BIBASILAR ATELECTASIS AND PROBABLE PNEUMONIA.

JUAN DE PAREDES
BAR

FSD 870108?6.30W?3.3

DIAGNOSTIC RADIOLOGY CONSULTATION REPORTS

THE PROOF READ AND SIGNED COPY OF THIS REPORT IS ON FILE IN THE DEPARTMENT OF RADIOLOGY

UNIVERSITY OF VIRGINIA
MEDICAL CENTER

DIAGNOSTIC DIVISION
DEPARTMENT OF RADIOLOGY

NAME: FOTOS ZOLA L
HX-NO: 011579
AGE: 55 SEX: F
LOCATION: 01
REF. PHYS. DR.TAYLOR--01

DIAGNOSTIC RADIOLOGY CONSULTATION REPORTS

CONSULTATION REPORT

DATE: 123084 ACCESS NO: 0077

ABDOMEN SONOGRAM

CLINICAL DATA: FIFTY-FIVE Y/O WITH ETOH HEPATITIS. HAS INCREASING ABDOMINAL PAIN.

ABDOMINAL SONOGRAM: GENERALIZED ASCITES IS PRESENT. TWO POSSIBLE SITES FOR PARACENTESIS WERE MARKED ON THE LOWER ABDOMEN. THE LARGEST AREA OF FLUID COLLECTION APPEARS TO BE WITHIN THE RIGHT LOWER QUADRANT. NO DISCREET FLUID COLLECTIONS WERE SEEN TO SUGGEST AN INTRA-ABDOMINAL ABSCESS, HOWEVER, DUE TO THE LARGER AMOUNT OF ASCITES THIS COULD EASILY BE MISSED. THE LIVER TEXTURE APPEARS MODERATELY ABNORMAL IN A MANNER CONSISTENT WITH GENERALIZED LIVER DISEASE. THIS IS CONSISTENT WITH THE PATIENT'S KNOW ALCOHOLIC HEPATITIS. THE SPLEEN APPEARS NORMAL IN SIZE AND ECHOGENICITY. THERE IS A NORMAL CALIBER TO THE BILIARY TREE. IT SHOULD BE NOTED THAT THE PATIENT HAS HAD A PREVIOUS CHOLECYSTECTOMY. THE KIDNEYS APPEAR GROSSLY NORMAL, WITHOUT HYDRONEPHROSIS. THE PANCREAS WAS POORLY VISUALIZED DUE TO A LARGE AMOUNT OF OVERLYING BOWEL GAS.

IMP: GENERALIZED ASCITES. TWO AREAS MARKED FOR PARACENTESIS. ABNORMAL LIVER ECHOTEXTURE IS CONSISTENT WITH THE PATIENT'S BIOPSY PROVEN ALCHOLIC HEPATITIS.

CODE: 1213, 1331

GRIFFIN/PALTHG
KHH

CC: ULTRASOUND

MRPGKG#76700#76999*303.9*571.1

THE PROOF READ AND SIGNED COPY OF THIS REPORT IS ON FILE IN THE DEPARTMENT OF RADIOLOGY

UNIVERSITY OF VIRGINIA
MEDICAL CENTER

DIAGNOSTIC DIVISION
DEPARTMENT OF RADIOLOGY

NAME: FOTOS ZOLA L

HX-NO: 011579
AGE: 55 SEX: F
LOCATION:
REF. PHYS. SABIA B1

DIAGNOSTIC RADIOLOGY CONSULTATION REPORTS

CONSULTATION REPORT

DATE: 123184 ACCESS-NO: 0112

CLINICAL DATA: FIFTY-FIVE YR OLD WITH HEPATITIS. COUGH WITH LEFT PLEUR L EFFUSION.

CHEST, PA AND LATERAL: COMPARISON 12-29-84. THERE IS A FURTHER INCREASE IN THE DENSITY AT THE LEFT LOWER LOBE AND INCREASE IN LEFT PLEURAL EFFUSION. PRESENTLY, THE RIGHT LOWER LOBE SHOWS LESS DENSITY THAN ON THE FILM OF 12-29-84.

IMP: BIBASILAR ATELECTASIS AND POSSIBLY PNEUMONIA AGAIN IN EVIDENCE. THE LEFT LOWER LOBE ATELECTASIS HAS MARKEDLY INCREASED.

RIJKE
JMB

AMR #71020*511.9*573.3

THE PROOF READ AND SIGNED COPY OF THIS REPORT IS ON FILE IN THE DEPARTMENT OF RADIOLOGY

UNIVERSITY OF VIRGINIA
MEDICAL CENTER

DIAGNOSTIC DIVISION
DEPARTMENT OF RADIOLOGY

NAME: FOTOS ZOLA

HX-NO: 011579
AGE: 55 SEX: F
LOCATION: B1
REF. PHYS. SADIA//B1

DIAGNOSTIC RADIOLOGY CONSULTATION REPORTS

CONSULTATION REPORT

DATE: 010185 ACCESS-NO: 0011

CLINICAL DATA: FIFTY-FIVE YR OLD WITH LEFT PLEURAL EFFUSION.

RIGHT AND LEFT LATERAL DECUBITUS FILMS OF THE CHEST: LEFT SIDED DECUBITUS SHOWS A LARGE AMOUNT OF FREE PLEURAL FLUID AND REAPPEARANCE OF THE CONTOUR OF THE LEFT HEMIDIAPHRAGM ON THIS FILM. RIGHT SIDED DECUBITUS SHOWS A SMALL BUT DISTINCT AMOUNT OF RIGHT SIDED FREE PLEURAL FLUID. THE LEFT LOWER LOBE ATELECTASIS IS PARTLY IN EVIDENCE AS STREAKY PLATE ATELECTASIS PROJECTING ABOVE THE LEFT HEMIDIAPHRAGM. MINOR PLATE ATELECTASIS IS PRESENT IN THE RIGHT LOWER LOBE.Y EVIDENCE OF ACTIVE INFECTOUS DISEASE IS SEEN IN THE RIGHT AND LEFT LOWER LOBE.

RI.'KE
JMB

AMR #71035#71035*511.9

THE PROOF READ AND SIGNED COPY OF THIS REPORT IS ON FILE IN THE DEPARTMENT OF RADIOLOGY

UNIVERSITY OF VIRGINIA
MEDICAL CENTER

DIAGNOSTIC DIVISION
DEPARTMENT OF RADIOLOGY

NAME: FOTOS ZOLA L

HX-NO: 011579
AGE: 55 SEX: F
LOCATION:
REF. PHYS. TAYLOR/B1

CONSULTATION REPORT

DATE: 010185 ACCESS-NO: 0047

CLINICAL DATA: FIFTY-FIVE YR OLD POST LEFT THORACENTESIS.

AP SEMI-ERECT PORTABLE CHEST AT 1145 HOURS: THIS FILM SHOWS PRESENTLY COMPLETE OBLITERATION OF THE LEFT HEMIDIAPHRAGM AND INCREASE IN LEFT SIDED PLEURAL FLUID. UNCHANGED ASPECT OF RIGHT LOWER LOBE.

IMP: BIBASILAR LOWER LOBE ATELECTASIS AND PNEUMONIA WITH INCREASED PLEURAL EFFUSION ON THE LEFT.

RIJKE
JMB

AMR H76130H71010*786.9

DIAGNOSTIC RADIOLOGY CONSULTATION REPORTS

THE PROOF READ AND SIGNED COPY OF THIS REPORT IS ON FILE IN THE DEPARTMENT OF RADIOLOGY

UNIVERSITY OF VIRGINIA
MEDICAL CENTER

DIAGNOSTIC DIVISION
DEPARTMENT OF RADIOLOGY

NAME: FOTLS ZOLA L
HX-NO: 011579
AGE: 55 SEX: F
LOCATION:
REF. PHYS. EVANS/B1

CONSULTATION REPORT
DATE: 010485 ACCESS-NO: 0347

CLINICAL DATA: FIFTY-EIGHT YEAR OLD FEMALE WITH PLEURAL EFFUSION.

CHEST, PA AND LATERAL: THE LUNG PARENCHYMA IS CLEAR, HOWEVER, THERE IS NOTED BILATERAL BASILAR ATELECTATIC CHANGES. THERE IS ALSO NOTED A LEFT PLEURAL EFFUSION.

MARSTELLER/BRAY
TKD

STBLPMH71020*511.9

DIAGNOSTIC RADIOLOGY CONSULTATION REPORTS

THE PROOF READ AND SIGNED COPY OF THIS REPORT IS ON FILE IN THE DEPARTMENT OF RADIOLOGY

UNIVERSITY OF VIRGINIA
MEDICAL CENTER

DIAGNOSTIC DIVISION
DEPARTMENT OF RADIOLOGY

NAME: FOTOS ZOLA L
HX-NO: 011579
AGE: 55 SEX: F
LOCATION:
REF. PHYS. EVANS 81

DIAGNOSTIC RADIOLOGY CONSULTATION REPORTS

CONSULTATION REPORT

DATE: 011485 ACCESS-NO: 0026

CLINICAL DATA: FIFTY-FIVE YR OLD WITH ETOHIC HEPATITIS WITH ASCITES.

CHEST, PA AND LATERAL: COMPARISON 1-4-85. ATELECTATIC CHANGES AND VOLUME LOSS ARE AGAIN NOTED IN THE BASES BILATERALLY. THERE APPEARS TO BE A LEFT SIDED PLEURAL EFFUSION. INDISTINCTNESS OF THE VASCULATURE WITH HAZINESS IS NOTED. THESE FINDINGS ARE CONSISTENT WITH PULMONARY EDEMA.

S/
HOLMES/RIJKE
JMB

ANRWSH871020*789.5*573.3

THE PROOF READ AND SIGNED COPY OF THIS REPORT IS ON FILE IN THE DEPARTMENT OF RADIOLOGY

UNIVERSITY OF VIRGINIA
MEDICAL CENTER

DIAGNOSTIC DIVISION
DEPARTMENT OF RADIOLOGY

NAME: FOTOS ZOLA L
HX-NO: 011579
AGE: 55 SEX: F
LOCATION: B1
REF. PHYS. EVANS--B1

CONSULTATION REPORT

DATE: 011685 ACCESS-NO: 0349

CLINICAL DATA: FIFTY-FIVE YEAR OLD FEMALE WITH RIGHT PLEURAL EFFUSION.

PORTABLE LEFT LATERAL DECUBITUS CHEST AT 1330 HRS: COMPARISON 1/14/85. THERE IS A FREE FLOWING PLEURAL EFFUSION ON THE LEFT. THE EFFUSION ON THE RIGHT ALSO APPEARS TO BE FREELY MOVING. THERE IS AN N-G TUBE WITH ITS TIP IN THE REGION OF THE STOMACH.

IMP: BILATERAL FREE FLOWING PLEURAL EFFUSIONS.

ROBERTS/SHAFFER
JMH

HASRCR#71035#76130*511.9

DIAGNOSTIC RADIOLOGY CONSULTATION REPORTS

THE PROOF READ AND SIGNED COPY OF THIS REPORT IS ON FILE IN THE DEPARTMENT OF RADIOLOGY

UNIVERSITY OF VIRGINIA
MEDICAL CENTER

DIAGNOSTIC DIVISION
DEPARTMENT OF RADIOLOGY

NAME: FOTOS ZOLA L
HX-NO: 011579
AGE: 53 SEX: F
LOCATION: B1
REF. PHYS. EVANS--B1

CONSULTATION REPORT

DATE: 011785 ACCESS-NO: 0014

CLINICAL DATA: FIFTY-FIVE YEAR OLD FEMALE, POST-THORACENTESIS.

PORTABLE AP CHEST AT 0800 HRS: COMPARISON 1/16/85. NO PNEUMOTHORAX IS NOTED ON THE LEFT. BILATERAL PLEURAL EFFUSIONS PERSIST.

Ch

ROBERTS/SHAFFER
JMH

HASRCR#71010#76130*786.9

DIAGNOSTIC RADIOLOGY CONSULTATION REPORT

THE PROOF READ AND SIGNED COPY OF THIS REPORT IS ON FILE IN THE DEPARTMENT OF RADIOLOGY

007741

# UNIVERSITY OF VIRGINIA MEDICAL CENTER

DIAGNOSTIC DIVISION
DEPARTMENT OF RADIOLOGY

NAME: FOTOS ZOLA L
HX-NO: 011579
AGE: 55 SEX: F
LOCATION: B1
REF. PHYS. DR. EVANS--B1

CONSULTATION REPORT

DATE: 011885 ACCESS-NO: 0253

CT SCAN BODY

CLINICAL DATA: FIFTY-FIVE Y/O WITH ETOHIC HEPATITIS AND THREE DAY ONSET MENTAL STATUS CHANGE. HEPATIC ENCEPHALOPATHY VS INFECTION. ? SUBPHRENIC ABSCESS VS LIVER ABSCESS.

ABDOMINAL AND PELVIC CT: CT SCANS WERE PERFORMED OF THE ABDOMEN AND PELVIS DURING AND FOLLOWING THE INTRAVENOUS ADMINISTRATION OF 100 CC OF RENOGRAFIN 60. THE PATIENT ALSO RECEIVED DILUTE ORAL GASTROGRAFIN.

MARKED ASCITES IS PRESENT. SURGICAL CLIPS ARE NOTED IN THE GALLBLADDER FOSSA IN KEEPING WITH THE KNOWN PREVIOUS CHOLECYSTECTOMY. NO OTHER SIGNIFICANT ABNORMALITY IS SEEN IN THE ABDOMEN OR PELVIS. SPECIFICALLY, THERE IS NO EVIDENCE OF ABSCESS FORMATION. NOTE IS MADE OF BIBASILAR PLEURAL EFFUSIONS, LARGER ON THE LEFT THAN THE RIGHT WITH SOME UNDERLYING ATELECTASIS.

HENSEN/WILLIAMSON
KHH

CC: B. J. WILLIAMSON

BJWHFHH7219307160x571.1

DIAGNOSTIC RADIOLOGY CONSULTATION REPORTS

THE PROOF READ AND SIGNED COPY OF THIS REPORT IS ON FILE IN THE DEPARTMENT OF RADIOLOGY

UNIVERSITY OF VIRGINIA
MEDICAL CENTER

DIAGNOSTIC DIVISION
DEPARTMENT OF RADIOLOGY

NAME: FOTOS ZULA L
HX-NO: 011579
AGE: 55 SEX: F
LOCATION:
REF. PHYS. DR.EVANS 81

DIAGNOSTIC RADIOLOGY CONSULTATION REPORTS

CONSULTATION REPORT

DATE: 012085 ACCESS-NO: 0279

CLINICAL DATA: FIFTY-FIVE YEAR OLD FEMALE WITH PLEURAL EFFUSION.

CHEST: BILATERAL PLEURAL EFFUSIONS PERSIST, GREATER ON THE LEFT SIDE, WITH ONLY A LITTLE INTERVAL DIMINUTION ON THE RIGHT OVER THE PAST 2 WEEKS. THERE IS SOME VOLUME LOSS IN THE LEFT LOWER LOBE. THE HEART IS NOT ENLARGED.

PALING
JMH

MRP #71020*511.9

THE PROOF READ AND SIGNED COPY OF THIS REPORT IS ON FILE IN THE DEPARTMENT OF RADIOLOGY

E. E. G. LABORATORY, NEUROLOGICAL SERVICE
UNIVERSITY OF VIRGINIA HOSPITAL
Soo Ik Lee, M. D., Director

Name FOTOS, Zola
History No.: 01 15 79 Ward:
Service: B1

DATE 1-17-85 AGE: 55 E.E.G. NO: 73687

Previous E.E.G. Nos.: Medication: Date Discont'd.:
REFERRING PHYSICIAN: Evans ADDRESS:

Condition Of Patient (Check One): Clinic

NORMAL, TENSE, COMA, DEPRESSED, UNCOOP., EXCITED, STUPOR, STATUS

Question of hepatic encephalopathy in a patient with history of ethanol abuse, hepititis, ascitis, anasarca, and coagulapathy has a few day history of change in mental state and increasing tremulousness. She is on Demenol, Cimitudine, and Vistaril.

The patient was awake but tense and shaky at times and also having some mumbling. The EEG demonstrates continuous runs of diffusely distributed low amplitude 6-7 c/s rhythmic or seim-rhythmic bisynchronous theta activity of poor reactivity. Because of continuous excessive muscle artifact, most of the recording was done with HLF setting 15 Hz. No focal abnormality nor epileptic discharges are noted.

Intermittent photic stimulation accentuates movement and muscle artifacts but demonstrates no additional abnormal findings.

Clinical Interpretation: This EEG demonstrates continuous diffusely distributed theta range rhythmic or semi-rhythmic slowings to suggest mild to moderate diffuse bihemispheric dysfunction which is likely due to systemic metabolic or toxic disturbances, and would go along with clinical suspicion of hepatic encephalopathy, but the findings are nonspecific.

Soo Ik Lee, M.D.

SIL/nas



UNIVERSITY OF VIRGINIA
SCHOOL OF MEDICINE
CHARLOTTESVILLE, VIRGINIA 22908

...RTMENT OF INTERNAL MEDICINE

February 8, 1985

Dr. R. C. Jereza
200 Raleigh Avenue
Beckley, West Virginia 25601

Re: Zola Fotos
UVA #01 15 79

Dear Dr. Jereza:

Mrs. Zola Fotos was discharged from the University of Virginia Hospital on 2/2/85, and a discharge summary will be getting to you shortly, I trust. To summarize a rather stormy course, she got worse as expected after she got here with increasing jaundice and ascites. We had tried to prepare her family and her for that eventuality, since I guess all of us expect individuals with acute alcoholic liver disease which has decompensated to decompensate for a period of time after being in the hospital.

Our major problems with her were controlling her nausea and vomiting. This was generally possible to do with phenothiozines and one resort to NG aspiration. Nutrition was always difficult, but most of the time she could maintain pretty good caloric intake with Ensure plus even at times when she could not eat much else.

A grave concern of ours was the fact that she ran white counts from 25,000-35,000 through most of her course. Multiple cultures including several cultures of the abdominal fluid revealed no ~~purpose~~ of infection, and I am forced to conclude that this was a function of her inflammatory liver disease.

After a suitable time of stabilization, we began diuresis with Spironolactone 200 mg. a day, and she really began to diurese fairly nicely. However this got a little out of hand, and she had a metabolic acidosis with some mental status changes during the course of that. All of her mental changes reversed with cessation of the Cimetidine and correction of her metabolic situation.

Over the course of her hospitalization, her bilirubin came down to the level of about 5-6 mg%. Prothrombin time returned to a couple of seconds above control. Transaminases stayed pretty much where they had been in the low 100 range. Her albumin gradually fell down to a low of 1.9, but by the time of discharge, it was back up to 2.1

Dr. R. C. Jereza
Page 2

After five weeks in the hospital, she appeared to be at a point where she could go home with a visiting nurse and the care of her daughters. A major problem continued to be one of nutrition which I believe can probably be met at home as well as any place else. She appeared to me at the time of discharge to be gradually getting a little bit better, but she was certainly by no means any rose when she left here. The family I believe is aware of how serious her outlook is. I have told them it will be literally months or a year before she comes back to anywhere close to her usual self, and in that interval she may have any of the metabolic and infectious processes that patients with this type of liver disease are prone to.

Thank you very much for referring her. I hope that things will continue to go well for her, and I will be very pleased to see her back at any time you see fit.

Sincerely yours,

David D. Stone, M.D.

DDS:mwh

007146

UNIVERSITY OF VIRGINIA
HEALTH SCIENCES CENTER
HEALTH INFORMATION SERVICES

MEDICAL CENTER BOX 476
CHARLOTTESVILLE, VIRGINIA 22908

CHARLOTTESVILLE VA
JUN 08 '99
PB METER 7082425
U.S. POSTAGE
1.21

RECEIVED
JUN 1 5 1999
OFFICE OF THE POST-CONVICTION DEFENDER

EXHIBIT NO. 41

POST CONVICTION RELIEF HEARING

Identified and made a part of the record this 5th day of February, 2009.

JUDGE

007148

120547

**AUTHORIZATION FOR RELEASE OF INFORMATION**

TO: Appalachian Regional Hospital
306 Stanaford Rd.
Beckley, WV 25801

RECEIVED
JUN 08 1999
OFFICE OF THE POST-CONVICTION DEFENDER

I, Chris Fotos, hereby request and authorize you to release and furnish to Stefanie M. McArdle and Donald E. Dawson, attorneys with the Office of the Post-Conviction Defender of Tennessee, 460 James Robertson Parkway, 2nd Floor, Nashville, Tennessee 37243-0505, (615) 741-9336; FAX (615) 741-9430, or their designated agents, any and all information concerning my wife, Zola Privett Fotos, deceased, that they may request. I authorize release of information as the husband of Zola Privett Fotos. To the extent that any privilege or confidentiality exits as to any information concerning my wife, I hereby waive such privilege to the extent necessary to convey fully the information to Ms. McArdle, or her designated agent.

As to any information and records considered confidential, I also request that you continue to treat such information and records confidential. YOU ARE FURTHER REQUESTED NOT TO DISCLOSE SUCH INFORMATION TO ANY OTHER ENTITY OR PERSON WITHOUT WRITTEN AUTHORITY TO DO SO. I HEREBY REVOKE ALL PREVIOUS AUTHORIZATIONS GIVEN FOR THE RELEASE OF INFORMATION FOR ANY REASON OR PURPOSE WHATSOEVER. Your full cooperation with Ms. McArdle and Mr. Dawson is requested.

A copy of this AUTHORIZATION can be used as an original. You are also hereby authorized to send material by request via FAX to the above-listed FAX number for Ms. McArdle.

Additional information or requests: any and all records in your possession.

Dated this the 20 day of APRIL, 1999.

SIGNED: Chris Fotos
Chris Fotos, nearest-of-kin to Zola Privett Fotos

ADDRESS: ______

FILED (64)
APR 07 2009
Clerk of the Courts
Rec'd by ______

**CHRIS FOTOS:**
DOB: 6-12-21
SOCIAL SECURITY NO: 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

**ZOLA PRIVETT FOTOS:**
DOB: 08/07/29
DOD: 05/29/85
SOCIAL SECURITY NO: 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

STATE OF TENNESSEE VS. Christa Pike
CASE NO. 68280 EXHIBIT NO. 41
DATE 4-11-08 ID ✓ Evd ✓

000001

APPALACHIAN REGIONAL HOSPITAL

# ADMISSION—DISCHARGE RECORD

BECKLEY APPALACHIAN REGIONAL HOSPITAL (4-3565-1)

| Field | Entry |
|---|---|
| ARMED FORCES INFORMATION | |
| WAS PATIENT EVER IN U.S. ARMED FORCES (YES, NO, UNKNOWN) IF YES, STATE WAR OR DUTIES OF SERVICE: | |
| FOR GOVERNMENT SPONSORED PATIENTS ONLY: ARMED FORCES REGISTRATION NUMBER | |
| NUMBER: | |
| HISTORY UNIT NUMBER | 12 05 47 |
| DOES PATIENT HAVE 85-HS | YES [ ] NO [X] |
| PATIENT'S NAME (LAST-FIRST-MIDDLE) | Fotos, Chris NMN |
| INJURY | YES [ ] NO [X] |
| B, N-B, E OR E-D | NB-INS |
| S.S. NUMBER FROM 85-HS | |
| SEX | MALE [X] FEMALE [ ] |
| PATIENT'S ADDRESS | Rt. 1, Box 62, Beckley, WV 25801 |
| BIRTH DATE (MO.-DAY-YEAR) | 6-10-21 |
| DISTRICT NO. | |
| LOCAL UNION NO. | |
| AGE OR NEW BORN | 54 |
| ADMITTING DIAGNOSIS | Drug Addiction |
| SERVICE | Psych-M |
| FLOOR | 206 |
| HOUR ADMITTED | 1:00 A.M. [ ] P.M. [X] |
| DATE ADMITTED | 1-7-76 |
| REFERRING PHYSICIAN: NAME AND ADDRESS (ALSO HOSP. IF TRANSFERRED) | NONE |
| ATTENDING PHYSICIAN | M. K. Hasan, M.D. |
| PHYSICIAN'S CODE NO. | 0622 |
| PATIENT'S BIRTHPLACE | WV |
| CITIZEN OF | USA |
| RACE | White |
| RELIGION | Prdotestant |
| MARITAL STATUS | M [X] 1 NM [ ] 2 W [ ] 3 D [ ] 4 SEP. [ ] 5 |
| FATHER'S NAME | Gust Fotos |
| MOTHER'S FULL MAIDEN NAME | Bertha Stover |
| INJURED AT WORK: | YES [ ] NO [X] IF YES, EXPLAIN: |
| DATE OF ACCIDENT | |
| NAME OF EMPLOYER PATIENT'S [ ] 1 PARENT'S [ ] 2 | Self employed Fotos Packing Co. |
| TELEPHONE NO. OF EMPLOYER | |
| OCCUPATION PATIENT'S [ ] 1 PARENT'S [ ] 2 | |
| RESPONSIBILITY FOR PAYMENT: | SELF [ ] 1 BLUE CROSS [ ] 2 W. C. [ ] 3 FUND [ ] 4 OTHER SPECIFY [X] 5 INS |
| MINER'S NAME ON 85-HS | |
| SPOUSE OR NEAREST RELATIVE TO BE NOTIFIED (NAME AND ADDRESS) | Zola Fotos same as above |
| RELATIONSHIP | Wife |
| TELEPHONE NO. | 253-5415 or 252-9472 (Dau.) |
| INFORMANT | Daughter |
| ADMITTING OFFICIAL | N. Quesenberry |
| SIGNATURE OF PATIENT OR GUARDIAN | [signature] |
| DISCHARGE DATE | 1-11-76 |
| M-1 / W-3 / AD-5 / P-6 / SH-7 | |

DO NOT WRITE IN THE BOXES BELOW: P&S | YR. BORN | A | SD | D | S | I

| CONSULTATIONS | UNITS OF BLOOD | INFECTION | ANESTHESIA GIVEN | DEATH DURING SURGERY | DEATH WITHIN TEN DAYS AFTER SURGERY | IF PATIENT IS A CORONER'S CASE | HOSPITAL DAYS |
|---|---|---|---|---|---|---|---|
| One | None | YES [ ] 1 NO [X] 0 | YES [ ] 1 NO [X] 0 | YES [ ] A NO [X] 0 | YES [ ] 1 NO [X] 0 | CA [ ] 3 C [ ] 5 | 4 |

| DISCHARGE DIAGNOSIS | CODE | SURGERY PERFORMED | CODE |
|---|---|---|---|
| Drug addiction (Talwin and Doriden) | 967.9 | | |
| | 965.9 | | |
| | E931 | | |

| GESTATION PERIOD IN WEEKS | BIRTH WEIGHT IN GRAMS | | NAME OF SURGEON |
|---|---|---|---|
| | | Psych. | [signature] M.D. |

DISCHARGE CONDITION: ALIVE: [X] 1 DECEASED: WITHIN 48 HRS: WITH AUTOPSY [ ] 4 NO AUTOPSY [ ] A AFTER 48 HRS: WITH AUTOPSY [ ] 4 NO AUTOPSY [ ] 8

TYPE OF PATIENT: NEWBORN: [ ] 0 OBSTETRIC PATIENT: LIVE BIRTH [ ] 8 FETAL DEATH [ ] F NOT TERMINATED [ ] 9 ADULT OR CHILD: UNDER 15 YRS. [ ] 1 15 YRS. OR MORE [X] 2

## OTHER PHYSICIANS RENDERING DIRECT SERVICES DURING THIS PERIOD OF HOSPITALIZATION

| NAME OF PHYSICIAN AND SERVICE PROVIDED | NAME OF PHYSICIAN AND SERVICE PROVIDED |
|---|---|
| J. Gardner, M. D. 0261 Gen. Surg. | |

CERTIFIED THAT THE ABOVE SERVICES WERE RENDERED:

| SIGNATURE | TITLE | DATE | FOR USE OF AREA OFFICE | FISCAL |
|---|---|---|---|---|
| David Elliott | Adm. | 1-14-76 | 000002 | 4/4 |

ARH FORM 6-1-35 (BC) (REVISED 5-64)

COPY NO. 1 FOR PATIENT'S CHART

APPALACHIAN REGIONAL HOSPITALS
BECKLEY, WEST VIRGINIA

**DISCHARGE SUMMARY**

| | |
|---|---|
| HISTORY UNIT NO. | 12-05-47 |
| PATIENT'S NAME | FOTOS, CHRIS NMN<br>Route 1 Box 62<br>Beckley, West Virginia 25801 |
| UNIT AND/OR SERVICE: PSYCHIATRY | ATTENDING PHYSICIAN: M. K. HASAN, M. D. |

ADMITTED: 1-7-76
DISCHARGED: 1-11-75

HISTORY OF PRESENT ILLNESS: This was the second admission to this hospital for this 54-years old married, White male, who was admitted after being seen in the Crisis Clinic with a history that he had become addicted to Talwin and Doriden since he was operated on for burst abdomen seven years ago. He said that he still gets pain in the lower groin, especially on walking, he getting a feeling that there was something sticking him while somebody is sticking him in the perianal region, he taking Talwin and Doriden to relieve pain and be able to sleep. As a consequence, he became somewhat depressed and lost about 14 pounds in weight, lost his appetite, and interest in his work, he working as a butcher.

FAMILY HISTORY: He said that he was happily married for about thirty years and had two daughters, both working, one of them being married. He enjoyed his work, working as a butcher, but lately, he said that he had lost interest in that, too.

PAST MEDICAL HISTORY: He had been operated for a burst abdomen seven years ago, and operation for varicose veins in 1972.

PAST PSYCHIATRIC HISTORY: Nothing significant. Premorbid personality. He described himself as a happy-go-lucky person, jovial, who liked to mix and work, but was temperamental and at times can be aggressive and violent.

MENTAL STATUS ON ADMISSION: Asthenic build. He looked much older than his age. He walked with a forward stooping gait, cried during the interview, and said, "I was a good man, I do not know what is wrong with me, why I have become so dependent on drugs. I have become irritable and more aggressive. He had been taking 1.5 ampules of Talwin everyday and two tablets of Doriden in the night. His attention and concentration were poor. So was his memory for both recent and past. He had insight into his problems.

PHYSICAL EXAMINATION: The physical examination showed him to be lean and thin built, slightly anemic, had eczematous dermatitis of the left shin. He said that he had it for 20 years. He had an indurated area with some crust formation in the left thigh, secondary to injection of Talwin, which he had been having. The rest of the physical examination was unremarkable.

LABORATORY INVESTIGATIONS: The hemoglobin was 11.9 Gms.%. The WBC was 7,600 with polymorphs 84%. The urine examination was unremarkable. The serology was nonreactive. The SMA 12 was within the normal range. The x-ray of the chest showed presence of pulmonary emphysema, but no definite evidence of active disease. The electrocardiogram showed nonspecific ST-T abnormality.

(OVER)

**COURSE IN THE HOSPITAL:** The patient was detoxified under the cover of Valium, and Thorazine, and later Ampicillin was added because of indurated area, which he had as well as warm compresses. The patient's first day was rather stormy, he showing all the withdrawal symptoms, but this settled, though he continued to have difficulty in sleeping, he becoming fairly demanding and somewhat aggressive. This was discussed with him, he being told that especially the effect of Doriden, will result in some sleepless nights, but the patient continued to insist for further medication despite having fairly heavy doses of Thorazine and Valium. The medications were gradually reduced, especially the Valium. The patient resisted this and despite suggestion to the contrary, he took his own discharge. However, he retured the following day, saying that he was feeling much better and would like to attend partial care, which we had suggested in the past, this being arranged.

**PSYCHIATRIC DIAGNOSIS:** 1) Drug addiction, mainly to Talwin and Doriden.

**DISPOSITION:** At the time of discharge, the medications he was having were Thorazine, 50 mgs. b.i.d. and 100 mgs. q. h.s., which were to be adjusted accordingly to the clinical status of the patient. It is important that the patient be not prescribed any addictive tranquilizers in the form of Valium and Librium. He will attend Partial Hospitalization at FMRS from January 15, 1976, where he will be encouraged to participate in group and individual psychotherapy as well as having some recreation facilities, he having none at the moment. He should also be encouraged on discharge to improve his social life, that being negligible at the moment. It is also advised that Dr. Willis be contacted and appraised of the situation, he being informed that it would be for the patient's benefit that he be not given any further Talwin and Doriden even if he insists.

**PROGNOSIS:** Guarded.

M. K. HASAN, M. D.
Division of Psychiatry

MD
MKH:vsp

D: 1-13-76
T: 1-15-76

cc: F.M.R.S.
File

000094

APPALACHIAN REGIONAL HOSPITALS
HISTORY AND PHYSICAL EXAMINATION

HOSPITAL REGULATION:
All positive and important negative findings shall be recorded in standard order.

| | |
|---|---|
| HISTORY UNIT NO. | 12-05-47 |
| PATIENT'S NAME | FOTOS, CHRIS NMN |
| ROOM | Room 206 |

UNIT AND/OR SERVICE: PSYCHIATRY

ATTENDING PHYSICIAN: M. K. HASAN, M.D.

ADMITTED---JANUARY 7, 1976

HEIGHT ______ WEIGHT ______ B.P. ______ FOR PEDIATRIC PATIENTS: MEASUREMENTS: HEAD ______ CHEST ______

**HISTORY:** This is the second admission to this hospital for 54 year old married white male who was admitted after being seen in the Crisis Clinic.

According to the patient he had an operation for a burst abdomen seven years ago and then he was put on Talwin and Doriden and since then he has become addicted to it, saying that the reason is that he gets pain in the lower groin, he feels as if someone is sticking him all of the time, the injection and the Doriden tending not only to alleviate the pain, but to help him to sleep, he suffering primarily from initial insomnia. As a consequence, he had become depressed, had lost his appetite, lost interest in his work, and has lost about 14 pounds in weight.

He has been married for about 30 years, and he has two daughters, both working in this hospitaland his marriage has been fairly happy. He has been working ina slaughter house for a long time which he enjoys, but lately he has lost interest in that too. He has stopped lifting heavy carcasses, this being done by his brother.

**PAST MEDICAL HISTORY:** History of varicose vein operation in 1972. History of operation in Beckley Hospital for burst abdomen seven years ago.

**PAST PSYCHIATRIC HISTORY:** Nothing significant. Premorbid personality. He describes himself as happy-go-lucky, jovial person, who likes to mix and work, he being more or less the opposite now.

**MENTAL STATUS ON ADMISSION:** Asthenic built. He looks much older than his stated age. He walks with a stooped gait, he is depressed and he cried during the interview and said "I was a good man, I do not know what is wrong with me", "I tend to become irritable for no reason, I cannot sleep and for that I have been taking two Doridens every day". "I take one and a half ampules of Talwin every day because of the pain in the groin". His attention and concentration were poor, so was his memory both for reason and past, that being secondary to poor concentration. He, however, has insight into his problems.

**PHYSICAL EXAMINATION:** The physical examination is hand-written in the chart.

000005

**TREATMENT PLAN:** Valium, 20 mg. t.i.d., and 20 mg. q h.s. Thorazine, 50 mg. q h.s., and 50-75 mg. q.hs. of Amitriptyline, Ampicillin, 500 mg. q eight hours. Weight to be recorded twice a week. A consult to Doctor Gardner. A depressive rating scale to be done once a week. Encourage the patient to become more communcative and express his feelings.

MKH: EAI
D: 1-7-76/T: 1-9-76

M. K. HASAN, M.D.

**APPALACHIAN REGIONAL HOSPITALS**

## CONSULTATION

| | |
|---|---|
| HISTORY UNIT NO. | Fotos, Chris |
| PATIENT'S NAME | FOTOS, CHRIS NMN<br>12 05 47 M 6-10-21 NO<br>RT. 1, BOX 62<br>BECKLEY, WV 25801 R-206<br>NB INS<br>DR. HASAN |
| FLOOR | |
| ROOM | |

UNIT AND/OR SERVICE:

ATTENDING PHYSICIAN: Hasan

TO (CONSULTANT AND/OR SERVICE): Dr Gardner

REQUEST: Reason for requested consultation and what is desired

DATE OF REQUEST:

TIME: A.M. P.M.

A case you operated in Beckley Hospital 7 yrs ago, became addicted to Talwin & Dorden. Says has been having pain in Rt lower groin – feels as if somebody is kicking him & hence taking Talwin. Has been injecting himself & has developed cellulitis left thigh. Is on Ampicillin. Would appreciate your help & advice.

CONSULTANT: Findings and recommendations

DATE OF CONSULTATION:

TIME: A.M. P.M.

See prog notes JG

000006

BOTH SIDES OF THIS SHEET MAY BE USED

ARH FORM E-1-8 (REV. 7-59)

APPALACHIAN REGIONAL HOSPITALS

# PROGRESS NOTES

| HISTORY UNIT NO. | |
|---|---|
| PATIENT'S NAME | FOTOS, CHRIS NMN<br>12 09 47 M 5-10-21 MO<br>RT. 16 BOX 62 R-206<br>BECKLEY, WV 25801<br>NR TVC<br>DR. HASAN |

FLOOR

ROOM

UNIT AND/OR SERVICE

ATTENDING PHYSICIAN

Worker

53 yr old, Slaughter House

1/7/76 History & Mental State Dictated

Physical Exam — Lean & Thin built

Anaemia +
Cyanosis } absent
Clubbing }

Femorals ✓
Carotid ✓

JVP ↓
No CCF
Pulse 80/min

Eczematous Dermatitis Left Shin — 20 yrs

Heart - Both sounds heard
No murmur

Cellulitis Left Right
c̄ Crust formation
(Sec. to Injection)

Lungs - vesicular
No Creps

Abd - Lean Flapsaloning [illegible]
No LKKS

000007

BOTH SIDES OF THIS SHEET MAY BE USED

ARH FORM E-1-6

CNS- Pupils equal & reacts
Findings Not Seen
Reflexes +
Plantar ↓↓.

Δ ① Depressive Reaction
② Drug Addiction
③ Cellulitis left thigh
(induration)

1/8/76 Pt says that he is much better
More relaxed, slept better
eating better. No pain.
Continue under Cover of Valium

1-9-76 Pt group: Stayed for about 20" but had to leave. No comments to group, but said he'll try to stay for the hr. on Monday.

000008

ARH FORM E-1-6R

APPALACHIAN REGIONAL HOSPITALS

PROGRESS NOTES

| | |
|---|---|
| UNIT NO. | 007150 |
| PATIENT'S NAME | FOTOS, CHRIS NMN<br>10 05 47 M 6-10-21 NO<br>RT. 1, BOX 62 R-206<br>BECKLEY, WV 25801<br>NB INS<br>[illegible] HASAN |
| FLOOR | |
| ROOM | |

UNIT AND/OR SERVICE

ATTENDING PHYSICIAN

1/9/76 (1) Stasis dermatitis lower 1/3 of (L) lower leg. Will follow
Thanks

[signature]

(2) massive brawny induration subcutaneous over both thighs — due to innumerable Talwin injections. Fortunately no ulceration has occurred as yet
Rx local heat etc. Will follow
Thanks

[signature]

1/18/76 a fairly explosive personality, of somewhat addictive, whose motivation is now disappearing.
Is complaining of pain in the groin.
feels as if somebody has kicked him
= involve him in activities
= Tylenol PRN.
=

000009

[signature]

BOTH SIDES OF THIS SHEET MAY BE USED

ARH FORM E-1-6 11-63

007157

APPALACHIAN REGIONAL HOSPITALS,

LABORATORY REPORTS

Guide lines are approximate. Overlap just to the bold or double horizontal black line on the slip below.

## SERODIAGNOSIS II

ARH FORM

☐ ROOM 2-1 ☐ OPD ☐ CLINIC
216 ☐ E.R.
☐ REQUESTED BY Hasan ON 1-7
DATE COLLECTED: 1/8/76 10:30
☐ ROUTINE ☐ PREMARITAL
☐ RECHECK ☐ PRENATAL

FOTOS, CHRIS NHN
12 05 47 M 6-10-21 NO
RT. 1, BOX 62 R-206
BECKLEY, WV 25801
NH INS
DR. HASAN

76 7:15 JAN 7

| TEST | NR | WR | R |
|---|---|---|---|
| VDRL | | | |
| FTA-ABS | | | |
| TPI (REFERRED) | | | |
| RPR | ✓ | | |

TYPE OF SPEC: ☐ BLOOD ☐ SP. FL

76 9 PM JAN 7

TITER
METHOD ______
RESULT ______

REMARKS

76 10 AM 51 JAN 8

CHARGE $

DATE: 1-8-76 SIGN

## URINALYSIS

ARH FORM E-1-59

CLEAN VOIDED ☐ CATH. ☐
PROVISIONAL DIAGNOSIS: Drug addiction
DR. HASAN
76 AM 15 JAN 7

| | |
|---|---|
| ☐ COLOR | Yel. |
| ☐ CHARACTER | clear |
| ☐ pH | 7.5 |
| ☐ SP. GRAVITY | 1.020 |
| ☐ PROTEIN | neg |
| ☐ GLUCOSE | neg |
| ☐ ACETONE | neg |
| ☐ BILE | neg |
| ☐ UROBILINOGEN | normal |

| ☐ MICROSCOPIC | |
|---|---|
| WBC | occ |
| RBC | |
| EPITH. | few |
| CRYSTALS | — |
| CASTS | — |
| OTHER | Trace of mucus |

OTHER EXAMS: Hgb neg

76 12 PM 08 JAN 8

DATE: 1/8/76 SIGN

CHARGE $

## HEMATOLOGY

ARH FORM E-1-63

☐ INDICES ☐ THORN TEST

76 JAN 7

| | | | |
|---|---|---|---|
| ☐ HGB. | 11.9 | ☐ SICKLE CELL | |
| ☐ HCT. | 38 | MCH | 33.0 |
| ☐ WBC | 7600 | MCV | 103 |
| ☐ RBC | 3.66 | MCHC | 32.0 |
| ☐ PLATELET | normal | ☐ TOTAL EOSIN. | |
| ☐ RETIC | | # 1 | # 2 |

☐ BLOOD TYPE ☐ HOLD CLOT
☐ SED RATE: MM/HR
☐ CORR. TO MM/HR

| DIFF | | | |
|---|---|---|---|
| SEGS 84 | LYMPHS 11 | EOSIN. 1 | |
| STABS 3 | MONOS | BASO. 1 | |
| OTHER | | | |

REMARKS:
RBC's appear normal

000010

CHARGE

DATE: 1/8/76 SIGN

ARH FORM E-1-82

TOP OF FOURTH LABORATORY SLIP

TOP OF FOURTH LABORATORY SLIP

APPALACHIAN REGIONAL HOSPITALS,

LABORATORY REPORTS

Guide lines are approximate. Overlap just to the bold or double horizontal black line on the slip below.

☐ ROOM 206 ☐ OPD ☐ E.R. ☐ CLINIC

REQUESTED BY ON

FOTOS, CHRIS NHN
12 05 47 M 6-10-21 NO
RT. 1, BOX 62 R-206

15 JAN 7

☒ ROOM 206 ☐ OPD ☐ ER ☐ CLINIC

REQUESTED BY Hasan ON 1-7

COLLECTED ON 1-8-76 10A J. Stafford

ROUTINE ☐

CLEAN, VOIDED ☐ CATH. ☐

PROVISIONAL DIAGNOSIS drug addiction

FOTOS, CHRIS NHN
12 05 47 M 6-10-21 NO
RT. 1, BOX 62 R-206
BECKLEY, WV 25801
NS INS
DR. HASAN

76 JAN 15

| | | | | | |
|---|---|---|---|---|---|
| ☐ COLOR | Yel. | ☐ MICROSCOPIC | | OTHER EXAMS: | Hgb neg |
| ☐ CHARACTER | clear | WBC | occ | | |
| ☐ pH | 7.5 | RBC | — | | |
| ☐ SP. GRAVITY | 1.020 | EPITH. | few | | |
| ☐ PROTEIN | neg | CRYSTALS | — | | |
| ☐ GLUCOSE | neg | CASTS | — | | |
| ☐ ACETONE | neg | | | | |
| ☐ BILE | neg | OTHER | Trace of mucus | | 76 JAN 8 |
| ☐ UROBILINOGEN | normal | | | | |

DATE: 1/8/76 SIGN

CHARGE $

ARH FORM E-1-59

URINALYSIS

☐ INDICES ☐ THORN TEST

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ HGB. | 11.9 | ☐ SICKLE CELL | | ☐ BLOOD TYPE | | HOLD CLOT | |
| ☐ HCT. | 38 | MCH | 33.0 | ☐ SED RATE: | MM/HR | | |
| ☐ WBC | 7600 | MCV | 103 | ☐ CORR. TO | MM/HR | | |
| ☐ RBC | 3.66 | MCHC | 32.0 | SEGS 84 | LYMPHS 11 | EOSIN. 1 | |
| ☐ PLATELETS | normal | ☐ TOTAL EOSIN. | | STABS 3 | MONOS | BASO. 1 | |
| ☐ RETIC | | # 1 | # 2 | OTHER | | | |

DIFF

REMARKS:

RBC's appear normal

000011

DATE: 1/8/76 SIGN

CHARGE

ARH FORM E-1-45

HEMATOLOGY

ARH FORM E-1-82

TOP OF FOURTH LABORATORY SLIP

TOP OF FOURTH LABORATORY SLIP

APPALACHIAN
REGIONAL
HOSPITALS,

LABORATORY
REPORTS

Guide lines are approximate. Overlap just to the bold or double horizontal black line on the slip below.

ROOM 2 206 | OPD | E.R. | CLINIC

REQUESTED BY | ON

FOTOS, CHRIS NMN
12 05 47 M 6-10-21 NO
RT. 1, BOX 62 R-206

ROOM 2 206 | OPD | ER | CLINIC

REQUESTED BY Hasan ON 1-7

COLLECTED ON 1-8-76 10A

FOTOS, CHRIS NMN
12 05 47 M 6-10-21 NO
RT. 1, BOX 62 R-206
BECKLEY, WV 25801

ROOM 2 206 | OPD | ER | CLINIC

REQ. BY Hasan ON

COLLECTED ON

PROVISIONAL DIAGNOSIS: Drug addiction

FOTOS, CHRIS NMN
12 05 47 M 6-10-21 NO
RT. 1, BOX 62 R-206
BECKLEY, WV 25801
NE INS
DR. HASAN 102

☒ CBC ☐ INDICES ☐ ANEMIA STUDY ☐ THORN TEST

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HGB. | 11.9 | SICKLE CELL | | BLOOD TYPE | | | HOLD CLOT |
| HCT. | 38 | MCH | 33.0 | SED RATE: | MM/HR | | |
| WBC | 7600 | MCV | 103 | CORR. TO | MM/HR | | |
| RBC | 3.66 | MCHC | 32.0 | SEGS 84 | LYMPHS 11 | EOSIN. 1 | |
| PLATELETS | normal | TOTAL EOSIN. #1 #2 | | STABS 3 | MONOS | BASO. 1 | |
| RETIC | | | | OTHER | | | |

REMARKS:

RBC's appear normal

DATE: 1/8/76 SIGN

000012

CHARGE

HEMATOLOGY ARH FORM E-1-63 (REV. 4/68)

ARH FORM E-1-82

TOP OF FOURTH LABORATORY SLIP

☐ ROOM ☐ OPD ☐ ER ☐ CLINIC

REQUESTED BY Hasan ON

DATE OF SPECIMEN 1/7 6pm

PROVISIONAL DIAGNOSIS Dru addiction

POTOC., CHRIS JAN 7
10 05 47 M 6-10-21 NO
R. 1, BOX 62 R-206
BECKLEY, WV 25801
NH-INS
DR. HASAN (206) 76 S PH09 JAN 7

ARH FORM E-1-61 F




Patient's Name JAN 8 1976 000013

No. Rm. Date

GRAPHOTYPE — WHERE USED

# APPALACHIAN REGIONAL HOSPITALS
## REQUEST FOR X-RAY EXAMINATION

[redacted]

TOTOS, CHRIS EMM
17 05 47 M 5-10-21 MO
BECKLEY, WV 25801
HASAN
R-236

PATIENT'S NAME (LAST) (FIRST) (MIDDLE) AGE RACE

WARD NO. 206 AMBULATORY WHEELCHAIR STRETCHER BEDSIDE

HOSPITAL NO. ADDRESS (IF APC)

DATE OF REQUEST: 1-7 HEIGHT (IF FOR CHEST) WEIGHT (IF FOR CHEST)

EXAMINATION DESIRED: Chest

RELEVANT CLINICAL HISTORY AND WORKING DIAGNOSIS: Drug addiction

THIS SPACE FOR TECHNICIAN'S USE

'76 JAN 8 P 1:59

PT IN

| 8 X 10 | 10 X 12 | 11 X 14 | 14 X 17 | MISC. |
|---|---|---|---|---|
| | | | 2 | 4/7 |

ORDERED BY: Dr Hasan/cc

ATTENDING PHYSICIAN HASAN

X-RAY FILE NUMBER 421-76

REPORT OF RADIOLOGIST

DATE OF REPORT: 8 Jan-76 (1451) wa 120547

CHEST, TWO VIEWS: COMPARISON: 8-17-72.

The lungs again show over inflation more to the left. Peripheral vasculature is scanty. The heart is narrow and small in size. The trachea is in the midline. Costophrenic sulci are clear.

IMPRESSION:

1) Pulmonary emphysema most likely arterial deficiency type.
2) No definite evidence of active disease.

S. H. Cho, M.D.

SHC:sag
T:1-8-76

S. H. CHO, M. D. RADIOLOGIST M.D.

The Radiologist will be pleased to confer with the attending physician with respect to all cases referred to this department. Prepare requests in duplicate. The original will be returned to the chart.

ARH FORM 61-13 (1/69) BOTH SIDES OF THIS SHEET MAY BE USED

206²

007162

FOTOS, CHRIS NMN
[illegible] 7 M 6-10-21 MO
[illegible] 1, BOX 6[illegible]
BECKLEY, WV 25801
NS INS
DR. HASAN

## ELECTROCARDIOGRAPH REQUEST

CLINICAL DIAGNOSIS: Drug addiction

DATE 203

DIGITALIS ☐
QUINIDINE ☐

AGE SEX HEIGHT WEIGHT B.P. /

PREV. ECG YES ☐ NO ☐ AMB. ☐ BED. ☐ EMERG. ☐

ORDERED BY Dr Hasan M.D.

## ELECTROCARDIOGRAPH REPORT

1-8-76
9:15 Am

RHYTHM: SINUS ☐ OTHER:

| AXIS | RATES: 80 | INTERVALS: |
|---|---|---|
| + ° — ° | ATRIAL VENTRICULAR | P-R 0.16 QRS 0.06 QTc 0.3[illegible] |

DESCRIPTION

| | LIMB LEADS | PRECORDIAL LEADS |
|---|---|---|
| P | | |
| QRS | | |
| S-T | | |
| T, U | | |

INTERPRETATION:

W. N. L. ☐

SERIAL CHANGES SINCE PREVIOUS ECG OF ( / / )
THE FOLLOWING CHANGES HAVE OCCURRED:

NO SIGNIFICANT CHANGE ☐

Fotos

Nonspecific ST abnormality

1-8-76 [illegible]

ECG NO.

INTERPRETED BY [signature] M.D.

PATIENT'S IDENTIFICATION 000015

REG. NO. WARD RM.

DATE


I
II
III
aVR
aVL
aVF
V1
V2
V3
V4
V5
V6
PRINTED IN U.S.A.

007164 GRAPHOTYPE — WHERE USED

FOTOS, CHRIS

12 05 47 M 6-10-21 NO
RT. 1, BOX 62 R-206
BECKLEY, WV 25801
NO INS
DR. HAGAN

APPALACHIAN REGIONAL HOSPITALS

# RELEASE FROM RESPONSIBILITY FOR DISCHARGE

| PATIENT'S NAME (LAST) | (FIRST) | (MIDDLE) | HISTORY UNIT NUMBER |
|---|---|---|---|
| | | | |

| UNIT AND SERVICE | ROOM NUMBER OR APC | ATTENDING PHYSICIAN |
|---|---|---|
| | | |

DATE 1-9-76 19 ___ TIME 3:00 A.M.

THIS IS TO CERTIFY THAT I, FOTOS, CHRIS, A PATIENT IN THE APPALACHIAN REGIONAL (BECKLEY) HOSPITAL, AM LEAVING AGAINST THE ADVICE OF THE ATTENDING PHYSICIAN AND OF THE HOSPITAL ADMINISTRATION. ACKNOWLEDGE THAT I HAVE BEEN INFORMED OF THE RISK INVOLVED AND HEREBY RELEASE THE ATTENDING PHYSICIAN AND THE HOSPITAL FROM ALL RESPONSIBILITY FOR ANY ILL EFFECTS WHICH MAY RESULT FROM THIS ACTION.

WITNESS OF SIGNATURE R. O. Cooper MHT SIGNED X Chris Fotos
(PATIENT OR NEAREST RELATIVE)

WITNESS OF SIGNATURE ______________ ______________
(RELATIONSHIP)

000017

ARHI FORM E-133 REV. 5-56

007165 GRAPHOTYPE – WHERE USED

APPALACHIAN REGIONAL HOSPITALS

# RELEASE FROM RESPONSIBILITY FOR DISCHARGE

| PATIENT'S NAME (LAST) | (FIRST) | (MIDDLE) | HISTORY UNIT NUMBER |
|---|---|---|---|
| | | | |

| UNIT AND SERVICE | ROOM NUMBER OR APC | ATTENDING PHYSICIAN |
|---|---|---|
| | | |

DATE 1-11-76 19___ TIME 1:40 A.M./P.M.

THIS IS TO CERTIFY THAT I, Fotos, Chris, A PATIENT IN THE Appalachian Regional (Beckley) HOSPITAL,

AM LEAVING AGAINST THE ADVICE OF THE ATTENDING PHYSICIAN AND OF THE HOSPITAL ADMINISTRATION. ACKNOWLEDGE THAT I HAVE BEEN INFORMED OF THE RISK INVOLVED AND HEREBY RELEASE THE ATTENDING PHYSICIAN AND THE HOSPITAL FROM ALL RESPONSIBILITY FOR ANY ILL EFFECTS WHICH MAY RESULT FROM THIS ACTION.

WITNESS OF SIGNATURE K. Gervais RN

SIGNED Chris Fotos
(PATIENT OR NEAREST RELATIVE)

WITNESS OF SIGNATURE ____________

____________
(RELATIONSHIP)

000018

ARH FORM E-133 REV. 6.56

APPALACHIAN REGIONAL HOSPITALS
**PHYSICIAN'S ORDERS**

HOSPITAL REGULATION:

PHYSICIAN'S SIGNATURE MUST ACCOMPANY EACH ORDER.

NURSING PERSONNEL INITIAL EACH PROCEDURE AS INSTITUTED OR DISCONTINUED.

HISTORY UNIT NO. 607766
PATIENT'S NAME
FOTOS, CHRIS NMN
72 05 47 M 6-10-21 NO
RT. 1, BOX 62 R-206
BECKLEY, WV 25801
NB INS
DR. HASAN

206

FLOOR

ROOM

UNIT AND/OR SERVICE

ATTENDING PHYSICIAN

PERMISSION IS GRANTED TO DISPENSE THE GENERIC EQUIVALENT FOR DRUGS UNLESS ONE-TIME-USE FORM IS COMPLETED

| DATE ORDERED | HOUR | DOCTOR, START NEW SECTION FOR EACH SET OF ORDERS. |
|---|---|---|
| 1/7/75 | | Routine Lab |
| | | Rt X ray chest |
| | | Rt SMA 12 |
| | | Rt Urinalysis |
| | | Rt Serology |
| | | ~~Reg Diet~~ Soft Diet |
| | | Rt EKG |
| | | Rt Valium 20 mgm tid & Rt 20 mgm q h.s |
| | | Rt Thorazine 100 mgm q h.s |
| | | Rt Ampicillin 500 mgm 8 hrly |
| | | Rt Consult to Dr Gardner |
| | | Rt Amitryptline 75 mgm q h.s |
| | | Rt Weight chart twice/week |
| | | given 3:45 [illegible] Smith, RN |
| | | Rt Valium 10 mgm IM STAT & PRN 6 hrly |
| | | Rt Vital signs 4 h |
| | | Rt Foot end to be elevated if Systolic BP below 100 |
| | | Rt Thorazine 50 mgm orally stat at 6pm |

000019

ARH FORM E-1-7 12-64

007167 Fotos 262

# APPALACHIAN REGIONAL HOSPITALS
## PHYSICIAN'S ORDERS

HISTORY UNIT NO.

PATIENT'S NAME

HOSPITAL REGULATION:

PHYSICIAN'S SIGNATURE MUST ACCOMPANY EACH ORDER.

NURSING PERSONNEL INITIAL EACH PROCEDURE AS INSTITUTED OR DISCONTINUED.

FOTOS, CHRIS NNN
12 05 47 M 6-10-21 NO
RT. 1, BOX 62 R-206
BECKLEY, WV 25801
NB INS
DR. HASAN

FLOOR

ROOM

UNIT AND/OR SERVICE

ATTENDING PHYSICIAN

PERMISSION IS GRANTED TO DISPENSE THE GENERIC EQUIVALENT FOR DRUGS UNLESS ONE-TIME-USE FORM IS COMPLETED

| DATE ORDERED HOUR | DOCTOR, START NEW SECTION FOR EACH SET OF ORDERS. |
|---|---|
| | 4:45 pm RT |
| 1/7/76 4:45 | Valium 20 mg po now V.O. Dr. Hasan / R. Thompson, LPN |
| | le |
| 1-7-76 | Thorazine 100 mgm (IM) now. |
| | T.O. Dr. Amos / Mrs Jacobson, R.N. |
| 1-7-76 | Valium 10 mgm (IV) now. le |
| | T.O. Dr. Hasan / Mrs Jacobson, RN |
| | le |
| 1-9-76 ~~1-8-76~~ | Valium 10 mg IM now |
| | T.O. Dr Hasan / P. Lanelm |
| | le |
| 1-9-76 2:10 Am | Thorazine 50 mg IM + 50 mg po |
| | T.O. Dr Hasan / P. Lanelm |
| | le |
| 1-9-76 | Valium 10 mg IV push now |
| | T.O. Dr Hasan / P. Lanelm |
| | le |

000020

ARH. FORM E-1-7 12-64

007168[redacted]

# APPALACHIAN REGIONAL HOSPITALS
## PHYSICIAN'S ORDERS

HOSPITAL REGULATION:

PHYSICIAN'S SIGNATURE MUST ACCOMPANY EACH ORDER.

NURSING PERSONNEL INITIAL EACH PROCEDURE AS INSTITUTED OR DISCONTINUED.

UNIT AND/OR SERVICE.

HISTORY UNIT NO.

PATIENT'S NAME

FOTOS, CHRIS NMN
12 05 47 M 6-10-21 NO
RT. 1, BOX 62
BECKLEY, WV 25801 R-206
RP INS
DR. HASAN

206²

FLOOR

ROOM

ATTENDING PHYSICIAN

PERMISSION IS GRANTED TO DISPENSE THE GENERIC EQUIVALENT FOR DRUGS UNLESS ONE-TIME-USE FORM IS COMPLETED

| DATE ORDERED HOUR | DOCTOR, START NEW SECTION FOR EACH SET OF ORDERS. |
|---|---|
| 1/9/76 | Valium 20 mgm bid & 20 mgm q.h.s. |
| | Dalmane 60 mgm q.h.s. |
| | Thorazine 25 mgm bid and 100 mgm at 8. pm. |
| | Amitriptyline 75 mgm q.h.s. already has |
| | Valium 10 mgm [illegible] (or [illegible]) in the night if the pt has not slept after 11 pm |
| 1/9 | Cordran Cream 0.05% bid to area of dermatitis (L) lower leg bid |
| | Warm moist compresses anterior aspect of thighs 1 hour bid |
| 1/9/76 | Valium 10 mg IV now |

000021

007169

# APPALACHIAN REGIONAL HOSPITALS
## PHYSICIAN'S ORDERS

HOSPITAL REGULATION:

PHYSICIAN'S SIGNATURE MUST ACCOMPANY EACH ORDER.

NURSING PERSONNEL INITIAL EACH PROCEDURE AS INSTITUTED OR DISCONTINUED.

UNIT AND/OR SERVICE

HISTORY UNIT NO.

PATIENT'S NAME: HOTOS, CHRIS NMN
12 05 47 M 6-10-21 NO
RT. 1, BOX 62 R-206
BECKLEY, WV 25801
NO INS
. HASAN

FLOOR

ROOM 206.2

ATTENDING PHYSICIAN

PERMISSION IS GRANTED TO DISPENSE THE GENERIC EQUIVALENT FOR DRUGS UNLESS ONE-TIME-USE FORM IS COMPLETED

| DATE ORDERED | HOUR | DOCTOR, START NEW SECTION FOR EACH SET OF ORDERS |
|---|---|---|
| 1-10-76 | | Darvon Cpd 65 mg q 4 hrs prn for Pain |
| | | [signature] |
| 1/10/76 | | D.C. Darvon |
| | | Tylenol 2 tab PRN 4 hrly |
| | | Albee C Cap 1 daily |
| | | Valium 7.5 mgm P/O at 11 p.m. (if not sleeping) |
| | | Amitryptiline 75 mgm & increase by 25 mgm once daily to a Max of 150 mgm q.h.s |
| 1/10/76 | | Thorazine 300 mgm. ho. (PO) Concentrate |
| | | No IV Valium. |
| | | V.O. Dr. Hasan / M. Jackson, R |
| 1-10-76 | | 1. 7.5 mg. Valium IV tonite hs |
| | | 2. 5 mg. Valium IV tomorrow (1/11) hs. Then D.C. |
| | | T.O. Dr Hagan / M. Jackson, R |

ARH. FORM E-1-7 12-64

000022

APPALACHIAN REGIONAL HOSPITALS
**PHYSICIAN'S ORDERS**

HOSPITAL REGULATION:

PHYSICIAN'S SIGNATURE MUST ACCOMPANY EACH ORDER.

NURSING PERSONNEL INITIAL EACH PROCEDURE AS INSTITUTED OR DISCONTINUED.

HISTORY UNIT NO.

PATIENT'S NAME

FOTOS, CHRIS NMN
12 05 47 H 6-10-21 NO
RT. 1, BOX 62
BECKLEY, WV 25801 R-206
NB INS

FLOOR

ROOM 206.2

UNIT AND/OR SERVICE

ATTENDING PHYSICIAN

PERMISSION IS GRANTED TO DISPENSE THE GENERIC EQUIVALENT FOR DRUGS UNLESS ONE-TIME-USE FORM IS COMPLETED

| ORDERED DATE | HOUR | DOCTOR, START NEW SECTION FOR EACH SET OF ORDERS. |
|---|---|---|
| 1-11-76 | | Thorazine 50 mg now p.o. and after 5 mins. Thorazine 50 mg. more p.o. P.O. DR Hagan / K. Gervais RN |

000023

ARH FORM E-1-7 12-64

007171

**APPALACHIAN REGIONAL HOSPITALS**

# PATIENT VITAL SUMMARY SHEET

GRAPHOTYPE – WHERE USED

FOTOS, CHRIS NMN
12 05 47 M 6-10-21 NO
RT. 1, BOX 62 R-206
BECKLEY, WV 25801
NO INS
DR. HASAN

DR. Hasan

ROOM NUMBER 206

| DATE | Jan 1976 7 | | 8 | | 9 | | 10 | | 11 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Hospital Day / Post operative | adm | | 1 | | 2 | | 3 | | 4 | |
| HOUR | 2 4 6 8 10 | 2 4 6 8 10 | 2 4 6 8 10 | 2 4 6 8 10 | 2 4 6 8 10 | 2 4 6 8 10 | 2 4 6 8 10 | 2 4 6 8 10 | 2 4 6 8 10 | 2 4 6 8 10 |

| RESP. | PULSE | TEMP. |
|---|---|---|
| | 150 | 106 |
| | 140 | 105 |
| | 130 | 104 |
| | 120 | 103 |
| | 110 | 102 |
| | 100 | 101 |
| 60 | 90 | 100 |
| 50 | 80 | 99 |
| 40 | 70 | 98 |
| 30 | 60 | 97 |
| 20 | 50 | 96 |
| 10 | 40 | 95 |



| BLOOD PRESSURE | AM: | PM: 90/50 | AM: 120/80 | PM: | AM: | PM: | AM: | PM: | AM: | PM: |
|---|---|---|---|---|---|---|---|---|---|---|

HEIGHT 6'5¼" WEIGHT 110

DIET Soft

| FLUID INTAKE | Oral | Parenteral | Oral | Parenteral | Oral | Parenteral | Oral | Parenteral | Oral | Parenteral |
|---|---|---|---|---|---|---|---|---|---|---|
| 12-8 | | | | | | | | | | |
| 8-4 | | | | | | | | | | |
| 4-12 | | | | | | | | | | |
| 24 HOUR TOTAL | | | | | | | | | | |

| FLUID OUTPUT | Urine | Stomach Content | Urine | Stomach Content | Urine | Stomach Content | Urine | Stomach Content | Urine | Stomach Content |
|---|---|---|---|---|---|---|---|---|---|---|
| 12-8 | | | | | | | | | | |
| 8-4 | | | | | | | | | | |
| 4-12 | | | | | | | | | | |
| 24 HOUR TOTAL | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| STOOL | 4-12 ✓ | 12-8 ✓ 8-4 ✓ 4-12 ✓ | 12-8 ✓ 8-4 1 4-12 ✓ | 12-8 ✓ 8-4 1 4-12 ✓ | 12-8 ✓ 8-4 ✓ 4-12 ✓ |
| REMARKS: | | Routine urine specimen sent to lab. | | 000024 | |
| PROGRESS | | | | | |

ARH FORM E-11-1 REV. 12-56

**APPALACHIAN REGIONAL HOSPITALS**

**NURSES RECORD**

(White copy - Nurses Record, Pink copy - Pharmacy Charge) 206

FOTOS, CHRIS NMN
1- 05 47 M 6-10-21 MO
R- 1, BOX 62 R-206
BECKLEY, WV 25801
NR INS
DR. HASAN

MEDICATIONS: Jan 1975

| MEDICATIONS | 7 MORN | 7 DAY | 7 EVEN | 8 MORN | 8 DAY | 8 EVEN | 9 MORN | 9 DAY | 9 EVEN | 10 MORN | 10 DAY | 10 EVEN | 11 MORN | 11 DAY | 11 EVEN | PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ampicillin 500 mg q8h po 6-2-10 | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | |
| Valium 20 mg qhs po 9pm | | | | | | ✓ | | | ✓ | | | | | | | |
| Valium 20 mg t.i.d. po 10-2-6 | | | | | ✓ | ✓ | | ✓ | ✓ | | | | | | | |
| aminophylline 75 mg q6 po 9pm | | | | | D/C | | | | | | | | | | | |
| Amitriptyline 75 mg qhs po 9pm | | | | | | ✓ | | | ✓ | | | | | | | |
| Valium 20 mg t.i.d. & q hs 10-2-10pm | | | | | | | | ✓ | | ✓ | | | | | | |
| Dalmane 60 mg qhs 10pm | | | | | | | | | ✓ | | | | | | | |
| Thorazine 25 mg BID 6-2 | | | | | | | | ✓ | | ✓ | ✓ | | | | | |
| Thorazine 100 mg 8 pm | | | | | | | | | ✓ | | | | | | | |
| ... cap t.i.d. 10 AM | | | | | | | | | | | ✓ | | | | | |
| Amitriptyline 100 mg 9pm | | | | | | | | | | | | | | | | |
| ~~Amitriptyline~~ [illegible] | | | | | | | | | | | | | | | | |
| Darvon Compound 65 mg | | | | | | | | | | | $10^{20}$ | | D/C | | | |
| Valium 10 mg IM or IV (if patient not slept after 11 pm) | | | | | | | | | | | | | | | | |
| Thorazine 50 IM now | | | | | | | $2^{16}$ | | | | | | | | | |
| Thorazine 50 PO now | | | | | | | $2^{10}$ | | | | | | | | | |
| Valium 10 mg IM now | | | | | | | $12^{50}$ | | | | | | | | | |
| Valium 10 mg IV. | | | $11^{35}$ | | | | | | $10^{30}$ mg | | | | | | | |
| Thorazine 100 mg (PO) stat | | | $7^{30}$ | | | | | | | | | | | | | |
| 1-7 Thorazine 50 mg at 6 pm STAT po | | (Ep) | 6p | | | | | | | | | | | | | |
| Valium 10 mg q6h prn IM | | | | | | 11p | | | 9 | | | | | | | |
| Valium 20 mg po now | | Rt 9s | | | | | | | | | | | | | | |
| NURSE'S INITIALS | | | mf | os | P | mf | [illegible] | P | JN | [illegible] | [illegible] | [illegible] | | | | |

TREATMENTS: 1-76

| TREATMENTS | 7 MORN | 7 DAY | 7 EVEN | 8 MORN | 8 DAY | 8 EVEN | 9 MORN | 9 DAY | 9 EVEN | 10 MORN | 10 DAY | 10 EVEN | 11 MORN | 11 DAY | 11 EVEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wt twice wkly | | | | | | | | | | | | | | | |
| VS q4h 10-2-6-10 | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓✓ | ✓ | | | | | |
| Cordran cream 0.05% to area of [illegible] | | | | | | | | | | | | | | | |
| @ lower leg bid 10-6 | | | | | | | | | ✓ | | | ✓ | | | |
| Warm moist compress to anterior aspect of thighs 1 h bid 10-6 | | | | | | | | | | | | ✓ | | | |
| NURSE'S INITIALS | | | | | JS | JN | [illegible] | | JH | [illegible] | | | | | |

000025

007103

# APPALACHIAN REGIONAL HOSPITALS

## NURSES RECORD

(White copy - Nurses Record, Pink copy - Pharmacy Charge)

FOTOS, CHRIS NMN
12 05 47 M 6-10-21 NO
RT. 1, BOX 62 R-206
BECKLEY, WV 25801
NB INS
DR. HAGAN

206-2

| MEDICATIONS: 1-76 | DATE: 10 MORN | DAY | EVEN | DATE: 11 MORN | DAY | EVEN | DATE: 12 MORN | DAY | EVEN | DATE: 13 MORN | DAY | EVEN | DATE: 14 MORN | DAY | EVEN | PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ampicillin 500 gm q 6h po 6-2-10 | | | | | | | | | | | | | | | | |
| Valium 20 gm q hs po 9pm | | | | | | | | | | | | | | | | |
| Valium 20gm tid po 6-2-10 | | | | | | | | | | | | | | | | |
| Amitryptline 100mg hs po 9PM | | | | | | | | | | | | | | | | |
| Valium 20mg bid c q hs 10-6 9pm | | | | | | | | | | | | | | | | |
| Dalmane 60mg q hs 9pm | | | | | | | | | | | | | | | | |
| Thorazine 25mg tid po 6-2 | | | | | | | | | | | | | | | | |
| Thorazine 100mg q 8pm po | | | | | | | | | | | | | | | | |
| Albee C 1cap q daily 10am po | | | | | | | | | | | | | | | | |
| Valium 5mg hs 1-11 9pm IV | | | | | | | | | | | | | | | | |
| Valium 7.5mg hs 1-10 9pm IV | | | 11pm [illegible] | | | | | | | | | | | | | |
| Thorazine Conc 300mg hs po 9pm | | | | | | | | | | | | | | | | |
| Valium 10mg IM or IV prn w/ pt [illegible] @ 11pm | Disc | | | | | | | | | | | | | | | |
| Amitryptline 100mg q4h prn | | | | | | | | | | | | | | | | |
| Valium 10mg q4h prn IM | | | | | | | | | | | | | | | | |
| Tylenol 2 tabs q4h prn po | | | | | | | | | | | | | | | | |
| NURSE'S INITIALS | | | JG | | | | | | | | | | | | | |

| TREATMENTS: 1-76 | DATE: 10 MORN | DAY | EVEN | DATE: 11 MORN | DAY | EVEN | DATE: 12 MORN | DAY | EVEN | DATE: 13 MORN | DAY | EVEN | DATE: 14 MORN | DAY | EVEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NURSE'S INITIALS | | | | | | | | | | | | | | | |

000036

ARH Form E-11-22

007174

# APPALACHIAN REGIONAL HOSPITALS

## SPECIAL OBSERVATION NURSING CARE RECORD AND BLOOD PRESSURE RECORD

GRAPHOTYPE FOTOS, CHRIS NNN
12 05 47 M 6-10-21 NO
RT. 1, BOX 62 R-205
BECKLEY, WV 25801
NO INS
DR. HASAN

DATE 1/7/76 1-8-76




000027

ARH FORM E-11-3 (REV. 12-56)

APPALACHIAN REGIONAL HOSPITALS

# NURSING CARE RECORD

GRAPHOTYPE - WHERE USED

DTOC, CHRIS MHN
[illegible] 47 M 6-10-21 NO
P. O. BOX 62 R-206
[illegible]CKLEY, WV 25801
[illegible]
[illegible] HASAN

206 ✓

| PATIENT'S NAME | PHYSICIAN | HISTORY NUMBER |
|---|---|---|
| | | |

| Date and Time | | Date and Time | |
|---|---|---|---|
| 1/7/74 1:00 pm | 54 year old, white male admitted ambulatory directly from admissions to room 206₂. Pt. appeared weak - seemed oriented to all 3 spheres. BP 90/50, T 98.2, P. 80, Ht. 65¼, Wt. 110. Stated he was not allergic to any food or medication. Pt. has multiple scratches and bruises over both legs and hips. Area on left ankle appears infected. Daughter states scratches and bruises are from numerous injections and from falls. Apparently Pt. had colostomy 9 years ago and since that time has been abusing Talwin (takes 1½ vials per days) - also abusing Doriden. Pt. | | has also been taking valium and [illegible]. Pt. was also involved in several car accidents on his way to hospital today. Pt's wallet was given to his daughter. Pt. states he should be on soft diet - cannot eat food with seeds in it. ——— Andy Tuccy [illegible] |
| | | 3⁴⁵ Pm | Valium 10 mg given IM in Rt gluteus. Pt's muscles are v. hard. Appears to have had many injections in past. [illegible] Smith LPN |
| | | 7⁰⁰ | Pt wanting to leave - says he has vomited up medication (Thorazine) Seems depressed & anxious, but so far no perspiring, gooseflesh, and cramps. |
| | | 7³⁰ | Thorazine 100mgm. given (PO) - thigh muscles very hard. [illegible] |

ARH FORM E-11-4

000028

NURSING CARE RECORD

| Date and Time | | Date and Time | |
|---|---|---|---|
| 8⁰⁰ | Pt. did vomit O.J. & some med. Thorazine 50 mgm (IM) in (L) gluteal muscle. M Jackson | | says he is glad he decided to stay - appetite ↑ - sleeping better - appears to be more relaxed - rested majority of evening in bed. No complaints verbalized. Andy Turkey MHT |
| 8³⁰ | Pt. still restless & wants to leave. Thorazine 50 mgm (IM) M Jackson | 10⁴⁵ | States wants something to "make him sleep or he will leave." Valium 10 mgm IM per request. [illegible] |
| 11³⁰ PM | Pt. dressed & ready to leave. Dr. Hoon notified & Valium 10 mg IV ordered. Administered by Dr. Fawaz, surgical resident. G Smith, RN | | |
| 11⁴⁰ PM | Pt. becoming more drowsy. Returned to Room & placed in bed. G Smith RN | 1-9-76 12 AM | Valium 10 mg Im given as ordered by Dr. Hasan. P. Lenehan |
| 12⁰⁰ MN | Pt. asleep. C. Pike LPN | 1-9-76 2 AM | Still awake. Wanting more medication. Dr Hasan notified. Thorazine 50 mg Im and 50 mg po given as ordered. P Lenehan |
| 7 AM | Slept well this shift. C. Pike LPN | | |
| 1-8-76 2¹⁵ P | Not very communicable. Had expressed no complaints. Down to X-ray in afternoon. Appetite fair. J. Stafford LPN | 1-9-76 7:30 AM | Wanted to leave, Dr. Hasan in to give meds, PT returned to room & slept. |
| 10⁰⁰ PM | PT. appears in better spirits tonight - laughing - | | Ron Cooper MHT |

ARH FORM E-11-4

APPALACHIAN REGIONAL HOSPITALS

NURSING CARE RECORD

GRAPHOTYPE - WHERE USED

FOTOS, CHRIS NMN
12 05 47 M 6-10-21 NO
RT. 1, BOX 62 R-206
BECKLEY, WV 25801
NB-INS
DR. HASAN

| PATIENT'S NAME | PHYSICIAN | HISTORY NUMBER |
|---|---|---|
| | | |

| Date and Time | | Date and Time | |
|---|---|---|---|
| 1-9-76 | Numerous complaints! | | pain - was given |
| 8-4 | Does not want to | | thorazine concentrate |
| | Coperate c at all | | but stated he vomited - |
| | times. A. Cogar LPN | | RN. who administered |
| 11⁰⁰pm | pt. still verbalizes | | medication stated he |
| | numerous complaints - | | did not vomit but |
| | rested majority of | | did spit medication into |
| | evening - up and about | | waste-basket. Refused to |
| | at times - preferred | | take other P.O. medication |
| | to watch TV tonight | | IV Valium 7.5 mg |
| | instead of going to | | given by Dr. Meza - |
| | activities - appears to | | appears to be resting |
| | be resting well at | | well at present. |
| | present. Andy Turecy MHT | | Earlier this evening pt. |
| 12 MN. | Took HS meds PO. | | was up and about - |
| | Stated couldn't sleep. | | shot several games of |
| | Valium 10 mgm IV | | pool - judgement and |
| | by Dr Meza @ 10³⁰p | | concentration appeared |
| | M French | 1-11-76 | good. Andy Turecy MHT |
| 1-10-76 7:15 Am. | Slept all night. Ø c/o | 1⁴⁵ Am | Pt. signed AMA form |
| | Ron Beck MHT | | and refused thorazine stating |
| 7¹⁵ Pm | c/o Ⓡ inguinal pain. | | that it makes him sick to |
| | Says meds have not helped - | | his stomach and he just |
| | requests "2 white tabs" - | | wants to leave. This place isn't |
| | Tylenol ii given. M.H. Iverson, R | | helping him at all, he says. |
| 11⁰⁰ PM | pt. c/o lower abdominal. | | Dr. Hasan notified. K Gervasio RN |

ARH FORM E-11-4

000030

| Date and Time | | Date and Time | |
|---|---|---|---|
| 1 50/Am | Mrs Licklite, supervisor notified | | |
| | of pt. signing AMA paper. | | |
| | K Gervais RN | | |

007179

APPALACHIAN REGIONAL HOSPITALS

AMBULATORY-PATIENT CLINIC

ALL-INCLUSIVE MEDICAL RECORD FORM

On this form all ambulatory patient services by physician, nurse, family counsellor, physical therapist or other paramedical personnel are to be recorded by date, signature, and title of the recorder.

| HISTORY UNIT NO. | |
|---|---|
| PATIENT'S NAME | FOTOS, CHRIS NMN |
| ADDRESS | 12 05 47 M 6-10-21 NO<br>RT. 1, BOX 62<br>BECKLEY, WV 25801<br>NO-SELF |
| PHONE | |

UNIT AND/OR SERVICE

ATTENDING PHYSICIAN

54 yrs. ♂

1/5/76

Addicted to Talwin, 8 yrs ago following an operation. Light is going to die in 2 yrs. but feels that as he had lived longs, he has got hooked on it.

Also takes 2 Doriden/night taken as not takes it.

Suggest -

Valium 20 mgm tid & 20 mgm qhs.

Suggested hospitalization. Gradual withdrawal of Talwin & Doriden

[signature] Mason

000032

BOTH SIDES OF THIS SHEET MAY BE USED

ARH FORM E-1-2

**APPALACHIAN REGIONAL HOSPITALS**

007180

# ADMISSION-DISCHARGE RECORD

**ARMED FORCES INFORMATION**

WAS PATIENT EVER IN U.S. ARMED FORCES (YES, NO, UNKNOWN) IF YES, STATE WAR OR DUTIES OF SERVICE:

FOR GOVERNMENT SPONSORED PATIENTS ONLY: ARMED FORCES REGISTRATION NUMBER

NUMBER:

HISTORY UNIT NUMBER: 12 05 47

DOES PATIENT HAVE 85-HS: YES [ ] 1 NO [X]

INJURY: YES [ ] NO [X]

PATIENT'S NAME (LAST-FIRST-MIDDLE): FOTOS, Chris RON

B, N-B, E OR E-D: NB-INS

S.S. NUMBER FROM 85-HS:

SEX: MALE [X] 1 FEMALE [ ] 2

PATIENT'S ADDRESS: Rt. 1,Box-62, Beckley, WV 25801

BIRTH DATE (MO.-DAY-YEAR): 6-10-21

DISTRICT NO.:

LOCAL UNION NO.:

AGE OR NEW BORN: 50

ADMITTING DIAGNOSIS: Varicose Veins

SERVICE: Gen. Surg.

FLOOR: 224

HOUR ADMITTED: 12:45 A.M. [ ] P.M. [X]

DATE ADMITTED: 8-17-72

REFERRING PHYSICIAN: NAME AND ADDRESS (ALSO HOSP. IF TRANSFERRED): None

ATTENDING PHYSICIAN: S. Lee, M.D.

PHYSICIAN'S CODE NO.: 0105

PATIENT'S BIRTHPLACE: WV

CITIZEN OF: USA

RACE: White

RELIGION: Prot.

MARITAL STATUS: M [X] 1 NM [ ] 2 W [ ] 3 D [ ] 4 SEP. [ ] 5

FATHER'S NAME: Gust Fotos

MOTHER'S FULL MAIDEN NAME: Bertha Stover

INJURED AT WORK: YES [ ] NO [XX] IF YES, EXPLAIN:

DATE OF ACCIDENT:

NAME OF EMPLOYER: PATIENT'S [X] 1 PARENT'S [ ] 2 — Self Fotos Packing Company

TELEPHONE NO. OF EMPLOYER: Beckley, WV

OCCUPATION: PATIENT'S [ ] 1 PARENT'S [ ] 2

RESPONSIBILITY FOR PAYMENT: SELF [ ] 1 BLUE CROSS [ ] 2 W C [ ] 3 FUND [ ] 4 OTHER SPECIFY [X] 5 INS

MINER'S NAME ON 85-HS:

SPOUSE OR NEAREST RELATIVE TO BE NOTIFIED (NAME AND ADDRESS): Zola Fotos same as above

RELATIONSHIP: Wife

TELEPHONE NO.: 253-5415

INFORMANT: Patient

ADMITTING OFFICIAL: E. Mullins

SIGNATURE OF PATIENT OR GUARDIAN: Chris Fotos

DO NOT WRITE IN THE BOXES BELOW

| P&S | YR. BORN |
|---|---|
| A | SD |
| D | |
| S | |
| I | |

W-1 | W-3 | AD-5 | P-6 | SH-7

DISCHARGE DATE: 8-20-72

NOT DISCH. DATE:

| CONSULTATIONS | UNITS OF BLOOD | INFECTION | ANESTHESIA GIVEN | DEATH DURING SURGERY | DEATH WITHIN TEN DAYS AFTER SURGERY | IF PATIENT IS A CORONER'S CASE: |
|---|---|---|---|---|---|---|
| None | None | YES [ ] 1 NO [X] 0 | YES [X] 1 NO [ ] 0 | YES [ ] A NO [X] 0 | YES [ ] 1 NO [X] 0 | CA [ ] 3 C [ ] 5 |

HOSPITAL DAYS: 3

| DISCHARGE DIAGNOSIS | CODE | SURGERY PERFORMED | CODE |
|---|---|---|---|
| Varicose vein left lower extremity, greater and shorter saphenous system. | 454.9 | Ligation and stripping of greater saphenous system and lesser saphenous system and stripping of minor systems, left leg. 8-18-72 | 36.5 |

GESTATION PERIOD IN WEEKS:

BIRTH WEIGHT IN GRAMS:

NAME OF SURGEON: M.D.

G. Surg. Stephen T. J. Lee, M.D.

SIGNATURE OF ATTENDING PHYSICIAN — 0105

DISCHARGE CONDITION: ALIVE: [X] 1 DECEASED: WITHIN 48 HRS: WITH AUTOPSY [ ] 4 NO AUTOPSY [ ] A AFTER 48 HRS: WITH AUTOPSY [ ] 5 NO AUTOPSY [ ] B

TYPE OF PATIENT: NEWBORN: [ ] 0 OBSTETRIC PATIENT: LIVE BIRTH [ ] 0 FETAL DEATH [ ] F NOT TERMINATED [ ] 9 ADULT OR CHILD: UNDER 15 YRS. [ ] 1 15 YRS. OR MORE [X] 2

**OTHER PHYSICIANS RENDERING DIRECT SERVICES DURING THIS PERIOD OF HOSPITALIZATION**

| NAME OF PHYSICIAN AND SERVICE PROVIDED | NAME OF PHYSICIAN AND SERVICE PROVIDED |
|---|---|
| | |

CERTIFIED THAT THE ABOVE SERVICES WERE RENDERED:

| SIGNATURE | TITLE | DATE |
|---|---|---|
| David C. Schmauss | Adm. | 8-21-72 |

FOR USE OF AREA OFFICE: 000033

FISCAL: 9/71

ARH FORM E-1-33 (BC) (REVISED 5-64)

COPY NO. 1 FOR PATIENT'S CHART

007181

APPALACHIAN REGIONAL HOSPITALS

BECKLEY, WEST VIRGINIA

DISCHARGE SUMMARY

| | |
|---|---|
| HISTORY UNIT NO. | 12-05-47 |
| PATIENT'S NAME | FOTOS, CHRIS NMN<br>RT. 1, BOX 62<br>BECKLEY, WEST VIRGINIA |
| FLOOR | |
| ROOM | |

UNIT AND/OR SERVICE
GENERAL SURGERY

ATTENDING PHYSICIAN
STEPHEN T. J. LEE, M. D.

ADMITTED: 8-17-72
DISCHARGED: 8-20-72

ADMITTING DIAGNOSIS: Varicose veins left lower extremity, greater and shorter saphenous system.

FINAL DIAGNOSIS: Same.

SURGERY PERFORMED: High ligation and stripping of the greater saphenous system and lesser saphenous system.

COMPLICATIONS: None.

BRIEF HISTORY AND FINDINGS: This 50-year old white male had bilateral varicose veins for several years. He was admitted for elective surgery.

PAST MEDICAL HISTORY: Unremarkable.

PHYSICAL EXAMINATION: Physical examination was essentially negative, except that he had varicosities of the greater saphenous system more marked on the left leg.

LABORATORY DATA: Hemoglobin was 14.8 Gms., hematocrit 46, WBC 8,100, differential segs. 81, stabs. 3, and lymphs. 16, monos. 0, eosin. 0, and baso. 0. Urinalysis was within normal limits. VDRL and Mazzini tests were nonreactive. SMA was within normal limits. Chest x-ray was negative. EKG was within normal limits.

COURSE AND TREATMENT IN THE HOSPITAL: After full work up, he was taken to the operating room on 8-18-72 where under general anesthesia ligation and stripping of the varicose veins was carried out. The patient withstood the procedure well and had a benign postoperative period. He was discharged on 8-20-72 to be followed by Dr. Lee on an out patient basis.

A. Kulkarni

ANIL KULKARNI, M. D.
RESIDENT IN GENERAL SURGERY

STEPHEN T. J. LEE, M. D.
DIVISION OF GENERAL SURGERY

AK:djh
D: 9-20-72
T: 9-21-72
cc: SWVC

000034

BOTH SIDES OF THIS SHEET MAY BE USED

ARH FORM E-1-4 (REV. 4/58)

007182

**APPALACHIAN REGIONAL HOSPITALS**

## PROGRESS NOTES

| HISTORY UNIT NO. / PATIENT'S NAME | |
|---|---|
| | [illegible], CHRIS NHN<br>12 05 47 M 6-10-21 NO<br>RT. 1, BOX 62 R-224<br>BECKLEY, WV 25801<br>NB-INS<br>DR. LEE- |

FLOOR

ROOM

UNIT AND/OR SERVICE

ATTENDING PHYSICIAN

50 years white male. butcher —
Bilateral varicose vein
for several years.
> Started to have pain over
left lower extremity one month.
also he is having swelling
at the end of the day.

F.H. married - 2 children.
father / mother / living well
No Tb, Cancer, diabetes

P.H. 1- Small bowel obstruction
s/p Resection 1967

Rx. Smokes 1 P.C./day
No daily habits
No Allergies
Nutrition
No Resp. symptoms
Appetite poor Bowel open
Wt 121 Lb.
No urinary symptoms

[signature]

000035

[signature]

BOTH SIDES OF THIS SHEET MAY BE USED

ARH FORM E-1-6

007183

P.E. White male w/N BP 180/

H.B.B. ... no lesion

Chest clear & P&D

CVS - ... ... rel sound

Abd

- Scar noted

Liver & spleen not palp.

Rectal negative

Ext.

Bilateral varicose vein more in left leg.

Δ Bilateral varicose vein

August 18/72

Ready for surgery

18th August 1972

Ligation and stripping of varicose veins (Greater & lesser saphenous vein) (L) done under general anaesthesia

Surgeon Dr Kulkarni / Dr Lee / Dr Ibrahim

000036

ARH FORM E-1-6R

007184

APPALACHIAN REGIONAL HOSPITALS

PROGRESS NOTES

| | |
|---|---|
| HISTORY UNIT NO. | FOTOS, CHRIS NMN |
| PATIENT'S NAME | 12 05 47 M 6-10-21 NO |
| | RT. 1, BOX 52 R-224 |
| | BECKLEY, WV 25801 |
| | NO INS |
| | DR. LEE |

FLOOR

ROOM

UNIT AND/OR SERVICE

ATTENDING PHYSICIAN

August 18/72 Vital Signs Stable

August 19/72

Temp. ↓
Dressing Change
IV out
will ambulate

8-20-72 afebrile
ambulating good.



BOTH SIDES OF THIS SHEET MAY BE USED

ARH FORM E-1-6

APPALACHIAN REGIONAL HOSPITALS.

LABORATORY REPORTS

007185

12 05 47 M 6-10-21 MO
RT. 1, BOX 62 R-224
BECKLEY, WV 25801
NB-INS
DR. LEE-

Guide lines are approximate. Overlap just to the bold or double horizontal black line on the slip below.

## SERODIAGNOSIS II

☐ ROOM 224 ☐ OPD ☐ CLINIC

☐ REQUESTED ON 8-10-72

DATE COLLECTED 10:20 MP 8-17-72

☒ ROUTINE ☐ PREMARITAL
☐ RECHECK ☐ PRENATAL

FOTOS, CHRIS NMN
12 05 47 M 6-10-21 MO
RT. 1, BOX 62 R-224
BECKLEY, WV 25801
NB-INS
DR. LEE-

| TEST | NR | WR | R |
|---|---|---|---|
| VDRL | ✓ | | |
| FTA-ABS Negative | ✓ | | |
| TPI (REFERRED) | | | |

TYPE OF SPEC: ☐ BLOOD ☐ SP. FL.

TITER

METHOD

RESULT

REMARKS

CHARGE $

DATE: 8/18/72 SIGN: LL

ARH FORM E-1-83 (REV. 2/80)

## HEMATOLOGY

| | | | |
|---|---|---|---|
| ☐ HGB. | 14.8 | ☐ SICKLE CELL | |
| ☐ HCT. | 46 | MCH | 35.6 |
| ☐ WBC | 8,100 | MCV | 107 |
| ☐ RBC | 4.13 | MCHC | 32.3 |
| ☐ PLATELETS | Normal | ☐ TOTAL EOSIN. | |
| ☐ RETIC | | #1 #2 | |

☒ BLOOD TYPE ~~AB Rh Pos~~ ☐ HOLD CLOT

☐ SED RATE: MM/HR

☐ CORR. TO MM/HR

| DIFF | | | |
|---|---|---|---|
| SEGS 81 | LYMPHS 16 | EOSIN. |
| STABS 3 | MONOS | BASO. |
| OTHER | | |

REMARKS:
Slt aniso & poikilocytosis AB Rh. Pos
Macrocytes

DATE: 8/19/72 SIGN: MP

CHARGE $

ARH FORM E-1-82

## URINALYSIS

ROUTINE
CLEAN, VOIDED ☐ CATH. ☐

PROVISIONAL DIAGNOSIS
Varicose Veins

| | |
|---|---|
| ☐ COLOR | yellow |
| ☐ CHARACTER | sl. hazy |
| ☐ pH | 6 |
| ☐ SP. GRAVITY | 1.012 |
| ☐ PROTEIN | Neg |
| ☐ GLUCOSE | Neg |
| ☐ ACETONE | Neg |
| ☐ BILE | |
| ☐ UROBILINOGEN | normal |

| ☐ MICROSCOPIC | |
|---|---|
| WBC | occ |
| RBC | |
| EPITH. | many |
| CRYSTALS | |
| CASTS | |
| OTHER | |

OTHER EXAMS:
Hgb; neg

CHARGE $

DATE: 8/17/72 SIGN: RW Bob

ARH FORM E-1-82

000038

APPALACHIAN
REGIONAL
HOSPITALS

LABORATORY
REPORTS

12 05 47 M 6-10-21 NO
RT. 1, BOX 62 R-224
BECKLEY, WV 25801
NB-INS
DR. LEE-

Guide lines are approximate. Overlap just to the bold or double horizontal black line on the slip below.

☐ ROOM ☐ OPD ☐ CLINIC

FOTOS, CHRIS NMN
12 05 47 M 6-10-21 NO
R-224

LABORATORY

LABORATORY BECKLEY

☐ ROOM 224

REQ. BY Lee ON 8-17-72

COLLECTED ON 8 A.M.

PROVISIONAL DIAGNOSIS Varicose Veins

FOTOS, CHRIS NMN
12 05 47 M 6-10-21 NO
RT. 1, BOX 62 R-224
BECKLEY, WV 25801
NB-INS
DR. LEE-

31

☒ CBC ☐ ANEMIA STUDY
☐ INDICES ☐ THORN TEST

| | | | | | |
|---|---|---|---|---|---|
| ☐ HGB. | 14.8 | ☐ SICKLE CELL | | ☒ BLOOD TYPE | HOLD CLOT |
| ☐ HCT. | 46 | MCH | 35.6 | ☐ SED RATE: | MM/HR |
| ☐ WBC | 8,100 | MCV | 107 | CORR. TO | MM/HR |
| ☐ RBC | 4.13 | MCHC | 32.3 | | |
| ☐ PLATELETS | Normal | ☐ TOTAL EOSIN. | | | |
| ☐ RETIC | | #1 #2 | | | |

| DIFF | | | |
|---|---|---|---|
| SEGS 81 | LYMPHS 16 | EOSIN. | |
| STABS 3 | MONOS | BASO. | |
| OTHER | | | |

REMARKS: Anisocytosis & poikilocytosis. Macrocytes

DATE: 8/17/72 SIGN

CHARGE $

HEMATOLOGY

ARH FORM E-1-82

CLEAN, VOIDED ☐ CATH. ☐

PROVISIONAL DIAGNOSIS Varicose Veins

| | | | | OTHER EXAMS: |
|---|---|---|---|---|
| ☐ COLOR | yellow | ☐ MICROSCOPIC | | Hgb. neg |
| ☐ CHARACTER | sl. hazy | WBC | occ. | |
| ☐ PH | 6 | RBC | | |
| ☐ SP. GRAVITY | 1.012 | EPITH. | many | |
| ☐ PROTEIN | Neg | CRYSTALS | | |
| ☐ GLUCOSE | Neg | CASTS | | |
| ☐ ACETONE | Neg | | | |
| ☐ BILE | | OTHER | | |
| ☐ UROBILINOGEN | normal | | | 000039 |

DATE: 8/17/72 SIGN

CHARGE $

URINALYSIS

ARH FORM E-1-82

TOP OF FOURTH LABORATORY SLIP

APPALACHIAN REGIONAL HOSPITALS.

LABORATORY REPORTS

007187

12 05 47 M 6-10-21 NO
RT. 1, BOX 62 R-224
BECKLEY, WV 25801
NB-INS
DR. LEE-

Guide lines are approximate. Overlap just to the bold or double horizontal black line on the slip below.

☐ ROOM ☐ OPD ☐ CLINIC

FOTOS, CHRIS NMN
12 05 47 M 6-10-21 NO
RT. 1, BOX 62 R-224

☐ ROOM 224 ☐ OPD ☐ CLINIC

REQ. BY ON 8-12-72

COLLECTED ON 8-12-72

PROVISIONAL DIAGNOSIS

FOTOS, CHRIS NMN
12 05 47 M 6-10-21 NO
RT. 1, BOX 62 R-224

DATE: 8/10/72

CHARGE

---

☐ ROOM 224 ☐ OPD ☐ CLINIC

REQUESTED BY ON 8-11-72

COLLECTED ON 8-11-72

ROUTINE ☑
CLEAN, VOIDED ☐ CATH. ☐

PROVISIONAL DIAGNOSIS: Varicose Veins

FOTOS, CHRIS NMN
12 05 47 M 6-10-21 NO
RT. 1, BOX 62 R-224
BECKLEY, WV 25801
NB-INS
DR. LEE-

| | | | | |
|---|---|---|---|---|
| ☐ COLOR | yellow | ☐ MICROSCOPIC | | OTHER EXAMS: Hgb; neg |
| ☐ CHARACTER | sl. hazy | WBC | occ. | |
| ☐ PH | 6 | RBC | | |
| ☐ SP. GRAVITY | 1.012 | EPITH. | many | |
| ☐ PROTEIN | neg | CRYSTALS | | |
| ☐ GLUCOSE | neg | CASTS | | |
| ☐ ACETONE | neg | | | |
| ☐ BILE | | OTHER | | 000040 |
| ☐ UROBILINOGEN | normal | | | |

DATE: 8/11/72 SIGN

CHARGE $

URINALYSIS

ARH FORM E-1-82

TECHNICON INSTRUMENTS CORPORATION TARRYTOWN, NEW YORK 007788

ROOM

CLINIC

REQUESTED BY

DATE OF SPECIMEN

PROVISIONAL DIAGNOSIS

Varicose Veins

FOTOS, CHRIS MMN.
18 05 47 M 6-10-21 NO
RT. 1, BOX 62 R-224
BECKLEY, WV 25801
ND-INS
DR. LEE-

(65)




AUG 17 1972

000041

Patient's Name

No. ____ Rm. ____ Date ____

**APPALACHIAN REGIONAL HOSPITALS**
**REQUEST FOR X-RAY EXAMINATION**

GRAPHOTYPE - WHERE USED

FUTOS, CHRIS NMN
12 05 47 M 6-10-21 NO
RT. 1, BOX 62 R-224
BECKLEY, WV 25801
NB-INS
DR. LEE-

(13)

PATIENT'S NAME (LAST) Quap (FIRST) (MIDDLE) SEX AGE RACE

WARD NO. AMBULATORY WHEELCHAIR STRETCHER BEDSIDE

HOSPITAL NO. 224 ADDRESS (IF APC)

DATE OF REQUEST: 8-17-72 HEIGHT (IF FOR CHEST) WEIGHT (IF FOR CHEST)

EXAMINATION DESIRED: Chest and lft leg

RELEVANT CLINICAL HISTORY AND WORKING DIAGNOSIS: Varicose Veins

THIS SPACE FOR TECHNICIAN'S USE

| 8 X 10 | 10 X 12 | 11 X 14 | 14 X 17 | MISC. |
|---|---|---|---|---|
| | | | 4 | 9 |

ORDERED BY: L. Lee, M.D.
ATTENDING PHYSICIAN LEE
X-RAY FILE NUMBER 120547
DATE OF REPORT: 17 Aug 72 (AO)

REPORT OF RADIOLOGIST

**CHEST - PA AND LEFT LATERAL:** INITIAL STUDY.

The lung fields seem clear. There is a suggestion of mild emphysema. The heart, great vessels, and bony structures are acceptable for the age group.

IMPRESSION:
1) Normal chest except for some degree of emphysema.

**LEFT LEG - COMPLETE:** INITIAL STUDY.

The bone and joint structures seem intact. We do not identify phlebolith-like changes often seen with varicosities.

IMPRESSION:
1) No finding of abnormality.

C. W. Nelson, MD
CHARLES W. NELSON, M. D.
RADIOLOGIST M.D.

CWN:smm
8-17-72

The Radiologist will be pleased to confer with the attending physician with respect to all cases referred to this department. Prepare requests in duplicate. The original will be returned to the chart.

ARH FORM E-I-13 (1/69) BOTH SIDES OF THIS SHEET MAY BE USED

**BECKLEY APPALACHIAN REGIONAL HOSPITAL**

**ELECTROCARDIOGRAPHIC RECORD**

[illegible]
[illegible]
RT. 1, BOX 62 [illegible]
BECKLEY, WV 25801
WB-1N3
DR. LEE-

[illegible]

**TO BE COMPLETED BY REQUESTING PHYSICIAN**

| Date | Previous EKG | Emergency / Routine | Bedside / Ambulant | Digitalis / Quinidine |
|---|---|---|---|---|
| 8-17-72 | Yes ☒ No ☐ | Emergency ☐ Routine ☒ | Bedside ☐ Ambulant ☒ | Digitalis Yes ☐ No ☒; Quinidine Yes ☐ No ☒ |

Clinical Impression: Varicose Veins

Height Weight BP

Signature of Requesting Physician: S. Lee, M.D.

**TO BE COMPLETED BY INTERPRETER**

Rhythm:

| Atrial Rate / Ventricular Rate | P-R | QRS | Q-T | Axis Deviation (QRS) |
|---|---|---|---|---|
| Atrial Rate 88; Ventricular Rate 88 | 0.16 | 0.08 | 0.32 | |

Description:

8-17-72
3:15 P.M.

Interpretation, Clinical Significance:

Fotos

Probably normal

000013

Signature [illegible] M.D.

Tracings Mounted on Reverse Side

To be prepared in duplicate. The original will be returned to the chart. The copy will be retained by the department.

EC-33 (4/68)

007191



APPALACHIAN REGIONAL HOSP[illegible]

## RELEASE FROM RESPONSIBILITY FOR DISCHARGE

GRAPHOTYPE — WHERE USED

FOTOS, CHRIS MHN
12 05 47 / / -10-21 NO
RT. 1, BOX 62 R-224
BECKLEY, WV 25801
NB-INS
DR. LEE-

| PATIENT'S NAME (LAST) | (FIRST) | (MIDDLE) | HISTORY UNIT NUMBER |
|---|---|---|---|
| | | | |

| UNIT AND SERVICE | ROOM NUMBER OR APC | ATTENDING PHYSICIAN |
|---|---|---|
| | | |

DATE 19 Aug 19 72 TIME 9⁵⁰ pm A.M. P.M.

THIS IS TO CERTIFY THAT I, Chris Fotos, A PATIENT IN THE Appalachian Regional Hosp. HOSPITAL, AM LEAVING AGAINST THE ADVICE OF THE ATTENDING PHYSICIAN AND OF THE HOSPITAL ADMINISTRATION. ACKNOWLEDGE THAT I HAVE BEEN INFORMED OF THE RISK INVOLVED AND HEREBY RELEASE THE ATTENDING PHYSICIAN AND THE HOSPITAL FROM ALL RESPONSIBILITY FOR ANY ILL EFFECTS WHICH MAY RESULT FROM THIS ACTION.

WITNESS OF SIGNATURE ______________________ SIGNED X Chris Fotos
(PATIENT OR NEAREST RELATIVE)

WITNESS OF SIGNATURE ______________________ ______________________
(RELATIONSHIP)

000045

ARH FORM E-133 REV. 6[illegible]

APPALACHIAN REGIONAL HOSPITALS

# AUTHORITY TO OPERATE

| | |
|---|---|
| HISTORY UNIT NO. | Fotos, Chris |
| PATIENT'S | 12 05 47 M 6 10-21 NC<br>RT. 1, BOX 62 R-224<br>BECKLEY, WV 25801<br>NB-INS<br>DR. LEE- |
| BIRTH DATE | |

SOC. SEC. NO. | SEX AND AGE | FLOOR | ROOM

UNIT AND/OR SERVICE

ATTENDING PHYSICIAN

DATE August 17/72 19___ TIME ________ A.M. P.M.

I HEREBY AUTHORIZE THE PHYSICIAN OR PHYSICIANS IN CHARGE OF THE CARE OF myself

________ (NAME OF PATIENT) AT THE BARH HOSPITAL

1. TO PERFORM ON HIM OR HER Stripping & ligation of varicose veins (STATE NATURE OF PROCEDURE OR OPERATION)

2. TO HAVE ADMINISTERED SUCH ANESTHETICS AS ARE FOUND NECESSARY OR DESIRABLE.

3. TO PERFORM SUCH ADDITIONAL TREATMENTS, PROCEDURES, OR OPERATIONS AS ARE FOUND NECESSARY OR DESIRABLE IN THE JUDGMENT OF THE PHYSICIAN IN CHARGE.

4. I HEREBY GIVE MY CONSENT TO HAVE ALL TISSUES OR PARTS REMOVED AT OPERATION DISPOSED OF.

5. I ALSO CONSENT TO THE TAKING OF ANY PHOTOGRAPHS IN THE COURSE OF THIS TREATMENT FOR THE PURPOSE OF ADVANCING MEDICAL KNOWLEDGE, PROVIDING MY IDENTITY IS NOT REVEALED.

6. I FURTHER DECLARE THAT I AM AWARE OF THE CONTENTS OF THIS FORM.

WITNESS OF SIGNATURE [signature] SIGNED X [signature]

WITNESS OF SIGNATURE ________ ________ (RELATIONSHIP)

000046

ARH FORM 2-1-32

142/78

# APPALACHIAN REGIONAL HOSPITALS
## ANESTHESIA RECORD

PATIENT'S NAME | ROOM | GRAPHOTYPE - WHERE USED

UNIT AND SERVICE | HISTORY UNIT NUMBER | MS. | DA[illegible]

FOTOS, CHRIS NMN
12 05 47 M 6-10-21 WJ
RT. 1, BOX 62 R-224
BECKLEY, WV 25801
NB-INS
DR. LEE-

AGE 50 SEX M WEIGHT HEIGHT HCT 14.8 / 46 URINE Neg PHYS STA.

PRE-ANES. MED. Nembutal 100 mg [illegible] Atropine 0.6 mg [illegible]

PRE-OP DIAG. varicose veins

OPERATION Vein ligation + stripping left leg

IDENTITY | CONSENT
NOT DEPR. | TOO DEPR.
OTHER

**INDUCTION**
SATIS. ✓ | UNSATIS. | SLOW
EXCIT. | COUGH.
OTHER

**POSITION**
SUPINE ✓ | PRONE | LATERAL
LITHOT | TRENDEL | OTHER

**REMARKS**
↓ Trendelenburg

OPERATION TIME: [illegible] 15 30 45 9 AM 15 30 45 10

AGENTS: Flu, N2O, O2

Muscle Relaxant: TOT. m.g. / TOT. m.g.

Intrav Therap: Lactated Ringers — TOT. c.c. / TOT. 1000 c.c. / TOT. c.c.




TIME OF AGENTS:
IND. PRI. No [illegible] | MAINT. PRI. Flu
IND. SEC. Flu, N2O, O2 | MAINT. SEC. N2O O2
IND. IV [illegible] | MAINT. [illegible]

METHOD: OROTRA ☐ NASOTRA R ☐ L ☐ BLIND ☐ c̄ CUFF ☐ c̄ PACK ☐ TOPICAL ☐ AIRWAY O ☐ N ☐ NONE ☐

SPINAL SITE L.P. ____ c̄ - S INTRODUCER-GAUGE NEEDLE ____ FRACTIONAL c̄ NEEDLE ____ c̄ CATHETER

SURGEONS: Dr. Lee Dr. Ibrahim, Dr. Kulkarni

ANESTHETISTS: [illegible signature]

SIGNATURE R.N. M.D.

[illegible] (Rev. 6-58)

**SURGICAL CLINICAL DIAGNOSIS:**

Normal EKG -

PRE-ANESTHETIC SUMMARY

POST-ANESTHETIC SUMMARY

8-20-72 Uneventful M Kol CRNA

PRE-OPERATIVE

| | |
|---|---|
| RESPIRATORY | RESP. MAJ. PNEUM. ___ ACT. TBC. ___ BR. OR TR. ___ PLEURISY ___ EMPYEMA ___ EMPHYSEMA ___ LUNG ABSC. ___ ASTHMA ___ OTHER ___ |
| | RESP. MIN. U.R.I. ___ COUGH ___ HICC ___ OTHER ___ |
| | HIST. PREV. DIS. (SPECIFY) NONE |
| CIRCULATORY | CIRC. MAJ. HT. DIS. (TYPE) ___ FUNCT CAPABILITY SHOCK ___ HYPERTEN. ___ FIBRILL. ___ OTHER ___ |
| | CIRC. MIN. TACH. ___ BRAD. ___ ARRHYTH ___ OTHER ___ |
| | HIST. PREV. DIS. (SPECIFY) B.P. NONE |
| NEUROL. | NEUROL DIS. BR. TUMOR ___ CD. TUMOR ___ C.N.S. LUES ___ EPILEPSY ___ PARAL. ___ PSYCH. ___ OTHER ___ NONE |
| GASTRO-INTEST. | G.I. MAJ. INTEST. OBSTR. ___ PART ___ COMPL. EARLY ___ COMPL. LATE ___ PERFOR. VISCUS ___ OTHER ___ |
| | G.I. MIN. N. & E. ___ OTHER ___ NONE |
| GENITO-URINARY | G. U. DIS. CYST. ___ PYEL. ___ NEPHR. ___ OTHER ___ |
| | 1. ABNOR. URINE SP. GR. ___ ALB. ___ GLUC. ___ BLOOD ___ 2. N. RETENTION ___ N.P.N. ___ OTHER TEST ___ NONE |
| METABOLIC | DIABETIC BL. SUGAR ___ |
| | THYROTOXIC DIFFUSE NODULAR B.M.R. ___ |
| | DEHYDRATED TREATMENT ___ |
| | ACIDOSIS: ALKALOSIS |
| | OTHERS NONE |

POST-OPERATIVE

| COMPLICATIONS | |
|---|---|
| CIRCULATORY | NOTES: |
| CARDIAC | |
| RESPIRATORY | |
| CEREBRAL | |
| NEUROLOGICAL | |
| METABOLIC | |
| UROLOGICAL | |
| THROMBOEMBOLIC | |
| OTHER | |
| NO POST-OP. COMPL. | |

DEATH CAUSE

PRE-EXIS. DIS. DEATH TIME

OPER. PROCEDURE ① - IN O.R. ② - OP DAY ③ - 1-3 DAYS ④ - 4-8 DAYS RECORD LATER TIME

ANESTHESIA

POST-OP. COMPL.

POST-MORTEM

REMARKS:

ARMY FORM E-1-45R

007196

APPALACHIAN REGIONAL HOSPITALS

# REPORT OF OPERATION

HISTORY UNIT NO. 12-05-47

PATIENT'S NAME FOTOS, CHRIS

FLOOR

ROOM

UNIT AND/OR SERVICE: GENERAL SURGERY

ATTENDING PHYSICIAN: STEPHEN T. J. LEE, M. D.

DATE DICTATED: 8-18-72

DATE TRANSCRIBED:

DATE OF OPERATION: 8-18-72

POST OPERATIVE DIAGNOSIS:

**PREOPERATIVE DIAGNOSIS:** Varicose veins of greater and lessen saphenous systems, left leg.

**POSTOPERATIVE DIAGNOSIS:** Same.

**OPERATION PROPOSED:** Ligatin and stripping of greater saphenous system and lesser saphenous system and stripping of minor systems, left leg.

**OPERATION PERFORMED:** Same.

**SURGEONS:** STEPHEN T. J. LEE, M. D.
GEORGE W. IBRAHIM, M. D.
ANIL KULKARNI, M. D.

**ANESTHESIA:** Under mask with Sodium Pentothal, Fluothane, Nitrous Oxide, and Oxygen.

**OPERATIVE INDICATIONS:** This 50-year old white male was usffering from varicosity which was pronounced on the left side for the last several years. It was thought that ligation and stripping on left leg would relieve his symptoms.

**OPERATIVE PROCEDURE:** Under satisfactory general anesthesia with the patient in the supine position, the left leg was prepared from the toes to the groin and was daped in the usual manner for surgery. A straight incision was placed in the left groin about four inches in length. The incision was carried down through the skin, subcutaneous tissue, and deep fascia until the vein was seen. The greater saphenous vein was identified and dissected. The tributaries were identified, dissected, clamped, and divided, proximal ends were divided. The saphenous vein and femoral junctions were identified and saphenous vein doubly ligated and severed from the saphenofemoral junction. A separate incision was made over the ankle just medial to the medial malleolus. The incision was carried down through subcutaneous tissue until the greater saphenous vein at the ankle was seen. The vein was ligated and divided. A stripper was passed through the proximal end and was brought out through the wound at the groin. Now, the vein was stripped and at the same time ace bandage was applied from the ankle to the groin. It was kept for five minutes in place to control the bleeding from the tribuaries of the saphenous vein. The ace bandage was removed and stripping of the smaller system was carried out through multiple skin incisions over the anterior aspect of the leg and the thigh. Now, the wound at the groin was closed in two layers. The subcutaneous tissue was closed with 4-0 black silk in interrupted fashion and the skin was closed with 4-0 black silk in interrupted mattress fashion. Multiple small incisions were closed in one layer using 4-0 black silk in interrupted mattress fashion.

(OVER)

BOTH SIDES OF THIS SHEET MAY BE USED

ARH FORM E-1-9 (10-63)

Now, the patient was turned on the side. A transverse incision was placed behind the lateral malleolus. The incision was deepened through skin, subcutaneous tissue until the lesser saphenous vein was seen. The vein was divided between clamps. This vein was ligated. The stripper was passed through the proximal end and was brought out through a separate incision near the popliteal fossa. This vein was stripped out, then ligation proceeded the stripping of small systems through multiple small skin incisions. After completing the stripping of smaller systems, the skin wounds were closed with 4-0 black silk in interrupted mattress fashion. At the conclusion of operation, sterile bandage was applied from the toes to the groin. The patient withstood the procedure well and required no blood transfusion and was taken to the Recovery Room in satisfactory condition.

STEPHEN T. J. LEE, M.D.
Attending Surgeon

AK:STJL:dap
T: 8-19-72

000050

007198

APPALACHIAN REGIONAL HOSPITALS, INC.

| | |
|---|---|
| HISTORY UNIT NO. | |
| PATIENT'S NAME | |
| | |
| | |
| | |

# PATHOLOGY REPORT

| PATIENT'S NAME (LAST) | (FIRST) | (MIDDLE) | HISTORY UNIT NUMBER |
|---|---|---|---|
| FOTOS, | CHRIS | (NMN) | 12-05-47 |

| SERVICE | ROOM NUMBER OR APC | ATTENDING PHYSICIAN |
|---|---|---|
| Age 51 | 224 | S. T. J. LEE, M. D. |

NUMBER PATHOLOGICAL SPECIMEN: S-72-3220

SURGEON'S NAME: Dr. Lee M.D.

DATE RECEIVED: 8-18-72 HOUR ______ A.M. P.M.

DATE OF REPORT: 8-21-72

SPECIMEN: VARICOSE VEINS, LEFT LEG

GROSS DESCRIPTION

Submitted are portions of veins, averaging 5.0 mm. x 15.0 cm. with sections embedded.
TCW:irc

MICROSCOPIC

Partially hyalinized fibrous thickening of vein walls.

DIAGNOSIS: VARICOSE VEINS (2) (48 M-3460)

000051

PATHOLOGIST'S SIGNATURE
THOMAS C. WILSON, M. D. M.D.

TCW:irc

BOTH SIDES OF THIS SHEET MAY BE USED

ARH FORM E-1-14 (REV. 10/69)

**APPALACHIAN REGIONAL HOSPITALS**
**PHYSICIAN'S ORDERS**

HISTORY UNIT NO. 007[illegible]

PATIENT'S NAME: TOTOC, CHRIS NNN [illegible] M 8-10-[illegible] RT. 1, BOX 62 [illegible]CKLEY, W.VA. 25801 [illegible]

FLOOR

ROOM

[illegible] 16 71

**HOSPITAL REGULATION:**

PHYSICIAN'S SIGNATURE MUST ACCOMPANY EACH ORDER.

NURSING PERSONNEL INITIAL EACH PROCEDURE AS INSTITUTED OR DISCONTINUED.

UNIT AND/OR SERVICE

ATTENDING PHYSICIAN

PERMISSION IS GRANTED TO DISPENSE THE GENERIC EQUIVALENT FOR DRUGS UNLESS ONE-TIME-USE FORM IS COMPLETED

| DATE (ORDERED) | HOUR | DOCTOR, START NEW SECTION FOR EACH SET OF ORDERS. |
|---|---|---|
| | | ADMIT SURGERY |
| | | SMA |
| | | CBC |
| | | RH & TYPE |
| | | HOLD CLOT |
| | | SEROLOGY |
| | | URINE |
| | | CHEST X-RAY [illegible] X-ray left leg |
| | | EKG |
| | | REGULAR DIET |
| | | [illegible] 100 mg HS prn |
| | | NPO after midnight |
| | | [illegible] 100 mg |
| | | Atropine 0.6 mg [illegible] Call 4 OR |
| | | [illegible] 30 mg |
| | | Vistaril 25 mg [illegible] q 4 [illegible] |
| | | ~~X-ray left [illegible]~~ |

000052

UARCO BUSINESS FORMS CHICAGO

ARH. FORM E-1-7 12-64

**APPALACHIAN REGIONAL HOSPITALS**
**PHYSICIAN'S ORDERS**

HISTORY UNIT NO. 007200

PATIENT'S NAME

FOTOS, CHRIS NMN
12 05 47 M 6-10-21 MO
RT. 1, BOX 62 R-224
BECKLEY, WV 25801
NB-INS
DR. LEE-

FLOOR

ROOM

HOSPITAL REGULATION:

PHYSICIAN'S SIGNATURE MUST ACCOMPANY EACH ORDER.

NURSING PERSONNEL INITIAL EACH PROCEDURE AS INSTITUTED OR DISCONTINUED.

UNIT AND/OR SERVICE

ATTENDING PHYSICIAN

PERMISSION IS GRANTED TO DISPENSE THE GENERIC EQUIVALENT FOR DRUGS UNLESS ONE-TIME-USE FORM IS COMPLETED

| ORDERED DATE | HOUR | DOCTOR, START NEW SECTION FOR EACH SET OF ORDERS. |
|---|---|---|
| | | Vital signs q 15 minutes till stable |
| | | IV D5W 1000ml. + 1 Gm Loridine |
| | | IV D5W 1000ml + 1 Gm Loridine |
| | | Clear liquids by mouth |
| | | Demerol 50mg IM q 4h prn |
| | | Vistaril 50mg IM q 4h prn for nausea & vomiting |
| | | Nembutal 100mg HS prn for sleep |
| | | Phenergan 50 mg [illegible] |
| | | [illegible] |
| August 19/72 | | D/c IV. |
| | | Ampicillin 250 mg q6H PO. |
| | | May up 5 min / every hour. |
| | | Regular diet |
| | | [signature] |
| 8/19/72 | | Vistaril 25mg IM |
| | | V.O. Dr [illegible] |

000053

UARCO BUSINESS FORMS CHICAGO

ARH FORM E-1-7 12-64

007201

# APPALACHIAN REGIONAL HOSPITALS
## PHYSICIAN'S ORDERS

HISTORY UNIT NO.

PATIENT'S NAME

FOTOS, CHRIS NMN
12 05 47 M 8-10-21 NO
RT. 1, BOX 62 R-224
BECKLEY, WV 25801
NB-INS
DR. LEE-

FLOOR

ROOM

HOSPITAL REGULATION:

PHYSICIAN'S SIGNATURE MUST ACCOMPANY EACH ORDER.

NURSING PERSONNEL INITIAL EACH PROCEDURE AS INSTITUTED OR DISCONTINUED.

UNIT AND/OR SERVICE

ATTENDING PHYSICIAN

PERMISSION IS GRANTED TO DISPENSE THE GENERIC EQUIVALENT FOR DRUGS UNLESS ONE-TIME-USE FORM IS COMPLETED

| ORDERED DATE | HOUR | DOCTOR, START NEW SECTION FOR EACH SET OF ORDERS. |
|---|---|---|
| 8/19/72 | | [illegible] |
| | | Lee |
| 8/19/72 | | Doriden 0.5 - 1.0 Gm hs prn sleep |
| | | Doriden 0.25 Gm q 8 h prn |
| | | DC Demerol |
| | | Talwin 30 mg IM q 4 h prn |
| | | Lee |
| Aug 19 | | Pro-Banthine 15 mg PO stat. |
| | | Compazine 25 mg I.M. stat |
| | | [signature] |
| 19 Aug | | Repeat Doriden 0.5 gm & Talwin 30 mg IM. |
| | | [signature] |
| | | Lee |
| 8/20/72 | | Discharge |
| | | [illegible] |
| | | Lee |

000054

UARCO BUSINESS FORMS CHICAGO

ARH FORM E-1-7 12-64

007202

**APPALACHIAN REGIONAL HOSPITALS**

# PATIENT VITAL SUMMARY SHEET

GRAPHOTYPE – POTOSKY, CHRIS [illegible]
12 05 47 M 6-10-21 NO
RT. 1, BOX 62 W-224
BECKLEY, WV 25801
NB--INS
DR. LEE-

DR. Lee

ROOM NUMBER 2245

| DATE 8/72 | Aug 17 | 18 | 19 | 20 | 21 |
|---|---|---|---|---|---|
| Hospital Day / Post-operative | Adm | 1 | Dis 2 | 1 3 | 2 / 3 |
| HOUR | 2 4 6 8 10 2 4 6 8 10 | 2 4 6 8 10 2 4 6 8 10 | 2 4 6 8 10 2 4 6 8 10 | 2 4 6 8 10 2 4 6 8 10 | 2 4 6 8 10 2 4 6 8 10 |




| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BLOOD PRESSURE | AM: 142/78 | PM: | AM: | PM: | AM: | PM: | AM: | PM: | AM: | PM: |
| HEIGHT | WEIGHT | | | | | | | | | |
| DIET | Reg | NPO | Clear Liquid by mouth | | Regular | | | | | |
| FLUID INTAKE | Oral | Parenteral | Oral | Parenteral | Oral | Parenteral | Oral | Parenteral | Oral | Parenteral |
| 12-8 | | | | | 200 | 1000 | | | | |
| 8-4 | | | 280 | 600 | 0 | | | | | |
| 4-12 | | | 760 | 1200 | | | | | | |
| 24 HOUR TOTAL | | | | | | | | | | |
| FLUID OUTPUT | Urine | Stomach Content | Urine | Stomach Content | Urine | Stomach Content | Urine | Stomach Content | Urine | Stomach Content |
| 12-8 | | | | | 700 | | | | | |
| 8-4 | | | 0 | | | | | | | |
| 4-12 | | | 700 | | | | | | | |
| 24 HOUR TOTAL | | | | | | | | | | |
| STOOL | 1 | 12-2 | 8-4-0<br>4-12-0 | | 12-8-0<br>8-4-0 | | 12-8-0 | | | |
| REMARKS: | | | | | | | | | | |
| PROGRESS | | light | Bed | | up 5 min [illegible] | | | | | |

000055

ARH FORM E-II-1 REV. 12-36

007203

# APPALACHIAN REGIONAL HOSPITALS
## NURSES RECORD

(White copy - Nurses Record, Pink copy - Pharmacy Charge)

FOTOS, CHRIS
12 05 47 ... 8-10-21
RT. 1, BOX 62
BECKLEY, WV 25801
DR. LEE

MEDICATIONS: 8/72

| MEDICATIONS | 17 MORN | 17 DAY | 17 EVEN | 18 MORN | 18 DAY | 18 EVEN | 19 MORN | 19 DAY | 19 EVEN | 20 MORN | 20 DAY | 20 EVEN | 21 MORN | 21 DAY | 21 EVEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ampicillin 500 mg IM q6h (6-12-6-12) | | | | | | | | ✓ | ✓ | | | | | | |
| ~~Ac~~ Scopolamine 15 mg po STAT | | | | | | | | | | | | | | | |
| Thorazine 25 mg IM STAT | | | | | | | | | | 5:30 | | | | | |
| Doriden 1.0 gm hs | | | | | | | | | | | | | | | |
| Doriden 0.25 gm q8h prn | | | | | | | | | | | | | | | |
| Doriden 0.5 gm ~~h~~ hs prn sleep | | | | | | | | | 9:00 | | | | | | |
| Talwin 30 mg q4h prn IM | | | | | | | | 6 AM | | 1:05 20 / 5 | | | | | |
| Vistaril 25 mg IM | | | | | | | 7:45 | | | | | | | | |
| 5% D/Water / 1000 cc 8000 CSU | | | | | | | 8 | | | | | | | | |
| Demerol 50 mg q4h prn (end 8/21) | | | | | | 4:45 / 10 | 4:55 (25 mg) 7:45 | 9:30 / 1:15 | DISC | | | | | | |
| Vistaril 50 mg q4h prn nausea vomiting | | | | | | | | | | | | | | | |
| Nembutal 100 mg hs prn | | | | | | | | | 9:00 | | | | | | |
| Demerol 50 mg IM | | | | | 9:00 | 10:15 | Ethrane | | | | | | | | |
| Vistaril 50 mg IM | | | | | 0 | | | | | | | | | | |
| Lactated Ringers 1000 IV | | | | | 9:55 | 8:45 | | | | | | | | | |
| Tamp Loridine I.V. | | | | | | | 12:40 | | | | | | | | |
| 5% Dextrose Water 1000 cc IV | | | | | | | 12:00 | | | | | | | | |
| Nembutal 100 mg on call | | | | 7:40 | | | | | | | | | | | |
| Atropine 0.6 mg on call | | | | 7:40 | Discontinue | | | | | | | | | | |
| Nembutal 100 mg hs | | | ✓ | | Discontinue | | | | | | | | | | |
| Talwin 30 mg q4H PRN | | | 10:45 | | Discontinue | | | | | | | | | | |
| Vistaril 25 mg PRN | | | 10:45 | | Discontinue | | | | | | | | | | |
| NURSE'S INITIALS | | | NP | | AP | | TA | KN | JR | FA | | | | | |

TREATMENTS: 8/72

| TREATMENTS | 17 MORN | 17 DAY | 17 EVEN | 18 MORN | 18 DAY | 18 EVEN | 19 MORN | 19 DAY | 19 EVEN | 20 MORN | 20 DAY | 20 EVEN | 21 MORN | 21 DAY | 21 EVEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vital Signs q15 till Stable | | | | | ✓ | — | — | Disc | | | | | | | |
| Re-Wrap Ace + 6-2-10 p.r.n. | | | | | | | | | ✓ | ✓ | ✓ | | | | |
| NURSE'S INITIALS | | | | | DW | | | WM | JK | | KM | | | | |

000056

ARH Form E-11-22

| MEDICATIONS AND TREATMENTS: | 007204 REMARKS: |
|---|---|
| IV fluids given | 9[35] to the recovery |
| 9[45] Demerol 50 mg IM | room pulse |
| 9[50] Vistaril 50 mg IM | regular & very |
| 10[15] Demerol 50 mg IM | restless |
| per Order Dr. Lee | 10[45] Dr Lee checked pt. |
| | 10[50] Reached |
| | to the floor |
| | V. McAllister RN |

000057

007205

# APPALACHIAN REGIONAL HOSPITALS

## SPECIAL OBSERVATION NURSING CARE RECORD AND BLOOD PRESSURE RECORD

GRAPHOTYPE

FOTOS, CHRIS NMN
12 05 47 M 6-10-21 NO
RT. 1, BOX 62 R-224
BECKLEY, WV 25801
NB-INS
DR. LEE-

DATE

HOUR

| RES. | PULSE | B.P. |
|---|---|---|
| | | 290 |
| | | 280 |
| | | 270 |
| | | 260 |
| | | 250 |
| | | 240 |
| | | 230 |
| | | 220 |
| | | 210 |
| | | 200 |
| | | 190 |
| | | 180 |
| | | 170 |
| | 150 | 160 |
| | 140 | 150 |
| | 130 | 140 |
| | 120 | 130 |
| | 110 | 120 |
| | 100 | 110 |
| 60 | 90 | 100 |
| 50 | 80 | 90 |
| 40 | 70 | 80 |
| 30 | 60 | 70 |
| 20 | 50 | 60 |
| 10 | 40 | 50 |
| | 30 | 40 |
| | 20 | 30 |
| | 10 | 20 |
| | | 10 |



000058

ARH FORM E-11-3 (10-63)

007206

APPALACHIAN REGIONAL HOSPITALS

NURSING CARE RECORD

GRAPHOTYPE - WHERE USED

FOTOS, CHRIS NMN
12 05 47 M 6-10-21 NO
RT. 1, BOX 62 R-224
BECKLEY, WV 25801
NB--INS
DR. LEE-

| PATIENT'S NAME | PHYSICIAN | HISTORY NUMBER |
|---|---|---|
| | | |

| Date and Time | | Date and Time | |
|---|---|---|---|
| 8/17 3:30 | Admitted to R.224 | 8/19/72 | Pt. a little upset because |
| | ambulatory, States to | | his medication, which he |
| | have operation on | | had brought from home |
| | veins in his leg. | | in a package of cigs. & |
| | No known allergies. | | the top of a deodorant |
| | M. Gallagher S.N. | | lid, was taken from him. |
| 8-18-72 7:40 Am | Preop medication given | | Dr Lee aware of this. |
| | i.m. E. Wallace | | [illegible] |
| | To surgery. E Wallace | | Pt. out of bed - threatening |
| 11:00 Am | Returned to room - sleepy | | to leave - say his stomach |
| | Left leg wrapped from | | hurts. [illegible] |
| | toes to mid thigh. No | | HS medication given. |
| | drainage noted. Circulation | 9:50 | Pt. out in hall. wants |
| | appears good in toes. | | to make a phone call. |
| | Foot slightly cool to touch. | | Refuses to listen to |
| | BP - 130/80 P-60 Has IV | | anyone. Dr [illegible] |
| | fluids infusing in L arm. | | notified & reported. [illegible] |
| | R. Williams RN | 10:10 pm | Pt in bed & sleeping |
| 8-19-72 4:55 A | Demerol [illegible] given for | | soundly. before refused |
| | pain in the left leg. | | medication until the pain |
| | [illegible] RN | | [illegible] |
| 8-19-72 7:45 Am | Sm medication given for pain | 8-20-72 1:05 Am | Sm medication given for |
| | [illegible] | | pain in L leg. Pt up out of |
| 1:15 | Demerol 50 mg. | | bed trying to get his clothes |
| | L. McClung LPN | | on. [illegible] |
| 6 PM | Sm medication given for pain. | | |

ARH E-11-4 FORM

020059

007207

| Date and Time | | Date and Time | |
|---|---|---|---|
| 8-20-72 | | | |
| 5:00 A | Has been up walking in room, pushing over bed side tables for approx 30 min - Refused to go back to bed | | |
| 5:20 | 2 mg medications given for pain and restlessness. | | |
| 5:25 A | Sitting on edge of bed - Pt instructed not to dangle leg over bed. Pt follows instructions poorly. Sitting in bed dangling feet. Very uncooperative. [illegible] R.N. | | |
| 8-20-72 [illegible] | Discharged per wheelchair ē Mr. [illegible] N.A. K. McAllister, RN | | |

000060

ARH FORM E-11-4

EXHIBIT NO. 42

POST CONVICTION RELIEF HEARING

Identified and made a part of the record this 5th day of February, 2009.

JUDGE

EXHIBIT NO. 43

POST CONVICTION RELIEF HEARING

Identified and made a part of the record this 5th day of February, 2009.

Mary Beth Lubourg [signature]

JUDGE

EXHIBIT NO. 44

POST CONVICTION RELIEF HEARING

Identified and made a part of the record this 5th day of February, 2009.

Mary Beth Leonard

JUDGE

EXHIBIT NO. 45

POST CONVICTION RELIEF HEARING

Identified and made a part of the record this 5th day of February, 2009.

Mary Beth Leiboard

JUDGE

# C E R T I F I C A T E

STATE OF TENNESSEE:

COUNTY OF KNOX:

I, Lisa A. Kilbourne, Official Court Reporter for the Sixth Judicial District of the State of Tennessee and Notary Public at Large, do hereby certify that I transcribed the above proceedings and that the foregoing pages constitute a true and accurate record, to the best of my knowledge and ability, of the proceedings had and evidence introduced in the captioned cause in the Criminal Court for Knox County, Tennessee, Division III, on the 11th day of April, 2008.

I further certify that I am not an attorney or counsel for any of the parties, nor a relative or employee of any attorney or counsel connected with the action, nor financially interested in the action.

Witness my hand and seal this 2nd day of February, 2009.

Lisa A. Kilbourne
Official Court Reporter
State of Tennessee

CERTIFICATE OF THE COURT

THIS WAS ALL THE EVIDENCE INTRODUCED AND PROCEEDINGS RELEVANT TO THE HEARING OF THIS CAUSE WHICH IS SIGNED, APPROVED, AND ORDERED TO BE MADE A PART OF THE RECORD BY THE COURT.

Feb 5, 2009.

Mary Beth Lubbock

JUDGE