**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **CHRISTA GAIL PIKE** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:12-CV-35** |
| | ) | **DEATH PENALTY CASE** |
| **DEBRA JOHNSON, WARDEN** | ) | |
| | ) | |
| **Respondent.** | ) | |

---

**ADDENDUM 6**

**DOCUMENT 4**

---

FILED (2)
APR 07 2009
Clerk of the Courts
Rec'd by

STATE OF TENNESSEE VS. CHRISTA PIKE

CASE NO. 68280 EXHIBIT NO. 1-B

DATE 1-29-07 ID ✓ Evd ____

007629

10

# Sheaffer House

## Face Sheet
## Right Side

- ______ Information Record
- ______ Admission Agreement
- ______ Clothing List
- ______ Physical Form
- ______ Emergency Authorization for Treatment
- ______ Consent for Non-prescription Medication
- ______ Physician's Authorization for Prescription Medication
- ______ Prescription Medication Form
- ______ Non-prescription Medication Form
- ______ Psychological
- ______ Social Summary/Initial Family Assessment
- ______ Court Orders/Voluntary Placement Agreement
- ______ School Records

007631

# LUTHERAN FAMILY SERVICES
## SHEAFFER HOUSE INFORMATION RECORD

YOUTH'S NAME AND NICKNAME Krista Gale Pike DATE OF BIRTH 3-10-76

AGE 15 RACE W SEX F GRADE 7th Stanford Jr.

SCHOOL Stanford Jr. SOC. SEC. # 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

PLACE OF BIRTH (county) Raleigh (W.Va). PREVIOUS ADMISSION no

PERSON OR AGENCY HAVING CUSTODY Parent. Carissa Fotos

ADDRESS OF CUSTODIAN Flint Ridge Apt 600 South Carter St. #28 (Hillsborough NC 27278)

PERSON OR AGENCY MAKING REFERRAL Kerry Clement

ADDRESS OF REFERRAL SOURCE

COURT INVOLVEMENT(past, present, (pending)) undisciplined petition

VOLUNTARY PLACEMENT AGREEMENT YES ✓ NO

DATE REFERRED April 21.91 DATE ADMITTED April 21.91 DATE DISCHARGED 7/19/91

DAYS IN RESIDENCE 90 DISCHARGED TO mother

| AGENCIES INVOLVED | CONTACT PERSON | PHONE# |
|---|---|---|
| D.S.S., Orange Co. | Kerry Clement | 968-2000 |
| Ju. Ct. | Dowrie Phillips | 967-9251 ext 2218 |
| | | |

PARENTAL STATUS: O MD FD (ND) (circle one)

MARITAL STATUS: UNM MAR SEP (DIV) REM WID (circle one)

NUCLEAR FAMILY:

MOTHER ~~Cassis~~ Carissa Fotos HOME # 732-8769

ADDRESS Flint Ridge Apts 600 South Carter St #28 WORK# 480-7337 (3-11 M-F)

SOC. SEC. # 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 DATE OF BIRTH 12.7.51

FATHER E. Glen Pike HOME# (304) 763-4912

ADDRESS Rt 9. Box 78 B Beaver W.Va. WORK # X

SOC. SEC. # X DATE OF BIRTH July 7 1947

SIBLINGS ½ Elvina Hammond DATE OF BIRTH June 26 1971

½ Linzie Pike (3?)

½ ~~max~~ Marks Pike (2?)

000113

007632

| | NAME | RELATIONSHIP |
|---|---|---|
| OTHER FAMILY MEMBERS: | -Brother in Law- | |
| | | |
| | | |

FAMILY RESOURCES/ SIGNIFICANT OTHERS:

NAME: Brian Hammond PHONE # (H): 644-2441
ADDRESS: PHONE # (W):
Coachwood Apts - Hillsborough SCHOOL/EMPLOYER:
MARITAL STATUS: WORK SCHEDULE:
RELATIONSHIP TO CHILD Brother in Law AGE:

NAME: PHONE # (H):
ADDRESS: PHONE # (W):
SCHOOL/EMPLOYER:
MARITAL STATUS: WORK SCHEDULE:
RELATIONSHIP TO CHILD AGE:

HISTORY: Problems Near Prior To Placement [How Many?]

1) Court Related ✓
2) Runaway Repeated +30
3) School Suspension/ Expulsion None
4) Secure Custody NO

LEGAL STATUS (check one):

| | |
|---|---|
| Youth-at-risk | |
| Intake/Diverted | |
| Petition Filed | ✓ - undisciplined |
| Adjudicated | |
| Court Supervised | |
| Probation | |
| Aftercare | |
| Referred from Superior Court | |

NUMBER OF PRIOR PLACEMENTS:

| [How Many?] | Institutional Grp. Care/Grp. Home Care | Emergency Home Care | Family Foster Care | Other | Total |
|---|---|---|---|---|---|
| | | | | | 0 |

MEDICAL:

IMMEDIATE MEDICAL CONCERNS NO
ALLERGIES SUN - PF 40 MEDICATIONS
FAMILY DOCTOR Hillsborough Family Practice PHONE #
DENTIST Dr Dobson (CH) PHONE #
HEIGHT 5'2" WEIGHT 97 lbs HAIR COLOR Auburn EYES Brown
INSURANCE COMPANY Kaiser Insurance - Durham
POLICY NUMBER

Caresa Fotos (Case Manager or (Parent)) IS TO BE THE PRIMARY PERSON RESPONSIBLE FOR DECISIONS REGARDING THIS CHILD.

Kerry Clemento SHOULD BE CONTACTED IF THE ABOVE PERSON IS UNAVAILABLE.

IF SHELTER CARE HAD NOT BEEN AVAILABLE MIGHT THIS CHILD OTHERWISE BEEN PLACED IN SECURE CUSTODY ? yes (YES)/NO

000114

LUTHERAN FAMILY SERVICES OF NORTH CAROLINA
CHILDREN AND FAMILY SERVICES
P. O. Box 10532
Raleigh, NC 27605

-ADMISSION AGREEMENT-

NAME OF CLIENT: Christa Pike

DATE OF BIRTH: 3-10-76 ADDRESS:
600 South Centen St #28 Hillsborough NC.

1. I (we) have received, read and understand the terms and conditions as contained in the Student/Parent Handbook for the Lutheran Family Services' Sheaffer House programs.

2. I (we) give consent for this client to be placed in the Sheaffer House program(s) and in so doing agree to abide by the terms as outlined in the Student/Parent Handbook.

3. I (we) acknowledge that this service is voluntary and that I (we) may at any time remove the client from this placement.

4. I (we) agree to allow Lutheran Family Services' staff to implement regular and accepted methods of intervention as indicated by the client's mutually agreed upon treatment/goal plan.

5. I (we) have received a full explanation of the use of physical restraint, and agree to the use of this procedure if the client's behavior warrants such intervention. I (we) understand that physical restraint is defined here as a therapeutic hold carried out by a staff member trained in the use of such procedures, used exclusively for the purpose of preventing a client from doing damage to self or others, and never as a form of punishment. I (we) understand that <u>at no time</u> will excessive force, mechanical devices or locks be used to restrain this client.

6. I (we) consent to information exchange by the agencies listed below, but only to the extent necessary for the planning and implementation of individualized services for this client. I (we) understand that this information may include historical, psychological, medical, social, vocational, educational and behavioral data. The doctrine of informed consent has been explained to me, and I understand these consents are truly voluntary and may be revoked by me at any time. I understand that Lutheran Family Services has policies and procedures protecting the confidentiality of this client.

AGENCIES AUTHORIZED TO EXCHANGE INFORMATION

| | |
|---|---|
| Orange County Dept. of Social Services | Stanford Jr. High. |
| Juvenile Court Counselors Office | Health Dept. |
| Local Law Enforcement Agencies | |
| NCMH | |
| Chapel Hill Pediatrics | |

7. I (we) grant permission for this client to participate in all Lutheran Family Services Day Treatment/Group Home outings with the knowledge that such outings will require his/her being transported away from the Lutheran Family Services' facility. It is my (our) understanding that I (we) will be notified in advance of any overnight or out-of-state outings. I (we) agree not to hold Lutheran Family Services liable in the event of an accident or injury.

8. I (we) authorize Lutheran Family Services to provide and render first aid assistance in any Lutheran Family Services' facility or during an outing.

9. I (we) authorize Lutheran Family Services to transport this client to medical, dental and mental health appointments at the services listed below, and to obtain treatment there for this client. I agree to be responsible for charges that may be incurred from this client's use of these services. Treatment may include medications, special diets, and special medical procedures.

Chapel Hill Pediatrics ______

OPC Mental Health Center ______

NCMH ______

10. I (we) understand that I will be notified of any serious illness, any change in medical treatment or any medications administered to this client as a result of contact with the services listed above.

11. I (we) understand that prescription medication will be dispensed to this client in the Day Treatment program (if enrolled there) only if I (we) have provided staff with written permission and full instructions for administering all medication. I agree to present any such medication to staff in a properly labelled prescription bottle.

12. I (we) agree to obtain a physical examination for this client to be performed by: Orange County Health Dept (physician) on or by: - 2wks - (date), with the understanding that this shall be the financial responsibility of ______.

13. I (we) agree to be responsible for purchasing and supplying Lutheran Family Services with any necessary medications for this client. I agree to provide Lutheran Family Services with a written medication order signed by the prescribing physician for each medication I supply to the program. ✓

14. I (we) agree to allow observations of this client by professionals and students trained in such areas as teaching, psychology and social work, as well as observations by groups that may tour the program, with the understanding that measures will be taken at all times to protect the client's right to confidentiality. ✓

15. I (we) agree to allow this client to be photographed but only for diagnostic or therapeutic purposes. I (we) understand that confidentiality will be guaranteed in the use of this material, that I (we) am not required to give permission in order for this client to receive services, and that I (we) may revoke consent at any time by amending this Admission Agreement. ✓

16. I (we) agree to allow this client to receive visits at the Group Home, if enrolled there, from relatives and friends. EXCEPTIONS to people allowed to visit or call this client are listed below:

| | | |
|---|---|---|
| | | |
| | | |
| | | |

17. I (we) do/do not/grant permission for this client to use tobacco products while under the care of Lutheran Family Services.

18. I (we) authorize Lutheran Family Services to obtain emergency care for this client, if needed, until such time that I (we) can be reached to authorize further care.

19. I (we) understand that, as client(s) of Lutheran Family Services, I (we) have the following rights:

The right to participate in the development of the plan of services to be offered by this agency, and to be informed of the expectations of all parties involved in the implementation of the plan.

The right to confidentiality of all client records. Client consent is required prior to release or obtainment of any confidential information.

The right to access client files for the purpose of review, correction or addition.

The right not to be subjected to any research activities considered to be outside of the routine plan of services, without the client's informed written consent.

The right to have identity protected in the context of any agency reports, statistical analyses or case summaries published as a result of participation in the routine plan of service.

The right not to be filmed or taped without client's written informed permission.

The right of access to a grievance procedure to ensure all rights.

Additional rights specific for youth in residential placement:

A youth placed out of his or her home has the right to:

-visit the family in the child's home and receive visits from family members, when not contraindicated by the case plan,

-have personal property and a place for safe storage,

-be free from exploitation in training or gainful employment,

-choose to participate on issues concerning his or her care or treatment, and

-receive care in a manner that recognizes variations in cultural values and traditions.

Any questions concerning client rights should be addressed to the program director, Ginny DeLong telephone number 929-8602, address PO Box 3074 Chapel Hill NC 27510.

20. I (we) understand that I (we) may use the following procedures to file a grievance:

A. If a client decides to file a formal grievance, the written grievance shall be brought to the client's LFS program director. If a client needs assistance in drafting a written grievance, staff assistance will be provided. The program director must acknowledge to the client, in writing, receipt of the grievance. A copy of the grievance shall be sent to the Vice-President, Professional Support Services. The grievance should contain a statement of the complaint and a statement of what the client considers a sufficient remedy. Within five full working days thereafter, the program director shall give a written decision concerning the grievance to the client. A copy of this decision and any subsequent decisions in the appeals process shall be dated and sent to the Vice President, Professional Support Services, for filing. All information regarding a client's grievance shall be considered confidential and maintained separate from the client's case record. The program director will be responsible for providing the client with names and addresses of agency staff involved in hearing client grievances.

B. If the program director's response is not acceptable to the client, the client may submit a grievance to the Area Director. The issues raised and remedies sought through this and all subsequent appeals are limited to those items stated in the original grievance. A written decision will be submitted to the client by the Area Director within five full working days following receipt of the grievance. A copy of the decision shall be furnished at this level to the program director.

C. A grievance not settled under the provisions of Step A and/or B above, may be appealed to the Vice-President, Children's Division. The Vice-President shall meet with the client for review of the grievance. A written reply shall be furnished to the client by the end of the tenth full working day following the day on which the appeal was received at this level.

D. If the decision is still not satisfactory to the grievant, a final appeal may be made to the President. The President's decision will be final. A written reply shall be furnished to the client by the end of the fifteenth full working day following the day on which the appeal was received by the President.

E. If the client does not accept the President's final decision, the client may direct a further appeal to a contracting agency representative. The program director is responsible for assuring that the client receives the name and address of the appropriate representative to be contacted by the client.

21. Exceptions and additions to consents:

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

22. I (we) agree that this document may be amended on an as-needed basis, and that any such amendment will require the signature of the client's parent/guardian.

23. This Admission Agreement will expire one year after the date it is signed.

Erin Reed (Witness) — Carissa Fotos (Parent/Legal Guardian)

April 29 · 91 (Date) — ________ (Parent/Legal Guardian)

AMENDMENTS:

| (Date) | (Amendment) | (Signature-Parent/Guardian) |
|---|---|---|
| (Date) | (Amendment) | (Signature-Parent/Guardian) |
| (Date) | (Amendment) | (Signature-Parent/Guardian) |
| (Date) | (Amendment) | (Signature-Parent/Guardian) |

Original to be filed in client's record. A copy to be provided to the client.

Voluntary Placement Agreement

Children: Christa Pike — 3-10-76

Child (ren)'s Names — Birthdate (s)

Parents: Carissa Fotos — 12-7-51

Mother's Name — Birthdate

#28 Flint Ridge — 732-8769 / 470-7337

Address — Home Phone/Work Phone

600 South Churton St.

E. Glenn Pike

Father's Name — Birthdate

Rt. 9 Box 78B

Beaver, West Virginia

Address — Home Phone/Work Phone

This is a legal agreement affecting your rights to your child. Please read carefully before signing.

This agreement is between Carissa Fotos
Parent(s) - Custodian

and Orange County Department of Social Services.

I, Carissa Fotos (Parent(s) - Custodian) request placement of Christa Pike (Child(ren)'s Names) ______.

Before arriving at this agreement, the following alternatives to placement were considered:
family therapy, behavior management

These alternatives were not successful in eliminating the need for placement because:
child was unwilling to follow through

The specific reason(s) that placement is currently needed are:
child is a danger to herself

The goals of the agency are to maintain family relationships and to return the child home as quickly as possible. The agency will attempt to arrange necessary services to make return possible. Services initially agreed upon are:

| Services | Provider |
|---|---|
| placement + services | Shaeffer House |
| family therapy | Orange Co. DSS |

DSS-1789 (Rev. 5-85)
Children's Services

I, Carissa Fotos agree to cooperate with the agency by participating in these
Parent(s)

services or any others mutually agreed upon; to visit my child(ren) on a regular basis as prescribed in a visitation plan; and to provide as much financial support as I am able for the benefit of my child(ren) for as long as foster care continues. I will provide support in the amount of Ø.

The Orange County Department of Social Services agrees to provide placement; to arrange medical care, mental health care, educational services, and other needed social services; and to arrange a mutually agreeable visitation plan. I understand that this agreement gives the Department of Social Services the authority to arrange and consent to medical and other services in emergencies.

Entering into this agreement does not prevent the agency from petitioning the Court for custody under certain circumstances. Such circumstances include:

- The continuance of this agreement for 180 days without noticeable improvement in the situation necessitating placement.
- The parent(s) refuses to cooperate in the mutually agreed upon service plan.
- The agency determines that the protection of the child warrants court intervention.

While your child is in foster care, you maintain many of your parental rights including:

- The right to have the child(ren) returned to you provided that you give proper notice to Social Services of no less than 1 days.
- The right to be notified if your child must move to a new foster home.
- The right to visit your child.
- The right to have information about your child's development and his educational and social adjustment.
- The right to be involved in the planning and decision making regarding your child's life, and to be consulted on medical and educational decisions except where an emergency exists.

Communication between you and the agency is especially important. The agency will notify you of any change in social worker assigned to the case. You must notify the agency of any change in circumstance which could have impact on this agreement (such as change in address, marital status, employment, etc.)

This agreement expires on July 21, 1991 (date). If it is still in effect in 180 days, court review is required at which time custody may be given to the Orange County Department of Social Services or a new agreement entered into with court approval.

If your child cannot return home, the agency will try to arrange another permanent plan. This may include taking the matter to court to request termination of parental rights.

This agreement has been thoroughly explained to me and I understand and agree to the provisions contained herein.

| | | | |
|---|---|---|---|
| Kerry A Clement | 4-21-91 | Carissa J. Fotos | 4-21-91 |
| Social Worker | Date | Parent/Custodian | Date |
| | | | |
| Director, ______ County Department of Social Services | | Parent/Custodian | Date |

# HEALTH SCREENING EXAMINATION

Name Christa Pike Age 15 No. ____

Address Hunt Lodge Appt - apt 28

Parent or Guardian Shaeffer House & Carissa Fatos (mother)

Ht. 5'2½ in. Wt. 99 lbs.

Vision without glasses R 20/ — L 20/ ____
Vision with glasses R 20/ — L 20/ -
Glaucoma Test: ____

Skin & Scalp 0 ENT 0

Teeth & Gums 0

Glandular System 0

Circulatory System: B.P. 92/52 Pulse 72/m Heart NSR 5(m)

Thoran & Lungs neg Breast neg

Abdomen: Scars neg Tenderness neg Organopathy neg

Genitalia nl Hernia neg

Rectal neg Orthopedic neg

Lab: Urinalysis neg Serology ____ Blood Hct 42% ✓

Chest X-Ray NA Immunization: ____

* * * * *

Abnormal Findings & Recommendations: none

Date 5-1-91 Betty Compton FNP M.D.

* * * * *

Follow-up Results & Date: ____

Cl.-194 Rev. 10-67

LUTHERAN FAMILY SERVICES

AUTHORIZATION FOR EMERGENCY TREATMENT

The undersigned individuals authorize Lutheran Family Services of N.C., Inc. (LFS) or any sub-unit or sub-division thereof to provide and render first aid assistance on the premises of any LFS facility or during any LFS sponsored activity. The undersigned further authorize LFS to refer the named individual to whatever medical authorities it shall deem appropriate and to consent to the provision of emergency medical care by such medical authorities.

This authorization releases the named individual and Lutheran Family Services from any liability relating to or covered by this authorization.

Christa Pike
(Name of Individual)

Signed Carissa Fates
Circle: Parent or Guardian

Witness [signature]
(Name & Title)

Date April-21-91



Post Office Box 10532, Raleigh, North Carolina 27605, 919/832-2620

## ..NTAL CONSENT FORM FOR ADMINISTERING NON-PRESCRIPTION MEDICATION

I hereby agree, as guardian, custodian or parent of Christie Pike
Name of Child
to allow the staff of Lutheran Family Services to administer the following non-prescription medications only as needed by my child:

### External

| Medication | For Treatment of |
|---|---|
| 1. Neosporin or antibiotic ointment | Minor burns, cuts, abrasions |
| 2. Calamine lotion (with or without Phenol) | Allergic rashes (poison ivy, poison oak, etc.) |
| 3. Rubbing Alcohol | insect bites |
| 4. Betadine Scrubs or Soap and Water | cleaning area of minor injury |

### Internal

| Medication | For Treatment of |
|---|---|
| 1. Acetaminophen tablets (Tylenol, Datril, Panadol, etc.) | headache or minor pain |
| 2. Pepto Bismol liquid | upset stomach |
| 3. Kaopectate liquid | diarrhea |
| 4. Chlortrimeton tablets Chlorpheninamine (antihistamine) | common cold or minor allergic reaction to insect bites |
| 5. Dextromethorphan (losenge and spray form) | cough |
| 6. Cepacol or chloraceptic losenge | sore throat |
| 7. Mineral Oil | constipation |
| 8. Milk of Magnesia | constipation |
| 9. Benedryl Capsules | allergic reactions (bee stings) |
| 10. Ipecac Syrup | induce vomiting (clear with doctor and/or emergency room before administering) |

(Please X out above if your child has a known allergy to any of these medications or you have an objection to the administration of any of these medications.

Carissa J. Fotes
Name of Guardian, Custodian or Parent

April 21 91
Date

These non-prescription medicines are to be dispensed according to package directions and only for the symptoms listed on the package labeling. This does not apply to youth with complicated medical conditions or allergies to medications. If symptoms persist, the child's physician should be consulted.

**THIS FORM IS PART OF THE ADMISSIONS PROCESS FOR ALL YOUTH ENTERING LFS PROGRAMS.**

EDICATION ADMINISTRATION RECORD
007643

LUTHERAN FAMILY SERVICES
HILDREN/FAMILY SERVICES DIVISION

CLIENT NAME: Christa Pike

MEDICAL ALERT/ALLERGIES:
(Record in Red)

RECORD NUMBER:

From: To: 19

| MEDICATION | Date → Administration Time ↓ | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Drug: Retripten; Dose: 1 tablet; Route: oral; Frequency: 4 X Day; Start Date: 5/20; Stop Date: | 6am | | | | | | | | | | | | | | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 2 | [illegible] | [illegible] | [illegible] | | |
| | 12pm | | | | | | | | | | | | | | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | 2 | 2 | [illegible] | [illegible] | [illegible] | | |
| | 5pm | | | | | | | | | | | | | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 2 | 2 | [illegible] | [illegible] | [illegible] | | |
| | 10pm | | | | | | | | | | | | | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 2 | [illegible] | [illegible] | [illegible] | [illegible] | | |
| Drug: ; Dose: ; Route: ; Frequency: ; Start Date: ; Stop Date: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Drug: ; Dose: ; Route: ; Frequency: ; Start Date: ; Stop Date: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Drug: ; Dose: ; Route: ; Frequency: ; Start Date: ; Stop Date: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

. FOR OMMISSION OF MEDICATION

1. Discountinued Medication
2. Student Leave (overnight)
3. Student Refused
4. Given at School
5. Out of Program
6. Due to Other Illness

KEY TO INITIALS OF PERSONS AMDINISTERING MEDICATION ON OTHER SIDE

# LUTHERAN FAMILY SERVICES MEDICATION ADMINISTRATION RECORD

YOUTH: Christa Pike

RECORD NUMBER:
(if applicable)

INSTRUCTIONS

a. To be used only for medication administered to youth by staff.

b. All entries to be dated, signed and with position title.

c. Not to be used for prescriptions given for self-administration.

d. Do not use abbreviations or symbols when recording the name of medicatic

| Date | Hour | Medication | Dosage | Method | Signature |
|---|---|---|---|---|---|
| 5-13 | 10:00pm | 2 non-aspirin | 2 tabs | oral | AHP |
| 5/14 | 1000 | 2 non aspirin | 2 tabs | oral | AV |
| 6/11 | 10:45pm | 2 nonaspirin | 2 tabs | oral | AHP |
| 6/12 | 10:00 | 2 NONASPIRIN | 2 TABS | ORAL | MM |
| 6/18 | 10:15pm | nonaspirin | 2 tabs | oral | AHP |
| 6/24 | 10:45pm | nonaspirin | 2 tbs | oral | ALP |
| 6/28 | 8:00pm | 2 Acetominophen | 2 caplets | oral | [illegible] |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# SOCIAL HISTORY

Christa Pike — Name of Youth

Kerry Clement — Case worker

________ Date

Reason for Placement:

Christa was making her home unsafe by breaking her mother's rules and the law.

Youth's living arrangement immediately prior to placement:

home w/ mother

Other out of home placements of Youth: Where/when?

sent to fathers - fall 1990

Current Family issues/whereabouts (birth parents, siblings):

discipline, safety, divorce & remarriage, abuse - inappropriate discipline.
Mother & 1/2 sister in Tells., father & 1/2 sibs in WVa

History of abuse/neglect within the family (parents, siblings):

question of Christa sexually abusing niece and 1/2 brother!

Has the youth ever been abused (physically/sexually) or neglected? By whom?

physical abuse by a mother's boyfriend

Does youth have any medical problems, currently? Has he/she had any serious injuries/surgery/hospitalizations?

no

Does youth and/or family members currently have a DSM IIIR diagnosis or show signs of other emotional illness(s) including drug/alcohol abuse?

Christa - some marijuana usage

Is the youth/family currently receiving therapy/counseling? With whom and how often?

family therapy w/ Kerry Clement 2x month

Has youth had a psychological evaluation? Date:
no

Does youth currently have a specialized school placement; where?
no

Has youth been referred to Juvenile Court? Reason, dates:
yes, behavior - winter 1991, marijuana - April 1991

Does youth currently have a visiting resource? Name, address, telephone, arrangements for visit.
yes - mother 732-8769 arrangements b/n mother
2028 Flint Ridge and Shaeffer-House
Hillsborough

Does youth have a guardian ad litem? Name, address, telephone #:
no

Has the youth exhibited any of the following? If yes, please detail:

| | Yes | No | |
|---|---|---|---|
| 1. | | NO | Enuresis or encopresis |
| 2. | YES | | Smoking - NOT ALLOWED |
| 3. | NO | | Sexually active |
| | NO | | Currently uses birth control |
| 4. | | NO | Pregnancy. If yes, please detail outcome. |
| 5. | | NO | Suicide attempts - Christa reported to staff that she attempted suicide by overdose of tylenol, benadryl & sleeping pills after her grandmother's death (apparently w/in last 2 yrs) |
| 6. | | NO. | Threats of homicide |
| 7. | | NO | Violent/Aggressive/Destructive behavior (including self injury) |
| 8. | YES | | Run away (detail frequency, duration of each episode) over one hour on an almost daily basis, overnight - once a month |
| 9. | | NO | History of stealing/shop lifting |
| 10. | YES | | Truancy - as much as 5x a week |
| 11. | YES | | Suspended/expelled from school: Frequency, reason behavior, 2x a year |
| 12. | | NO | Homosexual behaviors |

# SHEAFFER HOUSE
# PROGRAM RULES AND GUIDELINES

1. Everyone is to attend Sunday worship services unless the group is on a pre-planned outing. The group will decide each week which services they will attend. Every effort will be made to provide for each resident to attend the church of their choice.

2. Only those residents 13 years old, or older may smoke. There is no smoking allowed in the house. Those with permission to smoke may smoke in the carport. All youth must purchase their own cigarettes. No other tobacco products shall be permitted.

3. Food, drinks and all kitchen utensils will remain in the kitchen or dining room, unless special permission has been given by staff. Snacks may be eaten in the living room if handled appropriately. Under no circumstances should there be food in bedrooms. Residents must ask staff permission for snacks.

4. Everyone is expected to be present at all meals and group meetings unless excused by staff.

5. All bedroom doors will remain open day and night except when residents are dressing. Bedroom windows are to remain shut.

6. No one may be in any bedroom other than their own without the permission of both that bedroom's occupant and permission of staff. No resident is allowed in staff bedrooms or office without staff supervision.

7. Rooms are to be straightened and beds made before leaving for school or before the first activity on the weekends.

8. House chores are assigned each Monday morning for the week. They may not be traded and are to be completed before dinner on school days, before the first scheduled activity on weekends and summer weekdays, or at staff request. All chores will be inspected by staff each day. On Fridays chores and special inspection will be completed before allowances are given out and before weekend activities begin.

9. Permission must be obtained from staff before using the telephone. All calls must be limited to 15 minutes each so that others may have a chance to use the telephone. There will be no telephone calls made or received during quiet/study time or after 9:00 p.m. Staff will always answer the telephone.

10. Visitors are allowed at the house with staff approval 24 hours in advance of the visit. Visits will be planned in accordance with the Sheaffer House schedule and other planned activities.

11. Everyone is expected to bathe daily. Staff will coordinate morning/evening shower times if necessary according to the shower schedule.

12. Always ask permission from staff before going outside to the carport. No one is to be outside of the carport area unless directly supervised by staff. No one is allowed on Camp New Hope property without the direct supervision of staff.

13. Bedtime on school nights and weekday nights during the Summer is 10:00 p.m. with lights out at 10:30 p.m. Bedtime on Friday and Saturday nights is 11:00 p.m.

14. Each resident is responsible for doing his/her own laundry. Laundry may not be started after 9:00 p.m. on school nights, or after 10:00 p.m. on weekends. All house laundry (towels, kitchen towels, bed linens) should be placed in the laundry hamper. Residents should follow the laundry schedule.

15. Study Hall/Quiet time is from 7:00 - 8:00 p.m. on nights before each school day or at staff discretion if deemed necessary. Everyone is expected to study, do homework, or read quietly during this time. No television is allowed and radio's volume must be kept low.

16. If a resident is suspended from school while at Sheaffer House they will be expected to follow an out-of-school schedule consisting of a combination of school work and household chores during the hours they would ordinarily have been in school. During this time there will be no television, radio/stereo, or other privileges not allowed while in school. Upon the end of the regular school day these privileges will be returned if the schedule was followed well earlier. Smoking while suspended from school is allowed during break times only.

17. If a resident is home sick from school they will be expected to remain in their rooms quietly with the lights out during the school day, in order to aid in their recovery. They will only be allowed to participate in evening and afternoon activities if deemed appropriate by staff.

18. No resident may have their own stereo or TV. Small radios and tape players are permitted.

19. Residents must dress appropriately for the weather and the planned activitiy. Except in the privacy of their assigned bedrooms, residents are to be fully dressed at all times. Provocative, ripped or dirty clothing shall not be permitted. Staff will have final approval on whether or not clothing is appropriate.

20. Residents may only have a maximum of $5.00 on their person at any given time. Any other money will be kept locked by staff in the office.

21. Residents are not allowed to have bicycles or motorbikes while at Sheaffer House.

22. Residents are not allowed on Franklin Street in Chapel Hill after 6:00 p.m. At other times residents will be directly supervised by staff.

23. Third party telephone calls will be permitted only with the written permission of the party to whom the call is being charged. Other long-distance phone calls will be made only with the permission of staff.

24. The borrowing and lending of personal property is not encouraged. Any resident who borrows or lends property must assume responsibility for its loss.

25. All posters in residents' rooms should be affixed to cork strips or bulletin boards. Nothing should be attached directly to the walls.

26. Residents of Sheaffer House shall not possess firearms, knives, or any other weapons (legal or illegal) or items which staff determines are dangerous to persons or property. Such items will be turned over to the resident's case manager for storage (legal items) or to the police for disposal (illegal items).

27. Residents of Sheaffer House will not be permitted to consumer or have possession of alcohol, drugs (unless approved by a physician to be self-medicating), or controlled substances. Any substance which staff determines to be actually or potentially harmful to residents (whether legally classified as a controlled substance or not) will be restricted and taken from youth.

28. Pornographic material such as literature, posters, etc., shall not be permitted in the program.

29. Residents in Lutheran Family Services program shall not be permitted to engage in sexual activity.

30. Residents shall not be permitted to engage in threatening or violent behavior that endangers the safety of other youth, staff, or self.

31. Cursing, inappropriate, or derogatory language, including racial and ethnic slurs shall not be permitted. Neither are sexual or other rude gestures appropriate. Videotapes, cassette tapes and cable television shows may not be permitted if they contain these types of derogatory language or gestures. Only "G" and "PG" rated movies are acceptable.

32. When there is reasonable cause to suspect that a resident has contraband on their person or within the program, staff shall conduct a search of the youth and/or the premises.

I have read and understand the rules of Sheaffer House and agree to abide by them.

Christal Pike
Youth's Name

April 21 91
Date

[signature]
Witness

LUTHERAN FAMILY SERVICES

**SHEAFFER HOUSE**
Post Office Box 3074
Chapel Hill, N.C. 27515
919/929-8602

Christa Pike has my permission to go to Busch Gardens in Williamsburg, Virginia with Sheaffer House staff for the day on July 17, 1991. I also agree not to hold Lutheran Family Services, Sheaffer House liable in the event of accident or injury during this trip.

Carissa Fotos
signature

7-9-91
date

CWLA MEMBER AGENCY CHILD WELFARE LEAGUE OF AMERICA

Lutheran Family Services is an accredited member agency of the Child Welfare League of America and the Council on Accreditation of Services for Families and Children.

ACCREDITED

KAISER PERMANENTE

KAISER FOUNDATION HEALTH PLAN OF NORTH CAROLINA

007651

| MEDICAL RECORD NO. | PLAN NUMBER |
|---|---|
| 0192014 | 100 |

| GROUP NUMBER | SEX | BIRTH DATE | IDENTIFICATION NO. |
|---|---|---|---|
| 0145*00 | F | 03-76 | 113791*03 |

CHRISTA PIKE

| REG | RX | OPT | XRAY | LAB | ER | DME | MC |
|---|---|---|---|---|---|---|---|
| 0 | 2-7 | 2 | Y | Y | 25 | Y | |

# THE "WHIRLWINDS" TEAM

## INTERIM REPORT OF SATISFACTORY PROGRESS

DATE: May 6, 1991

Dear Parents:

We, as a team, feel that it is extremely important to keep you informed concerning your child's progress. We are sending you a report of your child's satisfactory progress in his/her academic classes. We are also indicating any areas which need improvement. If your child is not being successful in his/her work, he/she will receive the customary Orange County Schools Interim Report.

Please sign, detach the slip at the bottom, and return to your child's fourth period teacher, indicating that you have seen this grade report. Please indicate if a conference is desired with your child's teachers.

| SUBJECT | GRADE | TEACHER'S SIGNATURE |
|---|---|---|
| Language Arts | 63 | M Williams |
| Math | 60 | Moig |
| Reading/Lit. | 0,90,96,0,0,90,0 | L Tice |
| Science | 69 | A Lewis |
| Social Studies | 60 | C Belfield |

AREAS FOR IMPROVEMENT:

Turning in classwork/homework ✓ mw AL — Attendance

Test Scores — Lack of Materials ✓ mw AL

Paying attention in class ✓ mw AL — Behavior

Participation in class ✓ mw AL

007653

# ORANGE COUNTY SCHOOLS

## INTERIM REPORT

Date: May 6, 1991

Dear Parents:

We have reached the mid-point of our nine-week grading period, and I want to inform you of Christa Pike's progress in school.

For the first half of this grading period, progress has been:

____ Outstanding
Comments:

____ Much Improved
Comments:

____ Somewhat Improved
Comments:

____ Satisfactory Progress

X Unsatisfactory
THE APPARENT CAUSE(S) FOR HIS OR HER UNSATISFACTORY PROGRESS IS CHECKED BELOW.

X Neglect of Homework AL MDM MW
X Lack of Necessary Materials for Work MW
X Inconsistent Effort AL MDM
X Failure to Make up Work AL MDM
____ Test Performance
____ Attitude
____ Absenteeism
X Lack of Cooperation AL MDM MW
X Other (specify) Failed to turn in 2 Science notebooks AL
____ Please contact me for a conference. The school's telephone number is________.

Comments:

Sincerely,

The Whirlwinds Team
(Teacher's Signature)

Social Studies, Science, Reading, Math, L/A
(Subject Area)

C.W. Stanford 732-6121
(School) (Phone)

PARENT COPY (WHITE)
TEACHER COPY (CANARY)
PRINCIPAL COPY (PINK)

Student signature.
* Parent signature: Ginny DeLong Director
* copy forwarded to all. Shelter House.

000135

## THE "WHIRLWINDS" TEAM

## INTERIM REPORT OF SATISFACTORY PROGRESS

DATE: May 6, 1991

Dear Parents:

We, as a team, feel that it is extremely important to keep you informed concerning your child's progress. We are sending you a report of your child's satisfactory progress in his/her academic classes. We are also indicating any areas which need improvement. If your child is not being successful in his/her work, he/she will receive the customary Orange County Schools Interim Report.

Please sign, detach the slip at the bottom, and return to your child's fourth period teacher, indicating that you have seen this grade report. Please indicate if a conference is desired with your child's teachers.

| SUBJECT | GRADE | TEACHER'S SIGNATURE |
| --- | --- | --- |
| Language Arts | 63 | McWilliams |
| Math | 60 | Moy |
| Reading/Lit. | 0,90,96,0,0,90,0 | L. Tuck |
| Science | 69 | A Lewis |
| Social Studies | 60 | C Belfield |

AREAS FOR IMPROVEMENT:

| | | | |
| --- | --- | --- | --- |
| Turning in classwork/homework | ✓ mw AL | Attendance | ___ |
| Test Scores | ___ | Lack of Materials | ✓ mw AL |
| Paying attention in class | ✓ mw AL | Behavior | ___ |
| Participation in class | ✓ mw AL | | |

---

Student's Name Christa Pike

4th Period Teacher's Name McWilliams

Parent Signature Ginny DeLong, Director Sheafer House

Conference Desired: YES ( ) NO ( )

Comments:

# ORANGE COUNTY SCHOOLS
# DISCIPLINARY ACTION FORM

SCHOOL: CW STANFORD

ADDRESS: 308 ORANGE HIGH ROAD

HILLSBOROUGH, NC 27278

TELEPHONE NUMBER: 732-6121

**OFFICE OF THE PRINCIPAL** Date: 5/2/91

Dear: CARISSA FOTOS

This is to notify you that CHRISTA PIKE, a student at this school, has violated one or more of the items checked below. Please note the violation and the action taken by the Principal's office. If requested to do so, please call this office and arrange an appointment within the stated number of days. The procedures for the short-term and long-term suspensions and due process rights are outlined in the **Statement of Student Rights and Responsibilities** booklet, which you received at the beginning of the school year. If you have questions, we would welcome the opportunity to discuss this disciplinary action with you. We greatly appreciate your cooperation in this matter.

Sincerely, [signature]

## STUDENT VIOLATION

**ACADEMIC DIFFICULTIES**
- ☐ Insufficient class preparation
- ☐ Low interest level in studies
- ☐ Is presently failing

TOLD MR. BELFIELD TO "KISS MY FAT ASS!"

**MISBEHAVIOR**
- ☒ Disrespectful behavior
- ☐ Smoking
- ☐ Refuses to follow school rules
- ☒ Profanity/profane language (school, bus)
- ☐ Fighting on campus
- ☐ Disrupting class
- ☐ Malicious damage to school property
- ☒ Verbal abuse to teacher/student
- ☐ Possession of a weapon on campus
- ☐ Theft
- ☐ Walked off campus without permission

**OTHER**
- ☐ ____________

**MOTOR VEHICLE VIOLATIONS**
- ☐ Left campus in a car without permission
- ☐ Driving unauthorized vehicle into campus
- ☐ Found in car at break/lunch
- ☐ Driving recklessly on campus
- ☐ Unauthorized passenger in car

**ALCOHOL, DRUG VIOLATIONS**
- ☐ Came to school with alcohol on breath
- ☐ Possession of marijuana
- ☐ Possession of dangerous drugs
- ☐ Possession of alcohol

**TRUANCY - TARDY**
- ☐ Truant from school/class
- ☐ Wandering the halls
- ☐ Loitering in bathroom
- ☐ Repeatedly late to class
- ☐ Left campus without permission
- ☐ Is not attending school
- ☐ Refuses to report to homeroom

## ACTION TAKEN BY PRINCIPAL'S OFFICE

- ☒ Suspended from school for 3 school days. From 5/6 to 5/8. May return on 5/9. Year total: ______ days
- ☐ Parent conference requested within ________ school days ( by ______________.)
- ☐ Driving privileges suspended for ________ school days. May drive again onto campus on ________.
- ☐ Warrant taken out for trespassing.
- ☐ Must pay fines or damages before returning to school.
- ☐ Suspended from riding any school bus for ________ days.
- ☐ Referred to counselors.
- ☐ Referred to School Social Worker, Orange County Schools.
- ☐ Assigned to Alternative Learning Center Program for ______ days. From ______ to ______.
- ☒ Parents notified of violations by mail.
- ☒ Conference with student.
- ☒ 929-9602 SPOKE W/ SHEAFFER HOUSE

(White Copy - Principal; Canary - Parents; Pink - Central Office.)

007656

Christa, 5-28-91

Are you OK? I hope you don't get sick or anything. I hope Brandi will be OK! I wish I was like brandi in a way! Don't you feel disy or feel like you are getting ready to pass out. I am going to miss you this summer. Maybe I will see you at the skating rink. Well Better go now.

LYLAS

P.S Call me some time.

Angela Crawford

732-4091

Don't change

Stay sweet

Give me your address if you can!

000138

(5-23-91)
night

Brandi,

Hey Darlin! wassup?
not too much here in my
little hell-hole but
being worried about Shawn!
Somebody told me
he was only suspended
for three days. But then
other people have been
telling me that he was
Expelled! You know, like
for the rest of the year!
☹ I'm so sad! I was
actually crying today
and this evening about
maybe not being able to
see him untill next year!
(or possibly sometime over the summer)
But I'll be in here
most of my fuck'n summer!
That really pisses me off!
Oh well nobody cares
anyways, I just wanna
die. I mean seriously...

over →

I'm gonna just...
take [illegible] lotta of
Anything!
[illegible] think I'm gonna
to swallow [illegible] with
this slice half of my
wrists.
I'm [illegible] the
booze will kick in
[illegible] I [illegible] too
my wrists because
that hurts like hell!
I'm just so Goddamn
sick of this shit.
Nothing seems to
be working out for
me. I want you to
name 1 thing besides
our friendship! Just one!
But see on the
other hand I can
name a bunch of things
that aren't working out! over →

007659

Do you realey blame me? I mean think about it, what do I have to live for? HUH? well it doesn't look like too much to me! Anyway if something does happen to me I just want you to know that I'm glad I know you and became such good friends (BFF) with you! I love you with all my heart and I want you to have the two things that mean more to me than Anything in the world. ① my Grandmothers rings and ② my Bible. Don't like get upset about this letter and try or anything but I'm serious this time! I already have planned what I'm gonna do.

over →

I don't think half of them will ever work out! OK,
I'll even name some!

1. Things with my mom.
2. Things with my sister and brother-in-law & nephew.
3. All the shit going on with my stepmom and dad + little sister + little brother.
4. All the shit my mom has said to my stepmom. (I'll tell you about it later)
5. Me being raped by Claud Davis,
6. All the shit with my Grandpa and his house.

Most on my mind right now! Damn! It'll never work out for us!

Anyway how do you
[illegible] understand?
I'm going to do it at school
and I'm trusting you with
my secret [illegible]
worry about me because
its all going work out
for the best [illegible]
you and [illegible] can be
best friends!
just do me one
favor and don't forget
about me!

I Love Hayes!
Sam
Jaly
Christa
&
Jeremiah!

—What we first told staff that happened!—

Well ah... what we told staff that happened took me and Sandra about 10 or 15 minutes to think up [illegible] [illegible] would [illegible] [illegible] pieces missing from the [illegible]!

We told staff that the reason we went down the road because we were gonna see our car. We also said that we set my clock for 5:00 A.M. to wake up but we were really up all night planning the REAL story!

The end

007663

# - What happened -

## - the real story -

Chu Sandra and myself were sitting in our room thinking of a way to go downstairs without getting caught. We finally decided to just try it! We left our shoes and clothes off and then we walked down the stairs! We got down [illegible] [illegible] we didn't believe we made it! The whole time we were going there all I mean ALL we did was laugh! Dana sat in a chair by the desk [illegible] [illegible] the pool. [illegible] Sandra and I [illegible] smoked two [illegible]

[redacted] Shaina [redacted]

The end!

000145

-Specify what
exactly we
did wrong?-

Ok, "what exactly
we did wrong" was
[illegible] of
going down there
[illegible]
[illegible] about
[illegible]
[illegible]
[illegible]
there! [illegible] we
did [illegible]
and [illegible]
I never told a BIG lie
to staff about calling
the cops and about
the whole [illegible]
pact deal! [illegible]
[illegible]
[illegible] under-
stand what I did was
wrong! [illegible]

- What I could do
[illegible] -

Oh [illegible]
[illegible]
[illegible] and what
I will definally
do next time is
when I [illegible]
about [illegible] my
room [illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible] and all the
trust I lost from
staff and peers!
So I will not
[illegible] go
through with
what I might have
planned!

The end!

Gerard Hansen has my permission to pick up Christa Pike to transport her to my home anytime that I am unable to do so myself.

Thank you,
Carissa Foster

# PLAN OF CARE DRAWN

For: Christa Pike
Date: 5-6-91

| Present: | Signature |
|---|---|
| Christa Pike | Christa Pike |
| Carissa Fotos | Carissa Fotos |
| Kerry Clement | Kerry Clement |
| Ginny DeLong | Ginny DeLong |
| Amy Powell | Amy L. Powell |

**Reason for Placement:**

Truancy
Not being at home - out with friends - Christa was doing as she pleased.
Supervision at home was limited due to mother's schedule

**Placement Plan of Action:**

Return to mother's home

Goals for Christa

1. School
   a. attend school regularly
   b. Pay attention in class
   c. Try to show respect for teachers especially Mr. Belfield.
   d. Use time during study time wisely.

2. Home visits
   a. Do as mother asks you to do - chores etc.
   b. -Set aside time on visits to spend time together
   c. talking about positive things.
   d.

3.
   a.
   b.
   c.
   d.

4.
   a.
   b.
   c.
   d.

**Responsibilities of the child during their stay at Sheaffer House:**
Follow the Rules & guidelines of Sheaffer House.
- especially not smoking -

**Responsibilities of LFS during the child's stay at Sheaffer House:**
- room & board; individual & group counseling, recreation assistance w/ school work
- Assist Christa in knowing how to deal w/school & home issues.
- Maintain regular contact w/school, Carissa & Kerry

**Responsibilities of Family/Legal Guardian during the child's stay at Sheaffer House:**
- set aside time on visits to talk w/Christa
- Schedule visits w/staff mid-week for the weekend.
- Talk w/staff after the visit to let her know how visit went -
- Attend parenting sessions w/Bonnie & Kerry

**Responsibilities of D.S.S. during the child's stay at Sheaffer House:**
- facilitate sessions for successful return home on limit setting & follow-up.
- Be supportive of Carissa & Christa on working together for the return home
- Intensive Parenting Training w/Bonnie Ferrel

**Responsibilities of Court Counselor (when appropriate)**
N/A

**Responsibilities of others involved (when appropriate)**
N/A

**Next Plan of Care Review Date:**
**Signed Program Director:** C DeLong

007669

# PLAN OF CARE

ient name: Christa Pike Date of Birth: 3-10-76

dmission date: 4-21-91 Date for Health Examination: 05-08-91

Presenting Problem/Need for Services:

A Truancy — Runaway issues — 30+ times — on drugs/drug usage
Mother had lack of control over Christa's behavior -
Mom works 3-11pm / Counseling 3-5 yrs —
Lapplied for day position —

ong Term Goals:

Return home - stable environment

hort Term Goals:

1) attend school regularly
2) Follow structure & rules, limit setting needed
3) Plan of Care set for 5·6·91
4) Involve Mom with plan for Christa / visitation

ervices to be provided by Sheaffer House/Goals for Sheaffer House:

Doing okay - trying to fit in — trying to decide whether to fit in w/ staff vs kids - needs attention from other kids - Settling in — Wants to put forth the effort for school —

Chief Court Counselor

Kerry A Clement
Casemanager/Social Worker

Ginny DeLong
Director, Sheaffer House

Supervisor, Chapel Hill CPS Unit

Patricia Clark MSW
Supervisor, Hillsborough CPS Unit

04·23·91
Date

000151

007670

# BIMONTHLY REVIEW OF
# PLAN OF CARE

Client name: Christa Pike    Today's Date: 5/14/91

Review Team members present:
Dong Patty, Sharon, Jenny

Status of Long Term Goals:

Status of Short Term Goals:
Mom involved, visits weekends
Plan of care took place -
Plan still to return home - mom
~~trying~~ to change hours to day.
Kerry + Bonnie doing work with Mom.

Description of Client's behavior in Program/Status of Program Goals:
Christa has hard time with authority
First week Christa cooperative - has been less
+ less responsive. Negative + demanding
but do follow rules -
Cooperative with suspension schedule -
" with restrictions but has attitude.

Sharon W. Lee
Secretary

007671

# BIMONTHLY REVIEW OF
# PLAN OF CARE

Client name: Christa Parke Today's Date: 5/28/91

Review Team members present:
Don, Amy, Sharon, Darryl, Eric, Kerry

Status of Long Term Goals:

Return home still plan

Status of Short Term Goals:

Still plan for intensive parenting with Mom, B. Ferrell & Kerry.

Mom looking for a day job -

Christa wants to spend some overnights with her sister.

Work on communications between Mom & Christa

Description of Client's behavior in Program/Status of Program Goals:

Christa doesn't feel mom is putting forth an effort to work things out.
Christa does follow rules, still does sneak to smoke - She shows some skill in handling situation with the other residents.

Sharon W. Lee
Secretary

# BIMONTHLY REVIEW OF PLAN OF CARE

Client name: Christa Pike Today's Date: 6/11/91

Review Team members present:

Pattye, Ron, Kerry, Sharon, Jenny

Status of Long Term Goals:

Still return home

Status of Short Term Goals:

Still working on parenting
Family session last week to work on communication
Exploring summer jobs for Christa
Will be working with Christa on how she has cared for children in past.
Increase visitation as moving toward discharge -

Description of Client's behavior in Program/Status of Program Goals:

Continues battle around smoking
Lots of complaining but responding well to staff & doing task
Visitation improved with mom

Sharon Lee
Secretary

007673

# BIMONTHLY REVIEW OF PLAN OF CARE

Client name: Christa Pike    Today's Date: 6/23/91

Review Team members present:

P, S, D, G. (Kerrie on vacation)

Status of Long Term Goals:

Return home / but this is looking less likely /

- Bonnie Ferrell to do direct work with mother on parenting.
-

Status of Short Term Goals:

- doing volunteer work at Carol Woods - seems to be getting alot
- driver's ed - classes.
- visits on weekends are going well. with mother

problems - with Christa + Allen /

Description of Client's behavior in Program/Status of Program Goals:

* poor - not responsive to authority - or structure -
Smoking continues to be a problem. - smoking in room. / has been on frozen level - 3x since admission

DH

Secretary

007674

BIMONTHLY REVIEW OF
PLAN OF CARE

Client name: Christa Pike  Today's Date: 7.9.91

Review Team members present:
Ginny, Don, Patty, Kenny

Status of Long Term Goals:

Return Home - 07.19.91 -

Status of Short Term Goals:

1) - Bonnie Ferrell needs to meet w/ mother on teen parenting skills
Mom has unrealistic ideas re: home placement

2) - Volunteering @ Carol Woods -

3) - Cont. Dr.'s Ed.

Description of Client's behavior in Program/Status of Program Goals:

- Doing well - doesn't like "No" - helpful with staff -
- Smoking issues continue -

Patty Clarke
Secretary

# DAILY PROGRESS NOTES

Name: Christa Pike Date: April 21. 91

Days in Residence: 1 Census: 15

Contacts with parents, case managers, therapists, school etc.
Admitted with mother, Kerry, Brother in Car.

Behavior relative to treatment goals:
Christa has been adjusting to the program, she seems to be sitting on the outside just taking it all in. She does interact with the group general in a safe way. She does seem to be enjoying the attention of the younger male resident. Today was a day of establishing new pecking order and Christa quietly sat on the side line and watched the others fight it out.

Special accomplishments:
* Worked on learning the program in a positive way.

Illness/Injury/Medication Received:

Other incidents:

Infractions/Discipline:

Daily rating: ✓ Excellent
Acceptable
Needs improvement

Responsible day ✓ Yes
No

Level on today 2
Level for tomorrow 2

Staff signature

007676

# DAILY PROGRESS NOTES

Name: Christa Pike  Date: April 22, 1991

Days in Residence: 2  Census: 5

Contacts with parents, case managers, therapists, school etc.

None

Behavior relative to treatment goals: Christa's behavior today has shown that she is trying to stay on everyone's good side. The other kids were very negative today and constantly disobeying staff. Christa let them know that she agreed with them, but did it in a manner that did not get her in trouble with staff. At quiet hour two other residents were very talkative and objected to quiet hour as a whole, Christa said several times that she agreed, but when it became apparent that everyone needed to be quiet, she would make a production of biting her tongue rather that talking. After quiet hour staff found her in her room crying. She is upset ① Abandoned: mother didn't tell her she was coming here til the day of admission ② she realized how long 3 months is ③ all the interplay with other residents is overstimulating ④ can't decide if she likes the program/staff. Talked about the issues that got her here & seems, for now, to be taking steps to improve the problem.

Special accomplishments:

Talked out feelings w/ staff

Illness/Injury/Medication Received:

none

Other incidents:

Christa's way of dealing with the male resident's is flirtatious. She tried to feed a boy chocolate (her hand ⇒ his mouth). Later she was wrestling with the same guy. She doesn't seem to have a romantic interest in him, this is just the way she deals with guys.

Infractions/Discipline:

none

Daily rating:
- ____ Excellent
- ✓ Acceptable
- ____ Needs improvement

Responsible day:
- ✓ Yes
- ____ No

Level on today: I

Level for tomorrow: I

Amy L. Powell

Staff signature

000158

# DAILY PROGRESS NOTES

Name: Christa Pikett    Date: April 23, 1991

Days in Residence: 3    Census: 5

Contacts with parents, case managers, therapists, school etc.

none

Behavior relative to treatment goals:

Christa is a bundle of energy. She did not want to watch TV today & instead wandered around the house bored until staff turned on the computer game. She helped out with dinner, then spent some time in her room. Laughed through dinner & had a great evening at the mall. Came home and asked to run around the house to work off her energy. Says she is feeling better about being here

Special accomplishments:

Helped w/ dinner

Illness/Injury/Medication Received:

none

Other incidents:

none

Infractions/Discipline:

none

Daily rating: ____ Excellent  ✓ Acceptable  ____ Needs improvement

Responsible day ✓ Yes  ____ No

Level on today I

Level for tomorrow I

Amy L. Powell

Staff signature

007678

# DAILY PROGRESS NOTES

Name: CHRISTA PIKES

Date: APRIL 24, 1991

Days in Residence: 4

Census: 5

Contacts with parents, case managers, therapists, school etc.

SCHOOL

Behavior relative to treatment goals:

CHRISTA HAD A GOOD DAY. SHE DID WELL IN GROUP AND IN QUIET HOUR. SHE AND ANOTHER RESIDENT (MALE) SPENT MUCH OF THE DAY PLAYING AROUND. HE WOULD SAY SOMETHING AND SHE WOULD SLAP HIM. THEY WERE TOLD NUMEROUS TIMES TO STOP, BUT WOULDN'T. OTHERWISE, ACCEPTED AUTHORITY WELL. SPENT MOST OF THE DAY HANGING OUT WITH THE GUYS – ONE RESIDENT IN PARTICULAR – WATCHED T.V. WHEN HE DID, WENT OUTSIDE WHEN HE DID.

Special accomplishments:

STOOD UP FOR RESIDENT OTHERS WERE TEASING

Illness/Injury/Medication Received:

Other incidents:

Infractions/Discipline:

Daily rating:
- ____ Excellent
- ✓ Acceptable
- ____ Needs improvement

Responsible day:
- ✓ Yes
- ____ No

Level on today: I

Level for tomorrow: I

Mary Martin

Staff signature

# DAILY PROGRESS NOTES

Name: CHRISTA PIKE

Date: APRIL 25, 1991

Days in Residence: 5

Census: 5

Contacts with parents, case managers, therapists, school etc.

SCHOOL
CALLED HER SISTER

Behavior relative to treatment goals:

CHRISTA HUNG OUT WITH THE SAME MALE RESIDENT TODAY. SHE TALKED ALL DURING QUIET HOUR. SHE'S BEEN "FORGETTING" THINGS LIKE MAKING HER BED, PUTTING HER DISHES IN THE DISHWASHER, ETC. ACCEPTS AUTHORITY WELL. EVERYTHING SHE SAYS IS POSITIVE. IT MAY OR MAY NOT BE SARCASTIC.

Special accomplishments:

INCLUDES OUTCASTED RESIDENT IN HER CONVERSATIONS AND ACTIVITIES

Illness/Injury/Medication Received:

Other incidents:

Infractions/Discipline:

Daily rating:
- ___ Excellent
- ✓ Acceptable
- ___ Needs improvement

Responsible day: ✓ Yes / ___ No

Level on today: I

Level for tomorrow: I

Mary Martin

Staff signature

007680

# DAILY PROGRESS NOTES

Name: Christa Pike  Date: April 26, 1991

Days in Residence: 6  Census: 5

Contacts with parents, case managers, therapists, school etc.

None

Behavior relative to treatment goals: Christa day was observed as good. She was very talkative and helpful in the kitchen. Attitude throughout the evening was good. Christa was very friendly and postive throughout the evening

Special accomplishments:
Good attitude toward staff and peers

Illness/Injury/Medication Received:

None

Other incidents:

None

Infractions/Discipline:

None

Daily rating: ____ Excellent
✓ Acceptable
____ Needs improvement

Responsible day ✓ Yes
____ No

Level on today 1
Level for tomorrow 1

Staff signature: [signature]

# DAILY PROGRESS NOTES

Name: Christa Pike    Date: April 27, 1991

Days in Residence: 7    Census: 5

Contacts with parents, case managers, therapists, school etc.
Mrs. Pikes picked Christa up at 9:35 am.

Behavior relative to treatment goals: Christa spent majority of her day with her mother. Mrs. Pike picked her up around 9:35 a.m. She stated she would bring her back around 7:00 p.m because she wanted Christa ~~to~~ attend a Pig Picking after the wedding. Christa called back

Special accomplishments: around 5:30 ~~to~~ see if she could get her time extended and she was told she need ~~to~~ be back at 7:00 p.m. Christa's sister, and brother in law

Illness/Injury/Medication Received: brought her back at 6:30 p.m. Christa was in a good mood and talked alot about the wedding. No problems while here.

Other incidents: She went to sleep at the movies

Infractions/Discipline:

Daily rating: ______ Excellent
✓ Acceptable
______ Needs improvement

Responsible day ✓ Yes
______ No

Level on today 2
Level for tomorrow 2

Elaine Adams
Staff signature

007682

# DAILY PROGRESS NOTES

Name: Christa Pike Date: April 28, 1991

Days in Residence: 8 Census: 5

Contacts with parents, case managers, therapists, school etc.

Behavior relative to treatment goals: Christa overall day was satisfactory, she had a problem this evening, she was caught smoking in the bathroom. She first denied it but ~~staff~~ found her cigarette lighter

Special accomplishments: on the sink. She and I talked about rules of the house, and smoking is a

Illness/Injury/Medication Received: no-no if not approved by Director and parents. She listened and stated she was sorry. She was put on Frozen

Other incidents: Level and if behavior is good on Monday she can get off Tuesday. She must have a Level I. ff

Infractions/Discipline:

Daily rating: ____ Excellent
____ Acceptable
✓ Needs improvement

Responsible day ____ Yes
✓ No

Level on today I
Level for tomorrow FROZEN LEVEL

Elaine Adams
Staff signature

000164

007683

# DAILY PROGRESS NOTES

**Name:** Christa Pike **Date:** April 29

**Days in Residence:** 9 **Census:** 5

**Contacts with parents, case managers, therapists, school etc.**

Father called.

**Behavior relative to treatment goals:** Christa seeks interaction with staff and is very supportive of the program thus far. She does not argue when asked to do a chore (making bed, finishing dishes.) One issue is her relationship with one of the male residents. They moved away from each other quickly when staff walked into the room. Christa is also outspoken in an non-threatening way, about her dislike for the other male resident.

**Special accomplishments:**

Showed support of program by using quiet hour well when one resident was trying to entice others into misbehaving

**Illness/Injury/Medication Received:**

none

**Other incidents:**

none

**Infractions/Discipline:**

none

**Daily rating:**
- ___ Excellent
- ✓ Acceptable
- ___ Needs improvement

**Responsible day**
- ✓ Yes
- ___ No

**Level on today** III Frozen
**Level for tomorrow** I

Amy L. Powell
Staff signature

# DAILY PROGRESS NOTES

Name: Christa Pike Date: April 30

Days in Residence: 10 Census: 5

Contacts with parents, case managers, therapists, school etc.

Talked with brother-in-law - He met her at the mall.

Behavior relative to treatment goals:

Christa continues to have positive relationships w/ peers & staff. She gave one of the residents a makeover today and did a great job. She had no issues during the day.

Special accomplishments:

Gave peer a makeover

Illness/Injury/Medication Received:

none

Other incidents:

none.

Infractions/Discipline:

none

| Daily rating: | | | Responsible day | | |
|---|---|---|---|---|---|
| | ✓ | Excellent | | ✓ | Yes |
| | | Acceptable | | | No |
| | | Needs improvement | | | |
| | | | Level on today | I | |
| | | | Level for tomorrow | I | |

Amy L. Powell
Staff signature

# DAILY PROGRESS NOTES

Name: CHRISTA PIKE Date: MAY 1, 1991

Days in Residence: 11 Census: 5

Contacts with parents, case managers, therapists, school etc.

SCHOOL

Behavior relative to treatment goals:

CHRISTA WAS IN A GOOD MOOD ALL DAY. SHE DID WELL AT GROUP AND DURING QUIET HOUR. ASKED IF THEY COULD HAVE SOME FREE TIME BETWEEN 8 AND 8:30 BECAUSE SHE WAS EXPECTING A CALL. WHEN WE DIDN'T, SHE ACCEPTED IT FINE. GOT ALONG WELL WITH BOTH STAFF AND PEERS.

Special accomplishments:

GOOD INPUT IN GROUP

Illness/Injury/Medication Received:

HAD A PHYSICAL AT THE HEALTH DEPARTMENT

THE SCHOOL CALLED TO TELL US THAT CHRISTA HAD A TICK IN HER RIGHT EAR WHICH THEY REMOVED.

Other incidents:

Infractions/Discipline:

Daily rating:
- ___ Excellent
- ✓ Acceptable
- ___ Needs improvement

Responsible day: ✓ Yes ___ No

Level on today: I

Level for tomorrow: I

Mary Martin
Staff signature

# DAILY PROGRESS NOTES

Name: CHRISTA PIKE
Date: MAY 2, 1991

Days in Residence: 12
Census: 5

Contacts with parents, case managers, therapists, school etc.

SCHOOL -

Behavior relative to treatment goals:
CHRISTA GOT SUSPENDED FROM SCHOOL FOR THREE DAYS TODAY. SHE TOLD A TEACHER TO "KISS MY FAT ASS." LATER SHE TOLD US THAT THE TEACHER WAS FALSELY ACCUSING HER OF DISRUPTING CLASS. TRIED TO GET OUT OF HER DISCIPLINE BUT ONLY AFTER A FELLOW RESIDENT BROUGHT UP THE SUBJECT. SINCE SHE COULD NOT PARTICIPATE IN ACTIVITY, BEFORE WE LEFT FOR THE YMCA, I ASKED HER WHERE HER BATHING SUIT WAS. SHE HAD IT IN A BAG WITH EVERYONE ELSE'S STUFF. I HAD TO ASK HER THREE TIMES TO TAKE IT OUT. HER EXCUSE WAS THAT IT ALWAYS STAYED IN THE BAG. HOWEVER, FIVE MINUTES PRIOR TO OUR CONVERSATION, I SAW IT IN HER ROOM. WAS FINE AT THE YMCA. WATCHED OTHER RESIDENTS SWIM AND WASN'T IN A BAD MOOD. FINE AT BED.

Special accomplishments:

Illness/Injury/Medication Received:

Other incidents:

Infractions/Discipline:

Daily rating:
- ___ Excellent
- ✓ Acceptable
- ___ Needs improvement

Responsible day: ✓ Yes ___ No

Level on today: I
Level for tomorrow: I

Mary Martin
Staff signature

007687

# DAILY PROGRESS NOTES

Name: Christa Pike  Date: May 3, 1991

Days in Residence: 13  Census: 5

Contacts with parents, case managers, therapists, school etc.

Behavior relative to treatment goals: Christa's day was observed as good she was a little hyper this evening, but didn't present a problem. She had ~~to~~ stay with ~~staff~~ doing activity time, She handled it very well. As ~~the~~ night came ~~to~~ an end she completed it with no problems

Special accomplishments:

Good ~~attitude~~ while with ~~staff~~

Illness/Injury/Medication Received:

None

Other incidents:

None

Infractions/Discipline:

None

Daily rating: ____ Excellent
✓ Acceptable
____ Needs improvement

Responsible day ✓ Yes
____ No

Level on today I
Level for tomorrow 4

Staff signature: Elaine Adams

# DAILY PROGRESS NOTES

Name: Christa Pike　　Date: May 4, 1991

Days in Residence: 14　　Census: 5

Contacts with parents, case managers, therapists, school etc.

None

Behavior relative to treatment goals: Christa's day was observed as good. She responded well to ~~staff~~ today. She accepted not being able to go on activities for 3 outings very well. Very good attitude about it.

Special accomplishments:

Accepted authority very well

Illness/Injury/Medication Received:

None

Other incidents:

None

Infractions/Discipline:

None

Daily rating: ____ Excellent　✓ Acceptable　____ Needs improvement

Responsible day: ✓ Yes　____ No

Level on today: I

Level for tomorrow: I

Elaine Adams

Staff signature

007689

# DAILY PROGRESS NOTES

Name: Christa Pike  Date: May 5, 1991

Days in Residence: 15  Census: 5

Contacts with parents, case managers, therapists, school etc. Christa mother brought her back around 7:30p.m

Behavior relative to treatment goals: Christa had a visit with her mother today, I took her home around 1:30p.m. Her mother came to pick her up but we hadn't got back from Church. Christa's mother brought her back around 7:30p.m and reported that the visit was good. She returned in a good mood.

Special accomplishments:

Illness/Injury/Medication Received:

None

Other incidents:

None

Infractions/Discipline:

~~None~~ Caught smoking in bedroom at 10:30PM Will be on Frozen level for 3 days - Can get off III by maintaining Level I for 3 days and cooperating w/suspension schedule

Daily rating:
- ___ Excellent
- ✓ Acceptable
- ___ Needs improvement

Responsible day
- ✓ Yes
- ___ No

Level on today: I

Level for tomorrow: ~~III~~ FROZEN

Staff signature: Jeanne Adams

007690

# DAILY PROGRESS NOTES

Name: Christa Pike Date: May 6, 1991

Days in Residence: 16 Census: 5

Contacts with parents, case managers, therapists, school etc.
FOC w/ Kerry & mom today - handled it well.
Suspended - work schedule at Sheaffer House.

Behavior relative to treatment goals: Christa worked hard and had a great attitude all day on suspension schedule. When the others came home there was a meeting b/c the group has been hiding the misbehavior of one of the residents. Christa went through the rest of the day hypes. She came up with unreasonable goals during group, but finally made it through. Good quiet hour & evening.

Special accomplishments:
worked great during suspension schedule

Illness/Injury/Medication Received:
Lots of coughing

Other incidents:
none

Infractions/Discipline:
none

Daily rating: ______ Excellent
✓ Acceptable
______ Needs improvement

Responsible day ✓ Yes
______ No

Level on today Frozen III
Level for tomorrow I / FROZEN III

Amy L. Powell
Staff signature

000172

# DAILY PROGRESS NOTES

Name: Christa Pikos    Date: May 7, 1991

Days in Residence: 17    Census: 5

Contacts with parents, case managers, therapists, school etc.
# Suspension schedule at Sheaffer House.

Behavior relative to treatment goals: Christa again worked very hard today. She has finally decided she would rather be at school though. She had no issues with staff and peers, although she becomes noticably less positive when her peers are around.

Special accomplishments:
Still working well during suspension schedule

Illness/Injury/Medication Received:
none

Other incidents:
~~none~~ Christa has been told that she may not sit on the couch with one of the male residents

Infractions/Discipline:
Frozen Level III still

Daily rating:
____ Excellent
✓ Acceptable
____ Needs improvement

Responsible day
✓ Yes
____ No

Level on today I/FZIII
Level for tomorrow I/FZIII

Amy L. Powell
Staff signature

# DAILY PROGRESS NOTES

Name: CHRISTA PIKE Date: MAY 8, 1991

Days in Residence: 18 Census: 5

Contacts with parents, case managers, therapists, school etc.

Behavior relative to treatment goals:
CHRISTA WORKED GREAT WHILE AT HOME TODAY. SHE DIDN'T COMPLAIN, BUT WHEN ASKED SHE SAID THAT SHE WOULD MUCH RATHER BE AT SCHOOL. AT DUKE FOREST SHE RAN OFF WITH THE OTHER RESIDENTS. TALKED MORE THAN THE REST DURING QUIET HOUR, BUT MUCH LESS THAN SHE NORMALLY DOES. NO PROBLEMS AT BED.

Special accomplishments:
WORKED GREAT WHILE AT

Illness/Injury/Medication Received:

Other incidents:

Infractions/Discipline:

Daily rating: ______ Excellent
✓ Acceptable
______ Needs improvement

Responsible day ✓ Yes
______ No

Level on today FZ II
Level for tomorrow I

Mary Martin
Staff signature

# DAILY PROGRESS NOTES

Name: CHRISTA PIKE  Date: MAY 9, 1991

Days in Residence: 19  Census: 5

Contacts with parents, case managers, therapists, school etc.

SCHOOL

Behavior relative to treatment goals: CHRISTA'S ROOM WAS MESSY TODAY. IN THE AFTERNOON SHE WAS FINE. NO PROBLEMS AT QUIET HOUR. WENT SWIMMING AT THE YMCA, STOLE CANDY FROM THE STAFF BEDROOM. WITH ANOTHER RESIDENT

Special accomplishments:
WAS PRODUCTIVE DURING QUIET HOUR

Illness/Injury/Medication Received:

Other incidents:

Infractions/Discipline:

Daily rating:
- ____ Excellent
- ✓ Acceptable
- ____ Needs improvement

Responsible day: ✓ Yes ____ No

Level on today: I
Level for tomorrow: I

Mary Martin
Staff signature

# DAILY PROGRESS NOTES

Name: Christa Pike Date: May 10, 1991

Days in Residence: 20 Census: 5

Contacts with parents, case managers, therapists, school etc.

none

Behavior relative to treatment goals: Christa evening was observed as good, she got along very well with her peers she played basketball with the other residents most of the evening.

Special accomplishments:

Interacted very well with peers

Illness/Injury/Medication Received:

none

Other incidents:

none.

Infractions/Discipline:

none.

Daily rating: ✓ Excellent / ✓ Acceptable / ___ Needs improvement

Responsible day ✓ Yes / ___ No

Level on today I

Level for tomorrow I

Elaine Adams
Staff signature

007695

# DAILY PROGRESS NOTES

Name: Christa Pike Date: May 11, 1991

Days in Residence: 21 Census: 4

Contacts with parents, case managers, therapists, school etc.
mother picked Christa up at 1:00 p.m. today

Behavior relative to treatment goals: Christa had a very good day, she spent majority of her day at mom's. Mrs Pikes reported that she had a good visit at home, no problems she was in a very good mood when she returned

Special accomplishments:
Good Homework

Illness/Injury/Medication Received:
None

Other incidents:
none

Infractions/Discipline:
none

Daily rating: ______ Excellent
__✓__ Acceptable
______ Needs improvement

Responsible day __✓__ Yes
______ No

Level on today __I__
Level for tomorrow __I__

Elaine Adams
Staff signature

# DAILY PROGRESS NOTES

Name: Christa Pike    Date: May 12, 1991

Days in Residence: 22    Census: 5

Contacts with parents, case managers, therapists, school etc.
Mrs. Fatos picked Christa up around 10:00 p.m.

Behavior relative to treatment goals: Christa returned around 7:00 p.m. Mother reported that she had a good visit, they spent time with the rest of the family. Christa returned in a good mood. She was very talkative to staff.

Special accomplishments:
GOOD VISIT WITH MOTHER & FAMILY

Illness/Injury/Medication Received:
None

Other incidents:
None

Infractions/Discipline:
None

Daily rating:
- ______ Excellent
- ✓ Acceptable
- ______ Needs improvement

Responsible day:
- ✓ Yes
- ______ No

Level on today: /
Level for tomorrow: /

Elaine Adams
Staff signature

# DAILY PROGRESS NOTES

Name: Christa Pike Date: May 13, 1991

Days in Residence: 23 Census: 4

Contacts with parents, case managers, therapists, school etc.

none

Behavior relative to treatment goals:

Christa has had a fine, productive day outwardly. However she is vocal about the fact that she is having a bad day and dealing with a problem she does not want to share with staff. She left what she was doing suddenly, several times, and went to her room to put her pillow to her face and scream. She returned smiling. Otherwise she has had no issues in the program.

Special accomplishments:

Worked great in quiet hour on her journal for the week.

Illness/Injury/Medication Received:

2 non aspirin for headache

Other incidents:

Infractions/Discipline:

Daily rating: ________ Excellent

________ Acceptable

________ Needs improvement

Responsible day ________ Yes

________ No

Level on today ________

Level for tomorrow ________

Amy L. Powell

Staff signature

# DAILY PROGRESS NOTES

Name: Christa Pike

Date: May 14, 1991

Days in Residence: 24

Census: 3

Contacts with parents, case managers, therapists, school etc.

none

Behavior relative to treatment goals: Christa expected to be able to move into another resident's room and was upset when told she could not. Afternoon was quiet, still seems to be upset about yesterday's problem or not feeling well b/c of her period. Slept during quiet hour. Total change of attitude over dinner and had a great evening, played hard.

Special accomplishments:

Changed attitude

Illness/Injury/Medication Received:

2 non-aspirin at bedtime for headache

Other incidents:

none

Infractions/Discipline:

none

Daily rating:
- ___ Excellent
- ✓ Acceptable
- ___ Needs improvement

Responsible day:
- ✓ Yes
- ___ No

Level on today: I

Level for tomorrow: ___

Amy L. Powell

Staff signature

# DAILY PROGRESS NOTES

Name: CHRISTA PIKE    Date: MAY 15, 1997

Days in Residence: 25    Census: 3

Contacts with parents, case managers, therapists, school etc.

SCHOOL

Behavior relative to treatment goals:
FINE THIS MORNING. Came HOME FROM SCHOOL IN A GOOD MOOD. HELPED STAFF MAKE DINNER. WAS QUIET DURING QUIET HOUR. LAZY ABOUT DOING HER CHORE BUT DID IT WITHOUT PROBLEMS EXCITED ABOUT MOVING INTO ~~[illegible]~~ ANOTHER ROOM WITH A ROOMATE. ADMITTED TO SMOKING AT SCHOOL, BUT NOT HERE (AT THE BUS STOP.)

Special accomplishments:

HELPED MAKE DINNER

Illness/Injury/Medication Received:

Other incidents:

Infractions/Discipline:

Daily rating: ✓ Excellent
___ Acceptable
___ Needs improvement

Responsible day ✓ Yes
___ No

Level on today I
Level for tomorrow I

Mary Martin
Staff signature

007700

# DAILY PROGRESS NOTES

Name: CHRISTA PIKE Date: MAY 16, 1991

Days in Residence: 26 Census: 4

Contacts with parents, case managers, therapists, school etc.

SCHOOL

Behavior relative to treatment goals:

CHRISTA NEARLY MISSED THE BUS THIS MORNING, BUT DID GET OUT JUST IN TIME. HER ROOM, HOWEVER, WAS CLUTTERED AND MESSY. INTERACTED WELL WITH THE NEW RESIDENT. STARTED TO HELP WITH DINNER BUT WAS TOO RESTLESS TO STAY AT ONE TASK FOR TOO LONG. NO PROBLEMS AT BED.

Special accomplishments:

DID VERY WELL WORKING AND BEING QUIET DURING QUIET HOUR.

Illness/Injury/Medication Received:

Other incidents:

Infractions/Discipline:

Daily rating:

- ______ Excellent
- ✓ Acceptable
- ______ Needs improvement

Responsible day ✓ Yes ______ No

Level on today I

Level for tomorrow I

[signature]

Staff signature

007701

# DAILY PROGRESS NOTES

Name: Christa Pike Date: May 17, 1991

Days in Residence: 26 Census: 4

Contacts with parents, case managers, therapists, school etc.

Behavior relative to treatment goals: Christa had a very good evening, she was very helpful to the new residents. She showed them where to put the utensils and how to do their chores, Very positive behavior displayed.

Special accomplishments:

Very helpful to new residents

Illness/Injury/Medication Received:

None

Other incidents:

None

Infractions/Discipline:

None

Daily rating: ______ Excellent
✓ Acceptable
______ Needs improvement

Responsible day ✓ Yes
______ No

Level on today II
Level for tomorrow I

Elaine Adams
Staff signature

007702

# DAILY PROGRESS NOTES

Name: Christa Pike Date: May 18, 1991

Days in Residence: 28 Census: 4

Contacts with parents, case managers, therapists, school etc.

Behavior relative to treatment goals: Christa left this morning for a day visit. She returned around 10:00am. Her sister brought her back around 7:00 p.m. She reported that the visit went good. Christa

Special accomplishments: evening was very responsible she mingled and had lots of fun with her peers and ~~staff~~

Illness/Injury/Medication Received:

None

Other incidents:

None

Infractions/Discipline:

None

Daily rating: ____ Excellent
✓ Acceptable
____ Needs improvement

Responsible day ✓ Yes
____ No

Level on today I
Level for tomorrow I

Elaine Adams
Staff signature

000184

007703

# DAILY PROGRESS NOTES

Name: Christa Pike Date: May 4 1991

Days in Residence: 29 Census: 4

Contacts with parents, case managers, therapists, school etc.

Mother picked Christa up at 9:40 a.m.
Sister brought her back at 6:45 p.m

Behavior relative to treatment goals: Christa left this morning at 9:45. She returned in a very good mood. as the night progressed she wasn't feeling too well, she laid down and started complaining about her throat. Then she started trembling uncontrollably. Finally after relaxing and putting a cold cloth to her head she settled down. At bedtime she was ok.

Special accomplishments:

Illness/Injury/Medication Received:

1 Benadryl

Other incidents:

none

Infractions/Discipline:

none

Daily rating: ✓ Excellent
✓ Acceptable
___ Needs improvement

Responsible day ✓ Yes
___ No

Level on today II
Level for tomorrow I

Elaine Adams
Staff signature

007704

# DAILY PROGRESS NOTES

Name: Christa Pike    Date: May 20, 1991

Days in Residence: 30    Census: 4

**Contacts with parents, case managers, therapists, school etc.**

Doctor visit 4:30 pm - diagnosed with strep.

**Behavior relative to treatment goals:**

Christa came home looking ok, but feeling terrible. She was rushed to the doctor and diagnosed w/ strep. Christa has an amazing amount of energy, even when sick. She had a short nap, but was up and with peers as much as possible.

**Special accomplishments:**

Succombed to short nap.

**Illness/Injury/Medication Received:**

2    4 Chloraseptic

4 non-aspirin

**Other incidents:**

none

**Infractions/Discipline:**

none

Daily rating: ______ Excellent
______ Acceptable
______ Needs improvement

Responsible day ______ Yes
______ No

Level on today ______
Level for tomorrow ______

______________________________
Staff signature

007705

# DAILY PROGRESS NOTES

**Name:** Christa Pike **Date:** May 21, 1991

**Days in Residence:** 31 **Census:** 4

**Contacts with parents, case managers, therapists, school etc.**

Christa was home sick today - although she really wanted to be at school.

**Behavior relative to treatment goals:** Christa did not want to stay at SH today, but did well, slept + read a lot. She did not appear ill at all once her peers returned. She was angry when told she could not go outside b/c she was sick. Christa was supportive of another resident who received bad news tonight. Christa is testing limits some with staff. She maintains good relationships w/ peers.

**Special accomplishments:**

Helped peer w/ dishes.

**Illness/Injury/Medication Received:**

4 BETAPEN

**Other incidents:**

none

**Infractions/Discipline:**

none

**Daily rating:**
- ___ Excellent
- ✓ Acceptable
- ___ Needs improvement

**Responsible day:** ✓ Yes ___ No

**Level on today:** II

**Level for tomorrow:** I

Amy L. Powell

Staff signature

000187

# DAILY PROGRESS NOTES

Name: CHRISTA PIKE Date: MAY 22, 1991

Days in Residence: 32 Census: 4

Contacts with parents, case managers, therapists, school etc.

SCHOOL

Behavior relative to treatment goals:
CHRISTA WAS IN A GOOD MOOD TODAY, HER THROAT SEEMS BETTER. DID A GOOD JOB ON HER CHORE. READ DURING QUIET HOUR. TESTED, LIMITS SOME - BUT NOT MUCH. INTERACTED WELL WITH STAFF AND PEERS. WAS IN HER ROOM AT 10:00 AND DID NOT COME BACK OUT. HAD TO BE CONSTANTLY ASKED TO FINISH DOING THE DISHES.

Special accomplishments:

WAS QUIET AND PRODUCTIVE DURING QUIET HOUR.

Illness/Injury/Medication Received:
4 PETAPEN

4 CHLORASEPTIC

Other incidents:

Infractions/Discipline:

Daily rating: ______ Excellent
✓ Acceptable
______ Needs improvement

Responsible day ✓ Yes
______ No

Level on today I
Level for tomorrow I

Mary Martin
Staff signature

# DAILY PROGRESS NOTES

Name: CHRISTA PIKE  Date: MAY 23, 1991

Days in Residence: 33  Census: 4

Contacts with parents, case managers, therapists, school etc.

SCHOOL

Behavior relative to treatment goals:
CHRISTA WAS FINE THIS MORNING. SEEMED TO BE OKAY (PHYSICALLY) THIS AFTERNOON, ALTHOUGH SHE SPENT ALL AFTERNOON ASLEEP. HAD FUN BOWLING DURING ACTIVITY. TALKED TO STAFF SOME ABOUT BEING IN THE MIDDLE OF CASSANDRA AND TINA. WAS IN A GOOD MOOD ALL DAY.

Special accomplishments:

ACCEPTED AUTHORITY SUPRISINGLY WELL

Illness/Injury/Medication Received:
4 CHLORASEPTIC
4 BETAPEN

Other incidents:

Infractions/Discipline:

| Daily rating: | | | Responsible day | | |
|---|---|---|---|---|---|
| | | Excellent | | ✓ | Yes |
| | ✓ | Acceptable | | | No |
| | | Needs improvement | | | |
| | | | Level on today | I | |
| | | | Level for tomorrow | I | |

Mary Martin
Staff signature

# DAILY PROGRESS NOTES

Name: Christa Pike

Date: June 1, 1991

Days in Residence: 42

Census: 5

Contacts with parents, case managers, therapists, school etc.

Mrs. Pike picked Christa up at 10:00a.m

Behavior relative to treatment goals: Christa left at 10:00 a.m. for an overnite visit at mothers

Special accomplishments:

Illness/Injury/Medication Received:

Other incidents:

Infractions/Discipline:

Daily rating: ✓ Excellent / Acceptable / Needs improvement

Responsible day: ✓ Yes / No

Level on today: #

Level for tomorrow: #

Elaine Adams

Staff signature

# DAILY PROGRESS NOTES

Name: Christa Pike Date: June 2, 1997

Days in Residence: 43 Census: 5

Contacts with parents, case managers, therapists, school etc. Mrs. Pike brought her back from her weekend visit

Behavior relative to treatment goals: Christa returned around 6:00pm Her visit at mom's this weekend went very well. She was in good spirits when she returned she was very excited about a new bathing suit she got this weekend

Special accomplishments:
Did a good job on her chores

Illness/Injury/Medication Received:
None

Other incidents:
None

Infractions/Discipline:
None

Daily rating: ___ Excellent ✓ Acceptable ___ Needs improvement

Responsible day ✓ Yes ___ No

Level on today I
Level for tomorrow I

Elaine Adams
Staff signature

# DAILY PROGRESS NOTES

Name: Christa Pike Date: June 1, 1991

Days in Residence: 42 Census: 5

Contacts with parents, case managers, therapists, school etc.
Mrs. Pike picked Christa up at 10:00a.m

Behavior relative to treatment goals: Christa left at 10:00 a.m. for an overnite visit at mothers

Special accomplishments:

Illness/Injury/Medication Received:

Other incidents:

Infractions/Discipline:

Daily rating: ✓ Excellent
Acceptable
Needs improvement

Responsible day ✓ Yes
No

Level on today
Level for tomorrow

Elaine Adams
Staff signature

007711

# DAILY PROGRESS NOTES

Name: Christa Pike Date: June 2, 1991

Days in Residence: 43 Census: 5

Contacts with parents, case managers, therapists, school etc.

Mrs. Pike brought ~~her~~ back from her weekend visit

Behavior relative to treatment goals: Christa returned around 6:00pm Her visit at mom's this weekend went very well. She was in good spirits when she returned she was very excited about a new bathing suit she got this weekend

Special accomplishments:

Did a good job on her chores

Illness/Injury/Medication Received:

None

Other incidents:

None

Infractions/Discipline:

None

Daily rating: ______ Excellent
✓ Acceptable
______ Needs improvement

Responsible day ✓ Yes
______ No

Level on today I
Level for tomorrow I

Elaine Adams
Staff signature

000193

# DAILY PROGRESS NOTES

Name: Christa Pike Date: June 3 1991

Days in Residence: 44 Census: 5

Contacts with parents, case managers, therapists, school etc.

none

Behavior relative to treatment goals: Christa was not as cheerful today, she complained and was easily frustrated with staff. She does not act out when frustrated, instead she announces that she will no longer communicate b/c it doesn't get her anywhere and shuts up. Christa has a mothering instinct that leads her to try to soothe her friends all the time.

Special accomplishments:

Great advise for other resident in group. Given in very appropriate way

Illness/Injury/Medication Received:

2 non asprin for menstrual pain.

Other incidents:

none

Infractions/Discipline:

none

Daily rating:
- ____ Excellent
- ✓ Acceptable
- ____ Needs improvement

Responsible day: ✓ Yes ____ No

Level on today: I

Level for tomorrow: I

Amy L. Powell

Staff signature

007713

# DAILY PROGRESS NOTES

Name: Christa Pike　　Date: June 4, 1991

Days in Residence: 45　　Census: 5

Contacts with parents, case managers, therapists, school etc.

Christa was dismissed from ~~school today~~ assembly today and the school called to ask that she not return to school tomorrow.

Behavior relative to treatment goals:

On the way to school Christa asked if she could have a 2 week extension. She returned to S.H. in a cheerful mood, hoping to be able to go on the activity tonight. Christa is very sensitive about being interrupted and disrupts conversation with, "Well, I'm just not going to say anything..." over and over.

Special accomplishments:

Illness/Injury/Medication Received:

Other incidents:

Infractions/Discipline:

Daily rating:
- ____ Excellent
- ✓ Acceptable
- ____ Needs improvement

Responsible day: ✓ Yes ____ No

Level on today: I

Level for tomorrow: II

Amy L. Powell

Staff signature

000195

# DAILY PROGRESS NOTES

Name: CHRISTA PIKE

Date: JUNE 5, 1991

Days in Residence: 46

Census: 5

Contacts with parents, case managers, therapists, school etc.

Behavior relative to treatment goals:

CHRISTA'S MORNING WENT WELL. SHE AND THE OTHER RESIDENTS GOT ALONG WELL AND WERE RESPONSIBLE ALL AFTERNOON WITH LITTLE STAFF SUPERVISION. AT DINNER CHRISTA PRESENTED A VERY REASONABLE REQUEST TO STAFF. SHE ASKED THAT IF WE GOT QUIET HOUR AND GROUP DONE, IF WE COULD GO SWIMMING. SHE PRESENTED IT VERY RESPONSIBLY - NOT MANIPULATIVE OR ANYTHING. SHE THEN GOT EVERYONE TO HELP WITH THE DISHES SO THEY COULD LEAVE SOONER. FINE DURING QUIET HOUR AND GROUP.

Special accomplishments:

TALKED TO STAFF ABOUT STUFF BOTHERING HER AT SHEAFFER HOUSE

Illness/Injury/Medication Received:

Other incidents:

Infractions/Discipline:

Daily rating:
- Excellent
- ✓ Acceptable
- Needs improvement

Responsible day: ✓ Yes / No

Level on today: II

Level for tomorrow: I

Mary Mart[illegible]

Staff signature

007715

# DAILY PROGRESS NOTES

Name: CHRISTA PIKE

Date: JUNE 6, 1997

Days in Residence: 47

Census: 5

Contacts with parents, case managers, therapists, school etc.

Behavior relative to treatment goals: CHRISTA WAS IN A GOOD MOOD FOR MOST OF THE DAY. SHE AND SOME OTHER RESIDENTS DECIDED TO GO ON A DIET. CHRISTA GOT UPSET WHEN SHE WAS TOLD THAT SHE COULD NOT MAKE A SALAD FOR DINNER. SHE COMPLAINED AND WAS CRITICAL THROUGHOUT DINNER. SHE THREATENED TO NOT ~~EAT~~ ALTHOUGH IN THE END SHE ATE A LITTLE. WAS STILL UPSET AFTER DINNER. STAFF DISTRACTED HER, AND SHE WAS FINE. COMPLAINED SOME ABOUT NOT BEING ABLE TO GO SOMEWHERE THIS EVENING. NEEDS THINGS TO ENTERTAIN HER, WAS CAUGHT SMOKING TWICE TODAY.

Special accomplishments:

ACCEPTED CONSEQUENCES OF HER BEHAVIOR WITHOUT MAKING EXCUSES

Illness/Injury/Medication Received:

Other incidents:

Infractions/Discipline:

Daily rating: ______ Excellent ______ Acceptable ______ Needs improvement

Responsible day ______ Yes ______ No

Level on today ______

Level for tomorrow ______

Mary Mart[illegible]

Staff signature

007716

# DAILY PROGRESS NOTES

Name: Christa Pike  Date: June 7, 8, 1991

Days in Residence: 48, 49  Census: 5

Contacts with parents, case managers, therapists, school etc.

Behavior relative to treatment goals: Christa is gone on a weekend visit with her mother. They went to West Virginia. Christa will return at 9:00p.m Sunday.

Special accomplishments:

Illness/Injury/Medication Received:

Other incidents:

Infractions/Discipline:

Daily rating:
- ____ Excellent
- ✓ Acceptable
- ____ Needs improvement

Responsible day:
- ✓ Yes
- ____ No

Level on today: I

Level for tomorrow: I

Elaine Adams
Staff signature

007717

# DAILY PROGRESS NOTES

Name: Christa Pike Date: June 9 91

Days in Residence: 50 Census: 5

Contacts with parents, case managers, therapists, school etc.

RETURNED FROM Homevisit at 900.

Behavior relative to treatment goals:

Christa Returned very proud of her time with her mom. And how well it went. She Reentered Group well Very Positive. No Issues.

Special accomplishments:

Good Study time

Illness/Injury/Medication Received:

—

Other incidents:

—

Infractions/Discipline:

—

Daily rating: ✓ Excellent
____ Acceptable
____ Needs improvement

Responsible day ✓ Yes
____ No

Level on today I
Level for tomorrow 4

Staff signature

000199

# DAILY PROGRESS NOTES

Name: Christa Pike Date: June 10, 1991

Days in Residence: 51 Census: 5

**Contacts with parents, case managers, therapists, school etc.**

none

**Behavior relative to treatment goals:** Christa was very tired & sluggish this morning. She needed rest between everything she did. She said she couldn't possibly mop the floor for her chore. She was restricted from activity and took about a 3-4 hour nap. Then she got up and made dinner. Christa took some time to herself, walking around the house and nature watching. She led activity planning in group. Christa said she feels like the residents bicker a lot now and that's hard for her.

**Special accomplishments:**

Makes good grilled chicken.
Took time for herself.

**Illness/Injury/Medication Received:**

none

**Other incidents:**

none

**Infractions/Discipline:**

none

Daily rating:
- ___ Excellent
- ✓ Acceptable
- ___ Needs improvement

Responsible day: ✓ Yes ___ No

Level on today: I
Level for tomorrow: I

Amy L. Powell
Staff signature

007719

# DAILY PROGRESS NOTES

Name: Christa Pike  Date: June 11

Days in Residence: 52  Census: 5

**Contacts with parents, case managers, therapists, school etc.**

Mom called and Christa talked to her about setting up a hospital tour for Friday night.

**Behavior relative to treatment goals:** Christa again was quiet and had slow responses in the morning. She didn't seem to really wake up until just before lunch. At lunch she was very active in carrying on with another resident. She had another long nap because she was restricted from activity. She woke up very loud and hyper. At dinner she partici-pated in lots of insulting and loudness. Staff took her out to run off some energy after finding her + her roommate bouncing on beds b/c they had so much energy. When group went out Christa was critical of everything. In the van she was loud, commenting on all passers-by and mocking people's dancing. She continued to yell at peers as the evening went on + had a hard time staying in her room after 10.

**Special accomplishments:**

Cooked dinner

**Illness/Injury/Medication Received:**

non-aspirins for headache

**Other incidents:**

—

**Infractions/Discipline:**

—

Daily rating: ____ Excellent ____ Acceptable ✓ Needs improvement

Responsible day ✓ Yes ____ No

Level on today I

Level for tomorrow ____

Amy L. Powell
Staff signature

000201

007720

# DAILY PROGRESS NOTES

Name: CHRISTA PIKE

Date: JUNE 12, 1991

Days in Residence: 53

Census: 5

Contacts with parents, case managers, therapists, school etc.

Behavior relative to treatment goals: LAST NIGHT CHRISTA AND ANOTHER FEMALE RESIDENT SET THEIR ALARMS AND WENT DOWN TO THE BOYS' ROOM FOR ABOUT 1½ UNTIL THEY WERE CAUGHT. CHRISTA AND THE OTHER RESIDENT CAME UP WITH AN ELABORATE STORY TO COVER FOR WHAT THEY HAD DONE. ACCEPTED THE CONSEQUENCES SHE WAS GIVEN. WORKED WELL IN THE AFTERNOON AROUND THE HOUSE. DID WELL IN GROUP. NO PROBLEMS IN THE EVENING.

Special accomplishments: DID NOT PUSH LIMITS OF HER CONSEQUENCES

Illness/Injury/Medication Received:

Other incidents:

Infractions/Discipline: FZ III FOR 4 DAYS

Daily rating:

- ___ Excellent
- ✓ Acceptable
- ___ Needs improvement

Responsible day: ✓ Yes ___ No

Level on today: I

Level for tomorrow: FZ III

[signature] Mary [illegible]

Staff signature

000202

007721

# DAILY PROGRESS NOTES

Name: CHRISTA PIKE

Date: JUNE 13, 1994

Days in Residence: 54

Census: 5

Contacts with parents, case managers, therapists, school etc.

Behavior relative to treatment goals: CHRISTA HAD A PROBLEM WITH ONE OF THE MALE RESIDENTS ALL DAY TODAY. EVERYTHING HE DID BUGGED HER AND HE KNEW IT. ON A FEW OCCASSIONS SHE SCREAMED AT HIM AND STORMED UP TO HER ROOM. SHE HAD A GOOD DAY OTHER THAN THAT. COOKED DINNER ALTHOUGH ALTHOUGH SHE GOT BORED AND DIDN'T FINISH IT. DID A PRETTY GOOD JOB ON HER CHORE THIS MORNING. FINE AT DINNER. THE KIDS THOUGHT THEY SAW SOMEONE OUTSIDE AT BEDTIME. CHRISTA WAS PRETTY SCARED AT FIRST BUT LATER TURNED OUT TO BE THE MOST CLEAR HEADED AND REASONABLE. DIFFICULT TO GET INTO BED AT 10:00.

Special accomplishments:

Illness/Injury/Medication Received:

Other incidents:

Infractions/Discipline:

Daily rating: Excellent ___ Acceptable ✓ Needs improvement ___

Responsible day: Yes ✓ No ___

Level on today: F2 III

Level for tomorrow: F2 III

Mary Martin

Staff signature

000203

007722

# DAILY PROGRESS NOTES

Name: Christa Pike  Date: 6-14-91

Days in Residence: 55  Census: 5

Contacts with parents, case managers, therapists, school etc.

saw Kerry when she came out to see another resident

Behavior relative to treatment goals: Christa had a very good day. She spent a great deal of time preparing banners & making cupcakes for some upcoming events & really got into it. Christa had positive interactions w/both staff & peers and was enjoyable to be around - She had only one brief moment of moodiness regarding Frozen Level but got over that relatively quickly. She tried to get out of some of the stipulations for getting off Frozen Level III to no avail thus her moodiness -

Special accomplishments:

worked hard on making special occasions nice for staff - banners & cupcakes

Illness/Injury/Medication Received:

—

Other incidents:

—

Infractions/Discipline:

—

Daily rating: ✓ Excellent
___ Acceptable
___ Needs improvement

Responsible day ✓ Yes
___ No

Level on today Frozen III
Level for tomorrow " III

GS DeLong
Staff signature

# DAILY PROGRESS NOTES

Name: Christa Pike

Date: June 15/16 91

Days in Residence: 56/57

Census: 5

Contacts with parents, case managers, therapists, school etc.

Behavior relative to treatment goals: home visit Saturday ER
home visit Sunday ER

Special accomplishments:

Illness/Injury/Medication Received:

Other incidents:

Infractions/Discipline:

Daily rating: ______ Excellent
______ Acceptable
______ Needs improvement

Responsible day ______ Yes
______ No

Level on today ______
Level for tomorrow ______

______________________
Staff signature

# DAILY PROGRESS NOTES

Name: Christa Pike
Date: June 17, 1991

Days in Residence: 58
Census: 5

**Contacts with parents, case managers, therapists, school etc.**

Returned from homevisit 12:00 - reported good visit, she & mom fought some
Drivers ed. 1:30 - 3:30
Baked cookies w/ Kerri 4:00

**Behavior relative to treatment goals:** Christa spent a great deal of the day away from her peers - first at home, then at driver's ed. She spent some time baking cookies w/ Kerri. Christa continues to have very valuable input in group. She easily helps others pinpoint issues they need to work on and encourages them to give her feedback as well. At the end of group she became super frustrated because no one was listening to her and she stormed out. After spending 45 min. to herself (30 min doing work-out video) she was back to normal.

**Special accomplishments:**

Christa made some remarks indicating that she is thinking through some of the reasons for the issues she has with her mom.

**Illness/Injury/Medication Received:**

—

**Other incidents:**

—

**Infractions/Discipline:**

—

Daily rating:
- ____ Excellent
- ✓ Acceptable
- ____ Needs improvement

Responsible day: ✓ Yes ____ No

Level on today: I
Level for tomorrow: I

Amy L. Powell
Staff signature

007725

# DAILY PROGRESS NOTES

Name: Christa Pike Date: June 18

Days in Residence: 59 Census: 5

Contacts with parents, case managers, therapists, school etc.
Drivers ed.

Behavior relative to treatment goals: Christa had a headache this morning, but was feeling fine and moving by lunchtime. [illegible] Christa has had excellent interactions with peers and staff today. She has been cheerful and worked on getting things ready for another residents going away party tomorrow.

Special accomplishments:
Christa is really good about checking out how peers feel, like when changing activity from mall to YMCA.

Illness/Injury/Medication Received:
Went back to bed after breakfast w/ a headache. After 2 nonaspirin and 1hr. nap she felt better.

Other incidents:

Infractions/Discipline:
Staff suspects Christa has been smoking in her room and discussed it with her.

Daily rating:
- ______ Excellent
- ✓ Acceptable
- ______ Needs improvement

Responsible day: ✓ Yes ______ No

Level on today: I

Level for tomorrow: ______

Amy L. Powell
Staff signature

# DAILY PROGRESS NOTES

Name: CHRISTA PIKE

Date: JUNE 19, 1991

Days in Residence: 60

Census: 4

Contacts with parents, case managers, therapists, school etc.

DRIVER'S ED

Behavior relative to treatment goals:

CHRISTA SPENT ALL MORNING DRESSING UP THE MALE RESIDENTS. SHE COMPLAINED SOME ABOUT HAVING TO DO HER CHORE AND CLEAN UP HER ROOM, BUT SHE EVENTUALLY DID IT. WENT TO DRIVER'S ED IN THE AFTERNOON. AFTERWARDS SHE COMPLAINED ABOUT NOT BEING ABLE TO GO ON ACTIVITIES. DID WELL IN GROUP. HER BROTHER-IN-LAW CAME BY IN THE EVENING AND TOOK HER OUT TO PRACTICE DRIVING. SHE RETURNED WITHOUT ANY PROBLEMS. GOT ALONG WELL WITH PEERS. DID WELL ON HER PERSONAL GOAL.

Special accomplishments:

WAS IN HER ROOM TO STAY AT 10:00

Illness/Injury/Medication Received:

Other incidents:

Infractions/Discipline:

Daily rating:
- ____ Excellent
- ✓ Acceptable
- ____ Needs improvement

Responsible day: ✓ Yes / ____ No

Level on today: I

Level for tomorrow: I

Mary Martin
Staff signature

# DAILY PROGRESS NOTES

Name: CHRISTA PIKE
Date: JUNE 20, 1991

Days in Residence: 61
Census: 4

Contacts with parents, case managers, therapists, school etc.

Behavior relative to treatment goals:
CHRISTA WENT TO A RETIREMENT HOME THIS MORNING TO VOLUNTEER. FINE IN THE AFTERNOON. AFTER DRIVER'S ED, SHE WAS UPSET ABOUT SOMETHING AND TOOK IT OUT ON EVERYONE ELSE. SHE CONTINUED PICKING ON ONE RESIDENT THROUGH QUIET HOUR. AFTER ACTIVITY SHE WAS HYPER. SHE AND ANOTHER RESIDENT ACTED LIKE THEY WERE HIGH FOR AWILE - THEY GOT NO ATTENTION FOR IT SO THEY STOPPED. STAFF TRIED TALKING TO HER AND SHE REFUSED TO LISTEN - LEFT THE ROOM MID-SENTENCE.

Special accomplishments:
PATIENTLY WAITED FOR ANOTHER RESIDENT TO INTERVIEW FOR A JOB.

Illness/Injury/Medication Received:

Other incidents:

Infractions/Discipline:

Daily rating: ______ Excellent
______ Acceptable
✓ Needs improvement

Responsible day ______ Yes
✓ No

Level on today I
Level for tomorrow II

Mary Martin
Staff signature

# DAILY PROGRESS NOTES

**Name:** Christa Pike **Date:** June 21, 1991

**Days in Residence:** 62 **Census:** 4

**Contacts with parents, case managers, therapists, school etc.**

**Behavior relative to treatment goals:** Christa was on frozen level
her attitude on frozen level
throughout the day, she has abided by all
has been very good. While on evening activities, she
the rules. she wanted to spend time with
was very responsible, she was on frozen level she
her friends but because she handled it real well.
consent,

**Special accomplishments:**
Good behavior on Frozen Level

**Illness/Injury/Medication Received:**

None

**Other incidents:**

None

**Infractions/Discipline:**

Frozen level III - Carton of cigarettes (half-smoked) was found in her room

**Daily rating:**
- ___ Excellent
- ✓ Acceptable
- ___ Needs improvement

**Responsible day**
- ✓ Yes
- ___ No

**Level on today** Frozen III
**Level for tomorrow** Frozen III

Elaine Adams
Staff signature

# DAILY PROGRESS NOTES

Name: Christa Pike Date: ~~June 22, 1991~~

Days in Residence: 63 Census: 4

Contacts with parents, case managers, therapists, school etc.
Christa mother picked her up around 10:00 a.m

Behavior relative to treatment goals: Christa left for an overnite visit with her mother. She will return tomorrow at 7:00 p.m.

X - For calling her mother a liar

Special accomplishments:

Illness/Injury/Medication Received:

Other incidents:

Infractions/Discipline:

Daily rating: ____ Excellent
✓ Acceptable
____ Needs improvement

Responsible day ✓ Yes
____ No

Level on today I
Level for tomorrow I

Elaine Adams
Staff signature

# DAILY PROGRESS NOTES

Name: Christa Pike Date: June 23, 1991

Days in Residence: 64 Census: 4

Contacts with parents, case managers, therapists, school etc.
Mother brought her back around 7:00 p.m.

Behavior relative to treatment goals: Christa returned around 7:00 p.m Her mother reported that they had a great visit. She was in a good mood when she returned. She did very well at quiet time. ~~Attitude~~

Special accomplishments: this evening has been good

Illness/Injury/Medication Received:

None

Other incidents:

None

Infractions/Discipline:

None

Daily rating: ____ Excellent ✓ Acceptable ____ Needs improvement

Responsible day ✓ Yes ____ No

Level on today I

Level for tomorrow I

Elaine Adams
Staff signature

# DAILY PROGRESS NOTES

Name: Christa Pike  Date: June 24, 1991

Days in Residence: 65  Census: 5

Contacts with parents, case managers, therapists, school etc.
Driver's ed.

Behavior relative to treatment goals: Christa has vowed not to speak with one of the residents. Last night he mocked her and she also told him that he caused her to lose her baby. With this always being a problem she has still managed to get along with her peers and staff. Christa refuses to discuss her problem with staff or [crossed out] the other resident involved. She left group when it became too personal.

Special accomplishments:
Christa has been very easygoing with the new resident and made him feel comfortable

Illness/Injury/Medication Received:
2 nonaspirin for headache

Other incidents:
—

Infractions/Discipline:
—

Daily rating: ____ Excellent
✓ Acceptable
____ Needs improvement

Responsible day ✓ Yes
____ No

Level on today FZ III
Level for tomorrow FZ VI

Amy L. Powell
Staff signature

007732

# DAILY PROGRESS NOTES

**Name:** Christa Pike **Date:** June 25 1991

**Days in Residence:** 66 **Census:** 5

**Contacts with parents, case managers, therapists, school etc.**

Drivers ed.

**Behavior relative to treatment goals:** Christa finds a lot of enjoyment in life and freedom. She played in the graveyard, fed the birds, climbed a tree and observed art at UNC today. She is still angry at one of the residents, but her venom has died down some. Christa worked w/ staff on menus & said that she enjoyed being able to make decisions.

**Special accomplishments:**

Helped staff plan menus for next week. – good creative ideas.

**Illness/Injury/Medication Received:**

none

**Other incidents:**

–

**Infractions/Discipline:**

–

**Daily rating:**

- ____ Excellent
- ✓ Acceptable
- ____ Needs improvement

**Responsible day** ✓ Yes ____ No

**Level on today** III FZ

**Level for tomorrow** III FZ

Amy L. Powell

Staff signature

000214

007733

# DAILY PROGRESS NOTES

Name: CHRISTA PIKE

Date: JUNE 26, 1991

Days in Residence: 67

Census: 5

Contacts with parents, case managers, therapists, school etc.

DRIVERS ED

Behavior relative to treatment goals:

CHRISTA DAY STARTED ~~[illegible]~~ WITH HER VOLUNTEERING AT CAROL WOODS. SHE RETURNED, ATE LUNCH AND WENT TO DRIVERS' ED. IN THE EVENING AT DINNER SHE WAS VERY SENSITIVE AND NEGATIVE ABOUT EVERYTHING. SHE FOUND OUT WHAT BUGGED ONE OF THE RESIDENTS AND DID IT THROUGHOUT DINNER EVEN WHEN ASKED REPEATEDLY TO STOP. WAS HYPER IN THE EVENING BUT CALMED DOWN AT BEDTIME. MAKES COMMENTS AND HAS AN ATTITUDE WHEN STAFF ASKS HER TO DO SOMETHING SHE DOESN'T WANT TO DO.

Special accomplishments:

WAS PROUD OF MAKING 100 ON HER DRIVERS' ED TEST

Illness/Injury/Medication Received:

Other incidents:

Infractions/Discipline:

Daily rating:
- ____ Excellent
- ✓ Acceptable
- ____ Needs improvement

Responsible day:
- ✓ Yes
- ____ No

Level on today: I

Level for tomorrow: I

Mary Martin

Staff signature

00773

# DAILY PROGRESS NOTES

Name: CHRISTA PIKE

Date: JUNE 27, 1991

Days in Residence: 68

Census: 5

Contacts with parents, case managers, therapists, school etc.

CALLED HER MOM AND MADE A PLAN FOR HER MOM TO COME SIGN A PERMISSION SLIP FOR DRIVER'S ED.

Behavior relative to treatment goals:

CHRISTA HAD A GOOD DAY. SHE WENT TO CAROL WOODS IN THE MORNING AND DRIVER'S ED IN THE AFTERNOON. SHE INTERACTED MUCH BETTER WITH HER PEERS AND WITH STAFF. IN THE AFTERNOON SHE GOT IN AN ARGUMENT WITH HER ROOMMATE. BOTH OF THEM WERE STORMING AROUND NOT TALKING TO EACH OTHER. CHRISTA MADE AN HONEST ATTEMPT TO SOLVE THINGS. HER ROOMMATE WOULD HAVE NO PART. CHRISTA GOT UPSET BUT CALMED DOWN WHEN SHE REALIZED THAT SHE HAD DONE ALL SHE COULD.

Special accomplishments:

IN A MORE POSITIVE MOOD.

Illness/Injury/Medication Received:

Other incidents:

Infractions/Discipline:

Daily rating: _____ Excellent _____ Acceptable _____ Needs improvement

Responsible day _____ Yes _____ No

Level on today _____

Level for tomorrow _____

____________________
Staff signature

007735

# DAILY PROGRESS NOTES

Name: Christa Pike  Date: June 28, 1991

Days in Residence: 64  Census: 5

Contacts with parents, case managers, therapists, school etc.

Behavior relative to treatment goals: Christa day was observed as good. She had a responsible ~~attitude~~ and handled being on Level III ~~quite~~ well. She got along with her peers very well

Special accomplishments:
Very good mood

Illness/Injury/Medication Received:

none

Other incidents:

none

Infractions/Discipline:

none

Daily rating: ✓ Excellent / ✓ Acceptable / ___ Needs improvement

Responsible day ✓ Yes ___ No

Level on today I

Level for tomorrow I

Elaine Adams
Staff signature

000217

# DAILY PROGRESS NOTES

Name: Christa Pike Date: June 29, 1991

Days in Residence: 76 Census: 5

Contacts with parents, case managers, therapists, school etc.

Behavior relative to treatment goals:
Christa left for a homevisit around 10:00 a.m.
She will return Sunday at 9:00 p.m.

Special accomplishments:

Illness/Injury/Medication Received:

Other incidents:

Infractions/Discipline:

Daily rating: ______ Excellent
______ Acceptable
______ Needs improvement

Responsible day ______ Yes
______ No

Level on today ______
Level for tomorrow ______

Elaine Adams
Staff signature

007737

# DAILY PROGRESS NOTES

Name: Christa Pike  Date: June 30, 1991

Days in Residence: 71  Census: 5

Contacts with parents, case managers, therapists, school etc.
Mother reported that the weekend visit went good.

Behavior relative to treatment goals: Christa returned to Sheaffer House around 9:00p.m. She appeared to be exhausted. She stated she had being laying out at the lake. She went to bed about 10 minutes after she got back.

Special accomplishments:

Illness/Injury/Medication Received:

Other incidents:

Infractions/Discipline:

Daily rating: ✓ Excellent
___ Acceptable
___ Needs improvement

Responsible day ✓ Yes
___ No

Level on today I
Level for tomorrow I

Elaine Adams
Staff signature

007738

# DAILY PROGRESS NOTES

Name: Christa Pike Date: July 1, 1991

Days in Residence: 72 Census: 5

Contacts with parents, case managers, therapists, school etc.

—

Behavior relative to treatment goals: Christa had a slow start to her day. Did get up & shower & eat - but then went back to bed. Did go to driver's ed & showed no signs of illness the rest of the day. She had no issues w/ peer or staff other than a continuing dislike of one resident that she does not make blatantly obvious. She and another of the male residents bickered a lot in the evening, but before bedtime were out cheerfully catching frogs together.

Special accomplishments:

Illness/Injury/Medication Received:

Felt sick in am.

Other incidents:

—

Infractions/Discipline:

—

Daily rating: ______ Excellent
✓ Acceptable
______ Needs improvement

Responsible day ✓ Yes
______ No

Level on today I
Level for tomorrow I

Amy L. Powell
Staff signature

[redacted]

[redacted]

Name: [redacted]

Days in [redacted]

Contacts [redacted]
Driver [redacted]

Behavio[redacted]
Just [redacted]
Severe [redacted]
Chris[redacted]
allow[redacted]
peer[redacted]

Special [redacted]

Fried [redacted]

Illness/[redacted]
Carol [redacted]
allow [redacted]

Other [redacted]

Infracti[redacted]

Daily [redacted]

[redacted]

007740

# [redacted]AILY PROGRESS NOTES

[redacted] Date: JULY 3, 1991

[redacted] Census: 5

[redacted]anagers, therapists, school etc.

– TO ~~[illegible]~~ ASK IF A FRIEND COULD GO
n THIS WEEKEND. HER MOM SAID NO
– GOT VERY UPSET.

[redacted] goals:
– STARTED WELL. SHE GOT UP BEFORE EVERYONE ELSE
WOULDN'T BE BOTHERED BY THEM. LATER SHE
HER ROOM BECAUSE HER ROOMMATE HAD A VISITOR
OUT OF BED. SHE GOT EXTREMELY UPSET THAT
–NCED. STAFF ASKED HER TO DO SOMETHING EXTRA
– SHE REFUSED TO DO. AFTER SHE COOLED OFF
– SHE TALKED TO HER MOM SHE REFUSED TO
– DOWN FOR QUIET HOUR. WAS OKAY AFTERWARDS

[redacted]

–ER

[redacted]eceived:

___ [redacted]xcellent
___ [redacted]cceptable
___ [redacted]eeds improvement

Responsible day ✓ Yes
___ No

Level on today I
Level for tomorrow I

[redacted]

[redacted]nature

000222

# DAILY PROGRESS NOTES

Name: CHRISTA PIKE

Date: JULY 4 1991

Days in Residence: 75

Census: 5

Contacts with parents, case managers, therapists, school etc.

Behavior relative to treatment goals:

CHRISTA'S MORNING WENT WELL. SHE GOT UP ON TIME AND WAS SOCIABLE WITH EVERYONE DURING BREAKFAST. SHE DID HER CHORE AND CLEANED HER ROOM WHEN ASKED. GOT ALONG WELL WITH HER PEERS ALL DAY. COOKED DINNER. GOT UPSET THIS EVENING AT THE GUYS AND JUST KIND OF STAYED TO HERSELF. CHRISTA GOT UPSET WHEN SHE WAS NOT ALLOWED TO WONDER AROUND AT THE FIREWORKS DISPLAY. SHE SAT OFF BY HERSELF AND SULKED. GOT OVER IT AFTER AWHILE AND ACCEPTED AUTHORITY WELL THE REST OF THE NIGHT.

Special accomplishments:

WAS NOT GRUMPY IN THE MORNING

Illness/Injury/Medication Received:

Other incidents:

Infractions/Discipline:

Daily rating:
- ___ Excellent
- ✓ Acceptable
- ___ Needs improvement

Responsible day:
- ✓ Yes
- ___ No

Level on today: I

Level for tomorrow: I

Mary Martin
Staff signature

007742

# DAILY PROGRESS NOTES

Name: Christa Pike Date: July 5, 1991

Days in Residence: 76 Census: 5

Contacts with parents, case managers, therapists, school etc.

Behavior relative to treatment goals: Christa was on her homevisit when I came on shift. She will return sunday evening

Special accomplishments:

Illness/Injury/Medication Received:

Other incidents:

Infractions/Discipline:

Daily rating:
- ____ Excellent
- ✓ Acceptable
- ____ Needs improvement

Responsible day
- ✓ Yes
- ____ No

Level on today /
Level for tomorrow /

Elaine Adams
Staff signature

000224

# DAILY PROGRESS NOTES

Name: Christa Pike Date: 7-6-91

Days in Residence: 77 Census: 5

Contacts with parents, case managers, therapists, school etc.

Behavior relative to treatment goals:

Homevisit

Special accomplishments:

Illness/Injury/Medication Received:

Other incidents:

Infractions/Discipline:

Daily rating: ___ Excellent
___ Acceptable
___ Needs improvement

Responsible day ___ Yes
___ No

Level on today ___
Level for tomorrow ___

Elaine Adams
Staff signature

# DAILY PROGRESS NOTES

Name: Christa Pike Date: July 7, 1991

Days in Residence: 78 Census: 5

Contacts with parents, case managers, therapists, school etc.

Behavior relative to treatment goals: Christa returned to Shaffer House around 9:10 p.m. He mother brought her back, she reported that the weekend was great. Christa got a chance to see her dad

Special accomplishments: Christa was in a good mood when she returned.

Illness/Injury/Medication Received:

None

Other incidents:

None

Infractions/Discipline:

None

Daily rating: ___ Excellent
✓ Acceptable
___ Needs improvement

Responsible day ✓ Yes
___ No

Level on today I
Level for tomorrow I

Elaine Adams
Staff signature

# DAILY PROGRESS NOTES

**Name:** Christa Pike **Date:** July 8, 1991

**Days in Residence:** 79 **Census:** 5

**Contacts with parents, case managers, therapists, school etc.**

driver's ed - Christa was frustrated with herself b/c she did not drive well.

**Behavior relative to treatment goals:** Christa has had her average day. Her frustrations have included the way she drove in driver's ed, being interrupted, and negative remarks others make, mostly about her roommate but also towards her. She has followed the program well despite her frustrations. Her relationships with some of her peers have been somewhat tenuous due to picking on each other. She has had good interactions w/ staff, including playfighting with the director.

**Special accomplishments:**

Cooked, prepared menus

**Illness/Injury/Medication Received:**

—

**Other incidents:**

—

**Infractions/Discipline:**

—

**Daily rating:**
- ____ Excellent
- ✓ Acceptable
- ____ Needs improvement

**Responsible day**
- ✓ Yes
- ____ No

**Level on today** I

**Level for tomorrow** I

Amy L. Powell
Staff signature

007746

# DAILY PROGRESS NOTES

Name: Christa Pike　　Date: July 9, 1991

Days in Residence: 80　　Census: 5

Contacts with parents, case managers, therapists, school etc.

Driver's ed
Christa's mom picked her up at 4:30 for an overnight visit.

Behavior relative to treatment goals: Christa had driver's ed today and then putzed around the house amusing herself until her mom came. She had good interaction with peers and continues to be playful with staff (in an appropriate way)

Special accomplishments:

Made chocolate fondue for snack

Illness/Injury/Medication Received:

—

Other incidents:

—

Infractions/Discipline:

—

Daily rating: ______ Excellent
✓ Acceptable
______ Needs improvement

Responsible day ✓ Yes
______ No

Level on today I
Level for tomorrow I

Amy L. Powell
Staff signature

# DAILY PROGRESS NOTES

Name: CHRISTA PIKE

Date: JULY 10, 1991

Days in Residence: 81

Census: 5

Contacts with parents, case managers, therapists, school etc.

DRIVER'S ED.

Behavior relative to treatment goals:

CHRISTA WAS GONE A GOOD PART OF THE DAY. THIS MORNING SHE HAD DRIVER'S ED, THIS AFTERNOON A FRIEND OF HER'S CAME OVER AND THIS EVENING SHE WENT OUT WITH A FRIEND. WHILE SHE WAS HERE, SHE WORKED WELL AROUND THE HOUSE. IN THE EVENING SHE WAS PLAYING AROUND WITH THE OTHER RESIDENTS AND IT GOT TAKEN TOO FAR. THE OTHER RESIDENT GOT SERIOUS, STAFF . STEPPED IN AND BROKE UP THE SITUATION. CHRISTA TALKED ABOUT THE "NEXT TIME," FINE AT BED. AFTER LIGHTS OUT, CHRISTA ASKED TO TALK TO STAFF. SHE WAS WORRIED BECAUSE HER ROOMMATE WAS TALKING ABOUT SUICIDE. CHRISTA COMMENTED ABOUT HOW SHE WAS BLAMED FOR NOT ~~TELLING~~ ABOUT HER FRIEND'S PREVIOUS ATTEMPT.

Special accomplishments:

Illness/Injury/Medication Received:

Other incidents:

Infractions/Discipline:

Daily rating:
- ____ Excellent
- ✓ Acceptable
- ____ Needs improvement

Responsible day: ✓ Yes ____ No

Level on today: I

Level for tomorrow: I

Mary Mart

Staff signature

007748

# DAILY PROGRESS NOTES

Name: CHRISTA PIKE   Date: JULY 11, 1991

Days in Residence: 82   Census: 5

Contacts with parents, case managers, therapists, school etc.

DRIVER'S ED.

Behavior relative to treatment goals:
CHRISTA WAS SLOW GETTING UP THIS MORNING AND DID NOT DO HER CHORE AS ASKED BEFORE DRIVER'S ED. SHE WAS FINE IN THE AFTERNOON AND EVENING. ON ACTIVITY SHE WOULD NOT ALWAYS LISTEN TO STAFF BUT NEITHER WOULD THE OTHER RESIDENTS AND THE ISSUES WERE NOT THAT BIG. WAS ASKED TO START HER LAUNDRY IN THE EVENING AND WAS TOO LAZY TO GET UP AND DO IT.

Special accomplishments:
WAS PATIENT SITTING IN THE HEALTH DEPARTMENT ~~[illegible]~~ WAITING FOR ANOTHER RESIDENT

Illness/Injury/Medication Received:

Other incidents:

Infractions/Discipline:

Daily rating:
_____ Excellent
__✓__ Acceptable
_____ Needs improvement

Responsible day __✓__ Yes
_____ No

Level on today __I__
Level for tomorrow __I__

Mary Martin
Staff signature

# DAILY PROGRESS NOTES

Name: Christa Pikes    Date: July 12, 1991

Days in Residence: 83    Census: 5

Contacts with parents, case managers, therapists, school etc.

Behavior relative to treatment goals: Christa day was observed as satisfactory, she got angry because she couldn't have her way she was told that she could spend time away from Sheaffer House until 10:00p.m but she couldn't spend the night, she was told she could spend the night or ~~saturday~~. She went upstair pouting to the other residents, one of the residents told me that she called me a nigger bitch. She was confronted, but denied saying it. Attitude most of the evening was fair.

Special accomplishments:

Illness/Injury/Medication Received:

Other incidents:

Infractions/Discipline:

Daily rating: ______ Excellent
______ Acceptable
__✓__ Needs improvement

Responsible day ______ Yes
__✓__ No

Level on today __I__
Level for tomorrow ______

Elaine Adams
Staff signature

007750

# DAILY PROGRESS NOTES

Name: Christe Pike Date: July 13, 1991

Days in Residence: 84 Census: 5

Contacts with parents, case managers, therapists, school etc.

Behavior relative to treatment goals: Christe did super on the Rope Course activity. She was very responsible and compassionate. When she returned from the Rope course activity she wanted to spend the night with her sister, her sister wouldn't pick her

Special accomplishments: up and she got angry and started crying and pouting, about an hour later she was caught smoking outside. She is on

Illness/Injury/Medication Received:
Frozen level for three day.

Other incidents: /

Infractions/Discipline:
Caught smoking, is on Frozen level for 3 days.

Daily rating: ______ Excellent
✓ Acceptable
______ Needs improvement

Responsible day ______ Yes
✓ No

Level on today I
Level for tomorrow Frozen

Elaine Adams
Staff signature

007751

# DAILY PROGRESS NOTES

Name: Christa Pike  Date: July 14, 1991

Days in Residence: 85  Census: 5

Contacts with parents, case managers, therapists, school etc.

Behavior relative to treatment goals: Christa had a very good day, she had a very good attitude, she was friendly and talkative ~~to staff~~, she remained on frozen level throughout the day. Handled level III great.

Special accomplishments:

Good behavior on Frozen Level

Illness/Injury/Medication Received:

None

Other incidents:

None

Infractions/Discipline:

None

Daily rating: ____ Excellent
__✓__ Acceptable
____ Needs improvement

Responsible day __✓__ Yes
____ No

Level on today __I__
Level for tomorrow __I__

Elaine Adams
Staff signature

000233

007752

# DAILY PROGRESS NOTES

Name: Christa Pike Date: July 15 1991

Days in Residence: 86 Census: 5

Contacts with parents, case managers, therapists, school etc.

Driver's ed.
Talked to mom & dad about finding birth certificate in order to get driving permit.

Behavior relative to treatment goals: Christa completed driver's ed. today. She stayed home from activity due to Frozen level. At quiet hour she was told she could not help w/ dinner and she & her peers decided not to do quiet hour. Staff told them they had to do it and do it together as a group. Christa left the room, but at the urging of her peers, returned to do quiet hour. At dinner she drank koolaid even though she was told explicitly that she needed to have milk. Her attitude improved in the evening.

Special accomplishments:

helped prepare menus

Illness/Injury/Medication Received:

none

Other incidents:

—

Infractions/Discipline:

above

Daily rating: ______ Excellent
✓ ______ Acceptable
✓ ______ Needs improvement

Responsible day ______ Yes
✓ ______ No

Level on today: I
Level for tomorrow: III FZ

Amy L. Powell
Staff signature

# DAILY PROGRESS NOTES

Name: Christa Pike  Date: July 16, 1991

Days in Residence: 87  Census: 5

Contacts with parents, case managers, therapists, school etc.

none

Behavior relative to treatment goals: Christa had a good morning. She chose not to work with her Frozen Level. She said she had nothing to work for so she was just going to listen to her radio. The kids worked as a group this evening to write a statement to allow them to go to Busch Gardens tomorrow. Christa has made some progress in working with a group and not leaving when she is frustrated.

Special accomplishments:

Consented ~~to~~ work on statement even though she was not sure she would still be allowed to go.

Illness/Injury/Medication Received:

—

Other incidents:

Christa is already packing for home

Infractions/Discipline:

will make up frozen level restriction time on Thursday

Daily rating: ____ Excellent
✓ Acceptable
____ Needs improvement

Responsible day ✓ Yes
____ No

Level on today FR III

Level for tomorrow FR III → I

Amy L Powell

Staff signature

007754

# DAILY PROGRESS NOTES

Name: Christa Pike Date: July 16, 1991

Days in Residence: 87 Census: 5

Contacts with parents, case managers, therapists, school etc.

none

Behavior relative to treatment goals: Christa had a good morning. She chose not to work with her Frozen Level. She said she had nothing to work for so she was just going to listen to her radio. The kids worked as a group this evening to write a statement to allow them to go to Busch Gardens tomorrow. Christa has made some progress in working with a group and not leaving when she is frustrated.

Special accomplishments:

Consented to work on statement even though she was not sure she would still be allowed to go.

Illness/Injury/Medication Received:

—

Other incidents:

Christa is already packing for home

Infractions/Discipline:

will make up frozen level restriction time on Thursday

Daily rating:

| | |
|---|---|
| ______ | Excellent |
| ✓ | Acceptable |
| ______ | Needs improvement |

Responsible day ✓ Yes ______ No

Level on today FR III

Level for tomorrow FR III → I

Amy L Powell

Staff signature

000235

007755

# DAILY PROGRESS NOTES

**Name:** CHRISTA PIKE **Date:** JULY 17, 1991

**Days in Residence:** 88 **Census:** 5

**Contacts with parents, case managers, therapists, school etc.**

**Behavior relative to treatment goals:**

TODAY WE WENT TO BUSCH GARDENS. CHRISTA'S MORNING WAS FINE. SHE SPENT PART OF THE DAY WITH ONE STAFF MEMBER EVEN AFTER THEY WERE ALLOWED TO GO OFF ON THEIR OWN. MET BACK ON TIME UNTIL WE WERE READY TO LEAVE. SHE AND ANOTHER RESIDENT WERE 40 MINUTES LATE. SHE SAID SHE HAD THE WRONG MEETING PLACE, BUT IT'S DOUBTFUL

**Special accomplishments:**

LAST NIGHT AFTER EVERYONE WAS IN BED, CHRISTA BROUGHT STAFF A CIGARETTE AND LIGHTER. SHE SAID THAT SHE WANTED TO SMOKE IT BUT DIDN'T WANT TO GET IN TROUBLE HER LAST FEW DAYS.

**Illness/Injury/Medication Received:**

**Other incidents:**

**Infractions/Discipline:**

**Daily rating:**
- [ ] Excellent
- [x] Acceptable
- [ ] Needs improvement

**Responsible day:**
- [x] Yes
- [ ] No

**Level on today:** I

**Level for tomorrow:** I

Mary Martin

Staff signature

000236

007756

# DAILY PROGRESS NOTES

Name: CHRISTA PIKE

Date: JULY 18, 1991

Days in Residence: 89

Census: 5

Contacts with parents, case managers, therapists, school etc.

Behavior relative to treatment goals:

CHRISTA HAD A GREAT DAY TODAY. SHE SLEPT IN THIS MORNING AND WAS FINE WHEN SHE WOKE UP. DID WELL ON HER CHORE. IN THE AFTERNOON SHE PACKED SOME OF HER THINGS. HELPED ~~ANOTHER~~ RESIDENT ON THE COMPUTER, BUT WAS NOT VERY PATIENT. DID WELL IN QUIET HOUR. SPENT A LONG TIME WITH STAFF IN THE EVENING.

Special accomplishments:

MADE PLANS TO GO OUT WITH A FRIEND THIS EVENING, BUT THEY FELL THROUGH. CHRISTA WAS OKAY WITH IT

Illness/Injury/Medication Received:

Other incidents:

Infractions/Discipline:

Daily rating:
- Excellent
- ✓ Acceptable
- Needs improvement

Responsible day: ✓ Yes / No

Level on today: I

Level for tomorrow: I

Mary Martin

Staff signature

000237

# DAILY PROGRESS NOTES

Name: Christe Pike Date: July 19, 1991

Days in Residence: 90 Census: 4

Contacts with parents, case managers, therapists, school etc.

Behavior relative to treatment goals:

Discharged at 5:00 p.m. today

Special accomplishments:

Illness/Injury/Medication Received:

Other incidents:

Infractions/Discipline:

Daily rating: ______ Excellent
______ Acceptable
______ Needs improvement

Responsible day ______ Yes
______ No

Level on today ______
Level for tomorrow ______

Elaine Adams
Staff signature

THERAN FAMILY SERVICES IN N.C. — CHILDREN'S SERVICES DIVISION

July 19th 90th day

ENT NAME: Christa Pike

D.O.B.:

CORD NUMBER:

✓ = Present

AR:

*Record Admission and Termination Dates.*

*Record Attendance, Each Day/Visit.*

*May Also be Used to Document Follow-Up Attempts.*

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 0 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 0 | ✓ | ✓ | ✓ | ✓ | ✓ | 0 | 0 | ✓ | ✓ | ✓ | ✓ | ✓ | 0 | 0 | 0 | ✓ | ✓ | ✓ | ✓ | ✓ | 0 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 0 | ✓ | |
| ✓ | ✓ | ✓ | ✓ | 0 | 0 | ✓ | ✓ | 0 | ✓ | ✓ | ✓ | | | ✓ | ✓ | ✓ | ✓ | DISCHARGED | | | | | | | | | | | | |

| DATE | REMARKS | SIGNATURE |
|---|---|---|
| 2/91 | Admitted | |
| 25 | overnight w/ Faye | AKP |
| 1 | Overnight with mother | EJ |
| 7,8 | Overnight visit with mother (Virginia) | EJ |
| 22 | Overnight visit with mother | EJ |
| 29 | Overnight visit with mother | EJ |
| 5+6 | Overnight visit with mother | EJ |
| 9 | overnight w/ mom | AKP |
| 1/19/9 | Discharged | EJ |
| | | |
| | | |
| | | |

(Use Both Sides)

INDEX OF ATTENDANCE

. AP 2-01-84 (REV.)

# SHEAFFER HOUSE DAILY CHECKSHEET

Name: Christa

Week of: July 12, 1991

000240

007759

| | | F | S | S | M | T | W | Th |
|---|---|---|---|---|---|---|---|---|
| 1. | Up and out of bed when called. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2. | Bed made and room cleaned before school/church. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 3. | Makes nutritious breakfast; cleans up after self. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 4. | Responsible behavior before school/in morning (Sat/Sun). | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 5. | Ready for school on time/catches the bus. | NA | NA | ✓ | ✓ | ✓ | ✓ | ✓ |
| 6. | Responsible handling of school/church activities. | NA | NA | ✓ | ✓ | X | ✓ | ✓ |
| 7. | Responsible behavior during after school/afternoon. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 8. | Daily chores completed. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 9. | On time for supper and responsible behavior during meal. | ✓ | ✓ | ✓ | X | ✓ | ✓ | ✓ |
| 10. | Responsible during study/quiet time. | NA | NA | ✓ | X | ✓ | ✓ | ✓ |
| 11. | Responsible behavior during the evening. | ✓ | X | ✓ | ✓ | ✓ | X | ✓ |
| 12. | Responsible use of language/gestures. | X | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 13. | Responsible behavior in the automobile. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 14. | Maintains a clean and presentable appearance. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 15. | Ready for and into bed on time. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 16. | Responsible behavior after lights-out. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 17. | Trying to get along with the staff/program. | X | X | ✓ | X | ✓ | ✓ | ✓ |
| 18. | Trying to get along with peers. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 19. | Working toward group goal: stop name calling and picking (some - new strategies) | ✓ | ✓ | ✓ | X | ✓ | ✓ | ✓ |
| 20. | Working toward personal goal: learn strategies to deal w/my [illegible] control my temper my last week at Sheaffer House especially when things don't go my way | ✓ | ✓ | ✓ | X | ✓ | ✓ | ✓ |
| | Total | 88% | 88% | 100% | 75 | 95 | 95 | 100 |
| | Staff Initials | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

"✓" = passed "X" = not acceptable NA - Not applicable

Divide checks into total scores for percentage rate

# SHEAFFER HOUSE DAILY CHECKSHEET

Name: CHRISTA

Week of: July 5, 1991

| | F | S | S | M | T | W | Th |
|---|---|---|---|---|---|---|---|
| 1. Up and out of bed when called. | X | H | NA | ✓ | ✓ | ✓ | ✓ |
| 2. Bed made and room cleaned before school/church. | ✓ | | NA | ✓ | ✓ | ✓ | ✓ |
| 3. Responsible behavior before school/in morning (Sat/Sun). | ✓ | O | NA | ✓ | ✓ | ✓ | ✓ |
| 4. Ready for school or church on time/catches the bus. ready for activity/work on time | NA | | NA | ✓ | ✓ | ✓ | X |
| 5. Responsible handling of school/church activities. | NA | M | NA | NA | NA | ✓ | ✓ |
| 6. Responsible behavior after school/afternoon. | ✓ | | NA | ✓ | ✓ | ✓ | ✓ |
| 7. Daily chores completed. | ✓ | E | NA | ✓ | ✓ | X ✓ | ✓ |
| 8. On time and responsible behavior during meals. | ✓ | V | NA | ✓ | ✓ | ✓ | ✓ |
| 9. Responsible during study/quiet time. | NA | | NA | ✓ | NA | NA | X |
| 10. Responsible handling of group/activity. | NA | I | NA | ✓ | NA | ✓ | ✓ |
| 11. Responsible behavior during the evening. | NA | | ✓ | ✓ | NA | ✓ | ✓ |
| 12. Ready for and into bed on time. | NA | S | ✓ | X | NA | ✓ | ✓ |
| 13. Responsible behavior after lights-out. | NA | | ✓ | ✓ | NA | ✓ | ✓ |
| 14. Responsible use of language/gestures. | ✓ | I | ✓ | ✓ | ✓ | ✓ | ✓ |
| 15. Responsible behavior in the automobile/bus. | ✓ | T | NA | ✓ | ✓ | ✓ | ✓ |
| 16. Maintains a clean and presentable appearance. | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ |
| 17. Trying to get along with staff/program. | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ |
| 18. Trying to get along with peers. | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ |
| 19. Working toward group goal: Have a positive attitude toward others; stop namecalling/picking | ✓ | | ✓ | X | ✓ | X | ✓ |
| 20. Working toward personal goal: Learn strategies to deal w/ morning moods | X | | ✓ | X | X | X | X |
| Total | 84% | / | 100% | 85 | 83 | 89 | 85 |
| Staff Initials | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

"✓" - passed "X" - not acceptable NA - not applicable

Divide checks into total scores for percentage rate

007760

# SHEAFFER HOUSE DAILY CHECKSHEET

000242

Name: Christo

Week of: June 28, 1991

| | F | S | S | M | T | W | Th |
|---|---|---|---|---|---|---|---|
| 1. Up and out of bed when called. | ~~NA~~ ✓ | ✓ | NA | ✓ | ✓ | ✓ | ✓ |
| 2. Bed made and room cleaned before school/church. | ~~NA~~ ✓ | ✓ | NA | ✓ | ✓ | ✓ | ✓ |
| 3. Responsible behavior before school/in morning (Sat/Sun). | ~~NA~~ ✓ | ✓ | NA | ✓ | ✓ | X | ✓ |
| 4. Ready for school or church on time/catches the bus. | NA | H | NA | ✓ | ✓ | ✓ | ✓ |
| 5. Responsible handling of school/church activities. | NA | O | NA | ✓ | ✓ | ✓ | ✓ |
| 6. Responsible behavior after school/afternoon. | ~~NA~~ ✓ | M | NA | ✓ | ✓ | ✓ | ✓ |
| 7. Daily chores completed. | ~~NA~~ ✓ | E | NA | X | ✓ | X | ✓ |
| 8. On time and responsible behavior during meals. | ✓ | | NA | ✓ | ✓ | ✓ | ✓ |
| 9. Responsible during study/quiet time. | ✓ | V | NA | ✓ | ✓ | X | ✓ |
| 10. Responsible handling of group/activity. | NA | I | NA | ✓ | ✓ | ✓ | ✓ |
| 11. Responsible behavior during the evening. | ✓ | S | ✓ | ✓ | ✓ | ✓ | ✓ |
| 12. Ready for and into bed on time. | ✓ | I | ✓ | ✓ | X | ✓ | ✓ |
| 13. Responsible behavior after lights-out. | ✓ | T | ✓ | ✓ | ✓ | ✓ | X |
| 14. Responsible use of language/gestures. | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ |
| 15. Responsible behavior in the automobile/bus. | NA | | NA | ✓ | ✓ | ✓ | ✓ |
| 16. Maintains a clean and presentable appearance. | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ |
| 17. Trying to get along with staff/program. | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ |
| 18. Trying to get along with peers. | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ |
| 19. Working toward group goal: ~~[illegible]~~ Have positive attitude towards others | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ |
| 20. Working toward personal goal: ~~[illegible] to changes~~ To get off frozen level II | ✓ | | ✓ | X | X | ✓ | ✓ |
| Total | 100% | 100% | 100% | 95 | 90 | 85 | 95 |
| Staff Initials | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

"✓"- passed "X"- not acceptable NA - not applicable [illegible]

Divide checks into total scores for percentage rate

007761

007762

000243

# SHEAFFER HOUSE DAILY CHECKSHEET

Name: Christa

Week of: 6 21 [illegible]

| # | Item | F | S | S | M | T | W | Th |
|---|---|---|---|---|---|---|---|---|
| 1. | Up and out of bed when called. | ✓ | ✓ | NA | ✓ | ✓ | ✓ | ✓ |
| 2. | Bed made and room cleaned before school/church. | ✓ | ✓ | NA | ✓ | ✓ | ✓ | ✓ |
| 3. | Responsible behavior before school/in morning (Sat/Sun). | ✓ | ✓ | NA | ✓ | ✓ | ✓ | ✓ |
| 4. | Ready for school or church on time/catches the bus. ready for activity | ✓ | NA | NA | ✓ | ✓ | ✓ | ✓ |
| 5. | Responsible handling of school/church activities. afternoon activity | ✓ | NA | NA | ✓ | ✓ | ✓ | ✓ |
| 6. | Responsible behavior after school/afternoon. | X | NA | NA | ✓ | ✓ | ✓ | ✓ |
| 7. | Daily chores completed. | ✓ | NA | NA | ✓ | ✓ | ✓ | ✓ |
| 8. | On time and responsible behavior during meals. | ✓ | NA | NA | ✓ | ✓ | X | ✓ |
| 9. | Responsible during study/quiet time. | NA | NA | ✓ | ✓ | ✓ | ✓ | ✓ |
| 10. | Responsible handling of group/activity. | ✓ | NA | NA | ✓ | ✓ | ✓ | ✓ |
| 11. | Responsible behavior during the evening. | ✓ | NA | ✓ | ✓ | ✓ | ✓ | ✓ |
| 12. | Ready for and into bed on time. | ✓ | NA | ✓ | ✓ | ✓ | ✓ | ✓ |
| 13. | Responsible behavior after lights-out. | ✓ | NA | ✓ | ✓ | ✓ | ✓ | X |
| 14. | Responsible use of language/gestures. | ✓ | X | ✓ | ✓ | ✓ | ✓ | ✓ |
| 15. | Responsible behavior in the automobile/bus. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 16. | Maintains a clean and presentable appearance. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 17. | Trying to get along with staff/program. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 18. | Trying to get along with peers. | ✓ | ✓ | ✓ | X | X | ✓ | ✓ |
| 19. | Working toward group goal: Be more caring / Have positive attitude towards others | ✓ | ✓ | ✓ | X | ✓ | X | ✓ |
| 20. | Working toward personal goal: Learn to adjust to changes / To get off frozen level III | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| | Total | 94% | 90 | 100% | 90 | 95 | 90 | 95 |
| | Staff Initials | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

**"✓"- passed "X"- not acceptable NA - not applicable**

**Divide checks into total scores for percentage rate**

000244

# SHEAFFER HOUSE DAILY CHECKSHEET

Name: Christa

Week of: 6/14/91 - 6/20/91

| | F | S | S | M | T | W | Th |
|---|---|---|---|---|---|---|---|
| 1. Up and out of bed when called. | ✓ | ✓ | home visit | N/A | ✓ | ✓ | ✓ |
| 2. Bed made and room cleaned before school/church. | ✓ | ✓ | | N/A | ✓ | ✓ | ✓ |
| 3. Responsible behavior before school/in morning (Sat/Sun). | ✓ | NA | | N/A | ✓ | ✓ | ✓ |
| 4. Ready for school or church on time/catches the bus. / ready for activity | NA | NA | | N/A | ✓ | ✓ | ✓ |
| 5. Responsible handling of school/church activities. afternoon activities | NA | NA. | | ✓ | ✓ | ✓ | ✓ |
| 6. Responsible behavior after school/afternoon. | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ |
| 7. Daily chores completed. | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ |
| 8. On time and responsible behavior during meals. | ✓ | NA | | ✓ | ✓ | X lunch | ✓ |
| 9. Responsible during study/quiet time. | NA | NA | | ✓ | ✓ | ✓ | X |
| 10. Responsible handling of group/activity. | NA | NA | | ✓ | ✓ | ✓ | ✓ |
| 11. Responsible behavior during the evening. | ✓ | NA | | ✓ | ✓ | ✓ | ✓ |
| 12. Ready for and into bed on time. | ✓ | NA | | ✓ | X | ✓ | ✓ |
| 13. Responsible behavior after lights-out. | ✓ | NA | | X | ✓ | ✓ | ✓ |
| 14. Responsible use of language/gestures. | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ |
| 15. Responsible behavior in the automobile/bus. | ✓ | NA | | ✓ | ✓ | ✓ | X |
| 16. Maintains a clean and presentable appearance. | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ |
| 17. Trying to get along with staff/program. | ✓ | ✓ | | ✓ | ✓ | ✓ | X |
| 18. Trying to get along with peers. | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ |
| 19. Working toward group goal: Do something for others / To be more caring | ✓ | NA | | X | X | ✓ | X |
| 20. Working toward personal goal: Earn back trust & respect / Learning to adjust to change | ✓ | NA | | X | ✓ | ✓ | ✓ |
| Total | 100 | 100 | | 85 | 90 | 95 | 80 |
| Staff Initials | GSD | | | AP | AP | M | mm |

"✓"- passed "X"- not acceptable NA - not applicable

Divide checks into total scores for percentage rate

007763

# SHEAFFER HOUSE DAILY CHECKSHEET

Name: Christa

Week of: June 7, 1991

| | F | S | S | M | T | W | Th |
|---|---|---|---|---|---|---|---|
| 1. Up and out of bed when called. | ✓ | | | ✓ | ✓ | ✓ | ✓ |
| 2. Bed made and room cleaned before school/church. | ✓ | | | ✓ | ✓ | ✓ | ✓ |
| 3. Responsible behavior before school/in morning (Sat/Sun). | ✓ | H | home visit | ✓ | ✓ | ✓ | ✓ |
| 4. Ready for school or church on time/catches the bus. | NA | O | | ✓ | ✓ | ✓ | ✓ |
| 5. Responsible handling of school/church activities/ afternoon activity | NA | M | | ✓ | ✓ | ✓ | ✓ |
| 6. Responsible behavior after school/afternoon. | ✓ | E | | ✓ | ✓ | ✓ | ✓ |
| 7. Daily chores completed. | ✓ | | | X | ✓ | ✓ | ✓ |
| 8. On time and responsible behavior during meals. | NA | V | | ✓ | X | ✓ | ✓ |
| 9. Responsible during study/quiet time. | NA | I | ✓ | ✓ | ✓ | ✓ | ✓ |
| 10. Responsible handling of group/activity. | NA | S | NA | ✓ | ✓ | ✓ | ✓ |
| 11. Responsible behavior during the evening. | NA | | ✓ | ✓ | ✓ | ✓ | ✓ |
| 12. Ready for and into bed on time. | NA | I | ✓ | ✓ | X | ✓ | X |
| 13. Responsible behavior after lights-out. | NA | T | ✓ | ✓ | ✓ | ✓ | X |
| 14. Responsible use of language/gestures. | NA | | ✓ | ✓ | ✓ | ✓ | ✓ |
| 15. Responsible behavior in the automobile/bus. | NA | | NA | ✓ | X | ✓ | ✓ |
| 16. Maintains a clean and presentable appearance. | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ |
| 17. Trying to get along with staff/program. | ✓ | | ✓ | ✓ | X | ✓ | ✓ |
| 18. Trying to get along with peers. | ✓ | | ✓ | ✓ | ✓ | ✓ | X |
| 19. Working toward group goal: No Criticism / Do something for others | ✓ | | ✓ | ✓ | ✓ | X | ✓ |
| 20. Working toward personal goal: Get along better with SH peers / Earn back SH trust + respect | ✓ | | ✓ | ✓ | ✓ | X | ✓ |
| Total | 100 | N/A | 100 | 95 | 80 | 90 | 85 |
| Staff Initials | [illegible] | EK | [illegible] | NP | [illegible] | my | my |

"✓"- passed "X"- not acceptable NA - not applicable

Divide checks into total scores for percentage rate

00776

000245

# SHEAFFER HOUSE DAILY CHECKSHEET

Name: Christa

Week of: May 31, 1991

| | F | S | S | M | T | W | Th |
|---|---|---|---|---|---|---|---|
| 1. Up and out of bed when called. | ✓ | ✓ | NA | ✓ | ✓ | ✓ | ✓ |
| 2. Bed made and room cleaned before school/church. | ✓ | ✓ | NA | ✓ | X | ✓ | ✓ |
| 3. Responsible behavior before school/in morning (Sat/Sun). | ✓ | ✓ | NA | ✓ | ✓ | ✓ | ✓ |
| 4. Ready for school or church on time/catches the bus. | ✓ | NA | NA | ✓ | ✓ | ✓ | ✓ |
| 5. Responsible handling of school/church activities. | ✓ | NA | NA | ✓ | X | ✓ | ✓ |
| 6. Responsible behavior after school/afternoon. | ✓ | NA | NA | ✓ | ✓ | ✓ | ✓ |
| 7. Daily chores completed. | ✓ | NA | ✓ | ✓ | ✓ | ✓ | ✓ |
| 8. On time and responsible behavior during meals. | ✓ | NA | ✓ | ✓ | ✓ | ✓ | X |
| 9. Responsible during study/quiet time. | NA | NA | ✓ | ✓ | ✓ | ✓ | ✓ |
| 10. Responsible handling of group/activity. | NA | NA | ✓ | ✓ | ✓ | ✓ | ✓ |
| 11. Responsible behavior during the evening. | X | NA | ✓ | ✓ | ✓ | ✓ | ✓ |
| 12. Ready for and into bed on time. | ✓ | NA | ✓ | ✓ | X | ✓ | ✓ |
| 13. Responsible behavior after lights-out. | ✓ | NA | ✓ | ✓ | ✓ | ✓ | ✓ |
| 14. Responsible use of language/gestures. | ✓ | NA | ✓ | ✓ | ✓ | ✓ | ✓ |
| 15. Responsible behavior in the automobile/bus. | ✓ | NA | ✓ | ✓ | ✓ | ✓ | ✓ |
| 16. Maintains a clean and presentable appearance. | | NA | ✓ | ✓ | ✓ | ✓ | ✓ |
| 17. Trying to get along with staff/program. | ✓ | NA (marked over) | ✓ | ✓ | ✓ | ✓ | X |
| 18. Trying to get along with peers. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 19. Working toward group goal: Not use other peoples things w/o permiss. No criticism | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | X |
| 20. Working toward personal goal: Stop talking after lights out Get along better w/ S.H. peers | ✓ | NA | ✓ | ✓ | X | ✓ | ✓ |
| Total | 94% | 100% | 100% | 100 | 80 | 100 | 85 |
| Staff Initials | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

"✓" - passed "X" - not acceptable NA - not applicable

Divide checks into total scores for percentage rate

# SHEAFFER HOUSE DAILY CHECKSHEET

Name: CHRISTA

Week of: May 24, 1991

| | F | S | S | M | T | W | Th |
|---|---|---|---|---|---|---|---|
| 1. Up and out of bed when called. | ✓ | ✓ | NA | ✓ | ✓ | ✓ | X |
| 2. Bed made and room cleaned before school/church. | ✓ | ✓ | NA | ✓ | ✓ | ✓ | X |
| 3. Responsible behavior before school/in morning (Sat/Sun). | ✓ | ✓ | NA | ✓ | ✓ | ✓ | ✓ |
| 4. Ready for school or church on time/catches the bus. | ✓ | NA | NA | NA | ✓ | ✓ | ✓ |
| 5. Responsible handling of school/church activities. | ✓ | NA | NA | NA (overwritten) | X | X | X |
| 6. Responsible behavior after school/afternoon. | ✓ | NA | NA | ✓ | ✓ | ✓ | ✓ |
| 7. Daily chores completed. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 8. On time and responsible behavior during meals. | ✓ | NA | NA | ✓ | ✓ | ✓ | ✓ |
| 9. Responsible during study/quiet time. | NA | NA | ✓ | ✓ | X | ✓ | X |
| 10. Responsible handling of group/activity. | ✓ | NA | ✓ | ✓ | ✓ | ✓ | ✓ |
| 11. Responsible behavior during the evening. | ✓ | NA | ✓ | ✓ | ✓ | ✓ | ✓ |
| 12. Ready for and into bed on time. | ✓ | NA | ✓ | ✓ | ✓ | X | ✓ |
| 13. Responsible behavior after lights-out. | ✓ | NA | ✓ | ✓ | ✓ | ✓ | ✓ |
| 14. Responsible use of language/gestures. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 15. Responsible behavior in the automobile/bus. | ✓ | NA | ✓ | ✓ | X | ✓ | ✓ |
| 16. Maintains a clean and presentable appearance. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 17. Trying to get along with staff/program. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 18. Trying to get along with peers. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 19. Working toward group goal: Share T.V. / Not use other people's things w/o permission | ✓ | NA | ✓ | ✓ | ✓ | ✓ | ✓ |
| 20. Working toward personal goal: Save to go on Summer trip w/sister / Stop talking after lights out | X | N/A | X | ✓ | ✓ | ✓ | ✓ |
| Total | 94% | 100% | 92% | 100 | 85 | 90 | 80 |
| Staff Initials | [illegible] | [illegible] | [illegible] | ANP | ANP | mm | mm |

"✓"- passed "X"- not acceptable NA - not applicable

Divide checks into total scores for percentage rate

007766

000247

# SHEAFFER HOUSE DAILY CHECKSHEET

Name: Christa

Week of: May 17, 1991

| | F | S | S | M | T | W | Th |
|---|---|---|---|---|---|---|---|
| 1. Up and out of bed when called. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2. Bed made and room cleaned before school/church. | ✓ | ✓ | ✓ | ✓ | NA | ✓ | ✓ |
| 3. Responsible behavior before school/in morning (Sat/Sun). | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 4. Ready for school or church on time/catches the bus. | ✓ | NA | NA | ✓ | NA | ✓ | ✓ |
| 5. Responsible handling of school/church activities. | ✓ | NA | NA | X | NA | X | X |
| 6. Responsible behavior after school/afternoon. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 7. Daily chores completed. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 8. On time and responsible behavior during meals. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 9. Responsible during study/quiet time. | ✓ | NA | ✓ | N/A | ✓ | ✓ | ✓ |
| 10. Responsible handling of group/activity. | ✓ | ✓ | NA | ✓ | ✓ | ✓ | ✓ |
| 11. Responsible behavior during the evening. | ✓ | X | ✓ | ✓ | ✓ | ✓ | ✓ |
| 12. Ready for and into bed on time. | ✓ | X | ✓ | ✓ | X | ✓ | ✓ |
| 13. Responsible behavior after lights-out. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 14. Responsible use of language/gestures. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 15. Responsible behavior in the automobile/bus. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 16. Maintains a clean and presentable appearance. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 17. Trying to get along with staff/program. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 18. Trying to get along with peers. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 19. Working toward group goal: Write in thought journal Share TV | ✓ | ✓ | ✓ | NA | ✓ | ✓ | ✓ |
| 20. Working toward personal goal: Get along better with Staff and Program Said I to go on summer trip w/ sister | ✓ | X | ✓ | ✓ | ✓ | ✓ | ✓ |
| Total | 100% | 82% | 100% | 94 | 94 | 95 | 95 |
| Staff Initials | EJ | WJ | WJ | NP | NP | MM | MM |

"✓"- passed "X"- not acceptable NA - not applicable

Divide checks into total scores for percentage rate

057767

000249

# SHEAFFER HOUSE DAILY CHECKSHEET

Name: Christa Pike

Week of: May 10, 1991

| | | F | S | S | M | T | W | Th |
|---|---|---|---|---|---|---|---|---|
| 1. | Up and out of bed when called. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2. | Bed made and room cleaned before school/church. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | X |
| 3. | Responsible behavior before school/in morning (Sat/Sun). | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 4. | Ready for school or church on time/catches the bus. | ✓ | NA | NA | ✓ | ✓ | ✓ | ✓ |
| 5. | Responsible handling of school/church activities. | ✓ | NA | NA | X | X | X | X |
| 6. | Responsible behavior after school/afternoon. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 7. | Daily chores completed. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 8. | On time and responsible behavior during meals. | ✓ | NA | NA | ✓ | ✓ | ✓ | ✓ |
| 9. | Responsible during study/quiet time. | N/A | NA | ✓ | ✓ | X | ✓ | ✓ |
| 10. | Responsible handling of group/activity. | ✓ | ✓ | NA | ✓ | ✓ | ✓ | ✓ |
| 11. | Responsible behavior during the evening. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 12. | Ready for and into bed on time. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 13. | Responsible behavior after lights-out. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 14. | Responsible use of language/gestures. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 15. | Responsible behavior in the automobile/bus. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 16. | Maintains a clean and presentable appearance. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 17. | Trying to get along with staff/program. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 18. | Trying to get along with peers. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 19. | Working toward group goal: Share news article at dinner / Write in thought journal | ✓ | NA | NA | ✓ | X | ✓ | X |
| 20. | Working toward personal goal: Study fire escape route, do research on smoking and give a presentation / Get along better w/ staff & program | X | X | X | X | ✓ | ✓ | ✓ |
| | Total | 94% | 93% | 94% | 90 | 85 | 95 | 95 |
| | Staff Initials | [illegible] | [illegible] | [illegible] | NAP | NAP | [illegible] | [illegible] |

"✓" - passed "X" - not acceptable NA - not applicable

Divide checks into total scores for percentage rate

007768

000250

# SHEAFFER HOUSE DAILY CHECKSHEET

Name: Christa Pike

Week of: April 26, 1991

| | | F | S | S | M | T | W | Th |
|---|---|---|---|---|---|---|---|---|
| 1. | Up and out of bed when called. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2. | Bed made and room cleaned before school/church. | ✓ | ✓ | ✓ | ✓ | ✓ | X | ✓ |
| 3. | Makes nutritious breakfast; cleans up after self. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 4. | Responsible behavior before school/in morning (Sat/Sun). | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 5. | Ready for school on time/catches the bus. | ✓ | NA | NA | ✓ | ✓ | ✓ | ✓ |
| 6. | Responsible handling of school/church activities. | ✓ | NA | NA | X | X | X | X |
| 7. | Responsible behavior during after school/afternoon. | ✓ | NA | ✓ | ✓ | ✓ | ✓ | ✓ |
| 8. | Daily chores completed. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 9. | On time for supper and responsible behavior during meal. | ✓ | NA | ✓ | ✓ | ✓ | ✓ | ✓ |
| 10. | Responsible during study/quiet time. | NA | NA | ✓ | ✓ | ✓ | ✓ | ✓ |
| 11. | Responsible behavior during the evening. | ✓ | ✓ | X | ✓ | ✓ | ✓ | ✓ |
| 12. | Responsible use of language/gestures. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 13. | Responsible behavior in the automobile. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 14. | Maintains a clean and presentable appearance. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 15. | Ready for and into bed on time. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 16. | Responsible behavior after lights-out. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 17. | Trying to get along with the staff/program. | ✓ | ✓ | X | ✓ | ✓ | ✓ | ✓ |
| 18. | Trying to get along with peers. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 19. | Working toward group goal: Improve Dinner Behavior 15 minutes alone | ✓ | NA | ✓ | ✓ | ✓ | ✓ | ✓ |
| 20. | Working toward personal goal: Try to get used to staying here start paying attention in class | ✓ | ✓ | X | ✓ | X | ✓ | ✓ |
| | Total | 100% | 100% | 88% from | 100 | 90 | 90 | 95 |
| | Staff Initials | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

"✓" = passed "X" = not acceptable NA - Not applicable
Divide checks into total scores for percentage rate

000769

# SHEAFFER HOUSE DAILY CHECKSHEET

Name: Christa Peke

Week of: May 3, 1991



| | | F | S | S | M | T | W | Th |
|---|---|---|---|---|---|---|---|---|
| 1. | Up and out of bed when called. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2. | Bed made and room cleaned before school/church. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | X |
| 3. | Makes nutritious breakfast; cleans up after self. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 4. | Responsible behavior before school/in morning (Sat/Sun). | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 5. | Ready for school on time/catches the bus. | NA | NA | NA | N/A | ✓ | ✓ | ✓ |
| 6. | Responsible handling of school/church activities. | NA | NA | ✓ | N/A | NA | ✓ | X |
| 7. | Responsible behavior during after school/afternoon. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 8. | Daily chores completed. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 9. | On time for supper and responsible behavior during meal. | ✓ | ✓ | ✓ | ✓ | ✓ | X | ✓ |
| 10. | Responsible during study/quiet time. | NA | NA | ✓ | ✓ | ✓ | ✓ | ✓ |
| 11. | Responsible behavior during the evening. | ✓ | ✓ | X | ✓ | ✓ | X | ✓ |
| 12. | Responsible use of language/gestures. | ✓ | ✓ | ✓ | X | ✓ | ✓ | ✓ |
| 13. | Responsible behavior in the automobile. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 14. | Maintains a clean and presentable appearance. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 15. | Ready for and into bed on time. | ✓ | ✓ | X | ✓ | X | ✓ | ✓ |
| 16. | Responsible behavior after lights-out. | ✓ | ✓ | X | ✓ | ✓ | ✓ | ✓ |
| 17. | Trying to get along with the staff/program. | ✓ | ✓ | X | X | ✓ | ✓ | ✓ |
| 18. | Trying to get along with peers. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 19. | Working toward group goal: 15 minutes alone - stone notes ... during | ✓ | ✓ | NA | ✓ | NA | ✓ | ✓ |
| 20. | Working toward personal goal: Start paying attention in class study fire escape route & do research on smoking for presentation | NA | NA | NA | NA | X | X | X |
| | Total | 100% | 100% | 76% | 88 | [illegible] | 85 | 85 |
| | Staff Initials | ef | ef | ef | AKP | AKP | mm | mm |

"✓" = passed "X" = not acceptable NA - Not applicable

Divide checks into total scores for percentage rate

007770

# SHEAFFER HOUSE DAILY CHECKSHEET

Name: Khrista Pike     Week of: ______

| | | F | S | S | M | T | W | Th |
|---|---|---|---|---|---|---|---|---|
| 1. | Up and out of bed when called. | | | | ✓ | ✓ | ✓ | ✓ |
| 2. | Bed made and room cleaned before school/church. | | | | ✓ | ✓ | X | ✓ |
| 3. | Makes nutritious breakfast; cleans up after self. | | | | ✓ | ✓ | ✓ | ✓ |
| 4. | Responsible behavior before school/in morning (Sat/Sun). | | | | ✓ | ✓ | ✓ | ✓ |
| 5. | Ready for school on time/catches the bus. | | | | ✓ | ✓ | ✓ | ✓ |
| 6. | Responsible handling of school/church activities. | | | | ✓ | X | X | X |
| 7. | Responsible behavior during after school/afternoon. | | | | ✓ | ✓ | ✓ | ✓ |
| 8. | Daily chores completed. | | | | ✓ | ✓ | ✓ | ✓ |
| 9. | On time for supper and responsible behavior during meal. | ✓ | | | ✓ | ✓ | ✓ | ✓ |
| 10. | Responsible during study/quiet time. | ✓ | | | ✓ | ✓ | ✓ | X |
| 11. | Responsible behavior during the evening. | ✓ | | | ✓ | ✓ | ✓ | ✓ |
| 12. | Responsible use of language/gestures. | ✓ | | | ✓ | ✓ | ✓ | ✓ |
| 13. | Responsible behavior in the automobile. | ✓ | | | ✓ | ✓ | ✓ | ✓ |
| 14. | Maintains a clean and presentable appearance. | ✓ | Sunday | | ✓ | ✓ | ✓ | ✓ |
| 15. | Ready for and into bed on time. | ✓ | | | ✓ | ✓ | ✓ | ✓ |
| 16. | Responsible behavior after lights-out. | ✓ | | | ✓ | ✓ | ✓ | |
| 17. | Trying to get along with the staff/program. | ✓ | | | ✓ | ✓ | ✓ | ✓ |
| 18. | Trying to get along with peers. | ✓ | | | X | ✓ | ✓ | ✓ |
| 19. | Working toward group goal: Improve dinner behavior | NA | | | NA | ✓ | ✓ | ✓ |
| 20. | Working toward personal goal: Try to get used to staying here | NA | | | NA | ✓ | ✓ | ✓ |
| | Total | 100 | | | NA | 95 | 90 | 90 |
| | Staff Initials | gl | | | NAP | NAP | mm | mm |

"✓" = passed "X" = not acceptable NA - Not applicable
Divide checks into total scores for percentage rate

007771

000252

Sheaffer House
Progress Report

Christa Pike
4/21/91 - 5/15/91

Christa was admitted to Sheaffer House on 4/21/91 under a Voluntary Placement Agreement between Dept. of Social Services and Christa's mother, Carissa Fotos. Placement was necessary for Christa because she was not attending school regularly, she was not following her mother's rules of the home and adequate supervision could not be provided for her due to her mother's work schedule. The plan for placement is to stabilize Christa's behavior in school and in the home and to work toward her eventual return to her mother's home.

Christa responded to Sheaffer House and its structure rather well and seemed to adjust quickly. In the first week or so of her stay she tended to stay out of any negative remarks or behaviors in the house and often "bit her tongue" not to respond as she saw other residents responding to staff. She seemed very eager to please adults and occasionally commented on how hard she was going to work to make things work for her. However when she began to feel more comfortable and got to know the other residents and staff better, she did not always respond in a positive manner. Christa can be extremely helpful to staff around the house and friendly toward staff but when around other kids, she tends to join in with their particular moods and behaviors. Christa can at times be disrespectful and critical of the program and this is especially true when there are other residents around and they are behaving in the same manner. There have been two occasions when Christa was caught smoking in the house and she handled the consequences for this quite well. This happened in her first two weeks of placement and we have not had that problem since. However we suspect that Christa has been sneaking to smoke yet she has not been caught in the act since the last incident on 5/5/91. Overall, Christa is compliant of staff's requests and does what is expected of her and is often times very pleasant and cheerful around those in the house.

Christa's relations with her peers in the house has generally been positive. She is very social and enjoys being around others her age. Christa has been the most tolerant of all of the residents with one mentally retarded youth in the program. She often times would assist this resident in tasks and was not as easily frustrated by this youth. She would on occasions join in with the others in making negative remarks about her but as stated earlier Christa tends to join in on these types of behaviors to fit in.

Christa has had some day visits with her mother since placement and these have reportedly gone well for them. It is hoped that the visits will continue and eventually lead to overnights with her mother. Christa's mother seems very willing

to work on her issues with Christa and have her return to her home after placement at Sheaffer House. Carissa is working with Kerry Clement and Bonnie Ferrell in parenting sessions several times a month and this should help her in knowing how to better set limits for Christa and how to best structure her home to meet Christa's needs.

Overall Christa has adjusted well to Sheaffer House. She has some problems with getting involved in situations which she would be better off staying out of but needs that acceptance from her peers. She is almost always cooperative with requests of stay and generally cheerful and helpful to staff.

007775

**CHAPEL HILL-CARRBORO CITY SCHOOLS**
**4-6 PROGRESS REPORT**

PLEASE USE BALL POINT PEN—WRITE FIRMLY

NAME Christa Pike TEACHER Lerner
GRADE 6 YEAR 1986-19 87

| PROGRESS KEY |
|---|
| V=Very good |
| G=Good |
| I=Improvement needed |
| U=Unsatisfactory |
| N=Does not apply |

| PROGRESS KEY FOR YOUR CHILD'S LEVEL OF INSTRUCTION | |
|---|---|
| A-Commendable progress | |
| B-Good progress | Above grade level L+ |
| C-Satisfactory progress | On grade level L |
| D-Limited progress | Below grade level L- |
| E-Unsatisfactory progress | |

| PERSONAL/SOCIAL GROWTH | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Demonstrates responsible behavior | U | U | U | U |
| Shows respect and consideration for others | I | I | G | G |
| Respects school and personal property | G | G | G | G |
| Observes school rules | I | I | I | I |
| Demonstrates good sportsmanship | G | G | G | G |

| WORK HABITS/STUDY SKILLS | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Is prepared/organized for daily activities | | | | |
| Completes assignments | | | | |
| Uses time wisely | | | | |
| Works/computes with accuracy | | | | |
| Works neatly | | | | |
| Is attentive and listens carefully | | | | |
| Follows directions | | | | |
| Works well independently | | | | |
| Seeks help when needed | | | | |
| Writes legibly | | | | |
| Proofreads work | | | | |
| Uses maps, globes, and references | | | | |
| ART | B | A | A | A |
| MUSIC | B | B | B | A |
| PHYSICAL EDUCATION | B | A | A | A |

(handwritten across work habits columns: [illegible])

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| READING | D L | D L | E L | E L |
| SPELLING | E L | E L | E L | E L |
| GRAMMAR/USAGE | E L | [illegible] L | E L | E L |
| MATHEMATICS | E L | E L | E L | E L |
| SOCIAL STUDIES | D L | E L | E L | E L |
| SCIENCE/~~HEALTH~~ | E L | E L | E L | E L |
| HEALTH | C | E | D | E |
| [illegible] | D | E | [illegible] | [illegible] |

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Days Tardy | [illegible] | [illegible] | [illegible] | [illegible] |
| Days Absent | 4 | [illegible] | [illegible] | [illegible] |

ASSIGNED TO 7th GRADE [illegible] SCHOOL 19 87-19 88
[illegible]

FIRST REPORT PERIOD COMMENTS

SECOND REPORT PERIOD COMMENTS Christa must [illegible] all subjects the rest of the year in order to [illegible] 7th grader.

THIRD REPORT PERIOD COMMENTS

FOURTH REPORT PERIOD COMMENTS Christa has not made any [illegible] to attempt good school work this year, though [illegible] a very capable person. Christa [illegible] be a nice + helpful person, but [illegible] showing some of [illegible] to succeed [illegible]

Please sign this sheet. Detach it and return it to your child's teacher in the envelope provided. Keep the evaluation made by the teacher.

PARENT'S COMMENTS AND SUGGESTIONS: (Use back for additional space)

Student's Name ______ Teacher ______

Parent's Signature ______ Date ______

S-3 (continued)

007776

| School | School System | Student ID Number | Date |
| --- | --- | --- | --- |
| | | | |

NAME ______ (Last) (First) (Middle) (Nickname) BIRTHDATE ______ Mo Day Year

SEX: (M or F) RACE: American Indian ☐ Asian ☐ Black ☐ Hispanic ☐ White ☐ Other ______

NORTH CAROLINA PUBLIC SCHOOLS

# SECONDARY STANDARDIZED TEST RECORD FORM

This form must follow pupil when transferred.

Enter secondary test results in date order sequence. Enter elementary test results on reverse of form. If entry typed or handwritten, scores should be labeled according to the following code: Percentile - %, Stanine - S, Grade Equivalent - G.E., Intelligence Quotient - I.Q. Any other type of test results should be explained: name of test, date given, and actual grade placement at time of testing should also be included.

If exceptional, note type of exceptionality:

GRADE 6.7
SPRING 1989

NORTH CAROLINA ANNUAL TESTING PROGRAM BASIC SKILLS

GREY CULBRETH
PIKE CHRIST G

| CAT E & F LEVEL 18 | TOTAL READING | TOTAL LANGUAGE | TOTAL MATHEMATICS | TOTAL BATTERY | | SPELLING |
| --- | --- | --- | --- | --- | --- | --- |
| SCALE SCORE ▶ | 788 | 735 | 735 | 752 | | 708 |
| GRADE EQUIVALENT ▶ | 12.9 | 9.4 | 5.9 | 8.5 | | 5.2 |
| NATIONAL PERCENTILE ▶ | 93 | 71 | 40 | 73 | | 21 |
| NORMAL CURVE EQUIV. ▶ | 81 | 62 | 45 | 63 | | 33 |

681-5 B106-322 30114085 05/01 32505

| | |
| --- | --- |
| | PSAT |
| | SAT |
| | NC Competency Test (when passed) |

000256

PS-2 Rev. 86

007777

| Student ID Number | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| School | School System | Date |
|---|---|---|

NAME Pike Christina ______ BIRTHDATE 5 10 76
(Last) (First) (Middle) (Nickname) Mo Day Year

SEX: (M or F) RACE: American Indian ☐ Asian ☐ Black ☐ Hispanic ☐ White ☐ Other ______

# PUPIL PHYSICAL EXAMINATION AND PERMANENT HEALTH RECORD

(APPROVED BY NORTH CAROLINA DEPARTMENT OF PUBLIC EDUCATION AND DEPARTMENT OF HUMAN RESOURCES)

This form must follow the pupil when transferred.

## I. (To be completed by parent in pencil) TEACHER UPDATES YEARLY

PUPIL ADDRESS ______

PARENT OR GUARDIAN NAME ______

ADDRESS ______

PHONE NUMBER ______

IN CASE OF EMERGENCY:

CALL ______ PHONE ______

PHYSICIAN ______ PH ______

DENTIST ______ PH ______

## II. RECORD OF IMMUNIZATIONS (Enter date of EACH dose)

| VACCINE | #1 | #2 | #3 | #4 | #5 |
|---|---|---|---|---|---|
| DTP | 5/27/76 | 9/1/76 | 6/23/77 | 9/15/78 | 7/17/81 |
| Polio | " | " | " | " | " |
| MMR | 9/22/77 | | | | |
| Measles | | | | | |
| Mumps | | | | | |
| Rubella | | | | | |

STATE LAW REQUIRES FOLLOWING MINIMUM DOSES:
3 DTP SHOTS
3 ORAL POLIO DOSES
1 MEASLES SHOT ON OR AFTER 1ST BIRTHDAY
1 RUBELLA SHOT

1 Haemophilus shot

## III. PUPIL'S PHYSICAL EXAMINATION RESULTS (To be completed by examining physician)

Significant Health Appraisal Findings: Note Developmental or Physical Disabilities, Convulsive Disorders, Allergies, Sensitivities, Diabetes, Etc.

If unable to participate fully in school program, specify restriction:

Physician's Certification:

☐ I CERTIFY THIS CHILD HAS RECEIVED THE IMMUNIZATIONS NOTED IN PART II.

☐ I CERTIFY THIS CHILD HAS BEEN EXAMINED AND IS PHYSICALLY FIT TO ATTEND SCHOOL (EXCEPTIONS NOTED IN PART III).

PHYSICIAN'S SIGNATURE/DATE:

## IV. PUPIL'S SCREENING RECORD

| VISION | | HEARING | | DENTAL | | SCOLIOSIS | |
|---|---|---|---|---|---|---|---|
| Date | Comments | Date | Comments | Date | Comments | Date | Comments |
| [illegible]89 | Ⓛ 20/25 Ⓡ 20/25 | 5/9/89 | Passed | 10/3/88 | No Obv. Prob | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

(Observations and Referrals on Opposite Side)

007778

Moving to Hillsborough 7-1-89

CHAPEL HILL-CARRBORO CITY SCHOOLS (PEP-1)
Chapel Hill, North Carolina
BEP Summer School

PERSONAL EDUCATION PLAN

GENERAL DATA

Student Christa Pike I.D. or SSN 870824

Date of Birth 3-10-76 Race W Present Grade 6

Student's Address Greensboro Highway Rt [illegible] Chapel Hill [illegible]
(street/p.o. box/rt) (city) (state) (zip)

Present School Bus Stop-AM ______ Bus No. ______
**(please ask student if you do not know)

Parent/Guardian Carissa Thompson Phone No. [illegible] (work)

Emergency Contact: Faye Johnson Phone No. 942-[illegible]

HEALTH ALERT (Conditions of which staff should be aware, e.g. allergy to bee stings, etc.):

Home School Culbreth Home School Teacher ______

Attendance Priority or Standard Failed (Check only ONE blank below.)

Priority 1: ______ (state) Priority 2: X (local) Priority 3: ______ (remedial)

LEVELS OF PERFORMANCE (Attach additional information, if necessary)

Academic Strengths:

Academic Needs:

A. Reading/Language Arts 93% (1989 CAT) / 71% (1989 CAT)
Reading Instructional Level Christa's performance was far below her capabilities

B. Mathematics

C. Behavior/Conduct Quiet

HOME SCHOOL SIGNATURES DATE

Teacher(s): C R Williams 6-13-89

Principal: [signature]

000258

Student ID Number ___________

STUDENT INFORMATION SHEET *
Documentation Checklist

(For BEP Summer School Students & for Students at Risk of Academic Failure)

Student's Name Pike, Christa  Sex F (M or F)  Race W  Grade 4

Home School Culbreth [name of school]  [name of teacher(s)]

Summer School ~~Estes Hills (1-8)~~ [name of school]  Oglesby / Wiggins [name of teacher(s)]

Date & Initial

| | |
|---|---|
| 6/89 | Personal Education Plan (PEP) developed<br>Home School |
| 6/21/89 | Summer School |
| 7/24/89 | PEP updated at summer school |
| 7/24/89 | Recommendations/report regarding progress in summer school made to home school principal |
| | PEP reviewed at home school |
| | PEP updated for 1st grading period of regular school year |
| | PEP updated for 2nd grading period of regular school year |
| | PEP updated for 3rd grading period of regular school year |
| | PEP updated for 4th grading period of regular school year |

This form should be placed in the student's cumulative folder when the PEP is developed. Teachers should be familiar with the PEP and keep it updated.

007780

**SUMMER SCHOOL P.E.P.**

Christa Pike
Student's Name

876824
ID#

Gilbreath
Home School

**SUMMER SCHOOL READING/LITERATURE**

**SIXTH GRADE**

| Requirements | STUDENT'S KNOWLEDGE: Has Not Mastered | Needs Review | Has Mastered |
|---|---|---|---|
| 1. Read a passage with a reading level of 5.0 and identify the main idea. | | ✓ | |
| 2. Read a passage with a reading level of 5.0 and identify a detail stated in the passage. | | ✓ | |
| 3. Read a passage with a reading level of 5.0 and select the correct sequence of events. | | ✓ | |
| 4. Read a passage with a reading level of 5.0 and identify the setting. | | ✓ | |
| 5. Read a passage with a reading level of 5.0 and identify the cause and effect of a relationship. | | ✓ | |
| 6. Read a passage with a reading level of 5.0 and select the best conclusion. | | ✓ | |
| 7. Read a passage with a reading level of 5.0 and identify the characters' traits, attitudes, and actions. | | ✓ | |
| 8. Read independently a variety of materials. | | ✓ | |
| 9. Identify synonyms, antonyms, and multiple meaning of words. | | ✓ | |
| 10. Identify root words and affixes. | | ✓ | |
| 11. Recognize word categories. | | ✓ | |
| 12. Capitalize first word in sentences, names of persons and places, days of week, month of the year, and the pronoun "I" when writing. | | ✓ | |
| 13. Identify correct spelling of words. | | ✓ | |
| 14. Choose the correct punctuation for a short paragraph. | | ✓ | |
| 15. Identify correct plurals of nouns and verbs. | | ✓ | |
| 16. Select forms of verbs to agree with subjects. | | ✓ | |
| 17. Choose the correct pronoun to represent a given noun. | | ✓ | |
| 18. Write descriptive and clarification paragraphs consisting of complete sentences related to the topic, and using conventional grammar, punctuation, capitalization, and legible handwriting. | | ✓ | |
| 19. Identify correct abbreviations. | | ✓ | |
| 20. Locate information in directories and reference materials. | | ✓ | |
| 21. Participate appropriately in a group discussion as both a speaker and a listener. | | ✓ | |
| 22. Follow three-step oral and written directions in sequence. | | ✓ | |

0

007781

**SUMMER SCHOOL P.E.P.**

Christa Pike
Student's Name

Culbreth
Home School

870824
ID#

**SUMMER SCHOOL MATH**

**SIXTH GRADE**

| quirements | STUDENT'S KNOWLEDGE Has Not Mastered | Needs Review | Has Mastered |
|---|---|---|---|
| Write the standard form of a number up to millions | | ✓ | |
| Compare numbers to millions | | ✓ | |
| Add two 4- or 5-digit numbers with regrouping | | ✓ | |
| Subtract two 4- or 5-digit numbers with regrouping | | ✓ | |
| Multiply a 2-digit number or a 3-digit number by a 1-digit number with regrouping | | ✓ | |
| Multiply a 3-digit number or a 2-digit number by a 2-digit number | | ✓ | |
| Divide a 3- or 4-digit number by a 1-digit number with zero in the quotient | | ✓ | |
| Divide a 3- or 4-digit number by a 2-digit number | | ✓ | |
| Use an estimate to check the reasonableness of a given sum, difference, product or quotient | | ✓ | |
| Write decimals to thousandths | | ✓ | |
| Add decimals to thousandths | | ✓ | |
| Subtract decimals to thousandths | | ✓ | |
| Write decimals greater than 1 using tenths and hundredths | | ✓ | |
| Write at least common multiple of two numbers | | ✓ | |
| Find the greatest common factor of two numbers | | ✓ | |
| Write the simplest form for a fraction | | ✓ | |
| Write a fraction or mixed number with denominator 10, or 100 as a decimal and a decimal as a fraction | | ✓ | |
| Write two unit fractions or a fraction by a whole number | | ✓ | |
| Multiply a mixed number by a fraction, or a fraction by a whole number | | ✓ | |
| Multiply decimal and a whole number or 2 decimals in tenths | | ✓ | |
| Add fractions | | ✓ | |
| Read and interpret bar, line, circle, and picture graphs | | ✓ | |
| Add, subtract, multiply, and divide to solve word problems appropriate to computational level | | ✓ | |
| Determine appropriate metric unit for length using centimeter, meter, or kilometer | | ✓ | |
| Determine appropriate U.S. customary unit for length using inch, foot, yard or mile | | ✓ | |

**SUMMER SCHOOL P.E.P.**

Christa Pike
**Student's Name**

970824
**ID#**

Culbertson
**Home School**

**SUMMER SCHOOL MATH**

**SIXTH GRADE**

| **Requirements** | STUDENT'S KNOWLEDGE Has Not Mastered | Needs Review | Has Mastered |
|---|---|---|---|
| 26. Solve word problems involving money | | ✓ | |
| 27. Solve problems involving perimeter and area when a formula is given | | ✓ | |
| 28. Compare decimals | | ✓ | |
| 29. Find the average of a group of numbers | | ✓ | |
| 30. Identify angle, parallel lines, and perpendicular lines | | ✓ | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RALEIGH COUNTY SCHOOLS – WEST VIRGINIA

ELEMENTARY SCHOOL PERMANENT RECORD

~~Cranberry-Prosperity~~ Beaver ELEMENTARY SCHOOL ~~Danny Pettry~~ Wayne Keaton PRINCIPAL

NAME Pike (Last) Christa (First) Gail (Middle) SEX female

PLACE OF BIRTH Beckley, WV YEAR 1976 MO. 03 DAY 10

ADDRESS Rt. 9, Box 76 A (Street) Beaver, WV (Town, State) TELEPHONE None

DATE OF INITIAL ENTRANCE September 1, 1981 NATIONALITY American

TRANSFERRED FROM ____ TO ____ (Date)

TRANSFERRED FROM ____ TO ____ (Date)

PHOTOGRAPHS (Please date)

PARENT OR GUARDIAN Pike (Last) Emil (First) G. (Middle) ADDRESS Rt. 1, Box 62, (Street) Beckley, WV (Town, State) TELEPHONE ~~253-5415~~

OCCUPATION Unemployed ~~Construction worker~~ EMPLOYER ~~C&P~~ ADDRESS ~~Cool Ridge, WV~~

~~Carissa Pike~~

Mothers OCCUPATION ~~LPN~~ EMPLOYER ~~Beckley Hospital~~ ADDRESS ~~Beckley, WV~~

COMMENTS (Home conditions)

SIGNIFICANT PERSONAL DATA (Personality, activities, disciplinary action, hobbies, etc.) Sign and date all entries.

007783

0002C3

007784

## STANDARDIZED TEST RECORD

| NAME OF TEST | DATE AND GRADE | I. Q. | PERCENTILE | GRADE LEVEL |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## ELEMENTARY SCHOOL RECORD

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SCHOOL | Cranberry | | Cranberry | | | | Cranbury | | Beaver | | Beaver | | | | | | | | | |
| GRADE | Kdg | | First | | | | 3rd | | 3rd | | 5 | | | | | | | | | |
| TEACHER | Bradley | | Haynes | | | | G. Shumate | | Holland Darby | | N. Jones | | | | | | | | | |
| YEAR | 19 81 | -82 | 19 82 | -83 | 19 | — | 19 84 | -85 | 19 86 | -86 | 19 87 | -88 | 19 | — | 19 | — | 19 | — | 19 | — |
| SEMESTER | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd |
| DAYS PRESENT | 75 | 78 | 86 | | | | 74 | 78 | 83 | 81 | 12 | 87 | | | | | | | | |
| DAYS ABSENT | 12 | 13 | 3 | | | | 14 | 9 | 7 | 7 | 1 | 2 | | | | | | | | |
| NON-MEMBER | 0 | 0 | 0 | | | | 0 | 0 | 0 | 0 | 76 | 0 | | | | | | | | |
| READING | | | B | | | | D | F | D | F | C | D | | | | | | | | |
| WRITING | | | B | | | | D | D | C | C | C | C- | | | | | | | | |
| SPELLING | | | | | | | [illegible] | D | B | C | D | D | | | | | | | | |
| ENGLISH | | | | | | | C | F | B | C | C | D | | | | | | | | |
| ARITHMETIC | | | B | | | | C | F | F | B | D | D | | | | | | | | |
| SCIENCE | | | A | | | | D | F | C | C | B | C | | | | | | | | |
| U. S. HISTORY | | | | | | | D | F | A | B | C | D | | | | | | | | |
| W. VA. HISTORY | | | | | | | | | | | - | C | | | | | | | | |
| CIVICS | | | | | | | | | | | | | | | | | | | | |
| GEOGRAPHY | | | | | | | | | | | | | | | | | | | | |
| MUSIC | | | A | | | | B- | a | B | B | A | C | | | | | | | | |
| ART | | | B | | | | I- | C | A | A | B | B | | | | | | | | |
| HEALTH | | | A | | | | D | a | C | B | B | - | | | | | | | | |
| AGRICULTURE | | | | | | | | | | | | | | | | | | | | |
| INDUS. ARTS | | | | | | | | | | | | | | | | | | | | |
| HOME EC | | | | | | | | | | | | | | | | | | | | |
| BAND | | | | | | | | | | | | | | | | | | | | |
| PHY. ED | | | A | | | | G | a | C | B | B | C | | | | | | | | |
| PHONICS | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | 2.81 | 1.67 | | | | | | | | |

-0030

Clinical Interview with Christa Pike
Date: 9/8/95

Pictures of the deceased and crime scene were reviewed with Christa and her attorney, Bill Tallman. Christa became upset and started crying. She left to use the bathroom. She commented, "It's rough to look at because I know I did it." She also commented tearfully, "I can't believe I did that. I took stuff out on that girl I had in me since I don't know when, things that happened to me when I was raped, and I couldn't do nothing about it. People who hurt my feelings." She said, "I don't have anyone to talk to. I don't trust my friends. My mother wouldn't understand. I try to block things out I don't think about anymore."

She described Colleen as "not a friend but not an enemy." Colleen got to school around November or December 1994. Christa had been there since September. Christa liked being away from home and did not have to worry about fighting with her mother, drinking, and smoking pot with her friends. She first met Colleen when she came upon her talking to Mike Brock at the back stairwell. They were all over each other. She does not know what they were talking about. Colleen had just gotten there that day or the day before yet later Christa learned that Colleen and Mike had sex in back of the volleyball field. Christa saw Colleen later with her clothes messed up. She scolded Mike, telling him that if Colleen would do it with him that soon that she would do it with anyone. Christa did not think much of her for her promiscuity.

Christa had a writing class with Colleen fourth period.

One week later Christa was on the second floor, the boys' floor, next to Tadaryl's room. He had been her boyfriend since the day she got there and she was sexually active with him two and a half weeks later. Colleen was in a room with eight guys. She was in the bathroom and two guys said she was giving blow jobs. In the bedroom, Little Joe, a virgin, was being encouraged to have sex with Colleen. Later, Christa learned she did have sex with Little Joe. Tadaryl and she were out in the hall. The boys later said that they were "running a train" on Colleen, which involved one boy being in her vagina and the other in her anus. The radio was playing loud. Christa said, "I didn't care because Tadaryl was with me and that's all I cared about."

Once a month, said Christa, "some little whore" would come, get a name for herself, and be so disliked that she would go home.

After this Colleen was calling all the girls who dated black boys "nigger loving whores." Christa thinks that Colleen was trying to be liked by the redneck element of the Job Corps and that more people heard this than they were supposed to. Another girl, Minnie, confronted Colleen in her room a week or so later. Colleen denied that she was saying these things.

In the rec room a few days later Tadaryl was shooting pool after school and Christa went to shower. She later went to the rec room and talked to her friend, Kim Iloilo, and two others. She overheard Colleen tell Tadaryl, "I'd fuck the shit out of you." Christa said she could not believe she had said that. Tadaryl said, "I think I'll pass on that," and then Colleen said, "Why don't you come with me behind the culinary trailer, and I'll suck your dick and I'll bet you'll want it then." Christa said she went over to Colleen and said something to the effect of how can you call me a nigger loving whore when you're running around with everyone in here. Christa told her that Tadaryl was hers and to find her own. Christa told her she needed to leave him alone and that if she kept messing with him she was going to beat the shit out of her. Tadaryl pulled her away and said, "Stop, Christa." He did not like her to fight, drink, or smoke weed or do anything that would hurt her body. He said they only got drunk together two times the whole time they were together.

Tadaryl was at the penal farm and writes to Christa. She says she does not write to him. However, she said she loves him and always will.

Christa said she is not a devil worshipper. This came up, she said, because Tadaryl carved a pentagram on Colleen's chest. He told someone in the press he sacrificed bunny rabbits since he was ten and that he was into devil worship. He never tried to bring her into it, she said. Looking into a mirror in his bedroom he told her she had a demon inside of her. He showed her her demon and his own by having her look at herself a certain way, standing eight to ten inches from the mirror and relaxing her mind. She said the lights were off in the bathroom, with the door cracked so the light came in. She could see her demon. It had no hair on top of its head and a slight ridge in the middle of her forehead. Her cheek bones were really defined and part of her face around her nose protruded. This was her demon, she said. She said she knows Tadaryl can do things normal people cannot do because of his crystals. His roommate used to see it all the time and it scared the shit out of him - a black cloud hovering over the crystals, which Christa said she also saw. Tadaryl said he had control over this and could call it to come anytime. He said he put the black cloud over someone there, a friend of hers, Tyrone Comfort, who was in love with Christa. Tadaryl was jealous and protective of her. Tyrone said Tadaryl put a black cloud over him. He woke up out of his sleep and could not move a muscle of his body, seeing this cloud over him for about a minute. Tadaryl laughed about it.

Most everyone knew Tadaryl was into witchcraft and talked about being afraid of him. If anyone said anything smart Tadaryl would just have to stand up and everybody would try to calm him down. Christa thought it was cool that everyone was scared shitless of him. Tadaryl would get off because of her, getting a mean look on his face. Once he threw a white guy against a wall when he bumped into Christa. He told him that if he ever even looked funny at Christa again he would cut him, showing him a razor blade he carried in his mouth. All

the guys did this, said Christa. She carried a box cutter sometimes because the Job Corps was such a violent place. Once she almost used it when a friend of her roommates come in. The girl was huge and "clicking on me for something." She held the box cutter in back of her until the girl left.

Christa weighed one hundred four pounds when she entered jail and said she now weighs one hundred thirty-four pounds.

One night, right before Christmas vacation, Shaniqua McQuinn from Chattanooga, nicknamed Nicky, was out partying. Nicky and Christa did not particularly get along, Christa went to bed at 10:00 P.M. because she had a headache. Around midnight she awoke to find Colleen in her room, going through her stuff. She told Christa she was looking for something for Nicky. She had a box cutter with her. Christa knew Nicky did not like Colleen because two weeks earlier Nicky had told her this. Nicky did not like white people very much in general. Christa asked Colleen, "Why are you going through my shit?" She said Colleen said, "Just forget it" and walked out.

Christa said she was always with Tadaryl. She does not know if Colleen had a boyfriend because she was not into Colleen's business. She never saw her walking around with any boy in particular. She does not know if Colleen had any good female friends but does not believe any of the girls liked her because she was such a slut.

Christa went home for Christmas and returned around January 3 or 4. Tadaryl had stayed in Knoxville because he had gone home for Thanksgiving. When Christa first got back she learned that a girl named Isha, a black girl, and Tadaryl had messed around. He told her he did not have sex with her, and Isha apparently said this as well. Christa told her she was not mad at her because she considered it Tadaryl's fault and not hers. Isha said she had kissed Tadaryl and that was all and Tadaryl apparently agreed with this as well. Christa told him if that was what he wanted that he should go and be with Isha but he said he wanted Christa instead. For a week or so Christa said she kept throwing this up in his face even though she was still with him most of the time. For about a week he kept on reassuring her.

Before, when into a relationship, Christa said she would throw herself into it. The relationship usually did not work but this one with Tadaryl was working. He wanted her beside him all the time and she really liked this. Even after school when she would want to lie down he would insist that she lie down with him in his room. If she was not back from taking her shower in an hour he would come looking for her. He took care of her and gave her anything she needed. She thought she was pregnant before Christmas and Tadaryl was happy about this. If ever she was sick Tadaryl would baby her by sitting beside her and no one ever did that for her except her grandmother and her mother.

The girls and boys were not supposed to be on each other's floor but Christa always sat in the hallway and was a permanent fixture. Weekends she would be in his room and at night a few times she spent the night with him. Twice she was written up for being in his room.

Colleen became a smart ass to Christa everywhere she went. She saw her daily because everybody would eat together. Christa would roll her eyes when she saw Christa and give her a head to toe look. Sometimes she would "accidentally" bump into Christa. Christa could not figure out what Colleen was trying to do. Christa would never do anything to retaliate because Tadaryl would always say, "Now, Christa." Christa said she wanted to beat the shit out of Colleen. Normally, she did not think much about Colleen unless she was in her face. There was no one else that Christa disliked quite as much but she said she does not brood about things. She worried in general about Tadaryl if she were to leave regarding other females but did not really think Colleen was much of threat because she had been with every man there and she did not think Tadaryl liked this.

When Teresa came back from Christmas she was upset with Colleen because Colleen had messed around with her boyfriend, Sonny. Teresa was a big girl, one hundred sixty pounds, and wanted to jump Colleen, about one hundred twenty pounds. She started shit with Colleen whenever she saw her. Christa felt badly for Colleen because Teresa was always on her and all Colleen could seem to do about this was cry.

On January 12 when Christa went to her writing class Colleen was there balling her eyes out. The teacher, Ms. McDowell, was talking to her. Christa felt sorry for her. She overheard Colleen saying, "I wasn't doing it to hurt Teresa. Sonny told me they were broke up." Christa went over and comforted Colleen.