**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **CHRISTA GAIL PIKE** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:12-CV-35** |
| | ) | **DEATH PENALTY CASE** |
| **DEBRA JOHNSON, WARDEN** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ADDENDUM 6**

**DOCUMENT 5**

FILED
APR 07 2009
Clerk of the Courts
Rec'd by

STATE OF TENNESSEE VS. CHRISTA PIKE
CASE NO. 68280 EXHIBIT NO. 1C
DATE 1-29-07 ID / Evd



13

Clinical Interview with Christa Pike
Date: 9/22/95

Christa said she is on Doxepin for depression as per Rick Sawyer from Helen Ross McNabb. She told him she was suicidal and was put on suicidal watch. She kept going off because she was not given phone privileges and could not sleep. She would start screaming. The Doxepin is not working as well as it did. She starts screaming when all the women on the floor start talking. She has been in two fights with the same woman but insists that she did not start them.

Christa said she was born in West Virginia. It was boring but pretty. Her parents divorced when she was two and remarried when she was four, divorcing again when she was five. She got passed back and forth two to three times a year between them.

At age seven she and her mother moved to North Carolina after Carissa met a truck driver, Danny, who she married. They lived in Snow Camp, way out in the boondocks.

About age nine she moved to Chapel Hill, North Carolina. Her mother and husband started having problems. Alicia, nineteen, and her brother-in-law lived with them. Danny did not live with them at first. They lived in a trailer for a little while in a trailer park and then moved across the street into a double-wide. Danny lived with them off and on.

Her mother started seeing Steve, someone her brother-in-law worked with. Steve was disgusting. Carissa moved with Christa, who was eleven, to Hillsborough to a rental home with Steve. Her sister and brother-in-law moved back to West Virginia. Steve was nasty. He was a pervert. He had a stack of X-rated tapes higher than Christa was tall. Her mother chose Steve over her. Her mother would work during the day and be gone real late. Steve would be home every other day. She and he fought constantly. He would call her a whore and slut, grabbing his genitals and shaking them at her while calling her names. One time she was leaving because she did not want to stay there with him and he hit her in the face. Her mother believed him when he said her zipper caused the mark on her face. She was twelve. She pressed charges but ended up dropping them. Later on, during the winter, she was watching her three year old nephew, Keith. Steve came in. She was not supposed to have friends when they were not there but she let her friend come in and give her a permanent. Steve hit her across the face with a belt and chased her with the belt. She ran into the kitchen, got a butcher knife, and threatened him with it.

He would come in her room at 2:00 or 3:00 A.M. and start hitting her while she was sound asleep. One time he did it when her mother was there because he said her room was not clean. Her mother made him stop but later came in griping at

her about her room. She would work at the hospital from 3:00 P.M. until 11:00 P.M. and sometimes stayed over.

At age twelve Carissa sent her back to West Virginia to live with her father. She shipped her to him at least once a year. He would say he could not handle Christa and would ship her back. Christa would not do her work in school. In the third grade she took her father's cigarettes and lighter to school and smoked in the bathroom, where she got caught.

Christa and her sister Alicia would smoke together. Alicia is five years older than Christa. Alicia lived with her Aunt Carrie for awhile when Christa was five or six and lived with her off and on. Alicia grew marijuana under her bed in butter bowls and then would put it in her grandmother's greenhouse, where she had her own padlock. Christa told on her sister and her mother destroyed Alicia's plants.

Christa started using marijuana at age nine. She always hung out with older children and they were the ones who provided it to her. She smoked every two weeks when she was younger but increased this gradually to daily beginning at around age eleven. In the Job Corps she only smoked marijuana a few times because Tadaryl did not like her smoking or drinking alcohol.

Christa said she has tried just about everything including pills, LSD three or four times, cocaine about three times, which had no effect on her, and crack perhaps four times. She never stuck a needle in herself. Pills included Delaudids, Somas, Valium, and uppers. She and her friends used caffeine pills all the time and Mini-thins, an over-the-counter medication for asthma. Three or four of them will make you high, she said. Christa said she used drugs just to be doing it. Drugs kept her from being bored with life. She is aware that she was sick of life for as far back as she can remember.

Christa tried to kill herself in the sixth grade by overdosing on a box of Benadryl. She told her friends she wanted to kill herself, and the friend was all set to help her, Christa said with a laugh. The friend's mother was a doctor and she brought her lots of pills. Christa did it at school on a special day when everyone else was doing fun stuff and Christa had to stay in the hall. She thought it was as good a time as any. She did it because it was something to do. She does not think she really wanted to die but just wanted the attention. She was getting lots of bad attention at the time from everyone, everywhere. After taking the pills she started throwing up. Brian came to pick her up and took her to the hospital. She told them she was trying to get high and not that she was suicidal because she did not want to go into a mental hospital.

In the seventh grade she overdosed with her best friend, Brandie Parker. She said she had all kinds of pills because her mother was an LPN. She wanted to do it because "just everything." Although Christa took more pills than Brandie the

pills did not have much effect. Brandie, however, had to have her stomach pumped and was in the psych unit for thirty days.

Christa and Brandie used to skip school all the time. This was her second time in the seventh grade. She and her mother would fight each day. Christa was fighting with her boyfriend, age nineteen, although she was twelve or thirteen at the time.

Christa is aware that she is an impulsive person. Something will pop in her head and she never stops to think about anything.

"The statement I gave," Christa said, "is not true. It's a bunch of crap. I didn't want to bring the others into it. They hadn't questioned Tadaryl and I didn't think we all needed to go down for it. He's smart. He has so much to look forward to whereas everything I've done, I've fucked up somehow. He's only seventeen and I'm nineteen. I asked Shadolla to come with us. If I'd never asked her to come, she'd never been there. I never acknowledged her presence in my statement."

"My life has no value, but I look at other people's lives as having value. I wasn't sitting there thinking, 'I'm going to kill this girl.' I wasn't thinking anything. I was just mad and when I'm mad I don't think about anything. It's like I have tunnel vision. This has happened two or three times before."

Christa discussed an incident involving Kenny Clyde, who kept calling her and threatening to rape her. This was before Job Corps at the beginning of the summer. He was in his twenties, a pervert and a sick person. He followed her, and as soon as she would get home he would call and tell her where she had been and what she had done. He would tell her that he was going to come to her house and he wanted her to wear black underwear. Christa kept hanging up on him but finally she got angry and said, "If you want it that bad I'll just give it to you." She and Mandy, who he was also threatening, drove him to a dead-end road. Mandy got out of the truck and got a stick. Christa started cussing Kenny, asking him why he said he would rape her. She said she had been raped before, and that this is a weak point for her. Mandy gave Christa a stick and both of them started beating Kenny with sticks. He hit the girls back but Christa said she was so angry she could not feel it. He started running and the girls got in the car, giving chase. Apparently he went to the emergency room with a concussion and filed assault charges against Christa. She said she went to court but Kenny did not show up because he was in prison for molesting a four year old child. The charges were dropped.

Another time she has no real memory of what happened because of how angry she was when Steve hit her in the face with a belt.
Colleen was not a serious threat to Christa because Tadaryl is not into nasty females and would not bring himself to Colleen's level to be with her.

Regarding her mother Christa said that her mother is much like she is. She always is with a man and is dependent on a man but not necessarily for physical things. Christa said she hates taking things from people. She likes to take care of someone she loves and to have someone care for her, which she also thinks she got from her mother. She hates this about herself. She went through so much mental hell, she said, over the years because of boyfriends. She would throw so much of herself into relationships. When she was seventeen she was on the streets with a guy for three months who was a bum, ignorant, and an asshole. He lived in her bedroom with her. Her mother finally kicked Brian out because he would not get a job and they were homeless together.

Christa said she knows she loves Tadaryl but it is not the right way to love someone. Someone should love you for yourself, no matter how you look or act, dress, say, or do and does not try to change you as Tadaryl constantly did. He wanted her to be a certain way. He never wanted her to fight but women fight when they're together, said Christa. He would swoop her up and say, "you're not going to fight" and she would feel dumb. He would let her fight men but not females, seemingly getting off on that.

Christa said she has not been in as many physical fights as it sounds but with more fights with males than females. She and Brian would often fight. Her mother's first husband, James Ferguson, used to beat the shit out of her mother, but her mother never hit back. Her mother smacked her when she was younger, but Christa never hit her back. Once, after she had run away several times, her mother grabbed her by the hair and drug her down three steps.

The earliest Christa remembers running away was at age twelve. She believes she probably has run away about twenty times. She would go from friend to friend. She would run-away because she was sick of arguing with her mother or just needed something exciting to do. Her mother would just let her go and she figures her mother knew she would be coming back. Usually she did not have the police looking for her.

Christa first had consensual sex at age fourteen. She thinks she has eight to nine sexual partners. When she was nine she was raped by Clyde Davis, in his forties, in a trailer park. She got off the bus. She and two little girls were throwing rocks and leaves at each other, just playing. The girls went to their home and Christa went to her trailer. She went out to the mailbox and on her way back he grabbed her and threw her in the weeds. Her mother was at work and would be home soon. Usually her sister would be there, but sometimes Christa was alone after school beginning at age nine. Christa was baby-sitting these two girls, ages six and seven, when she was nine, being paid for this. She said she always was told she was smarter than her age but she does not feel this. The man stuck sticks and fingers in her vagina. He had his dog lick her. He held her down. She was scared and laid there after it started. At first she screamed but no one heard

her. The next day she told a friend in school, Sarah, and a teacher's aid. They told her mother who asked Christa why she had not said anything about it. Alicia told Christa she was lying. Christa picked this man out of a photo lineup but he was only kept in jail for two weeks. Sometimes after this he would drive by in a big red car. After this her sister started meeting her at the bus stop. She does not remember thinking about it much after this and does not think about it at all now. It does hurt her that Alicia thought she was lying.

Christa and Alicia have never been very close. She described Alicia as "kind of a snotty person." She is married for the second time to an M.D., Dr. Matt Willis, in Irving, Texas. Alicia is described as "real pretty." She was suspended one time for beating the hell out of a black guy that pinched her butt.

Christa said she ran away when she was fourteen and lived in the woods with Brandie. They broke into a concession stand and stole candy and hot-dogs. A warrant was issued for breaking and entering and larceny. They were both put on supervised probation. Donny Simpson and then Peggy Hamlett were her probation officers and she hated them both because she was so busy being a wild child that she did not want to go to meetings. She ran away again and her mother talked to the PO and she ended up going to a training school when she was fifteen, Swannanoa Juvenile Evaluation Center. She was here for a year and three months. She could have gotten out in three months because they had a point system but Christa said she did not want to obey their rules. She does recall the judge giving her another chance before she was sent to Swannanoa, but she ran away again.

Christa skipped school beginning in the sixth grade but quite a bit in the seventh grade. She would go the beginning of the year for two weeks and then would miss two days a week. She failed the seventh grade. When she was in school she was high, sleeping, or otherwise not doing the work, instead writing letters. She often talked back to teachers. She was suspended two or three times but she cannot remember why.

Christa said she was with the kids everybody was afraid of. They would go around intimidating everyone but not on purpose. She does not really know why people were afraid of her. They would often be drunk or high. She said she spent half the day drunk, and would come back, get on the bus, and go home. She never went to high school.

Christa started drinking alcohol at age eleven or twelve. She and Mandy got together and "all hell broke loose." She said that they were trouble. They would go to swimming parties Mandy's older sisters had or Christa would be with her older friends. She was never a regular drinker but only drank on weekends.

Christa said her mother tried with her, but Christa simply would not listen. She does not know why she turned out the way she is. Her Aunt Carrie did help her

sister quite a bit. She said Aunt Carrie's three children are perfect. Carrie did not take her because she thought it would make her mother feel bad to have both her daughters.

When Christa first got to jail she said she thought she could hear people's voices through the walls but could not understand what they were saying. She saw shadows out of the corner of her eye but when she looked nothing was actually there.

She said Tadaryl was younger than she but a hell of a lot bigger and smarter and more mature than your average seventeen year old guy.

007799

Clinical Interview with Christa Pike
Date: 9/27/95

Christa said that mostly it has been on her mind about what made her start caring about others more than herself. She has been thinking and thinking but cannot come up with anything. It seems as though it has gotten her into a lot of trouble and put her in situations she does not need to be in.

Christa said she would run away at times because Brandie wanted to run away and Christa did not feel she should be out by herself and sometimes Brandie would do this for her as well. When she ran away with Brian she did it because she was worried about him. Now she realizes it was stupid to sleep in parks and laundry rooms. In North Carolina at age sixteen you are no longer considered a runaway. While she was gone she still kept in contact with her mother, who said as long as she had anything to do with Brian she was not welcomed at home.

When Christa was little she would often get in trouble for lying, especially from her father. "He was always beating my ass" with a belt or his hand. He left bruises but that was normal. Sometimes she'd lie just to be doing it. She would tell tall tales so her friends would be impressed. For example, she would talk on the phone to a friend and then change her voice so they would think that others were there with her. Christa guesses this is because she was insecure and it was done in an effort to make herself look better for fear she might lose her friends.

Christa has been in only one physical fight with Tadaryl. She does not remember what they were fighting about. It was right before Christmas vacation. She turned to leave, screaming that she was tired of listening to him. He came down the steps after her and would not let her out the door, poking his finger on her forehead such that her head hit the wall. She pushed him away. He was trying to make her mad by lighting smacking her face. She pushed him again. He smacked her in the face. She ended up sitting on the ground, screaming at him. She tried to kick him but her foot got caught in his clothes and he got mad. He kicked her in her leg and her lower back. She pushed him hard, out the door. Mama Betty, an RA, told them to stop. Christa was surprised because he had never hurt her before. Two other times he had picked her up by the arms and held her against the wall. She told him she did not want to be with anyone who scared the shit out of her and he never did it again. Twice before he held her up against the wall because she had been smoking pot and he knew it. Normally, he was protective of her.

While in the training school Christa was supposed to enter the Job Corps at age sixteen but did not. When she got home the day before her seventeenth birthday she tried hard to get into the Job Corps but she did not actually get in until September 13, 1994.

After being released from the training school on March 3, 1993 she moved in with her mother and Gerard in Cedar Grove. Her mother had married while she was in training school and they are still married. She loves him more than she does her real father because he does not bitch at her for nothing or nag her. He seems understanding and he tries to help her. It is easier for her to talk to Gerard than it is to her mother. He does not look down on her, calling her stupid or ignorant.

Upon coming home Christa would sleep until noon or 1:00 P.M. and then would go out with her friend, Mandy, who had quit school by this time. The girls would usually get drunk or high and then come home at 2:00 or 3:00 A.M. At first her parents griped at her and then they stopped. Mandy and Christa never needed money for anything because their friends would give them what they needed. Sometimes her parents gave her gas money.

Christa did not look for work at first. Brian moved in with them for about five months because Christa told her mother Brian had nowhere to go. Looking back now, Christa cannot understand why her mother allowed her live with a boy in their house. Her parents did not like Brian, who was lazy, and told Brian he had to leave. Christa thinks they were out on the streets for about three months and that she was back home by her eighteenth birthday. Sometimes when Brian lived there she would leave him at home two or three days a week and go out with Mandy. Other nights she would stay home with him and watch television.

Christa said that moving back and forth between her parents at the time seemed normal but now, in retrospect, it does not.

When she and Brian were on the streets they walked and walked, just to be going somewhere, walking from Chapel Hill to Durham. Sometimes she would cry and people would give them money. One time a black guy invited them to his house for a few nights. He offered Christa five hundred dollars if she would have sex with him. She remembers washing clothes at his house and wearing panties and a tee shirt when he had sex with her. She said it was not actually rape but she said "no." She did not get five hundred dollars. She never told Brian what happened.

Orlando Powell was another black guy she dated in North Carolina. She said she has an attraction for blacks but does not know why. She thinks she just got sick of white guys and black men were new to her. She thinks white guys are petty and immature. She always listened to black music. Her parents did not know she dated black guys. Her mother would have been disgusted.

Sex with Tadaryl was good, better than normal. They liked the same things sexually. Sometimes sex was rough and other times Tadaryl could be very romantic. He made her feel important, sexy, and pretty, that nothing else in the world mattered other than her sexual satisfaction. For the first time she felt like she was making love to a man and not just having sex.

Christa thinks she must have low self-esteem to put up with what she has from men, such as living on the streets with Brian. Many times she has been the other woman. For example, when she dated Leroy Carroll, age nineteen, a white boyfriend, when she was thirteen or fourteen, she was always with him. She only came home to shower and eat and her mother could not do anything with her. She stopped going to school. Christa would be out to all hours with Leroy, getting drunk and smoking weed. The summer before she entered the Job Corps she tried to get back with him because she was so obsessed with him. She did get him back but then no longer wanted him and broke up with him.

During the period of time when she was homeless Brian's friend, Jeff, and his girlfriend Christine, rented a trailer with Brian and Christa. Christa got three jobs and Brian was barely doing one. After he quit this job Christa moved in with her boss at the time, Randy, from The Great Steak and Fry. Randy lived here with his wife, Leah, who worked at the Orange Julius with Christa. Randy's brother, Howard, also lived here. They lived with them for a month or two and finally she said she moved home for no particular reason the summer before she entered the Job Corps. Christa did babysitting from an early age, babysitting for her sister's son.

She was a private duty nurse in hospitals after training school when Brian lived with them. She was seventeen at the time. She had two short term jobs each lasting for less then two weeks.

Christa did volunteer work in Carolwood's Nursing Home in the recreation department. She would help set up games and help feed the patients. She did this off and on when her mother worked there from the ages of fourteen or fifteen on.

At the Job Corps Christa was studying nursing so she could be a CNA. This was a six month program. They were going to pay for one and a half years of training to be an LPN. She hoped to become an RN, and her mother said she would help pay for this. Nursing is all she has ever wanted to do.

When living on the streets Christa had three jobs, working as a clerk at Gypsy's Candyland for two months, at the Great Steak and Fry for two months, and at the Orange Julius for two months. All these jobs were in Durham. She said she was dependable and on time. She was clean as well. Orlando got her a job at Momma Mia's Pizzaria in Durham, and she worked here for two months taking orders. Mandy and Brandie worked here for awhile as well. She quit in order to come to the Job Corps. Their bosses were paying them as well as kept them high on marijuana, giving pot to whoever sold the most pizzas.

Brandie Parker has a son who is almost three. She has never married but is living with someone. She has never dated black guys. She writes to Christa, who she has known since the seventh grade. Brandie had problems with juvenile court

because of running away, larceny, and breaking and entering with Christa. She was never sent to training school because she did not screw up again as did Christa. She quit school in the eighth grade.

Mandy Staley, age eighteen, also writes to Christa. Christa has known her since she was eleven. They lived across the street from each other in Hillsborough. Mandy dropped out of school in the eighth or ninth grade and is looking for a job as far as Christa knows. She does not date blacks. She has had some problems with juvenile court but does not know what this was about. Mandy has never been sent off.

Coming to the Job Corps was not a big deal to Christa because she has moved back and forth so many times with her parents, has lived on the streets, and has been in training school.

Regarding training school, Christa said, "It was awful." She was constantly in trouble and was inside all the time. She said that when she was in trouble she had to sit on a chair and could not lie in bed. The only time she could lie down was at nighttime to sleep. She had to stay in a special wing because she was always in trouble. She would not listen to anyone and constantly argued and cussed people out. She was not mistreated here. This is the only time she was ever effectively controlled. After awhile, she realized she would never get out until she buckled down but she was just as wild when she left as when she went in but was not getting caught as much. Finally she got out after fifteen months although really was supposed to have been out in three months.

Christa was pregnant at age seventeen by a man she only knows as Rick S. She said she went to the beach with Brandie and two guys. She thinks she was gone three days and does not know if her mother knew she was here or not. She got drunk and ended up sleeping with Rick and became pregnant by him. Her mother talked her into an abortion.

Christa can only recollect seven or eight sexual partners. The first at age fourteen was Bryan Dickinson, a boyfriend. They had sex two or three times. At age fourteen or fifteen she had sex four or five times with Kenny Andrews, who she described as an "on and off boyfriend." At age fifteen she had sex many times with her boyfriend, Leroy Carroll. At age fifteen she had sex about three times with Phil Riddle who she "guesses" was a boyfriend. At age seventeen she had sex many times with a man she lived with on the streets, Brian Wilson, as well as had sex with the black man she described who offered her five hundred dollars. She had sex with Rick S. and became pregnant by him. At age eighteen she saw Orlando for an extensive period of time and had sex with him many times even though he had a regular girlfriend. At the same time she was seeing Adam Lyntz and also had sex with him. At age eighteen she had sex with Tadaryl in the Job Corps.

Christa said at age seventeen she was raped when she and Brian spent the night with Brandie and Brandie's boyfriend, Willie. Christa said she went out walking late at night to get diapers for Brandie's son and a black man in his late twenties was walking toward her. Christa crossed the road to avoid her and he responded, "What's wrong? Because I"m a nigger you think I'm going to hurt you?" Christa said no but turned to walk back because she was frightened. She could not run, however, because she was wearing slick boots. The man ran up behind and pulled her down the side of the road. She hit her head on a rock. He pulled her up the hill by her hair and her shirt. She was screaming and there were houses there. The next day the neighbors told the police they could hear her screams although no one responded at the time. He pulled her pants down and entered her but did not ejaculate. He had her by the hair and kept hitting her head on his arm. Little sticks were sticking in her back. He kept saying, "Be still, Bitch." She was screaming and he put his hand over her face and it suffocated her. A car slowed down, shining lights on them, and the man took off. Christa ran back home. When Willie came back to the house he called the police at a neighbor's house, who came to investigate. Christa said she tries not to think about it but does think about it whenever she hears about rape, every few months. Sometimes she still dreams about it. If someone puts their hand over her mouth she thinks about it. One time she saw this man in Chapel Hill, downtown. She turned around and walked the other way. She could not say for a fact it was him because it was so dark when it happened.

Starting at age twelve Christa would take off for a few days. Sometimes she would be running away and other times she just wanted to go to the beach or somewhere else. She was never brought back by the police but always came back on her own. She guesses her parents just got used to this. She thinks she must have gotten grounded now and then but her parents never stuck to it.

Christa said she knows that she has a short attention span and gets tired of things quickly.

007805

Clinical Interview with Christa Pike
Date: 10/05/95

Christa recalls pressing charges at age thirteen against Steve Kyaw when he hit her in the face with a belt. She went to dispute settlement court and he moved out when she said she would drop the charges. Earlier he hit her in the face with his hand and although she pressed charges, she dropped them soon thereafter. She was about twelve when this happened.

Christa said charges have been placed against her several times as well. Once it involved breaking and entering, with juvenile court charges being placed against her. Another time Kenny Clyde charged her with assault. When living on the streets with Brian she shoplifted from Walmart but did not show up. In Knoxville in December 1994 she shoplifted from Watson's before going home for Christmas break. A court date was set for later in January but has not occurred because of the homicide of Colleen.

If Christa spent the school year with her father she would spend the summer or part of the summer with her mother. Neither one of them could handle her. She thinks she was living with her mother when she went to Cranberry Elementary School in Beckley. She remembers her kindergarten teacher as Ms. Bradley and a good friend as Stacy Fitzwater. For first grade she went to Cranberry Elementary again. Apparently, she believes she was with her father when she went to Beaver Elementary but could not recall her teacher's name. She moved to Snow Camp, North Carolina with her mother and for second grade went to Alexander Wilson Elementary. She remembers her teacher as Ms. Roshelli. She was with her father in Beaver, West Virginia when she went to Beaver Elementary School in the third grade. She does not recall the name of the teacher. This is when she started getting bad, she said, taking cigarettes and a cigarette lighter to school with her and getting caught smoking in the bathroom. This is when she had her first fight, with Amanda Emory, who was saying things about her grandmother, who was dying of cancer at the time. Christa ended up repeating the third grade and started it again at Beaver but thinks she may have finished school in Snow Camp, North Carolina. She does recall going to fourth grade at Alexander Wilson Elementary School in Snow Camp but again, does not recall the name of her teacher. When living with her father she went to fifth grade at Shady Spring Elementary School in Beaver, West Virginia. She was with her mother in the sixth grade in Chapel Hill, North Carolina, when she went to Grey Culbreth Middle School. She said she really was starting to get in trouble at this point. She was getting high and drinking a lot as well as smoking quite a bit. She never did her homework, constantly cussed out her teachers, and so forth. Joe Harris was a friend at the time, who still lives in Hillsborough. Christa made a suicide attempt then. She was living with her mother in Hillsborough, North Carolina when she went to Stanford Middle School for seventh grade but moved halfway through the year back to live with her father after the Steve Kyaw incident. She did two months at Shady Springs Junior High in Beaver, West Virginia before

finishing the seventh grade at Stanford Middle School in Hillsborough. She failed and had to repeat the year. Both parents were saying they could not handle her. Christa was not doing her schoolwork and was sneaking out at night when living with her mother but not at her father's home because he lived out in the country and there was nowhere to go. This is when she met Mandy and they would spend a lot of their time drinking and getting high. She repeated the seventh grade at Stanford Middle School in Hillsborough with her mother and was passed on to the eighth grade. She started the eighth grade but was sent off and finished eighth and ninth grades at Swannanoa. While here she turned sixteen and got her GED, leaving the day before she turned seventeen.

Christa stated that she started counseling in kindergarten in Beckley when her mother took her to FMRS. She does not know really why she was in therapy except that she was playing around and not doing her schoolwork. One time she said she actually tried to do her work but the teacher put a sad face sticker on her paper and this hurt Christa's feelings. She used to help feed handicapped children in both kindergarten and first grade and would play with them at recess. She was picked on by the other children for this.

Dr. Jearigan in Beckley also saw her in the third grade. She does not know much about this because she only went a few times. She saw Chuck Helton at Kaiser Permanente in Durham, North Carolina two or three times when she was in the seventh grade. She said there were many other counselors but she cannot remember them. Most of them would tell her mother that the death of her paternal grandmother had a big impact on her but Christa is scornful of this, saying she was having problems before that. Her grandmother died when she was about ten. The maternal grandmother died of liver failure when Christa was eleven or twelve. She said that this grandmother was an alcoholic and it is for this reason that she worries so much about her mother's drinking. As soon as Carissa would get home from work she would drink a beer and still does, as far as Christa knows. She continues drinking until she goes to bed at night, one after the other. Christa really noticed this after she turned nine. Carissa will not admit she has a problem but Christa has talked about it with her sister and Aunt Carrie.

One night when Christa was eleven or twelve her mother and Steve went to a friend's house and Christa saw them smoking marijuana even though they thought she was asleep. She was already smoking marijuana at the time. The first time she ever smoked marijuana with her mother was when they all went to the Outer Banks together in the Summer 1993. Gerard and Keith, five or six at the time, were with them. Christa was pregnant and her mother was trying to talk her into an abortion. Carissa told her she had a joint a friend had given her and told Christa to fire it up. When she was younger her mother never did it in front of her but her sister and ex-brother-in-law smoked with Christa beginning when she was twelve or thirteen and Alicia was seventeen or eighteen. One time when Christa came home she could smell marijuana at home and Alicia told her that she

and her mother had been smoking pot together. Christa thought it was cool that her mother smoked pot and was of the opinion that Carissa certainly could not tell her not to smoke when she did herself.

Christa said that her mother would ground her but this never worked because her mother always worked the second shift and was not at home to make sure Christa did not sneak out. When Steve was there Christa would leave anyway just to be away from him. He would lock the door and would not allow her back into the house at night.

Once her mother "went wild" and hit her when she and Brandie were on a runaway kick, running away three times in one day. Carissa grabbed Christa by the hair and pulled her down the steps into the living room. She remembers Gerard holding her. When Christa was little her mother spanked her some.

Mother's fourth husband, Danny, a truck driver, had a leather strap with a wooden handle "made just to wear my ass out." One time he pushed Christa against the bed and left bruises on her left hip and leg. He had told her not to move but she went into the bathroom when her nose started bleeding. He hit her with his leather strap a few times on the legs and butt, leaving bruises. Her mother did not do anything about this. One night Danny told her to stay up until she had cleaned her room but she fell asleep under the bed with her legs sticking out and he came in and started hitting her legs with his belt. Her father would hit her with a belt on her butt and would leave red stripes all over it, she said.

Christa said Carissa has been married five times, to James Ferguson, twice to Glenn Pike, to Danny Thompson, and finally, to Gerard Hansen.

Christa said she does not like her father, but she loves him because he is her father, she guesses. She thinks she is supposed to even though she does not like him as a person. He always seemed lazy to her. She has a lot of animosity toward him because of her mother. Carissa never really spoke bad of him, but then again she did, said Christa. Carissa busted her ass working and her father paid child support only three times. She said they got divorced because Glenn was cheating on her mother. The second time they married he broke her Bubble Yum doll after she colored on the face of her sister's doll. Alicia told on her and her dad told her to get her favorite doll, whereupon he broke it all to pieces. Alicia cried and tried to help her put it together. Christa said all she remembers are the bad times. She said all she mostly remembers is of Glenn sitting on his butt. She remembers him doing a little construction work. He married a woman named Kathy but they are getting divorced now. He has two children by her, Lindsey, a girl, age six and Max, age 5.

Christa said her father used to "beat my ass with a belt so many times I couldn't count. He'd make me touch my toes and then beat me through my clothes. He'd also make me go pick a switch. I thought I was really bad. I wouldn't do my

homework and I'd get it for that. He'd be in a bad mood, and I'd do something to get on his nerves and he'd take it out on me. I thought it was normal. My grandmom used to stand around and cry. She'd say, 'Glenn Glenn,' and he'd tell her to shut up."

Clinical Interview with Christa Pike
Date: 10/20/95

Christa said she feels as though she has to help Tadaryl from a religious standpoint.

Christa said because the Job Corps was so dangerous she always had a box cutter with her. Tadaryl did not usually carry a weapon but occasionally had a razor blade in his mouth. Some of the other girls carried weapons all the time, such as Kim Iloilo.

Shadolla Peterson, the co-defendant, is from Cleveland. She was eighteen when this happened. She wants everyone to think she is better than she is, said Christa. She likes to get with one other person and just stay with them, totally, talking about everyone else. At the time of the incident, everyone was picking on Shadolla and she did not have anyone to run around with. Christa said they were not really very good friends.

Tadaryl never liked her fighting and did not like her getting in trouble.

Christa said she had crystals when she went home over Christmas but they were just energy crystals, "something about your chi or aura." She said she was wearing a wizard necklace Tadaryl gave her when she was arrested and the state has it. It has a pentagram on it which Tadaryl also gave her. She was also wearing a black cord with a pink crystal on it and a black herringbone necklace. Christa said she has a devil tattoo on her left breast. She put one on her left wrist when she was twelve saying "Number one Bitch." Said Christa, "I thought I was bad then."

Christa said Tadaryl was from Memphis. He has never talked much about his family. She knows his parents are divorced. He has told her that he and his father sold drugs together as well as did drugs although she does not know what kind of drugs these were. He stayed with an aunt when he went home over Thanksgiving. She thinks he is probably upper middle-class because whenever he needed anything his mother would send him money and he never wanted for anything.

In Hillsborough Christa worked at the Waffle House for a short period of time. She said, "I felt like scum there. It was just awful. I worked third shift, when all the drunks and cops came in." About two months after she started here she was fired when she visited the restaurant on a weekend and her boss told her to take her feet off the booth. Christa refused, saying she was a customer and did not have to. He told her she would be fired if she did not move her feet and when she still would not do so, she was fired.

After moving out of the trailer that she lived in with Brian, Christine and Christine's boyfriend and after living with her boss, Randy, and his wife and brother, she moved in with Breana and Mike. Breana is the one whose mother pushed her through a plate glass window and who lived in Christa's house for awhile when Christa was living with Brian. Apparently, Breana got pregnant and moved out of the trailer, leaving Christa with Mike. She said she had sex with him a few times. Breana moved back in and Christa left.

17

Clinical Interview with Christa Pike
Date: 11/21/95

One day at the Job Corps Christa had an experience, saying, "I don't know what happened to me." She said she was with Tadaryl on the second floor and found herself getting short of breath and choking. She fell against the wall because she could not breathe and put her hand in back of her neck. Someone came up and was grabbing on her and she started pushing everyone away. She was grabbing her throat because she could not breathe, and she ended up yanking her necklace off. She was taken to security, and they started making her drink water. They told her that she had this experience because she had not eaten for awhile.

Christa said she used to hyperventilate when she was younger, whenever she got upset. She remembers doing this when she was eight or nine and living in Snow Camp. One time when she was at the skating rink in Hillsborough at about age twelve some big girl came in and jumped her. She remembers screaming and not being able to breathe. An ambulance came and gave her oxygen which Christa found embarrassing. Another time she was at a friend's house in Snow Camp and started hyperventilating for no apparent reason. She does not know if an ambulance was called but does remember someone doing CPR.

Prior to Tadaryl, Christa said she was never involved with the occult. Tadaryl would go outside the building when he was mad and make monsters out of the clouds. She saw him do it two or three times and was fascinated, thinking it was cool. It kind of made her feel he was strong.

Christa had sex with Tadaryl two or three times a day on the weekends and four or five times during the week.

In jail Christa became very sick one time and was sure that Tadaryl had caused this. She woke up from a dead sleep and started throwing up. Her stomach was in knots, and she felt as though someone was squeezing her. She knows he can do anything to her he wants to in here because she has seen him do it before, sending clouds over people and causing them illnesses. He can make his brown eyes turn gray. He always told her that she has strong demons in her and that his three demons cannot mess with hers. She looked at her demon all the time. She thought it was fun, cool. The demons can help you do things, like "move them clouds."

Christa and Tadaryl never tried to hide their interest in the occult because they thought it was fun. The other kids would be interested and asked them to show them something, such as turn lights off and on, move clouds, etc. It gave Christa a good feeling, that she could do something no one else could. She said she does not do this kind of stuff anymore and wants nothing more to do with it.

She said they did not call it witchcraft. Tadaryl was not like this when she first met him and he did not introduce this to her until after she had been at the Job Corps for about a month. June Bug and Boo, two other people at the Job Corps, could likewise make their eyes turn blue. Christa said they would wear sunglasses but she knew what they were doing anyway. The devil, she said, has blue eyes. It's a sign of how much power you have in you and once again, it is something that no one else can do.

Tadaryl, she said, "Never left my ass for anything." He called her the Devil's Daughter. It was kind of like, we can do these special things, and everyone thought that they were so close and her following Tadaryl's interest in the occult had much to do with this. He was protective of her and did not mind letting anyone know it. Sometimes he called her his little devil. Sometimes his eyes would change during lovemaking, when he was real intense. He told her he used to sacrifice rabbits in Memphis but that he got out of it for a few years. Tadaryl is the kind of person, she said, who likes to put on a show for everyone. He needs a lot of attention.

You can really do stuff with it, said Christa. Things really do happen, like seeing demons in mirrors. It was really there. I wanted to play with it. I wanted to show others to make themselves change in the mirror and I showed Shadolla. This made her want to hang around with me even more. I wanted to do stuff with the clouds, make them move around, just to say I can do it, make the lights go on and off by the pool. Everyone would watch us. I'd make the lights come on and Tadaryl would make them go off. They'd always want to know how we did it and we'd never tell them. Brian, Tyrone's roommate, would sleep with the covers over his head because he was so afraid of these clouds. There was both a black one and a red one. I saw the black one over Tadaryl's dresser.

At age eighteen Christa had a devil tattoo put on her breast in North Carolina. She was going to get a large, Dopey dwarf on her leg but decided to get the little tattoo first.

Donna Marsh as a Job Corps friend who died in August in a car wreck. She tried to get Christa to go to church. Christa wanted to go but could not find anything to wear. Christa tried to talk Tadaryl into going, saying, "Come on, let's just go and listen to the other side." Tadaryl didn't believe in God, telling Christa, "Why let people starve if he can turn rocks into bread? Why walk a straight line and not do anything fun if you're a Christian because if he's so merciful and loving why do you get sent to Hell if you don't do everything God says?" Christa said she began to wonder if it was not like a game between Satan and God and that they wanted to see who could get the most people. She said she did not really side with God or Satan but was trying to figure it all out. However, she could not figure out why God would stick you on earth, just to be mean, and let people starve if he loves you so much. Why does he let you screw up and send you to Hell? If Satan is trying to tempt you so much, then why aren't there more satanic

churches tempting you? Why is everyone preaching that God loves when he takes away people I love? Christa said she does not think about this much now but Tadaryl talked to her about it every day and had pretty well convinced her. She does not think that Tadaryl will actually kill her in jail but she does think he could make her really sick and could put her in a lot of pain. She said, "I need to stay on his good side."

She said he got his other girlfriend, Dee Dee, who lives in Memphis, into witchcraft. She sent Christa a letter in jail that was disturbing.

Christa was supposed to go to Camp Woodson, something her attorney tried to get for her, but she kept getting knocked out of it because she would mess up.

A six point star, the number six, and the pitchfork, she said, had to do with gangs, not Satanism.

Before Christmas Christa thought she was pregnant and took three pregnancy tests. Tadaryl took her to security, who took her to Baptist Hospital. They found she had an ovarian cyst that had ruptured, and she was in the emergency room for a few hours before being released. Both Tadaryl and Christa cried because she was not pregnant.

Tadaryl had a Satanic bible that someone named Paul allowed her to read, but then another girl, Pam, who was very religious, threw the bible away one day. Pam tried to save her soul by telling her how wonderful God was and then she would ask them, "Why does God do this or that?" Christa now goes to church on Thursdays. She said, "I'm not all holy and I don't read the Bible all the time but I listen. I don't really worship anyone. I'm still confused but I don't do anything like I did. I'm not an atheist. I believe in God, but I haven't decided to worship him."

Tadaryl saw the move, Natural Born Killers, three times. He said it was good and she needed to see it because it reminded him of the two of them. Although Christa said she kind of knew what he meant but she did not really view herself as evil. Tadaryl, she said, was into all this occult stuff a lot more than she. She said she had a sense that if she did not get into the occult with Tadaryl, that she would lose Tadaryl.

Christa took her crystals home over Christmas. She went to three meetings of the Wiccans. They are the ones who believe in crystals, a moon goddess, and so forth. Said Christa, "I thought it was neat." Tyrone Comfort, she said, was kind of into it, and he took her the first time, she and Tadaryl the second time, and the third time Tadaryl and Christa went and took someone else. The Wiccans talked about wind, earth, water, and worship the full moon. Some barefoot woman ran around slinging water on everyone and saying, "You're moon blessed." This was at the Candy Factory. All the women wore long skirts and pretty daggers. They

were barefoot and ran around singing. It was pretty and fun and it was different. Christa does not know how this compares to Satanism. The Wiccans did not worship God, but the moon goddess. Christa stated, "I don't know if I'm still mad at God or not. I haven't figured it all out yet."

Clinical Interview with Christa Pike
Date: 12/29/95

Christa said she ended up in the "Be sweet chair" over Christmas because she lost it. She said she was screaming and carrying on but does not know what she was screaming about. When she clicked back into reality she was handcuffed and they were walking her to the chair, where she sat for fifteen minutes. This happened one other time in jail. She was here a couple of months and everyone was getting loud and argumentative. She started screaming and pulling her hair. When she came to she had two handfuls of hair in her hands. She has no idea how long this lasted.

Two days ago she got into a fight with someone in jail, showing me her bruised knuckles. Tara Pheiffer was the other inmate who was being a smart ass over the telephone, not getting off after ten or twelve minutes as she was supposed to. Christa is now in lock-down. Although she was earlier in lock-down, supposedly for hitting someone, she said she was found not guilty on this.

In the seventh grade Christa and her friend Brandie huffed Glade and Renuzit. They would go to the store and buy every can of air freshener they could find. One could get high five or six times off one can but it only lasted for a few minutes. Christa had nose bleeds all the time even when she was little and did not have more nosebleeds when inhaling the stuff. She would take a towel and fold it so that the towel was four layers thick, and this would help her breathe the gas and not the liquid. She learned about doing this from a girl from Michigan who was visiting at the apartment complex.

Kathy, her stepmother, had been gang raped by bikers when she was young and was seeing a psychologist for this in Beckley. She talked to the psychologist about Lindsey, who was two or three at the time. Somehow the psychologist suggested that the child was sexually molested and the connection was made that it may have been Christa since Christa would baby-sit for Lindsey. Kathy confronted Christa with sexually molesting her daughter. Christa's comment to this was, "I may have done some sick things in my life but I'd never do anything to hurt a child." Her father told Christa he did not know what to say but that Kathy did not want her in the house anymore. This was very painful to Christa because it is not something that she would do. She tried and tried to tell both of them she had not done it but no one would believe her.

Christa remembers throwing her puppy up in the air when she was nine or ten and letting him hit the ground. She did this to George about three times. She would pick him up and love him and then throw him up in the air again.

One of her shrinks long ago suggested that Ernest may have sexually abused her when she was very young but all she remembers about Ernest is that he killed,

skinned, and ate possums as well as ate raw eggs. She remembers visiting him in Florida with her grandmother. Once he gave her a picture with red flowers on it.

Christa recalls the pornographic pictures she took to school in the sixth grade which she got from her friend, Alice. It was a picture of a guy with his dick pierced, she said. "I thought it was the craziest thing."

Christa was in Sheaffer House, a group home, after she ran away from home in the seventh grade. She was there for ninety days. She did not like Sheaffer at first but ended up crying when she left. She thinks she did okay there except for getting caught smoking. She loved Sheaffer House because they would take them to the mall, to the YMCA to swim, or basically anywhere they wanted to go.

Christa vigorously denied she ever worked as a prostitute. Beth Brown tried to get her into this. Beth told her that a man who owned a store, the Starlite Drive-In, would give her fifty dollars if she would let him eat her out for twenty minutes.

Christa lived with Beth Brown for about two weeks. Beth was supposed to be taking some kind of class but never actually went. Christa was supposed to care for her son, age two. The woman was mean to her son and Christa complained to her about this and this was their first argument. Christa said, "I couldn't put up with her shit anymore. She had this nasty, straggly drunk man there all the time and I didn't want to be there with him. I left. She tried to keep all my clothes. I went back there to get my stuff and she said she didn't have them. I found my clothes stuck in the bottom of her washer, with a towel with cat shit on it. She ruined my clothes." Mandy was with her and Christa started beating on Beth until her son woke up.

The second time she got after Beth she was with Orlando, Mandy, and another female. Christa had heard rumors in the community that Beth had a bullet with Christa's name on it and Christa got tired of hearing this. They drove her to Beth's house and Christa kicked in her door. She hit Beth a few times before Beth pulled out a can of mace and sprayed it all over her. Orlando threw a car seat at Beth and Mandy helped Christa into the car. They went to a nearby Texaco station and then tried to wash the mace out of their eyes. It was here that the police arrested them after Beth took out a warrant. Christa remembers calling her mother to bail her out of jail. Apparently, the others had to pay for Beth's door but by the time it came to court Christa had gone to the Job Corps.

Christa acknowledged that she shoplifted from Roses Department Store when she was living on the streets with Brian. She took things for her mother for Mother's Day. She never went to court because she went to the Job Corps.

Christa went to church with her paternal grandmother in Beaver, attending First Baptist about every Sunday until she was five, at which time her grandmother got

sick. When she moved to Hillsborough, she and Breana started going to a Pentecostal church which was next door to Christa's home. Christa was eleven or nine. At Sheaffer House she went to a black church with a black staff member but was not comfortable with this because she was not into dating black men at the time. What made it worse was that the black staff member would take them to visit her friends after church and Christa felt very out of place.

Breana lived down the street from Christa in Hillsborough from about the seventh grade on. Christa and Mandy really did not like her very much and picked on her to a certain extent. When Breana started sneaking around with them and getting drunk they started to become good friends. Christa stayed in contact with Breana when she went to training school and when she was released they would go out and get drunk together. While Christa was on the streets Breana came to live in her home after her mother pushed her through a plate glass window. Christa decided to come home at this point because she did not like the idea of Breana taking over her parents and her things and Christa not being there. Christa never cleaned up after herself and would come home drunk. In Christa's estimation, "She was worse then me." Apparently, Breana started spreading rumors around Hillsborough about Christa, which upset Christa. Christa pushed Breana down the steps and Breana moved out. Christa dated somebody named Mike who Breana dated after her. She lived with them for awhile while working at the Waffle House for a few months.

Christa said she could not tell me anything about gangs. Tadaryl met with a gang called Folk but Christa said she had little involvement other than with the females.

Christa said she started making friends with blacks when she was at Sheaffer House. She liked their style and their music and the way they dressed.

Christa recalls having Brian arrested when she was seventeen and Mike and Breana were visiting them at her mother's house. They were partying, and she and Brian got in a fight over something. He hit her and she picked up the fire extinguisher and tried to hit him with this. He picked her up and dropped her such that she lost her breath. She knew he had a warrant out on him and she called the police. He left but then he came back because it was so cold. He hid in her closet, where the police found him. He went to jail for two or three months and she thinks it was after this that she stayed out on the streets with him.

When she was twelve or thirteen and living in Flint Ridge Apartments she said that her mother and Gerard went to West Virginia. She did not want to go. She and a friend, Valerie, decided to have a big party. Valerie got money for the party because she was rich and Christa sold her a five hundred dollar mountain bike for one hundred forty dollars. They filled coolers with alcohol. The neighbors were watching, unbeknownst to Christa, and called her sister and

Brian. Brian slammed her head against the wall and pushed her face down on the floor, bloodying her nose.

Christa had chlamydia and gonorrhea at the same time. This is when she was living at Flint Ridge Apartments and was about fourteen years of age. She denies that she was "screwing everyone" but said she would have sex with men just to feel someone cared. She did not use any kind of condom because she is allergic to them and they make her vagina swell. When she became sexually involved with Tadaryl she at first used birth control pills but then got to the point where she wanted to get pregnant and discontinued these.

While working three jobs Christa was able to get a J.C. Penney's card. She charged the maximum, three hundred dollars, and went to the Job Corps without repaying this money.

When at the Job Corps, one week before the incident with Colleen, she was moved to a six person room following a second write-up. She thought this was just awful because she was with the nerds of the Job Corps. She had no privacy. She never even unpacked her things. She did not feel comfortable here. She had no space because it was the same size room as a two person room. There was one bathroom for six girls to get ready in the morning. The other girls thought that Christa was cool and that anything she did was okay. Christa was worried about getting kicked out but more worried about Tadaryl and making him happy. All she ever thought about was "If I do this, how will he feel? What will he think?" He stopped her from doing things she used to do every day until she got there, such as smoking weed. Prior to this, being high was her normal state of mind.

Christa's mother tried to call her every Saturday but she did not always get through.

After Christmas Christa was reluctant to return to the Job Corps because she did not want to leave Mandy. She talked to her mother quite a bit about Tadaryl but called him Jeff because Christa knew her mother would be mad at her for dating a black guy. She told her cousin, Chris, age sixteen, about things Tadaryl did with the clouds. She does not recall telling him anything about the devil doing more for her than God.

Alicia spent a lot of time with her aunt Carrie. Christa said, "That shows you how ignorant my dad is" for saying Alicia was seldom with Carrie.

Christa remembers one time that all she and her mother had to eat was a can of corn that they split. Danny Thompson brought a big bag of Burger King food home but said it was just for him and he ate it in front of them. Brian and Alicia came home with some food for them.

Christa remembers that she, Alicia, and Chris used to go to the slaughterhouse to watch her grandfather kill the animals. Said Christa, "We'd just love it. They'd shoot them first between the eyes, hang them by the feet, cut their throats, let the blood drain out. They cut their heads off and the guts out. Papaw had this big glove on and would pull their guts out. We'd play in the guts with these sticks. We'd get Papaw to open the stomach and see what they ate. I did this as far back as I can remember, until we moved to North Carolina. When I came back for visits I would go watch any chance I got. Sometimes I would name one of them and they wouldn't let me play with the animals after that. They should have let me not watch them butcher the animals instead. I remember in the third grade renting a movie called The Mutilator. I'll never forget it. I don't know why it had such an impact. This guy was killing everyone with an ax. I'll never forget how he tied this girl down and ran a meat hook up under her back and came out her stomach, cutting her up. I thought that was so great. I watched all the Freddie movies. Both my parents let me rent these. Kathy would take me and I would ask for the goriest movie they had and he pulled out The Mutiliator. I watched it over and over. I've always loved those kind of movies."

"I always felt no one cared about me. One of the hardest things I ever had to deal with was my grandmother dying and watching her lose her hair and lose weight. She was the only person who ever loved me for me. I was her whole world and her world revolved around me. We would make cookies and baby clothes together. She took all the pictures of me. I didn't feel anyone cared about me after she died, and that my parents only cared about me because they had to."

"Norma is crazy. She used to baby-sit for us. If we asked for something to eat she would make us drink Alka-Seltzer. She would make us sit in the bathtub for three hours. She would steal Alicia's baby clothes. We would tell Mom but she never believed us. Norma would jerk us around.

"I used to love my horses. I had them until we moved to North Carolina. I rode them whenever I could. I cried and cried when Dad sold these horses."

Christa remembers Donna and Tracie, Danny's daughters, living with them. She hated Donna, who tore up her baby clothes. Donna would play with her pubic hairs and tell Christa to get scissors so she could cut them, leaving them on Christa's bed.

Christa does not remember snakes and rats in their trailer.

007824

Interview with Carissa Hansen
12/04/95

I could see it coming but I thought I would be the one getting the call that she was found dead. There has always been trouble with Christa, from the first grade on. Dr. Yeargan in Beckley, West Virginia said she was just lazy because she was not paying attention in class. She saw him for six months, first weekly and then monthly. I stopped taking her because there was no improvement. He said her problem was behavioral.

Christa has always had problems. She has scared off boyfriends, such as Steve Kyaw. He left when she had him arrested.

Alicia and I have always been close. She ran away once when she was a teenager. She did not like Danny so she moved in with Carrie when she was 13. She was pregnant when she was 14 out of wedlock and had Keith on 1/14/87 when she was 15. She married the father, Brian Hammond, in December, 1987. Right before the marriage the two of them moved to North Carolina to live with us. Danny and I separated because I would not kick Christa out of the house. He could not deal with her missing school all the time. He thought I should be stricter and hit her I but I would not do that. She would sit in her room for hours rather than do her homework and doing without her toys or television. She was always very rebellious.

For a time after Keith was born Alicia moved in and she and Christa got along. Alicia excelled in school and loved school and she taunted Christa about earning straight A's.

Christa has always been religious. I was raised Free Will Baptist and I always took Christa weekly for several years, until her father and I divorced when Christa was two. I was divorced two years and remarried and then divorced after two years of marriage when Christa was eight. I lived in West Virginia until Christa was eight. I worked two jobs during the two year divorce and two year marriage because he would not work at all and this was the reason for the divorce. Christa's two grandmothers took care of her in West Virginia, especially her paternal grandmother, because the maternal grandmother was an alcoholic. The paternal grandmother took her to some kind of Protestant church.

After we moved to North Carolina I did not go to church except when we were in Hillsborough, the third place we lived in North Carolina. We lived next door to a Pentecostal church. The first year we were there Christa went on her own with her friends, Mandy and Breana, who lived with us for a while. After I married Gerard I got a phone call at 2:00 from North Carolina Memorial Hospital saying they had a child whose mother had assaulted her and could she spend the night with me. This was Breana. Christa was in training school at the time. They

were best friends until they lived together. Christa beat Breana up and pushed her down the stairs. Neither girl obeyed the rules of the house about smoking.

After Gerard and I married Christa did real well. He loves her no matter what she does.

Christa has always had a bad temper but she never hit me. One time we got into a fight. She had been running away a lot with Brandie. The police brought her back and she started screaming at me "fuck you" as soon as the police left. I grabbed her by the hair and jerked her. Later I apologized. She ran away that night. I heard rumors she was working as a prostitute from Detective Ross Fredericks in Hillsborough. He knew where she was for two weeks but did not tell me. He told me she was working as a prostitute for two weeks to support her drug habit.

Friends of Christa came to tell me when she was 14 that she was having terrible nosebleeds because of snorting Renuzit. I kept finding cans of Renuzit as well as washcloths in her room but I thought that she was using air freshener to cover her smoking. She denied that she was snorting it. My house was a continuous battle zone. I loved Christa but I hated what she did.

Beth Brown was a girl that Christa lived with after Christa got out of the training school. Beth was 17 or 18 and had a baby. She wanted Christa to live with her for a few weeks while she worked. After two weeks they had an argument and Beth kicked her out and Christa came home. Beth called me to say that Christa had been there and beat her up badly. I called the police. I did not believe what Beth said because I called the pizza place where Christa worked and she was working there. Beth said the door had been broken down and Christa had hit her baby. I went to her trailer but I did not see any evidence of the door broken, bruises on the baby, or anything. I got a call from Christa saying "mom, get me out of jail." She and several others, Mandy, Orlando, and two others had gone to Beth's house, broken in, and beat her up. I had to go to Orange County Jail to get Christa. She denied it. She left to go to the Job Corps, to turn her life around and to become a nurse. The case with Beth Brown went through Resolution Dispute Center in Hillsborough and the others ended up paying for the door. After Christa entered the Job Corps the police showed up with a warrant for her for shoplifting at Rose's.

When Christa came home for Christmas we had a really nice visit. She had all these crystals with her. She told me she was in a group called Wicca which is in touch with the earth, moon, flowers, and so forth. They were good witches, said Christa.

Christa told me about the gangs at the Job Corps but said she was not in one. They were called Gang Disciples, Folk, and Crib.

Christa was always very prejudiced against blacks. She was terrible. If she was in a car and saw them she would call them niggers. I never knew she dated blacks.

I thought Orlando was just a friend. She had a boyfriend, Bryce Todd, who says he still loves her and wants to come visit her.

Christa brought Brian Wilson home in Christmas of 1993. He was 19 and homeless. He was a small, puny, quiet boy. She asked if he could stay with us until he got a job. I knew she had been seeing him the nights that she did not come home. He lived with us until March or April and never looked for a place to stay or a job. He stayed in her room. I hate to say this, but we told him he had to leave. Christa's friends demolished the place one time, breaking the furniture and a window. Once we went to North Carolina and they had a party that turned into a fight. Christa had Brian arrested because he hit her, but they ended up making up and he came back. Christa was mad at us when we made him move out and she left with him. They lived in the street and with friends for a while. Christa got three jobs and he got a job as a janitor. They rented a wreck of a mobile home and we helped furnish it. They had a big fight and she moved in with a couple she worked with. This was the time of the Rose shoplifting incident and Christa moved home.

Christa was very promiscuous, according to what other parents told me. She protected herself a little as far as I know. She had no STD's except for chlamydia and she was treated for this. I suspect all the time that she was running away that she was with different boyfriends.

Brandie was pregnant at age 14. She has told me that although she straightened up, Christa didn't. Christa thinks Mandy is on crack and Mandy is a little distant these days.

When Christa was 17 she came home one time and said she was doing crack and lots of drugs but not shooting up. She told me she was pregnant. I told her I wouldn't tell her what to do but I could not afford daycare. I talked to the doctor I worked with about all the drugs Christa was doing and he said it was to the baby's advantage that Christa get an abortion. Christa was too busy hanging out with friends to work. She got a J.C. Penney's charge card which she charged to the max, $400, and skipped out to the Job Corps.

I was proud of Christa for being in the Job Corps. I got her a badge that said "home is where the heart is - home health care." On the back it said "we are proud of you, Mom and Gerard." We had no idea how bad the Job Corps was. Peggy Hamlet said the worst thing for Christa to do was go back to her high school.

When we visited the Job Corps there was blood on the walls and the carpet as well as writing on the walls. Over Christmas Christa said she was having trouble

with one of the girls, Colleen, who would not let her sleep, because she was holding a box cutter to Christa's throat. She brought this up to me twice. She said they had had some kind of argument and that she was stressed out and tired. I told Christa she didn't need to go back and she could instead go to a local community college. She said she had already put too much into the Job Corps and wanted to finish.

I called Christa every Saturday morning. On the Saturday after Colleen was killed they put me on line with security, who told me to call the Knoxville Police Department. Friday night when I was at work Christa called Gerard to come get her but he said he had just had a beer and did not want to drive. Christa told him someone had been murdered and she was scared. I never suspected for a minute she did it.

When it came time for Christa to go back to school after the Job Corps she did not seem to want to but she acted as though she had to finish her schooling and become a nursing assistant. We were proud of her for that.

Tadaryl called a lot but I never believed this to be a romance because she was just too prejudiced against blacks. Initially she suggested that she visit over Christmas but stay with black people she had met at the Job Corps for part of the time. When we went to West Virginia she did not go, staying behind to visit Brandie and Mandy. All she said about Tadaryl was that he was her friend. She said the little bag of red crystals were Tadaryl's and had lots of power, that Tadaryl could do things with these Crystals. I thought it was eerie. She has never shown any interest in this.

Christa had drawn an ugly black heart ink tattoo on her breast because I wouldn't sign for her to get a tattoo. When she was 18 she went to a tattoo parlor and they said they could cover it up.

Just for fun she put a devil there. When she was on the run with ink she put "#1 bitch" on her hand and you can still see it.

In one of her Saturday morning phone calls she told me she had met a friend, Tadaryl. She asked me to send church clothes so that she could go to church. Then, she said that Tadaryl asked her to go with him to a Wicca meeting.

Chris Fotos, 16, Christa's cousin to whom she has always been close, said Christa told him that right now the devil is doing more for her than God ever did. She didn't go to church when she was in North Carolina over Christmas.

Mandy told me last month that when Christa was home for Christmas and was in the shower she told Mandy to keep Tadaryl on the phone if he called because she wanted to talk to him. Mandy said something to Tadaryl about Crystals and he told her "I am holding something in my hand right now and if I wanted to I could kill you from here."

Mandy supposedly told Christa that she needed to get away from Tadaryl.

Glenn never paid child support and I never took him to court because if he didn't love Christa enough, I figured Christa would learn it sooner or later. He never involved himself in her life except to send clothes he bought at flea markets unless I insisted he buy something, such as a winter coat.

## CARISSA'S LIFE

I was born and raised in Beckley. Carrie is four years younger. My mother is a housewife who helped my father in his meat packing plant. They were well off at that point. They had a beautiful home, a swimming pool, and a stable life.

My father became sick when I was in the ninth grade. His colon ruptured and he needed emergency surgery. He survived but was addicted to injectable pain killers, especially Talwin. My mom and I gave him the shots. He kept us awake at all hours. My mother starting drinking to cope.

In 1968 the IRS audited my father and charged him with income tax evasion. He pleaded not guilty and after spending millions of dollars in legal fees, he pleaded nolo contendere and had to pay $70,000 in back taxes. He pulled a gun on the judge and was put on probation for this. The IRS agents lived with us for several weeks, counting my mother's bobbie pins and toilet paper. My mother had to account for the cost of every dress and every pair of shoes.

Dad was always a wild man. He bought Christmas for the orphanage up the street and for others. One day he saw a woman and child standing in line and he bought her a coat and shoes as well as bought clothing for the child.

Now my dad lives in a mobile home in Beckley. After the IRS audit he kept the plant and home until he retired. His business is now leased out. He owns a trailer park and manages it at age 74.

My mother died from cirrhosis in 1985 at age 54. I think Christa loved my mother but she was jealous of the other grandmother. When Zola was drunk she would say "you are a little liar and you are going to Hell."

Christa was close to her paternal grandmother. She spent lots of time with her. This grandmother took her to Florida and Kentucky. The grandmother spent lots of time with Ernest. One of the counselors said Christa's symptoms suggested a child who has been sexually abused. Sometimes the grandmother would leave Christa alone with Ernest when she went to the store to buy beer for him. She died in 1989 or 1990 from cancer. Christa loved her so much. She was more of a mother to Christa than I was. She went everywhere with her. She cried for days when her grandmother died and I was brokenhearted for her.

Kathy, Glenn's wife, said that Lindsey, age two at the time, reported that Christa had touched her on her private parts. I didn't believe it and I thought Lindsey made it up. I think Kathy talked to her about it and maybe the psychologist in Hillsborough.

When Christa was nine she said that she was molested at the trailer park. The younger kids there talked about this man exposing himself. The school called to tell me that Christa had been raped. Christa hadn't acted differently, but at school she started crying and said the man had put a stick up her but let her go when she screamed "mom." At court she could not identify this man and they let him go. She said she was raped later in Chapel Hill when she was walking at 3:00 a.m. at night to the store. This person was never found but Christa reported him to the police.

My father getting sick changed everything because when he got addicted to Talwin he was physically abusive of my mother but not of Carrie and me. My father's father, Gust Fotos, stowed away on a ship from Greece when he was 16. He was 103 or 105 when he died of old age. He was a butcher and meat cutter. He made a small fortune and sent for his two brothers and a female, Carrie, probably a sister. He married Bertha Stover, of the Pentecostal faith, and she died at age 93. Neither one of them drank. Grandmother went to the Church of God. They had two boys, John, who is now retired and who was in business for a while with my father and then owned a gas station as well as piddled in real estate. He has sisters as well, Donnie, Tressie, Mary, and Martha. Dad had a brother, who died in infancy due to blood dyscrasia.

Christa does not have this disease. It has been ruled out as something she has inherited, but when she was five she had a tonsillectomy and hemorrhaged. She reassured me by holding my hand and telling me everything would be O.K.

Bertha Stover's parents were farmers. She was a housewife. Donnie was illegitimate and she was pregnant with Donnie when she married Gust. Gust reportedly never accepted Donnie, who was an outcast and lived in the basement. Chris Fotos took up for her.

Chris married Zola Loretta Privett. Zola had a sixth grade education and married Chris when she was 15 and he was 26. Her father was a Free Will Baptist minister after being an alcoholic who physically abused the family, three boys and five girls. All the girls have scars from being whipped. The KKK got a hold of him because of his abuse of the girls and tarred and feathered him, leaving him for dead. His sons found him and took him home. He became a minister but was extremely strict, so if the children talked in school they got beaten. When Zola married her life was wonderful until Chris became sick and abusive.

007831

Interview with Carissa Hansen
12/21/95

Glenn has been an alcoholic for as long as I have known. His sister, Pearl Poling, in Beaver, used to be involved with Christa, until all this happened. Her father did not know her mother was an alcoholic for a long time. He stayed away from her. Zola became mean, compared to the loving woman we grew up with.

Gerard was born 10/23/56. He used to be married to Anne Marie Dillon.

Christa had horses until Glenn and I divorced. They had five horses. Christa and I took riding lessons but we got divorced before she was old enough to be in any shows.

Grandma Pike took over Christa. At times I was grateful because I was working two jobs. Now I regret it because of Ernest, who drank a lot. At the time I talked to Glenn about this on and off over the years since this happened to Lindsey. He has agreed it was probably Ernest. Grandma Pike was everything to Christa. She could not be comforted when she died.

Glenn only paid child support about three times.

Glenn worked only two days for the Postal Service before deciding not to go back in. I am a workaholic so I guess he married the right person.

Most of 1985, when Zola died, Christa was living with her mother except on weekends. In November, 1984, Christa moved in with Mrs. Pike while Carissa stayed in the hospital with her sick mother. She was here until about 1986.

In September, 1986 I moved to North Carolina with Danny. I was working at Hillhaven Nursing Home in Graham and I was in Snow Camp, North Carolina. In February, 1987 I went to work for Blue Cross as a medical review examiner and in September I was promoted to supervisor. I was there until September, 1989. Danny and I have separated about ten times. Once he took Alicia's bike and sold it, saying she didn't deserve it.

In September, 1983 I started living with Danny.

July 2nd, 1984 I married Danny.

May 8th, 1989 divorced from Danny after a three-month separation.

One time Christa and I had nothing to eat and we split a can of corn. Danny came in with a big bag from Burger King with two hamburgers, three fries, and two drinks and said it was all for him. That triggered our last separation.

About the end of 1986 Danny stole a farm tractor and a riding lawn mower from a place in Beckley. They indicted both of us. I was so humiliated. I was arrested, mug shot, and fingerprinted. I had just gone home for a visit and Danny was in North Carolina. He refused to come back when I called him, saying that they would put him in jail. He left me to fend for myself. They dropped the charges because Danny got rid of the tractor and riding lawn mower. I knew he had stolen them from a dealership and told him not to do it. I think he done this a lot before I met him. He was a long distance trucker and gone a lot. We separated a lot over both girls but mostly because of Christa. He got mad because she wouldn't do her homework or clean her room.

Danny had two daughters, Tracy and Donna. Tracy was 13 and Donna was eight when they came to live with us. Donna was the same age as Christa. He had been married twice before. Jinx was the mother of his two girls. He had two sons, Bubba and Joshua. The girls lived with us for a while and we got custody of them when Christa was eight or nine. They didn't stay long. Most of the time we got along great. Once they missed the bus and did not want to go to school but Carissa drove them. That night they called their mother and told her how awful Carissa was. Danny would tape their phone conversations and listen to them later. When he heard this on tape he made the girls pack up and despite their crying he left them at their mother's door. The girls never visited again, nor did the boys. One week later Christa's grade card was real bad and Danny said to call Glenn to come get her because he was not putting up with Christa anymore. When he left the next day Carissa drove to Chapel Hill and found a small three bedroom trailer with huge rats as big as possums. They were there for six months. Brian and Alicia slept on the floor and Keith had his own room. Christa had her room too but she saw a big bug so she slept with her mother. Alicia thought she was getting a pot from underneath the sink but instead she was holding a black snake.

Christa had always had dogs but Carissa took care of them mostly. Christa was loving to the dogs and never mean to them.

When they lived in a single wide trailer when Christa was 11 is where she said the man raped her. Christa has been notorious for lying from day one. Zola was like this too but not as bad as Christa. Christa did not really seem very upset by the rape. The school guidance counselor called Carissa at work about the third day after the incident to say that Christa had broken down and talked about how a man tried to rape her. She told her mother that the man tried to use tools and sticks and she got away from him by saying that her mother was coming. The spot she said it happened was in an open field with homes around. Christa has always been seeking attention throughout her whole life. The man was so insistent that he had not done anything and Christa was so normal the day it happened. They went to court several months later and the DA showed Christa six pictures of well-groomed men in suits and asked her to pick the man out and Christa could not do so and the charges were dropped. He was given a warning and told to never go near a school bus again or that neighborhood. Alicia didn't

believe any of it because Christa had told so many lies. Alicia said that Christa would do her homework wrong just to convince her mother that she had actually done homework.

In spring of 1988 they moved across the street into a three bedroom double wide trailer in Chapel Hill. They were there less than a year. It was here that Danny moved in with her for the last time and was with her until February, 1989, when she kicked him out over the food incident and divorced him in May, 1989. She started dating Steve Kyaw, before the divorce. The trailer was damp, cold and mildewy. The landlord, said Christa, looked in the windows at her when her mother wasn't there. The landlord drank a bit. Christa cleaned the landlady's house two or three times. Once when Carissa was there the man put a gun to her temple and cocked it. The landlady told him to stop. This is what pushed Carissa to leave.

In October, 1989 Carissa and Christa moved to Hillsborough to live with Steve. They were seeing each other anyway and she thought this would be cheaper. She was still working at Blue Cross. Christa stayed with her until Steve whipped her one night over her room being a mess, and this was the three weeks she went to live with her father in Beckley. Christa had been skipping school and hanging out with bad kids quite a bit, one of whom broke out two of their living room windows when Steve made him leave because he was a known thief. After three weeks Glenn dumped Christa back on her doorstep while she was at work. In March, 1991 was a major incident with Christa. He pinched her on her breast when she squeezed his penis when they were wrestling. She was not to leave the house until she cleaned her room one day but she went outside, and when he went out to get her she said "fuck you" to him. He grabbed her jacket and the zipper left a mark on her face, but she says that he hit her. After the police arrested him he came home when she bailed him out. He said that Christa had to go. Carissa said that if Christa goes, she goes, and apparently they separated.

3/91 through 10 or 11/91, Carissa lives in Flint Ridge Apartments in a rented two story condominium with two bedrooms. This is when Christa went to the training school. Carissa and Gerard started dating in April of 1991.

November, 1991 Carissa moved in with Gerard in his one bedroom rental house and they lived here until March, 1992.

March, 1992 Christa came home from the training school and they rented a four bedroom house in Cedar Grove, where they continue to live.

In the two years after Carissa and Glenn were divorced, between 1978 and 1979, Carissa dated Clifford Gillenwater in Beckley. She thinks he was in the Mafia in West Virginia. He still calls her periodically. He was always sweet to her. He worked out of a mining equipment company in Beckley. She met him at a party. He traveled a lot and they didn't date much. She would spend nights with him in his motel room when he was in Beckley. He told her something to read in the

paper the following week and it was then that she learned that there was a Mafia hit in Florida and she suspected him of being a hit man.

1979 Carissa overdosed following a big fight with her mother. She was in the hospital for two days. When she woke up in the hospital Glenn was sitting next to her. Christa was living with grandmother Pike at the time.

1978 Chris Fotos' house burned down due to faulty wiring and it was rebuilt. Field rats had chewed the wiring in the house. Mom was visiting Carrie in Morgantown at the time, where she was in nurses training. Carissa wanted to stay longer with her and called her parents and told them she was having car trouble. They were keeping her daughters for her and Chris could not sleep so he and family packed up and drove to Morgantown. It was while they were gone that the house burned down. Carissa suspects her father's good friend of stealing the $70,000 he was known to keep under his mattress. Christa was two at the time.

1982 after her second divorce from Glenn, Carissa dated Tom Farrell, in Beckley for a year prior to meeting Danny. He told her from the beginning he did not like children and she knew there was no future with him.

3/10/76 Carissa lived in her own house in Beckley when she married Glenn in 1975. Grandma Pike moved in with them soon after they married. Mrs. Pike spoiled Carissa by cooking for her and in general made up for Glenn's deficits. Mrs. Pike died in June, 1988 and Carissa stayed in the hospital with her. Christa was in North Carolina at the time and was devastated when she learned of it. Christa wanted to go back and live with her grandmother Pike but Carissa felt this was too much responsibility for her.

Mrs. Pike stayed with Carissa until one year after she and Glenn divorced, until 1978, when Mrs. Pike moved in with Ernest. Ernest would stay with Carissa, Christa, and Mrs. Pike for weeks and months at a time. Sometimes Carissa and Mrs. Pike had disagreements, such as when Carissa cut Christa's hair or would discipline her.

Christa was premature and she stayed in a baby bed in her parents' bedroom for the first six months and then moved into a crib in her own room. Mrs. Pike would check up on Christa at night, even when she was in her parents' room. When Christa was eight or nine months of age she started crawling out of her crib and sleeping with her grandmother. She continued sleeping with her grandmother until her grandmother died when Christa was 12. The first thing when Christa would get up in the morning her grandmother would start playing dolls and tea parties with her.

Carissa had a cesarean section with Christa but went back to work when Christa was three weeks of age. She worked as an LPN as an office nurse from 9:00 to 5:00, Monday through Friday, and in a nursing home from 5:00 to midnight Monday through Friday, and then 12 hours on the weekends. She had 12 days off

the entire year. Glenn was not working at all. She would come home and find him drinking beer and all the ashtrays overflowing.

Glenn hated Ernest and once chased him off with a shotgun.

Grandma Pike kept Christa when she moved out in 1978 when Christa was two. She always stayed with grandma Pike unless mom had a day off. Sometimes she would bring Christa to her mother's house so her mother would have time with her. She was with Mrs. Pike until Christa was three.

Carissa changed jobs one month before the 1979 overdose. She left the doctor's office because he was "touchy feely", often making sexual remarks. She worked at the nursing home evenings. Mrs. Pike kept Christa at night and brought her home during the days. Carissa would get up to fix Christa her breakfast and then go back to bed and sleep while Christa played with her dolls on her mother's bed. Carissa was up by 10:30 a.m.

Alicia lived with mom and James in a mobile home close to the Fotos until they were divorced when Alicia was three. Carissa and Alicia moved in with the Fotos until the judge made James leave the trailer. Carissa moved back into the trailer and went to nursing school between September, 1974 and September, 1975 while Zola kept Alicia during the day. When she married Glenn in June, 1975 he did not want Alicia so Alicia lived with the Fotos about 75% of the time. She was with her mother when they moved to North Carolina for a little while, but she had pneumonia and missed her friends, so after three months she moved to West Virginia and lived with Zola and Carrie until Keith was born, at which time she moved to North Carolina.

Carissa decided after she woke up in the hospital following the overdose that Glenn really cared. He had a job in construction and was engaged to another girl, Vickie Worthington, who flaunted her diamond ring to Carissa. As soon as they married he quit his job. This was the period of time when he worked only two days at the Post Office.

The first divorce was caused by Carissa catching Glenn in bed with another woman in his mother's home. He knew that she would be there that day. He owned a motorcycle dirt track which eventually failed after he gambled away all the money. Carissa asked him what was going on when she saw Glenn and a woman naked in bed. He said nothing had happened other than that they had both gotten drunk and had fallen asleep in the same bed. He told her to get out and she did, waiting for him outside.

In 1982 Carissa learned he was seeing another woman, so they argued constantly after that. She thinks he continued seeing her. Once she was home with friends playing poker and Glenn came in, announcing his girlfriend was going to give him a son. They thought he was joking. He told them he was going to go out drinking and left. She decided she would drink too so she took her girls to her mother's house and went to a nightclub. A man asked her to dance, and when Carissa declined, the man told her his wife was with her husband. He found out where they were and she and a girlfriend drove here, seeing Glenn's truck outside of a trailer. Carissa's dog had disappeared a few weeks earlier and both she and the girls were heartbroken over this. When they drove up they could hear the dog barking. She knocked on the door and no one answered so she kicked a hole through the door. A woman came out and said Glenn was not there but he eventually came out after Carissa threatened to beat the woman up. He told her to leave his girlfriend alone and do whatever she had to do. She told him the next day she was filing for divorce. He never came home after that.

1979 through 1982 second marriage to Glenn. Mrs. Pike was traveling a lot with Ernest, who had a home in Kentucky, and moved to Florida, taking Mrs. Pike with him. Christa was with them for three months, and Alicia and Carissa flew down to get her and go to Disneyworld. Mrs. Pike was not as big a part of Christa's life at-that point. Glenn would not keep Christa while mom worked. Zola watched Christa until her drinking got bad. Carissa put Christa in day care and she was here six months before she started Kindergarten. Both grandmothers were furious about this.

1982 Carissa is not making very much money at the nursing home and her parents suggest that she and the girls move in with her and rent out her home, which she did. The nursing home did not let her come back after her overdose so she went to work at Beckley Hospital, where she unsuccessfully tried to organize a union. She was not fired, but decided that she should move on after a year here. She went to work at Princeton Community Hospital for seven months. She had a CB radio, and this is how she met Danny, flirting with him on the radio. He seemed nice and they started dating in September, 1983, living together in April, 1984 in North Carolina in his mobile home in Snow Camp, marrying in July, 1984, and divorcing May 8, 1989.

1981 Christa starts Kindergarten at Cranberry Elementary.

1982 through 1983, first grade at Cranberry while Carissa and Christa live with her parents.

1983 through 1984, second grade at Cranberry. Christa still lives with her mother at the Fotos' home.

Christa attends Alexander Wilson in Snow Camp, West Virginia. Moved back to West Virginia for the summer. Christa does not like Danny and moves in with her father and Kathy.

September, 1984 through 1985, third grade at Beaver Elementary. Caught smoking in the bathroom and Carissa took her to Dr. Yeargan several times, who said Christa was lazy. She finished the third grade and moved to North Carolina, January, 1986. She failed the third grade and then went back to Alexander Wilson in January, 1986.
September, 1985 through 1986, third grade at Beaver Creek and Alexander Wilson.

September, 1986 through 1987, fourth grade, started at Alexander Wilson and finished here. Keith is born September, 14, 1987, and Carissa left Danny when Keith was a few months old but got back together with him later. She moved to Chapel Hill to a single wide trailer.

September, 1987 through 1988, fifth grade at Carrboro Elementary.

September, 1988, sixth grade at Culbreth Middle School. Carissa moves in with Steve Kyaw spring, 1989, and Christa changes to Sanford Middle School. She was going to be retained here but she went to summer school and did well. They are living in a double wide. Christa is in lots of trouble. The principal calls Carissa at work and tells her to come immediately to school because Christa and her friend, Bunny, had porno at school. Christa would not tell her where she got it except that Jill Harris' brother gave the magazine to her. Not long after this she and a girlfriend OD'd. Brian Hammond had some over-the-counter sleeping pills that he used because of working nights. The girls took those as well as a bottle of Tylenol. The school called Carissa to say Christa could not stay awake and she told authorities that she had taken the pills. Brian went to get her.

Carissa called North Carolina Memorial Hospital and they put her in touch with Dr. Straw, a psychiatrist in Chapel Hill. He wanted to commit Christa and then after seeing her decided she did not need that after all. Dr. Straw told Carissa that Christa was depressed and Carissa said she has known this from the third grade when she first took Christa to see Dr. Yeargen. Christa saw Dr. Straw about eight months, continuing to see him after they moved to Hillsborough in spring, 1989. Several times he talked about hospitalizing Christa but never did. Christa also got school counseling through Orange County Mental Health.

September, 1989, seventh grade at Stanford in Hillsborough, and then at Shady Springs in Beaver, and then back to Stanford, where she fails. The incident with Steve happens during this interval and Christa moves back to West Virginia with her father. This is supposedly when the incident with Lindsey occurred, but Carissa never learned of this until after the second incident, when Christa chases Steve with a butcher knife. Carissa calls Glenn to see if he will take Christa, and learns that Kathy will not allow Christa back in the house. Carissa takes her to see Chuck Holten at Kaiser Permanente. Christa starts running away and not coming back for several days at a time.

September, 1981 Christa starts the eighth grade but is sent to the detention center some time in the fall. Christa has been running away all the time and was running away more than she was home. She did not learn until after Christa entered the Job Corps that at age 13 Christa was taking her mother's car and was out all night. Carissa taught her daughter to drive when she was 15 although Christa has never earned her license. Carissa thinks that perhaps her friends actually drove the car. Gerard promised Christa that if she ever got a job he would get her a car and pay for the first year of insurance. However, she left home with Brian Wilson and never got her license.

Carissa said she had a DUI the night her grandfather Gust Fotos died in 1988. The criminal charges were dropped, but her driving privileges in West Virginia were suspended. She has never asked to have these back. The only mental health treatment she ever had was when she saw Eva Farrell following Colleen's death. This is a psychologist who does spiritual psychotherapy. She heals you by telling you about the Bible. Carissa saw her two weeks after the murder and then had ten phone visits because she lived so far away, and then saw her every few weeks.

Carissa is a high school graduate, graduating in 1970. She failed the first grade because she was in the hospital a lot with a blood disease. She was in the hospital throughout her childhood. She skipped school her senior year with her best friend and was suspended for three days. She completed LPN training.

Carissa used to drink quite a bit but now she and Gerard only have a glass of wine with their meal. She and Gerard split a 12-pack a day. When she moved to Flint Ridge and was all alone she would drink a six-pack a night.

Christa smoked pot beginning in 1973 or 1974. Carissa introduced her to it. She smoked occasionally but not since the summer of 1994 because she wanted to set a better example for Christa. She smoked with Christa one time when at Cape Hatteras on vacation and Christa was 17. She thought it would bring them closer together, be more like friends. It was at this point that Carissa talked to Christa about having an abortion because she knew that she was doing hard drugs, such as cocaine. Carissa tried LSD in the 1970's after Christa was born but said this really messed her up. She never used marijuana with the children in the house. When pregnant she did not drink, smoke marijuana, or smoke cigarettes.

Christa wet the bed up until the first grade on a nightly basis. She eventually outgrew it. She slept with her grandmother all the time and slept between her grandmother and Ernest.

Christa was hospitalized for a tonsillectomy when she was five and almost hemorrhaged to death, such that she needed blood transfusions. She was three days at Bluefield Community Hospital.

Christa was born at Appalachian Regional Hospital in Beckley, but immediately transferred to the Charleston Area Health Centers. She was on a respirator for a week for hyaline membrane-respiratory failure.

Christa walked one week before her first birthday without holding on to anything.

Christa had hip dysplasia at birth. She had no hip sockets and had to wear three diapers at a time holding her legs apart in such a way that the large part of the bone wore into her hipbone and grooved out a socket. She did this for a year.

Christa was jaundiced for two weeks after she left the hospital but not bad enough to have to go back in.

Christa turned over early. She sat up on time, about three months.

Glenn is a high school graduate. His father died when Glenn was 13 of a heart attack. All Carissa knows about his father is that he was a farmer.

Boyfriends - Ron Rutherford: She dated him the two years after she and Glenn divorced. He lived with her for a month. He wasn't her type because he was such a nice guy.

Haynes Smith: She dated him for six months and he told her he was getting married. She never lived with him. He was very handsome and she was proud to be seen with him. She was devastated when it ended.

Mike Smith: She dated him the time of her overdose. She stopped seeing him when she and Glenn got together.

Howard ?: He owned a nightclub. She saw him after her second divorce from Glenn, before Tom Farrell, for a few months.

When Christa was an infant her mother was sitting while Carissa and Glenn were at a party. Zola called to say Christa had a high fever and had seizured. Carissa immediately left, took Christa to the hospital, and an EEG and spinal tap were performed. Hospital admitted Christa for two days.

Age 13 or 14 - Steve Kyaw in motor vehicle accident with Christa, who went through the windshield. Ambulance took her to ER and a deep gash on her

forehead was treated. She had plastic surgery a few weeks later. She had just enrolled in a modeling school but refused to go after this.

007842

Interview with Carrie Ross
12/10/95

A lot of Christa's problems are due to premature birth. Premature babies learn to associate pain with touch.

Over Christmas, Christa acted like she always does. She was always nice to me. She did not bring crystals and she did not talk about Tadaryl. She said she liked the Job Corps. She did not talk about being upset by anyone or annoyed.

Carissa has a heart of gold. My mother and I did not want Carissa to get pregnant in the first place because she was so irresponsible with her first child, Alicia. She is emotionally immature. She was married at 17 and had Alicia by 19. My mom and I cared for Alicia when she was a baby. Carissa lived with my mother for a few months when Christa was a baby. The kids were always coming up here to live with the grandmother because the boyfriends did not like having the kids around.

When we were little, we both had blood dysplasia, but Carissa had it worse and was in the hospital several times for transfusions. She was pampered and petted. She never had to go by the rules. The girls, said the doctor, can wear pants because of our condition. Nosebleeds were caused by changing from hot to cold temperatures. My mother had me clean Carissa's house when Carissa was pregnant, which I resented.

Carissa still is not stable. She is an alcoholic. She made a suicide attempt in 1978 or 1979. She said it was accidental because of the headaches. I think it was an attempt, but maybe not conscious. She was seeing a man named Haynes Smith and found out he was married.

Christa is just like her mother. Tadaryl was the first one to buy her flowers.

We were worried about Christa being around our children. My husband and I considered having Christa live with us. I really could not afford another kid, and I was scared of what kind of influence she would be with my children.

There is a hard-core shell of Christa. "I am bad" is to protect Christa inside. She is very immature. She would sit on the floor and play with my 10-year-old, playing with dolls, and then just as easily talk to my 16-year-old. Both Christa and her mother are generous and warm-hearted people.

Alicia has problems, too. She lived with me when she was pregnant with Keith at age 14. She told me at age 21 or 22 that she just wanted someone to love her. She was an attentive mother. Brian worked as an apartment manager and had Keith a lot, and Alicia worked outside the home. Brian and Alicia spent a lot of

time with Christa, trying to give her a sense of family. For years Alicia sent me Mother's Day cards.

I thought Christa would be the one dead, considering the kind of people she ran with.

Alicia spent night after night after night here. When her mother moved to North Carolina, Alicia did not want to move but did for a part of the time. When Carissa and Danny split up, Danny wrote her a letter saying it was the kids or him. Carissa sent Alicia to me and Christa to her father. This is when we debated about taking Christa in.

I would not let Alicia get married when she was pregnant, but about this time Carissa and Danny moved back here, and Carissa's attitude was that it was okay with her if Alicia got married at age 14.

We went down to visit them one time. Danny would not allow the children, including his own, to eat other than at meal times, but he would eat right in front of them. He would stock the freezer full of candy bars and eat the candy in front of the children.

More of my money went to pay for things for Alicia because it was more important for Carissa to have a new party dress. We tried to get involved with Christa, but grandmother Pike was threatened by this. Christa slept between her grandmother and Ernest. She would come home and touch you in unacceptable places, such as stroking your breasts.

When she was in grade school, Christa took a bunch of porno pictures to school. Carissa was called in and told to take Christa to therapy.

Brian and Alicia married when Brian was 16 and Alicia was 15, after Keith was born. Alicia and Christa were only sisters by blood. Christa is like Alicia's cousin, whereas Carrie's children are more her siblings.

Alicia is stubborn and independent. She and Brian became the caretakers of Carissa and Christa. They loaned Carissa's money and fixed things for her. Alicia divorced when she was about 21. Brian moved back to West Virginia and took Keith. Alicia met Matt and moved to Texas with him two years ago. They were married last December.

Alicia got good grades in elementary school but not middle school. She ran away for a day or two from Carrie because of a trashy boyfriend sneaking into the house at night, who they forbade her to see.

Glenn Pike is a nice guy, but he is lazy. He does not have to go by the rules, he thinks. He is a momma's boy whose daddy died early. Anything that happened to Glenn couldn't possibly be his fault, he thinks. His attitude about Christa is, "Why

did this happen to me? What did I do to deserve this?" Carissa was a hard worker who took two jobs because Glenn would not show up at his Post Office job because he would have to get up too early. His mother moved in so that Glenn wouldn't have to take care of the baby, and she cooked for them. Carissa caught him messing around and divorced him. He leaves on little schemes, such as selling junk and salvaging cars. Once he had a beauty salon.

Christa talked with me about gangs while she was here. She said you either joined Wicca or the Crypts.

I don't think Carissa ever took Christa to church because she worked constantly.

Christa called me crying after she had been in jail for a few days saying, "I was stressed. I was so stressed." Carrie asked her why she hadn't called earlier so that they could come and get her, and Christa responded that she could not leave because just once in her life she had to do this right to make them proud of her.

Christa has constantly heard from her mother, whenever someone crossed her, "I'll whup her ass."

Christa is a pathological liar. She lies to the point she believes she is telling you the truth. She is like her maternal grandmother, Zola.

All the girls in my mother's family are nuts. Zola is an alcoholic, a liar, and sexually preoccupied. Lennis is the only sane one. Henry was left for dead by the KKK. The boys could do no wrong. After Zola married, he came to her house and threatened to beat her up because she was wearing red lipstick. All the boys are even-tempered. Dorothy and Zola are the only girls who are dead. Norma and Dorothy had polio. God talks to Geraldine. For example, he tells her to go to the mall when there is a sale on. Nola Weikle was committed to a mental hospital because her husband, a sheriff named Buffalo Bill, could not get a divorce from her. She was there for several years, and Zola got them to release her.

Glenn takes prescription pills by the handful, it is said.

Dorothy was mentally retarded from polio because of a high fever when she was very young. She was partially crippled. Norma also had polio as a young child and was in a body cast for over a year. Norma married Calvin Johnson in 1963. He said he beat her when she was pregnant with triplets such that she miscarried and had to bury them in the back yard. She was a chronic liar, and Calvin always seemed like a nice guy. One day Norma was storming down the road with a kitchen knife and said she was going to kill Calvin for fooling around on her. Zola talked her into separating from him instead.

Dorothy married Bill Howell, who served time for raping a little girl. He was physically abusive of Dorothy, and her brothers, William and Ralph, went to Baltimore and beat the crap out of Bill for beating up on Dorothy such that he

had to go in the hospital, and he never did it again because they said they would kill him.

Norma was crazy. When I was little, she would baby sit for me and drag me around by the hair.

Once when Christa was an infant Carrie, Carissa, and several other women were partying at a bar. Carissa got a phone call and about 45 minutes later Carrie asked who it was. Carissa said the sitter called to say Christa had a high fever and had had a seizure. Carissa told the sitter to cool her down with cold cloths. Carrie insisted they leave then and there. When they got home Christa had a high fever and was very sick.

Carrie said Christa witnessed numerous physical confrontations among her maternal grandmother, Carrie, and Carissa, usually when Zola was intoxicated. In addition, Zola's drinking companions were often with Zola when she was babysitting Christa and Alicia.

Interview with Glenn Pike
12/10/95

Christa stayed with my mother as much as she did anyone. You could not have asked for a better kid up until the age of seven, eight, or nine. Then, she lived with her mom, who had problems with her, and came to live with me when she was 12 or 13.

She has always been real smart, but she has never done well in school. I don't know if she was bored or what. She would lie to me about going to class and doing her homework. She would bring home lots of teachers' signatures she had forged showing she had done her homework. When I couldn't handle her she would go back to her mother. This is the worst that I can tell you about her, that I know.

I haven't been around her much. She didn't get along with my wife. I would get to go down and see her in North Carolina a few times and I would see her every time she was here. We would go out and eat lunch or something, and talk. I didn't get down there as much as I should.

I haven't worked for a year because of the divorce. I had to go to Canada twice because of the divorce, which has taken all of my finances.

I don't have any history of mental illness, alcoholism, drugs or criminal charges.

I think Christa ran with the wrong crowd. I do not know about her having pornographic material in the first grade in school or smoking in the third grade.

Christa would settle down when she lived with me and do better, but then she would get back into her old habits. She lied a lot, mostly about her schoolwork. She didn't disobey as far as coming and going as she pleased.

I was in Viet Nam. I may have been exposed to agent orange but I don't have any symptoms. I had tests but I don't know the results. Christa had hyaline membrane when she was born and she almost died. This may have affected her.

When Christa was growing up her grandfather had a slaughter house and she was allowed to roam around here and see things. He would walk around with blood all over him where he butchered animals.

I was born in Raleigh seven miles away and raised in Table Rock from 1957. My mother was a homemaker. My father was a coal miner and a self employed plumber. We were lower middle class. We always had our own home. We lived ten years in Raleigh and then in Table Rock. We had a trailer on the family farm.

I quit school in the 11th grade after my father died. My mother couldn't get work so Mom and I moved in 1964 to Indianapolis. I was 16. We were here until 1966, earning money to pay for the farm. I was drafted into the Army. My mother stayed in Indianapolis and I went to Viet Nam where I was shot in the neck and contracted hepatitis. When I got out of the service in 1968 I went back to Indianapolis. My mother moved back in 1969 and I moved back home in 1970. I did odds and ends in 1973, such as bartender, construction work, and cutting timber. I re-entered the service at Ft. Bragg in North Carolina in 1973 and was honorably discharged in 1976. I went back to the farm. I started my own business, motorcycle racing, which I had for two years. I did construction work until 1989. I was off work for a couple of years because I couldn't find anything. In 1991 I went into the National Park Service doing maintenance work on a seasonal basis until October, 1994, when I was laid off. I couldn't find work and with the divorce situation it was hard to find a job because I had to go to Canada. I decided not to seek custody because the children wanted to be with their mother. I am older and more mature and settled now, and I have greater contact with these children and am more invested in them than I was in Christa.

Christa lived here when Lindsey was three, about four years ago. After Christa went back home to her mother, it came out that Christa had licked Lindsey. I haven't questioned Lindsey recently. Kathy tried to question her. I don't know if this had to do with how Christa may have played with them or what. I am not completely convinced it was sexual abuse. When I questioned Christa about it she acted like "why would you even think something like this?" I think my wife was looking for a reason to keep Christa from coming here. She has never been back to my home since then because Kathy refused to allow her here.

I have heard rumors of Ernest Johnson sexually molesting Christa. I don't know anything about it, and if my mother had known anything about it "that would be one dead man."

Carrie thought an aunt who stayed with her may have molested Christa.

Christa was everything to my mother, who died of cancer in 1988. Christa had returned to her mother in North Carolina the year before my mother died.

Christa was about two when Carissa and I first divorced. She had a normal pregnancy but she was about a month premature. Carissa smoked pot and drank some during the pregnancy as well as smoked cigarettes throughout the pregnancy. Carissa was the main caretaker. She went back to work when Christa was not very old. I was doing odd jobs and trying to get the racetrack started.

Alicia primarily stayed with her maternal grandmother, mostly at Alicia's whim. Carrie wasn't married and lived with a roommate in a trailer. Carissa and I remarried when Christa was four or five and were together a year. Christa lived with my mother about half the time. Her development seemed normal. Alicia was with Carrie and Zola. After the divorce when Christa was five or six she stayed

back and forth between my mother and Carissa. She was eight or nine when they moved to North Carolina.

I used the belt on Christa but not a lot. I would swat her when she was bad and doubled the belt to make a loud smacking noise when she was really bad, such as when she was lying. If I even tapped her my mother would cry. Christa would cry if you even spoke crossly to her. She would quit crying two minutes after you finished punishing her. My mom would just swat her to let her know she did something wrong.

She didn't have any real bad temper tantrums. There was no arson or cruelty to animals that I know of. I knew nothing about bedwetting.

I knew that Christa went to counseling but I don't remember who took her. I do not know who her pediatrician was or if she went to a dentist.

Carissa loves her and has done the best she could with her. I doubt that she was firm enough. Her lifestyle was probably the worst thing she could have done. She was always gallivanting around. I don't know what she did with Christa at the time because I wasn't living here. I didn't worry about Christa because I knew Carissa would take care of her. She hasn't been a good role model, though. Carissa likes to drink. She is not at home much. I am not blaming her though. She has done as well as she could.

Glenn acknowledged that neither one of the parents was really there for her and added that Christa went from one extreme to the other as regards discipline. Christa, he said, was a manipulator who knew how to push her parents so far such that they would ship her off to the other parent.

Glenn did not visit Christa when she was in the training school.

Christa told me at Christmas that she was finally going to finish something and make something of herself. She seemed really proud of herself at the Job Corps.

Interview with Chris Fotos
12/11/95

Christa stayed with her grandmother Pike because her mother had to work. I came from the old country when I was nine, and all I ever did was work. I didn't have much time to play with the kids.

Any woman who screws around with a goddamn nigger deserves to die. It would not hurt me a bit if they executed her. I would probably throw the switch. I don't know that much about Christa. She was a beautiful kid. She could have had a choice of any man she wanted. She brought it on herself.

Carissa wasn't unstable.

The only fight my wife and I ever had was over the girls. They had to be spotless, or she would be picking herself up off the floor.

My grandson, Chris, has lived with me for four years, since he was 12.

The IRS indicted me three times for income tax evasion. I brought a gun with me into the court because I was carrying money to pay the bond. The judge asked me where I was going, and I said, "You son of a bitch, I am here to unseat you." He saw my gun, and four or five marshalls jumped out of the audience. The lawyers told me just to say hello and good-bye to the IRS, and I would add to this by saying, "Hello, you sons of bitches. Good-bye, you sons of bitches." I was pretty hateful.

I was addicted to Talwin for 15 years. The doctor prescribed it. How much I took depended on how hard I worked. It numbed me from the waist down. I took two shots a day, with each shot lasting four hours. I quit taking it when I retired.

My father was 12 when he stowed away on a ship. Tressie knows the family history. I don't know the date of my father's and mother's death. I was born 6/10/21. My brother, John, is 75. He is married and lives in Beckley. He is retired. He worked in my business for a while.

Christa watched me butcher animals.

Zola's sisters, Norma and Geraldine, are wacky.

Gust, my father, worked as a coal miner and then for me. He died in 1960. He cut his own grass at age 103. I was a butcher for Peerless Packing for 17 years and opened my own business eventually in 1960. I started butchering one or two animals a week with my father when I was only nine. At age 16, I knocked the hell out of my father and took off to the Norfolk shipyards in Virginia. I worked here as a welder and in Baltimore as a welder, totaling four years. I joined the

Army in 1943 and was here for four years. I received an honorable discharge. I came back and worked for Peerless for 17 years. I retired shortly before my wife died in 1985.


Baby

# Our Baby's Keepsake



ILLUSTRATED BY
Lois Jackson

000321

007856

COPYRIGHT © HALLMARK CARDS, INC. MADE IN U.S.A.



Whenever a little child is born
All night a soft wind
rocks the corn;
One more buttercup wakes to the morn.
Somewhere. Somewhere.

This Book Belongs To
Christa Gail Pike



000323

# What is a Baby?

A baby's a bundle  of joy and delight

That's wrapped up in pink or blue

With soft, downy hair and two little fists

And a pleased little gurgle and coo.

A baby's a playful,  inquisitive creature

Engaged in perpetual motion. 

Who loves rings to teethe on, and rattles and toys

And inspires an enormous devotion.



000324

007859

A baby is mostly  contented and sweet

But sometimes is known to start crying, 

A dear little someone  in booties and bows

Who needs lots of soft lullabying. 

A baby's a treasure  of infinite worth

A gift straight from heaven above, 

And there's nothing on earth quite so precious and dear

As a baby to cherish and love!

## *Baby's Birth Certificate*

(ATTACH COPY HERE)

# Day of Arrival

BABY is a Girl

born on the Tenth

day of March, 19 76,

at 7:20 AM o'clock.

Weight five pounds seven ounces

Height Seventeen and three-fourths inches

Color of hair Auburn

Color of eyes Dark blue

Hospital Appalachian Regional

Doctor Abraham

Nurse

EXTRA THE NEWS BABY ARRIVES

News Headlines of the Day

000327

# Baby's Family Tree




000328

## Baby's Name

Named for Grandfather Chris Fotos

Godmother

Godfather

Religious Ceremony Bethel FreeWill Baptist

May 1976

Clergyman Officiating Rev. Roy Calhoun



Rev. ~~Roy~~ Calhoun

Those Present

## Baby's First Hom

(PHOTO)

000329

# Visitors

*All those who came to say hello*
*Signed their autographs below.*

| NAME | DATE |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# Visitors

*All those who came to say hello*
*Signed their autographs below.*

| NAME | DATE |
| --- | --- |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

000331

# Visitors

*All those who came to say hello*
*Signed their autographs below.*

| NAME | DATE |
| --- | --- |

000332

# Gifts and Flowers

*Gifts and flowers people sent*
*In honor of the glad event!*

| GIFT | FROM | ACKNOWLEDGED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

000333

# Gifts and Flowers

| GIFT | FROM | ACKNOWLEDGED |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Gifts and Flowers

| GIFT | FROM | ACKNOWLEDGED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Identification Marks

*Ten little fingers, ten little toes,*
*Two starry eyes and a dear little nose!*

LEFT HAND



RIGHT HAND

LEFT FOOT

RIGHT FOOT

000336

# Early Keepsakes

BABY'S FIRST JEWELRY

(ATTACH HOSPITAL BRACELET)

A LITTLE LOCK OF BABY'S HAIR

(ENVELOPE)

ANNOUNCEMENT OF THE GLAD EVENT

(COPY OF BIRTH ANNOUNCEMENT)

000337

# Baby's Daily Schedule



FEEDING

1½ ozs. Enfamil every 3 hrs.



SLEEPING

3 hr. intervals

OTHER ACTIVITIES

# Weight and Height Chart

Weight at birth: 5 lb. ~~7ozs~~ pounds 7ozs ounces

Height at birth: 17 3/4 inches

| DATE | POUNDS AND OUNCES | FEET AND INCHES |
|---|---|---|
| March 24 | 5 lbs. 6 ozs | 17 3/4 inches |

000339

# Record of Childhood Illnesses

| DESCRIPTION | DATE | DOCTOR | TREATMENT |
|---|---|---|---|

# Record of Immunization

| | DATE | BOOSTER SHOTS |
|---|---|---|
| Diphtheria | | |
| Whooping Cough | | |
| Tetanus | | |
| Polio | | |
| Smallpox | | |
| Typhoid | | |
| Others | | |

# Firsts

*Baby was anxious to explore this bright, new world.*



On ______________ Baby first turned over, blinked those beautiful eyes, and from then on, the progress was amazing!



Baby recognized a friendly face on ______________, smiled for the first time on ______________, and then laughed out loud on ______________.



Baby crawled on ______________, and Baby reached for an object, which was ______________, on ______________.



Baby sat alone without any help from Mommy or Daddy on ______________ and Baby stood alone on ______________.



Baby put the best foot forward and walked for the first time on ______________.

On ______________ Baby found it just as easy to climb the stairs!



Gurgles, coos, and funny noises gradually became words. Baby's very first was "______________." It was spoken on ______________.



Baby's first tooth appeared on ______________. These cute baby locks of hair were first trimmed on ______________.

000342

007877

*Baby's First Photograph*

# *Baby's Favorites*



## TOYS





## STORIES, VERSE, AND SONGS





000344



FOOD







GAMES



PLAYMATES



000345

# Early Birthdays



*How Baby loved the gifts and toys*
*The cake, the games and all the noise . . .*

WEIGHT__________ HEIGHT__________

## Baby's 1st Birthday

How the Birthday Was Celebrated

Gifts Received

Special Interests and Activities

000346

# 2nd Birthday



WEIGHT__________ HEIGHT__________

How the Birthday Was Celebrated

Gifts Received

Special Interests and Activities



# 3rd Birthday

WEIGHT__________ HEIGHT__________

How the Birthday Was Celebrated

Gifts Received

Special Interests and Activities

000348

# 4th Birthday



WEIGHT__________ HEIGHT__________



How the Birthday Was Celebrated

Gifts Received

Special Interests and Activities



# 5th Birthday

WEIGHT__________ HEIGHT__________

How the Birthday Was Celebrated

Gifts Received

Special Interests and Activities



# 6th Birthday

WEIGHT__________ HEIGHT__________

How the Birthday Was Celebrated

Gifts Received

Special Interests and Activities

## 7th Birthday

WEIGHT __________ HEIGHT __________



How the Birthdav Was Celebrated

Gifts Received

Special Interests and Activities



# Early Christmases

*The trees and toys and gifts we had*
*That made each Christmas time so glad...*

## First Christma



How It Was Celebrated

Gifts Received

Those Present

Things to Remember

000353

Second Christmas

Third Christmas

Fourth Christmas

Fifth Christmas

Sixth Christmas

Seventh Christmas

# Memorable Holidays

*Happy events and childhood ways*
*Made these important holidays . . .*



Valentine's Day



Easter



Halloween



Others

# Snapshots

# TRAVELING

FIRST CARRIAGE RIDE

Date ______________ Place ______________



CAR TRIPS

Date ______________ Place ______________



Date ______________ Place ______________

Date ______________ Place ______________

TRAIN

Date ______________ Place ______________



PLANE

Date ______________ Place ______________



BOAT

Date ______________ Place ______________



OTHERS

Date ______________ Place ______________

# Snapshots



# FF O CH OL

## KINDERGARTEN



SCHOOL

DATE

TEACHER

CHILD'S REACTIONS

SPECIAL ACTIVITIES AND INTERESTS

000360

# Class Photographs and Keepsakes

000361



SCHOOL

TEACHER

ACTIVITIES

INTERESTS

SPECIAL EVENTS

000362

007897







SCHOOL

TEACHER

ACTIVITIES

INTERESTS

SPECIAL EVENTS

000363

000364

007899



000365

Especially for

Christa Gayle Pike

With best wishes from

"Mildred" Hicks)

To welcome the
baby girl
and to congratulate
the
happy parents!

Little girls are the nicest things
that happen to people.
They are born with a little bit
of angel shine about them and though
it wears thin sometimes, there is always
enough left to lasso your heart
even when they are sitting in the mud,
or crying temperamental tears, or parading
up the street in mother's best clothes.
A little girl can be sweeter (and badder)
oftener than anyone else in the world.
She can jitter around, and stomp, and make
funny noises that frazzle your nerves,
yet just when you open your mouth,

007901

000366

she stands there demure with that special
look in her eyes.
A girl is Innocence playing in the mud,
Beauty standing on its head, and
Motherhood dragging a doll by the foot.
Girls are available in five colors
black, white, red, yellow, or brown,
yet Mother Nature always manages to select
your favorite color when you place your order.
They disprove the law of supply and demand
there are millions of little girls,
but each is as precious as rubies.
God borrows from many creatures
to make a little girl.

He uses the song of a bird, the squeal
of a pig, the stubbornness of a mule,
the antics of a monkey, the spryness
of a grasshopper, the curiosity of a cat,
the speed of a gazelle, the slyness of a fox,
the softness of a kitten, and to top it all off
He adds the mysterious mind of a woman.
A little girl likes new shoes,
party dresses, small animals, first grade,
noise makers, the girl next door, dolls,
make believe, dancing lessons, ice cream,
kitchens, coloring books, make up,
cans of water, going visiting, tea parties,
and one boy.

000367
007902

000368

007903

She doesn't care so much for visitors,
boys in general, large dogs,
hand-me-downs,
straight chairs, vegetables, snow suits,
or staying in the front yard.
She is loudest when you are thinking,
the prettiest when she has provoked you,
the busiest at bedtime,
the quietest when you want
to show her off,
and the most flirtatious when
she absolutely must not get the best
of you again.
Who else can cause you more grief,
joy, irritation, satisfaction, embarrassment,



and genuine delight than this combination
of Eve, Salome, and Florence Nightingale?
She can muss up your home and your
dignity - spend your money, your time,
and your temper - then just when your
patience is ready to crack, her sunshine
peeks through and you're lost again.
Yes, she is a nerve-racking nuisance,
a noisy bundle of mischief.
But when your dreams tumble down,
she can put together the broken pieces
in just a twinkling,
with a few magic words...

"I Love You".

Keepsakes

Keepsakes of Baby that time endears.
Memories to cherish through the years.

*Kapsakas*

000370

007906



25

# FOTOS FAMILY GENERATIONS

THE ORIGINAL NAME WAS FOKAS NOT FOTOS

PALEOLOGOS OR CONSTANTINE FOTOS
Born: ca 1820, Fogia, Greece
Occupation: Owned Vineyards
Children: 1. Christos 2. Paleologos II 3. Demetrios 4. Athanasius
5. George
Name of Wife: Panayota
Died: Tenedos, Is., Greece (now Bozcaada Is.,Turkey).
Buried at: Bozcaada Is., Turkey
Source of Information: Mike Fotos and Carrie Fotos' notes

CHRISTOS PALEOLOGOS FOTOS
Born: ca 1845, Fogia, Greece
Occupation: Merchant in Tenedos Is., Greece
Source of Information: Mike Fotos (Nephew)

PALEOLOGOS FOTOS II
Born: ca 1848, Fogia, Greece
Occupation: Stone Mason in Tenedos
Source of Information: Mike Fotos (Nephew)

DEMETRIOS PALEOLOGOS FOTOS
Born: ca 1850, Fogia, Greece
Occupation: Owned Coffee House in Tenedos Is., Greece
Source of Information: Mike Fotos (Nephew)

ATHANASIUS PALEOLOGOS FOTOS
Born: ca 1852, Fogia, Greece
Occupation: Owned Vineyards
Name of Wife: 1st wife Mary surname unknown. 2nd wife
Marigo Komninos
Name of Children: 1. Constantine "Gust" 2. Nicholas 3. Mike
Source of Information: Mike Fotos (Son)

Marigo had a son named Bill Arvestos and she and Athanasius had a daughter who died as an infant. I am not sure of the spelling of Bill's surname. The name of the daughter is unknown. Source of information: Augustus Fotos, the son of Nick and grandson of Athanasius. Mike Fotos said his grandmother was Despina Komninos.

→ CONSTANTINE "GUST" ATHANASIUS FOTOS
Born: April 17, 1885, Tenedos Is., Greece
Occupation: Owned Grocery and meat business
Married: November 25, 1917, Charleston, West Virginia
Name of Wife: Bertha Stover
Children: 1.John 2.Chris 3.Mary 4.Tressie 5.Martha
Parents: Athanasius and 1st wife Mary Fotos
Date of Death: March 23, 1988, Beckley, West Virginia
Source of Information: Tressie Fotos Cook and Mike Fotos

Christa's Great Grandfather

000372

BERTHA STOVER
Born: June 7, 1899, Clear Creek, West Virginia
Name of Husband: Gust Fotos
Name of Parents: John Ward and Eliza Jane Toney Stover
Source of Information: Tressie Fotos Cook (Daughter)
Death Aug 14/1990

Gust Fotos came to New York on New Years Day 1907, from Tenedos Island, Greece. He might have been with Peter George Fotos, the son of George and Mary Papadopoulos Fotos, who also came to America in 1907. Peter and Gust were first cousins. Gust was seventeen years old when he made the long trip across the Atlantic. He made his way to Wheeling, West Virginia and worked on the state road as a water boy. From there he went to work in restaurants and coal mines. He worked in coal mines in Leevale, Whitesville, and Marsh Fork, West Virginia. As the years went by he worked in various places. In 1929, he came to Beckley, West Virginia, and went into business for himself. He first peddled meats and then went into the grocery and meat market business. He retired in 1977. Gust died March 23, 1988, he was 102 years old. Gus lived long enough to have five living generations in his line of the Fotos family. Information supplied by Tressie Cook, Gust's daughter.

EARL WARD "JOHN" FOTOS
Born: January 4, 1920, Leevale, West Virginia
Date of Marriage: November 19, 1945
Name of Wife: Hazel Miller
Name of Children: Kyra Earl
Name of Parents: Gust and Bertha Stover Fotos
Source of Information: Tressie Fotos Cook (Sister)
In 1987, John was living in Prosperity, W.Va.

HAZEL MILLER
Born: October 25, 1923, Walkertown, West Virginia
Name of Husband: Earl Ward "John" Fotos
Parents: John Wesley and Martha Josephine Wright Miller
Source: Tressie Fotos Cook (Sister-in-law)

KYRA EARL FOTOS
Born: March 2, 1952, Beckley, West Virginia
Husband: Jorn Otte, born December 2, 1950, Hundsband, Denmark
Husband's Parents: Konrad and Ana Kirstine Otte
Children: 1. Jorn Earl Otte, born May 14, 1974;
2. Konrad Ward Otte, born November 6, 1979;
Death March 30/90 — Kirni 3. Hazel Kirstine Otte, born September 28, 1981.
Parents: Only child of John and Hazel Miller Fotos.

CHRIS FOTOS
Born: June 10, 1921, Leevale, West Virginia
Wife: Zola Privett, born August 1929
died May 29, 1985
Name of Children: 1. Carissa 2. Carrie
Name of Parents: Second child of Gust and Bertha Stover Fotos
Source of Information: Tressie Fotos Cook (Sister)
In 1987, Chris was living in Beckley, W.Va.

CARISSA JEAN FOTOS
Born: December 7, 1951
Name of Husband: Danny Thompson
Children: 1. Alicia Dawn 2. Christa Gail
Name of Grandchild: Bryan Keith
Name of Parents: Chris and Zola Privett Fotos
Source of Information: Tressie Fotos Cook (Aunt)

CARRIE LEIGH FOTOS
Born: Unknown
Name of Husband: John Michael Ross
Children: 1.Chris 2.Natalie Marie 3.Courtney Kathryn Ross
Name of Parents: Chris and Zola Privett Fotos
Source of Information: Tressie Fotos Cook (Aunt)

MARY FOTOS
Born: November 2, 1923, Leevale, West Virginia
Name of Husband: Robert G. Anglin
Name of Children: 1. Melvin 2. Larry
Parents: 3rd child of Gust and Bertha Fotos
Source of Information: Tressie Fotos Cook (Sister)
In 1987, Mary was living Clifton Forge, Virginia.

ROBERT GLENN ANGLIN
Born: February 19, 1922
Name of wife: Mary Fotos
Name of Parents: Melvin and Emma Anglin
Date of Death: October 20, 1983
Source of Information: Tressie Fotos Cook (Sister-in-Law)

MELVIN "GLENN" ANGLIN
Born: February 8, 1945, Beckley West Virginia
Date of Marriage: October 13, 1984
Name of Wife: Paula Nestor
Parents: 1st child of Robert and Mary Fotos Anglin
Source of Information: Tressie Fotos Cook (Aunt)

PAULA FAY NESTOR
Born: February 4, 1949, White Sulphur Springs, W VA
Name of Husband: Glenn Anglin
Name of Parents: Paul Franklin and Velma Inez Nestor
Source of Information: Tressie Fotos Cook (Aunt)

LARRY WAYNE ANGLIN
Born: June 25, 1952, Beckley, West Virginia
Name of Wife: Janet McMillion
Child: Larry Wayne Jr. born March 13, 1975,
Clifton Forge, Virginia
Parents: 2nd child of Robert and Mary Fotos Anglin
Source of Information: Tressie Fotos Cook (Aunt)

JANET MARIE MCMILLION
Born: April 10, 1954, Clifton Forge, Virginia
Name of Husband: Larry Anglin
Parents: Michael Bright and Kathleen Marie McMillion
Source of Information: Tressie Cook (Aunt)

TRESSIE MAE FOTOS
Born: November 10, 1931, Beckley, West Virginia
Date of Marriage: February 25, 1951
Name of Husband: George F. Cook
Name of Children: (1) David F. (2) George Duane
Name of Parents: Fourth child of Gust and Bertha Stover Fotos
Source of Information: Tressie Fotos Cook
In 1987, Tressie was living in Cool Ridge, W. Va.

GEORGE FERRELL COOK
Born: February 23, 1932, Beckley, West Virginia
Name of Wife: Tressie Fotos
Parents: William Leet and Elizabeth Grace McGraw Cook
Occupation: Retired
Source of Information: Tressie Fotos Cook (Wife)

DAVID FERRELL COOK
Born: February 8, 1958, Beckley, West Virginia
Married: April 15, 1978, Mt. Tabor, W. Va.
Name of Wife: Donna Lester
Children: 1. Laura Ann, born October 11, 1983
2. David Daniel, born March 9, 1987
Parents: 1st child of George and Tressie Fotos Cook
Source of Information: Tressie Fotos Cook (Mother)

DONNA ARLENE LESTER
Born: November 22, 1959, Beckley, West Virginia
Name of Husband: David Cook
Parents: Roy Estel and Evelyn Christine Mann Lester
Source of Information: Tressie Fotos Cook (Mother-in-Law)

GEORGE DUANE COOK
Born: October 10, 1961, Beckley, West Virginia
Date of Marriage: June 21, 1985
Name of Wife: Kathy Cernuto
Parents: Second child of George and Tressie Fotos Cook
Source of Information: Tressie Fotos Cook (Mother)

KATHERINE "KATHY" LYNN CERNUTO
Born: April 24, 1963, Beckley, West Virginia
Name of Husband: G. Duane Cook
Name of Parents: Charles and Lula Mae Garris Cernuto
Source of Information: Tressie Fotos Cook Mother-in-Law)

Divorced Nov 2 1989

Married: Tracy Anne Farley
Oct 1, 1994



0003

MARTHA V. "TOOTSIE" FOTOS
Born: February 22, 1936, Beckley, West Virginia
Date of Marriage: October 21, 1955
Name of Husband: Earl Dinkler
Name of Children: 1. Robert Earl 2. Ricky Ellis
Name of Parents: Gust and Bertha Stover Fotos
Source of Information: Tressie Fotos Cook (Sister)
In 1987, Martha was living in Bristol, Virginia.

EARL DINKLER
Born: January 6, 1934, Beckley, West Virginia
Name of Wife: Martha Fotos
Name of Parents: Daniel Henry and Mary Lee Keyser Dinkler
Military Service: Retired Air Force in 1972
Source of Information: Tressie Fotos Cook (Sister-in-law)

ROBERT EARL DINKLER
Born: May 12, 1958, Frankfurt, Germany
Name of Parents: Earl and Martha Fotos Dinkler
Occupation: Math/Science Teacher, Myrtle Beach, S.C.
Source of Information: Tressie Fotos Cook (Aunt)

RICKY ELLIS DINKLER
Born: December 16, 1961, Myrtle Beach, S. Carolina
Married: September 21, 1985, Beckley, West Virginia
Name of Wife: Melissa Jones
Name of Parents: Earl and Martha Fotos Dinkler
Occupation: U.S. Air Force
In 1987, Living in Rapid City, South Dakota
Source of Information: Tressie Fotos Cook (Aunt)

MELISSA JONES
Born: March 18, 1965
Name of Husband: Ricky Dinkler
Name of Parents: James and Susie Jones
Source of Information: Tressie Fotos Cook

NICHOLAS "NICK" FOTOS
Born: February 10, 1894, Tenedos Is., Greece
Name of Wife: Sophia Arvantis
Name of Children: Augustus "Gus" and Nicholas "Nick" Fotos
Name of Parents: 2nd child of Athanasius and 2nd
wife Marigo Komninos Fotos
Came to America in 1915.
Occupation: Restaurant Owner and Real Estate Agent
Date of Death: August 6, 1962, Huntington, W.V.
Buried at: Ridge Lawn Cemetery, Huntington, W.V.
Sources: Mike Fotos, Bess Fotos and Augustus Fotos

007913

26

NAME

ASA

IF FOUND
RETURN TO NEAREST
U.S. POST OFFICE

Job Corps

NOTE — TO POSTMASTER —
FORWARD TO THE OFFICE OF
MEDICAL DIRECTOR JOB CORPS
EMPLOYMENT AND TRAINING ADMINISTRATI
WASHINGTON, D.C. 20213

# HEALTH RECORD

007914

| DEMOGRAPHIC DATA | IMMUNIZATIONS DATES ONLY | TESTS DATES ONLY |
|---|---|---|
| NAME / ADDRESS | | GC |
| | | VDRL |
| | | TB SKIN |
| DATE OF | | CHEST X-RAY |
| DATE OF | | HCT |
| MEDICAID | | PAP |
| INSURANCE | | SICKLE CELL |
| POLICY NO | | GRAV |
| OTHER | | EXAMINATIONS DATES ONLY |
| | ALLERGIES | CURSORY |
| NEXT OF KIN | | PHYSICAL |
| ADDI | | C |

PIKE, CHRISTA G.
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

DOB: 3-10-76
DOE: 9-14-94

NEXT OF KIN: CARISSA HANSEN (MOTHER)
7828 TOM POPE LOOP
CEDAR GROVE, N.C. 27231
(919) 644-7305

Christa Pike

11-11-94

000378

# DENTAL CONSENT FORM

The initial dental exam is mandatory. Our center dentist will check your mouth, teeth and gums to establish follow-up care.

Your first exam will be done after you are on center at least 45 days. An appointment card will be sent to you and it is your responsibility to show up as scheduled. If you miss the initial visit, you will be subject to a medical termination.

After your initial visit you may refuse treatment. If you change your mind, you must sign a consent form that you want treatment under our dental program.

X I, Christa Pike, DATE 9-14-94
want to be accepted into the dental program.

I, ______________________, DATE ________
refuse dental treatment, but understand if I change my mind, I must sign a consent to the change.

[illegible] [redacted] 007917 [redacted]

Name (Last, First, Middle Initial) Social Security Number [illegible]

| Question Number | Explanation(s) |
|---|---|
| 5 | [illegible] |

Screener: If additional space is needed, attach a separate sheet.

I (we) authorize the Job Corps to receive from doctors, clinics, hospitals, or other sources, a complete transcript of my (son's, daughter's, ward's) health records for the purpose of determining his/her eligibility for Job Corps. I (we) authorize an ENTRANCE MEDICAL EXAMINATION which includes blood testing to identify conditions such as anemia, and syphilis; urine testing for conditions such as diabetes, nephritis, pregnancy, and for controlled substances, if necessary. I (we) also authorize immunizations for tetanus, diphtheria, poliomyelitis, measles, mumps, rubella, influenza and others, if necessary; and a skin test for tuberculosis. I (we) certify that the information that has been provided on this medical form is [true] and complete to the best of my (our) knowledge. I (we) understand that any false statement or dishonest answers will be grounds for the [dis]missal of the above-named individual and may be punishable by law.

Signature of parent/legal guardian if applicant is a minor: × [illegible] Date: [illegible]

Signature of Applicant: × Gerard H. Hansen Date: 8/27/9[illegible]

Signature of Screener: [illegible] Date: [illegible]

Regional Medical/Mental Health Consultant's Recommendation Accept ______ Reject ______

Consultant's Comments:

Regional Office Action Accepted ______ Rejected ______

Public reporting burden for this collection of information is estimated to average 12 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Information Management, Department of Labor, Room N-1301, 200 Constitution Avenue, N.W., Washington, DC 20210; and to the Office of Management and Budget, Paperwork Reduction Project (1205-0033), Washington, DC 20503.

Pike, Christa
Name (Last, First, Middle Initial)

Social Security Number 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

| Question Number | Explanation(s) |
|---|---|
| 5 | CPHP 03 629925 N Carolina |
| | |

Screener: If additional space is needed, attach a separate sheet.

I (we) authorize the Job Corps to receive from doctors, clinics, hospitals, or other sources, a complete transcript of my (son's, daughter's, ward's) health records for the purpose of determining his/her eligibility for Job Corps. I (we) authorize an ENTRANCE MEDICAL EXAMINATION which includes blood testing to identify conditions such as anemia, and syphilis; urine testing for conditions such as diabetes, nephritis, pregnancy, and for controlled substances, if necessary. I (we) also authorize immunizations for tetanus, diphtheria, poliomyelitis, measles, mumps, rubella, influenza and others, if necessary; and a skin test for tuberculosis. I (we) certify that the information that has been provided on this medical form is true and complete to the best of my (our) knowledge. I (we) understand that any false statement or dishonest answers will be grounds for the dismissal of the above-named individual and may be punishable by law.

Signature of parent/legal guardian if applicant is a minor — X Christa C. Pike — Date 8-22-94

Signature of Applicant — X Gerard H. Hansen — Date 8/22/94

Signature of Screener — C. J. Kassel — Date 8/22-94

Regional Medical/Mental Health Consultant's Recommendation — Accept: ______ Reject: ______

Consultant's Comments:

Regional Office Action — Accepted ______ Rejected ______

Public reporting burden for this collection of information is estimated to average 12 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Information Management, Department of Labor, Room N-1301, 200 Constitution Avenue, N.W., Washington, DC 20210, and to the Office of Management and Budget, Paperwork Reduction Project (1205-0033), Washington, DC 20503.

007919

# Job Corps Health Questionnaire

**U.S. Department of Labor**
Employment and Training Administration

**Purpose:** The purpose of this JC Health Questionnaire is to determine the eligibility and oroper placement of an enrollee.

OMB Approval No. 1205-0033
Expiration Date: 6/30/9?

**Instructions:** Job Corps centers provide health care; therefore, please answer all of the questions correctly so that the center you go to can better protect your health. The collection of this information is authorized by PL 93-203(4). The information is requested on a voluntary basis; however, no applicant may be accepted by Job Corps unless this form is completed and submitted along with a completed application form (ETA 652).

1a. Name (Last, First, Middle Initial): [illegible]
2. Sex (M or F): [illegible]
3. Height: [illegible]
4. Weight: [illegible]

1b. Social Security Number: 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

Please answer the following questions (Y = Yes, N = No).
Any "Yes" answer requires an explanation on Page 2 of this Form. If additional space is needed, attach a continuation sheet.

| | YES | NO |
|---|---|---|
| 5. Are you or your family covered by any health insurance or eligible for Medicaid at the present time? | ✓ | ✓ |

6. Have you ever or do you now have any of the following conditions:

| | YES | NO |
|---|---|---|
| a. Anemia (especially Sickle Cell Disease) | | ✓ |
| b. Asthma attacks | | ✓ |
| c. Blindness or poor eyesight | | ✓ |
| d. Deafness or difficulty in hearing | | ✓ |
| e. Serious dental problems | | ✓ |
| f. Diabetes (sugar in urine) | | ✓ |
| g. Heart trouble or high blood pressure | | ✓ |
| h. Kidney or urination problems | | ✓ |
| i. Nervous breakdown | | ✓ |
| j. Physical handicap (such as paralysis of arm or leg) | | ✓ |
| k. Rheumatic fever | | ✓ |
| l. Tuberculosis (T.B.) | | ✓ |
| m. Speech defect (such as stuttering or stammering) | | ✓ |
| n. Ulcer of stomach or intestines | | ✓ |
| o. Other illiness or injury | | ✓ |
| p. Condition which requires operation or surgery | | ✓ |
| q. Other (specify) | | ✓ |

| | YES | NO |
|---|---|---|
| 7. Have you been a patient in the hospital in the past four years? | | ✓ |
| 8. Are you taking any medicine prescribed by a physician? (List on Page 2) | | ✓ |
| 9. Have you ever been counseled for mental or emotional problems? | | ✓ |
| 10. Have you ever attempted suicide? | | ✓ |
| 11. Have you ever had epilepsy, fits, or convulsions? | | ✓ |
| 12. Have you ever received treatment for drug/alcohol addiction? | | ✓ |
| 13. Have you ever been refused or discharged from military service for medical or mental reasons? | | ✓ |
| 14. Are you allergic to any drugs, medicines, or foods? (If "Yes", specify: For example, penicillin) | | ✓ |

**For Females Only**

15. If you are pregnant, how many months have you been pregnant? [ ]

**Screener's Remarks**

| | YES | NO |
|---|---|---|
| 16. Does the applicant have an observable disability? | | ✓ |
| 17. Is applicant wearing a medical or dental device? | | ✓ |
| 18. Medical Scoring: "A" for all "NO" answers. "B" if any question is answered "YES". | Indicate "A" or "B" below: A | |

000382

007920

# Job Corps Health Questionnaire

**U.S. Department of Labor**
**Employment and Training Administration**

**Purpose:** The purpose of this JC Health Questionnaire is to determine the eligibility and proper placement of an enrollee.

OMB Approval No. 1205-0033
Expiration Date: 6/30/93

**Instructions:** Job Corps centers provide health care; therefore, please answer all of the questions correctly so that the center you go to can better protect your health. The collection of this information is authorized by PL 93-203(4). The information is requested on a voluntary basis; however, no applicant may be accepted by Job Corps unless this form is completed and submitted along with a completed application form (ETA 652).

1a. Name (Last, First, Middle Initial): Pike, Christa
2. Sex (M or F): (circled)
3. Height: 5'3"
4. Weight: 112

1b. Social Security Number: 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

Please answer the following questions (Y = Yes, N = No).
Any "Yes" answer requires an explanation on Page 2 of this Form. If additional space is needed, attach a continuation sheet.

| | YES | NO |
|---|---|---|
| 5. Are you or your family covered by any health insurance or eligible for Medicaid at the present time? | (crossed out) | ✓ |

6. Have you ever or do you now have any of the following conditions:

| Condition | YES | NO |
|---|---|---|
| a. Anemia (especially Sickle Cell Disease) | | ✓ |
| b. Asthma attacks | | ✓ |
| c. Blindness or poor eyesight | | ✓ |
| d. Deafness or difficulty in hearing | | ✓ |
| e. Serious dental problems | | ✓ |
| f. Diabetes (sugar in urine) | | ✓ |
| g. Heart trouble or high blood pressure | | ✓ |
| h. Kidney or urination problems | | ✓ |
| i. Nervous breakdown | | ✓ |
| j. Physical handicap (such as paralysis of arm or leg) | | ✓ |
| k. Rheumatic fever | | ✓ |
| l. Tuberculosis (T.B.) | | ✓ |
| m. Speech defect (such as stuttering or stammering) | | ✓ |
| n. Ulcer of stomach or intestines | | ✓ |
| o. Other illiness or injury | | ✓ |
| p. Condition which requires operation or surgery | | ✓ |
| q. Other (specify) | | ✓ |

| Question | YES | NO |
|---|---|---|
| 7. Have you been a patient in the hospital in the past four years? | | ✓ |
| 8. Are you taking any medicine prescribed by a physician? (List on Page 2) | | ✓ |
| 9. Have you ever been counseled for mental or emotional problems? | | ✓ |
| 10. Have you ever attempted suicide? | | ✓ |
| 11. Have you ever had epilepsy, fits, or convulsions? | | ✓ |
| 12. Have you ever received treatment for drug/alcohol addiction? | | ✓ |
| 13. Have you ever been refused or discharged from military service for medical or mental reasons? | | ✓ |
| 14. Are you allergic to any drugs, medicines, or foods? (If "Yes", specify: For example, penicillin) | | ✓ |

**For Females Only**

15. If you are pregnant, how many months have you been pregnant? [ ]

**Screener's Remarks**

| Question | YES | NO |
|---|---|---|
| 16. Does the applicant have an observable disability? | | ✓ |
| 17. Is applicant wearing a medical or dental device? | | ✓ |
| 18. Medical Scoring: "A" for all "NO" answers. "B" if any question is answered "YES". | Indicate "A" or "B" below: A | |

000393

# SUPPLEMENTAL CONSENT FORM

## I. FOR HIV TESTING

The human immunodeficiency virus (HIV) has been recognized by experts to cause acquired immunodeficiency syndrome (AIDS) and related conditions.

Tests are now available to determine the presence of antibodies to HIV in the blood. Antibodies are substances made by the body to fight infection. After the virus gets into the body, it takes time to produce antibodies. A person may be infected with the virus, but more time may be needed for the body to make antibodies. For this reason, the antibody test may show that a person is "negative" (does not have antibody) or "indeterminate" (neither positive nor negative), but actually that person may carry the virus in his/her body or body fluids.

A positive HIV antibody test indicates a previous exposure to the virus and the body's immune response to it. It also indicates a person is infected with HIV and is capable of infecting others with the virus.

The virus can only be transmitted to others through sexual contact with infected persons, the introduction of infected blood into the bloodstream (e.g., by the sharing of syringes and needles), or from an infected mother to her infant during the birth process (or possibly by breast-feeding). A positive antibody test does not mean a person has AIDS or will necessarily come down with AIDS.

If your HIV antibody test results are known, it may help your doctor decide how best to treat you for some illnesses or exposures such as tuberculosis. It may also help you to make personal decisions if you know that you have the virus and may give it to someone else.

If your blood test is positive and the test result is known by others; they may think you have AIDS or that you might infect them. This may not be true, but you might be discriminated against by friends, family, employers, landlords, insurance companies, and others. Therefore, you should be extremely careful in disclosing your test results.

Job Corps has established a policy which requires students to be tested for HIV under certain circumstances. Under this policy, students assigned to residential programs are required to submit to blood testing for HIV as part of the entrance medical examination. These students are also required to be retested for HIV when the Job Corps center physician believes this testing is necessary to provide appropriate medical care, or when the original test result was indeterminate. If a student's HIV test is positive, Job Corps will conduct medical and psychosocial assessments of the student in order to provide appropriate medical care and counseling, as well as to determine whether his/her retention in Job Corps is appropriate.

A student's HIV test results and other related medical records may only be released to Job Corps staff with a need for that information for purposes of counseling, administration and delivery of health services, and to the local and/or state health department, when required by law.

I (we) have read the above description of the HIV antibody test, and of Job Corps' policy regarding HIV testing. I (we) understand the meaning of the testing and the requirements of Job Corps' policy.

I (we) hereby agree to be tested for HIV under Job Corps' policy.

## II. FOR ENTRANCE MEDICAL EXAMINATION AND IMMUNIZATIONS

I (we) authorize an ENTRANCE MEDICAL EXAMINATION which includes blood testing to identify conditions such as AIDS virus infection, anemia, and syphillis; and urine testing for conditions such as diabetes, nephritis, pregnancy, and for controlled substances, if necessary.

I (we) also authorize immunizations for tetanus, diphtheria, poliomyelitus, measles, mumps, rubella and influenza, if necessary; and a skin test for tuberculosis.

I (we) authorize release of medical information to staff with a need for that information and to the local health department when required by law.

Signature of applicant: X Christa B Pike

Date: 18 ~~JR~~ 96

Signature of parent/legal guardian: X Gerard H. Hansen

Date: ~~10/24/93~~ 8-22-96

*Attach to Job Corps Data Sheet, ETA 6-52

DSS-6431 (9/89)

007922

OMB Approval No. 044-R2409

U.S. DEPARTMENT OF LABOR
Employment and Training Administration
**JOB CORPS DATA SHEET**

RECRUITED BY: 325 N. Salisbury St. Raleigh, N.C. 27603

TELEPHONE NO.

1. TYPE OF APPLICATION (2): 1☒ New 2☐ Readmit

2. APPLICANT'S NAME (Last, First, M.I.) (3-26): Pike Christia G.

3. SOC. SEC. NO. OR TIN (27-35): 334 19 7344

4. STREET ADDRESS OR RFD (36-53): 4828 Tom Pope Ln.

5. CITY (54-72)

6A. STATE ABBR. (73-74): NC

6B. ZIP CODE (75-79)

7. ALTERNATE CONTACT

8. DATE OF BIRTH (80-85): Month 03 Day 10 Year 76

9. SEX (86): 1☐ Male 2☒ Female

10. RACE-ETHNIC GROUP (87): 1☒ White (not Hispanic) 2☐ Black (not Hispanic) 3☐ Hispanic 4☐ American Indian or Alaskan Native 5☐ Asian or Pacific Islander

11. LEGAL U.S. RESIDENT (88): 1☒ Yes 2☐ No — ALIEN REGISTRATION NUMBER: A

12. DATE OF INTERVIEW (89-94): Month Day Year

13. SIZE OF PLACE (95): 1☒ Under 2,500 2☐ 2,500 - 9,999 3☐ 10,000 - 50,000 4☐ 50,000 - 250,000 5☐ over 250,000

14. MOS. OUT-OF-SCHOOL (96-97) Region only

15. HIGHEST GRADE COMPLETED (98-99) Region only

16. NO. WKS. SINCE EMPLOYED FULL TIME (100-102) Never (103): X

17. EARNINGS PER HOUR (104-106): $

18. FAMILY RECEIVING PUBLIC ASSISTANCE (107): 1☐ Yes (AFDC) 2☒ No 3☐ Yes (other)

19A NO. OF DEPENDENTS (108-109): 00

19B. CHILDCARE PLAN (110): 1☐ Yes 2☐ No

20. FAMILY STATUS (111): 1☐ Family Head 2☒ Family Member 3☐ Unrelated Individual

21. NO. IN FAMILY (112-113): 03

22. ESTIMATED ANNUAL INCOME (114-118): $ (Not applicable) (119)

23. MILITARY SERVICE PRIOR TO ENROLLMENT IN JOB Corps (120): 1☐ Yes 2☒ No

24. Have you ever been convicted or adjudged delinquent in any offenses against persons or property; such as, assult and battery, robbery, arson, burglary or homicide? 1☐ Yes 2☒ No

25. Health Questions:
a. Have you had any serious illnesses/injuries in your life? 1☐ Yes 2☒ No
b. Have you been under the care of any phsical or mental health care provider (e.g., physician chiropractor, mental health clinic) in the last year? 1☐ Yes 2☒ No
c. Do you have any health condition(s) that you are being treated for or that you know of at this time? 1☐ Yes 2☒ No
d. Are you or your family covered by any health insurance or eligible for medicaid at the present time? 1☒ Yes 2☐ No

If "YES" is checked for item "d" above, complete 1. 2. and 3→ 1. Name of Company: CPHP 2. Policy No. 3. State

Any "YES" answers to questions a, b, or c, item 25, complete ETA Form 653, Job Corps Health Questionnaire.

26. CONSENT RECORD: a. Name of Applicant (Print): Christia Pike b. Date c. Telephone Contact for Applicant

(We) the undersigned hereby CERTIFY all of the above information on this application to be accurate.

I (We) hereby CONSENT to the enrolment of the above named individual into Job Corps.

I (We) further AUTHORIZE all routine and customary physical examinations, dental work, surgical and other treatment as required by Job Corps regulations, as well as the collection of information such as education and medical records.

I (We) UNDERSTAND that any false statement or dishonest answers will be grounds for the dismissal of the above named individual and may be punishable by law.

I (We) have been SUPPLIED with a personal copy of the Job Corps Privacy Act of 1974. I (We) have READ the statement and UNDERSTAND its contents.

I (We) UNDERSTAND that failure to stay in Job Corps for more that 180 paid days may mean loss of the readjustment allowance.

I (We) UNDERSTAND that the Job Corps program offers a total educational and vocational program in residential setting, and after having explained to me (us) other employment and training programs available in my (our) community, I (We) am (are) CONVINCED that the Job Corps will best meet the needs of the above named individual.

I (We) have been PROVIDED with a copy of Your Guide To Job Corps and a list of all Job Corps vocational offerings, have had the contents of both documents explained by the screener and all of my (our) questions have been answered.

Signature of Parent/Legal Guardian: X

Signature of Applicant: X

Date

27. ELIGIBILITY FACTORS: 1☐ Disruptive home life (121) 2☐ Unsafe, unhealthy overcrowded dwelling (122) 3☐ Limited Job opportunities (123) 4☐ Disruptive neighborhood or community characterized by high crime rates (124) 5☒ Cultural Deprivation (125)

28. APPLICANT NEEDS BI-LINGUAL PROGRAM (126): 1☐ Yes (Span/Eng) 2☒ No 3☐ Yes (Other)

29A. Is applicant eligible to make an allotment? (127): 1☐ Yes 2☐ No
29B Amount: $ 0.00

30. VERIFICATION: 1☐ Age 2☐ School Status 3☐ Capacity to Participate in Job Corps program 4☐ Juvenile Court Record 5☐ Public Asst. 6☐ Adult Court Record

31. ELIGIBILITY STATUS: 1☐ Eligible for Referral 2☐ Waiver Request for Criterion 3☐ Not Eligible 4☐ Medical 5☐ Behavior 6☐ Mental Health

32. REMARKS (If additional space is needed, use separate sheet(s))

33. CERTIFICATION: I CERTIFY that the information entered on this application is true and correct to the best of my knowledge.

SCREENER'S NAME (Print) — SIGNATURE OF SCREENER ► — DATE ►

34. NAME AND ADDRESS OF SCREENING AGENCY (St., City, State, ZIP Code): 325 N. Salisbury St., Raleigh, N.C. 27603 Telephone No (919) 850-2801

OFFICE ID NO. (128-133)

AREA CODE AND TELE. NO.

REG. OFC. USE ONLY — 35. BEHAVIOR REVIEW (134) 1☐ Yes 2☐ NO — 36. MEDICAL REVIEW (135) 1☐ Yes 2☐ NO — 37. MENTAL HEALTH REVIEW (136) 1☐ Yes ☐ NO

JOB CORPS CENTER USE ONLY — 38. LOCATOR CODE (137-140) — 39. READING SCORE (RJSI) (141-142)

000385

WHITE-National Office — YELLOW-Job Corps Center — GREEN-Screener — PINK-Regional Office — CARD-Regional Office

ETA 652 (Oct. 1975)

007923

STANDARD FORM 93
REV OCTOBER 1974
FIRMR (4) CFR) 201-45 505

APPROVED
OFFICE OF MANAGEMENT AND BUDGET No. 29-R0191

# REPORT OF MEDICAL HISTORY

(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY-CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)

1. LAST NAME—FIRST NAME—MIDDLE NAME: Pike Christa Gail
2. SOCIAL SECURITY OR IDENTIFICATION NO.: 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
3. HOME ADDRESS (No. street or RFD, city or town, State, and ZIP CODE): 7828 Tom Pope Lp Cedar Grove N.C. 27278
4. POSITION (title, grade, component):
5. PURPOSE OF EXAMINATION: ⊕
6. DATE OF EXAMINATION: 9-14-94
7. EXAMINING FACILITY OR EXAMINER, AND ADDRESS (Include ZIP Code):
8. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED (Follow by description of past history, if complaint exists)

I'm in good health.

9. HAVE YOU EVER (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| | X | Lived with anyone who had tuberculosis |
| | X | Coughed up blood |
| X | | Bled excessively after injury or tooth extraction |
| X | | Attempted suicide |
| | X | Been a sleepwalker |

10. DO YOU (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| | X | Wear glasses or contact lenses |
| X | | Have vision in both eyes |
| | X | Wear a hearing aid |
| | X | Stutter or stammer habitually |
| | X | Wear a brace or back support |

11. HAVE YOU EVER HAD OR HAVE YOU NOW (Please check at left of each item)

| YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|
| | X | | Scarlet fever, erysipelas |
| | X | | Rheumatic fever |
| X | | | Swollen or painful joints |
| X | | | Frequent or severe headache |
| | X | | Dizziness or fainting spells |
| | X | | Eye trouble |
| X | | | Ear, nose, or throat trouble |
| | X | | Hearing loss |
| | X | | Chronic or frequent colds |
| | X | | Severe tooth or gum trouble |
| X | | | Sinusitis |
| | X | | Hay Fever |
| X | | | Head injury |
| | X | | Skin diseases |
| | X | | Thyroid trouble |
| | X | | Tuberculosis |
| | X | | Asthma |
| X | | | Shortness of breath |
| | X | | Pain or pressure in chest |
| | X | | Chronic cough |
| | X | | Palpitation or pounding heart |
| | X | | Heart trouble |
| | X | | High or low blood pressure |

| YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|
| X | | | Cramps in your legs |
| | X | | Frequent indigestion |
| | X | | Stomach, liver, or intestinal trouble |
| | X | | Gall bladder trouble or gallstones |
| | X | | Jaundice or hepatitis |
| X | | | Adverse reaction to serum, drug, or medicine |
| X | | | Broken bones |
| | X | | Tumor, growth, cyst, cancer |
| | X | | Rupture/hernia |
| | X | | Piles or rectal disease |
| | X | | Frequent or painful urination |
| | X | | Bed wetting since age 12 |
| | X | | Kidney stone or blood in urine |
| | X | | Sugar or albumin in urine |
| | X | | VD—Syphilis, gonorrhea, etc. |
| X | | | Recent gain or loss of weight |
| | X | | Arthritis, Rheumatism, or Bursitis |
| | X | | Bone, joint or other deformity |
| | X | | Lameness |
| | X | | Loss of finger or toe |
| | X | | Painful or "trick" shoulder or elbow |
| | X | | Recurrent back pain |

| YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|
| | | X | "Trick" or locked knee |
| | X | | Foot trouble |
| | X | | Neuritis |
| | X | | Paralysis (include infantile) |
| | X | | Epilepsy or fits |
| | X | | Car, train, sea or air sickness |
| | X | | Frequent trouble sleeping |
| X | | | Depression or excessive worry |
| | X | | Loss of memory or amnesia |
| X | | | Nervous trouble of any sort |
| | X | | Periods of unconsciousness |

12. FEMALES ONLY: HAVE YOU EVER

| YES | NO | DON'T KNOW | |
|---|---|---|---|
| | X | | Been treated for a female disorder |
| X | | | Had a change in menstrual pattern |

13. WHAT IS YOUR USUAL OCCUPATION? Student

ARE YOU (Check one)
[X] Right handed [ ] Left handed

93-103

000387

| YES | NO | CHECK EACH ITEM YES OR NO. EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE ON RIGHT | |
|---|---|---|---|
| | X | 15. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. | |
| | X | B. Inability to perform certain motions. | |
| | X | C. Inability to assume certain positions. | |
| | X | D. Other medical reasons (If yes, give reasons.) | |
| | X | 16. Have you ever been treated for a mental condition? (If yes, specify when, where, and give details). | depression started at age 7 but got serious around age 12 |
| | X | 17. Have you ever been denied life insurance? (If yes, state reason and give details.) | |
| X | | 18. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occurred.) | Tonsils taken out at age 6 |
| X | | 19. Have you ever been a patient in any type of hospitals? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | reconstructive surgery at age 15 (15) |
| | X | 20. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) | |
| | X | 21. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) | |
| | X | 22. Have you ever been rejected for military service because of physical, mental, or other reasons? (If yes, give date and reason for rejection.) | |
| | X | 23. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge: whether honorable, other than honorable, for unfitness or unsuitability.) | |
| | X | 24. Have you ever received, is there pending, or have you applied for pension or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, when, why.) | |

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge.
I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record for purposes of processing my application for this employment or service.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| Christa Pike | Christa Pike |

NOTE: HAND TO THE DOCTOR OR NURSE, OR IF MAILED MARK ENVELOPE "TO BE OPENED BY MEDICAL OFFICER ONLY."

25. Physician's summary and elaboration of all pertinent data (*Physician shall comment on all positive answers in items 9 through 24. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.*)

000388

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| E. V. DAVIDSON, M.D. | 9/15/94 | E V [illegible] | |



U.S. Government Printing Office: 1982 — 312[illegible]

# CURSORY EXAMINATION QUESTIONNAIRE

| | | | |
|---|---|---|---|
| X 1. | Have you been treated by a doctor in the past 6 months? | ___ Yes | X No |
| 2. | Are you taking any medication? | ___ Yes | X No |
| 3. | Do you have night sweats? | ___ Yes | X No |
| 4. | Do you have frequent vomiting or diarrhea? | ___ Yes | X No |
| 5. | Do you have any skin rashes or itchy spots? | ___ Yes | X No |
| 6. | Do you have lice or crabs? | ___ Yes | X No |
| 7. | Any contact with measles or chicken pox in the past 2 weeks? | ___ Yes | X No |
| 8. | Do you have any conditions so severe as to prevent you from participating to the fullest in the program? | ___ Yes | X No |
| 9. | Do you smoke cigarettes? How many per day? 10 to 15 | X Yes | ___ No |
| 10. | Do you take drugs? (Example: PCP, Marijuana, etc.) | X Yes | ___ No |

If Yes, check those drugs that you use.

X Marijuana ___ PCP ("love boat", "lovely", "angel dust")
___ Cocaine ___ Heroin

11. Today you are going to give a urine sample to the nurse. This specimen will be checked for drugs. Which of the following will be found in your urine today? Check as many as apply to you.

X Marijuana ___ PCP ("love boat", "lovely", "angel dust")
___ Cocaine ___ Heroin ___ None X Alcohol

12. Do you drink alcohol? (Example: beer, wine, rum, cooler, etc.) X Yes ___ No

**WOMEN ONLY**

| | | | |
|---|---|---|---|
| 1. | Are you taking birth control pills? | ___ Yes | X No |
| 2. | Do you have a vaginal discharge or sores? | ___ Yes | X No |
| 3. | What type of birth control pills are you using? N/A | | |
| 4. | Have you ever been pregnant? If so, how many times one and how many living children? none | X Yes | ___ No |
| 5. | When was your last menstrual period? ? | | |
| 6. | Do you use condoms (rubbers) when you have sex? X Sometimes | ___ Yes | ___ No |

**MEN ONLY**

| | | | |
|---|---|---|---|
| 1. | Do you use condoms (rubbers) when you have sex? ___ Sometimes | ___ Yes | ___ No |
| 2. | Do you have any discharge from, or sores on your penis? | ___ Yes | ___ No |
| 3. | Do you have any burning or tingling when you urinate? | ___ Yes | ___ No |
| 4. | Have you ever gotten a girl pregnant? | ___ Yes | ___ No |
| 5. | Do you have any children? | ___ Yes | ___ No |

NAME X Christa Pike SOCIAL SECURITY NUMBER 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

KNOXVILLE JOB CORPS CENTER - HEALTH SERVICES

007920 THE BA

E

Tal

013 60 9425C

Health Source

- If medication is prescrit
- No alcohol or driving.
- Call for an appointment
  Dr. Ask 4 ...
  Phone: (-3...

HMO

- Return to the Emergency Department or your private doctor if your symptoms or condition becomes worse.

ANY ADDITIONAL ORDERS

Take Home Instructions - Understood & Received by

28403 — Signature of Responsible Party

10/24 — Date

ORIGINAL TO RESPONSIBLE PARTY - DUPLICATE TO CHART

Copyright 1988 The Baptist Health System of East Tennessee

The Center for HealthCare Education
Patient Education

All Rights Reserved 966-257 (03-91)

## SECTION III. ATTENDANCE RECORD

**15. RESTORATIONS AND TREATMENTS** (*Completed during service*)




REMARKS

**16. SUBSEQUENT DISEASES AND ABNORMALITIES**




REMARKS

**17. SERVICES RENDERED**

| DATE | DIAGNOSIS—TREATMENT | CLASS | OPERATOR AND DENTAL FACILITY | INITIALS |
|---|---|---|---|---|
| 11/11/94 | Initial Exam, 2 BWX, 2 PA | | [illegible] | [illegible] |

PATIENT'S LAST NAME—FIRST NAME—MIDDLE NAME

*U.S. Government Printing Office: 1991 — 281-782/40007

007928

Prescribed by GSA and ICMR FIRMR
(41-CFR) 201-45.605

**HEALTH RECORD** | **DENTAL** Christa Pike

## SECTION I. DENTAL EXAMINATION

| 1. PURPOSE OF EXAMINATION | | | 2. TYPE OF EXAM. | 3. DENTAL CLASSIFICATION |
|---|---|---|---|---|
| X INITIAL | SEPARATION | OTHER (*Specify*) | 1 (2) 3 4 | (1) 2 3 4 5 |

4. MISSING TEETH AND EXISTING RESTORATIONS




REMARKS

| PLACE OF EXAMINATION | DATE |
|---|---|
| Downtown West | 11/11/94 |

SIGNATURE OF DENTIST COMPLETING THIS SECTION
[illegible signature]

5. DISEASES, ABNORMALITIES, AND X-RAYS




A. CALCULUS

| X SLIGHT | MODERATE | HEAVY |
|---|---|---|

B. PERIODONTOCLASIA

| LOCAL | | GENERAL |
|---|---|---|
| INCIPIENT | MODERATE | SEVERE |

C. STOMATITIS (*Specify*)

| GINGIVITIS | VINCENT'S |
|---|---|

D. DENTURES NEEDED
(*Include dentures needed after indicated extractions*)

| FULL | | PARTIAL | |
|---|---|---|---|
| U | L | U | L |

ABNORMALITIES OF OCCLUSION—REMARKS

E. INDICATE X-RAYS USED IN THIS EXAMINATION

| FULL MOUTH PERIAPICAL | POSTERIOR BITE-WINGS | OTHER (*Specify*) |
|---|---|---|

| DATE | PLACE OF EXAMINATION | SIGNATURE OF DENTIST COMPLETING THIS SECTION |
|---|---|---|

## SECTION II. PATIENT DATA

| 6. SEX | 7. RACE | 8. GRADE, RATING, OR POSITION | 9. ORGANIZATION UNIT | 10. COMPONENT OR BRANCH | 11. SERVICE, DEPT., OR AGENCY |
|---|---|---|---|---|---|

| PATIENT'S LAST NAME—FIRST NAME—MIDDLE NAME | 13. DATE OF BIRTH (DAY-MONTH-YEAR) | 14. IDENTIFICATION NO. |
|---|---|---|

NSN 7540-00-634-4179

DENTAL
STANDARD FORM 603
603-105

007929

NORTH
2609 W. Adair Dr.
Phone 688-1320

PROFESSIONAL DENTAL SYSTEMS

WEST
215 Center Park Dr.
Phone 966-0500

EAST
4614 Asheville Hwy.
Phone 521-7777

P1

PATIENT Christa Pike DATE 11-11-94

| APPT. | TREATMENT | REG FEE | CASH FEE | DISCOUNT CLUB | PATIENT TO PAY | CREDIT | BAL | PAID |
|---|---|---|---|---|---|---|---|---|
| | Exam | | 14 | | | | | |
| | BW2 | | 14 | | | | | |
| | 1-PA #7 | | 9 | | | | | |
| | | | | | | | | |
| | Fill #2 DO | | 45 | | | | | |
| | | | | | | | | |
| | Fill #8 DFL | | 69 | | | | | |
| | #9 MDFL | | 79 | | | | | |
| | #10 MFL | | 69 | | | | | |
| | #14 OL | | 45 | | | | | |
| | #19 B | | 40 | | | | | |
| | | | | | | | | |
| | Root Canal #29 | | 200 | | | | | |
| | Post & Core | | 100 | | | | | |
| | Crown #29 | | 383 | | | | | |
| | | | | | | | | |
| | Crown #7 | | 383 | | | | | |
| | | | | | | | | |
| | PCA | | 35 | | | | | |
| | OHI | | 8 | | | | | |

PX - clean
fl - fluoride
BW - cavity detecting x-rays

Pa - periapical x-ray
Cr - crown
Br - bridge
Chr Cr - Chrome Crown
ext - extraction

RC - root canal
PRC - possible root canal
fil - filling
Pulp - pulpotomy
m - mesial

o - occlusal
D - distal
L - lingual
I - incisal

PRICES GOOD FOR 60 DAYS

000393

# STUDENT DENTAL INFORMATION SHEET

NAME Christa Pike SS# 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

ALLERGIES Aspirin PRIORITY 1

DOE EXAM 9-14-94 INITIAL EXAM DATE 11-4-94

DR. DAVIDSON DR. MASSENGALE

| APPT. DATE | KEPT | COMMENTS, PRESCRIPTIONS |
|---|---|---|
| 11-11-94 | | INITIAL ORAL EXAM BW2, 1 PA #7 |

AFt

# ALCOHOL AND DRUG TESTING DATA SHEET

| Date | Type of Screen | Result | Nanogram Level |
|---|---|---|---|
| 1.17.95 | Aftrcare | Alcohol - +<br>THC - (+)<br>Cocaine (-) +<br>Opiates (-) +<br>PCP - +<br>Amphetamines - +<br>Other: - +<br>____________ | [illegible]<br>80ng/ml |
| ___/___/___ | | Alcohol - +<br>THC - +<br>Cocaine - +<br>Opiates - +<br>PCP - +<br>Amphetamines - +<br>Other: - +<br>____________ | [illegible] |
| ___/___/___ | | Alcohol - +<br>THC - +<br>Cocaine - +<br>Opiates - +<br>PCP - +<br>Amphetamines - +<br>Other: - +<br>____________ | [illegible] |
| ___/___/___ | | Alcohol - +<br>THC - +<br>Cocaine - +<br>Opiates - +<br>PCP - +<br>Amphetamines - +<br>Other: - +<br>____________ | [illegible] |

Student's Name: X CHRISTA G. PIKE SSN: X 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

Type of screens CODES:
- Enrollment
- Drug Test Request (DTR)
- Intervention (Int)
- Alcohol Test on Suspicion (ATOS)



000395

| ST BIOCHEMICAL TEST ULTS: TE: ___/___/___ | PLAN DEVELOPED: DATE: ___/___/___ | PLAN COMPLETED: 007932 DATE: ___/___/___ | AGREEMENT SIGNED BY STUDENT: DATE: ___/___/___ |
|---|---|---|---|

## REFERRALS

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 CHRISTA G. PIKE

| Mental Health Consultant | | AODA Specialist/Program | | Other | |
|---|---|---|---|---|---|
| Date: | Reason: | Date: | Level I, II or III | Date: | Type Referral: |

## INTERVENTIONS

### A. INDIVIDUAL COUNSELING SESSIONS

| Session Date | Session Length (in minutes) | Counselor (AODA/Other) |
|---|---|---|

### B. SUPPORT GROUP/GROUP COUNSELING

| Session Date | Session Length (in minutes) | Group Facilitator (Record Position) |
|---|---|---|

SUMMARY INFORMATION:

1. TOTAL NUMBER SESSIONS: ______
2. TOTAL SESSION LENGTH: ______ (in minutes)
3. AVERAGE SESSION LENGTH (2/1): ______ (in minutes)
4. NUMBER OF DIFFERENT COUNSELORS: ______

SUMMARY INFORMATION

1. TOTAL NUMBER SESSIONS: ______
2. TOTAL SESSION LENGTH: ______ (in minutes)
3. AVERAGE SESSION LENGTH (2/1): ______ (in minutes)
4. NUMBER OF DIFFERENT COUNSELORS: ______

| DATE | CENTER STAFF | 007933 TYPE OF A VITY 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 |
|---|---|---|
| ___/___/___ | | |
| ___/___/___ | | |
| ___/___/___ | | |
| ___/___/___ | | |
| ___/___/___ | | |
| ___/___/___ | | |
| ___/___/___ | | |
| ___/___/___ | | |
| ___/___/___ | | |
| ___/___/___ | | |
| ___/___/___ | | |
| ___/___/___ | | |

## UMMARY INFORMATION:

OTAL NUMBER OF ACTIVITIES: ____________

OTAL NUMBER OF ACTIVITIES BY TYPE: Sports: ______ Arts and Crafts: ______

eld Trips: ______ Entertainment (dances, movies, etc.): ______

er (specify): ____________ ______; ____________ ______

## DITIONAL INFORMATION

rologies (obtain from medical records; Comprehensive Clinical Evaluation Flow Sheet)

| | DATE | RESULT | | DATE | RESULT |
|---|---|---|---|---|---|
| IAB | ___/___/___ | | Toxoplasmosis titer | ___/___/___ | |
| DRL | ___/___/___ | | CMV titer | ___/___/___ | |
| sAg | ___/___/___ | | EBV titer | ___/___/___ | |
| Bs Ab | ___/___/___ | | Other | ___/___/___ | |

## RMINATION FROM AODA (CHECK ONE)

Completed AODA Program

| | | |
|---|---|---|
| Level I | ☐ | DATE: ___/___/___ |
| Level II | ☐ | DATE: ___/___/___ |
| Level III | ☐ | DATE: ___/___/___ |
| Medical termination | ☐ | DATE: ___/___/___ |
| Disciplinary termination | ☐ | DATE: ___/___/___ |
| Completed Job Corps | ☐ | DATE: ___/___/___ |
| er (Specify) ____________ | ☐ | DATE: ___/___/___ |

udent was referred to community resource upon discharge, list resource(s):

______________________________________________

000307

007934

SN 7540-00-634-4176 600-108

HEALTH RECORD

# CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 1/17/98 | S. Student sent to jail for alleged |
| | O involvement in death of another |
| | A student. Remains incarcerated |
| | P at this time. ——— M Moore RN |

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

RECORDS MAINTAINED AT:

PATIENT'S NAME *(Last, First, Middle initial)*: Riley, Christa

SEX: F

RELATIONSHIP TO SPONSOR

STATUS

RANK/GRADE

000338

SPONSOR'S NAME

ORGANIZATION

DEPART./SERVICE

SSN/IDENTIFICATION NO.: 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

DATE OF BIRTH: 3-10-76

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

NSN 7540-00-634-4178

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
| | ovarian cyst c̄ (R) ovary 2.3 x 1.3 x 2.1 |
| | ultrasound repeated 3.1 x 1.3 x 1.5 |
| | a being regulated by Radiologist |
| | also Enlargement due to Ovulation c̄ Swelling |
| | Rx: Levsin 30 min ac. tid |
| | E. [illegible] MD |
| 8/07/94 8:40 Am | Recieved 9 tabs of Hydrocodone from Group Life |
| | for Student - placed in Medicine Cabinet [illegible] |
| 11/9/94 | S- c/o vag discharge c̄ itching onset |
| | ii days ago |
| | O- same as above |
| | A- use meds as directed - abstain from sex |
| | P- Terazol 3 as directed — L. Davis |
| 12/5/94 | req. return dental appt — L. Davis |
| 12/7/94 | S Student request preg test |
| | O LMP 2 Nov 94 |
| | A Uses some method of Birth Control |
| | P. HCG — P. McK[illegible] |
| 1-9-95 | S. c/o coughing, runny nose, says her throat is |
| | sore, has nodule on her neck |
| | O Drainage noted at back of throat |
| | A Return 1-10-95 for Dr. Davidson to [illegible] throat |
| | P. Throat lozenges given, Allerfrin tab 1 q 4-6° [illegible] |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: Health Services

PATIENT'S NAME (Last, First, Middle initial): Pike Crista

SEX: F

RELATIONSHIP TO SPONSOR

STATUS

RANK/GRADE

SPONSOR'S NAME

ORGANIZATION

000399

DEPART./SERVICE

SSN/IDENTIFICATION NO. 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

DATE OF BIRTH 3/10/76

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

007936

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
| /24/94 | P- Anaprox 375 mg ii now + TID for pain - 18 given |
| | Student requested to go to Breakfast + Student |
| | to Return to Stay in Sick Bay — G. Aiche |
| 7:15 Am | Received Rx for Phenergan Supp. 25 mg + Anexsia |
| | 5/500 for pain - Rx will be Sent to Pharmacy — |
| | G. Aiche |
| 11 Am | S- Student Rested in Sick Bay s̄ Complaints |
| | O- tolerated juices well - ~~Appetite poor~~ Error - ate Breakfast in |
| | Cafeteria - |
| | A Advised Student to Continue Meds as ordered |
| | P- Released to Return to School — G. Aiche |
| /24/94 | Student presents for Rx. |
| | Given Hydrocodone w/ pap 5/500 tabs ii po |
| | now — P. McKinney |
| 10/25/94 10 Am | Students' parent Carissa Henson Called Stating, |
| | Crista Called her and told her She had been to "ER" |
| | and needed "an operation" - I informed Mother that Crista |
| | had been to ER + told me that she was told by ER |
| | Staff that she had cysts on her ovaries - I also informed |
| | Mother that Crista had an apt c̄ Dr. Davidson today |
| | at 11 Am and that he would be responsible for letting Student |
| | Go on Medical Leave if necessary — Informed |
| | Supervisor M. Moore RN of Mothers Call — G. Aiche |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: Health Services

PATIENT'S NAME (Last, First, Middle initial): Pike, Christa

SEX: F

RELATIONSHIP TO SPONSOR

STATUS

RANK/GRADE

SPONSOR'S NAME

ORGANIZATION: 000400

DEPART./SERVICE

SSN IDENTIFICATION NO.: 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

DATE OF BIRTH: 3/10/76

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

007937

NSN 7540-00-634-4176

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 10-4-94 | P- Allerfrim Syrup 4 oz 10cc after school + at Bedtime - Tavist D #8 i in Am - Cough gtts + lozenges given - G. Archie F. |
| 10-7-94 | S - C/O Nausea - headaches - Energy Low - |
| | O - ~~Student states~~ "Mrs. Large" has been taking her temp off + on today + temp was "103.4" today - temp now 97.9 - Throat Reddened c̄ raised Reddened areas noted + postular drainage noted to Back of throat. |
| | A Advised Student to DC Allerfrim Syrup - May be Causing tiredness |
| | P- Amoxicillin 500 mg #15 i TID x 5 days. Tylenol 325 mg ii now + q 4° as needed - Levsin 0.125 mg ii now + q 4° before meals for Nausea + Stomach pains - Juices + Soups given. Cough gtts + Lozenges Given - G. Archie F. |
| 10/24/94 | S - Student states she went to ER Last night for C/O Lower abdominal pain |
| | O - ~~States~~ she was told she has ovarian Cysts - ~~Infirmary has not sent papers on~~ Student ~~Indicates~~ pain Lower abdomen - ~~temp~~ |
| | A - Advised Student she could Remain in H.S. for Observation - Take meds as ordered G. Archie F. |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: Health Service

PATIENT'S NAME (Last, First, Middle initial): Pike Christa

SEX: F

RELATIONSHIP TO SPONSOR:

STATUS:

RANK/GRADE:

000401

SPONSOR'S NAME:

ORGANIZATION:

DEPART./SERVICE:

SSN/IDENTIFICATION NO.: 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

DATE OF BIRTH: 3-10-7?

NSN 7540-00-634-4176 600-106

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 4/6/94 | CURSORY EXAM COMPLETED Lm |
| | HCT, RPR & URINE |
| | FOR PROTEIN & GLUCOSE |
| 9/15/94 | PHYSICAL EXAM COMPLETED |
| | CURSORY DENTAL EXAM COMPLETED E.V. Davidson M.D. |
| 9/14/94 | HIV TESTING COMPLETED |
| | PRE-TESTING COUNSELING PROVIDED MM |
| 9/28/94 | INFORMED OF HIV TEST RESULTS |
| | POST-TEST COUNSELING PROVIDED GA |
| 9/19/94 | S- menses @ present onset 9/15/94 reg. |
| | starting B.C.P. |
| | O- no acute distress noted present |
| | A- meds as directed - abstain from sex |
| | P- Ortho Novum 777 / directions to start 9/25/94 |
| | L. Davis PN |
| 9/21/94 | Student in for Tx of + GC. |
| | Rocephin 250 Mg IM Doxycycline |
| | 100 Mg ; BID X 7 days. P McKinney |
| 10/4/94 | S- C/O Stuffy nose - Sore throat + Chest Congestion |
| | O - temp 98.0 - throat Slightly reddened - No Swelling |
| | noted Some Drainage noted to Back of throat |
| | (White in Color) G. [illegible] |
| | A Advised Student to gargle c warm Salt H2O PRN |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: Health Service

| PATIENT'S NAME (Last, First, Middle initial) | | SEX |
|---|---|---|
| Pike Christa G. | | F |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| | 000402 | |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |
| | 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 | 3-10-76 |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR

007939

NAME: PIKE,CHRISTA
H# : SMPS-234197244 LOC: SMPS AGE: 18Y SEX: F
ACCT: 0000216 DR : DAVIDSON,E V

=================== PHYSICIAN COPY FOR DR: DAVIDSON,E V ===================

---------------------------------- VAGINAL - CYTOLOGY ----------------------------------

)9/15 * 0932 CYTOLOGY, VAGINAL
ACCESSION NUMBER C94 13454
SPECIMEN DESCRIPTION
(NOTE)
PAP SMEAR

RESULT STATUS FINAL
INTERPRETATION WITHIN NORMAL LIMITS
ADEQUACY SATISFACTORY
PATHOLOGIST DOUGLAS E MOORESIDE, MD
CYTOTECHNOLOGIST CYNTHIA LANGFORD, CT(ASCP)
OTHER ABNORMALITIES
COCCOBACILLI AND WBC

Tt 9-21-94 -Pn

---------------------------------- PATIENT'S ADDRESS ----------------------------------

)9/'5 * 0932 CYTOLOGY, VAGINAL
STREET 621 DALE AVE
CITY, STATE KNOXVILLE, TN
ZIP CODE 37921

------------------------------- PHYSICIAN'S OFFICE CHART NUMBER -------------------------------

'/15 * 0932 CYTOLOGY, VAGINAL
OFFICE CHART NO NOT GIVEN

000403

END OF REPORT

007940

995 (4) 995-1190

ACCOUNT NO. PATIENT

Knoxville Job Corps Center
Attention: Mavis Moore R.N.
621 Dale Avenue
Knoxville , TN 37921

AGE 18
SEX F

HOSPITAL NO.
LABORATORY NO.
DATE COLLECTED 09/15/94
DATE RECEIVED 09/17/94
TIME RECEIVED 7:30 am
DATE REPORTED 09/19/94
TIME REPORTED 11:46 am
REPORT STATUS FINAL

PHYSICIAN

REQUISITION NO. AREA ROUTE

| TEST | RESULT | REFERENCE RANGE | UNITS | *LOC CODE |
|---|---|---|---|---|

**Chlamydia Antigen** by EIA

Result: **NEGATIVE**
Normal: NEGATIVE

Crystal Pike

===================== END OF REPORT =====================

000404

SEE REVERSE SIDE FOR LOCATION INFORMATION

16050020 (Rev. 6 92) CUSTOMER REPORT

NORTH AMERICAN BIOLOGICALS, INC.
16500 N.W. 15th Avenue
Miami, FL 33169
305) 625-5303
300) 327-7106

## JOB CORPS - HIV TEST RESULTS

DATE REPORTED: 9/20/94

CENTER NO.: 995
KNOXVILLE JOB CORPS CENTER
621 DALE AVENUE
KNOXVILLE, TN 37921
ATTN: MAVIS MOORE, RN

Crystal Pike
9/28/94
GA

| | |
|---|---|
| Date Drawn: | 9/14/94 |
| Date Shipped: | 9/14/94 |
| Date Received: | 9/19/94 |
| Specimen ID: | 9952578 |
| Age: | 18 |
| Sex: | F |

HIV Test Result: Negative by ELISA

007942

CLINICAL RECORD | LABORATORY REPORTS

ATTACH 2D REPORT ALONG HERE ↑ AND SUCCEEDING ONES ON ABOVE LINES

ATTACH 2D REPORT WITH TOP AT THIS LINE ↑

GONOCOCCUS CULTURE

B688676 LAB NO.

SOCIAL SECURITY NO. 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

MEDICAID NO.

MEDICARE NO.

RECORD FOLDER NO.

PATIENTS NAME - LAST, FIRST, MIDDLE

SPOUSE - FIRST NAME

STREET AND NUMBER

TOWN

STATE

ZIP CODE

DATE OF BIRTH 3-11-76

RACE

SEX

PHONE NO.

COUNTY NO.

COUNTY NAME

SITE NO.

DATE REPORTED SEP 19 '94

LAB RECEIPT DATE

12538

COLLECTION DATE

| SEX | | MARITAL STATUS | | | RACE | | |
|---|---|---|---|---|---|---|---|
| M | F | M | S | Unk | W | B | O |
| 1 | 2 | 1 | 2 | 3 | 1 | 2 | 3 |

CLINIC NO. | O. NO. | AGE

| REASON FOR EXAM | SURVEY | DIAGNOSTIC | RX CONTROL | CONTACT | RECULTURE | PID SUSPECT | OTHER |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |

| TEST SITE | CERVICAL | VAGINAL | URETHRAL | RECTAL | ORAL | OTHER (SPECIFY) |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 9 |

TREATED Yes 1 No 2 UNK 3 Treatment Date

TREATMENT RECEIVED

LABORATORY RESULTS

NEISSERIA GONORRHOEAE CONFIRMED — YES 1 / NO 2

UNSATISFACTORY 3 see key on back

EXAMINED BY:

RDA - 1160

SEND REPORT TO

NAME KNOXVILLE JOB CORPS CENTER

ADDRESS 621 DALE AVENUE

CITY KNOXVILLE STATE TN ZIP CODE 37921

PH - 1583 REV. 1-92

TENNESSEE DEPT. OF HEALTH
LABORATORY SERVICES
MICHAEL W. KIMBERLY, DR. P.H., DIRECTOR

☐ J ☐ JC ☒ K ☐ M ☐ N
LABORATORY PERFORMING EXAMINATION

ATTACH ALL TEST REPORTS TO THIS SHEET

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

REGISTER NO.

WARD NO.

LABORATORY REPORTS
Standard Form 514

000406

CLINICAL RECORD | LABORATORY REPORTS

ATTACH 3D REPORT ALONG HERE ↑ AND SUCCEEDING ONES ON ABOVE LINES

ATTACH 2D REPORT WITH TOP AT THIS LINE ↑

ATTACH 1ST REPORT ALONG LEFT MARGIN WITH TOP AT THIS LINE ↑

ATTACHING MARGIN

ATTACH ALL TEST REPORTS TO THIS SHEET

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility) | REGISTER NO. | WARD NO. |
|---|---|---|

LABORATORY REPORTS
Standard Form 514

J CORPS IMMUNIZATION RECORD
007944

NAME X. Christa Pike CENTER KJCC

ENROLLEE [X] STAFF [ ] FAMILY OF STAFF [ ] OTHER [ ]

| AGENT | | DATE | DOSE & ROUTE | REACTION | INITIALS |
|---|---|---|---|---|---|
| TETANUS-DIPHTHERIA Toxoid-Adult-(Td) | 1 | 9/14/94 | 0.5ml SQ | 0 | GH |
| | 2 | | | | |
| | 3 | | | | |
| ORAL POLIOVIRUS, TRI-VALENT Vaccine (OPV) | 1 | | | | |
| | 2 | | | | |
| | 3 | | | | |
| MEASLES/RUBELLA | 1 | 9/14/94 | 0.5ml SQ | 0 | GH |
| OTHERS: Mumps | | | | | |
| | | | | | |

PREGNANCY TEST DATE pm 9/14/94 RUBELLA TEST DATE

POS. [ ] NEG. [X] TITER 1:

PPD/MANTOUX TEST 0.1ml Intradermal

Date Applied 9/14/94 GH Date Read 9/16/94

[ ] Positive (10 mm or more of induration)

[ ] Doubtful (5-9 mm of induration)

[X] Negative (0-4 mm of induration)

Initials [signature]

If Mantoux is positive or doubtful

Chest X-ray: Date Taken

[ ] Negative [ ] Positive: findings

000408

ETA 6-112
Aug. 1979

# A.O.D.A. BEHAVIORAL AGREEMENT

I understand that I have tested positive for Marijuana
☒ Enrollment ☐ Other

I understand that I will receive reasonable medical and counseling services.

I understand that I am permitted to remain in Job Corps under the following terms:

- I agree to abide by the intervention plan which has been developed to meet my individual medical and counseling needs. The AODA specialist has explained my care plan in detail.
- I agree to abide by center rules and regulations, including being free of alcohol and other drugs.
- I understand that my case will be evaluated by a core team of staff with regard to my alcohol and drug use in relation to my remaining in Job Corps, and such information will remain confidential and will only be used to assist me in becoming alcohol/drug free.

Additional agreements: Check in with Ms. Moore or Ms Rutkauskas on Mondays

I will attend Mondays 6-7 pm - For the next 4 weeks - will evaluate on 12/12/94

I will report for alcohol/drug testing as follows:

Day: Mondays
Time: ~~[illegible]~~ noon
Location: Health Services

I will ask for additional help whenever I need it.

AODA Panel

I further understand that failure to comply with this agreement may result in termination from the Job Corps Program.

Student [signature] Date [illegible]

AODA Specialist [signature] Date 11/10/94

Center Director ______________ Date ______________

Clarista Pike (Student Name)

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 (Social Security Number)

420 (Dorm)

Under 18 y.o.? 18

4/N

# A.O.D.A. BEHAVIORAL AGREEMENT

I understand that I have tested positive for Marijuana
☐ Enrollment ☐ Other 180r

I understand that I will receive reasonable medical and counseling services.

I understand that I am permitted to remain in Job Corps under the following terms:

- I agree to abide by the intervention plan which has been developed to meet my individual medical and counseling needs. The AODA specialist has explained my care plan in detail.
- I agree to abide by center rules and regulations, including being free of alcohol and other drugs.
- I understand that my case will be evaluated by a core team of staff with regard to my alcohol and drug use in relation to my remaining in Job Corps, and such information will remain confidential and will only be used to assist me in becoming alcohol/drug free.

Additional agreements:

I will attend Thursdays 3:30-4:30 pm

I will report for alcohol/drug testing as follows:

Day: Thursdays
Time: by 11:30 Am
Location: Health Services

I will ask for additional help whenever I need it.

I further understand that failure to comply with this agreement may result in termination from the Job Corps Program.

Student x Christie Pike Date 9-15-94

AODA Specialist ______ Date ______

Center Director ______ Date ______

Christie Pike 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
(Student Name) (Social Security Number)

452
(Dorm)

Under 18 y.o.? N (18
Y/N

Laboratory Specialists, Inc.

• P.O. Box 50577 • New Orleans, Louisiana 70150-9906 •

• (504) 392-7961 • 1-800-433-3823 •

# DRUG REPORT FORM

KNOXVILLE JOB CORPS
ATTN: MAVIS MOORE
621 DALE AVE

KNOXVILLE TN 37921-0000

ACCOUNT #: 20117
FACILITY#: 9130
LAB # : 556452
CHAIN#: 303960

NAME / ID: PIKE, CHRISTA

SSN : 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

REASON FOR DRUG TEST: PRE EMPLOYMENT

DATE COLLECTED: 9/14/94 DATE RECEIVED: 9/16/94 DATE REPQRTED: 9/19/94

SCREENING METHOD: IA,TLC

DRUG TEST RESULT: POSITIVE - (SEE BELOW)

------------------------ POSITIVE DRUGS ------------------------

| DRUG NAME | | |
|---|---|---|
| MARIJUANA METABOLITES | =>150 | ng/ml |

| DRUG DESCRIPTION | LEVEL (NG / ML) SCREENING | CONFIRM | RESULT |
|---|---|---|---|
| AMPHETAMINES | 300 | 300 | NEGATIVE |
| BENZOYLECGONINE-COCAINE METAB | 300 | 150 | NEGATIVE |
| OPIATES | 300 | 300 | NEGATIVE |
| PHENCYCLIDINE | 25 | 25 | NEGATIVE |
| MARIJUANA METABOLITES | 20 | 20 | * POSITIVE |

-RTIFYING OFFICER OR LAB DIRECTOR

| PRH-6: APPENDIX 604 ATTACHMENT 8

# *ALCOHOL AND DRUG TESTING DATA SHEET*

| Date | Type of Screen | Result | Nanogram Level |
|---|---|---|---|
| 9/14/94 | Chrll | Alcohol - +<br>THC - (+)<br>Cocaine (-) +<br>Opiates (-) +<br>PCP - +<br>Amphetamines - +<br>Other: - +<br>____________ | //////////<br>180 + ng/ml |
| ___/___/___ | | Alcohol - +<br>THC - +<br>Cocaine - +<br>Opiates - +<br>PCP - +<br>Amphetamines - +<br>Other: - +<br>____________ | ////////// |
| ___/___/___ | | Alcohol - +<br>THC - +<br>Cocaine - +<br>Opiates - +<br>PCP - +<br>Amphetamines - +<br>Other: - +<br>____________ | ////////// |
| ___/___/___ | | Alcohol - +<br>THC - +<br>Cocaine - +<br>Opiates - +<br>PCP - +<br>Amphetamines - +<br>Other: - +<br>____________ | ////////// |

Student's Name: Christa Pike SSN: 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

000412

17

007949

CSD
CAREER SYSTEMS DEVELOPMENT CORPORATION

# KNOXVILLE
## Job Corps Center

Job Corps
U.S. Dept of Labor
Since 1964

CHAIN OF CUSTODY FORM

(PRINT) Donor's Name X Pike Christa G
LAST FIRST INITIAL

Donor's Social Security No. X 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

Donor's Signature X Christa Pike DATE X 9-14-94

Print Collector's Name RUTKAUSKAS, GENE MARIE
LAST FIRST INITIAL

Date 9/14/94 Time 2 51 A.M. P.M. (circled)

Collector's Signature [signature]

Location (CODE) KNOXVILLE JOB CORPS CENTER

Temperature of Urine 94°

ATTN: MAVIS MOORE R.N.
HEALTH SERVICES SUPERVISOR
544-5600 Ext. 373

000413

621 DALE AVE. KNOXVILLE, TN 37921 PHONE: (615) 544-5600 FAX: (615) 544-5609

20

HEALTH SERVICES
RULES AND REGULATIONS

During your stay at KNOXVILLE JOB CORPS CENTER you may have to take prescribed medications for any illness that arises. It is very important that you understand the necessity of taking all prescribed medicines as directed by the Doctor or Nurse.

All doses are to be taken whether they are given in the infirmary or in the dorm at night and on weekends. Should you miss your medication you will be warned only once. After that warning you will be written up which could mean a fine from your living allowance or restriction or work detail.

You cannot be properly treated without taking the responsibility for your own health.

Please sign below indicating that you understand the above rules and that you will abide by them.

Name: x Christe Pike

Date: x 9-14-94

KNOXVILLE
JOB CORPS CENTER

621 DALE AVENUE
KNOXVILLE, TN 37921
(615) 544-5600

007951

2



3308

## STUDENT INFORMATION SHEET

Christa Gail Pike

SSN 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 D.O.B. 3-10-76 AGE 18

Home Street Address 7828 Tom Pope Lp.

City Cedar Grove State N.C. Zip 27231

Home Phone 919-644-7305 Date of Entry 9-14-94

Height 5'3" Weight 100 lbs. Hair Color Auburn

Color of Eyes brown Sex: Male ____ Female X

Do you need your G.E.D.? ____ Yes X No

If you have been in Job Corps before: Where ____

In ____ How long did you stay? ____

---

**NEXT OF KIN:** (Who should we contact in case of emergency?)

Name Carissa Hansen Relationship mother

Street Address 7828 Tom Pope Lp.

City Cedar Grove State NC Zip 27231

Telephone: Home 919 644-7305 Work 919 479-4405

**ALTERNATE CONTACT** (Who should we contact if we cannot reach your next of kin?)

Name Orlando Powell Relationship close friend

Street Address Mama Mia's Pizzeria

City Durham State N.C. Zip ____

Telephone: ~~Home~~ work 919-286-1993 Work 919-286-7138

ROOM NUMBER: 452
I.D. NUMBER 3308

000415

LAST NAME [illegible] FIRST NAME [illegible] MIDDLE INITIAL [illegible] SOCIAL SECURITY NO. [illegible]

007953

# JOB CORPS SCREENER FOLDER INVENTORY

✓ SAMPLE

_____ NON-SAMPLE

OLLEE NAME Pill, Christa SSN: 234 19 7244

ner should list specific documentation contained in folder for each criterion.

CRITERION DOCUMENT INCLUDED IN FOLDER
(Check only if document required for eligibility determination)

E:

A. Self-Certification (Non-Sample Only) ✓
B. Birth Certificate
C. Driver's License
D. State I.D.
E. Official Government Forms; Specify
F. Other; Specify

LECTIVE SERVICE

Selective Service Authorization

AL RESIDENT

A. Self-Certification (Non-Sample Only) ✓
B. U.S. Citizen (No Document Required)
C. INS Form; Specify
D. Other; Specify

ONOMICALLY DISADVANTAGED

A. Self-Certification (Non-Sample Only)
B. Applicants Verification of Income (Sample Only) ✓
B1. Public Assistance Document; Specify
B2. Foster Care/Ward of Court
B3. Disability; See ETA 6-53
B4. Other, Specify

QUIRES ADDITIONAL TRAINING

A. School Drop Out (ETA 652 #15) ✓
B. In School; Letter from School
Call from School
C. High School Graduate; Screener's Statement (See Screener's Information Sheet)
D. Other; Specify

ONMENT

A. Self-Certification (Non-Sample Only) ✓
B. ETA 652, Item 27

000417

007954

ALTH HISTORY

A. ETA 653
B. Supplemental Consent Form for HIV
C. Supplemental Medical Consent Form
D. Medical Reports
E. Other, Specify ____

HAVIORAL ADJUSTMENT HISTORY

A. ETA 652; Item No. 24 (If yes, 655 must be completed)
B. Court Check; Specify
C. ETA 655 Page 1 & 2 (Statement from Court)
D. ETA 655A (Statement from Institution)
E. Other; Specify ____

HILD CARE

A. Self Certification (Non-Sample Only)
B. N/A, No Dependent Children
C. Child Care Plan ETA 6-82

ARENTAL CONSENT

A. ETA 652, Item 26 (Parent's Signature)
B. N/A, ETA 652, Item No. 8
C. Exceptions, Explain on Screener's Information Sheet

PABILITY AND ASPIRATIONS TO PARTICIPATE

ETA 652,, Item No. 30

Information Forms Included but not Required for Eligibility:

Birth Certificate
Pay Stub
Applicant Statement

ening Contractor Quality Control: Carl Jackson Outreach and Screening Office Manager 8-26-94
Signature Date

nter Quality Control: Jay Wiley 8-31-94
Signature Date

000418

325 N. Salisbury St., Raleigh, N.C. 27603

OMB Approval No. 044-R2409

U.S. DEPARTMENT OF LABOR
Employment and Training Administration
JOB CORPS DATA SHEET

RECRUITED BY: E. J. Roscoe

Telephone No. (919) 850-2801

TELEPHONE NO.: 850-2801

1. TYPE OF APPLICATION (2): 1 ☒ New 2 ☐ Readmit

2. APPLICANT'S NAME (Last, First, M.I.) (3-26): Pike Christa G.

3. SOC. SEC. NO. OR TIN (27-35): 234 11 9724 4

4. STREET ADDRESS OR RFD (36-53): 7828 Tom Pope Lp.

5. CITY (54-72): Cedar Grove

6A. STATE ABBR. (73-74): NC

6B. ZIP CODE (75-79): 27231

7. ALTERNATE CONTACT: ~~Carrie Ross~~ Pam Wagner (919) 732-6170

8. DATE OF BIRTH (80-85): Month 03 Day 10 Year 76

9. SEX (86): 1 ☐ Male 2 ☒ Female

10. RACE-ETHNIC GROUP (87): 1 ☒ White (not Hispanic) 2 ☐ Black (not Hispanic) 3 ☐ Hispanic 4 ☐ American Indian or Alaskan Native 5 ☐ Asian or Pacific Islander

11. LEGAL U.S. RESIDENT (88): 1 ☒ Yes 2 ☐ No — ALIEN REGISTRATION NUMBER: A

12. DATE OF INTERVIEW (89-94): Month 08 Day 22 Year 94

13. SIZE OF PLACE (95): 1 ☒ Under 2,500 2 ☐ 2,500 - 9,999 3 ☐ 10,000 - 50,000 4 ☐ 50,000 - 250,000 5 ☐ over 250,000

14. MOS. OUT-OF-SCHOOL (96-97) Region only: 24

15. HIGHEST GRADE COMPLETED (98-99) Region only: 08

16. NO. WKS. SINCE EMPLOYED FULL TIME (100-102) Never (103): X

17. EARNINGS PER HOUR (104-106): $0.00

18. FAMILY RECEIVING PUBLIC ASSISTANCE (107): 1 ☐ Yes (AFDC) 2 ☒ No 3 ☐ Yes (other)

19A. NO. OF DEPENDENTS (108-109): 00

19B. CHILDCARE PLAN (110): 1 ☐ Yes 2 ☒ No

20. FAMILY STATUS (111): 1 ☐ Family Head 2 ☒ Family Member 3 ☐ Unrelated Individual

21. NO. IN FAMILY (112-113): 03

22. ESTIMATED ANNUAL INCOME (114-118) (Not applicable) (119): $09,769.

23. MILITARY SERVICE PRIOR TO ENROLLMENT IN JOB Corps (120): 1 ☐ Yes 2 ☒ No

24. Have you ever been convicted or adjudged delinquent in any offenses against persons or property; such as, assault and battery, robbery, arson, burglary or homicide? 1 ☐ Yes 2 ☒ No

25. Health Questions

a. Have you had any serious illnesses/injuries in your life? 1 ☐ Yes 2 ☒ No

b. Have you been under the care of any physical or mental health care provider (e.g., physician chiropractor, mental health clinic) in the last year? 1 ☐ Yes 2 ☒ No

c. Do you have any health condition(s) that you are being treated for or that you know of at this time? 1 ☐ Yes 2 ☒ No

d. Are you or your family covered by any health insurance or eligible for medicaid at the present time? 1 ☒ Yes 2 ☐ No

If "YES" is checked for item "d" above, complete 1, 2, and 3 →
1. Name of Company: CPHP
2. Policy No.: 013 62 9985
3. State: N. Carolina

Any "YES" answers to questions a, b, or c, item 25, complete ETA Form 653, Job Corps Health Questionnaire.

26. CONSENT RECORD
a. Name of Applicant (Print): x Christa Pike
b. Date: 10-11-93
c. Telephone Contact for Applicant: (919) 644-4305

I (We) the undersigned hereby CERTIFY all of the above information on this application to be accurate.

I (We) hereby CONSENT to the enrollment of the above named individual into Job Corps.

I (We) further AUTHORIZE all routine and customary physical examinations, dental work, surgical and other treatment as required by Job Corps regulations, as well as the collection of information such as education and medical records.

I (We) UNDERSTAND that any false statement or dishonest answers will be grounds for the dismissal of the above named individual and may be punishable by law.

I (We) have been SUPPLIED with a personal copy of the Job Corps Privacy Act of 1974. I (We) have READ the statement and UNDERSTAND its contents.

I (We) UNDERSTAND that failure to stay in Job Corps for more than 180 paid days may mean loss of the readjustment allowance.

I (We) UNDERSTAND that the Job Corps program offers a total educational and vocational program in residential setting, and after having explained to me (us) other employment and training programs available in my (our) community, I (We) am (are) CONVINCED that the Job Corps will best meet the needs of the above named individual.

I (We) have been PROVIDED with a copy of Your Guide To Job Corps and a list of all Job Corps vocational offerings, have had the contents of both documents explained by the screener and all of my (our) questions have been answered.

Signature of Parent/Legal Guardian: x Gerard H. Hansen
Signature of Applicant: x Christa G. Pike
Date: 8-22-94

27. ELIGIBILITY FACTORS
1 ☐ Disruptive home life (121)
2 ☐ Unsafe, unhealthy overcrowded dwelling (122)
3 ☒ Limited job opportunities (123)
4 ☐ Disruptive neighborhood or community characterized by high crime rates (124)
5 ☒ Cultural Deprivation (125)

28. APPLICANT NEEDS BI-LINGUAL PROGRAM (126): 1 ☐ Yes (Span/Eng) 2 ☒ No 3 ☐ Yes (Other)

29A. Is applicant eligible to make an allotment? (127): 1 ☐ Yes 2 ☒ No

29B. Amount: $0.00

30. VERIFICATION: 1 ☑ Age 2 ☐ School Status 3 ☑ Capacity to Participate in Job Corps program 4 ☑ Juvenile Court Record 5 ☐ Public Asst. 6 ☑ Adult Court Record

31. ELIGIBILITY STATUS: 1 ☑ Eligible for Referral 2 ☐ Waiver Request for Criterion 3 ☐ Not Eligible 4 ☐ Medical 5 ☐ Behavior 6 ☐ Mental Health

32. REMARKS (If additional space is needed, use separate sheet(s))

33. CERTIFICATION: I CERTIFY that the information entered on this application is true and correct to the best of my knowledge.

SCREENER'S NAME (Print): E. J. Roscoe
SIGNATURE OF SCREENER: E. J. Roscoe
DATE: 8-22-94

34. NAME AND ADDRESS OF SCREENING AGENCY (St., City, State, ZIP Code): 325 N. Salisbury St., Raleigh, N.C. 27603 Telephone No. (919) 850-2801

OFFICE ID NO. (128-133): NCHKKH

AREA CODE AND TELE. NO.

| REG. OFC. USE ONLY | 35. BEHAVIOR REVIEW (134) | 36. MEDICAL REVIEW (135) | 37. MENTAL HEALTH REVIEW (136) | JOB CORPS CENTER USE ONLY | 38. LOCATOR CODE (137-140) | 39. READING SCORE (RJSI) (141-142) |
|---|---|---|---|---|---|---|
| | 1 ☐ Yes 2 ☐ NO | 1 ☐ Yes 2 ☐ NO | 1 ☐ Yes ☐ NO | 9/13/94 | 4571 | |

000419

WHITE-National Office
GOLDENROD-Screener
YELLOW-Job Corps Center
GREEN-Screener
PINK-Regional Office
CARD-Regional Office

ETA 652 (Oct. 1975)

ENROLLMENT EDIT LIST

Trans No: 0414-A-00000397

------------------------ STUDENT INFORMATION ------------------------

Social Security No: 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 Date SSN Applied for:
Enrollment Type: 0 New Student

Birth Date: 03/10/1976 Country: USA
City: BECKLEY State: WV

Sex: F Residence Size: 1 Under 2,500
Race: 1 US Resident?: Y Alien Reg No:

-------------------- STUDENT -------------------

Student Name: PIKE, CHRISTA G
Address: 7828 TOM POPE LN.

CEDAR GROVE, NC 27231
Phone: (919) 644-7305

--------------- ALTERNATE CONTACT 1 -------------

Name: CARISSA HANSEN
Address: 7828 TOM POPE LN

CEDAR GROVE, NC 27231
Phone: (919) 644-7305

------------------ ALTERNATE CONTACT 2 -------------

Name: ALICIA HORNL
Address: 848 KINWEST PARKWAYA
NO. 206
ERWINM, TX 27603
Phone: (214) 869-4418

---------------- HISTORICAL INFORMATION ---------------

gh School Diploma/GED: Y Last Wage ($/hr): .00
est Grade Completed: 12 Prior Military Service?: N
onths Out Of School: 24 Past Convictions?: N
Weeks Unemployed:

---------------- MEDICAL INFORMATION ------------

Has Student ever had: Serious Illness/Injury?: N
Mental Health Treatment?: N
Does Student Have Current Health Problems?: N
Is Student Covered By Health Insurance?: Y
Insurance Company: CPHP
Policy Number: 0123629925 State: NC

-------------------- FAMILY INFORMATION -----------------------

ily Status: 2 Number Of Family Members: 3
Number Of Dependents:
Est Annual Family Income: 9,769

------------------ JOB CORPS INFORMATION ---------------

Job Corps Resident?: Y Interview Date: 08/22/1994
Regional Waiver?: N Enrollment Date: 09/13/1994
W-4 Exemptions: 1 Arrival Date: 09/13/1994
ACT Enrollment Date:
Advanced Training Program Date:
Pay Roster Sort: FR

Does Family Receive Public Assistance?: 2
Does Student Have A Child Care Plan?: N
Student Participating In JCC Day Care?: N
Bilingual Program Requirements: 2

Screener ID: NCJPKI
Name: AHOSKIE

sruptive Home Life?: N Cultural Deprivation?: Y
Unsafe, Unhealthy, Limited Job Opportunities?: Y
ercrowded Dwelling?: N High Crime Neighborhood?: N

# APPLICANT'S VERIFICATION OF INCOME

APPLICANT'S NAME: Pike, Christa G

| | Applicant | Family (1) | Family (2) | Totals |
|---|---|---|---|---|
| Month 1 | | 813.73 | | |
| Month 2 | | 813.73 | | |
| Month 3 | | 813.73 | | |
| Month 4 | | 813.73 | | |
| Month 5 | | 813.73 | | |
| Month 6 | | 813.73 | | |

Total (6 months) 4,882.38

(Multiply by 2 to Annualize) X 2

Total Annualized 9764.76

**Circle one:**

AFDC Welfare SS Unemp Comp Disab Food Stamps Other-Specify

You must include one (1) of the following documents to verify earned income:

- 2 current pay stubs with Y-T-D totals
- Letter from employer verifying income
- Documented phone call to employer:
  Name, Title, Phone #, Date
- W-2 Form
- Income tax return

Total # family members 3

Check one:
___ LLISIL
✓ Poverty Guideline

Check one:
✓ Eligible
___ Ineligible

**Detailed explanation must be given when:**

- Official income documentation not available
- Applicant claims an income
- Income is unrealistic for living standards
- Applicant must clearly state, for each month, living arrangements and source of support in above allocated space

I verify that the above information is accurate and true to the best of my knowledge.

Christa G Pike (Applicant) E.J. Rasco (Screener) 8-22-94 (Date)

# INSTRUCTIONS FOR CALCULATING INCOME VERIFICATION

1. Screeners must include exact month referenced in calculating 6-month period e.g., Jan, Feb, Mar
2. All excludable income must be indicated by 0 in each month
3. Attach any/all supporting documentation to income work sheet

## EARNED INCOME

1. Pay Stub Calculation
   a. Gross amount must be broken down to represent monthly income total
   b. Year-to-date gross amount is divided by # months the total represents
   c. Monthly totals must be recorded for each month and indicated on work sheet for 6-month period
   d. Add total column
   e. Multiply by 2 to annualize income
   f. Check amount for eligibility according to LLISIL or Federal Poverty Guidelines

2. Letter to Employer
   a. Calculate information to determine monthly income. Use same procedure as used with pay stub

3. Phone Call to Employer
   a. Document name, title, phone #, date of inquiry of person who verified employment
   b. Use applicants statement to calculate monthly income
   c. Proceed same as pay stub instructions

4. Income Tax Return or W-2 Form
   a. Use only when no other documentation is available
   b. Calculate to determine monthly income
   c. Proceed same as pay stub instructions

5. When No Official Income Document is Available
   a. Applicant must provide details of income/source of support on monthly basis

6. When Applicant Claims $0 Income/Unrealistic Income
   a. Living arrangements or source of support must be documented monthly as per applicants statement

APPLICANT AND SCREENER MUST SIGN INCOME VERIFICATION SHEET

# SCREENER INFORMATION SHEET

The purpose of this form is to provide an informal means of communication and information exchange relative to screening, assignment, transportation, and supportive services. It is designed to be used by Job Corps Screeners. Use of this form will make it possible to improve information flow and take corrective action when appropriate. Reports should be in sufficient detail to identify the student and other specific problems. It can be typed or handwritten, if legible. Upon completion, submit to the Regional Office attached to the left side of the folder.

| NAME OF ENROLLEE: | SOCIAL SECURITY NUMBER: | SCREENER CODE: |
|---|---|---|
| Pike, Christa | 234197244 | 11CHRRA |

LEGAL RESIDENT:

PARENTAL CONSENT:

EDUCATION:

Applicant Statement

MEDICAL PROBLEMS:
(Explain briefly or check box)

☐ SEE 6-53

COMMENTS:

OTHER: (Child Care, Capacity to Participate and Age)

BEHAVIOR: (Involvement with the Court System)

# INFORMATION REPORT
for
Centers, Screeners & Regional Office

Screeners should start to routinely use this form to record explanations of all kinds of matters, including education, family income, living status and relationships, medical conditions, selective service registration, etc.

Using this form will provide a central place to record all kinds of information and hopefully reduce the amount of paper which must be in the folder.

This report should be used to summarize any information that Regional Office review staff need to consider. In "summarizing" the information, screeners can also check to see whether it appears that all issues are explained clearly enough in order to avoid further questions being raised. In this regard, it can be helpful to screeners to anticipate the kinds of questions that the Regional Office will ask, or further information that may be required. It will also assist in creating a "clearer" audit trail.

North Carolina Department of Human Resources
Division of Social Services
325 North Salisbury Street • Raleigh, North Carolina 27603
Courier # 56-20-25

James G. Martin, Governor
David T. Flaherty, Secretary

Mary K. Deyampert, Director
(919) 733-3055

## APPLICANT STATEMENT

APPLICANT HAS A HIGH SCHOOL DIPLOMA/GED, BUT LIVES IN AN ECONOMICALLY DISADVANTAGED AREA AND HAS VERY LITTLE CHANCE OF OBTAINING QUALITY EMPLOYMENT.

APPLICANT NEEDS JOB TRAINING IN ORDER TO BECOME SUCCESSFULLY EMPLOYED.

000426

007962

State of West Virginia, County of Raleigh, ss:

# Birth Certificate

(In the Clerk's Office of the County Court of Raleigh County)

I, BETTY RIFFE, Clerk of the County Commission, in the County and State aforesaid, it being an office of record, and having a seal, do hereby certify that the following is a true copy of the birth record of the within named person:

Name: CHRISTA GAIL PIKE Sex FEMALE

Place: BECKLEY Raleigh County, West Virginia.

Date: MARCH 10, 1976

Father: EMIL GLENN PIKE

Mother: (Maiden Name) CARISSA JEAN FOTOS

Birth Record No. 28 Page 526

Filed by: MARIAMMA ABRAHAM, MD

Filing Date: MARCH 18, 1976

In Testimony whereof, I have hereunto affixed my signature and official seal at Beckley, West Virginia,

this 15 day of NOVEMBER 19 91

SEAL

Betty Riffe, Clerk.

By [signature], Deputy Clerk.

*CONFIDENTIAL*

007963

U.S. DEPARTMENT OF LABOR • Ma[redacted]dministration

# STATEMENT FROM COURT OR OTHER AGENCY

*The information entered on this form will be used only by authorized Job Corps personnel and will be kept strictly confidential.*

**SECTION I. TO BE COMPLETED BY JOB CORPS SCREENING AGENCY**

| 1. NAME OF APPLICANT (*Last, First, Middle Initial*) | 2. SEX ("X" one) | 3. DATE OF BIRTH |
|---|---|---|
| Pike, Christa | ☐ Male ☑ Female | 3-10-76 |

| 4. ADDRESS (*Number, Street, City, State, ZIP Code*) | 5. SOCIAL SECURITY NUMBER OR TIN |
|---|---|
| 7828 NC Hope Loop Rd Cedar Grove 27231 | 234 19 7244 |

| 6. NAME OF JC SCREENING AGENCY | 7. ADDRESS (*Number, Street, City, State, ZIP Code*) | 8. TELEPHONE NUMBER |
|---|---|---|
| | 325 N. Salisbury St., Raleigh, N.C. 27603<br>Telephone No. (919) 850-2901 | |

**SECTION II. TO BE COMPLETED BY THE COURT, SUPERVISING AGENCY OR AUTHORIZED PERSON**

*The above named applicant for the Job Corps is reportedly known to your agency. A fact sheet printed on the back of this form gives information about the Job Corps and explains its policy toward youths with delinquent or criminal histories. Please complete all items. Be as specific as possible.*

9. LIST ALL COMPLAINTS FOR WHICH THE APPLICANT IS KNOWN TO THE COURT, WHICH WERE SUSTAINED: (*Describe each complaint in terms of specific act committed: for example, "Stole a radio from a drug store." Avoid general terms: for example, "Delinquency"*)

| COMPLAINT/CHARGE | COURT DISPOSITION | DATE OF DISPOSITION |
|---|---|---|
| | A check here ✓ certifies that no record was found. | |

The above 24 months' court record and/or information was obtained from:

Agency and County: Orange Co Prevention Agency

Official's name: Ms Rebecca Furr

Telephone: 919 732 8181 Date: 8-22-94

On this same date, applicant solemnly affirms his/her answer on ETA 652, Line 24; if "yes," applicant fully explains below:

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

10. ~~DESCRIBE APPLICANT'S ADJUSTMENT WHILE UNDER SUPERVISION OF THE COURT.~~ XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Applicant's Signature: Christa G Pike

| | YES | NO |
|---|---|---|
| 11. Is the applicant free of all court-imposed financial obligations? | ☐ | ☐ |
| If "NO," will the court release the youth from all financial obligations or permit the payments to be suspended until the termination of Job Corps enrolment? | ☐ | ☐ |
| 12. Does the applicant have a court appearance pending for any reason? If "YES," Explain. | ☐ | ☐ |

*Replaces JC Form 7, which is obsolete.*

MA 6-55



0006427

AY STATEMENT

# MITSUBISHI SEMICONDUCTOR AMERICA, INC.

DURHAM, NORTH CAROLINA 27704

ADP

| Co. Code | Department | File No. | Clock#/ID | Social Security No. | Name | Pay Period | Pay Date |
|---|---|---|---|---|---|---|---|
| HOZ | 041 | 89122 | 11A2 | 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 | HANSEN GERARD H | ENDING 10/18/93 | 10/21/93 |

| Hours/Units | Rate | Earnings | Type | Deduction | Type | Deduction | Type |
|---|---|---|---|---|---|---|---|
| 8000 | 110000 | 88000 | REG | 104 | D.LIFE | 354 | 401K |
| 950 | 165000 | 15675 | O/T | | | | |
| 800 | 110000 | 8800 | S PREM | | | | |
| | | 4400 | S PREM | | | | |
| | | 354 | FLEXS | | | | |

******* MEMO ENTRIES *******

116880 W

15 ILIFE

THE CHALLENGE OF EXCELLENCE

| | Gross Pay | Federal Income Tax | Soc. Sec. Tax | Medicare Tax | State Income Tax | Local Income Tax | SUI/SDI | Net Pay |
|---|---|---|---|---|---|---|---|---|
| This Pay | 117229 | 19544 | 7270 | 1700 | 6884 | | | 81373 |
| YTD | 1889600 | 261953 | 117176 | 27404 | 104479 | | | |

10.00 PTOBAL 24.00 VACBAL 74.34 401-K

© 1992 Automatic Data Processing

4793333

3703 -

Craig Schmitt

600.00

# ENROLLEE ALTERNATE CONTACT FORM

This form must be completed with a minimum of three alternate contacts in order for the application to be considered.

Applicant Name: Christa Pill

Address: 7828 Ivan Hope Loop Rd Cedar Grove, NC 27231

Telephone: 919 644 7305

Relative Name: Carrie Ross

Address: Rt. 1 Box 62 Berkeley W. VA. 27580

Telephone: 314 252 8810

---

Relative Name: Alicia Tom

Address: 848 Kinwest Parkway no 206 Irving, TX. 27603

Telephone: 214 869 4418

---

Friend Name: Tom Warner

Address: 3709 Orange Grove Rd Hillsborough NC 27278

Telephone: 919 732-6170

---

Other Name:

Address:

Telephone:

# JOB CORPS PRIVACY ACT STATEMENT



This statement applies to the following Job Corps forms.

| | |
|---|---|
| ETA 640, Job Corps Corpsmember Profile | ETA 678, Job Corps Placement and Assistance Record |
| ETA 652, Job Corps Data Sheet | ETA 693, Corpsmember Mobility Statement |
| ... 653, Job Corps Health Questionnaire | ETA 682, Child Care Certification |
| ... 657, Enrollment and Departure Report | ETA 683, Applicant's Statement |
| ETA 658, Job Corps Enrollee Allotment Determination | ETA 683A, Spanish Version of ETA 683 |
| ETA 660, Request for Readmission | |
| ETA 677, Request for College Advisory Opinion | SF 93, Report of Medical History |

...his statement describes the collection and use of information from ...Corps Applicants and Corpsmembers by the Department of Labor ... the Job Corps Program.

...e Privacy Act of 1974 requires all Federal agencies including the ...ob Corps and its agents to give the following facts to each person ...m whom its requests information:

- The statutory authority for the request,
- Why the information is needed
- Whether it is voluntary or mandatory to give the information,
- The effects of not providing information
- The uses which may be made of the information,
- Whether disclosure of the Social Security Number (SSN) is mandatory or voluntary, by what statute or other authority the number is solicited, and what uses will be made of it.

...e items are more fully explained in the following sections. If ... have any questions about your rights and responsibilities under ...e Privacy Act, you should ask for clarification from the person ...terviewing you or ask for assistance from the person assigned to ... in Job Corps as counselor or advisor.

## ... The Department of Labor's Authorization to Collect Information.

...Corps is a part of the Department of Labor. The Depart... ...thority to collect information from Job Corps applicants ...Job Corpsmembers is found in Sections 453, 454, and 460 of ...e Comprehensive Employment and Training Act of 1973, as amended ...ETA). The Department's authority to solicit the SSN is found in ...tion 485 of the Act.

## ... Why the Information is Needed.

...o Corps needs information about your age, citizenship, school and ...aft status, health, employability, behavior, family income, environ...t, and other matters related to your suitability, assignment, and ...ress in Job Corps. The information may be used to:

- determine whether your educational and vocational needs can best be met through the Job Corps or any alternative program in your home community.
- determine your potential assignment.
- lay the basis for determining your progress in Job Corps programs and activities.
- determine your medical eligibility to enter the Job Corps or health needs (medical, dental and/or mental health) while a corpsmember and also to establish and maintain a record of your health care during the period of enrollment in the Job Corps for legal and administrative reason; for example, future health care, indication of quality of health care, and for Federal Employee Compensation Act Claims.
- maintain a record of cash, clothing and other benefits received by the individual.

## III. Obligatory and Voluntary Information and Possible Consequences of Withholding Information or Providing False Information.

While there are no penalties under the law for refusing to supply information, the Comprehensive Employment and Training Act requires collection and maintenance of a wide range of personal information about you, including your Social Security Number, to satisfy enrollment requirements. Not supplying the requested information could delay or prevent you from enrolling and participating in Job Corps.

The provision of false information by you could lead to expulsion from the program or prosecution under the U.S. Criminal Code when such information is used to support a fraudulent claim to benefits.

## IV. *How the Information is Used*

Your SSN will be used as your Job Corps enrollee identification number. As such it will be used on all Job Corps forms which require such an identification. In carrying out its responsibility under the Comprehensive Employment and Training Act of 1973 (CETA) to administer the Job Corps program, the Department of Labor must sometimes disclose data from its records about you to another agency or individual without your specific written consent. Such disclosures are made for the following reasons:

To enable a third party or other agencies to assist the Department in determing your eligibility for Job Corps enrollment.

To comply with applicable laws, including the Freedom of Information Act, and CETA which require or authorize the release of some information from Job Corps records to Federal agencies or State or local governments.

To facilitate statistical research audit and evaluation activities necessary to insure the success, integrity and improvement of Job Corps and other employment and training programs.

To provide information about you in order to aid you to obtain necessary medical, mental health and dental care while a corpsmember, as well as employment, entrance into other training or educational programs, or credit for education, vocational training or work, experience while in Job Corps.

To provide other Federal agencies with information about the Job Corps and your participation in the Job Corps program for purposes authorized by law.

The Job Corps has supplied me with a copy of this statement, in accordance with the Privacy Act of 1974, which explains the uses that will be ...de of information that I or others might supply the Job Corps about myself.

I have a personal copy of the statement, which I have read and understand.

| SIGNATURE OF APPLICANT | DATE (Month, Day, Year) |
|---|---|
| X Christa B. Pike | 8-22-94 |

...gle copy of this form must be given to the Corpsmember for his personal reference upon his enrollment.
...ingle copy which applies to all affected Job Corps forms should be signed by the applicant and placed in his folder.

007967

Standard Form 1152
September 1967
Title 4, GAO Manual
1152-106

# DESIGNATION OF BENEFICIARY

UNPAID COMPENSATION OF DECEASED CIVILIAN EMPLOYEE

IMPORTANT
Read instructions on back of duplicate before filling in this form

I. INFORMATION CONCERNING THE EMPLOYEE:

| NAME— (Last) | (First) | (Middle) | DATE OF BIRTH (Month, day, year) |
|---|---|---|---|
| Pike | Christa | Gail | |

DEPARTMENT OR AGENCY IN WHICH EMPLOYED

| KNOXVILLE JOB CORPS CENTER | | DEPT. OF LABOR |
|---|---|---|
| (Department or agency) | (Bureau) | (Division) |

*I, the employee named above, canceling any and all previous Designations of Beneficiary heretofore made by me, do now designate the beneficiary or beneficiaries named below to receive any UNPAID COMPENSATION due and payable after my death. I understand that this Designation of Beneficiary relates solely to money due as defined in 5 U.S.C. 5581, 5582, 5583, and in no wise will affect the disposition of any benefit which may become payable under the Retirement or Group Life Insurance Acts applicable to my Government service. I further understand that this Designation of Beneficiary will remain in full force and effect until (1) expressly changed or revoked by me in writing, (2) I transfer to another agency, or (3) I am reemployed by the same or another department or agency of the Government.*

INFORMATION CONCERNING THE BENEFICIARY OR BENEFICIARIES:

| Type or print first name, middle initial, and last name of each beneficiary | Type or print address (including ZIP Code) of each beneficiary | Relationship | Share to be paid to each beneficiary |
|---|---|---|---|
| Mandy Staley | 8307 Bunny Rd. Rougemont NC | friend | one fourth |
| Brandi Parker | Stafford Dr. Durham NC | friend | one fourth |
| Michael Parker | Stafford Dr. Durham NC | Godson | one fourth |
| Linda Powell | Roxboro NC | friend | one fourth |
| | | | |

*I hereby direct, unless otherwise indicated above, that, if more than one beneficiary is named, the share of any deceased beneficiary who may predecease me shall be distributed equally among the surviving beneficiaries, or entirely to the survivor. I understand that this Designation of Beneficiary shall be void if none of the designated beneficiaries is living at the time of my death.*

*I hereby specifically reserve the right to cancel or change any designation of beneficiary at any time in the manner and form prescribed by the Comptroller General of the United States, and without knowledge or consent of the beneficiary.*

| (Date of execution—month, day, year) | (Signature of employee) |
|---|---|

WITNESSES TO SIGNATURE:

| [signature] | 621 DALE AVENUE | KNOXVILLE, TN 37921 |
|---|---|---|
| (Signature of Witness) | (Number and street) | (City, State, and ZIP Code) |
| | 621 DALE AVENUE | KNOXVILLE, TN 37921 |
| (Signature of Witness) | (Number and street) | (City, State, and ZIP Code) |

PRINT OR TYPE NAME AND ADDRESS (INCLUDING ZIP CODE) OF EMPLOYEE

THIS SPACE RESERVED FOR RECEIVING DATA OF EMPLOYING AGENCY

(Indicate date and by whom received)

DELIVER BOTH COPIES TO THE PROPER OFFICER OF YOUR AGENCY—DUPLICATE WILL BE NOTED AND RETURNED

000431

IMPORTANT—The filing of this form will completely cancel any designation you may have previously filed. Be sure to name in this form all persons you wish to designate as beneficiaries of any unpaid compensation payable at your death.

# EXAMPLES OF DESIGNATIONS

How To Designate One Beneficiary

| Type or print first name, middle initial, and last name of each beneficiary | Type or print address (including ZIP Code) of each beneficiary | Relationship | Share to be paid to each beneficiary |
|---|---|---|---|
| Catherine M. Jackson* | 2808 Southern Avenue<br>Williams, Indiana 46728 | Sister | All |
| | | | |
| | | | |

How To Designate More Than One Beneficiary

| Type or print first name, middle initial, and last name of each beneficiary | Type or print address (including ZIP Code) of each beneficiary | Relationship | Share to be paid to each beneficiary |
|---|---|---|---|
| Susan L. Brown** | 110 Prince Street<br>Anniston, New York 14607 | Aunt | One-fourth |
| Mary Joe Carson | 230 Duke Street<br>Anniston, New York 14607 | Niece | One-fourth |
| Elizabeth H. Howard | 2301 State Street<br>Weaver, Ohio 44405 | Mother | One-half |

How To Designate a Contingent Beneficiary

| Type or print first name, middle initial, and last name of each beneficiary | Type or print address (including ZIP Code) of each beneficiary | Relationship | Share to be paid to each beneficiary |
|---|---|---|---|
| William J. Johnson, if living | 244 South Ann Street<br>Olney, Georgia 31204 | Father | All |
| Otherwise to:<br>Sarah L. Johnson | 244 South Ann Street<br>Olney, Georgia 31204 | Sister | All |
| | | | |

How To Cancel a Designation of Beneficiary so That Amount Due Will Be Payable as Provided in the Law

| Type or print first name, middle initial, and last name of each beneficiary | Type or print address (including ZIP Code) of each beneficiary | Relationship | Share to be paid to each beneficiary |
|---|---|---|---|
| Cancel prior designations | | | |
| | | | |
| | | | |

*Do not write name as C. M. Jackson or as Mrs. John H. Jackson.

**Be sure that the shares to be paid to the several beneficiaries add up to 100 percent.

007969

U.S. DEPARTMENT OF LABOR • Employment and Training Administration

# TRAVEL AUTHORIZATION

A. DATE PREPARED: 8-31-94

B. NAME OF REQUESTING OFFICER: KNOXVILLE JOB CORPS CENTER

C. TELEPHONE NO.: (615) 544-5500

D. TRAVEL TO: KNOXVILLE, TENNESSEE

E. JCM NO.: 995

F. DATE TO ARRIVE: WEEK OF: 9-13-94

G. PURPOSE OF TRAVEL: INITIAL INPUT

The travelers listed below are authorized transportation as indicated.

H. TRAVELERS

| | NAME (Last, First) AND AGE (1) | SSN OR DATE APPLICATION FILED (Mo., Day, Year) (2) | BI-LINGUAL ONLY (3) | RESIDENCE (Include Street Address, City, State, ZIP Code, and Telephone No.) (4) | NAME AND ADDRESS OF SCREENING AGENCY (5) |
|---|---|---|---|---|---|
| 1. | CHISOLM, HORACE L. DOB: 10-01-77 | 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 | MR | ROCKY MOUNT, NC | RALEIGH, NC NCHRRL |
| | Ticket from Tarboro, NC to Raleigh, NC/Mode: Bus | | | | |
| 2. | CONNELLY, STEPHANIE DOB: 09-15-69 NS | 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 | FR | MORGANTON, NC | RALEIGH, NC NCHRBM |
| | Charter Bus/No Ticket Needed. | | | | |
| 3. | GIDEON, TYRONDYRTHA DOB: 08-18-78 | 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 | FR | SHELBY, NC | RALEIGH, NC NCHRCH |
| | Charter Bus/No Ticket Needed. | | | | |
| 4. | GRAVES, MAULANA A. DOB: 09-30-69 NS | 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 | FR | GREENSBORO, NC | RALEIGH, NC NCHRGR |
| | Charter Bus/No Ticket Needed. | | | | |
| 5. | GULLATE, ISAAC L. DOB: 08-10-73 | 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 | MR | GASTONIA, NC | RALEIGH, NC NCHRCH |
| | Charter Bus/No Ticket Needed. | | | | |
| 6. | KING, MICHAEL G. DOB: 08-07-73 | 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 | MR | EDEN, NC | RALEIGH, NC NCHRGR |
| | Charter Bus/No Ticket Needed. | | | | |
| 7. | MITCHELL, KEZELE J. DOB: 04-22-77 | 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 | MR | GREENSBORO, NC | RALEIGH, NC NCHRGR |
| | Charter Bus/No Ticket Needed. | | | | |
| 8. | O'NEIL, JULIA A. DOB: 11-28-69 | 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 | FR | MORGANTON, NC | RALEIGH, NC NCHRBM |
| | Charter Bus/No Ticket Needed. | | | | |
| 9. | [redacted] DOB: 03-10-76 | 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 | FR | CEDAR GROVE, NC | RALEIGH, NC NCHRRA |
| | Charter Bus/No Ticket Needed. | | | | |
| 10. | SMITH, NOTISHA L. DOB: 03-12-77 | 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 | FR | ASHEVILLE, NC | RALEIGH, NC NCHRBM |
| | Charter Bus/No Ticket Needed. | | | | |

APPROVED. Travel is necessary and in the public interest.

| TYPED NAME AND TITLE OF APPROVING OFFICIAL | SIGNATURE | DATE |
|---|---|---|
| JOY WILEY, STUDENT RECORDS SPECIALIST | Joy Wiley | 8-31-94 |

ETA 128 (Jan. 1980)

000433

# NOTIFICATION OF NEXT OF KIN

| 1. NAME OF ENROLLEE | 2. SOCIAL SECURITY |
|---|---|
| Christa Pike | 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 |
| 3. NAME OF CENTER<br>KNOXVILLE JOB CORPS CENTER | 4. CENTER NO. |

| 5. NAME OF NEXT OF KIN | 6. ADDRESS | 7. RELATIONSHIP |
|---|---|---|
| Carissa Hansen | 7828 Tom Pope Lp<br>Cedar Grove N.C.<br>27231 | mother<br>8. PHONE NO. (919) 644-7305 work-479-440 |
| 9. ALTERNATE NEXT OF KIN | 10. ADDRESS | 11. RELATIONSHIP |
| Orlando Powell | | Close friend<br>12. PHONE NO. w-919-286-1993 |
| 13. OTHER PERSON, IF ANY, TO BE NOTIFIED (NAME) | 14. ADDRESS | 15. RELATIONSHIP<br>16. PHONE NO. |

17. RELIGIOUS PREFERENCE (GIVE SPECIFIC CHURCH, DENOMINATION, OR CONGREGATION) (OPTIONAL ENTRY)

| 18. SIGNATURE OF ENROLLEE | DATE SIGNED |
|---|---|
| X | X |

SYSTEMS DEVELOPMENT CORPORATION

# KNOXVILLE
## Job Corps Center

Job Corps
U.S. Dept of Labor
Since 1964

TO: All Students

FROM: Security Department

SUBJECT: TORT CLAIMS

Welcome to Job Corps and to the Knoxville Job Corps Center. The Security Department wants your stay here to be enjoyable, safe, and secure. Here's some tips on how to help yourself in these areas:

THIS IS VERY IMPORTANT!!! Your first item of business with your Residential Advisor (RA) will be to fill out an inventory of your possessions. On this inventory, be sure to list ALL your clothing and ALL of your other possessions. Anytime that you buy any new clothing or other items, see your RA and add them to the inventory list. THE DEPARTMENT OF LABOR WILL NOT PAY FOR STOLEN ITEMS THAT ARE NOT ON YOUR INVENTORY.

You will be issued a lock and key for your locker and a key to your room. Do not loan these keys to anyone; you are responsible for them, and if you lose them, you will be charged for replacements.

You must use some common sense when securing your possessions. If you have valuable jewelry, you should lock it in your locker. If you leave it out where others may take it, even in your room, you cannot file a claim on the stolen item(s). If you have expensive jewelry or other expensive items, you might want to take these items back home on your next visit.

The Department of Labor will not pay claims on CASH reported stolen. If you have excessive amounts of cash, use the student bank to secure it or carry it with you.

If you have a break-in, notify your RA or Security immediately. DO NOT DISTURB THE SCENE, and be as careful as possible to keep from destroying any clues or evidence. Security will respond as quickly as possible. Be patient, we all have our jobs to do, and sometimes we get really busy.

The Department of Labor sets a limit of three hundred dollars ($300) on ALL claims.

**IF IT IS DETERMINED THAT YOUR LOSS OF ANY ITEM IS THROUGH YOUR NEGLIGENCE, YOUR CLAIM WILL BE DENIED!** Secure your valuables before leaving your room, and remember to lock your locker and door. If your locker or room cannot be locked, TELL YOUR RA, so that a work order can be made. If there is no work order on file and your locker cannot be secured, your claim for any losses may be denied.

I have read and understand the above instructions.

| Christa Pike | Christa Pike | 9-15-94 |
|---|---|---|
| PRINTED NAME | STUDENT'S SIGNATURE | DATE |

## ACKNOWLEDGEMENT

By signing my name below, I acknowledge that I have received the booklet containing the steps that I may take in the event that I am a victim of discrimination while I am enrolled in The Knoxville Job Corps Center. This booklet also contains the proper approach for making a general complaint regarding the Center.

SIGNATURE — DATE 9-30-94

WITNESS — DATE 9/30/94

## XIV. ACKNOWLEDGEMENT AND PROMISE

I understand the rules and regulations of the Center in my Corpsmember Handbook. I have gone over them with the Orientation Specialist and had all my questions answered. I promise to follow the rules and regulations as long as I remain at the Center.

Christa G Pike
Enrollee Signature

Christa G. Pike
Print Name

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
Social Security Number

I certify that the above was signed in my presence, signifying that I have reviewed the rules and regulations with the above enrollee and that I am satisfied that he/she does, indeed, understand them.

[signature]
Signed

ORIENTATION SPECIALIST
Position

9/20/94
Date

JOB CORPS CENTER 007974

KNOXVILLE, TN 37921
(615) 544-5600

stablished
...964

## STUDENT INFORMATION SHEET

PRINT:

Name (In Full) Christa Gail Pike

SSN 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 D.O.B. 3-10-76 AGE 18

Home Street Address 7828 Tom Pope Lp

City Cedar Grove State N.C. Zip 27231

Home Phone 919-644-7305 Date of Entry 9-14-94

Height 5 3" Weight 100 lbs Hair Color Auburn

Color of Eyes brown Sex: Male ______ Female X

Do you need your G.E.D.? ______ Yes X No

If you have been in Job Corps before: Where ______

When ______ How long did you stay? ______

NEXT OF KIN: (Who should we contact in case of emergency?)

Name Carissa Hansen Relationship mother

Street Address 7828 Tom Pope Lp.

City Cedar Grove ~~[illegible]~~ State N.C. Zip 27231

Telephone: Home 919 644-7305 Work 919 479-4405

ALTERNATE CONTACT (Who should we contact if we cannot reach your next of kin?)

Name Orlando Powell Relationship close friend

Street Address Mama Mia's Pizzaria

City Durham State N.C. Zip ______

Telephone: ~~Home~~ work 919-286-1993 Work 919-286-7138

ROOM NUMBER: 452
I.D NUMBER 3308

000438

CAREER SYSTEMS
DEVELOPMENT
CORPORATION

KNOXVILLE
Job Corps Center

U.S. Dept. of Labor
Since 1964

CORPSMEMBER INFORMATION SHEET

Name Christa Pike

Home Street Address 7828 Tom Pope Lp.

City Cedar Grove State N.C. Zip 27231

Social Security Number 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 Date of Birth

Sex: Male ___ Female X Height 5'3" Weight 100 lbs

Where were you born? City Beckley State W.V.

When did you arrive here on Center? 9-14-94

Did you join Job Corps with your Parent(s) permission? YES X NO ___

Are you Single(X) Married() Separated() Divorced()? Please check one.

Do you have any children or other dependents? YES ___ NO X

If yes, how many children do you have? ___

Have you been in Job Corps before? YES ___ NO X

What was the last grade you finished in school? 9 (GED)

Were you working before you joined Job Corps? YES X NO ___

If yes, where did you work? Mama Mia's Pizzaria

Do you have a religious preference? (Baptist, Methodist, etc.) NO

NEXT OF KIN (Who should we contact in case of an emergency?)

Name Carissa Hansen Relationship mother

Street Address 7828 Tom Pope Lp.

City Cedar Grove State N.C. Zip 27231

Telephone: Area Code (919) 644-7305 - W - 479-4405 (919)

ALTERNATE CONTACT (Who should we contact if we cannot reach your next of kin?)

Name Orlando Powell Relationship close friend

Street Address Mama Mia's Pizzaria

City Durham State N.C. Zip ___

Telephone: Area Code (919) 286-1993 (919) 286-7138

**Want More Money In Your Paycheck?**

If you expect to be able to take the earned income credit for 1994, you can have part of it added to your take-home pay. For details, get Form W-5 from your employer.

**Purpose.** Complete Form W-4 so that your employer can withhold the correct amount of Federal income tax from your pay.

**Exemption From Withholding.** Read line 7 of the certificate below to see if you can claim exempt status. *If exempt, complete line 7; but do not complete lines 5 and 6.* No Federal income tax will be withheld from your pay. Your exemption is good for 1 year only. It expires February 15, 1995.

Note: *You cannot claim exemption from withholding if (1) your income exceeds $600 and includes unearned income (e.g., interest and dividends), and (2) another person can* ... basic instructions. Employees who are not exempt should complete the Personal Allowances Worksheet. Additional worksheets are provided on page 2 for employees to adjust their withholding allowances based on itemized deductions, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply to your situation. The worksheets will help you figure the number of withholding allowances you are entitled to claim. However, you may claim fewer allowances than this.

**Head of Household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals.

**Nonwage Income.** If you have a large amount of nonwage income, such as interest or dividends, you should consider making estimated tax payments using Form 1040-ES. ... additional tax at the end of the year.

**Two Earners/Two Jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. This total should be divided among all jobs. Your withholding will usually be most accurate when all allowances are claimed on the W-4 filed for the highest paying job and zero allowances are claimed for the others.

**Check Your Withholding.** After your W-4 takes effect, you can use Pub. 919, Is My Withholding Correct for 1994?, to see how the dollar amount you are having withheld compares to your estimated total annual tax. We recommend you get Pub. 919 especially if you used the Two Earner/Two Job Worksheet and your earnings exceed $150,000 (Single) or $200,000 (Married). Call 1-800-829-3676 to order Pub. 919. Check your telephone directory for the IRS assistance number for further help.

## Personal Allowances Worksheet

A Enter "1" for yourself if no one else can claim you as a dependent . . . . . . . . . . . . . . . . . A ______

B Enter "1" if:
- You are single and have only one job; or
- You are married, have only one job, and your spouse does not work; or
- Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less.

. . . B ______

C Enter "1" for your spouse. But, you may choose to enter -0- if you are married and have either a working spouse or more than one job (this may help you avoid having too little tax withheld) . . . . . . . . . . C ______

D Enter number of dependents (other than your spouse or yourself) whom you will claim on your tax return . . . . D ______

E Enter "1" if you will file as head of household on your tax return (see conditions under Head of Household above) . E ______

F Enter "1" if you have at least $1,500 of child or dependent care expenses for which you plan to claim a credit . . F ______

G Add lines A through F and enter total here. Note: This amount may be different from the number of exemptions you claim on your return ► G ______

For accuracy, do all worksheets that apply.
- If you plan to itemize or claim adjustments to income and want to reduce your withholding, see the Deductions and Adjustments Worksheet on page 2.
- If you are single and have more than one job and your combined earnings from all jobs exceed $30,000 OR if you are married and have a working spouse or more than one job, and the combined earnings from all jobs exceed $50,000, see the Two-Earner/Two-Job Worksheet on page 2 if you want to avoid having too little tax withheld.
- If neither of the above situations applies, stop here and enter the number from line G on line 5 of Form W-4 below.

Cut here and give the certificate to your employer. Keep the top portion for your records.

Form **W-4** Department of the Treasury Internal Revenue Service

# Employee's Withholding Allowance Certificate

► For Privacy Act and Paperwork Reduction Act Notice, see reverse.

OMB No. 1545-0010 **1994**

1 Type or print your first name and middle initial: Christa G. Pike | Last name

2 Your social security number: 234 19 7244

Home address (number and street or rural route): 4828 Tom Pope Lp

3 [X] Single [ ] Married [ ] Married, but withhold at higher Single rate.
Note: If married, but legally separated, or spouse is a nonresident alien, check the Single box.

City or town, state, and ZIP code: Cedar Grove N.C. 27231

4 If your last name differs from that on your social security card, check here and call 1-800-772-1213 for more information . . . . ► [ ]

5 Total number of allowances you are claiming (from line G above or from the worksheets on page 2 if they apply) . | 5 |

6 Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . | 6 | $

7 I claim exemption from withholding for 1994 and I certify that I meet BOTH of the following conditions for exemption:
- Last year I had a right to a refund of ALL Federal income tax withheld because I had NO tax liability; AND
- This year I expect a refund of ALL Federal income tax withheld because I expect to have NO tax liability.

If you meet both conditions, enter "EXEMPT" here . . . . . . . . . . . . . . . ► | 7 |

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate or entitled to claim exempt status.

Employee's signature ► Christa Pike    Date ► 9-14-94, 1994

8 Employer's name and address (Employer: Complete 8 and 10 only if sending to the IRS) | 9 Office code (optional) | 10 Employer identification number

Cat. No. 10220Q

000440

# EMPLOYABILITY DEVELOPMENT PLAN

007977

Name: Christa Pike

Date Started: 9 / 19 / 9

Social Security Number: 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

Date Completed: 9 / 23 / 9

I. Vocational/Educational Objectives:

A. Skill Desired (in preference order):

(1) Health Service (2) Culinary Arts (3) Painting

B. Educational Objectives:

(✓) GED

( ) Driver's License

(✓) Advanced Training:

____ ACT ____ TCU

____ Job Corps Advanced Skill Training

C. Hands on Training: Select two skills from the above selected skil that you would like to visit.

First Choice Health Service Instructor Ms. Lane
Instructor Signs

-Do you feel you are capable of completing this skill? (✓) Yes ( )

-Does the student appear to have the aptitude for this skill? (✓) Yes ( )

If no, why? ____

Second Choice Culinary Art Instructor Mrs. Harris
Instructor Signs

-Do you feel you are capable of completing this skill? (✓) Yes ( ) No

-Does student appear to have the aptitude for this skill? (✓) Yes ( ) No

If no, why? ____

D. Educational Observations:

Reading Skills - (✓) Good ( ) Fair ( ) Poor

Math Skills - (✓) Good ( ) Fair ( ) Poor

-Does student have any educational needs or concerns? ( ) Yes ( ) No

If yes, please state briefly. ____

OEP Instructor please list student:

Strengths ____ Weaknesses ____

000441

A. Employment( ) Type ______________________

B. College/Advanced Training( ) School ______________________
007978

Advanced Program ______________________

C. Military( ) Branch ______________________

III. Career Goals (briefly state): ______________________

______________________

IV. Final Skill Selection:

(1) Health Service (2) Culinary Arts (3) Painting

I commit myself to the achievement of my goals to the best of my ability through the Job Corps Program. I understand that completion of my training may take a minimum of nine months to a maximum of two years. I can expect support and help from Job Corps staff to reach my goals.

Christa Pike ______________________ 9/23/94 ______________
Student Date

______________________ ______________
Counselor Date

[signature] ______________________ 9/23/94 ______________
Vocational Evaluator Date

cc: Records - original
Counselor
Student
Education and Training

# OCCUPATIONAL EXPLORATION PROGRAM
# TRAINING ACHIEVEMENT RECORD

NAME Christa Pike SSN 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

DATE ENTERED OEP: 9-19-94 DATE COMPLETED: 9-23-94

| SKILLS | DATE COMPLETED | CM'S INITIALS | INSTRUCTOR'S INITIALS |
|---|---|---|---|
| A. Program Introduction | 9-21-94 | C.P. | WM |
| 1. Explain the Purpose of the Occupational Exploration Program | | | |
| 2. List the Trades Offered on Center | | | |
| 3. Describe the Tasks Performed in at Least Three Trades | | | |
| 4. Describe How Job Corps can Help Meet Employment Needs | | | |
| 5. List the Steps to Select a Trade | | | |
| B. Work Attitude and Behavior | 9-23-94 | C.P. | WM |
| 1. Describe Attitude and Behavior Needed to be Successful in Job Corps and On the Job | | | |
| C. Exploration of Interests and Aptitudes | 9-23-94 | C.P. | WM |
| 1. List Areas of Interest | | | |
| 2. List Aptitudes | | | |
| 3. Explain How Interests and Aptitudes Influence Trade Choices | | | |
| 4. Select Trades that Match Interests and Aptitudes | | | |

007980

| SKILLS | DATE COMPLETED | C/M/S INITIALS | INSTRUCTOR'S INITIALS |
|---|---|---|---|
| D. Job Safety | 9.21.94 | C.P. | Wm |
| 1. Describe Safety Hazards in the Major Trades on Center | | | |
| 2. List Ways to Ensure Safety in the Major Trades on Center | | | |
| E. Exploration of Trades | 9.23.94 | C.P | Wm |
| 1. Identify Available Resources and Reference Materials for Trade Information | | | |
| 2. List Entry Level Skills Needed for Job Placement in Selected Trade Choices | | | |
| 3. List Career Information for Selected Trade Choices | | | |
| 4. Demonstrate Safe Work Habits during Hands-On Experiences | | | |
| 5. Evaluate Hands-On Experiences | | | |
| 6. Relate Trade Information and Hands-On Experiences to Personal Interests and Aptitudes | | | |
| 7. Select 1st and 2nd Choices for Vocational Training | | | |
| F. Setting Goals | 9.21.94 | C.P. | Wm |
| 1. List Long-Term and Short-Term Training Goals | | | |
| 2. List the Steps to Reach Long-Term and Short-Term Training Goals | | | |
| 3. Identify Problems that may Keep You From Reaching Your Training Goals | | | |
| 4. Develop a Personal Plan for Reaching Long-Term and Short-Term Training Goals | | | |

007981

# Knoxville Job Corps Center

Job Corps

## Knoxville, Tennessee

*This is to certify that* Christa Pike *has*

*successfully completed*

# ORIENTATION

SEPT 20, 1994
Date

Resident Advisor

Orientation Specialist

Irma James
Supervisor

Counselor

000445

# HAZARD COMMUNICATION TRAINING CERTIFICATE

007982

I have received Hazard Communication training as required by 29 CFR 1910.1200, the U. S. Department of Labor Occupational Safety and Health Administration's (OSHA) Hazard Communication Standard. The training was conducted on 9-16, 1994, at the Knoxville Job Corps Center, 621 Dale Avenue, Knoxville, TN 37921.

Prior to starting work, I received training and information on the following topics:

- o An overview of the Hazard Communication Standard.
- o Location and availability of the written Hazard Communication Program.
- o Chemicals used or stored in my work area.
- o Physical and health hazards associated with those chemicals.
- o Methods for detecting exposure, such as air monitoring, biological monitoring, visual or odor identification, warning properties of hazardous materials.
- o Location and availability of Material Safety Data Sheets (MSDS), labels, and chemical inventory.
- o Instruction on how to read and interpret information on the MSDS.
- o Emergency procedures, including first aid and evacuation policies.
- o How employees can prevent or reduce their exposures to hazardous chemicals through engineering controls, work and administrative practices, and use of personal protective equipment.
- o Steps the Job Corps Center has taken to reduce exposures to hazardous chemicals.

Christa G. Pike
Student's or Employee's Printed Name

Christa Pike
Student's or Employee's Signature

Student
Position

Willie M. Hudson Safety Supv
Trainer's Signature

KNOXVILLE JOB CORPS CENTER

# Leave Request Form

007983

From McSwine Date 12-6-94

Counseling/Health/CSO

Student Christa Pike SSN 234 19 7244 ___ Male ✓ Female

Requests a Leave from 12-14-94 thru 1-4-95 ✓ Residential ___ Non-Residential

LEAVE (Check one)

| | | | |
|---|---|---|---|
| 1. ✓ | Annual Leave (5 day minimum)<br>Training Days Available 4<br>Training Days Charged 11<br>Remaining Days -7<br>PRH 8.7.6.5 | | Home Leave Approval Attached<br>X-Mas leave |
| 2.___ | Paid Administrative Leave (Maximum 10 training days per 6 months: Maximum 20 training days a year)<br>Training Days Charged ___<br>Training Days Remaining ___<br>PRH 8.7.6.7<br>Describe circumstances that justify leave: | 2.a.___<br>b.___<br><br>c.___<br>d.___<br>e.___<br>f.___<br>g.___<br>h.___<br>i.___ | Center temporarily closed for emergency repairs<br>Secure off-center medical/dental treatment with approval of center medical staff<br>N/R illness self/child<br>N/R business appointment<br>Court appearance as complainant-subpoenaed witness<br>Probation/parole appearance<br>Housed off-center to prevent harm to self/others<br>Military/Reserve duty<br>Others (requires Regional Office Approval) |
| 3.___ | Unpaid Administrative Leave (Maximum 30 training days/year plus extension 10 days requires Regional Approval.)<br>Training Days Charged ___<br>Training Days Remaining ___<br>PRH 8.7.6.8<br>Describe circumstances that justify leave: | 3.a.___<br>b.___<br>c.___<br>d.___<br>e.___<br>f.___<br>g.___<br>h.___<br>i.___ | Family compassion/hardship (no emergency/paid leave available<br>Court - Defendant<br>Incarcerated-pending trial<br>Pending CRB/disruptive to center operations<br>Appeal of Disciplinary discharge (student removed from center)<br>Holiday leave - no advanced annual leave available<br>Elective medical/dental treatment not approved by center medical staff<br>Temporary Federal Firefighter<br>Other: Emergency/administrative leave exhausted |
| 4.___ | Emergency Leave (Maximum 10 training days per 6 months: No more than 2 leaves per year)<br>Training Days Charged ___<br>Training Days Remaining ___<br>PRH 8.7.6.6<br>Describe circumstances that justify leave: | 4a.<br>b.<br>c. | Death in immediate family<br>Life threatening illness or injury in immediate family<br>Serious illness or injury to student's child<br>Next of kin (for minors)<br>Name ___<br>Address ___<br>Phone ___ |
| 5.___ | Verifying source: Name, Address & TN of Hospital, Jail, Doctor, Funeral Home, Lawyer (e.g.)<br>Name ___<br>Address ___<br>Phone ___ | 6. ✓ | Student can be reached at:<br>Address 7828 Tom Page Ln.<br>Durham, NC<br>Phone (919) 644-2305<br>Verified ___ Yes ___ NO |
| 7.___ | Is GTR Requested? ___ Yes ___ No<br>If YES, ___ Student ___ Government | 8.___ | For annual leave if student address is other than "Home of Record" forward to Executive Administrator before processing. |
| 9.___ | Leave approved? ___ Yes ___ NO<br>If No give reason.<br>___ behavior ___ attendance<br>___ medical ___ education/vocation<br>___ no days available | 10. ✓ | I expect to return the center on 1-4-95<br>Student Signature Christa Pike<br>Signature Edward McSwine<br>Counselor, Health CSO<br>BACKDATED LEAVE MUST HAVE SPECIAL APPROVAL<br>Approval ___ |
| 11. ✓ | Approval, Center Director:<br>P. Knight<br>Date 12-14-94 | 12.___ | APPROVAL, REGIONAL OFFICE:<br>___ Date ___<br>Transportation Approval, Regional Office:<br>___ Date ___ |

Original (white), Student Records (yellow), Counselor (pink).

000447

CAREER SYSTEMS DEVELOPMENT CORPORATION

# KNOXVILLE
## Job Corps Center

Job Corps
U.S. Dept. of Labor
Since 1964

I Christa Pike understand that the Center has advanced me 4 days and I will not accumulate any leave days until these days are repaid.

Christa Pike
Student Signature

12-12-94
Date

Edward McGuire
Witness

12-8-94
Date

# STUDENT PERFORMANCE EVALUATION RECORD

Christa Pike — STUDENT
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 — SS#
12. SCHEDULED ✓ SPECIAL ____
13. 12-13-94 PANEL DATE

14. NUMBER OF PROGRAM AREAS: ____ 2 or ✓ 3

15. AVERAGE EDUCATION SCORE 2.7
VOCATIONAL SCORE 3.4
RES. LIVING /SST FACILITATOR SCORE 3.0 3.0
TOTAL POINTS 9.1

## PANEL EVALUATION

16. Does the student's present schedule provide optimal learning opportunities? ✓ yes ____ no

17. The panel has carefully discussed the student's Social Skills performance and recommended composite ratings (including the counselor's rating) for each of the "expectations" listed on the Performance Assessment section to the Social Training Achievement Record.

Panel Chairperson McSwine

18. Panel Recommendations Christa needs to complete at 4 WCW by next P-Pep needs to turn in her work she has completed math, she should complete 25 TAR's by next panel, she needs to improve her efforts on the dorm,

19. Bonus Recommendation: ____ yes ✓ no

20.
Student Christa Pike Counselor Edward McSwine
Voc. Instr. Kimberly D Largo Educ. Instr. Beth [illegible]
Res. Advisor/SST Facilitator Ms. Betty Evans

## POST-PANEL EVALUATION

21. Bonus: ____ Approved ✓ Disapproved

22. Amendments/Comments Minimum Overall Score of 3.8 Required To Qualify for Bonus

23. Center Director/Designee P. Knight Date 12/19/94

SPE2

# STUDENT PERFORMANCE EVALUATION RECORD

STUDENT Christa Pike SS# 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 SCHEDULED PANEL DATE 12/13/94

PRE-PANEL EVALUATION

EDUCATION/VOCATIONAL COURSE TITLE WOW - exit

PERFORMANCE SCALE: "1" - Unacceptable; "2" - Poor; "3" - Satisfactory; "4" - Above Average; "5" - Outstanding

2.8

| SOCIAL FACTORS | | TRAINING FACTORS | |
|---|---|---|---|
| a. Personal Skills | 3 | g. Punctuality/Attendance | 3 |
| b. Beginning Social Skills | 3 | h. Productivity/Work habits | 3 |
| c. Advanced Social Skills | 3 | i. Acceptance of Supervision | 4 |
| d. Skills for Dealing with Feelings | 3 | j. Quality of work | 3 |
| e. Skill Alternatives to Aggression | 3 | k. Initiative | 3 |
| f. Skills for Dealing with Stress | 3 | l. Safety | 4 |

TOTAL = 38

SPECIAL AWARDS AND ACCOMPLISHMENTS EARNED DURING THE 60 DAYS PRIOR TO THE SCHEDULED P/PEP DATE.

SCHEDULE CHANGE? Yes ______ No ____

CURRENT UNIT LEVEL 1

GOAL UNIT LEVEL 5

COMMENTS: Christa has not responded to her task as she should. No or little work. She seems tired and sleepy alot. She has excellent tabe scores. In Reading 12.9 and in math 8.4

STUDENT Christa Pike INSTRUCTOR Joseph Holland DATE 11-29-94

WHITE YELLOW PINK

000450

# STUDENT PERFORMANCE EVALUATION RECORD

007987

02

STUDENT Christa Pike SS# 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 SCHEDULED PANEL DATE 12/13/94

PRE-PANEL EVALUATION

EDUCATION/VOCATIONAL COURSE TITLE HEP

PERFORMANCE SCALE: "1" - Unacceptable; "2" - Poor; "3" - Satisfactory; "4" - Above Average; "5" - Outstanding

| SOCIAL FACTORS | | TRAINING FACTORS | |
|---|---|---|---|
| a. Personal Skills | 1 | g. Punctuality/Attendance | 1 |
| b. Beginning Social Skills | 1 | h. Productivity/Work habits | 1 |
| c. Advanced Social Skills | 1 | i. Acceptance of Supervision | 1 |
| d. Skills for Dealing with Feelings | 1 | j. Quality of work | 1 |
| e. Skill Alternatives to Aggression | 1 | k. Initiative | 1 |
| f. Skills for Dealing with Stress | 1 | l. Safety | 1 |

TOTAL = 12

SPECIAL AWARDS AND ACCOMPLISHMENTS EARNED DURING THE 60 DAYS PRIOR TO THE SCHEDULED P/PEP DATE.

SCHEDULE CHANGE? Yes ______ No ____

CURRENT UNIT LEVEL ______________ GOAL UNIT LEVEL ______________

COMMENTS: Attends class but doesn't get any work done. Coaxed to do work. Needs intervention.

STUDENT Christa Pike INSTRUCTOR Jacqueline Allen DATE 11/29/94

WHITE YELLOW PINK

000451

# STUDENT PERFORMANCE EVALUATION RECORD

STUDENT Christa Pike SS# 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 SCHEDULED PANEL DATE 12/13/94

PRE-PANEL EVALUATION

EDUCATION/VOCATIONAL COURSE TITLE Math

PERFORMANCE SCALE: "1" - Unacceptable; "2" - Poor; "3" - Satisfactory; "4" - Above Average; "5" - Outstanding

| SOCIAL FACTORS | | TRAINING FACTORS | |
|---|---|---|---|
| a. Personal Skills | 5 | g. Punctuality/Attendance | 4 |
| b. Beginning Social Skills | 4 | h. Productivity/Work habits | 3 |
| c. Advanced Social Skills | 4 | i. Acceptance of Supervision | 4 |
| d. Skills for Dealing with Feelings | 4 | j. Quality of work | 4 |
| e. Skill Alternatives to Aggression | 4 | k. Initiative | 4 |
| f. Skills for Dealing with Stress | 4 | l. Safety | 4 |

TOTAL = 48

SPECIAL AWARDS AND ACCOMPLISHMENTS EARNED DURING THE 60 DAYS PRIOR TO THE SCHEDULED P/PEP DATE.

SCHEDULE CHANGE? Yes ____ No ✓

CURRENT UNIT LEVEL 1 GOAL UNIT LEVEL 18/8.5

COMMENTS: Christa has been attending classes well and is not disruptive. Her attitude is good and takes pride in her work. Christa has the potential to complete if she would apply herself more. She is respectful to me and her peers.

STUDENT Christa Pike INSTRUCTOR Beth [illegible] DATE 11/30/94

WHITE YELLOW PINK

000452

# STUDENT PERFORMANCE EVALUATION RECORD

STUDENT Christa Pike SS# 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 SCHEDULED PANEL DATE 12-13-94

**PRE-PANEL EVALUATION**

EDUCATION/VOCATIONAL (circled: VOCATIONAL) COURSE TITLE Health Occupations

PERFORMANCE SCALE: "1" - Unacceptable; "2" - Poor; "3" - Satisfactory; "4" - Above Average; "5" - Outstanding

| SOCIAL FACTORS | | TRAINING FACTORS | |
|---|---|---|---|
| a. Personal Skills | 03 | g. Punctuality/Attendance | 03 |
| b. Beginning Social Skills | 03 | h. Productivity/Work habits | 03 |
| c. Advanced Social Skills | 03 | i. Acceptance of Supervision | 03 |
| d. Skills for Dealing with Feelings | 03 | j. Quality of work | 04 |
| e. Skill Alternatives to Aggression | 04 | k. Initiative | 03 |
| f. Skills for Dealing with Stress | 03 | l. Safety | 05 |

TOTAL = 41

SPECIAL AWARDS AND ACCOMPLISHMENTS EARNED DURING THE 60 DAYS PRIOR TO THE SCHEDULED P/PEP DATE.

SCHEDULE CHANGE? Yes ____ No ✓

CURRENT UNIT LEVEL 40 Last review 12 GOAL UNIT LEVEL 189

COMMENTS: Christa began the Nursing skill 10-3-94. Christa seems interested in the Nursing skill, but has missed several classes due to illness, and often tries to lay her head down saying she is ill. Christa can complete 25 Additional

STUDENT Christa Pike INSTRUCTOR K. Harge DATE 11/28/94

WHITE YELLOW PINK

hrs By next review if she attends class and stays on task. Christa is doing well this week with CPR.

000453

007990

# STUDENT PERFORMANCE EVALUATION RECORD

1. STUDENT *Christa Pike* 2. SS# *234 19 7244* 3. SCHEDULED PANEL DATE *12-26-94* (*13* written above)

## PRE-PANEL EVALUATION

RESIDENTIAL LIVING/SOCIAL SKILLS TRAINING 4. N/A

PERFORMANCE SCALE: 1 - Unacceptable; 2 - Poor; 3 - Satisfactory; 4 - Above Average; 5 - Outstanding

| 5. SOCIAL FACTORS | | TRAINING FACTORS | |
|---|---|---|---|
| a. Personal Skills | 3 | g. Punctuality/Attendance | 3 |
| b. Beginning Social Skills | 3 | h. Productivity/Work Habits | 3 |
| c. Advanced Social Skills | 3 | i. Acceptance of Supervision | 3 |
| d. Skills for Dealing with Feelings | 3 | j. Quality of Work | 3 |
| e. Skill Alternatives to Aggression | 3 | k. Initiative | 3 |
| f. Skills for Dealing with Stress | 3 | l. Safety | 3 |

6. TOTAL = *36*

7. SCHEDULE CHANGE? Y[1] *✓* N____

8. N/A 9. N/A

10. COMMENTS/GOALS: *Christa is polite to staff + peers but at times she can be lazy in keeping her room clean, and her assigned dorm duties.*

11. Student *Christa Pike* Res. Advisor/ SST Facilitator *Harper* Date *12-2-94*

[1] Identify course(s) scheduled in the *Comments* section.

000454

Christa Pike
STUDENT'S NAME

007991
IN AODA Y/N

# AODA STUDENT PERFORMANCE EVALUATION RECORD

------PRE-PANEL EVALUATION------

EVALUATION SCALE: 1 - UNACCEPTABLE; 2 - POOR; 3 - SATISFACTORY; 4 - ABOVE AVERAGE; 5 - OUTSTANDING

| | | |
|---|---|---|
| 1. Attends AODA Group/Individual Sessions | Yes ✓ | No |
| 2. Shows for appointments when scheduled | Yes ✓ | No |
| 3. Doesn't keep appointments in HS as scheduled | Yes | No ✓ |
| 4. Urine specimens provided when requested | Yes ✓ | No |
| 5. Urine specimens have shown signs of tampering | Yes | No ✓ |
| 6. Shows respect in AODA Group toward AODA Specialist and others | Yes ✓ | No |
| 7. Attends individual counseling | Yes | No NA |
| (NR completes written assignments) | Yes | No NA |

Bonus Recommended: Yes ✓ No

Health Services Recommendation:

In Aftercare Phase

NO BONUS If not Participating in AODA

M. Moore
Health Services Supervisor

AODA Specialist

Mental Health Consultant

12/13-14/94
Date of P/PEP

000455

* CTR0100R STUDENT PROFILE RECORD EFFECTIVE 12-06-94 PAGE**1
* P/PEP SCHEDULED WITHIN DATE RANGE OF: 12/18/94 - 12/31/94 COUNSELOR-02 EDWARD MCSWINE

007992

* Name of Job Corps Center and complete mailing address
* KNOXVILLE JOB CORPS CENTER
* 621 DALE AVE.
* KNOXVILLE, TN 37921

(Place photo here)

* Personal Data
* 1. Name (Last, First, Middle Initial) — PIKE CHRISTA G — Height 5 FT 03 INS — Weight 100 LBS
* 2. Soc.Sec.No. — 234 19 7244
* 3. Date of Birth — MO DY YR 03-10-76 — AGE 18
* 4. Citizenship — US
* 5. Address (Number,Street,City,State & Zip Code) — 7828 TOM POPE LN CEDER GROVE NC 37231 — (919) 732-6170
* 6. Place of Birth — BECKLEY NC
* 7. Arrived (DOA) 09-13-94 — Enrolled (DOE) 09-13-94

************************

| 8. Parental Consent | 9. Marital Status | Sex | 10. No.of Dependents | 11. Status | |
|---|---|---|---|---|---|
| N/A | SINGLE | F | NONE | NEW | Tenure: 85 Days |
| | | | | RESIDENTIAL - AREA: 04-454 | 2.8 Months |
| | | | | | Paid Days: 83 |

| 12. Selective Service Registration | 13. Education (Highest grade completed) | 14. Occupation Position | Months Employed | Hourly Wage | 15. Physical Exam MO DY YR |
|---|---|---|---|---|---|
| NO | 12 | | | | 09-15-94 |
| | Mos.out of School: 24 | | | | |

| 16. Screening Office | Address (Street or RFD, City, State & Zip Code) | Area Code & Telephone NO. |
|---|---|---|
| MR. E.J. FASCOE | | |
| NC DEPT. OF H.R. | 100 BERMUDA RUN KNIGHTDALE NC 27545 | (919) 266-0318 |
| NCHRRA | | |

* * * * * * * * * * * * * * * * * * * * * * * * * O T H E R P E R S O N A L D A T A * * * * * * * * * * * * * * * * * * * * * * * * *

| Current Move Status & Date | --Probation- Eff.Date | Family Status | Drivers Lic. | ---Clothing---- Issued | Last On | Merit Points | Current Pay Period Level |
|---|---|---|---|---|---|---|---|
| PRES.FOR DUTY | NO | FAM. MEM. | NO | | | 0 | $29.96 |

| Date and Type of-- -----Separation----- | --------Placement-------- --Agency Wage Cat Kind-- | Vocational D.O.T. and Title | Vocational Preferences | Phase Code | Race |
|---|---|---|---|---|---|
| | | 354.377-014 HOME ATTENDANT | HOME ATTENDANT | | WHITE |
| | | | COOK | | |
| | | | PAINTER | | |

Notification of Next of Kin

| Name and Address | Relationship | Area Code & Phone | --Class Absence Record-- Excused | Unexcused | Total | ----Since Last P/PEP----- Excused | Unexcused | Total |
|---|---|---|---|---|---|---|---|---|
| RISSA HANSEN 28 TOM POPE LN CEDER GROVE NC 37231 | MOTHER | (919) 732-6170 | 4 | 72 | 76 | 0 | 28 | 28 |

Alternate Name and Address
LANDO POWELL
FRIEND (919) 286-1993

Religious Preference (Optional Entry)
HER

Signature of Student
Christa Pike

000456

| STUDENT NAME | SOC.SEC.NO. | RES.AREA | SEX | BIRTH DATE | AGE | ENROLL DATE | ARRIVAL DATE | TYPE ARRIVAL | PREV JC | TENURE AT CTR DAYS | TENURE AT CTR MONTHS | PAID DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHRISTA G | 234 19 7244 | 04-454 | F | 03-10-76 | 18 | 09-13-94 | 09-13-94 | NEW | | 85 | 2.8 | |

********************** A W O L - L E A V E A C C O U N T I N G **********************

| TYPE MOVEMENT | TYPE LEAVE | TRANS. FURN. | WENT DATE | RETURN DATE | TOTAL DAYS | TNG. DAYS | TYPE MOVEMENT | TYPE LEAVE | TRANS. FURN. | WENT DATE | RETURN DATE | TOTAL DAYS | TNG. DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (N-AWOL) AWOL | | | 09-16-94 | 09-18-94 | 2 | 1 | | | | | | | |

&-Departed previous day (Not chargeable) @-Returned previous day (Chargeable)

TOTAL NO PAY DAYS*******2 TOTAL LEAVE DAYS EARNED****4 #TOTAL CHARGEABLE LEAVE DAYS***0 LEAVE DAYS BALANCE****4

********************** T R A I N I N G P R O G R E S S **********************

| COURSE CODE | TITLE | STARTED | COMPLETED | UNITS COMP. | UNITS REQ. | LAST UPDATE DATE | LAST UPDATE UNITS | ABSENCE EXC. | ABSENCE UNEXC. | INSTRUCTOR NO. | INSTRUCTOR NAME | ATTITUDE LAST | ATTITUDE DATE | ATTITUDE AVG | TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| V001 | HEALTH OCCUPATIONS | 10-03-94 | | 29 | 189 | 11-18-94 | 17 | 3 | 17 | *014 | BELL | 4 | 11-09-94 | 3.0 | VOC |
| | *** D.O.T. 205.362-018 COMPLETION CODE: T (TRAINEE) | | | | | | | | | | | | | | |
| A232 | O. E. P. | 09-19-94 | 09-23-94 | 5 | 5 | 09-23-94 | 05 | 0 | 3 | 190 | MARTIN | 3 | 09-19-94 | 3.0 | ACAD |
| A234 | INTRODUCTION TO WOW | 09-19-94 | 09-23-94 | 12 | 12 | 09-23-94 | 12 | 0 | 3 | 194 | MARTIN | 3 | 09-19-94 | 3.0 | ACAD |
| A100 | MATH PROGRAM | 09-26-94 | | 1 | 18 | 10-21-94 | 01 | 1 | 21 | *215 | MCCLAIN | 3 | 09-26-94 | 3.0 | ACAD |
| A118 | WRITING/THINKING SKILLS | 09-26-94 | | 1 | 5 | 10-20-94 | 01 | 0 | 12 | *290 | MCDOW | 3 | 09-26-94 | 3.0 | ACAD |
| A170 | HEALTH EDUCATION | 09-26-94 | | 0 | 14 | | 00 | 0 | 9 | 900 | OLEBE | 3 | 09-26-94 | 3.0 | ACAD |
| A231 | WORLD OF WORK | 09-26-94 | | 1 | 12 | 10-10-94 | 01 | 0 | 4 | *191 | HARLAND | 3 | 09-26-94 | 3.0 | ACAD |
| A175 | A.O.D.A. | 10-17-94 | | 2 | 5 | 11-02-94 | 02 | 0 | 3 | *910 | OLEBE | 3 | 10-17-94 | 3.0 | ACAD |

********************** A C A D E M I C E D U C A T I O N P R O G R A M **********************

| INITIAL READING GRADE | DATE | BAT | INTERIM READING GRADE | DATE | BAT | INTERIM READING GRADE | DATE | BAT | INTERIM READING GRADE | DATE | BAT | INTERIM READING GRADE | DATE | BAT | INTERIM READING GRADE | DATE | BAT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M 12.9 | 09-21-94 | A 5 | | | | | | | | | | | | | | | |
| 12.9 | 09-21-94 | A 5 | | | | | | | | | | | | | | | |
| .9 | 09-21-94 | A 5 | | | | | | | | | | | | | | | |

| INITIAL MATH GRADE | DATE | BAT | INTERIM MATH GRADE | DATE | BAT | INTERIM MATH GRADE | DATE | BAT | INTERIM MATH GRADE | DATE | BAT | INTERIM MATH GRADE | DATE | BAT | INTERIM MATH GRADE | DATE | BAT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M 06.8 | 09-21-94 | A 5 | | | | | | | | | | | | | | | |
| P 12.1 | 09-21-94 | A 5 | | | | | | | | | | | | | | | |
| TOT 08.4 | 09-21-94 | A 5 | | | | | | | | | | | | | | | |

GED RESULTS: OVERALL AVERAGE - DATE

********************** A V O C A T I O N A L T R A I N I N G **********************

| ACTIVITY | STARTED | STOPPED | ACTIVITY | STARTED | STOPPED |
|---|---|---|---|---|---|

********************** M A X I M U M B E N E F I T S P R O G R A M **********************

| MEETING | BONUS? | RESULTS | MEETING | BONUS? | RESULTS |
|---|---|---|---|---|---|
| REGULAR 10-20-94 | N | S SATISFACTORY 3.0 - 3.9 | | | |

[redacted] STUDENT SELF-EVALUATION FORM [redacted]

007994

**INSTRUCTIONS:** Please read the statements below and mark either YES, NO or SOMETIMES at the right.

## EDUCATION

| | | YES | NO | SOMETIMES |
|---|---|---|---|---|
| 1. | I am doing my best. | | | X |
| 2. | I attend class. | X | | |
| 3. | I am polite and courteous in class. | X | | |
| 4. | I use my time in class wisely. | | | X |
| 5. | I ask questions when I don't understand. | X | | |

## RESIDENTIAL LIVING

| | | YES | NO | SOMETIMES |
|---|---|---|---|---|
| 1. | I do my dorm assignments. | X | | |
| 2. | I keep my locker and room clean. | X | | |
| 3. | I cooperate with dorm staff. | X | | |
| 4. | I present a positive image in the community. | X | | |
| 5. | I respect the property of others. | X | | |

## VOCATIONAL TRAINING

| | | YES | NO | SOMETIMES |
|---|---|---|---|---|
| 1. | I follow instructions carefully. | X | | |
| 2. | I work cooperatively with others. | X | | |
| 3. | I arrive at class on time. | | | X |
| 4. | I ask questions when I don't understand. | X | | |
| 5. | I come to work dressed properly and prepared for work. | X | | |

Below, please write any thoughts you would like to share with the panel.

COMMENTS: None

NAME Christa Pike DATE 12-13-94

000458

# STUDENT PERFORMANCE EVALUATION RECORD

0073995

Christa Pike — STUDENT
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 — SS#
12. SCHEDULED ____ SPECIAL ____
13. 10-20-94 PANEL DATE

14. NUMBER OF PROGRAM AREAS: ____ 2 or ✓ 3

15. AVERAGE EDUCATION SCORE 3.5
VOCATIONAL SCORE 3.0
RES. LIVING /SST FACILITATOR SCORE 3.0 = 3.2
TOTAL POINTS 9.5

**PANEL EVALUATION**

16. Does the student's present schedule provide optimal learning opportunities? ✓ yes ____ no

17. The panel has carefully discussed the student's Social Skills performance and recommended composite ratings (including the counselor's rating) for each of the "expectations" listed on the Performance Assessment section to the Social Training Achievement Record.

Panel Chairperson McSwine

18. Panel Recommendations Christa will complete Writing / Thinking by next panel, she will participate in class and turn in Sag's & complete by next panel in HEP she should be 50% complete with Math by next panel she should complete wow by next panel she will complete 25 TAR's by next panel in Health Occupation

19. Bonus Recommendation: ____ yes ✓ no

20.
Student Christa Pike Counselor Edward McSwine

Voc. Instr. John Townsend Educ. Instr. Howard McClain

Res. Advisor/SST Facilitator [signature]

**POST-PANEL EVALUATION**

21. Bonus: ____ Approved ✓ Disapproved

22. Amendments/Comments ____

23. Center Director/Designee P. Knight Date 10/26/94

SPE2

000459

007996

# STUDENT PERFORMANCE EVALUATION RECORD

1. STUDENT Christa Pike 2. SS# 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 3. SCHEDULED PANEL DATE 10-19-94

## PRE-PANEL EVALUATION

~~VOCATIONAL~~ education TRAINING 4. COURSE TITLE Writing/Thinking

PERFORMANCE SCALE: 1 - Unacceptable; 2 - Poor; 3 - Satisfactory; 4 - Above Average; 5 - Outstanding

| | 5. SOCIAL FACTORS | | | TRAINING FACTORS | |
|---|---|---|---|---|---|
| 3.5 | a. Personal Skills | 3 | g. | Punctuality/Attendance | \| |
| 3.3 | b. Beginning Social Skills | 3 | h. | Productivity/Work habits | \| |
| | c. Advanced Social Skills | 3 | i. | Acceptance of Supervision | \| |
| | d. Skills for Dealing with Feelings | 3 | j. | Quality of work | \| |
| 3.2 | e. Skill Alternatives to Aggression | 3 | k. | Initiative | \| |
| 3.2 | f. Skills for Dealing with Stress | 3 | l. | Safety | N/A |

6. TOTAL = ____________

7. SCHEDULE CHANGE? Y[1] ____ N ____

8. CURRENT TAR LEVEL[2] 2 9. GOAL TAR LEVEL[2] 5

10. COMMENTS: Christa has only been on my roll one week. Not enough time to evaluate.

11. Student Christa Pike Instructor [signature] DATE 10/10/94

[1]Identify course(s) scheduled in the *Comments* section.
[2]This item is *optional*. The same rating scale in the Social Skills/Training Skills table above may be used if desired.

000460

007997

# STUDENT PERFORMANCE EVALUATION RECORD

1. STUDENT Christa Pike 2. SS# 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 3. SCHEDULED PANEL DATE ____________

PRE-PANEL EVALUATION

VOCATIONAL TRAINING 4. COURSE TITLE Writing Therapy

PERFORMANCE SCALE: 1 - Unacceptable; 2 - Poor; 3 - Satisfactory; 4 - Above Average; 5 - Outstanding

| 5. SOCIAL FACTORS | | TRAINING FACTORS | |
|---|---|---|---|
| a. Personal Skills | 3 | g. Punctuality/Attendance | \| |
| b. Beginning Social Skills | 3 | h. Productivity/Work habits | \| |
| c. Advanced Social Skills | 3 | i. Acceptance of Supervision | \| |
| d. Skills for Dealing with Feelings | 3 | j. Quality of work | \| |
| e. Skill Alternatives to Aggression | 3 | k. Initiative | \| |
| f. Skills for Dealing with Stress | 3 | l. Safety | N/A |

6. TOTAL = ____________

7. SCHEDULE CHANGE? Y[1] ____ N ____

8. CURRENT TAR LEVEL[2] 2 9. GOAL TAR LEVEL[2] 5

10. COMMENTS: Christa has only been on my roll one week. Not enough time to evaluate.

11. Student Christa Pike Instructor [illegible] DATE 10/10/94

[1]Identify course(s) scheduled in the *Comments* section.

[2]This item is *optional*. The same rating scale in the Social Skills/Training Skills table above may be used if desired.

000461

007998

# STUDENT PERFORMANCE EVALUATION RECORD

1. STUDENT Christa Pike 2. SS# 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 3. SCHEDULED PANEL DATE ______

## PRE-PANEL EVALUATION

VOCATIONAL TRAINING 4. COURSE TITLE Writing Therapy

PERFORMANCE SCALE: 1 - Unacceptable; 2 - Poor; 3 - Satisfactory; 4 - Above Average; 5 - Outstanding

| 5. SOCIAL FACTORS | | TRAINING FACTORS | |
|---|---|---|---|
| a. Personal Skills | 3 | g. Punctuality/Attendance | \| |
| b. Beginning Social Skills | 3 | h. Productivity/Work habits | \| |
| c. Advanced Social Skills | 3 | i. Acceptance of Supervision | \| |
| d. Skills for Dealing with Feelings | 3 | j. Quality of work | \| |
| e. Skill Alternatives to Aggression | 3 | k. Initiative | \| |
| f. Skills for Dealing with Stress | 3 | l. Safety | N/A |

6. TOTAL = ______

7. SCHEDULE CHANGE? Y[1] ____ N ____

8. CURRENT TAR LEVEL[2] 2 9. GOAL TAR LEVEL[2] 5

10. COMMENTS: Christa has only been on my role one week. Not enough time to evaluate.

11. Student Christa Pike Instructor [illegible] DATE 10/10/94

[1]Identify course(s) scheduled in the *Comments* section.

[2]This item is *optional*. The same rating scale in the Social Skills/Training Skills table above may be used if desired.

000462

007999

# STUDENT PERFORMANCE EVALUATION RECORD

1. STUDENT Christa Pike 2. SS# 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 3. SCHEDULED PANEL DATE 10/19/94

PRE-PANEL EVALUATION

~~VOCATIONAL~~ Education TRAINING 4. COURSE TITLE HEP

PERFORMANCE SCALE: 1 - Unacceptable; 2 - Poor; 3 - Satisfactory; 4 - Above Average; 5 - Outstanding

| 5. SOCIAL FACTORS | | TRAINING FACTORS | |
|---|---|---|---|
| a. Personal Skills | 3 | g. Punctuality/Attendance | 3 |
| b. Beginning Social Skills | 3 | h. Productivity/Work habits | 3 |
| c. Advanced Social Skills | 3 | i. Acceptance of Supervision | 3 |
| d. Skills for Dealing with Feelings | 3 | j. Quality of work | 3 |
| e. Skill Alternatives to Aggression | 3 | k. Initiative | 3 |
| f. Skills for Dealing with Stress | 3 | l. Safety | 3 |

6. TOTAL = 36

7. SCHEDULE CHANGE? Y[1] ____ N ____

8. CURRENT TAR LEVEL[2] 0 9. GOAL TAR LEVEL[2] 5

10. COMMENTS: Christa entered HEP 9/26/94 for 1 week. Did not turn in any SHGS nor did she participate in class.

11. Student Christa Pike Instructor Jacqueline Olka DATE 10/11/94

[1]Identify course(s) scheduled in the *Comments* section.

[2]This item is *optional*. The same rating scale in the Social Skills/Training Skills table above may be used if desired.

000463

STUDENT PERFORMANCE EVALUATION RECORD

1. STUDENT Christa Pike 2. SS# 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 3. SCHEDULED PANEL DATE 10/19/94

PRE-PANEL EVALUATION

~~VOCATIONAL~~ Education TRAINING 4. COURSE TITLE HEP

PERFORMANCE SCALE: 1 - Unacceptable; 2 - Poor; 3 - Satisfactory; 4 - Above Average; 5 - Outstanding

| 5. SOCIAL FACTORS | | TRAINING FACTORS | |
|---|---|---|---|
| a. Personal Skills | 3 | g. Punctuality/Attendance | 3 |
| b. Beginning Social Skills | 3 | h. Productivity/Work habits | 3 |
| c. Advanced Social Skills | 3 | i. Acceptance of Supervision | 3 |
| d. Skills for Dealing with Feelings | 3 | j. Quality of work | 3 |
| e. Skill Alternatives to Aggression | 3 | k. Initiative | 3 |
| f. Skills for Dealing with Stress | 3 | l. Safety | 3 |

6. TOTAL = 36

7. SCHEDULE CHANGE? Y[1] ____ N ____

8. CURRENT TAR LEVEL[2] D 9. GOAL TAR LEVEL[2] 5

10. COMMENTS: Christa entered HEP 9/26/94 for 1 week. Did not turn in any SHAS nor did she participate in class.

11. Student Christa Pike Instructor Jacqueline Olds DATE 10/11/94

[1]Identify course(s) scheduled in the *Comments* section.
[2]This item is *optional*. The same rating scale in the Social Skills/Training Skills table above may be used if desired.

000464

008001

# STUDENT PERFORMANCE EVALUATION RECORD

1. STUDENT Christa Pike 2. SS# 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 SCHEDULED 3. PANEL DATE 10/19/94

PRE-PANEL EVALUATION

~~VOCATIONAL~~ Education TRAINING 4. COURSE TITLE HEP

PERFORMANCE SCALE: 1 - Unacceptable; 2 - Poor; 3 - Satisfactory; 4 - Above Average; 5 - Outstanding

| 5. SOCIAL FACTORS | | TRAINING FACTORS | |
|---|---|---|---|
| a. Personal Skills | 3 | g. Punctuality/Attendance | 3 |
| b. Beginning Social Skills | 3 | h. Productivity/Work habits | 3 |
| c. Advanced Social Skills | 3 | i. Acceptance of Supervision | 3 |
| d. Skills for Dealing with Feelings | 3 | j. Quality of work | 3 |
| e. Skill Alternatives to Aggression | 3 | k. Initiative | 3 |
| f. Skills for Dealing with Stress | 3 | l. Safety | 3 |

6. TOTAL = 36

7. SCHEDULE CHANGE? Y[1] ____ N ____

8. CURRENT TAR LEVEL[2] 0 9. GOAL TAR LEVEL[2] 5

10. COMMENTS: Christa entered HEP 9/26/94 for 1 week. Did not turn in any SHOS nor did she participate in class.

11. Student Christa Pike Instructor Jacqueline Ollie DATE 10/11/94

[1]Identify course(s) scheduled in the *Comments* section.
[2]This item is *optional.* The same rating scale in the Social Skills/Training Skills table above may be used if desired.

000465

# STUDENT PERFORMANCE EVALUATION RECORD

1. STUDENT Christa Pike 2. SS# 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 3. SCHEDULED PANEL DATE 10-19-94

## PRE-PANEL EVALUATION

EDUCATION TRAINING 4. COURSE TITLE Math

PERFORMANCE SCALE: 1 - Unacceptable; 2 - Poor; 3 - Satisfactory; 4 - Above Average; 5 - Outstanding

| 5. SOCIAL FACTORS | | TRAINING FACTORS | |
|---|---|---|---|
| a. Personal Skills | 5 | g. Punctuality/Attendance | 4 |
| b. Beginning Social Skills | 4 | h. Productivity/Work Habits | 4 |
| c. Advanced Social Skills | 4 | i. Acceptance of Supervision | 4 |
| d. Skills for Dealing with Feelings | 4 | j. Quality of Work | 4 |
| e. Skill Alternatives to Aggression | 3 | k. Initiative | 4 |
| f. Skills for Dealing with Stress | 4 | l. Safety | 3 |

6. TOTAL = 47

TABE 8.4

7. SCHEDULE CHANGE? Y____ N____

8. CURRENT COURSE LEVEL² 01 9. GOAL COURSE LEVEL² 18/8.5 on Math TABE

10. COMMENTS: Christa is a new student and she attends class well. She stays on task and has been very cooperative. She is a good student and is making good progress since coming into class.

11. Student Christa Pike Instructor H. McClain Date 10-11-94

¹Identify course(s) scheduled in the *Comments* section.
²This item is *optional*. The same rating scale used in the Social Skills/Training Skills table above may be used if desired.

008003

# STUDENT PERFORMANCE EVALUATION RECORD

1. STUDENT Christa Pike 2. SS# 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 3. SCHEDULED PANEL DATE ________

PRE-PANEL EVALUATION

EDUCATION TRAINING 4. COURSE TITLE Math

PERFORMANCE SCALE: 1 - Unacceptable; 2 - Poor; 3 - Satisfactory; 4 - Above Average; 5 - Outstanding

| 5. SOCIAL FACTORS | | TRAINING FACTORS | |
|---|---|---|---|
| a. Personal Skills | 5 | g. Punctuality/Attendance | 4 |
| b. Beginning Social Skills | 4 | h. Productivity/Work Habits | 4 |
| c. Advanced Social Skills | 4 | i. Acceptance of Supervision | 4 |
| d. Skills for Dealing with Feelings | 4 | j. Quality of Work | 4 |
| e. Skill Alternatives to Aggression | 3 | k. Initiative | 4 |
| f. Skills for Dealing with Stress | 4 | l. Safety | 3 |

6. TOTAL = 47

TABE 8.4

7. SCHEDULE CHANGE?[1] Y____ N____

8. CURRENT COURSE LEVEL[2] 01 9. GOAL COURSE LEVEL[2] 18/8.5 in Math TABE

10. COMMENTS: Christa is a new student and she attends class well. She stays on task and has been very cooperative. She is a good student and is making good progress since coming into class.

11. Student Christa Pike Instructor H. McClain Date 10-11-94

[1] Identify course(s) scheduled in the *Comments* section.
[2] This item is *optional*. The same rating scale used in the Social Skills/Training Skills table above may be used if desired.

000467

008004

# STUDENT PERFORMANCE EVALUATION RECORD

1. STUDENT Christa Pike 2. SS# 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 3. SCHEDULED PANEL DATE ______

## PRE-PANEL EVALUATION

EDUCATION TRAINING 4. COURSE TITLE Math

PERFORMANCE SCALE: 1 - Unacceptable; 2 - Poor; 3 - Satisfactory; 4 - Above Average; 5 - Outstanding

| 5. SOCIAL FACTORS | | TRAINING FACTORS | |
|---|---|---|---|
| a. Personal Skills | 5 | g. Punctuality/Attendance | 4 |
| b. Beginning Social Skills | 4 | h. Productivity/Work Habits | 4 |
| c. Advanced Social Skills | 4 | i. Acceptance of Supervision | 4 |
| d. Skills for Dealing with Feelings | 4 | j. Quality of Work | 4 |
| e. Skill Alternatives to Aggression | 3 | k. Initiative | 4 |
| f. Skills for Dealing with Stress | 4 | l. Safety | 3 |

6. TOTAL = 47

TABE 8.4

7. SCHEDULE CHANGE? Y[1] ____ N ____

8. CURRENT COURSE LEVEL[2] 01 9. GOAL COURSE LEVEL[2] 18/2.5 in Math TABE

10. COMMENTS: Christa is a new student and she attends class well. She stays on task and has been very cooperative. She is a good student and is making good progress since coming into class.

11. Student Christa Pike Instructor H. McClain Date 10-11-94

[1]Identify course(s) scheduled in the *Comments* section.
[2]This item is *optional*. The same rating scale used in the Social Skills/Training Skills table above may be used if desired.

000468

02

008005

# STUDENT PERFORMANCE EVALUATION RECORD

1. STUDENT Christa Pike 2. SS# 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 3. SCHEDULED PANEL DATE 10/19/94

**PRE-PANEL EVALUATION**

VOCATIONAL TRAINING 4. COURSE TITLE World of work - Exit

PERFORMANCE SCALE: 1 - Unacceptable; 2 - Poor; 3 - Satisfactory; 4 - Above Average; 5 - Outstanding

| 5. SOCIAL FACTORS | | TRAINING FACTORS | |
|---|---|---|---|
| a. Personal Skills | 4 | g. Punctuality/Attendance | 3 |
| b. Beginning Social Skills | 4 | h. Productivity/Work habits | 3 |
| c. Advanced Social Skills | 4 | i. Acceptance of Supervision | 4 |
| d. Skills for Dealing with Feelings | 3 | j. Quality of work | 4 |
| e. Skill Alternatives to Aggression | 4 | k. Initiative | 3 |
| f. Skills for Dealing with Stress | 3 | l. Safety | 4 |

6. TOTAL = 43

7. SCHEDULE CHANGE? Y[1] ____ N ____

8. CURRENT TAR LEVEL[2] I 9. GOAL TAR LEVEL[2] III

10. COMMENTS: OFF to a good start. Good Tabe scores Reading 12.9 Math 8.4

11. Student Christa Pike Instructor Joseph Harland DATE 10/11/94

[1]Identify course(s) scheduled in the *Comments* section.
[2]This item is *optional*. The same rating scale in the Social Skills/Training Skills table above may be used if desired.

000469

02

008006

# STUDENT PERFORMANCE EVALUATION RECORD

1. STUDENT Christa Pike 2. SS# 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 3. SCHEDULED PANEL DATE 10/19/94

PRE-PANEL EVALUATION

VOCATIONAL TRAINING 4. COURSE TITLE World of work - Exit

PERFORMANCE SCALE: 1 - Unacceptable; 2 - Poor; 3 - Satisfactory; 4 - Above Average; 5 - Outstanding

| 5. SOCIAL FACTORS | | TRAINING FACTORS | |
|---|---|---|---|
| a. Personal Skills | 4 | g. Punctuality/Attendance | 3 |
| b. Beginning Social Skills | 4 | h. Productivity/Work habits | 3 |
| c. Advanced Social Skills | 4 | i. Acceptance of Supervision | 4 |
| d. Skills for Dealing with Feelings | 3 | j. Quality of work | 4 |
| e. Skill Alternatives to Aggression | 4 | k. Initiative | 3 |
| f. Skills for Dealing with Stress | 3 | l. Safety | 4 |

6. TOTAL = 43

7. SCHEDULE CHANGE? Y[1] ____ N ____

8. CURRENT TAR LEVEL[2] I 9. GOAL TAR LEVEL[2] III

10. COMMENTS: OFF to a good start. Good Tabe Scores Reading 12.9 math 8.4

11. Student Christa Pike Instructor Joseph Holland DATE 10/11/94

[1]Identify course(s) scheduled in the *Comments* section.
[2]This item is *optional*. The same rating scale in the Social Skills/Training Skills table above may be used if desired.

000470

02

008007

# STUDENT PERFORMANCE EVALUATION RECORD

1. STUDENT Christa Pike 2. SS# 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 3. SCHEDULED PANEL DATE 10/19/94

## PRE-PANEL EVALUATION

VOCATIONAL TRAINING 4. COURSE TITLE World of Work - Exit

PERFORMANCE SCALE: 1 - Unacceptable; 2 - Poor; 3 - Satisfactory; 4 - Above Average; 5 - Outstanding

| 5. SOCIAL FACTORS | | TRAINING FACTORS | |
|---|---|---|---|
| a. Personal Skills | 4 | g. Punctuality/Attendance | 3 |
| b. Beginning Social Skills | 4 | h. Productivity/Work habits | 3 |
| c. Advanced Social Skills | 4 | i. Acceptance of Supervision | 4 |
| d. Skills for Dealing with Feelings | 3 | j. Quality of work | 4 |
| e. Skill Alternatives to Aggression | 4 | k. Initiative | 3 |
| f. Skills for Dealing with Stress | 3 | l. Safety | 4 |

6. TOTAL = 43

7. SCHEDULE CHANGE? Y[1] ____ N ____

8. CURRENT TAR LEVEL[2] I 9. GOAL TAR LEVEL[2] III

10. COMMENTS: OFF to a good start. Good Tabe scores
Reading 12.9 Math 8.4

11. Student Christa Pike Instructor Joseph Holland DATE 10/11/94

[1] Identify course(s) scheduled in the *Comments* section.
[2] This item is *optional*. The same rating scale in the Social Skills/Training Skills table above may be used if desired.

000471

02

008008

# STUDENT PERFORMANCE EVALUATION RECORD

1. STUDENT Christa Pike 2. SS# 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 3. SCHEDULED PANEL DATE 10-18-94

PRE-PANEL EVALUATION

VOCATIONAL TRAINING 4. COURSE TITLE Health Occupations

PERFORMANCE SCALE: 1 - Unacceptable; 2 - Poor; 3 - Satisfactory; 4 - Above Average; 5 - Outstanding

| 5. SOCIAL FACTORS | | TRAINING FACTORS | |
|---|---|---|---|
| a. Personal Skills | 03 | g. Punctuality/Attendance | 03 |
| b. Beginning Social Skills | 03 | h. Productivity/Work habits | 03 |
| c. Advanced Social Skills | 03 | i. Acceptance of Supervision | 03 |
| d. Skills for Dealing with Feelings | 02 | j. Quality of work | 03 |
| e. Skill Alternatives to Aggression | 03 | k. Initiative | 02 |
| f. Skills for Dealing with Stress | 02 | l. Safety | 02 |

6. TOTAL = 36

7. SCHEDULE CHANGE? Y[1] ___ N ✓

8. CURRENT TAR LEVEL[2] 12 9. GOAL TAR LEVEL[2] 189 1st review!!

10. COMMENTS: Christa is a New Student to Nursing beginning Class October 3, 1994. Christa seems interested in Nursing, but has been ill most of the time in Class. Christa Can Complete 25 TARS By Next Review if She attends class and Stays

11. Student Christa Pike Instructor K. Large DATE 10-

[1] Identify course(s) scheduled in the *Comments* section.
[2] This item is *optional.* The same rating scale in the Social Skills/Training Skills table above may be used if desired.

On task.
Copy of Original 10-18-94

00047

02

008009

# STUDENT PERFORMANCE EVALUATION RECORD

1. STUDENT Christa Pike 2. SS# 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 3. SCHEDULED PANEL DATE 10-18-94

PRE-PANEL EVALUATION

VOCATIONAL TRAINING 4. COURSE TITLE Health Occupations

PERFORMANCE SCALE: 1 - Unacceptable; 2 - Poor; 3 - Satisfactory; 4 - Above Average; 5 - Outstanding

| 5. SOCIAL FACTORS | | TRAINING FACTORS | |
|---|---|---|---|
| a. Personal Skills | 03 | g. Punctuality/Attendance | 03 |
| b. Beginning Social Skills | 03 | h. Productivity/Work habits | 03 |
| c. Advanced Social Skills | 03 | i. Acceptance of Supervision | 03 |
| d. Skills for Dealing with Feelings | 02 | j. Quality of work | 03 |
| e. Skill Alternatives to Aggression | 03 | k. Initiative | 03 |
| f. Skills for Dealing with Stress | 02 | l. Safety | 03 |

6. TOTAL = 36

7. SCHEDULE CHANGE? Y[1] ___ N ✓

8. CURRENT TAR LEVEL[2] 12 9. GOAL TAR LEVEL[2] 189 1st review!!

10. COMMENTS: Christa is a new student to Nursing beginning class October 3, 1994. Christa seems interested in Nursing, but has been ill most of the time in class. Christa can complete 25 TARS by next Review if she attends class and stays

11. Student Christa Pike Instructor K. Large DATE 10-

[1]Identify course(s) scheduled in the *Comments* section.
[2]This item is *optional*. The same rating scale in the Social Skills/Training Skills table above may be used if desired.

On task.
Copy of original 10-18-94 000473

02

008010

# STUDENT PERFORMANCE EVALUATION RECORD

1. STUDENT Christa Pike 2. SS# 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 3. SCHEDULED PANEL DATE 10-18-94

PRE-PANEL EVALUATION

VOCATIONAL TRAINING 4. COURSE TITLE Health Occupations

PERFORMANCE SCALE: 1 - Unacceptable; 2 - Poor; 3 - Satisfactory; 4 - Above Average; 5 - Outstanding

| 5. SOCIAL FACTORS | | TRAINING FACTORS | |
|---|---|---|---|
| a. Personal Skills | 03 | g. Punctuality/Attendance | 03 |
| b. Beginning Social Skills | 03 | h. Productivity/Work habits | 03 |
| c. Advanced Social Skills | 03 | i. Acceptance of Supervision | 03 |
| d. Skills for Dealing with Feelings | 02 | j. Quality of work | 03 |
| e. Skill Alternatives to Aggression | 03 | k. Initiative | 03 |
| f. Skills for Dealing with Stress | 02 | l. Safety | 03 |

6. TOTAL = 36

7. SCHEDULE CHANGE? Y[1] ___ N ✓

8. CURRENT TAR LEVEL[2] 12 9. GOAL TAR LEVEL[2] 189 1st review!!!

10. COMMENTS: Christa is a new student to Nursing beginning Class October 3, 1994. Christa seems interested in Nursing, but has been ill most of the time in Class. Christa Can Complete 25 TARS By Next Review if She attends class and stays

11. Student Christa Pike Instructor K. Large DATE 10-

[1]Identify course(s) scheduled in the *Comments* section.
[2]This item is *optional*. The same rating scale in the Social Skills/Training Skills table above may be used if desired.

000474

On task.

Copy of Original 10-18-94

008011

# STUDENT PERFORMANCE EVALUATION RECORD

1. STUDENT Christa Pike 2. SS# 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 SCHEDULED PANEL DATE 10-14-94

PRE-PANEL EVALUATION

RESIDENTIAL LIVING/SOCIAL SKILLS TRAINING 4. N/A

PERFORMANCE SCALE: 1 - Unacceptable; 2 - Poor; 3 - Satisfactory; 4 - Above Average; 5 - Outstanding

| 5. SOCIAL FACTORS | | TRAINING FACTORS | |
|---|---|---|---|
| a. Personal Skills | 3 | g. Punctuality/Attendance | 3 |
| b. Beginning Social Skills | 3 | h. Productivity/Work Habits | 3 |
| c. Advanced Social Skills | 3 | i. Acceptance of Supervision | 3 |
| d. Skills for Dealing with Feelings | 3 | j. Quality of Work | 3 |
| e. Skill Alternatives to Aggression | 3 | k. Initiative | 3 |
| f. Skills for Dealing with Stress | 3 | l. Safety | 3 |

6. TOTAL = 36

7. SCHEDULE CHANGE? Y ______ N ______

8. N/A 9. N/A

10. COMMENTS/GOALS: Christa has ajusted Very Well to The dorm and Center Rules

11. Student Christa Pike Res. Advisor/ SST Facilitator [signature] Date 10-14-94

Identify course(s) scheduled in the Comments section.

KJCI 1093

000475

Christa Pike
STUDENT'S NAME

008012

IN AODA Y/N

AODA STUDENT PERFORMANCE EVALUATION RECORD

------PRE-PANEL EVALUATION------

EVALUATION SCALE: 1 - UNACCEPTABLE; 2 - POOR; 3 - SATISFACTORY; 4 - ABOVE AVERAGE; 5 - OUTSTANDING

1. Attends AODA Group-Individual Sessions Yes ___ No Sometimes
2. Shows for appointments when scheduled Yes ___ No Sometimes
3. Doesn't keep appointments in HS as scheduled Yes ___ No ✓
4. Urine specimens provided when requested Yes ___ No Sometimes
5. Urine specimens have shown signs of tampering Yes ___ No ✓
6. Shows respect in AODA Group toward AODA Specialist and others Yes ✓ No ___
7. Attends individual counseling Yes ___ No ✓
   (NR completes written assignments) Yes ___ No ✓

Bonus Recommended: Yes ___ No ✓

Health Services Recommendation:

Student is non-compliant to AODA, not attending nor providing urine screen for past 4 weeks.

NO BONUS If NOT Participating in AODA [signature]

[signature: Marlis T Moore]
Health Services Supervisor

[signature]
AODA Specialist

Mental Health Consultant

10/15-20/94
Date of P/PEP

000476

* CTR0100R STUDENT PROFILE RECORD EFFECTIVE 10-04-94 PAGE**1
* P/PEP SCHEDULED WITHIN DATE RANGE OF: 10/16/94 - 10/22/94 COUNSELOR-02 EDWARD MCSWINE
008013
*
* Name of Job Corps Center and complete mailing address
* KNOXVILLE JOB CORPS CENTER
* 621 DALE AVE.
* KNOXVILLE, TN 37921
*
(Place photo here) * Personal Data
* 1. Name (Last, First, Middle Initial) 2. Soc.Sec.No. 3. Date of Birth 4. Citizenship
* PIKE CHRISTA G Height 5 FT 03 INS 234 19 7244 MO DY YR AGE US
* Weight 100 LBS 03-10-76 18
*
* 5. Address (Number,Street,City,State & Zip Code) 6. Place of Birth 7. Arrived (DOA) 09-13-94
*********************** 7828 TOM POPE LN CEDER GROVE NC 37231 BECKLEY NC Enrolled (DOE) 09-13-94

Tenure: 22 Days
.7 Months
8. Parental Consent 9. Marital Status Sex 10. No.of Dependents 11. Status
N/A SINGLE F NONE NEW
RESIDENTIAL - AREA: 14-420 Paid Days: 20

. Selective Service 13. Education (Highest 14. Occupation 15. Physical Exam
Registration grade completed) Position Months Employed Hourly Wage MO DY YR
NO 12 09-15-94
Mos.out of School: 24

16. Screening Office Address (Street or RFD, City, State & Zip Code) Area Code & Telephone NO.
MR. E.J. FASCOE
NC DEPT. OF H.R. 100 BERMUDA RUN KNIGHTDALE NC 27545 (919) 266-0318
NCHRRA

* * * * * * * * * * * * * * * * * * * * * * O T H E R P E R S O N A L D A T A * * * * * * * * * * * * * * * * * * * * * * * *

| Current Move Status & Date | --Probation- Eff.Date | Family Status | Drivers Lic. | ---Clothing---- Issued | Last On | Merit Points | Current Pay Period Level |
|---|---|---|---|---|---|---|---|
| PRES.FOR DUTY | NO | FAM. MEM. | NO | | | 0 | $22.96 |

| -Date and Type of-- -----Separation----- | --------Placement-------- --Agency | Wage Cat Kind-- | Vocational D.O.T. and Title | Vocational Preferences | Phase Code | Race |
|---|---|---|---|---|---|---|
| | | | 354.377-014 HOME ATTENDANT | | | WHITE |

Notification of Next of Kin --Class Absence Record----------Since Last P/PEP-----
ame and Address Relationship Area Code & Phone Excused Unexcused Total Excused Unexcused Total
ARISSA HANSEN 1 20 21 1 20 21
7828 TOM POPE LN CEDER GROVE NC 37231 MOTHER (919) 732-6170

lternate Name and Address
RLANDO POWELL
FRIEND (919) 286-1993

eligious Preference (Optional Entry) Signature of Student
OTHER

000477

| NT NAME | SOC.SEC.NO. | RES.AREA | SEX | BIRTH DATE | AGE | ENROLL DATE | ARRIVAL DATE | TYPE ARRIVAL | PREV JC | TENURE AT CTR DAYS | TENURE AT CTR MONTHS | PAID DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHRISTA G | 234 19 7244 | 14-420 | F | 03-10-76 | 18 | 09-13-94 | 09-13-94 | NEW | | 22 | .7 | 20 |

****************************** A W O L - L E A V E A C C O U N T I N G ******************************

| /EMENT | TYPE LEAVE | TRANS. FURN. | WENT DATE | RETURN DATE | TOTAL DAYS | TNG. DAYS | TYPE MOVEMENT | TYPE LEAVE | TRANS. FURN. | WENT DATE | RETURN DATE | TOTAL DAYS | TNG. DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ..OL) AWOL | | | 09-16-94 | 09-18-94 | 2 | 1 | | | | | | | |

&-Departed previous day (Not chargeable) @-Returned previous day (Chargeable)

TOTAL NO PAY DAYS*******2 TOTAL LEAVE DAYS EARNED****0 #TOTAL CHARGEABLE LEAVE DAYS***0 LEAVE DAYS BALANCE****0

****************************** T R A I N I N G P R O G R E S S ******************************

| ..E CODE | TITLE | STARTED | COMPLETED | UNITS COMP. | UNITS REQ. | LAST UPDATE DATE | LAST UPDATE UNITS | ABSENCE EXC. | ABSENCE UNEXC. | INSTRUCTOR NO. | INSTRUCTOR NAME | ATTITUDE LAST | ATTITUDE DATE | ATTITUDE AVG | TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| )01 | HEALTH OCCUPATIONS | 10-03-94 | | 0 | 189 | | 00 | 0 | 0 | *014 | BELL | | 10-03-94 | 3.0 | VOC |
| | *** D.O.T. 205.362-018 COMPLETION CODE: T | | | | | | | | | | | | | | |
| 232 | O. E. P. | 09-19-94 | | 0 | 5 | | 00 | 0 | 3 | 190 | MARTIN | 3 | 09-19-94 | 3.0. | ACAD |
| 234 | INTRODUCTION TO WOW | 09-19-94 | | 0 | 12 | | 00 | 0 | 3 | 194 | MARTIN | 3 | 09-19-94 | 3.0 | ACAD |
| [illegible] | MATH PROGRAM | 09-26-94 | | 0 | 18 | | 00 | 1 | 4 | *215 | MCCLAIN | 3 | 09-26-94 | 3.0 | ACAD |
| ..3 | WRITING/THINKING SKILLS | 09-26-94 | | 0 | 5 | | 00 | 0 | 3 | *290 | MCDOW | 3 | 09-26-94 | 3.0 | ACAD |
| 170 | HEALTH EDUCATION | 09-26-94 | | 0 | 14 | | 00 | 0 | 5 | *900 | OLEBE | 3 | 09-26-94 | 3.0 | ACAD |
| [illegible] | WORLD OF WORK | 09-26-94 | | 0 | 12 | | 00 | 0 | 2 | 191 | HARLAND | 3 | 09-26-94 | 3.0 | ACAD |

****************************** A C A D E M I C E D U C A T I O N P R O G R A M ******************************

| INITIAL READING GRADE | DATE | BAT | INTERIM READING GRADE | DATE | BAT | INTERIM READING GRADE | DATE | BAT | INTERIM READING GRADE | DATE | BAT | INTERIM READING GRADE | DATE | BAT | INTERIM READING GRADE | DATE | BAT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| .2.9 | 09-21-94 | A 5 | | | | | | | | | | | | | | | |
| : 12.9 | 09-21-94 | A 5 | | | | | | | | | | | | | | | |
| 12.9 | 09-21-94 | A 5 | | | | | | | | | | | | | | | |

| INITIAL MATH GRADE | DATE | BAT | INTERIM MATH GRADE | DATE | BAT | INTERIM MATH GRADE | DATE | BAT | INTERIM MATH GRADE | DATE | BAT | INTERIM MATH GRADE | DATE | BAT | INTERIM MATH GRADE | DATE | BAT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| .06.8 | 09-21-94 | A 5 | | | | | | | | | | | | | | | |
| .2.1 | 09-21-94 | A 5 | | | | | | | | | | | | | | | |
| 1 08.4 | 09-21-94 | A 5 | | | | | | | | | | | | | | | |

GED RESULTS: OVERALL AVERAGE - DATE

****************************** A V O C A T I O N A L T R A I N I N G ******************************

| ACTIVITY | STARTED | STOPPED | ACTIVITY | STARTED | STOPPED |
|---|---|---|---|---|---|

****************************** M A X I M U M B E N E F I T S P R O G R A M ******************************

| MEETING | BONUS? | RESULTS | MEETING | BONUS? | RESULTS |
|---|---|---|---|---|---|

[redacted] STUDENT SELF-EVALUATION FORM [redacted]

**INSTRUCTIONS:** Please read the statements below and mark either YES, NO or SOMETIMES at the right.

## EDUCATION

| | | YES | NO | SOMETIMES |
|---|---|---|---|---|
| 1. | I am doing my best. | | | X |
| 2. | I attend class. | X | | ✓ |
| 3. | I am polite and courteous in class. | ✓ | | |
| 4. | I use my time in class wisely. | | | ✓ |
| 5. | I ask questions when I don't understand. | X | | |

## RESIDENTIAL LIVING

| | | YES | NO | SOMETIMES |
|---|---|---|---|---|
| 1. | I do my dorm assignments. | ✓ | | |
| 2. | I keep my locker and room clean. | | | ✓ |
| 3. | I cooperate with dorm staff. | ✓ | | |
| 4. | I present a positive image in the community. | X (Most of the time) | | |
| 5. | I respect the property of others. | X | | |

## VOCATIONAL TRAINING

| | | YES | NO | SOMETIMES |
|---|---|---|---|---|
| 1. | I follow instructions carefully. | X | | |
| 2. | I work cooperatively with others. | X | | |
| 3. | I arrive at class on time. | X | | |
| 4. | I ask questions when I don't understand. | X | | |
| 5. | I come to work dressed properly and prepared for work. | X | | |

Below, please write any thoughts you would like to share with the panel.

COMMENTS: I've had some trouble adjusting, but I'm trying my best now to make improvments that need to be made. I know I've made too many mistakes too early & I'm going to change my outlook & ways!

NAME Christa Pike DATE 10-19-94

000479

# STUDENT PROFILE SHEET

## I. GENERAL INFORMATION

Date of Enrollment: 9-14-94

Full Name: Christa Gail Pike

SSN: 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

Address: 4828 Tom Pope Lp.

City/State/Zip: Cedar Grove NC. 27231

Area Code & Phone: (919) 644-4305

Date of Birth: 3-10-76

Status: New X Readmit ____

Highest Grade Completed: 9 (GED)

Marital Status: Single

Number of Dependents: 0

## II. EMERGENCY NOTIFICATION

Full Name of Parent or Legal Guardian: Carissa Hansen

Address: 4828 Tom Pope Lp.

City/State/Zip: Cedar Grove, NC. 27231

Area Code & Phone: (919) 644-7305

Work Number: (919) 479-4405

Place of Employment: Regional Surgical Ass.

Address: Ben Franklin Blvd.

City/State/Zip: Durham N.C.

Full Name of Alternate Contact: Orlando Powell

Address: ____

City/State/Zip: ____

Area Code & Phone: ____

Work Number: (919) 286-1993-OF-286-7138

Relationship: Close friend

Spouse: ____

Address: ____

City/State/Zip: ____

Area Code & Phone: ____

Work Number: ____

III. EDUCATIONAL & OCCUPATIONAL GOALS

Last School Attended: Juvenile Evaluation Center

Address: 741 Old US 70 City/State/Zip: Swannanoa NC. 28778

Course of Study: GED

Other Training Received: none

Address: N/A

Last Place of Employment: Mama Mia's Pizzaria

Address: City/State/Zip: Durham NC

Reason for Leaving: I came to Job Corps

Salary: min. wage Job Title: Secretary

Number of Jobs: 7 Average Salary: $5.00 hr.

Vocational Interests:

1st Choice: Nursing Ass. - Home Health Care

2nd Choice: Buisness - Clerical

3rd Choice: Painting

Exposure to which choices: Nursing

Reason for entering Job Corps: I want to make something of my life, And I know Job Corps can help me

INDIVIDUAL COUNSELING SESSION

| DATE | |
|---|---|
| 11-10-94 | I spoke with Christa and she stated that she kept forgetting about her appointment. She said she wouldn't miss anymore appointments. I explained to her that if she breaks the contract that she would be subject to termination. |
| 11-22-94 | Christa went home for the thanksgiving holidays. She wanted to stay here when she found out her boyfriend wasn't going home. |
| 11-27-94 | Returned from holidays |
| 12-13-94 | Christa had a P-Rep and scored a 3.0. I told her she needs to produce more work and improve her efforts on the dorm. |
| 12-14-94 | Christa left for X-Mas holidays |
| 1-4-95 | Returned from X-Mas holidays |

# INDIVIDUAL COUNSELING SESSION

| DATE | |
|---|---|
| 9-21-94 | Cind she informed me that Christa had 180+ drug testing levels, I talked with Christa and explained to her that she must attend AODA and bring down her levels. |
| 10-9-94 | Christa received a write up for being in a male's room. I talked with her and explained that she had violated center rules and that this incident and her AODA problem will get her put out of this program |
| 10-13-94 | Missed group meeting on Male & female Relationship |
| 10-31-94 | Attended group session on Male & female rel. |
| 10-20-94 | Christa had a P-Pep and scored a 3.2. She has not been performing performing in class and sleeping. |
| 11-10-94 | Christa has been placed on AODA contract. She has been missing her appointments. |

COUNSELING SESSION

NAME:

Individual Counseling Session: Discussed goals

9-15-94 at Job corps

Group Counseling Session: Discussed rules & regulations and likes & dislikes

Assessment: Christa's goals at Job Corps is to get a skill in nursing and then attend college. She has her G.E.D. She is a very energetic and out going and I believe she will remain in the program.

9-16-94 Christa went AWOL she returned on 9-18-9[illegible]

9-19-94 Christa attended her first group meeting on P/Peps and study skills

9-20-94 I talked to Christa on what happens to her status when she goes AWOL and she promised not to let it happen again

9-21-94 I talked with the AODA specialist

# KNOXVILLE JOB CORPS CENTER
## EMPLOYABILITY DEVEOPMENT PLAN (EDP)
## COUNSELING

GOALS:

Adjustment to
Initial Goals:

cc: Placement

008022

| TCS | STUDENT NAME DOE | | | DATE | FOLLOW-UP Needed | COMMENTS |
|---|---|---|---|---|---|---|
| Educational Guidance | | | | | | |
| 1. How to study | | | | | | |
| 2. The significance of TABE test results | | | | | | |
| 3. The structure of educational courses in JC | | | | | | |
| 4. Supplemental educational activities | | | | | | |
| Vocational Counseling | | | | | | |
| 1. Career Information | | | | | | |
| 2. Getting A Job | | | | | | |
| 3. Career Mobility | | | | | | |
| 4. Workforce 2000 | | | | | | |
| 5. On the Way to work and Afterwards | | | | | | |
| Counseling for Presonal and Social Adjustment | | | | | | |
| 1. Values Clarification | | | | | | |
| 2. Goal Setting and Decision Making | | | | | | |
| 3. Etiquette & Manners/Business & Social | | | | | | |

000486

008023

| | DOE | | | | Needed | |
|---|---|---|---|---|---|---|
| 4. How To Use the Telephone to Give and Get Information | | | | | | |
| 5. Communication Skills - Peers, Business, Others | | | | | | |
| 6. Conflict Resolution/mediation | | | | | | |
| 7. Life Skills | | | | | | |
| 8. Citizenship | | | | | | |
| IV. Evaluation and Assessment of Student Progress | | | | | | |
| V. Sexuality Counseling | | | | | | |
| 1. Male/Female Relationships | | | | | | |
| 2. Sexual Harrassment | | | | | | |
| 3. Sexual Responsibility | | | | | | |
| 4. Sexually Transmitted Diseases | | | | | | |
| 5. Sex and Social Mores | | | | | | |
| VI. PREGNANCY AND FAMILY PLANNING | | | | | | |
| SUBSTANCE USE AND ABUSE | | | | | | |
| VIII. PLACEMENT COUNSELING | | | | | | |

000487

CSD
CAREER SYSTEMS
DEVELOPMENT
CORPORATION

KNOXVILLE
Job Corps Center

Job Corps
U.S. Dept. of Labor
Since 1964

I Christa Pike understand that the Center has advanced me 6 days and I will not accumulate any leave days until these days are repaid.

Christa Pike — 12-12-94
Student Signature — Date

Edward McSwine — 12-8-94
Witness — Date

000488

# Leave Request Form

008025

From McSwine Date 12-6-94

Counseling/Health/CSO

Student Christa Pike SSN 241 19 7244 ___ Male ✓ Female

Requests a Leave from 12-14-94 thru 1-4-95 ✓ Residential ___ Non-Residential

LEAVE (Check one)

| | | | |
|---|---|---|---|
| 1. ✓ | Annual Leave (5 day minimum)<br>Training Days Available 4<br>Training Days Charged 10<br>Remaining Days -6<br>PRH 8.7.6.5 | | Home Leave Approval Attached<br>X-Mas leave |
| 2.___ | Paid Administrative Leave<br>(Maximum 10 training days per 6 months: Maximum 20 training days a year)<br>Training Days Charged ___<br>Training Days Remaining ___<br>PRH 8.7.6.7<br>Describe circumstances that justify leave: | 2.a.___<br>b.___<br><br>c.___<br>d.___<br>e.___<br>f.___<br>g.___<br>h.___<br>i.___ | Center temporarily closed for emergency repairs<br>Secure off-center medical/dental treatment with approval of center medical staff<br>N/R illness self/child<br>N/R business appointment<br>Court appearance as complainant-subpoenaed witness<br>Probation/parole appearance<br>Housed off-center to prevent harm to self/others<br>Military/Reserve duty<br>Others (requires Regional Office Approval) |
| 3.___ | Unpaid Administrative Leave<br>(Maximum 30 training days/year plus extension 10 days requires Regional Approval.)<br>Training Days Charged ___<br>Training Days Remaining ___<br>PRH 8.7.6.8<br>Describe circumstances that justify leave: | 3.a.___<br>b.___<br>c.___<br>d.___<br>e.___<br>f.___<br>g.___<br>h.___<br>i.___ | Family compassion/hardship (no emergency/paid leave available<br>Court - Defendant<br>Incarcerated-pending trial<br>Pending CRB/disruptive to center operations<br>Appeal of Disciplinary discharge (student removed from center)<br>Holiday leave - no advanced annual leave available<br>Elective medical/dental treatment not approved by center medical staff<br>Temporary Federal Firefighter<br>Other: Emergency/administrative leave exhausted |
| 4.___ | Emergency Leave<br>(Maximum 10 training days per 6 months: No more than 2 leaves per year)<br>Training Days Charged ___<br>Training Days Remaining ___<br>PRH 8.7.6.6<br>Describe circumstances that justify leave: | 4a.<br>b.<br>c. | Death in immediate family<br>Life threatening illness or injury in immediate family<br>Serious illness or injury to student's child<br><br>Next of kin (for minors)<br>Name ___<br>Address ___<br>Phone ___ |
| 5.___ | Verifying source: Name, Address & TN of Hospital, Jail, Doctor, Funeral Home, Lawyer (e.g.)<br>Name ___<br>Address ___<br>Phone ___ | 6. ✓ | Student can be reached at:<br>Address 7828 Tom Pope Ln.<br>Durham, NC<br>Phone (919) 644-7205<br>Verified ___ Yes ___ NO |
| 7.___ | Is GTR Requested? ___ Yes ___ No<br>If YES, ___ Student ___ Government | 8.___ | For annual leave if student address is other than "Home of Record" forward to Executive Administrator before processing. |
| 9.___ | Leave approved? ___ Yes ___ NO<br>If No give reason.<br>___ behavior ___ attendance<br>___ medical ___ education/vocation<br>___ no days available | 10. ✓ | I expect to return the center on 1-4-95<br>Student Signature Christa Pike<br>Signature Edward McSwine<br>Counselor, Health CSO<br>BACKDATED LEAVE MUST HAVE SPECIAL APPROVAL<br>Approval ___ |
| 11. ✓ | Approval, Center Director:<br>P. Pitt<br>Date 12-14-94 | 12.___ | APPROVAL, REGIONAL OFFICE:<br>___ Date ___<br>Transportation Approval, Regional Office:<br>___ Date ___ |

Original (white), Student Records (yellow), Counselor (pink).

000489

# STUDENT PERFORMANCE EVALUATION RECORD

Christa Pike — STUDENT    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 — SS#    12. SCHEDULED ✓ SPECIAL ____    13. 12-13-94 PANEL DATE

14. NUMBER OF PROGRAM AREAS: ____ 2 or ✓ 3

15. AVERAGE EDUCATION SCORE 2.7
VOCATIONAL SCORE 3.4
RES. LIVING /SST FACILITATOR SCORE 3.0    3.0
TOTAL POINTS 9.1

## PANEL EVALUATION

16. Does the student's present schedule provide optimal learning opportunities? ✓ yes ____ no

17. The panel has carefully discussed the student's Social Skills performance and recommended composite ratings (including the counselor's rating) for each of the "expectations" listed on the Performance Assessment section to the Social Training Achievement Record.

Panel Chairperson McSwine

18. Panel Recommendations Christa needs to complete art of WOW by next P-Pop, needs to turn in her work! She has completed math, she should complete 25 TAR's by next panel, she needs to improve her efforts on the dorm.

19. Bonus Recommendation: ____ yes ✓ no

20.
Student Christa Pike    Counselor Edward McSwine
Voc. Instr. Kimberly D. Large    Educ. Instr. Beth Younie
Res. Advisor/SST Facilitator Ms. Betty Evans

## POST-PANEL EVALUATION

21. Bonus: ____ Approved ✓ Disapproved

22. Amendments/Comments Minimum Overall Score of 3.5 Required To Qualify for Bonus

23. Center Director/Designee P. Knight    Date 12/19/94

000490

SPE2

008027

# STUDENT PERFORMANCE EVALUATION RECORD

STUDENT Christa Pike SS# 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 SCHEDULED PANEL DATE 12/13/94

## PRE-PANEL EVALUATION

EDUCATION/VOCATIONAL COURSE TITLE WOW - exit

PERFORMANCE SCALE: "1" - Unacceptable; "2" - Poor; "3" - Satisfactory; "4" - Above Average; "5" - Outstanding

| SOCIAL FACTORS | | TRAINING FACTORS | |
|---|---|---|---|
| a. Personal Skills | 3 | g. Punctuality/Attendance | 3 |
| b. Beginning Social Skills | 3 | h. Productivity/Work habits | 3 |
| c. Advanced Social Skills | 3 | i. Acceptance of Supervision | 4 |
| d. Skills for Dealing with Feelings | 3 | j. Quality of work | 3 |
| e. Skill Alternatives to Aggression | 3 | k. Initiative | 3 |
| f. Skills for Dealing with Stress | 3 | l. Safety | 4 |

TOTAL = 38

SPECIAL AWARDS AND ACCOMPLISHMENTS EARNED DURING THE 60 DAYS PRIOR TO THE SCHEDULED P/PEP DATE.

SCHEDULE CHANGE? Yes ______ No ____

CURRENT UNIT LEVEL [illegible] GOAL UNIT LEVEL 5

COMMENTS: Christa has not responded to her task as she showed no or little work. She seems tired and sleepy alot. She has excellent tabe scores. In Reading 12.9 And in math 8.4

STUDENT Christa Pike INSTRUCTOR Joseph Holland DATE 11-29-94

WHITE YELLOW PINK

000491

02

008028

# STUDENT PERFORMANCE EVALUATION RECORD

STUDENT Christa Pike SS# 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 SCHEDULED PANEL DATE 12/13/94

PRE-PANEL EVALUATION

EDUCATION/VOCATIONAL COURSE TITLE HEP

PERFORMANCE SCALE: "1" - Unacceptable; "2" - Poor; "3" - Satisfactory; "4" - Above Average; "5" - Outstanding

| SOCIAL FACTORS | | TRAINING FACTORS | |
|---|---|---|---|
| a. Personal Skills | 1 | g. Punctuality/Attendance | 1 |
| b. Beginning Social Skills | 1 | h. Productivity/Work habits | 1 |
| c. Advanced Social Skills | 1 | i. Acceptance of Supervision | 1 |
| d. Skills for Dealing with Feelings | 1 | j. Quality of work | 1 |
| e. Skill Alternatives to Aggression | 1 | k. Initiative | 1 |
| f. Skills for Dealing with Stress | 1 | l. Safety | 1 |

TOTAL = 12

SPECIAL AWARDS AND ACCOMPLISHMENTS EARNED DURING THE 60 DAYS PRIOR TO THE SCHEDULED P/PEP DATE.

SCHEDULE CHANGE? Yes ______ No ____

CURRENT UNIT LEVEL ______________ GOAL UNIT LEVEL ______________

COMMENTS: Attends class but doesn't get any work done. Coaxed her to do work. Needs intervention.

STUDENT Christa Pike INSTRUCTOR Jacqueline Allen DATE 11/29/94

WHITE YELLOW PINK

000492

008029

# STUDENT PERFORMANCE EVALUATION RECORD

STUDENT Christa Pike SS# 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 SCHEDULED PANEL DATE 12/13/94

PRE-PANEL EVALUATION

EDUCATION/VOCATIONAL COURSE TITLE Math

PERFORMANCE SCALE: "1" - Unacceptable; "2" - Poor; "3" - Satisfactory; "4" - Above Average; "5" - Outstanding

| SOCIAL FACTORS | | TRAINING FACTORS | |
|---|---|---|---|
| a. Personal Skills | 5 | g. Punctuality/Attendance | 4 |
| b. Beginning Social Skills | 4 | h. Productivity/Work habits | 3 |
| c. Advanced Social Skills | 4 | i. Acceptance of Supervision | 4 |
| d. Skills for Dealing with Feelings | 4 | j. Quality of work | 4 |
| e. Skill Alternatives to Aggression | 4 | k. Initiative | 4 |
| f. Skills for Dealing with Stress | 4 | l. Safety | 4 |

TOTAL = 48

SPECIAL AWARDS AND ACCOMPLISHMENTS EARNED DURING THE 60 DAYS PRIOR TO THE SCHEDULED P/PEP DATE.

SCHEDULE CHANGE? Yes ____ No ✓

CURRENT UNIT LEVEL 1 GOAL UNIT LEVEL 18/8.5

COMMENTS: Christa has been attending classes well and is not disruptive. Her attitude is good and takes pride in her work. Christa has the potential to complete if she would apply herself more. She is respectful to me and her peers.

STUDENT Christa Pike INSTRUCTOR Beth [illegible] DATE 11/30/94

WHITE YELLOW PINK

000493

# STUDENT PERFORMANCE EVALUATION RECORD

STUDENT Christa Pike SS# 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 SCHEDULED PANEL DATE 12-13-94

**PRE-PANEL EVALUATION**

EDUCATION/VOCATIONAL (VOCATIONAL circled) COURSE TITLE Health Occupations

PERFORMANCE SCALE: "1" - Unacceptable; "2" - Poor; "3" - Satisfactory; "4" - Above Average; "5" - Outstanding

| SOCIAL FACTORS | | TRAINING FACTORS | |
|---|---|---|---|
| a. Personal Skills | 03 | g. Punctuality/Attendance | 03 |
| b. Beginning Social Skills | 03 | h. Productivity/Work habits | 03 |
| c. Advanced Social Skills | 03 | i. Acceptance of Supervision | 03 |
| d. Skills for Dealing with Feelings | 03 | j. Quality of work | 04 |
| e. Skill Alternatives to Aggression | 04 | k. Initiative | 03 |
| f. Skills for Dealing with Stress | 03 | l. Safety | 05 |

TOTAL = 41

SPECIAL AWARDS AND ACCOMPLISHMENTS EARNED DURING THE 60 DAYS PRIOR TO THE SCHEDULED P/PEP DATE.

SCHEDULE CHANGE? Yes ____ No ✓

CURRENT UNIT LEVEL 40 Last review 12 GOAL UNIT LEVEL 189

COMMENTS: Christa began the Nursing skill 10-3-94. Christa seems interested in the Nursing skill, but has missed several classes due to illness, and often tries to lay her head down saying she is ill. Christa can complete 25 Additional

STUDENT Christa Pike INSTRUCTOR K. Karge DATE 11/28/94

WHITE YELLOW PINK

HRS By Next review if she attends class and stays on task. Christa is doing well this week with CPR

000494

# STUDENT PERFORMANCE EVALUATION RECORD

1. STUDENT Christa Pike 2. SS# 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 3. SCHEDULED PANEL DATE 12-~~26~~ 13-94

## PRE-PANEL EVALUATION

RESIDENTIAL LIVING/SOCIAL SKILLS TRAINING 4. N/A

PERFORMANCE SCALE: 1 - Unacceptable; 2 - Poor; 3 - Satisfactory; 4 - Above Average; 5 - Outstanding

| 5. SOCIAL FACTORS | | TRAINING FACTORS | |
|---|---|---|---|
| a. Personal Skills | 3 | g. Punctuality/Attendance | 3 |
| b. Beginning Social Skills | 3 | h. Productivity/Work Habits | 3 |
| c. Advanced Social Skills | 3 | i. Acceptance of Supervision | 3 |
| d. Skills for Dealing with Feelings | 3 | j. Quality of Work | 3 |
| e. Skill Alternatives to Aggression | 3 | k. Initiative | 3 |
| f. Skills for Dealing with Stress | 3 | l. Safety | 3 |

6. TOTAL = 36

7. SCHEDULE CHANGE? Y ✓ N___

8. N/A 9. N/A

10. COMMENTS/GOALS: Christa is polite to staff + peers but at times she can be lazy in keeping her room clean and her assigned dorm duties.

11. Student Christa Pike Res. Advisor/ SST Facilitator Harper Date 12-2-94

*Identify course(s) scheduled in the *Comments* section.

[redacted] STUDENT SELF-EVALUATION FORM [redacted]

**INSTRUCTIONS:** Please read the statements below and mark either YES, NO or SOMETIMES at the right.

## EDUCATION

| | Statement | YES | NO | SOMETIMES |
|---|---|---|---|---|
| 1. | I am doing my best. | | | X |
| 2. | I attend class. | X | | |
| 3. | I am polite and courteous in class. | X | | |
| 4. | I use my time in class wisely. | | | X |
| 5. | I ask questions when I don't understand. | X | | |

## RESIDENTIAL LIVING

| | Statement | YES | NO | SOMETIMES |
|---|---|---|---|---|
| 1. | I do my dorm assignments. | X | | |
| 2. | I keep my locker and room clean. | X | | |
| 3. | I cooperate with dorm staff. | X | | |
| 4. | I present a positive image in the community. | X | | |
| 5. | I respect the property of others. | X | | |

## VOCATIONAL TRAINING

| | Statement | YES | NO | SOMETIMES |
|---|---|---|---|---|
| 1. | I follow instructions carefully. | X | | |
| 2. | I work cooperatively with others. | X | | |
| 3. | I arrive at class on time. | | | X |
| 4. | I ask questions when I don't understand. | X | | |
| 5. | I come to work dressed properly and prepared for work. | X | | |

Below, please write any thoughts you would like to share with the panel.

COMMENTS: None

NAME Christa Pike DATE 12-13-94

000496

*
* Name of Job Corps Center and complete mailing address
* KNOXVILLE JOB CORPS CENTER
* 621 DALE AVE.
* KNOXVILLE, TN 37921
*
(Place photo here) * Personal Data

| 1. Name (Last, First, Middle Initial) | | | 2. Soc.Sec.No. | 3. Date of Birth MO DY YR | AGE | 4. Citizenship |
|---|---|---|---|---|---|---|
| PIKE | CHRISTA G | Height 5 FT 03 INS | 234 19 7244 | 03-10-76 | 18 | US |
| | | Weight 100 LBS | | | | |

*

| 5. Address (Number,Street,City,State & Zip Code) | 6. Place of Birth | 7. Arrived (DOA) / Enrolled (DOE) |
|---|---|---|
| 7828 TOM POPE LN CEDER GROVE NC 37231<br>(919) 732-6170 | BECKLEY NC | Arrived (DOA) 09-13-94<br>Enrolled (DOE) 09-13-94 |

**********************

| 8. Parental Consent | 9. Marital Status | Sex | 10. No.of Dependents | 11. Status | Tenure: |
|---|---|---|---|---|---|
| N/A | SINGLE | F | NONE | NEW<br>RESIDENTIAL - AREA: 04-454 | 60 Days<br>2.0 Months<br>Paid Days: 58 |

| . Selective Service Registration | 13. Education (Highest grade completed) | 14. Occupation Position | Months Employed | Hourly Wage | 15. Physical Exam MO DY YR |
|---|---|---|---|---|---|
| NO | 12<br>Mos.out of School: 24 | | | | 09-15-94 |

| 16. Screening Office | Address (Street or RFD, City, State & Zip Code) | Area Code & Telephone NO. |
|---|---|---|
| MR. E.J. FASCOE<br>NC DEPT. OF H.R.<br>NCHRRA | 100 BERMUDA RUN KNIGHTDALE NC 27545 | (919) 266-0318 |

************************ O T H E R P E R S O N A L D A T A ************************

| Current Move Status & Date | --Probation- Eff.Date | Family Status | Drivers Lic. | ---Clothing---- Issued | Last On | Merit Points | Current Pay Period Level |
|---|---|---|---|---|---|---|---|
| PRES.FOR DUTY | NO | FAM. MEM. | NO | | | 0 | $22.96 |

| Date and Type of-- -----Separation-----. | --------Placement-------- --Agency | Wage | Cat | Kind-- | Vocational D.O.T. and Title | Vocational Preferences | Phase Code | Race |
|---|---|---|---|---|---|---|---|---|
| | | | | | 354.377-014 HOME ATTENDANT | HOME ATTENDANT<br>COOK<br>PAINTER | | WHITE |

Notification of Next of Kin

| me and Address | Relationship | Area Code & Phone | --Class Absence Record-- Excused | Unexcused | Total | --Since Last P/PEP-- Excused | Unexcused | Total |
|---|---|---|---|---|---|---|---|---|
| RISSA HANSEN<br>7828 TOM POPE LN CEDER GROVE NC 37231 | MOTHER | (919) 732-6170 | 4 | 52 | 56 | 0 | 8 | 8 |

ternate Name and Address
LANDO POWELL FRIEND (919) 286-1993

ligious Preference (Optional Entry) Signature of Student
HER

000497

# A.O.D.A. BEHAVIORAL AGREEMENT

I understand that I have tested positive for Marijuana
☒ Enrollment ☐ Other

I understand that I will receive reasonable medical and counseling services.

I understand that I am permitted to remain in Job Corps under the following terms:

- I agree to abide by the intervention plan which has been developed to meet my individual medical and counseling needs. The AODA specialist has explained my care plan in detail.
- I agree to abide by center rules and regulations, including being free of alcohol and other drugs.
- I understand that my case will be evaluated by a core team of staff with regard to my alcohol and drug use in relation to my remaining in Job Corps, and such information will remain confidential and will only be used to assist me in becoming alcohol/drug free.

Check in with Ms. Moore or Ms. Rutkowski on Monday

Additional agreements:

I will attend Mondays 6-7pm - For the next 4 weeks - will re-evaluate on 12/12/94

I will report for alcohol/drug testing as follows:

Day: Mondays
Time: 6h ~~[illegible]~~ Noon
Location: Health Services

I will ask for additional help whenever I need it.

I further understand that failure to comply with this agreement may result in termination from the Job Corps Program.

Student [signature] Date 11-10-94

AODA Specialist [signature] Date 11/10/94

Center Director ______________ Date ______________

Christa Pike (Student Name)

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 (Social Security Number)

4.20 (DUYAA)

E. McGuire

Under 18 y.o.? 18 Y/N

[redacted] STUDENT SELF-EVALUATION FORM [redacted]

**INSTRUCTIONS:** Please read the statements below and mark either YES, NO or SOMETIMES at the right.

---

## EDUCATION

| | | YES | NO | SOMETIMES |
|---|---|---|---|---|
| 1. | I am doing my best. | | | X |
| 2. | I attend class. | X | | ✓ |
| 3. | I am polite and courteous in class. | X | | |
| 4. | I use my time in class wisely. | | | X |
| 5. | I ask questions when I don't understand. | X | | |

## RESIDENTIAL LIVING

| | | YES | NO | SOMETIMES |
|---|---|---|---|---|
| 1. | I do my dorm assignments. | X | | |
| 2. | I keep my locker and room clean. | | | X |
| 3. | I cooperate with dorm staff. | ✓ | | |
| 4. | I present a positive image in the community. | X (most of the time) | | |
| 5. | I respect the property of others. | X | | |

## VOCATIONAL TRAINING

| | | YES | NO | SOMETIMES |
|---|---|---|---|---|
| 1. | I follow instructions carefully. | X | | |
| 2. | I work cooperatively with others. | X | | |
| 3. | I arrive at class on time. | X | | |
| 4. | I ask questions when I don't understand. | X | | |
| 5. | I come to work dressed properly and prepared for work. | X | | |

Below, please write any thoughts you would like to share with the panel.

COMMENTS: I've had some trouble adjusting but I'm trying my best now to make improvements that need to be made. I know I've made too many mistakes too easily & I'm going to change my outlook & ways!

NAME Christa Piko DATE 10-19-94

000499

008036

# STUDENT PERFORMANCE EVALUATION RECORD

Christa Pike — STUDENT
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 — SS#
12. SCHEDULED ____ SPECIAL ____
13. 10-20-94 — PANEL DATE

14. NUMBER OF PROGRAM AREAS: ____ 2 or ✓ 3

15. AVERAGE EDUCATION SCORE 3.5
VOCATIONAL SCORE 3.0
RES. LIVING /SST FACILITATOR SCORE 3.0 = 3.2
TOTAL POINTS 9.5

## PANEL EVALUATION

16. Does the student's present schedule provide optimal learning opportunities? ✓ yes ____ no

17. The panel has carefully discussed the student's Social Skills performance and recommended composite ratings (including the counselor's rating) for each of the "expectations" listed on the Performance Assessment section to the Social Training Achievement Record.

Panel Chairperson McSwine

18. Panel Recommendations Christa will complete Writing/Thinking by next panel, she will participate in class all time in lab's + complete by next panel in HEP she should be 50% complete with math by next panel she should complete WOW by next panel she will complete 25 TAR's by next panel in Health Occupation

19. Bonus Recommendation: ____ yes ✓ no

20. Student Christa Pike — Counselor Edward McSwine
Voc. Instr. John Townsend — Educ. Instr. Howard McClain
Res. Advisor/SST Facilitator [illegible signature]

## POST-PANEL EVALUATION

21. Bonus: ____ Approved ✓ Disapproved

22. Amendments/Comments ____

23. Center Director/Designee P. Knight — Date 10/26/94

000500

SPE2

008037

# STUDENT PERFORMANCE EVALUATION RECORD

1. STUDENT Christa Pike 2. SS# 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 SCHEDULED PANEL DATE 10-14-94

PRE-PANEL EVALUATION

RESIDENTIAL LIVING/SOCIAL SKILLS TRAINING 4. N/A

PERFORMANCE SCALE: 1 - Unacceptable; 2 - Poor; 3 - Satisfactory; 4 - Above Average; 5 - Outstanding

| 5. SOCIAL FACTORS | | TRAINING FACTORS | |
|---|---|---|---|
| a. Personal Skills | 3 | g. Punctuality/Attendance | 3 |
| b. Beginning Social Skills | 3 | h. Productivity/Work Habits | 3 |
| c. Advanced Social Skills | 3 | i. Acceptance of Supervision | 3 |
| d. Skills for Dealing with Feelings | 3 | j. Quality of Work | 3 |
| e. Skill Alternatives to Aggression | 3 | k. Initiative | 3 |
| f. Skills for Dealing with Stress | 3 | l. Safety | 3 |

6. TOTAL = 36

7. SCHEDULE CHANGE? Y ______ N ______

8. N/A 9. N/A

10. COMMENTS/GOALS: Christa has ajusted Very Well to The derom and Center Rules

11. Student Christa Pike Res. Advisor/ SST Facilitator [illegible] Date 10-14-94

Identify course(s) scheduled in the Comments section.

KJCI 1093

000501

# DISCIPLINARY REPORT

0V

INCIDENT NO. ______

(Please type or use ballpoint pen)

| NAME OF CORPSMEMBER | SSN | DORM | V | S | W |
|---|---|---|---|---|---|
| Christa Pike | 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 | | ✓ | ○ | ○ |

| TYPE OF INCIDENT | PLACE OF OCCURRENCE | TIME | DATE |
|---|---|---|---|
| SMOKING VIOLATION | 2nd West Hallway | 6:10pm | 10-18-94 |

DESCRIPTION OF INCIDENT (state circumstances, and details)

I observed Christa standing in 2nd West hallway smoking a cigarette. I have told her several times, she couldn't be on the male's floor. She is very disrespectful & loves to talk to staff any ways she wants.

| SIGNATURE AND TITLE OF PERSON FILING REPORT | EXT. | BUILDING | DATE | C-M SIGNATURE |
|---|---|---|---|---|
| Ms. Betty Bowers, RA. | 344 | Dale | 10-18-94 | |

## Results of Disciplinary Hearing

(THIS SECTION TO BE COMPLETED BY APPROPRIATE STANDARDS OFFICER)

| UDC | CSO | CSA | DRB | TIME | DATE | CORPSMEMBER PLEA |
|---|---|---|---|---|---|---|
| ○ | ○ | ☒ | ○ | | | ○ GUILTY ○ NOT GUILTY |

RESULTS OF HEARING (Show action taken and/or penalties)

$2.50 fine

CORPSMEMBER ADVISED 24 HOUR APPEAL ☒ YES ○ NO

REQUESTED APPEAL ○ YES ☒ NO

| SIGNED | DATE | CENTER STANDARDS OFFICER | DATE |
|---|---|---|---|
| Christa Pike | | Bertrice Elder | 10/21/94 |

DO NOT MAKE DISTRIBUTION UNTIL ALL SECTIONS ARE COMPLETED

1st copy to CSO 2nd copy to counselor, 3rd copy to RA, 4th copy to Corpsmember

CAREER SYSTEMS DEVELOPMENT CORPORATION

KNOXVILLE Job Corps Center

U.S. Dept. of Labor Since 1964

CORPSMEMBER INFORMATION SHEET

Name Christa Pike

Home Street Address 7828 Tom Pope Lp.

City Cedar Grove State NC Zip 27231

Social Security Number 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 Date of Birth

Sex: Male ____ Female X Height 5'3" Weight 100 lbs

Where were you born? City Beckley State W.V.

When did you arrive here on Center? 9-14-94

Did you join Job Corps with your Parent(s) permission? YES X NO ____

Are you Single(X) Married() Separated() Divorced()? Please check one.

Do you have any children or other dependents? YES ____ NO X

If yes, how many children do you have? ________

Have you been in Job Corps before? YES ____ NO X

What was the last grade you finished in school? 9 (GED)

Were you working before you joined Job Corps? YES X NO ____

If yes, where did you work? Mama Mia's Pizzaria

Do you have a religious preference? (Baptist, Methodist, etc.) NO

NEXT OF KIN (Who should we contact in case of an emergency?)

Name Carissa Hansen Relationship mother

Street Address 7828 Tom Pope Lp.

City Cedar Grove State NC Zip 27231

Telephone: Area Code (919) 644-7305 - W-479-4405 (919)

ALTERNATE CONTACT (Who should we contact if we cannot reach your next of kin?)

Name Orlando Powell Relationship close friend

Street Address Mama Mia's Pizzaria

City Durham State NC Zip

Telephone: Area Code (919) 286-1993 (919) 286-7138

## STATEMENT TO BE SIGNED BY CORPSMEMBERS

MC

I, Christa Pike understand that the violation of the rules listed below could result in my immediate termination from this Center and the Job Corps program.

1. HAVING A WEAPON
   A. I am to turn in all weapons at once. This may be accomplished today without penalty to me.
   B. A weapon is any object which is normally considered a weapon, (guns, knives with blades of two inches or longer, chains, brass knuckles, straight-edge razors or homemade weapons like sharpened toothbrushes or twisted forks).

2. ARREST AND CONVICTION BY FEDERAL AUTHORITIES
   A. U.S. Marshall
   B. F.B.I.

3. ASSAULTING ANOTHER CORPSMEMBER BY HITTING, BEATING OR WITH ANYTHING CAPABLE OF HURTING ANOTHER PERSON.

4. NARCOTICS - Having, using or handling the sale of drugs.

5. SOLICITATION
   A. Selling protection (insurance)
   B. Engaging in lending money at interest
   **At no time are you to approach another individual with a request or plea, as in selling, threatening, begging, etc. to tempt an individual for immoral purposes.

6. POSSESSION OF ALCOHOLIC BEVERAGES ON OR OFF CENTER
   A. The age limit for drinking alcoholic beverages in the states of Illinois, Indiana, Kentucky, Missouri and Tennessee is 21 years of age.
   B. 21-year-old corpsmembers who are enrolled and are receiving the benefits offered will obey the rules of the Center with no exceptions to age.

I understand that after today, if I violate any of the above rules, I may be subject to immediate discharge form the Knoxville Job Corps Center. I also understand that if I have knowledge of violations, I am to report it to Security or a staff member.

I have read the above rules and understand my responsibilities as a corpsmember.

Christa Pike
Corpsmember signature

[signature]
WITNESS ~~SUPPORT~~ SPECIALIST

000504

**Corpsmember Agreement Regarding Disposition of Personal Property after Termination Resulting from AWOL Status**

I, Christa Pike, acknowledge that if I go AWOL, I will be terminated on the TENTH (10th) CLASS day of AWOL status.

I therefore give the Center permission to dispose of my personal property at the discretion of the Center Director SIXTY (60) days after the effective date of termination.

I understand that the Center will make reasonable effort to obtain disposition of personal effects. In the event that I fail to either authorize disposition or to accept responsibility for all costs connected with the disposition of personal effects, I hereby relieve the Center of all responsibility.

Christa Pike
Corpsmember Signature

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
Social Security Number

9-20-94
Date

**CONFIRMATION OF AWARENESS POLICY**

I received and <u>read</u> "The Corpsmember Handbook" Yes X No ___

The disciplinary rules and regulations of the Knoxville Job Corps Center have been explained to me in detail. Yes X No ___

9-20-94
Date

Christa Pike
Corpsmember signature

# KNOXVILLE
## Job Corps Center

000042



I, ______________________________. Give permission to my counselor to interact with my parents and or guardian in order for them to receive regular updates regarding my progress while enrolled in the Knoxville Job Corp Center.

______________________________ ______________________

STUDENT SIGNATURE DATED

000506

621 DALE AVE. KNOXVILLE, TN 37921 PHONE: (615) 544-5600 FAX. (615) 544-5609

# All About Me

000043

# (Interview Form)

1. FULL NAME: Christa Gail Pike
2. BIRTHDATE: 3-10-76
3. FAVORITE BOOK: The 1st Deadly Sin by Lawrence Sanders
4. FAVORITE MAGAZINE: Cosmo
5. FAVORITE MOVIE: Son in Law
6. FAVORITE MOVIE ACTOR/ACTRESS:
7. FAVORITE RECORDING ARTIST: R-Kelly
8. FAVORITE RECORD: 12 Play
9. FAVORITE SPORT: Horseback Riding
10. FAVORITE SUBJECT IN SCHOOL: Health
11. FAVORITE FOOD: Pizza - chocolate
12. FAVORITE HOBBIES/PASTIMES: Reading - writing letters
13. FAVORITE PLACE: Durham N.C.
14. FAVORITE SAYING: "If it feels right Do it!"
15. AMBITION IN LIFE: Being a Neonatal Physical Therapist
16. PERSON I ADMIRE MOST: My Grandmother
17. FAVORITE FAMILY TRADITION: Decorating the Xmas tree
18. MY ONE WISH: That I get my life straight
19. ONE THING THAT I LIKE ABOUT ME: I can get along w/ Almost anybody!

# Boundary Breakers!!

1. MY THREE FAVORITE FOODS ARE: Pizza - Chocolate - chip sandwiches Pickle + potatoe
2. DURING VACATIONS I LIKE TO: Relax
3. SOMETIMES I WISH I HAD: A normal life.
4. ONE THING I'D NEVER WANT TO DO IS: Have people despise me.
5. I FIND IT EASY TO: Talk to people.
6. I FIND IT HARD TO: leave my friends
7. ONE OF THE BEST THINGS ABOUT MY SCHOOL CLASSES IS: when they're over.
8. I GET IN TROUBLE WHEN I: Get mad or gutting feelings hurt
9. I AM HAPPY WHEN: I'm around people that care about me
10. ONE OF MY SCHOOL SUBJECTS THAT I NEED HELP ON IS: Math
11. I GET MAD WHEN: People run their mouth too much
12. WITH MY FRIENDS I: feel very secure.
13. THE THING THAT WORRIES ME MOST IS: I won't make It through
14. SOMETHING I DO WELL IS:
15. SOMETHING I'D LIKE TO LEARN TO DO IS: Speak another language
16. MY FAVORITE HOLIDAY IS: Christmas
17. THE WORLD WOULD BE A BETTER PLACE IF: Everyone was "color blind"
18. THE MUSIC I LIKE MOST IS: R+B - Rap.
19. A TIME I FELT SAD WAS: On the way here.
20. WHEN I THINK ABOUT THE FUTURE I: Hope I can make it good for myself.
21. SOMEONE WHOM I REALLY ADMIRE IS: My Grandmother
22. IF I HAD A FREE DAY I WOULD: Sleep + write letters

Get to Know more people!

# DISCIPLINARY REPORT

02

Safety violation
(Use type or use ballpoint pen)

INCIDENT NO.

| NAME OF CORPSMEMBER | SSN | DORM | V | S | W |
|---|---|---|---|---|---|
| Christal Pike | 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 | | ○ | ⊗ | ○ |

| TYPE OF INCIDENT | PLACE OF OCCURRENCE | TIME | DATE |
|---|---|---|---|
| Found on Roof | 2nd floor roof | 4:07Am | 10-9-94 |

DESCRIPTION OF INCIDENT (state circumstances, and details)

second floor area west side. [Female was found on roof in second floor west side in a [illegible] hole [illegible] by RA. after student was [illegible] to [illegible] [illegible] [illegible] [illegible] and [illegible] [illegible] into rm. 204 (Tadary! Shipp)

| SIGNATURE AND TITLE OF PERSON FILING REPORT | EXT. | BUILDING | DATE | C.M SIGNATURE |
|---|---|---|---|---|
| [illegible] RA | 344 | DALE | 10-9-94 | Christal Pike |

## Results of Disciplinary Hearing

(THIS SECTION TO BE COMPLETED BY APPROPRIATE STANDARDS OFFICER)

| UDC | CSO | CSA | DRB | TIME | DATE | CORPSMEMBER PLEA | |
|---|---|---|---|---|---|---|---|
| ○ | ⊗ | ○ | ○ | 9:45 | 10/14/94 | ⊗ GUILTY | ○ NOT GUILTY |

RESULTS OF HEARING (Show action taken and/or penalties)

$5.00 Fine

2 WKS RESTRICTION

CORPSMEMBER ADVISED 24 HOUR APPEAL ⊗ YES ○ NO

REQUESTED APPEAL ○ YES ⊗ NO

| SIGNED | DATE | CENTER STANDARDS OFFICER | DATE |
|---|---|---|---|
| x Christa Pike | | [illegible signature] | 10/14/94 |

DO NOT MAKE DISTRIBUTION UNTIL ALL SECTIONS ARE COMPLETED

1st copy to CSO 2nd copy to counselor. 3rd copy to RA 4th copy to Corpsmember

000503

DATE:

TO: KJCC Counselor Mr. McSwine

FROM: Joseph Harland, WOW Instructor

Re: Student Non-Compliance.

The following student(s) are not in compliance with World of Work program. Students

Reason:

Non-Participation: ✓

Disruptive Behavior:

Insubordination:

Poor Attendance:

Procrastination: ✓

Constant Sleeping in class: ✓

Name: Christa Pike

Entry Date:

Module Level:

Last Test:

I would like to see student on a daily classroom Contract.

This young Lady does nothing in class.

Thank you for your cooperation.

Joseph Harland

# NOTIFICATION OF NEXT OF KIN

| | | |
|---|---|---|
| 1. NAME OF ENROLLEE<br>Christa Pike | | 2. SOCIAL SECURITY<br>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 |
| 3. NAME OF CENTER<br>KNOXVILLE JOB CORPS CENTER | | 4. CENTER NO. |
| 5. NAME OF NEXT OF KIN<br>Carissa Hansen | 6. ADDRESS<br>7828 Tom Pope Lp<br>Cedar Grove NC.<br>27231 | 7. RELATIONSHIP<br>mother<br>8. PHONE NO.<br>(919) 644-7305 work-479-4405 |
| 9. ALTERNATE NEXT OF KIN<br>Orlando Powell | 10. ADDRESS | 11. RELATIONSHIP<br>Close friend<br>12. PHONE NO.<br>W-919-286-1993 |
| 13. OTHER PERSON, IF ANY, TO BE NOTIFIED (NAME) | 14. ADDRESS | 15. RELATIONSHIP<br>16. PHONE NO. |

17. RELIGIOUS PREFERENCE (GIVE SPECIFIC CHURCH, DENOMINATION, OR CONGREGATION) (OPTIONAL ENTRY)

| | |
|---|---|
| 18. SIGNATURE OF ENROLLEE<br>X | DATE SIGNED<br>X |

U.S. DEPARTMENT OF LABOR
Employment and Training Administration
JOB CORPS DATA SHEET

RECRUITED BY: E. J. Roscoe — Phone No. (919) 850-2801
TELEPHONE NO.: 850-2801

008048

| | | |
|---|---|---|
| 1. TYPE OF APPLICATION (2): 1 ☒ New 2 ☐ Readmit | 2. APPLICANT'S NAME (Last, First, M.I.) (3-26): Pike Christa G. | 3. SOC. SEC. NO. OR TIN (27-35): 234497244 |
| 4. STREET ADDRESS OR RFD (36-53): 328 Tom Pope Lp. | 5. CITY (54-72): Cedar Grove; 6A. STATE ABBR. (73-74): NC; 6B. ZIP CODE (75-79): 27231 | 7. ALTERNATE CONTACT: Pam Wagner (919) 732-6110 |
| 8. DATE OF BIRTH (80-85): Month 03 Day 10 Year 76 | 9. SEX (86): 1 ☐ Male 2 ☒ Female | 10. RACE-ETHNIC GROUP (87): 1 ☒ White (not Hispanic) 2 ☐ Black (not Hispanic) 3 ☐ Hispanic 4 ☐ American Indian or Alaskan Native 5 ☐ Asian or Pacific Islander |
| 11. LEGAL U.S. RESIDENT (88): 1 ☒ Yes 2 ☐ No; ALIEN REGISTRATION NUMBER: A | 12. DATE OF INTERVIEW (89-94): Month 08 Day 22 Year 94 | 13. SIZE OF PLACE (95): 1 ☒ Under 2,500 2 ☐ 2,500 - 9,999 3 ☐ 10,000 - 50,000 4 ☐ 50,000 - 250,000 5 ☐ over 250,000 |
| 14. MOS. OUT-OF-SCHOOL (96-97) Region only: 24 | 15. HIGHEST GRADE COMPLETED (98-99) Region only: 08 | 16. NO. WKS. SINCE EMPLOYED FULL TIME (100-102) Never (103): X |
| 17. EARNINGS PER HOUR (104-106): $0.00 | 18. FAMILY RECEIVING PUBLIC ASSISTANCE (107): 1 ☐ Yes (AFDC) 2 ☒ No 3 ☐ Yes (other) | 18A. NO. OF DEPENDENTS (108-109): 00 |
| 19B. CHILDCARE PLAN (110): 1 ☐ Yes 2 ☒ No | 20. FAMILY STATUS (111): 1 ☐ Family Head 2 ☒ Family Member 3 ☐ Unrelated Individual | 21. NO. IN FAMILY (112-113): 03 |
| 22. ESTIMATED ANNUAL INCOME (114-118): $09,769. (Not applicable) (119) | 23. MILITARY SERVICE PRIOR TO ENROLLMENT IN JOB Corps (120): 1 ☐ Yes 2 ☒ No | |

24. Have you ever been convicted or adjudged deliquent in any offenses against persons or property, such as, assult and battery, robbery, arson, burglary or homicide? ........ 1 ☐ Yes 2 ☒ No

25. Health Questions:

a. Have you had any serious illnesses/injuries in your life? ........ 1 ☐ Yes 2 ☒ No

b. Have you been under the care of any phsical or mental health care provider (e.g., physician chiropractor, mental health clinic) in the last year? ........ 1 ☐ Yes 2 ☒ No

c. Do you have any health condition(s) that you are being treated for or that you know of at this time? ........ 1 ☐ Yes 2 ☒ No

d. Are you or your family covered by any health insurance or eligible for medicaid at the present time? ........ 1 ☒ Yes 2 ☐ No

If "YES" is checked for item "d" above, complete 1, 2, and 3 — 1. Name of Company: CPHP 2. Policy No.: 013629985 3. State: N. Carolina

Any "YES" answers to questions a, b, or c, item 25, complete ETA Form 653, Job Corps Health Questionnaire.

26. CONSENT RECORD — a. Name of Applicant (Print): x Christa Pike b. Date: 10-11-93 c. Telephone Contact for Applicant: (919) 644-4305

*I (We) the undersigned hereby CERTIFY all of the above information on this application to be accurate.*

*I hereby CONSENT to the enrollment of the above named individual into Job Corps.*

*I (We) further AUTHORIZE all routine and customary physical examinations, dental work, surgical and other treatment as required by Job Corps regulations, as well as the collection of information such as education and medical records.*

*I (We) UNDERSTAND that any false statement or dishonest answers will be grounds for the dismissal of the above named individual and may be punishable by law.*

*I (We) have been SUPPLIED with a personal copy of the Job Corps Privacy Act of 1974. I (We) have READ the statement and UNDERSTAND its contents.*

*I (We) UNDERSTAND that failure to stay in Job Corps for more that 180 paid days may mean loss of the readjustment allowance.*

*I (We) UNDERSTAND that the Job Corps program offers a total educational and vocational program in residential setting, and after having explained to me (us) other employment and training programs available in my (our) community, I (We) am (are) CONVINCED that the Job Corps will best meet the needs of the above named individual.*

*I (We) have been PROVIDED with a copy of Your Guide To Job Corps and a list of all Job Corps vocational offerings, have had the contents of both documents explained by the screener and all of my (our) questions have been answered.*

Signature of Parent/Legal Guardian: x Gerard H. Hansen — Signature of Applicant: x Christa G. Pike — Date: 8-22-94

27. ELIGIBILITY FACTORS:
1 ☐ Disruptive home life (121)
2 ☐ Unsafe, unhealthy overcrowded dwelling (122)
3 ☒ Limited Job opportunities (123)
4 ☐ Disruptive neighborhood or community characterized by high crime rates (124)
5 ☒ Cultural Deprivation (125)

28. APPLICANT NEEDS BI-LINGUAL PROGRAM (126): 1 ☐ Yes (Span/Eng) 2 ☒ No 3 ☐ Yes (Other)

29A. Is applicant eligible to make an allotment? (127): 1 ☐ Yes 2 ☒ No
29B Amount: $ 0.00

30. VERIFICATION: 1 ☒ Age 2 ☒ School Status 3 ☒ Capacity to Participate in Job Corps program 4 ☒ Juvenile Court Record 5 ☒ Public Asst. 6 ☒ Adult Court Record

31. ELIGIBILITY STATUS: 1 ☒ Eligible for Referral 2 ☐ Waiver Request for Criterion 3 ☐ Not Eligible 4 ☐ Medical 5 ☐ Behavior 6 ☐ Mental Health

32. REMARKS (If additional space is needed, use seperate sheet(s))

33. CERTIFICATION: *I CERTIFY that the information entered on this application is true and correct to the best of my knowledge.*

SCREENER'S NAME (Print): E. J. Roscoe — SIGNATURE OF SCREENER: E. J. Roscoe — DATE: 8-22-94

34. NAME AND ADDRESS OF SCREENING AGENCY (St., City, State, ZIP Code): 325 N. Salisbury St., Raleigh, N.C. 27603 Telephone No. (919) 850-2801

OFFICE ID NO. (128-133): NCHRRA

AREA CODE AND TELE. NO.

| REG. OFC. USE ONLY | 35. BEHAVIOR REVIEW (134) | 36. MEDICAL REVIEW (135) | 37. MENTAL HEALTH REVIEW (136) | JOB CORPS CENTER USE ONLY | 38. LOCATOR CODE (137-140) | 39. READING SCORE (RJSI) (141-142) |
|---|---|---|---|---|---|---|
| | 1 ☐ Yes 2 ☐ NO | 1 ☐ Yes 2 ☐ NO | 1 ☐ Yes 2 ☐ NO | 9/13/94 | 4571 | |

000512

WHITE-National Office
GOLDENROD-Screener
YELLOW-Job Corps Center
GREEN-Screener
PINK-Regional Office
CARD-Regional Office
ETA 652 (Oct. 1975)

JOB CORPS CENTER (615) 544-5600

008049

ublished

# STUDENT INFORMATION SHEET

PRINT:

Name (In Full) Christa Gail Pike

SSN 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 D.O.B. 3-10-76 AGE 18

Home Street Address 7828 Tom Pope Lp.

City Cedar Grove State N.C. Zip 27231

Home Phone 919-644-7305 Date of Entry 9-14-94

Height 5 3" Weight 100 lbs. Hair Color Auburn

Color of Eyes brown Sex: Male ______ Female X

Do you need your G.E.D.? ______ Yes X No

If you have been in Job Corps before: Where ______

When ______ How long did you stay? ______

NEXT OF KIN: (Who should we contact in case of emergency?)

Name Carissa Hansen Relationship mother

Street Address 7828 Tom Pope Lp.

City Cedar Grove State N.C. Zip 27231

Telephone: Home 919 644-7305 Work 919 479-4405

ALTERNATE CONTACT (Who should we contact if we cannot reach your next of kin?)

Name Orlando Powell Relationship close friend

Street Address Mama Mia's Pizzaria

City Durham State N.C. Zip ______

Telephone: ~~Home~~ work 919-286-1993 Work 919-286-7138

ROOM NUMBER: 452

I.D NUMBER 3308

000513

# ENROLLEE ALTERNATE CONTACT FORM

This form must be completed with a minimum of three alternate contacts in order for the application to be considered.

Applicant Name: Christa Pihl

Address: 7828 Tom Hope Loop Rd Cedar Grove, NC 27231

Telephone: 919 644 7305

Relative Name: Carrie Ross

Address: Rt. 1 Box 62 Beckley W. VA. 27580

Telephone: 304 252 8810

Relative Name: Alicia Tom

Address: 848 Kinwest Parkway no 206 Irving, TX. 27603

Telephone: 214 869 4418

Friend Name: Tom Wagner

Address: 3709 Orange Grove Rd Hillsborough NC 27278

Telephone: 919 732-6170

Other Name:

Address:

Telephone:

# DISCIPLINARY REPORT

000051

INCIDENT NO. ______

(Please type or use ballpoint pen)

| NAME OF CORPSMEMBER | SSN | DORM | V | S | W |
|---|---|---|---|---|---|
| Christa G. Pike | 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 | 454 | ○ | ⌀ | ○ |

| TYPE OF INCIDENT | PLACE OF OCCURRENCE | TIME | DATE |
|---|---|---|---|
| Shoplifting | Shopping Trip - Watsons | 1715 | 12-10-94 |

DESCRIPTION OF INCIDENT (state circumstances, and details)

C/m Christa Pike was picked up for shoplifting approximatly $83.00 worth of merchandise. KPD phoned Lt. Styles of the incident.

*Will hold until court action taken.

| SIGNATURE AND TITLE OF PERSON FILING REPORT | EXT. | BUILDING | DATE | C.M. SIGNATURE |
|---|---|---|---|---|
| E. Tommy Styles | 333 | G.S. | 12-10-94 | Christa Pike |

## Results of Disciplinary Hearing

(THIS SECTION TO BE COMPLETED BY APPROPRIATE STANDARDS OFFICER)

| UDC | CSO | CSA | DRB | TIME | DATE | CORPSMEMBER PLEA |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | | | ○ GUILTY ○ NOT GUILTY |

RESULTS OF HEARING (Show action taken and/or penalties)

| CORPSMEMBER ADVISED 24 HOUR APPEAL ○ YES ○ NO | | REQUESTED APPEAL ○ YES ○ NO | |
|---|---|---|---|
| SIGNED | DATE | CENTER STANDARDS OFFICER | DATE |

DO NOT MAKE DISTRIBUTION UNTIL ALL SECTIONS ARE COMPLETED

000515

1st copy to CSO 2nd copy to counselor. 3rd copy to RA 4th copy to Corpsmember

# DISCIPLINARY REPORT

U2

000052

INCIDENT NO. ____

(type or use ballpoint pen)

| NAME OF CORPSMEMBER | SSN | DORM | V | S | W |
|---|---|---|---|---|---|
| CHRISTA PIKE | 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 | 420 | ○ | ⊘ | ○ |

| TYPE OF INCIDENT | PLACE OF OCCURRENCE | TIME | DATE |
|---|---|---|---|
| | OFF CTR | 2130 | 11-2-94 |

DESCRIPTION OF INCIDENT (state circumstances, and details)

C/M PIKE ADMITTED SHOPLIFTING AT WALLGREENS CANDY APPROXIMATE VALVE $20.00

| SIGNATURE AND TITLE OF PERSON FILING REPORT | EXT. | BUILDING | DATE | C M SIGNATURE |
|---|---|---|---|---|
| L.A. Chelle | 339 | 621 DALE | 11-2-94 | Christa Pike |

## Results of Disciplinary Hearing

(THIS SECTION TO BE COMPLETED BY APPROPRIATE STANDARDS OFFICER)

| UDC | CSO | CSA | DRB | TIME | DATE | CORPSMEMBER PLEA |
|---|---|---|---|---|---|---|
| ○ | ○ | X | ○ | 10:45 | 11/9/94 | X GUILTY ○ NOT GUILTY |

RESULTS OF HEARING (Show action taken and/or penalties)

30 Days Restriction in conjunction w/ other D.R.

| CORPSMEMBER ADVISED 24 HOUR APPEAL | | REQUESTED APPEAL | |
|---|---|---|---|
| X YES | ○ NO | ○ YES | X NO |

| SIGNED | DATE | CENTER STANDARDS OFFICER | DATE |
|---|---|---|---|
| X Christa Pike | | Beatrice Elder | 11/9/94 |

DO NOT MAKE DISTRIBUTION UNTIL ALL SECTIONS ARE COMPLETED

000516

1st copy to CSO 2nd copy to counselor 3rd copy to RA 4th copy to Corpsmember

008053

# DISCIPLINARY REPORT

INCIDENT NO. ______

(Please type or use ballpoint pen)

| NAME OF CORPSMEMBER | SSN | DORM | V | S | W |
|---|---|---|---|---|---|
| CHRISTA G. PIKE | 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 | 454 | ○ | ○ | ○ |

| TYPE OF INCIDENT | PLACE OF OCCURRENCE | TIME | DATE |
|---|---|---|---|
| | RM 205/KJCC | 1050 | 120894 |

DESCRIPTION OF INCIDENT (state circumstances, and details)

C/M Pike observed exiting room 205/ T. Shipp with T. Shipp.

| SIGNATURE AND TITLE OF PERSON FILING REPORT | EXT. | BUILDING | DATE | C/M SIGNATURE |
|---|---|---|---|---|
| Kevin T. Downs RA | 344 | KJCC | 120894 | Christa Pike |

## Results of Disciplinary Hearing

(THIS SECTION TO BE COMPLETED BY APPROPRIATE STANDARDS OFFICER)

| UDC | CSO | CSA | DRB | TIME | DATE | CORPSMEMBER PLEA |
|---|---|---|---|---|---|---|
| ○ | ○ | X | ○ | | | X GUILTY ○ NOT GUILTY |

RESULTS OF HEARING (Show action taken and/or penalties)

3 WKS RESTRICTION
3 WKS X-DUTY
Move to Multiple Party Room

CORPSMEMBER ADVISED OF 24 HOUR APPEAL X YES ○ NO

REQUESTED APPEAL ○ YES X NO

| SIGNED | DATE | CENTER STANDARDS OFFICER | DATE |
|---|---|---|---|
| Christa Pike | | Bentrice Elder | |

DO NOT MAKE DISTRIBUTION UNTIL ALL SECTIONS ARE COMPLETED

000517

1st copy to CSO 2nd copy to counselor. 3rd copy to RA. 4th copy to Corpsmember

# DISCIPLINARY REPORT

108054

INCIDENT NO. ______

(Use type or use ballpoint pen)

| NAME OF CORPSMEMBER | SSN | DORM | V | S | W |
|---|---|---|---|---|---|
| Christa Pike | 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 | 420 | ☒ | ○ | ○ |

| TYPE OF INCIDENT | PLACE OF OCCURRENCE | TIME | DATE |
|---|---|---|---|
| | 2nd West Rm 204 | 6:00 pm | 10-27-94 |

DESCRIPTION OF INCIDENT (state circumstances, and details)

Conducting a safety & health check in Rm 204. I found Christa sitting in Tadaryl Shipp's bed nuded.

| SIGNATURE AND TITLE OF PERSON FILING REPORT | EXT. | BUILDING | DATE | C M SIGNATURE |
|---|---|---|---|---|
| [signature] RA | 344 | Dale | 10-27-94 | Christa Pike |

## Results of Disciplinary Hearing

(THIS SECTION TO BE COMPLETED BY APPROPRIATE STANDARDS OFFICER)

| UDC | CSO | CSA | DRB | TIME | DATE | CORPSMEMBER PLEA |
|---|---|---|---|---|---|---|
| ○ | ○ | ☒ | ○ | 10:45 | 11/9/94 | ☒ GUILTY ○ NOT GUILTY |

RESULTS OF HEARING (Show action taken and/or penalties)

30 Days Restriction

3 WKS RESTRICTION

CORPSMEMBER ADVISED 24 HOUR APPEAL ○ YES ○ NO

REQUESTED APPEAL ○ YES ○ NO

| SIGNED | DATE | CENTER STANDARDS OFFICER | DATE |
|---|---|---|---|
| Christa Pike | | [signature] Elder | 11/9/94 |

DO NOT MAKE DISTRIBUTION UNTIL ALL SECTIONS ARE COMPLETED

000518

1st copy to CSO 2nd copy to counselor 3rd copy to RA 4th copy to Corpsmember

U.S. DEPARTMENT OF LABOR ★ Employment and Training Administration

**RECEIPT FOR MISCELLANEOUS CASH COLLECTIONS**
*(Complete form by typewriter)*

1. DATE *(Day, month, year)* 14-10-94

2. NAME OF JOB CORPS CENTER KJCC

3. TYPE OF COLLECTION ☑ FINES ☐ OTHER (Explain in Remarks)

4. AMOUNT COLLECTED $5.00

5. COLLECTED FROM: NAME OF CORPSMEMBER *(Last, first, middle initial)*
PIKE, CHRISTA

6. SOCIAL SECURITY NO. 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

7. REMARKS
Safety violation

x Christa Pike

I CERTIFY that I have received the above amount, which sum I will pass to the Accountable Disbursing Officer, Army Finance Center

(RESERVED FOR USE OF DISBURSING OFFICER, AFC)

8. SIGNATURE OF AUTHORIZED OFFICIAL Kentrice R Elder

9. TYPED NAME OF AUTHORIZED OFFICIAL KENTRICE R. ELDER

FINANCE

U.S. DEPARTMENT OF LABOR ★ Employment and Training Administration 008056

**RECEIPT FOR MISCELLANEOUS CASH COLLECTIONS**

*(Complete form by typewriter)*

1. DATE (Day, month, year): 21-10-94

4. AMOUNT COLLECTED: $2.50

NAME OF JOB CORPS CENTER: KJCC

2. TYPE OF COLLECTION: [X] FINES [ ] OTHER (Explain in Remarks)

6. SOCIAL SECURITY NO.: 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

5. COLLECTED FROM: NAME OF CORPSMEMBER (Last, first, middle initial): PIKE, CHRISTA

REMARKS: Smoking Violation X Christa Pike

I CERTIFY that I have received the above amount, which sum I will pass to the Accountable Disbursing Officer, Army Finance Center

(RESERVED FOR USE OF DISBURSING OFFICER, AFC)

8. SIGNATURE OF AUTHORIZED OFFICIAL: Kentrice R. Elder

9. TYPED NAME OF AUTHORIZED OFFICIAL: KENTRICE R. ELDER

FINANCE

# DISCIPLINARY REPORT

UV

008057

INCIDENT NO. ______

(Please type or use ballpoint pen)

| NAME OF CORPSMEMBER | SSN | DORM | V | S | W |
|---|---|---|---|---|---|
| Christa Pike | 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 | | ✓ | ○ | ○ |

| TYPE OF INCIDENT | PLACE OF OCCURRENCE | TIME | DATE |
|---|---|---|---|
| SMOKING VIOLATION | 2nd West Hallway | 6:00pm | 10-18-94 |

DESCRIPTION OF INCIDENT (state circumstances, and details)

I observed Christa standing in 2nd West hallway smoking a cigarette. I have told her several times, she shouldn't be on the male's floor. She is very disrespectful & loves to talk to staff any ways she wants.

| SIGNATURE AND TITLE OF PERSON FILING REPORT | EXT. | BUILDING | DATE | C M SIGNATURE |
|---|---|---|---|---|
| Ms. Betty Bowers, RA. | 344 | DALE | 10-18-94 | |

## Results of Disciplinary Hearing

(THIS SECTION TO BE COMPLETED BY APPROPRIATE STANDARDS OFFICER)

| UDC | CSO | CSA | DRB | TIME | DATE | CORPSMEMBER PLEA |
|---|---|---|---|---|---|---|
| ○ | ○ | ☒ | ○ | | | ○ GUILTY ○ NOT GUILTY |

RESULTS OF HEARING (Show action taken and/or penalties)

$2.50 fine

CORPSMEMBER ADVISED 24 HOUR APPEAL ☒ YES ○ NO

REQUESTED APPEAL ○ YES ☒ NO

| SIGNED | DATE | CENTER STANDARDS OFFICER | DATE |
|---|---|---|---|
| Christa Pike | | Kertrice Elder | 10/21/94 |

DO NOT MAKE DISTRIBUTION UNTIL ALL SECTIONS ARE COMPLETED

000521

1st copy to CSO 2nd copy to counselor 3rd copy to RA 4th copy to Corpsmember

# DISCIPLINARY REPORT

Safety violation

(...or use ballpoint pen)

INCIDENT NO.

| ...OF CORPSMEMBER | SSN | DORM | V | S | W |
|---|---|---|---|---|---|
| Kristal Pike | 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 | | ○ | ⊗ | ○ |

| TYPE OF INCIDENT | PLACE OF OCCURRENCE | TIME | DATE |
|---|---|---|---|
| Random Roof | 2nd floor roof | 4:07am | 10-9-94 |

DESCRIPTION OF INCIDENT (state circumstances, and details)

Second floor area west side. Female was found on roof second floor west side in cubby hole found by R.A. after student was noted to be missing during bed check and seen going into rm 204 (Tadaryl Shipp)

| SIGNATURE AND TITLE OF PERSON FILING REPORT | EXT. | BUILDING | DATE | C.M. SIGNATURE |
|---|---|---|---|---|
| Ineva Jarnigan RA | 344 | DALE | 10-9-94 | Christa Pike |

## Results of Disciplinary Hearing

(THIS SECTION TO BE COMPLETED BY APPROPRIATE STANDARDS OFFICER)

| UDC | CSO | CSA | DRB | TIME | DATE | CORPSMEMBER PLEA |
|---|---|---|---|---|---|---|
| ○ | ⊗ | ○ | ○ | 9:45 | 10/14/94 | ⊗ GUILTY ○ NOT GUILTY |

RESULTS OF HEARING (Show action taken and/or penalties)

$5.00 Fine

2 WKS RESTRICTION

REQUESTED APPEAL ○ YES ⊗ NO

CORPSMEMBER ADVISED 24 HOUR APPEAL ⊗ YES ○ NO

SIGNED Christa Pike

DATE

CENTER STANDARDS OFFICER [signature]

DATE 10/14/94

DO NOT MAKE DISTRIBUTION UNTIL ALL SECTIONS ARE COMPLETED

000522

1st copy to CSO 2nd copy to counselor 3rd copy to RA 4th copy to Corpsmember

Interview with Carissa Hansen, mother
Date: 2/11/96

Christa called Carissa to say Tadaryl wants her to marry him because he thinks this way they will get conjugal visits.

Alicia had Brian's mother arrested after she gave Brian a picture of her and Matt at the beach with both of them in bathing suits. The woman reportedly beat Alicia "real bad." Alicia eventually dropped the charges. Right after Christmas Alicia got custody of Keith voluntarily. Brian was in some trouble, being behind on his rent for a few months and having other bills. He apparently forged a check from work and his employer pressed charges against him and Alicia was able to convince him that she should have Keith.

When asked if Christa hyperventilated, Carissa said she does not remember her doing that. As far back as she could remember, however, Christa would not talk to her if Carissa asked her to do something such as clean her room or do her homework. Instead, Christa would just stare at her, even when Carissa insisted that she talk to her. Christa would stare for hours, eventually going to sleep when Carissa left her alone.

Carissa was not pregnant with Christa when she married Glenn but instead Christa was born two months premature. She thinks the prematurity was triggered after being assaulted at Appalachian Regional Hospital in Beckley, where she was working on the psychiatric unit. A large woman picked her up and threw her. She remembers going through some doors and hitting a metal table. She started spotting almost immediately and was off work for a week but gave birth prematurely.

Alicia and Christa both came to North Carolina with Carissa when she moved here from Beckley with Danny Thompson. Alicia was homesick and attached to friends and cousins in Beckley such that she returned to Beckley after three months. Christa was mostly with her father in the summers for a few weeks, living with her paternal grandmother, for the most part, and also lived with her father for a few weeks after the Steve Kyaw incident.

Christa always seemed to have a need to be locked up. She was given many second chances, and she blew them all. Carissa and Gerard moved to the country when Christa got out of Swannanoa so that she would have a chance. It didn't take long for her friends to find her here and they stole half the Hansens' CDs. Some guy that visited stole Christa's Nintendo and she ended up dating him.

When told Christa dismissed the pornographic pictures she was caught with in school as being a minor incident, Carissa said they were the worse pornographic pictures she had seen in her life and she was very upset by them.

Christa had chlamydia and maybe gonorrhea when she went to Swannanoa. After being released from here she started taking better care of herself where sex was concerned.

Christa grew marijuana and this made Carissa very angry. The summer before she went to the Job Corps she was growing it in her room and Carissa did not know it until Alicia told her that Christa took her pot plants outside for sun. When Carissa came home from work she destroyed them. They were small plants in two pots. Christa was very angry about this. Carissa knows nothing about Alicia growing marijuana as Christa had earlier said. Carissa's mother, Zola, grew marijuana plants in her house and gave them to all her friends. Zola never smoked marijuana herself. Carissa tried to get her father to smoke marijuana as a substitute for using Talwin but he said the pot had no effect on him. At first he was using the Talwin very frequently but eventually cut it back to the point where it was twice a day. He was off the Talwin before his wife died in 1985.

When Alicia was in junior high school she was suspended in ninth grade after a black football player pinched her on the butt and Alicia beat him up. This was the only time she was ever suspended. She was a good student but Carissa tried to never compare Christa and Alicia.

Christa took tap and ballet at age five in Beckley for about a year but did not like it. She took baton about the same time. Her grandmother took her to these activities because Carissa was working.

Carissa's birthdate is December 7, 1951.

Carissa said that Christa has "always" been religious in that "for years" she said she took Christa to a Free Will Baptist Church with her. However, it turned out that this was until Christa was two. She said after this she constantly worked and was not able to take her to church but the paternal grandmother did to some kind of Protestant church. Christa went on her own to a Pentacostal church with her friends, Mandy and Breana, Carissa confirmed.

Despite evidence to the contrary showing that the police were often at their house upon Christa's discharge from the training school, Carissa said that after she and Gerard married that "she did real well."

Carissa said that Christa always took the blame to protect her friends, whether this involved smoking in school, stealing clothes from the store, and so forth.

Carissa described her home as "a continuous battle zone." She said that at one point when Christa lived there with Brian that she found "Christa loves Brian" carved on her coffee table.

When Christa came home for Christmas 1994 prior to the death of Colleen Carissa said that they had a nice visit. Christa brought crystals with her and told her mother she was in a group called Wicca, which is a church that was in touch with the earth, moon, and flowers or "good witches," as Carissa described it. Christa reportedly also told her about gangs at the Job Corps but said she was not in one.

Christa has always been prejudiced against blacks, said Carissa, to the extent that if she saw any in a car she would call them "niggers." She had no idea that Christa dated black men and thought Orlando Powell was just a friend.

Regarding Brian living with them Carissa's regrets were not that she allowed Christa to live with a boy but instead said, "I hate to say it, but Gerard and I told him he had to leave." She said that Christa's friends demolished their home, breaking furniture and windows as well as stealing things from them. She recollects Christa having Brian arrested during a party that turned into a brawl but that later he came back after he apologized to her. Christa was angry with them for making Brian leave and she left with him.

Although Christa denied using crack, apparently at the time she was pregnant she told her mother that she was using crack and "lots of drugs." When Carissa told the doctor she worked for about Christa being pregnant and using drugs he told her it was to the baby's advantage to get an abortion. Christa was not working at the time, being too busy hanging out with friends, said Carissa. She got a J.C. Penney card and charged the maximum, four hundred dollars, and then skipped out to go to the Job Corps.

Carissa said that they were proud of Christa when she entered the Job Corps and bought her a badge that read, "Home is where the heart is. Home Health Care." On the back they wrote, "We're proud of you, Mom and Gerard." She said they had no idea how bad the Job Corps was. When they visited they saw blood on the walls and carpet and writing on the walls. During Christmas Christa told her she was having trouble with one of the girls, Colleen, who would not let her sleep because of holding a box cutter to her throat. Christa brought this up twice. Christa told her parents that she had argued with Colleen and that she was stressed out and tired. Carissa said she told Christa she did not need to go back, that instead she could go to a local community college. Christa reportedly told her that she had already put too much into the Job Corps and wanted to finish. When it came closer to the time to go back to school it seemed that Christa did not want to go but she acted as though she had to finish her schooling and become a nursing assistant. Carissa said, "We were so proud of her for that."

Although Tadaryl called a lot over the Christmas break Carissa never dreamed this was a romance because Christa was so prejudiced against blacks. All she said about Tadaryl was that he was her friend. Christa said a little bag of red crystals were Tadaryl's and that they had lots of power, that Tadaryl could do

things with these crystals. Carissa thought this was eerie and said that Christa had never before shown any interest in this.

During her Saturday morning phone calls Christa apparently told her mother that she had met a friend, Tadaryl. She asked her mother to send church clothes so she could go to church. She told her mother Tadaryl had asked her to go to a Wicca meeting. She reportedly told her sixteen year old cousin, Chris Fotos, that the devil is doing more for her than God ever did.

008064

28

2/11/96 Interview with Gerard Hansen, Stepfather
Date: 2/11/96

Gerard, age 39, was born on 10/18/56. He has known Christa since 1991. He works at Mitsubishi Semi-conductor in Durham, where they make computer chips. He is a senior test operator and has been here seven years. He was married once before for eight and half years and has no children. No criminal charges have been placed against him. He has a four year degree from a technical school in Arnham, Holland called Middle Technical School. He was born and raised in Holland. He came here in 1981 after being an exchange student to the USA in 1977 while he was still in college. He is not yet an American citizen although he considers America to be his home. His parents still reside in Holland and if something happens to them he wants to be able to go back there quickly.

The night of the incident Christa called him at 11:00 P.M. He knows it was this time because the news had just started. He said he will try to get phone records to verify this. Christa was very upset and wanted to talk to Carissa. She at first would not tell him what was happening but eventually said that word was going around the Job Corps that someone had been killed, and security people were all around. She was scared, she said, because she did not know what was going on. She wanted him to come get her but at the time he was still drinking and had had a few beers. He told her to call the next morning if she still wanted to come home and they would go get her. That Saturday he went to work and Carissa called him, very upset. He returned home and they traveled to Knoxville.

Gerard said he always thought he had a very good relationship with Christa. She seemed to see him as someone on her level. He is easy going and she could always ask him for anything. She has a driving permit and he would take her driving. She never saw him as someone trying to break up her family. "We just clicked," he said. They never had any serious relationship problems.

One incident Gerard said he would remember for the rest of his life was when Carissa lived in Flint Ridge Apartments. A friend was visiting him from Holland. Christa had been out during the day and about 4:00 P.M. she wanted to go out again. Her mother said no, they had company. Christa went upstairs in a huff. They heard something falling. Christa had tied her sheets together and put her dresser in front of the door to keep them from entering. By the time they opened the front door, Christa was gone. Carissa called the police, who brought Christa back in about two and a half hours, with Brandie. Brandie sat at the dining room table and the police officer was by the front door. Gerard and his friend sat in the living room with Christa. Suddenly, Brandie ran out the door and the police officer took off after her. After he left Christa started to take off and Gerard grabbed her, lifting her off the floor. She screamed and struggled before sitting down in the living room chair. This was his only run in with her.

Gerard said they had a lot of problems with Christa, who was completely out of control, trying to see how far she could push everyone. She was better at first after Swannanoa until she started hanging out with her old friends again. It wasn't so much her attitude as still wanting to stay out late and not coming home for three or four days. At Swannanoa she could have been out in three months but because of her behavior was there over one and a half years.

When he and Carissa first started dating he kept trying to get Carissa to be firm. He thinks she may have been this way at first and it didn't work so she tried other approaches. At one time he thought about adopting Christa but her father would not sign the papers on time. By the time he signed them and had them notarized and returned to them Christa was over eighteen. Christa was very upset about this and at some point, in 1994, in between her eighteenth birthday and joining the Job Corps, she and Carrie went to her father's house to get some of her things they had promised her, such as her grandmother's rings and some kind of antique furniture.

Gerard said they allowed Christa to live with Brian because they thought it would help her in that if she was going to try this, they would at least be there to keep it under control.

Gerard thinks the incident with Christa pushing Breana down the steps may have been at Breana's house but it could have been at his home.

Gerard said that Christa went to South Carolina with Orlando Powell and several other people, going to the beach. By the end of the day Christa apparently decided she did not want to return home but Orlando had to go to work and he returned. Several days later, Orlando called to say that Christa was in a motel with several carnival people, mostly men. Gerard does not remember how or when Christa returned.

When they filed charges against the man Christa beat up with Mandy, one of the detectives said they all knew Christa because the Hillsborough police were always looking for her. Even Detective Frederick said the best thing Christa ever did was beat up this child molester and reportedly the judge thanked her in court.

Breana was living with Mike and when Breana left, Christa moved in. Gerard thinks Christa was running drugs for someone in Durham, taking them here and there. The cops called their home looking for someone they thought to be a drug dealer. They came to their home perhaps six times, at least once a month, between Christa's discharge from the training school and her entering the Job Corps. They never told them why they were looking for Christa.

Christa very much likes attention. If she knows she has your attention, she talks and talks and talks.

After moving in with them, following training school, Christa would come home late at night after work. She did not have transportation and had to rely on someone to bring her home. Once Gerard remembers her being up all night watching television and then she could not get up the next morning to go to work. She ended up being fired or quitting and going to the Waffle House, where she had the same problem of not always going into work on time.

Christa and Carissa verbally battled quite a bit over trivial things and they were more like sisters than mother and daughter. Gerard often had to intervene.

Christa loves horror movies, as does Carissa.

Carissa never had much of a family life, her father always working.

Interview with Brandie Parker, friend
Date: 2/11/96

Brandie said she was very surprised when she heard about the homicide. She never pictured anything like this ever happening to Christa. Christa was rough, tried to be hard, but she was "real soft to me."

After Brandie had her baby she and Christa did not hang out as much as they used to because Brandie was no longer interested in getting into trouble. Her son is now three. Christa started running around more with Mandy.

Brandie confirmed that she overdosed with Christa when they were in the sixth or seventh grade. Brandie was living with her aunt and uncle at the time and was under a good deal of stress. Her father, who was in the service, had kicked her out and both her parents were living in Louisiana. Brandie guesses that Christa had stress on her too. Both of them had pills on which they overdosed and Brandie ended up in Duke's psychiatric unit for a month after the overdose. She has had no other psychiatric treatment since then and has never attempted suicide since then. Recently Brandie went to court when she was attacked by a patient at the rest home where she was working at the time and apparently defended herself. This was deemed to be self-defense but Brandie did not get her job back. For the past four and a half months she has been assistant manager at a sub shop. She has an eighth grade education and did not fail any grades. She started school late because she was in the hospital most of her kindergarten year due to having spinal meningitis and seizures. She has been fine since the age of ten but before this had numerous hospitalizations because of the seizure disorder. She said that she was close to death three times.

Brandie acknowledged that she has a long record from her juvenile days and that most of this involved running away and truancy as well as the breaking and entering charge with Christa. Brandie is of the opinion that she straightened up her act and obeyed her probation because she got pregnant whereas Christa did not.

When asked about Christa being a prostitute she stated that although Christa was very loose that she does not think Christa would "do it" for money. Whatever Christa did, she said, she did because she wanted to and not because she got paid. She stated that Christa got attached to boys quickly and was used, in her opinion, quite a bit.

Brandie said she begged Christa not to enter the Job Corps. Christa was excited at first about going to the Job Corps because she wanted to make something of herself and make them all proud of her. Soon after entering the Job Corps Christa wrote her a letter telling her she was dating a guy and that she loved him. She called both Brandie and Mandy when they were working at Mama Mia's right after she got to the Job Corps, telling them that there were numerous gangs in

Knoxville. Only a week after being there she called to tell them that she was going to join a gang because they planned on jumping her in the next day or two if she did not join. She told them about them "jumping her in," the initiation rite, with three guys on one side and three guys on the other and beating her for one minute. Her alternative was to be "slept in," which would involve sleeping with all the gang members but this would not gain her as much respect as being "jumped in." After the initiation rite she called to tell them she was all bruised up but that she was okay. At the time, said Brandie, Christa did not even weigh one hundred pounds. The gang was called "Folks," and this reportedly happened only a few weeks after she arrived at the Job Corps. She never really talked much about gangs after that.

Brandie said that she never knew Christa to date any black men because "It's not the kind of thing you do around here." Brandie did not like Christa dating Orlando, a black man, but said nothing about it. Brandie does not know why Christa was so into blacks. She believes this all started when she was at Sheaffer House, where there was a guy who was half black and half white. When Christa was at the training school after Sheaffer House she started putting dread locks in her hair and dressing like black people.

Christa never talked to her about religion in her letters and phone calls to Brandie. They would joke sometimes about having their own religion.

During the Christmas break before the homicide Christa never mentioned to Brandie that she was afraid. She did say that there was a girl there that had been messing with her and had put a knife to her throat. She acted stressed out, as though she was tired of the Job Corps and did not want to be there, and would be glad when her training program was over. She also told Brandie that she had been in some kind of fight and was having disciplinary problems.

For most of the holiday Brandie did not believe that Christa would actually go back to Knoxville but she and Orlando ended up taking Christa to the bus station. Christa appeared like she felt she had to go back because Carissa and Gerard seemed to feel it was helping her and were proud of her. Christa hardly talked at all about Tadaryl and Brandie speculates this is because Christa knew she would not approve of her seeing a black man.

Christa has a very short and explosive temper, said Brandie, but she and Christa have never hit each other. They have argued and cussed each other out over the telephone. Brandie has seen Christa in fights with males and females. Once her buttons are pushed, said Brandie, it's over. Brandie has always been there to calm her down and lots of times could calm Christa down before she exploded. Brandie said that she herself explodes in this manner so she understands how Christa is.

Brandie said she has been friends with Christa for seven or eight years, from the time when Carissa and Steve Kyaw lived together.

Christa dated Willie Davis, the man with whom Brandie now lives. Willie apparently also dated Breana at the same time he was dating Christa and would call Brandie to say, "What am I going to do?" about being caught between two girls. Mike apparently saw Christa before Breana started seeing him. Breana and Christa reportedly were always into each other's boyfriends. One weekend Christa told Mike she was going to West Virginia and he told her that he was going to go out with Brandie. She reportedly told him, "You better not!" He did so anyway and it was at this point that he started seeing Brandie regularly. This did not interfere with the friendship between the two girls.
Said Brandie, "Christa always picks up losers." When she lived on the streets with Brian, Brandie tried to get Christa to live with her but would not allow Brian to live there also. Brandie would bring Christa clothes, coats, shoes, makeup, and a hair brush when Christa lived on the street, meeting her at the mall, for example, to give her these items. Sometimes she would bring Christa to her house so she could take a shower.

Brandie said Christa was really in love with Orlando. She cared for him a lot. Christa knew that he had a regular girlfriend but would have done anything for him anyway. When she got attached to someone, she would do anything in the world for you but if she was not attached, she could hurt you. However, Brandie never thought she could actually kill anyone.

Christa has had a hard life. She was a sweet, innocent girl on the one hand but she had a painful side of her as well that reminds Brandie of herself. Christa and she were one, she said. Their hair was the same and when you looked at Christa, you saw Brandie.

Brandie believes that Christa probably started drugs at about the age of twelve or thirteen. She does not know for sure when Christa first started with drugs but at age twelve or thirteen was when they started using together. This included marijuana and pills as well as huffing Renuzit. As far as she knows, they invented huffing Renuzit. She said that after they did it that everyone did it.

Brandie said that she and Mandy were never close. All she would really say is that they do not view things the same way. When they worked at Mama Mia's together after Christa left here they started hanging out together a little bit. She acknowledged that at this restaurant they got paid with money as well as with marijuana, as Christa had earlier said.

Brandie confirmed that Christa loves attention and tried to look hard in order to get attention. She would try to be someone she wasn't, to look powerful, standing up to you and making you afraid of you so that you would show her respect. She did not like it if people looked at her the wrong way.

One of the most surprising things to Brandie was when Christa and Mandy "beat the hell out of that boy." This was something that Brandie had not expected. Brandie said someone always has to be there with Christa to egg her on because she has to have that attention and she has to look big.

In school, said Brandie, she herself was the bully. She threw chairs and beat up teachers because she needed the attention. Now that she has had her child it has settled her down.

Brandie talked about Christa being raped when she was visiting her in Carrboro, North Carolina. She was walking to the phone at 2:00 A.M. to call Brian because they had had a fight and he had left. When she came back to the house with her pants and shirt ripped open Brandie took her to the hospital. Brandie did not know about the rape that happened in the trailer park when Christa was much younger. She did, however, tell Brandie about Steve Kyaw hitting her, telling Brandie that he often would beat her. She talked to Brandie about chasing after him with a knife when he struck her in front of everyone outside. She really hated him, said Brandie.

Christa has told Brandie that her father cares nothing about her. Her stepmother accused Christa of molesting the children and did not want her around. Christa expressed a lot of hurt about this. She said her father never did anything for her. After her grandmother died she wanted her rings but she did not get them until later.

On the other hand, said Brandie, Christa really loves Gerard and talks highly of him. She used to talk about Danny Thompson but never really said much about him. She never says much about Alicia. Brian, Alicia's ex-husband, "beat the hell out of her" when she had a party and had several coolers full of alcohol. Brian came in and "went off," hitting Christa in the nose and telling all of them to leave.

Carissa could never leave Alicia alone at the house because if she did leave, Christa would throw a party. Nobody was going to control either of them, said Brandie.

Brandie and Breana never liked each other because of Willie. When Breana was living with Christa and her family Christa called her to come and get her things. Breana and Brandie got into a fight upstairs and Gerard had to break it up. At first Gerard and Carissa told Brandie not to come over anymore until they realized that Breana was in the wrong because of Willie having made a choice in favor of Brandie.

Christa often took the blame for a lot of people for a lot of stuff, said Brandie. She would take all the blame for Brandie in order to keep her out of trouble. It

did not bother her to do so if she thought it would help someone she cared for because that's how she is. Brandie still cannot believe that the homicide was all Christa's doing although she can believe Christa was a part of it. Christa always has to be center stage and Brandie figures that the way Christa looks at it is that it is done and it's over and does not matter who takes the blame now. She also speculates that Christa's position is to "look big" and be on camera if she thinks it is going to make her somebody and if someone is going to read about it because that means they will have to take the time and the attention to read about her. Christa knows she is in trouble, said Brandie, and she knows that this is big time. She knows that she is not going to get out of it but she figures it is done and over with. A man that she cared about could talk her into doing anything for him. She would let herself be nailed for it just to make him happy. Brandie has tried to talk to her about this in her letters but Christa keeps telling her that it is over anyway and she cannot get out of it. She tells Brandie that she is often depressed and frequently cries. If she had been there, said Brandie, she could have kept it from happening. She regrets that she was not able to keep Christa from returning to Knoxville.

Brandie said Christa always does these things for someone else, putting herself in dangerous situations. For example, with the Beth Brown incident, had Orlando Powell not been there Christa would probably not have kicked in Beth's door and it would not have been as bad as it apparently was.

Interview with Willie Davis, friend
Date: 2/11/96

Willie said he has known Christa for five or six years. He described her as wild and outgoing as well as sometimes sensitive. She is very promiscuous, he said. When they were going together they would smoke pot, drink alcohol, and shoot pool. Christa would do anything, he said, and sometimes was fun to be with.

Christa, said Willie, was always trying to show how bad she was. She was always wanting to beat people up, even though she was so little. It was because of her small size that he was not really intimidated by her. She often got into physical fights with boyfriends. One time a boyfriend said something to make her mad and Christa hit him and threw his things out of their motel room, later saying that she said things that she wished she had not said. When she goes off, said Willie, she loses it. He is surprised, however, she went as far as the homicide. On the other hand, he said she has a part inside of her that is caring and sweet. He did not really want to commit himself to a relationship because she was so wild that he did not think that he could trust her to be faithful.