**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **CHRISTA GAIL PIKE** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:12-CV-35** |
| | ) | **DEATH PENALTY CASE** |
| **DEBRA JOHNSON, WARDEN** | ) | |
| | ) | |
| **Respondent.** | ) | |

---

**ADDENDUM 6**

**DOCUMENT 7**

---

Julie



FILED (5)
APR 07 2009
Clerk of the Courts
Rec'd by

STATE OF TENNESSEE VS.
CHRISTA PIKE

CASE NO 68280 EXHIBIT NO. 1-E

DATE 1-29-07 ID ✓ Evd

# 43

Interview with Carissa Hansen
Date: 2/27/96

Carissa called to give me the phone numbers and addresses to get medical records on Christa. She was born at Beckley Appalachian Regional Hospital, phone number 304-255-3000. She was transferred to the Charleston Area Medical Center, phone number 304-348-5432. The tonsillectomy was at Bluefield. Christa is over eighteen and needs to sign her own release.

Carissa confirmed that Christa used to steal her car and drive it around at night. Carissa said she never knew this but that Gerard told her a little while ago. He realized she was doing this because Carissa's car would be in a different place from where she had left it the night before. He did not tell Carissa about this because he was trying to be a friend to Christa. This occurred after she was at Swannanoa.

Carissa said Christa would steal her ATM card at night when she was asleep before she went to Swannanoa and steal the maximum, usually a hundred dollars at a time such that Carissa's checks would bounce.

Carissa said she does not really believe the second rape happened either. Christa did not seem bruised or battered to her. Alicia does not believe the first rape happened because when she came home that day Christa was sitting on the sofa and acting as though everything was fine.

Clinical Interview with Christa Pike
Date: 2/28/96

Christa said that one of the female inmates broke into a med cart and there were pills lying all over the floor, and Christa took several of them. She said six in all were involved and three were sent to Baptist Hospital, including Christa, to have their stomachs pumped, and three went to St. Mary's for this purpose as well as to have blood drawn at both hospitals. This was two weeks ago. Christa is in lock-down for thirty-five days. This is the fourth time she has been in lock-down in about a year.

Christa acknowledged that Tadaryl asked her to marry him so they could have conjugal visits. When asked if she is a lesbian at this point Christa at first was very indignant before saying that she was not "extremely sexual" with Candy and that all they did was kiss.

Christa clarified for me that she had two necklaces that the detective took from her, hooking the pentagram necklace that Tadaryl gave her to the other necklace that he gave her that has a wizard and a crystal on it.

Christa said she never went to church with the friend who asked her to go. Her mother did send her clothes, but she still did not go.

I asked Christa to tell me what chi means and she said, "It's your aura." I asked her what aura is and she responded, "Just, like, energy your body puts off that's in your space." She said it has no color.

Several weeks after Christa got to the Job Corps she said that she asked a friend, Paul, to look at his Satanic Bible. She said she did not read the whole thing but what she does recall is that it said something about indulgence instead of abstinence. Pam, one of the girls in the six person room where Christa was staying at the time, threw this bible off the balcony. She apparently had gone through Christa's things and found it.

I asked Christa about whether she engaged in any kind of occultism or Satanism at Swannanoa. She said she had "a little boyfriend" there who would write to her and put the number "6" all over his letters.

Christa said that when she was little Alicia had four of her friends over. She asked her if Christa wanted to come in and play. She said Christa had to put one hand on one part of the door frame, one hand on the other, and her toes on a certain line, whereupon she proceeded to slam the door and slammed Christa's hands and toes in the door. Christa said Alicia did mean things to her all the time.

When asked about being cruel to animals she stated that once when she was visiting someone this cat kept coming around and riling up the dogs and scratched her foot such that she picked it up by its tail and slung it across the road. This is the only time she was ever cruel to cats, she said, and Alicia was not there to see it.

Christa said she came back after Christmas to the Job Corps both because she wanted to finish the program as well as because she missed Tadaryl. Although she wanted to finish the program, she said she did not really think she would make it because it just dragged on. She had a nursing class that was just crammed with everything. One day they would study something and the next day they would study something else and it was hard for her to keep things straight. Before she left the bus stop in West Virginia she called Tadaryl and at that time he told her he had something to tell her. He would not tell her what it was and got her very anxious such that at every bus stop between West Virginia and Knoxville she called and tried to get out of him what he had to tell her. When she finally got to Knoxville and he told her about spending time with Isha she said that he should have told her in West Virginia so she would not have had to come back. She said that although they worked it out she still had feelings about this. This was in addition to other things that were going on at the time, such as being busted back to a six person room before Christmas and Colleen giving her so much grief. She acknowledged that she was really in a bind because she did not know what she was going to do. She really had not thought through what would happen were she to flunk out of school, how she would still be able to be with Tadaryl. She said that she had lost quite a bit of status compared to how things had been earlier, when she first got there.

Her response to the situation was to sleep a lot, which she said she does when she is depressed. She started this after she got back from Christmas break around January 3 or 4, going to bed at 8:00 or 9:00 P.M. whereas usually she is in bed around midnight or 1:00 A.M. She was sleeping later on weekends than she usually did and napping after lunch, which she never did. Tadaryl thought that she was pregnant. She even fell asleep in her nursing class. She was irritated and frustrated about everything and said she really does not understand why.

Christa saw similarities between Tadaryl's love and Grandma Pikes. She said she always wanted someone to care about her the way Tadaryl did and when he came along she thought she finally had gotten what she was looking for.

Christa acknowledged that she does steal quite a bit and that she has been stealing for as long as she can remember. When she was five years old her father gave her fifty dollars to give to her mother, one of the few times she remembers him paying her child support. She and Alicia split the money and went to the mall. On the way back each girl confided that they had stolen quite a bit more and this is the first time Christa remembers stealing.

Christa does not remember much about Dr. Straw, including how long she talked to him.

Christa said she feels badly about all that Colleen went through and said she realizes that what she did was wrong.

Christa can only remember being fired from the Waffle House.

Christa said she has a tendency to stare and think, tuning things out. When she is like this she does not know what is going on around her because she is totally inside of herself unless someone around her makes some kind of drastically loud noise.

Christa said she only used crack three or four times and did not use it when she was pregnant. She said that she was never "on it" and that her mother blew the whole thing out of proportion.

Christa acknowledged that she slept with her grandmother until she died. She tearfully said that she wishes she had been with her grandmother when she died. Her grandmother, apparently, had moved in with her son. "That hurt me real bad," said Christa, that she was not there for it. She said that they did not want to take her out of school to have her just go sit until her grandmother died. She said she still is not able to talk about it.

When asked about her promiscuity Christa was able to acknowledge that what she had told me earlier was not an exhaustive list. She said that she probably has actually had about twenty sexual partners.

Christa remembers taking dance and baton with her mother in West Virginia. She did not actually move to North Carolina until she was seven.

Christa did not really like Swannanoa but said that she found it very stable and routine and that this was comforting. She has the insight that she deliberately would mess up when it was time for her to go home because she was afraid "I'd screw up real bad, hanging around the same people" if she went home and she said she did not want to loss the stable routine. She said that she did not like it and it really didn't help her but she knew it was good for her. It is for this reason that she is not really worried about going to prison in the future.

Regarding the story Gerard told about Christa going to the beach and not coming back for several days because she was living with carnival people, Christa said that she went with Leroy Carroll, Kenny Andrews, and two other females. The men returned but the three females stayed in a motel room with two guys who worked at the carnival. One of the other girls, Christa said, was having sex with

one of the men but for the most part they just had a free place to stay and got into the carnival every day for free while going to the beach.

Christa acknowledged that she was running drugs for someone in Durham, crack and cocaine, after she left Sheaffer House and before she went to Swannanoa when she was fourteen or fifteen. She said she took it from place to place as a transporter but did not sell it. She said she did not actually get paid per drop but had money whenever she needed it as well as nice jewelry and clothing. The last time she used crack was Christmas break before she returned to the Job Corps.

Tadow is Tadaryl's nickname.

Christa said when she was between nine and eleven she and Alicia had a big fight because Alicia tried to make her do the dishes. Christa picked up a knife and Alicia took after her with a broom and was able to restrain Christa because she was so much bigger and stronger.

Christa said she has taken money from her other's purse but denied that she took her ATM card. Before going to Swannanoa, when she was fifteen, she took her mother's car a few times at night.

Christa said that she actually complained to her mother several times about Danny Thompson's physical abuse of her and not just once, as her mother said.

Christa became very frightened when asked to discuss the gang situation. She denied that she was either jumped-in or slept in but instead said she got in through Tadaryl, who had his own initiation rite with her. She said it was a three hour period of rough sex which involved him pulling her hair and scratching her. She said she kind of liked it and that they never again had sex this rough. She said the purpose was to get her in, "to make me his queen."

North Carolina Department of Human Resources
DIVISION OF YOUTH SERVICES
705 Palmer Drive
P. O. Box 29527
Raleigh, North Carolina 27626-0527
State Courier 56-20-08

James B. Hunt Jr., Governor
C. Robin Britt, Sr., Secretary

Gwendolyn C. Chunn, Director
919/733-3011
Fax: 919/733-1045

February 20, 1996

Diana McCoy, Ph.D.
200 Midlake Drive, Suite C
Knoxville, TN 37918

Dear Dr. McCoy:

Enclosed please find a photocopy of the juvenile records of CHRISTA GAIL PIKE.

Sincerely,

Pat Hall

Patricia B. Hall
Intake/Records Officer



An Equal Opportunity/Affirmative Action Employer

BLACK MOUNTAIN CENTER PHARMACY
BLACK MOUNTAIN N. C. 28711

Telephone 704-669-3131 0082601

DEA # AE3299496

Name JEC Staff + Students

Address

Date 9/28/92

Influenza vaccine
A+B
Give as directed

[signature] M.D.
Product Selection Permitted

M.D.
Dispense as Written

Label ☐

Refill ______ Times

---

BLACK MOUNTAIN CENTER PHARMACY
BLACK MOUNTAIN N. C. 28711

Telephone 704-669-3131

DEA # AE3299496

Name

Address

Date

[illegible]

M.D.
Product Selection Permitted

M.D.
Dispense as Written

Label ☐

Refill ______ Times

000671

NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES
DIVISION OF YOUTH SERVICES

000672

## AUTHORITY FOR MEDICAL/SURGICAL TREATMENT

| SCHOOL: JEC | LOCATION: |
| --- | --- |
| STUDENT: Christa Pike | ID NUMBER: |

I HEREBY AUTHORIZE THE PHYSICIAN OR PHYSICIANS IN CHARGE OF THE CARE OF THE ABOVE NAMED INDIVIDUAL TO ADMINISTER ANY MEDICAL TREATMENT; OR TO ADMINISTER SUCH ANESTHETICS; OR PERFORM SUCH SURGICAL PROCEDURES AS MAY BE DEEMED NECESSARY OR ADVISABLE IN THE DIAGNOSIS AND TREATMENT OF THIS INDIVIDUAL DURING HIS/HER PERIOD OF COMMITMENT TO THE NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES, DIVISION OF YOUTH SERVICES.

12-23-91
DATE

[illegible]
SIGNATURE

Mother
RELATIONSHIP TO STUDENT

NOTE: IN THE CASE OF A MINOR, AUTHORIZATION MUST BE SIGNED BY NEAREST RELATIVE OR GUARDIAN.

DYS 3501 (REV. 10/77)

008232

North Carolina

# Division of Youth Services

Raleigh

## CERTIFICATE OF DISCHARGE

This is To Certify That

CHRISTA GAIL PIKE

*STUDENT*

Is Discharged From Further Supervision of The

JUVENILE EVALUATION CENTER

*SCHOOL*

This 9 day of MARCH 19 93

*Director*

DYS-0018 (1/78)

000673

STATE OF NORTH CAROLINA

Orange County

008233

C-Clerk

File No. 91 J 104

In The General Court of Justice
District Court Division

In the Matter of

Name of Juvenile
nrista Gail Pike

Date of Birth
3/1/76

Age
15

Address
600 South Churton Street

City, State, Zip
Hillsborough, NC 27278

Date of Hearing
November 14, 1991

# JUVENILE DISPOSITION AND COMMITMENT ORDER

Copy

G.S. 7A-652

This case came on for disposition, the above juvenile having been found within the juvenile jurisdiction of the Court as delinquent.

The following persons were present for the hearing: juvenile, mother, Carrie Clemons-Social Worker, Kella Hatcher-District Attorney, Peggy Hamlett-Court Counselor

Name of Attorney at Law Who Represented the Juvenile
Matthew Martin

After considering the evidence, the Court finds: The Court adopts the November 14, 1991, Court Report as findings in this matter. The Court also finds that since her last court date she has violated all but the first and last term of her probation. On Sept. 30, 1991, she ran away and returned on Sept. 31st. She ran away a 2nd time on Oct. 13, 1991, and returned on Oct. 14th. She ran away again on October 14th and did not return until the 24th of October. She has not attended school but 4 days since school started.She has not cooperated with the school rules and she has been very and insulting to the school administration. She has not kept her appointments with her Court Counselor nor as she cooperated with Peter Kramer. On October 8th she had a party at her home when her parents left. There was lcohol present at this party, which she abused. The juvenile is out of control. She has not cooperated at home, at school or with her Court Counselor. The juvenile has proved that she can not be helped through the probation mode.

The juvenile was placed on probation on 9/26/91 for being in violation of G.S. 14-72(b)(2).

The Court further finds that the juvenile meets each of the following criteria for commitment to the Division of Youth Services, Department of Human Resources, specifically that:

x (1) The juvenile is delinquent and is ten years of age or older;

x (2) The juvenile has not or would not adjust in his own home on probation or while other services are being provided;

(3) Community residential care has already been utilized or would not be successful or is not available;

x (4) The juvenile's behavior constitutes some threat to persons or property in the community;

The alternatives to commitment as contained in G.S. 7A-649 have been attempted unsuccessfully or are inappropriate.

-J-503
ev 7/82.

OVER

A TRUE COPY
CLERK OF SUPERIOR COURT
By C Clert
Deputy Clerk Superior Court

File No.
91 J 104

**STATE OF NORTH CAROLINA**

Orange County

In The General Court of Justice
District Court Division

In the Matter of

Name of Juvenile
.hrista Gail Pike

Date of Birth
:/1/76

Age
15

Address
.00 South Churton Street

City, State, Zip
Hillsborough, NC 27278

Date of Hearing
November 14, 1991

# JUVENILE DISPOSITION AND COMMITMENT ORDER

G.S. 7A-652

This case came on for disposition, the above juvenile having been found within the juvenile jurisdiction of the Court as delinquent.

The following persons were present for the hearing: juvenile, mother, Carrie Clemons-Social Worker, Kella Hatcher-District Attorney, Peggy Hamlett-Court Counselor

Name of Attorney at Law Who Represented the Juvenile
Matthew Martin

After considering the evidence, the Court finds: The Court adopts the November 14, 1991, Court Report as findings n this matter. The Court also finds that since her last court date she has violated all but the first and last term c ier probation. On Sept. 30, 1991, she ran away and returned on Sept. 31st. She ran away a 2nd time on Oct. 13, 1991, d returned on Oct. 14th. She ran away again on October 14th and did not return until the 24th of October. She has ot attended school but 4 days since school started. She has not cooperated with the school rules and she has been very ude and insulting to the school administration. She has not kept her appointments with her Court Counselor nor as she cooperated with Peter Kramer. On October 8th she had a party at her home when her parents left. There was lcohol present at this party, which she abused. The juvenile is out of control. She has not cooperated at home, t school or with her Court Counselor. The juvenile has proved that she can not be helped through the probation mode.

The juvenile was placed on probation on 9/26/91 for being in violation of G.S. 14-72(b)(2). and G.S. 14-54(b).

The Court further finds that the juvenile meets each of the following criteria for commitment to the Division of Youth Services, Department of Human Resources, specifically that:

x (1) The juvenile is delinquent and is ten years of age or older;

x (2) The juvenile has not or would not adjust in his own home on probation or while other services are being provided;

x (3) Community residential care has already been utilized or would not be successful or is not available;

x (4) The juvenile's behavior constitutes some threat to persons or property in the community;

x (5) The alternatives to commitment as contained in G.S. 7A-649 have been attempted unsuccessfully or are inappropriate.

000674

STATE OF NORTH CAROLINA A TRUE COPY

CLERK OF SUPERIOR COURT 000238

By [signature]

Asst. Deputy Clerk Superior Court

Orange County

In The General Court of Justice
District Court Division

In the Matter of

Name of Juvenile
Christa Gail Pike

Date of Birth
3/1/76

Age
15

Address
600 S. Churton Street

City, State, Zip
Hillsborough, NC 27278

Date of Hearing
9/26/91

AMENDED

# JUVENILE ADJUDICATION ORDER

G.S. 7A-637

This case was heard at a session for juvenile hearings on a Petition alleging the above named juvenile or juveniles to be as follows:

Allegation
G.S. 14-54(a); G.S. 14-72(b)(2)

The following persons were present at the hearing: juvenile, mother, Carrie Clement-Social Worker, Kella Hatcher-District Attorney, Donnie Phillips-Intake Counselor, Inv. Ned Thorpe(OCSD)-petitioner

In the adjudication part of the hearing, the Court finds as indicated below:

☒ 1. That the juvenile or juveniles were represented by an attorney at law:

Name of Attorney(s)
Matthew Martin

OR:

☐ 2. That the proceeding did not involve alleged delinquency and the parties were advised of their right to counsel and waived their right to such counsel.

3. That the parties received adequate notice of the facts alleged in the petition so that they knew the nature of the proceeding and had an opportunity to prepare for the hearing; and
4. That the parties had their right to confront and cross-examine witnesses explained to them; and
5. That the parties were informed of their privilege against self-incrimination.

Based on the evidence presented, the Court finds that the following facts have been proved

☒ beyond a reasonable doubt (for delinquent matters), or
☐ by clear and convincing evidence:

that on or about the 3rd day of September, 1991, the juvenile did unlawfully and willfully break or enter a building which was the property of White Cross Recreation Assoc., and did unlawfully and willfully steal, take and carry away assorted food items, the personal property of White Cross Recreation Association, having a value of $5, pursuant to the commission of breaking and entering. The Court reduces both felony charges to a misdemeanor.

AOC-J-500
Rev. 5/87

—OVER—

008236

STATE OF NORTH CAROLINA

Orange County

Juvenile Services Division

File No. 91 J 201

District 15-B

SECTION I

## SOCIAL HISTORY INFORMATION

| Field | Value |
|---|---|
| Name And Address Of Juvenile | Christa Gail Pike, 600 South Churton Street, Hillsborough, N. C. 27278 |
| Phone No. | 732-8769 |
| Legal Custodian | Carissa Fotos |
| Phone No. | S/A |
| DOB | 03-01-76 |
| POB | |
| Prob. / P.S. / T.S | [x] Prob. [ ] P.S. [x] T.S |
| Sex | F |
| Race | W |
| Weight | 100 |
| Height | 5'2" |
| Beginning Date Of Supervision | 9-26-91 |
| Ending Date Of Supervision | 9-26-92 |
| Hair | Auburn |
| Eyes | Brown |
| Complexion | Freckles |
| Social Security No. Of Juvenile | 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 |
| Other Identifying Marks | Scars on forehead - went through windshield |
| School | Stanford |
| Grade | 8 |
| Other | |

Directions To Residence: Take Old 86 South - take right at Exxon Pantry, left onto Murdock - take 1st left into apartments - Building 20, Apartment 28

SECTION II

FAMILY INFORMATION:

| | Natural Mother | Natural Father | Step-Parent | Significant Adult |
|---|---|---|---|---|
| Name: | Carissa Fotos | Glenn Pike | ~~Kathy Pike~~ | |
| Address: | S/A | Rt. 9, Box 78-B Beaver, WVA | | |
| Marital Status: | re-divorced | re-married | | |
| DOB: | 12-07-51 | 07-07-47 | | |
| Health: | good | fair - hypertension - exposed to Agent Orange | | |
| Employer/Shift: | LPN Durham Regional Hospital | | | |
| Employer Phone No. | 470-7337 (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) | | | |

MEMBERS OF HOUSEHOLD/SIGNIFICANT PEERS:

| Name | Relationship | Age | School/Occupation | Other Information |
|---|---|---|---|---|
| ~~Car~~ Carissa Fotos | mother | 39 | 1 yr. college - Beckley, WVA; 1 yr. LPN - Durham Gech - nurse | |

AOC-JA-8
Rev. 10/86

000676

## SECTION V

**MEDICAL INFORMATION:**

| Insurance Company | Policy No. | Medicaid |
|---|---|---|
| Kaiser | 0145-00 - ID 113791-01 | ☐ Yes ☒ No |

| Name And Address Of Child's Physician | Name And Address Of Child's Dentist |
|---|---|
| Dr. Singer<br>101 East Corbin Street<br>Hillsborough, N. C. 27278 | Dr. Dobson |
| Phone No.<br>732-8131 | Phone No. |

☐ Allergies ☐ Diabetes ☐ Epilepsy ☐ Glasses ☐ Head Injury ☐ Heart Disease

Speech/Hearing Defects ☐ Yes ☒ No — V.D. ☒ Yes ☐ No

Current Medications ☐ Yes ☒ No — Release Of Information Form ☒ Yes ☐ No

OTHER: Diagnosed 11-12-91 with Chlamydia and treated with gardnerilla and metrondazole 2 gm. For more information see Mental Health Information. Diagnosed 11-16-91 with Chronic sinusitus while at Durham Youth Center and is taking antibiotics. She is on birth control.

## SECTION VI

COURT HISTORY: (Includes Dates Of Offenses And Dispositions And Updates):

9-26-91 - Adjudicated delinquent misdemeanor BEL - placed on probation one year.

11-14-91 - Motion for Review - found in violation of Probation.
Disposition - juvenile to be committed to the North Carolina Department of Human resources, Division of Youth Services for an indefinite period of time.

RECOMMENDATIONS TO THE COURT: Terms:

(1) She is not to violate the law.
(2) She is to go to school regularly, not skip classes and obey school rules.
(3) She is to stay at home and not leave unless she has her mother's expressed permission.
(4) She is to cooperate with the Court Counselor's Office.
(5) She is to cooperate in regard to any assessment that may be recommended for her.
(6) She is to cooperate with Howard Lee.

STATE OF NORTH CAROLINA

91 J 104

Orange County

008238

In The General Court of Justice
District Court Division

In the Matter of

Name of Juvenile

Christa Gail Pike

Date of Birth

3/1/76

Age

15

Address

600 S. Churton Street

City, State, Zip

Hillsborough, NC 27278

Date of Hearing

9/26/91

AMENDED

# JUVENILE ADJUDICATION ORDER

G.S. 7A-637

This case was heard at a session for juvenile hearings on a Petition alleging the above named juvenile or juveniles to be as follows:

Allegation

G.S. 14-54(a); G.S. 14-72(b)(2)

The following persons were present at the hearing: juvenile, mother, Carrie Clement-Social Worker, Kella Hatcher-District Attorney, Donnie Phillips-Intake Counselor, Inv. Ned Thorpe(OCSD)-petitioner

In the adjudication part of the hearing, the Court finds as indicated below:

[X] 1. That the juvenile or juveniles were represented by an attorney at law;

Name of Attorney(s)

Matthew Martin

OR:

[ ] 2. That the proceeding did not involve alleged delinquency and the parties were advised of their right to counsel and waived their right to such counsel.

3. That the parties received adequate notice of the facts alleged in the petition so that they knew the nature of the proceeding and had an opportunity to prepare for the hearing; and
4. That the parties had their right to confront and cross-examine witnesses explained to them; and
5. That the parties were informed of their privilege against self-incrimination.

Based on the evidence presented, the Court finds that the following facts have been proved

[X] beyond a reasonable doubt (for delinquent matters), or
[ ] by clear and convincing evidence:

that on or about the 3rd day of September, 1991, the juvenile did unlawfully and willfully break or enter a building which was the property of White Cross Recreation Assoc., and did unlawfully and willfully steal, take and carry away assorted food items, the personal property of White Cross Recreation Association, having a value of $5, pursuant to the commission of felonious breaking and entering.

misdemeanor

000678

AOC-J-500
Rev. 5/87

—OVER—

STATE OF NORTH CAROLINA 008239

File No. 91201

Orange County

In the General Court of Justice
District Court Division

In the Matter of:

Name of Juvenile
Christa Gail Pike

Name of Petitioner
Ned Thorpe, Investigator OCSD

Juvenile's Date of Birth
03-01-76 3/10/76

Age
15.5

Juvenile's Address
600 S. Churton Street

City, State Zip
Hillsborough, N. C. 27278

# JUVENILE PETITION

G.S. 7A-533;-560

Offense or Condition

- [x] Delinquent
- [ ] Undisciplined
- [ ] Abused
- [ ] Neglected
- [ ] Dependent

I have sufficient knowledge or information to believe that a case has arisen which invokes the juvenile jurisdiction of the court, and therefore allege that:

1. The above named juvenile is within the age of jurisdiction, or was at the time of the offense or condition, and resides in the district at the address shown above, or was found in the district as alleged herein.

2. The names and addresses of the juvenile's parents or guardian or custodian or caretaker are as follows:

| NAME | RELATIONSHIP OR TITLE | ADDRESS |
|---|---|---|
| Carissa Fotos | mother | same as juvenile |
| | | |
| | | |

3. The following offense(s) or condition(s) is/are alleged:

That the juvenile is a delinquent juvenile as defined by GS 7A-517(12) in that at and in the county named above and on or about the 3rd day of September, 1991, the juvenile did unlawfully, willfully and feloniously break or enter a building which was the property of White Cross Recreation Association, located on White Cross Road, Chapel Hill, N. C., with the intent to commit a felony therein, to wit: Larceny, in violation of GS 14-54(a).

And on or about the date of offense shown and in the county named above, the juvenile did unlawfully, willfully and feloniously steal, take and carry away assorted food items, the personal property of White Cross Recreation Association, having a value of $5.00, pursuant to the commission of felonious breaking and entering described in the charge above, in violation of GS 14-72(b)(2).

000673

AOC-J-100

(See reverse side for additional allegations)

**STATE OF NORTH CAROLINA** 008240

File No. 91 J 104

Orange County

In the General Court of Justice
District Court Division

In the Matter of

Name of Juvenile
Christa Gail Pike

Date of Birth: 03-01-76 | Age: 15

Address: 600 South Churton Street

City, State, Zip: Hillsborough, N. C. 27278

# MOTION FOR REVIEW

G.S. 7A-664

Name of Movant: Peggy Hamlett

I request the Court to hear and further consider the case of the juvenile named above, as to whom the Court is exercising continuing jurisdiction, and as ground for such motion, show the Court:

**Facts and Circumstances Indicating Need for Review**

That the above-named juvenile was adjudicated by the Court on September 26, 1991 to be a delinquent juvenile as defined by GS 7A-517(12). That as a result of said adjudication, the juvenile was placed on probation subject to conditions imposed by the Court. That in the county named and on or about the 26th day of September 1991, the juvenile violated the conditions imposed by the Court by (1) Running away from home on several occasions, the first being on September 30, 1991, with her returning the next day; the second runaway occurring on October 13, returning October 14; the third time she left October 14th and returned October 24th. (2) Not attending school - has been present only 4 days since school started. (3) Has not kept any appointments with her court counselor. (4) Has not cooperated with counseling through Mental Health with Peter Kramer, due to Christa being a runaway for long periods of time. (5) That on October 9, 1991, Ms. Fotos reported that Christa had abused alcohol the previous night and was sick and unable to keep her appointment with me.

The described conduct violates the conditions of the judgment imposed by the Juvenile District Court on the 26thday of September, 1991, which are as follows:

(1) She is not to violate the law.
(2) She is to go to school regularly, not skip classes and obey school rules.
(3) She is to stay at home and not leave unless she has her mother's expressed permission.

(Use reverse side for additional Facts and Circumstances) CONTINUED ON BACK

Being first duly sworn, I say that I have read the foregoing motion and know the content thereof and that the same is true of my own knowledge, except as to those matters alleged upon information and belief, and as to these matters, I believe the same to be true.

SWORN AND SUBSCRIBED TO BEFORE ME

Date: 10/28/91

Signature of Official Authorized to Administer Oaths: Annie L. Clements

Juvenile Court Clerk

Signature of Movant: Peggy Hamlett

Title (if applicable): Court Counselor

Address: P. O. Box 60

City, State, Zip: Hillsborough, N. C. 27278

Agency (if applicable): Juvenile Services

000659

AOC-J-101

DIVISION OF YOUTH SERVICES

008241

# MEMORANDUM

TO: COURT COUNSELORS

SUBJECT: CERTIFIED VISITORS FOR YOUTH SERVICES STUDENTS

THE VISITING POLICY OF THE N. C. DIVISION OF YOUTH SERVICES ALLOWS EACH STUDENT TO RECEIVE ONE VISIT PER WEEK FROM MEMBERS OF HIS/HER IMMEDIATE FAMILY ON EITHER SUNDAY OR WEDNESDAY BETWEEN 8:00AM AND 4:00PM. ONCE THE STUDENT COMPLETES THE ORIENTATION PHASE OF TRAINING, AND PROVIDED HIS GOOD BEHAVIOR MERITS IT, THE VISITS MAY BE TAKEN OFF CAMPUS WITH RESPONSIBLE ADULTS. IT WILL BE VERY HELPFUL FOR US TO HAVE YOU CERTIFY THE FAMILY MEMBERS AND OTHER SIGNIFICANT ADULTS WHOM YOU FEEL SHOULD HAVE VISITING PRIVILEGES. PLEASE COMPLETE THE FORM BELOW ON THIS STUDENT, RECENTLY ADMITTED FROM A COUNTY IN YOUR JURISDICTION AND RETURN IT TO US. WE APPRECIATE YOUR ASSISTANCE.

SCHOOL DIRECTOR _______________ DATE _______

| | | |
|---|---|---|
| SCHOOL: | LOCATION: | |
| STUDENT NAME: Christa Gail Pike | ADMISSION DATE: | COUNTY OF ADMISSION: |

| APPROVED VISITORS | RELATIONSHIP | APPROXIMATE AGE |
|---|---|---|
| 1. Clarissa Fotos | mother | 39 |
| 2. Alicia Hammond | sister | 20 |
| 3. Brian Hammond | brother-in-law | 23 |
| 4. Keith Hammond | nephew | 4 |
| 5. Gerard Hanson | mother's fiance | |
| 6. Glenn / Kathy Pike | father / step-mother | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |

COURT COUNSELOR _______________

000681

JUDICIAL DISTRICT _______________ DATE _______

DYS 0008(REV. 12/77)

State of West Virginia, County of Raleigh, ss:

# Birth Certificate

(In the Clerk's Office of the County Court of Raleigh County)

I, BETTY RIFFE, Clerk of the County Commission, in the County and State aforesaid, it being an office of record, and having a seal, do hereby certify that the following is a true copy of the birth record of the within named person:

Name: CHRISTA GAIL PIKE Sex FEMALE

Place: BECKLEY Raleigh County, West Virginia.

Date: MARCH 10, 1976

Father: EMIL GLENN PIKE

Mother: (Maiden Name) CARISSA JEAN FOTOS

Birth Record No. 28 Page 526

Filed by: MARIAMMA ABRAHAM, MD

Filing Date: MARCH 18, 1976

In Testimony whereof, I have hereunto affixed my signature and official seal at Beckley, West Virginia,

this 15 day of NOVEMBER 19 91

SEAL

Betty Riffe, Clerk.

By [illegible], Deputy Clerk.

000682

DIVISION OF YOUTH SERVICES

COMMITMENT PACKAGE INFORMATION LISTING

IN THE MATTER: Christa Gail Pike 15-B JUDICIAL DISTRICT

| | | YES | NO |
|---|---|---|---|
| 1. | Commitment Order | X | |
| | --Certified Copy | X | |
| 2. | Social History (JA-8) | X | |
| | --Update | X | |
| 3. | Immunization Records | X | |
| | --Source School Health Record | X | |
| 4. | Full Name and Birthday Verification | | |
| | --Source of Verification Birth Certificate | X | |
| 5. | School Information | X | |
| | --Last School Attended Stanford Junior High | | |
| | Address 308 Orange High School Road, Hillsborough, N. C. 27278 | | |
| | Contact Person/Position Janie Freeman, Social Worker | | |
| 6. | A. Current Medical Information | X | |
| | B. Current Psychological Information | X | |
| 7. | Curent Condition/Medication | X | |
| | --Condition/Illness Chronic Sinusitus | | |
| | --Current Medication | | |
| | Name Birth Control and Antibiotics | | |
| | Dosage | | |
| | Prescribing Physician Orange County Health Department | | |
| | Address 300 West Tryon Street, Hillsborough, N. C. 27278 | | |
| | Telephone # 919-732-8181, extension 2400 | | |
| 8. | Other Information | X | |
| | List Yes, sending a copy of juvenile's petition, Adjudication Order and Motion For Review. | | |

STIPULATIONS BY CHIEF COURT COUNSELOR:
As provided for in G. S. 7A-652(d), the following documents will be sent to the school within 15 days from commitment acceptance, do not exist or cannot be obtained without a court order: (clearly distinguish whether not available or will be sent within 15 days for each item listed)

Please forward amended/revised order ASAP

The above child was delivered to Juvenile Evaluation Center by Donald Hargrove along with the above listed information ~~on the~~ 22 day of November, 1991.

D Hargrove (15B)
Chief Court Counselor/Court Counselor

The above listed information was received in the commitment package on the date stated above by the undersigned.

Debbie Elrey
Signature

Intake
Title

White - School
Pink - Court Counselor
Canary - Central Office
Gold - A.O.C.

DYS 7033 Rev'd 10/1/88

DEPARTMENT OF HUMAN RESOURCES DATE: 11-21-91

DIVISION OF YOUTH SERVICES TIME: 1:45

COUNSELOR: PEGGY HAMLETT PHONE: 919/732-8181 EXT. 2215

NAME: CHRISTA GAIL PIKE DISTRICT: 15B

COUNTY: ORANGE DOB: 3-~~01~~ 10-76 RACE: W SEX: F

SCHOOL: STANFORD MIDDLE GRADE: 8

ADDRESS: HILLSBOROUGH WILLIE M: NO

PARENT/GUARDIAN: CARISSA FOTOS AFDC: NO

ADDRESS: 600 S. CHURTON STREET RELATIONSHIP: MOTHER

CITY: HILLSBOROUGH ZIP: 27278 PHONE 919/732-8769

COMMITMENT DATE: 11-14-91 JUDGE: STANLEY PEELE

| NO. | TYPE | DELINQUENT VIOLATION | GS NUMBER |
|---|---|---|---|
| | M | B & E | 14-54(b) |
| | | | |
| | | | |
| | | | |
| | | | |

NEW COMMITMENT: X VIOLATION PROB: X INDEFINITE: X DEFINITE:

TENTATIVE MAXIMUM RELEASE DATE:

REVOCATION: DISCHARGE: DATE: P53617

FROM SCHOOL: ID#:

RECORD TRANSFERRED TO:
NAME: DATE: TIME:

MEDICATION: HEALTH PROBLEM: PSYCHOLOGICAL PROBLEM: BEH

ASSIGNED TO SCHOOL: JBL ADM DATE TIME: 11-22-91AM

BRIEF COMMENTS:

DYS 7020 (REVISED 8/88)

000684

# NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES
## ADMISSION CONFIRMATION TO THE DIVISION OF YOUTH SERVICES

| | |
|---|---|
| STUDENT'S NAME: | CHRISTA GAIL PIKE |
| DATE OF ADMISSION: | 11-22-91 |
| TO SCHOOL: | JEC |
| LOCATION/ADDRESS: | SWANNANOA |
| DATE OF BIRTH: | 3-1-76 |
| RACE: | WHITE |
| SEX: | FEMALE |
| COURT DISTRICT: | 15B |
| COUNTY: | ORANGE |
| COMMITMENT DATE: | 11-14-91 |
| COMMITMENT TYPE | |
| INDEFINITE: | X |
| DEFINITE: | |
| MAX RELEASE DATE: | 3-1-94 |
| GENERAL STATUTES: | 14-54(b); 14-72(a) (MAX. 4 YEARS) |

| | |
|---|---|
| COMMITMENT: | X |
| SOCIAL HISTORY: | X |
| MEDICAL HISTORY: | X |
| IMMUNIZATION RECORD: | X |

JEC
DEC 16 1991

DATE: 12-16-91 SIGNED: Patricia B. Hall
(ADMISSION OFFICER)

000095

DYS 7021 (1/91)

008246

| EXIT DATA | DYS STUDENT PROFILE DATA |
|---|---|
| EXIT DATE: 3 / 9 / 93 LOCATION: JCC | MISID: PIKC030176 |
| LAST NAME: Pike | FI: C MI: G |
| TYPE OF EXIT | 1=FINAL DISCHARGE 2=COND RELEASE 3=DISCHG ON RUN |
| RUNAWAYS | ( 0 ) HOW MANY |
| PARENTS' MARITAL STATUS AT EXIT | M=MARRIED D=DIVORCED S=SEPARATED N=NOT MARRIED |
| LIVING SITUATION AT EXIT | 1=BOTH PARENTS 2=ONE PARENT 3=STEP PARENTS<br>4=RELATIVES 5=FOSTER HOME 6=OTHER |
| SIBLINGS IN TRAINING SCHOOL | Y=YES N=NO ARE NOW OR IN THE PAST |
| RECOMMENDED GRADE PLACEMENT | ( 12 ) ACTUAL |
| WILLIE 'M' (WHILE IN DYS) | C=CERTIFIED N=NOMINATED D=DOES NOT APPLY |
| MAJOR INFRACTIONS | ( 5 ) HOW MANY |
| MODERATE INFRACTIONS | ( 18 ) HOW MANY |
| SUICIDAL | Y=YES N=NO NUMBER OF ATTEMPTS ( ) |
| ASSAULTIVE BEHAVIOR | Y=YES N=NO |
| SPECIAL TREATMENT SERVICES | Y=YES N=NO |
| SPECIAL EDUCATION SERVICES | Y=YES N=NO |
| OFF-CAMPUS JOB TRAINING | Y=YES N=NO |
| ON-CAMPUS JOB TRAINING | Y=YES N=NO |
| PRE-READING LEVEL | ( ) STANDARD SCORES |
| POST-READING LEVEL | ( ) STANDARD SCORES |
| PRE-MATH LEVEL | ( ) STANDARD SCORES |
| POST-MATH LEVEL | ( ) STANDARD SCORES |
| PROBLEMS IDENTIFIED EMOTIONAL | Y=YES N=NO |
| PROBLEMS IDENTIFIED PHYSICAL | Y=YES N=NO |
| PROBLEMS IDENTIFIED LEARNING | Y=YES N=NO |
| PROBLEMS IDENTIFIED FAMILY | Y=YES N=NO |
| PROBLEMS IDENTIFIED MEDICAL | Y=YES N=NO |
| PROBLEMS IDENTIFIED BEHAVIORAL | Y=YES N=NO |
| PROBLEMS IDENTIFIED OTHER | Y=YES N=NO IF YES SPECIFY: |
| REFERRED TO CBA PROGRAM | Y=YES N=NO |
| VISITATIONS | ( 8 ) ACTUAL |

Please circle the appropriate response or record the actual information requested
Submit the completed form to the central office, attention:MIS section
DYS 5521 (10/90)

000686

# JUVENILE EVALUATION CENTER
# TREATMENT PLANNING CONFERENCE

NAME: Christa Gail Pike DOB: 3-10-76 AGE: 15.9 DOA: 11-22-91
COUNTY: Orange MAX TIME: 2 yrs. (11-19-93) CAY: No JDC: 15B
COURT COUNSELOR: Peggy Hamlet SPECIAL CONDITIONS:

COMMITTING CHARGE(S): Mis. B+E

PRESENT: Gerard Hansen, Carissa Fotos, Peggy Hamlet, Debbie Howell, Larry Stephenson, Wes Sharpe, Jim Benfield

SOCIAL HISTORY:
lives with ma + her boyfriend - ma works as a LPN in a hospital - boyfriend works with computers - an older sister married + out of home - ma married 4 times - pa + step ma live in West Virginia - Christa was accused of molesting her 3 year old 1/2 sister in Virginia - this is not confirmed, but pa + step ma will not let Christa visit - ma reports that Christa may have molested a nephew - she was molested when 10 yrs. old by neighbor. has seen counselors since 3rd grade

GRADE: 8th EDUCATIONAL HISTORY:
question of proper grade placement, perhaps should be 10th - able to do GED

PIAT-R
GI: 5.4 RR: 12.9 RC: 12.9 RT: 12.9 M: 12.9 SP: 6.6 TOTAL 9.7

MEDICAL: Normal PE - Vision 20/20

ASSETS:
- Limited Legal History
- Supportive + Involved Family
- Attractive
- Verbal
- Strong Willed
- Average Intelligence
- Vulnerable
- Receptive to Help

PRESENTING PROBLEMS:
- Sexual Offending Behavior
- Has been sexually abused
- Bored in School + Disruptive
- Runs Away from Home
- Child of Alcoholic Family
- Substance Abuse (alcohol, pot, other experimentation)
- poor self control
- poor temper control
- 3 Suicide Attempts
- Depressed
- Rebellious
- Peer Conflicts

SHORT TERM GOALS:
- Referral to Blue Ridge Mental Health (Sexual Offender Program)
- Referral to Pyschologist + Pyscheriatrist
- G.E.D.
- Refer to Chaplain (grief)
- Referral to Blue Ridge Mental Health (Substance Abuse Program)
- Birth Control Counseling
- Counsel About Sexual Activity

LONG TERM GOAL:
- Return to live with mother

VISITATION LIST REVIEW: (Y) N RECORDED BY: J. Wesley Sharpe DATE: 1/9/92

STUDENT SIGNATURE: Christa Pike
(11/90 JBS)

000687

cc: Dave Evers, Jim Benfield, Wes Sharpe

DYS 0504
Rev. 10/15/87

008248

# INDIVIDUALIZED TREATMENT PLAN

DIVISION OF YOUTH SERVICES

STUDENT: Christa Pike FACILITY: JEC

SOCIAL WORKER: D Tlewell BEHAVIORAL SPECIALIST: ____________

| DATE | LIST OF STRENGTHS: | LIST OF INTERESTS: |
|---|---|---|
| | - Bright<br>- Cute + Personable<br>- Limited delinq. Hx. | Friends<br>Music |

PRIORITIZED LIST OF SPECIAL PROBLEMS:

- Allegation of sexually offending younger 1/2 sibling + young neice. ** NOT substantiated

- Hx. of substance Abuse (self + family)

000698

# A PLAN FOR BEHAVIOR CHANGE



| DATE | Problem # - / TARGET BEHAVIOR | INTERVENTIONS | RESPONSIBLE PERSONS |
|---|---|---|---|
| | 1 + 2 - | Refer To D. Evers for indiv. screening. 1/9/92 | DHowell |
| | ** | It was determined by D. Evers that Christa wouldn't be served due To No substantiated proof of Allegations + self-denial. 2/92 | |
| | 2 - | Refer To S.A. Group — Participate 1x wkly in Girls' Group. | DHowell |
| | | GED Candidate | |
| | | Camp Candidate = denied To infractions! | |



~~BEHAVIORAL SPECIALIST~~

DHowell

~~PSYCHOLOGIST~~ S.W.

STUDENT

0008250

# ***PSYCHIATRIC CONSULTS***

DATE SEEN: 2/5/92

1) NAME: Melissa Chaves CURRENT MED STATUS: 175mg Tofranil
MED CHANGES: D/C over next 10 days RECOMMENDATIONS: D/C tofranil to go to camp.

CONTINUE TO REVIEW: YES NO IF YES, WHEN: 2 WKS

2) NAME: Joe Abbott CURRENT MED STATUS: Ritalin
MED CHANGES: D/C Ritalin RECOMMENDATIONS: Joe doesn't want to take meds.

CONTINUE TO REVIEW: YES NO IF YES, WHEN: if requested

3) NAME: Donnie Samuels CURRENT MED STATUS:
MED CHANGES: RECOMMENDATIONS:
See next time

CONTINUE TO REVIEW: YES NO IF YES, WHEN:

4) NAME: Romey Merrill CURRENT MED STATUS: None
MED CHANGES: None RECOMMENDATIONS: Jim will see on an individual basis

CONTINUE TO REVIEW: YES NO IF YES, WHEN: UNLESS REQUESTED

5) NAME: Christa Pike CURRENT MED STATUS: none
MED CHANGES: none RECOMMENDATIONS: Debby will see. no med. recommendations

CONTINUE TO REVIEW: YES NO IF YES, WHEN: if requested

6) NAME: CURRENT MED STATUS:
MED CHANGES: RECOMMENDATIONS:

CONTINUE TO REVIEW: YES NO IF YES, WHEN:

7) NAME: CURRENT MED STATUS:
MED CHANGES: RECOMMENDATIONS:

CONTINUE TO REVIEW: YES NO IF YES, WHEN:

ADDITIONAL COMMENTS:

| HIGH PRIORITY FOR NEXT CONSULT (*) | AWAITING PARENTAL PERMISSION |
| --- | --- |
| Billy Hedgecock | |
| Donnie Samuels | |

000690

# JUVENILE EVALUATION CENTER
# TREATMENT PLANNING CONFERENCE

NAME: Christa Pike DOB: 3-10-76 AGE: 15.9 DOA:11-22-91 GRADE: 8
COUNTY: Orange MAX TIME: 2 years EXC: CAY:
CONDITIONS: COURT COUNSELOR: Peggy Hamlet
COMMITTING CHARGE: Misdemeanor B&E JDC:15B

Present: G. Hansen, C. Fotos, P. Hamlet, D. Howell, L. Stevenson, W. Sharpe, J. Benfield

Social History: Lives with mother and her boyfriend - Mother works as a LPN in a hospital - boyfriend works with computers - an older sister married and out of home - mother married 4 times - father and step-mother live in West Virginia - Christa was accused of molesting her 3 year old half-sister in Firing - this is not confirmed, but father and step-mother reports that Christa may have molested a nephew - she was molested when she was 10 by a neighbor - has seen counselors since 3rd grade.

Educational History: Question of proper grade placement - perhaps should be in 10th - able to do G.E.D.

P.I.A.T.: GI: 5.4 RR: 1.9 RC:12.9 RT: 12.9 M: 12.9 SP:6.6 TOTAL: 9.7

Medical: Normal P.E. - vision 20/20

Assets: Limited legal history - supportive and involved family - attractive - verbal - strong willed - average intelligence - vulnerable - receptive to help

Presenting Problems: Sexual offending behavior - has been sexually abused - bored in school and disruptive - runs away from home - child of alcoholic family - substance abuse (alcohol, pot, other experimentation) - poor self control - peer temper control - 3 suicide attempts - depressed - rebellious - peer conflict.

Short Term Goals: Referral to Blue Ridge Mental Health (Sexual Offender Program) - referral to psychologist & pyschariatrist - G.E.D. - refer to Chaplain (grief) - referral to Blue Ridge Mental health (Substance Abuse Program) - birth control counseling - counsel about sexual activity.

Long Term Goals: Return to live with mother

Visitation List Reviewed: Y N Recorded By: W. Sharpe Date: 1-9-92

do

# PSYCHOLOGICAL EVALUATION

CONFIDENTIAL

Name: Christa Gail Pike
Date of Birth: 03-10-76
Dates of Evaluation: 11-18-91; 11-19-91

## Referral and Background

Christa, aged 15, was referred for psychological evaluation by her Court Counselor, Ms. Peggy Hamlett. Christa was adjudicated delinquent on 9-26-91 on Misdemeanor Breaking, Entering or Larceny charges after they were reduced from a felony. She was placed on one year probation, and was ordered to cooperate with her Court Counselor's recommendations. However, since the court hearing, Christa has persisted in a number of problematic behaviors: she is aggressive toward peers and verbally abusive toward staff in school, and she repeatedly runs away from home. Christa is sexually active and has a history of drug and alcohol use. Psychological evaluation was requested in order to help with intervention planning.

Christa lives with her divorced mother, Carrisa Fotos. Her father, Glenn Pike, is remarried and lives in West Virginia. Her older sister is now married and living out of the home. Christa describes a fairly unsettled life since her mother brought the two girls from West Virginia to North Carolina, where she married again, and divorced, and subsequently has had two live-in boyfriends. About 4 years ago, Christa was sexually molested by her grandmother's boyfriend, and has recently alleged that a boyfriend then living with her mother was physically abusive to her in her mother's absence. Christa's runaway and truant behavior developed around this time and since her mother's second shift job limited the supervision she could provide, Christa was sent to live with her father and his family. She was returned to her mother's home, though, after allegedly sexually abusing her young half brother. In April, 1991, DSS placed Christa at Sheaffer House, where she adjusted fairly well, but reportedly made no real efforts to change her rebellious attitude. She returned home in July, 1991, and continued to come and go at will, often staying away for days at a time.

Christa is an 8th grade student at Stanford Middle School. She has been absent for most days of school this year. She is seen by most teachers as bright, verbal and capable. Achievement scores in 1989 placed her between the 71st and 93rd percentiles for reading and language and at the 40th percentile in math. However, since then, her scores have all been well below average. Her teachers report that she is generally inattentive and unproductive in class, probably because she has missed too much instruction to understand the material.

<u>Procedures</u>

Wechsler Intelligence Scale for Children - Revised (WISC-R)
Draw-A-Person
Kinetic Family Drawing
Adolescent/Adult Sentence Completion
Thematic Apperception Test - (TAT)
Rorschach

<u>Behavioral Observations and Clinical Interview</u>

The evaluation took place at the detention center where Christa was awaiting transportation to training school. Although she was suffering from Sinusitis, she seemed very willing to participate in the evaluation, which she saw as preferable to the alternative of school. Christa is a slightly-built, attractive, auburn-haired girl with delicate features. She has a crude tattoo on her left wrist: #1 Bitch. She was attentive and cooperative throughout the evaluation, and seemed genuinely concerned about her performance. She was particularly thoughtful over projective stimuli, often pausing before she responded. At the end of the evaluation, she asked, "How did I do? Am I crazy?". She commented that she had "lots of imagination" but had never been able to do well in school, because the work was so boring.

Christa talked spontaneously about her circumstances and her past. She was nervously preoccupied with the prospect of going to training school, wishing she could make the transition soon, and "get it over". Past experiences she described were almost all negative ones, but Christa spoke about them with very little emotion. She talked about her physical abuse by her mother's past boyfriend, about

frequent moves, which had led to her never staying in one school for more than 2 years, and about being victimized as a young child by her older sister. She told how her sister had once tricked her into putting her hand on a door frame, so as to slam the door on her fingers. Christa's sister now tells her to just leave; no one wants her. She had only one memory of the time her parents were together; her father had punished her by taking her favorite doll and breaking off all its limbs. Describing a distance or lack of warmth between her mother and herself, Christa explained "we don't have the relationship most people do". She was unable, at first, to draw herself and her mother doing something together, because, she said, they hardly saw each other. She responded finally to the suggestion that she might draw them involved in an activity she would like to share with her mother.

Test Results

On the WISC-R, Christa obtained a Verbal IQ of 102 ± 6, in the Average range, a Performance IQ of 114 ± 8 in the High Average range and a Full Scale IQ of 108 ± 5, also in the Average range. Among verbal tasks, Christa demonstrated strengths in logical, abstract reasoning and in social comprehension (84th %ile). She performed relatively less well, though still at the average level, on measures of general knowledge, arithmetic, and vocabulary, which are more closely related to educational experiences. Christa's perceptual motor skills were evenly developed at the average level, with the exception of a significant strength in understanding part-whole relationships (99th %ile). Her score on this one subtest mainly accounted for the 12 point difference between Christa's Verbal and Performance IQ scores.

The projective figure drawing Christa produced was a simple, child-like picture of a smiling girl in jeans. The drawing, and the comments Christa made about it, suggested that she feels quite insecure and unsupported, that she prefers to hide feelings of vulnerability or sadness from others. There were also indications of concerns about her physical well being. A picture of herself and her mother playing cards, showed Christa, as she pointed out, as the larger of the two figures. She did not seem to view her mother as having a parental role of control and responsibility.

In the sentence completion task, Christa's responses reflected her preoccupation with her immediate circumstances: her dislike of the detention center, her fears about going to training school, and anxieties about what might happen to her if she couldn't control her behavior ("End up dead or in prison or something"). She acknowledged feeling angry with herself most of the time. She spoke several times, with frustration, about continuing to get in so much trouble. Even at the time, she knew it was bad but, she said, it was "just so tempting". Christa added to the sentence stem: Nobody knows that I ... "I can't help being in so much trouble. I don't know why". Though Christa's self-statements revealed a fairly pessimistic outlook, she did think that she was able to get along well with peers, particularly with a best friend, who was important to her.

Christa's TAT stories were all quite brief. Characters were mainly seen as upset, sad, or depressed, although Christa occasionally made an effort to "undo" a grim story with a second humorous version. The source of distress for her characters was generally a loss, separation, or disappointment in a relationship: a mother learning that her child is dead; a woman being left by an angry boyfriend; a child worried, because no one came to take her home from a babysitter's house.

Christa produced an average number of Rorschach responses for a girl her age, and an average number of "popular" precepts, showing an ability to make appropriate and conventional interpretations of stimuli. She also recognized formations commonly seen as people, suggesting adequately developed social relatedness and a wish for satisfying relationships, including heterosexual relationships. However, there were also indications of distancing and inhibition, a reserve, which may serve as a defense against anger over unmet needs for nurturing. There was in the protocol a prominent theme of oral aggression and hostility. Negative feelings, aroused particularly by the colored stimulus cards, prompted disturbing images: On Card II - "a mouth with a busted lip", on Card X - "a big sea creature sucking all the little ones in". Bodily concerns, which are sometimes associated with repressed hostility,

were also evident. There were an unusually large number of percepts of internal organs. Christa drew upon her intelligence and creativity to produce a high proportion of percepts using the whole inkblot, but as she reacted to strong negative feelings, her defenses failed her, and her percepts became, in a few instances, quite confused and disorganized.

<u>Summary and Recommendations</u>

Christa is a 15-year-old girl, whose measured intelligence is in the average range of intellectual functioning. Personality assessment suggests that she experiences considerable internal stress related to depression and anger over unmet needs for nurturing. The losses and disruptions that have been constant in her social environment have not supported the development of adequate impulse control. Christa seeks release for painful feelings in hostile and aggressive acting out, even though she fears the retaliation of further rejection. Under the press of emotional re-activity, she is not able to maintain effective control and organization in her thinking processes. The inevitable problems in adaptive functioning lead to consequences that confirm her feelings of inadequacy and unworthiness, and fuel her anger and depression. She has, though, preserved positive feelings in attachments to a friend and to a caring adult (her social worker) suggesting that her dependency needs are still accessible to corrective emotional experiences.

Christa's primary need is for a stable placement, providing a structured environment, where firm, predictable limits can be placed on her behavior. External controls of the kind that might be found in Wilderness Camp, would stimulate further growth in responsibility, and would also lead to intensified releases of feeling, which, with support from nurturing adults, she may be able to work through, achieving greater acceptance and understanding of them. Christa would also benefit, after a placement in Wilderness Camp, from mental health treatment services, to address these emotional issues. At that time, the need for interventions focussed on her suspected sexual offenses and her drug use may be assessed.

000696

Rosemary Wilson, Ph.D.

Rosemary Wilson, Ph.D.
Licensed Practicing Psychologist
Juvenile Services Division

RW/am

# PROGRESS REPORT

**Christa Pike**
D.O.B. 3-1-76

February 5, 1993

Christa is doing much better in the Mainstream Program at this writing. She is currently in level 3 and is working to receive a home visit on Feb. 14, 1993. I have already discussed this with her court counselor, Peggy Hamlett, and she is to call Christa's mother to discuss the dates which Mrs. Hanson can work out transportation.

Christa continues to receive counseling in the areas of Substance Abuse and has been actively participating in the girls' treatment group. She also sees John Pavone, staff psychologist, on a regular basis, usually at least one time every other week. Christa has been taking birth control pills but has just recently advised the nurses that she wished to stop. Thus, she is no longer using birth control pills. She will be counseled regarding her decision and other contraceptive options will be discussed with her.

Christa's alleged sexual molestations upon her young neice and her younger ½ siblings in West Virginia has been discussed with Brad Owen of Blue Ridge Center. He reviewed Christa's case and decided since nothing was substantiated and that she continues to deny such activity that there was nothing for him to do at this time. He essentially sees no need to serve her.

Christa has made application to the Job Corps Program through the J.E.C. Vocational Rehabilitation Office. She is currently waiting to hear from them. She will be discharged upon admission into the Job Corps.

Christa has successfully completed the G.E.D. Program since coming to the J.E.C. and has worked on-campus as a teacher's aide.

Christa is an attractive, bright youth who looks younger than her 16.10 yrs. She has developed a pattern of intense manipulation and feels others are out to get her especially when one must confront her with inappropriate behavior. She is often defiant and willful. She has related to me that she has never felt close to either of her parents and tells me about events that makes me believe she has been emotionally abused by her father. Her mother has essentially been emotionally unavailable and has experienced relationships with abusive males which certainly affected Christa's own relationships with males.

Respectfully Submitted:

DHR Police Dept.    NC 0110900    92-0818-00
page 2 of 2

SYNOPSIS: Student Christa Gail Pike was taken into custody and transported to Frye Cottage for misdemeanor larceny.

INVESTIGATIVE NOTES: While attempting to organize a group transport from Buchanan School to an out building located north of Fifth St. where the class was to have a hands on type school class of instruction, Mr. Watson discovered his personal lighter was missing from his private vehicle. Mr. Watson advised that during the time that he was organizing the transport that one of the students reached in through the driver's window and removed his lighter.

Subsequently, in response to a request for assistance from Mr. Watson, I was able to retrieve the lighter from where it had been thrown from the vehicle by a student and additionally was able to identify who had stolen the lighter as a result of producing 2 eye witnesses to the theft.

In questioning several students who were also in the company of Mr. Watson and that they too were riding in the rear portion of Mr. Watson's truck, I found that students Lillian F. Fitzwater, DOB: 05-29-76 and Jennifer L. Gordon, DOB: 11-24-76, both advised that they observed student Pike remove the lighter from inside the cab section of Mr. Watson's truck and put same down the front portion of her pants. Each student advised that upon Mr. Watson discovering that the lighter was missing, student Pike threw the lighter from the back of the truck onto the ditch embankment near the East Hospital Rd. entrance to the school. As as result, the lighter was found the exact location as the students had advised.

Student Christa Gail Pike, W/F, DOB: 03-10-76, age 16, was taken into custody and transported to Frye Cottage. While at Frye Cottage and before the treatment team that was meeting, student Pike created a major group disturbance and had to be physically restrained and placed into campus detention. Mr. Ron Lytle responded and authorized the detention.

CONCLUSION: THis is student Pike's 2nd or 3rd infraction in as many days, bringing her total number of moderate infractions to 6 or 7.

Strongly recommend that the infraction hearing process be reviewed. If student Pike's previous infractions had been dealt with and handled properly then she may not have even been in a position to think about stealing and/or creating a major group disturbance. In her own words she advised that she "didn't have anything to lose anyway". If the student's don't have any consequences for their actions, then they don't have any incentive or motivation to do better.



Jim Burchfield
DHR Police Dept.

008259


# North Carolina Department of Human Resources

## DIVISION OF YOUTH SERVICES

JUVENILE EVALUATION CENTER
741 OLD HIGHWAY 70 • SWANNANOA, N.C. 28778
STATE COURIER NO. 08-82-01

James G. Martin, Governor
David T. Flaherty, Secretary
Gwendolyn C. Chunn, Director

Robert Wiseman
Center Director
704/686-5411
Fax 704/686-8189


Feb. 26, 1993

Peggy Hamlett, Court Counselor
15B Judicial District Court
Hillsborough, N.C. 27278

Re: Christa Gail Pike

Dear Peggy:

As per our phone conversation, I am recommending that Christa be discharged from the D.Y.S. effective in March 1993. I will schedule her release conference and discharge at the suggestion of your office. I have told Christa that we are tentatively looking at the second week of March for her release.

Please find enclosed a progress report which was written on Feb. 5. 1993. Christa continues to do quite well at this writing and is projected to achieve level 4 status within the week. She has been approved to go off campus on Feb. 27 to have lunch with two J.E.C. staff members.

Christa tells me she plans to seek enrollment at Alamance Tech. College and study nursing. Her long term vocational goal is to become a physician's assistant. This is a realistic plan for Christa if she is willing to work hard and do what is required.

I wish to thank you for all the assistance and cooperation which you and your agency has given to us during Christa's J.E.C. stay. Please let me know if I can be of further assistance.

Sincerely,

Debby

Debby H. Burchfield
Social Worker III

000609


An Equal Opportunity / Affirmative Action Employer

# PROGRESS REPORT

**Christa Pike**
D.O.B. 3-1-76

February 5, 1993

Christa is doing much in the Mainstream Program at this writing. She is currently in level 3 and is working to receive a home visit on Feb. 14, 1993. I have already discussed this with her court counselor, Peggy Hamlett, and she is to call Christa's mother to discuss the dates which Mrs. Hanson can work out transportation.

Christa continues to receive counseling in the areas of Substance Abuse and has been actively participating in the girls' treatment group. She also sees John Pavone, staff psychologist, on a regular basis, usually at least one time every other week. Christa has been taking birth control pills but has just recently advised the nurses that she wished to stop. Thus, she is no longer using birth control pills. She will be counseled regarding her decision and other contraceptive options will be discussed with her.

Christa's alleged sexual molestations upon her young neice and her younger ½ siblings in West Virginia has been discussed with Brad Owen of Blue Ridge Center. He reviewed Christa's case and decided since nothing was substantiated and that she continues to deny such activity that there was nothing for him to do at this time. He essentially sees no need to serve her.

Christa has made application to the Job Corps Program through the J.E.C. Vocational Rehabilitation Office. She is currently waiting to hear from them. She will be discharged upon admission into the Job Corps.

Christa has successfully completed the G.E.D. Program since coming to the J.E.C. and has worked on-campus as a teacher's aide.

Christa is an attractive, bright youth who looks younger than her 16.10 yrs. She has developed a pattern of intense manipulation and feels others are out to get her especially when one must confront her with inappropriate behavior. She is often defiant and willful. She has related to me that she has never felt close to either of her parents and tells me about events that makes me believe she has been emotionally abused by her father. Her mother has essentially been emotionally unavailable and has experienced relationships with abusive males which certainly affected Christa's own relationships with males.

Respectfully Submitted:

Debby H. Burchfield

DYS 0525
Rev. 10/15/87

008261

DIVISION OF YOUTH SERVICES

PROGRESS NOTES

STUDENT'S NAME: Christa Pike FACILITY JEC

| DATE | |
|---|---|
| 1/5 | Good X mas visit but has not done well since return. |
| | Infractions: Smoking |
| | Lighter / matches |
| | Kissing / cussing at student |
| | Insubord. to staff |
| 1/20 | Doing much better – 360° turn around. attitude / behavior / general demeanor is much better. |
| | DHB |
| 1/26 | Continues to do well – advised Ct. C. of this – will talk @ H.V. – hopefully around Valentine's weekend. |
| | DHB |
| 2/4 | Wants HV to start on Valentine's so she can go off campus w/ Officer Fuller + Ms. Hooper on 2-13 to eat. |
| | DHB |

000701

DYS 0525
Rev. 10/15/87

008262

DIVISION OF YOUTH SERVICES

PROGRESS NOTES

STUDENT'S NAME: C. Pike FACILITY JCC

| DATE | |
|---|---|
| 10/25 | Continues to have neg. attitude @ most things – smokes, brings cigarettes + matches/lighter to cottage. |
| | Cussed out F. Watson on 10/22 after receiving a –2 pts. |
| | Christa's attitude has been totally out of control – returned to ATW program where at least her antics can be carefully monitored. DHB |
| 11/10 | Doing somewhat better – wants to be reconsidered for camp. DHB |
| 11/23 | Doing well in ATW – concerned about getting selected for camp. |
| 12/8 | Back in program + doing well w/ 1164 pts. – can earn Xmas visit if pts. are re-earned by 12/23 – asking @ Job Corps. DHB |
| 12/15 | Xmas visit approved for 12-23 to 12-28. Will meet w/ Ct.C. on 12/28 before returning. MA + step-pa plan to take Christa to W. Va. to visit her grandparents. |
| 12/23 | Xmas visit – step-pa transported. DHB |

000702

DYS 0525
Rev. 10/15/87

008263

DIVISION OF YOUTH SERVICES

PROGRESS NOTES

STUDENT'S NAME: ______________________ FACILITY ______________

| DATE | |
|---|---|
| 8/19 Cont. | had been inappropriate but she did NOT like his "friendliness" Counseled Christa in great length + notified court counselor. |
| | Also counseled Fox R. situation. DHB |
| 8/24 | Has 9 pts. — "I don't care" attitude — very negative!! DHB |
| 9/1 | Much better attitude this week — has decided to apply for Job Corps. DHB |
| 9/14 | 340 pts. — continues to do better — called her mom. |
| 9/21 | 468 pts. Should be off ATW in a couple of days — wants to know @ $ she earned as teacher aide — ask Ms. Soloman. DHB |
| 9/30 | Talked to VR @ J.C. — 668 pts. — still doing well. DHB |
| 10/7 | 2 moderates over weekend — wants to attend ma's wedding in Oct — Team did NOT approve H.V. to attend wedding due to her not being in L-3 + NOT doing as well as she is expected to do. Advised Ct. C. + parent. DHB |

000703

DYS 0525
Rev. 10/15/87

008264

DIVISION OF YOUTH SERVICES

PROGRESS NOTES

STUDENT'S NAME: Christa Pike FACILITY JEC

| DATE | |
|---|---|
| 7/28 | rec'd 2 moderates — wants to go to camp + has been approved — will grad. in Oct. 92. Hopes to get home visits. Counseled about smoking + getting into trouble for it esp. in Voc. classes. |
| 8/4 | Pre-Release Conference sched. for 8-27 Home visit approved 8-25 to 8-30. 1096 pts. |
| 8/12 | rec'd 4th mod. in L-2 — Back to 0 pts. Will not get home visit or go to camp. Negative attitude. |
| 8/18 | 2 majors (1) Vandalism (2) Grp. Disturb. + 1 moderate — stealing lighter. Totally out of control — placed in C.D. — cursed F. Watson — police had to restrain — completely ripped mattress cover. |
| | * See accompanying police report re. lighter + creating a grp. disturbance. |
| | * Placed in ATW Program |
| 8/19 | Questioned Christa re. allegations she made last night to B. Austin re Fox Watson + him making her feel uncomfortable. Officer Speer + I talked together w/ Christa — she denied ever saying he |

000704

# DIVISION OF YOUTH SERVICES

## PROGRESS NOTES

STUDENT'S NAME: Christa Pike FACILITY JEC

| DATE | |
|---|---|
| 5/92 | Doing fairly well — As stated previously, she wasn't approved for camp due to being demoted to L-1 status. She will complete the GED A.S.A.P. DHB |
| 5/15 | Has been assigned to work as class aide for Ms. Solomon |
| | Christa is actively participating in S.A. group 1x per week. DHB |
| 6/92 | Successfully completed GED + appears to be doing much better in program. |
| | Home visit granted 6/21 – 6/28 |
| 6/29 | Call from C. Fotos, mother. Said H.V. was over-all quite successful. |
| | Christa had daily phone contact w/ C.C. |
| | Left house 1x during day w/out ma's permission but did return by 5 pm - time told to her by ma's fiance |
| | Ma said Christa's friends had called constantly — all times of day + night. |
| | DHB |
| 7/[illegible] | [illegible] |

(7/6/92)

Debby Howell,

Call Peggy Hamlet
(919)
(732-8181, ext 2215

RE: Christa Pike progress

(Christy violated some visit rules while on home visit: staying out late, getting phone calls late at night

Debby — Ms. Hamlet recommends a that Christa receives an infraction & Ms. Hamlet reports that Christa did not have a visit report card

DYS 0525
Rev. 10/15/87

008267

DIVISION OF YOUTH SERVICES

PROGRESS NOTES

STUDENT'S NAME: Christa Pike FACILITY JCC

| DATE | |
|---|---|
| 3/31 | Educ. = GED by April 9 |
| | return to Public School or enroll in Alternative |
| | program via Community College |
| | - Refer to V.R. re. Job Corps |
| | Mr. EJ Rascoe |
| | Cond. Release = |
| | - Participate in S.A. counselling (Peter Kramer) |
| | via MH. |
| | - Cooperate w/ drug testing |
| | - Curfew = 9 weekends nites |
| | 12 midnight weekends |
| | - Cooperate with any recommendations and/or |
| | suggestions made by the Ct. Counselor. |
| 4/13 | Didn't leave for Camp due to misdemeanors |
| | and a 351 pt. total. Tx. Team |
| | disapproved her participation. |
| | - Placed on C.O.S. to counsel re. |
| | expectations / plans / |
| | Feeling depressed. But says she hopes |
| | to sign up for next session. |
| | Will continue working on GED. |

000707

DYS 0525
Rev. 10/15/87

008268

DIVISION OF YOUTH SERVICES

PROGRESS NOTES

STUDENT'S NAME: Christa Pike FACILITY JEC

| DATE | |
|---|---|
| 3/92 | released from ATW and is doing well - seems to be much more mellow + more willing to cooperate in program. |
| | L-2 status as of 3-3-92. |
| | 16th birthday on 3-10-76 — MA visited on 3-8 and they celebrated birthday w/ cake + trip to Chimney Rock. |
| | Selected for April-May Camp session based on letters / recommendations to Judge from Attorney, Mathew Martin. |
| | Call to Peggy Hamlett ext. 2215 - P.R. Conf. tentatively scheduled for Tuesday - March 31 at 11:15 A.M. |
| | * C.R. = |
| | High school diploma program available at home — she can do this rather than GED. |
| 3/18 | rec'd 2 mods. for insubordination (Muse) No Appeals. Mr. Muse called to report he scheduled Christa for GED testing prior to camp. |
| 3/25 | 3rd mod from Muse for insubord. - Scheduled for GED testing 4-7 4-8, 4-9. Sneaky behavior! |

000708

DYS 0525
Rev. 10/15/87

008269

SS #
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

DIVISION OF YOUTH SERVICES

PROGRESS NOTES

STUDENT'S NAME: Christa Pike FACILITY JCC

DATE

- Refer to Dr. Ed Entmacher due to chronic behav. problems at school - 3 suicidal gestures when angry - and reports (self) of depression.

- Refer to Dave Evers due to 2 alleged incidents of sexually molesting a 3 yr. old 1/2 sister and a 4 yr. old nephew.

- Substance Abuse Counselling

- GED

- Grief Counselling (WES) - currently dabbling w/ Satanic ideas.

STAFFING: 1-9-92
Attended = mother, Carissa Fotos
" fiance, Gerard Hanson
C.I.C., Peggy Hamlett
Larry Stephenson, D. Howell, J. Benfield, Wes Sharpe.

000709

DYS 0525
Rev. 10/15/87

(mu)
Threatened Natasha 008270
Rc'd. major = threatened staff + ran mouth.

DIVISION OF YOUTH SERVICES

PROGRESS NOTES

STUDENT'S NAME: Christa Pike FACILITY JCC

DATE

Lived in Hillsborough - Ma moved in w/ boyfriend near Durham (Bahama) - plans to move again in Feb.

4th

Ma = 39 yrs. LPN at Durham Regional Hospital.

Pa been married

1/2 sister - Alicia = 20 married w/ son - works at bank - husband has cleaning/painting business - Apts. + bldg.

Ma's boyfriend is nice - works for Mitsubichi (sp.) on computers (chips) not been involved for a yr. - met thru friends.

- Pa lives in W. Va. - see him @ 1 x per mo. -
Been divorced when Christa was 2 yrs.

Parents married each other 2x - married - divorced - remarried - divorced again.

Pa does construction work

- Pa married w/ wife + 2 kids. "Love them to death but don't get along as well as I want w/ step-ma."
" said I molested younger brother + sister. (2 + 3 yrs.) So now I'm not allowed to see them until I get counselling. Started talking @ it.
* 3 yrs old ~~said I ... [illegible]~~

000710

DYS 0525
Rev. 10/15/87



DIVISION OF YOUTH SERVICES

PROGRESS NOTES

(2)

STUDENT'S NAME: Christa Pike FACILITY JEC

DATE

Christa - molested at 10 or 11 yr. by 40+ yr. old m trailer park - went to court - he was released on bond and ~~not convicted~~, placed on probation.

- Pa tells me to get counselling so I can visit.

Christa visit W. Va. = G-pa, Aunt, (maternal) Uncle + their kids.

Ma remarried + divorced - step-pa was OK but real rude all time. He drove a truck for "Little Debbie + overnight"; basically ignored me - very strict

- Don't really talk to mom - don't get along - never do what she wanted.

- Believe problem between mat dad is more her fault.

- leaves home alot + stays w/ friend - longest x = 11 days - in woods behind girlfriend's boyfriend's house.

- Problems:
  - leaving home
  - Drugs = smoke pot almost daily
    Acid / crack / cocaine 1x
    Drinking beer / P.J.

Got drunk = sometimes caused problems.

Vandalized old car 1x.

000711

DIVISION OF YOUTH SERVICES

PROGRESS NOTES

(3)

STUDENT'S NAME: Christa Pike FACILITY JEC

DATE

Behav. Clinic = had so many shrinks since 3rd grade – started cause I didn't do homework.
Hypnotised 1x

?? sex. Abused by g-ma's boyfriend # of people believe he did, but I don't remember anything @ him except he ate raw eggs + skinned possums. I was 4-5 yrs. old.

– Tx'ed in 11-91 for Chlamydia.
– Was on BC pills but left them home when admitted.
– Wants to be back on B.C. pills.

– Allergic to bees – also free bleeder.

B+E into Rec. Ctr. w/ some other girl. On run + stole $5 food.
B+E into church 1x but didn't get caught.



Became sexually active since age 15 yrs. 3 different guys.

– Bad temper / no self control
want to do only what I want
The more she nags – the more I rebel.

DYS 0525
Rev. 10/15/87

008273

DIVISION OF YOUTH SERVICES

PROGRESS NOTES

4

STUDENT'S NAME: Christa Pike FACILITY JEC

DATE

WANT TO TRY TO STRAIGHTEN UP.
WANTS TO LIVE W/ MOTHER.

? Will GED bump her up ~~to 10th~~ GRADE.

?? GRADE placement

Don't get along too great w/ Ms. Muse.

- WANTS to be funeral director.

Lived w/ GRANDMA (Dad's MA) long X
- her boyfriend is one they said molested. HAD CANCER + suffered A LOT. Christa was ~~13 yrs~~ 5th grade
- MA's MA WAS ALCOHOLIC + died.

- Lived w/ G-ma
Dad = sev. X's
Mom =

Never Been in 1 school for more than 2 yrs.

Ms. [illegible] = personal counselor

- Best friend = Angie R[illegible]
Shelly Woida
Karen Blanton

000713

Boyfriend = JAMIE SMITH

- Don't really believe in God Church if there was one - he'd help me

[illegible]

NORTH C LINA DEPARTMENT OF HUMAN SOURCES
DIVISION OF YOUTH SERVICES
CAMPUS DETENTION RECORD

008974

| | | |
|---|---|---|
| STUDENT: Christa Pike | ID NUMBER: P53617 | SCHOOL: J.E.C. |
| TAL DETENTION TIME: 3 HOURS 30 MINUTES | APPEAL REQUESTED? ☐ YES ☒ NO (IF YES, ATTACH SEPARATE SHEET FOR HEARING) | |
| DATE AND TIME DETENTION BEGAN: 5:30/pm 8-22-92 | DETENTION INITIATED BY: LOWIS, K Duncan | |
| DATE AND TIME DETENTION ENDED: 9:00/pm 8-22-92 | STUDENT RELEASED BY: LOWIS, K Duncan | |

REASONS FOR DETENTION:
Student was a threat to security & control.

App. Ron Lytle

IF LENGTH OF DETENTION REQUIRES SPECIAL APPROVAL, INDICATE BY SIGNATURE OF SCHOOL DIRECTOR AND NAME OF APPROVING CENTRAL OFFICE PERSON.

SIGNATURE, SCHOOL DIRECTOR/DATE/TIME

NAME OF APPROVING CENTRAL OFF. STAFF/DATE/TIME

CONTACT LOG

| TIME | DATE | COMMENTS | INITIAL |
|---|---|---|---|
| 5:30 pm | 8-22-92 | Wanted to come out. | LO |
| 5:45 | 8-22 | Wanting to know when she would | — |
| — | — | be out. | LO |
| 6:00 | 8-22 | Sitting - rude responses. | LO |
| 6:15 | 8-22 | Sitting on mattress. | LO |
| 6:30 | 8-22 | Sitting on mattress. | LO |
| 6:45 | 8-22 | Reading. | LO |
| 7:00 | 8-22 | Asked for personal toiletries. | LO |
| 7:15 | 8-22 | Reading. | LO |
| 7:30 | 8-22 | Gave Student state snack | LO |
| 7:45 | 8-22 | Reading. | LO |
| 8:00 | 8-22 | Reading | LO |
| 8:15 | 8-22 | Reading | LO |
| 8:30 pm | 8-22 | Taken out for shower. | LO |
| 8:45 | 8-22 | Taking Shower. | LO |
| 9:00 pm | 8-22 | Out of C.D. | LO |
| | | | |

000714

DISTRIBUTION: WHITE - CENTRAL OFFICE; BLUE - STUDENT FILE; YELLOW - SCHOOL DETENTION FILE
DYS 5506 (12/77)

NORTH CAROLINA DEPARTM T OF HUMAN RESOURCES-DIVI ON OF YOUTH SERVICES

008275

VISITATION REPORTING

TYPE VISIT

☐ A. ON CAMPUS FAMILY ☒ B. OFF CAMPUS FAMILY ☐ C. ON CAMPUS VOLUNTEER ☐ STAFF ☐ OTHER ☐ D. OFF CAMPUS VOLUNTEER ☐ STAFF ☐ OTHER ☐ E. HOME VISIT ☐ F. EMERGENCY

| | | |
|---|---|---|
| 1. STUDENT: Christa Pike | 2. SCHOOL: JEC | 3. REQUEST DATE: 5-22-92 |
| 4. RESPONSIBLE ADULT: Carissa Jean Fotos | 5. RELATIONSHIP: Mother | 6. PHONE: |
| 7. ADDRESS: Rt. 1 Box 210 F. Bahama, NC 27503 | | |
| 8. PROPOSED VISIT DATE(S): 5-22-92 | 9. PROPOSED BEGINNING TIME: 8:10 Am | 10. PROPOSED ENDING TIME: 5:00 pm 5-22-92 |

11. I UNDERSTAND ALL RULES REGARDING VISITING AND AGREE TO ABIDE BY THESE RULES. I ALSO UNDERSTAND THAT, OFF CAMPUS, THE ABOVE NAMED STUDENT WILL BE MY FULL RESPONSIBILITY AND, AS SUCH, WILL BE UNDER MY CLOSE SUPERVISION AT ALL TIMES.

X Christa Pike
STUDENT SIGNATURE

Carissa Fotos
RESPONSIBLE ADULT SIGNATURE

[signature]
SCHOOL DIRECTOR OR DESIGNEE

12. ADDITIONAL FAMILY VISITORS-ON OR OFF CAMPUS

| NAME | RELATIONSHIP |
|---|---|
| | |
| | |
| | |

13. OFF CAMPUS VISIT LOCATION:

14. TRANSPORTATION:

15. DESCRIBE VOLUNTEER ACTIVITIES ON OR OFF CAMPUS:

16. NUMBER STUDENTS INVOLVED:

HOME VISIT

| 17. APPROVED BY: | 18. AGENCY: | 19. COUNTY: |
|---|---|---|
| | | |

ACTUAL VISIT REPORT

| 20. ACTUAL VISIT DATE(S): | 21. ACTUAL BEGINNING TIME: | 22. ACTUAL ENDING TIME: | 23. STAFF INITIAL: |
|---|---|---|---|
| | | | |

COMMENTS:

000715

DYS 0010 (REV. 1/78) REPLACES YD-16, YD-17 AND THE VOLUNTEER ACTIVITY REPORT

DYS 0525
Rev. 10/15/87

008276

# DIVISION OF YOUTH SERVICES

## PROGRESS NOTES

STUDENT'S NAME: Christa Pike FACILITY JFC

(5)

DATE

3 x = Suicide Attempts

After molestation – tried to OD on Benedryl, Tylenol, Aspirin, Vitamins, etc.

Mama told me she didn't believe me

THREW up.

– tried to slice wrists w/ RAZOR but stopped because it hurt.

– Everybody threatened me @ JFC so I took 9 hits acid + 7 hits of speed. + POT, drinking.

* Depressed alot – cry alot in room – don't eat alot.

sleep OK but not used to going to bed so Early.

Completed: DKHowell
1-6-92

000715

DYS 0525
Rev. 10/15/87

008277

DIVISION OF YOUTH SERVICES

PROGRESS NOTES

4

STUDENT'S NAME: Christa Pike FACILITY JEC

DATE

WANT TO TRY TO STRAIGHTEN UP.
WANTS TO LIVE W/ MOTHER

? WILL GED bump her up ~~to 10th~~ grade.

?? GRADE placement

DON'T get along too great w/ Mr. Muse.

– WANTS to be funeral director.

Lived w/ grandma (Dad's ma) LOni X – her boyfriend is one they said molested. Had cancer + suffered A LOT. Christa was ~~12 yrs.~~ 5th grad

– MA'S MA WAS ALCOHOLIC + died.

– Lived w/ G-MA
Dad = sev. X's
Mom =

Never
Been in 1 school for more than 2 yr.

Ms. HAI [illegible] = personal counselor

– Best friend = Angie R[illegible]
Shelly Woicik
Karen Blanton

000717

Boyfriend = JAMIE SMITH

– Don't really believe in God cause if there was one – he'd help me now. Believe in devil.

DYS 0525
Rev. 10/15/87

008278

DIVISION OF YOUTH SERVICES

PROGRESS NOTES

(3)

STUDENT'S NAME: Christa Pike FACILITY JEC

DATE

Behav. Clinic = had so many shrinks since 3rd grade - started cause I didn't do homowork.
Hypnotised 1x

?? sex. abused by g-ma's boyfriend
# of people believe he did, but I don't remember anything ® him except he ate raw eggs + skinned possums.
I was 4-5 yr. old.

- Tx'ed in 11-91 for Chlamydia.
- Was on BC pills but left them home when admitted.
- Wants to be back on B.C. pills.

- Allergic to bees - also free bleeder.

B+E into Rec. Ctr. ® some other girl. on run + stole $5 food.
B+E into church 1x but didn't get caught.

000718

Became sexually active since age 15 yr. 3 different guys.

- Bad temper / no self control
want to do only what I want.
The more she asks - the more I rebel.

DIVISION OF YOUTH SERVICES

PROGRESS NOTES

(2)

STUDENT'S NAME: Christa Pike FACILITY JEC

DATE

Christa — molested at 10 or 11 yrs. by 40 + yr. old in trailer park — went to court — he was released on bond and ~~not convicted~~, placed on probation

— Pa tells me to get counselling so I can visit.

Christa visit W. Va. = G-pa, Aunt, (maternal) uncle + their kids

Ma remarried + divorced — step-pa was OK but real rude all time, he drove a truck for "Little Debbie + overnight". Basically ignored me — very strict

— Don't really talk to mom — don't get along — never do what she wanted.

— Believe problems between Ma + Dad is more her fault.

— leaves home alot + stays w/ friends — longest X = 11 days — in woods behind girlfriend's boyfriend's house.

— Problems:

- leaving home
- Drugs = smoke pot almost daily, acid / crack / cocaine 1x, drinking beer / P.J.

Got drunk = sometimes caused problems.

Vandalized old car 1x.

000719

DYS 0535
Rev. 10/15/87

(Mu- ) Threaten'd Natasha
Rc'd. MAJOR = threatened staff + ran mouth.

008280

DIVISION OF YOUTH SERVICES

PROGRESS NOTES

STUDENT'S NAME: Christa Pike FACILITY JCC

SOCIAL Hx.

DATE

Lived in Hillsborough – MA moved in w/ boyfriend near Durham (BAHAMA) – plans to move again in Feb.

4th

MA = 39 yrs. LPN at Durham Regional Hospital.

1/2 sister – Alicia = 20 married w/ son – works at bank – husband has cleaning/painting business – Apts. + bldg.

Ma's boyfriend is nice – works for Mitsubichi (sp.) on computers (chips) Not been involved for a yr. – met thru friends.

– PA lives in W. VA. – see him @ 1x per mo. –
Been divorced when Christa was 2 yrs.

Parents married each other 2x – married – divorced – remarried – divorced again.

– PA married w/ wife + 2 kids.
Love them to death but don't get along as well as I want w/ step-ma.
" said I molested younger brother + sister. (2 + 3 yrs.)
So now I'm not allowed to see them until I get counselling. Started talking @ it.
* 3 yr. old ~~said to psychiatrist~~

Ma been married

PA does construction work

000720

DYS 0525
Rev. 10/15/87

008281

SS #
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

DIVISION OF YOUTH SERVICES

PROGRESS NOTES

STUDENT'S NAME: Christa Pike FACILITY JCC

DATE

- Refer to Dr. Ed Entmacher due to chronic behav. problems at school - 3 suicidal gestures when angry - and reports (self) of depression.

- Refer to Dave Evers due to 2 alleged incidents of sexually molesting a 3 yr. old 1/2 sister and a 4 yr. old nephew.

- Substance Abuse Counselling

- GED

- Grief Counselling (WES) - currently dabbling w/ Satanic ideas.

STAFFING: 1-9-92
ATTENDED = mother, Carissa Fotos
" fiance, Gerard Hanson
Ct. C. , Peggy Hamlett
Larry Stephenson, D. Howell, J. Benfield,
WES Sharpe.

000021

DYS 0525
Rev. 10/15/87

008282

DIVISION OF YOUTH SERVICES

PROGRESS NOTES

STUDENT'S NAME: Christa Pike FACILITY JEC

DATE

3/92 released from ATW and is doing well - seems to be much more mellow + more willing to cooperate in program.

L-2 status as of 3-3-92.
16th birthday on 3-10-76 - MA visited on 3-8 and they celebrated birthday w/ cake + trip to Chimney Rock.

selected for April-May camp session based on letters / recommendations to Judge from Attorney, Mathew Martin.

Call to Peggy Hamlett ext. 2215 - P.R. Conf. tentatively scheduled for Tuesday - March 31 at 11:15 A.m.

* C.R. =

High school diploma program available at home - she can do this rather than GED.

DH

3/18 rec'd 2 mods. for insubordination (Muse) No appeals. Mr. Muse called to report he scheduled Christa for GED testing prior to camp. DH

3/25 3rd mod from Muse for insubord. - Scheduled for GED testing 4-7 4-8, 4-9.
Sneaky behavior! DH

000722

DIVISION OF YOUTH SERVICES

PROGRESS NOTES

STUDENT'S NAME: Christa Pike FACILITY JCC

| DATE | |
|---|---|
| | Present: Peggy Hamlett, D. Howell, Christa |
| 3/31 | Educ. = GED by April 9 |
| | return to Public School or enroll in Alternative program via Community College |
| Pre-Release Planning Conference | - Refer to V.R. re. Job Corps Mr. EJ Rascoe |
| | Cond. Release = |
| | - Participate in S.A. counselling (Peter Kramer) via MH. |
| | - Cooperate w/ drug testing |
| | - Curfew = 9 weeknites<br>12 midnight weekends |
| | - Cooperate with any recommendations and/or suggestions made by the Ct. Counselor. DH |
| 4/13 | Didn't leave for Camp due to misdemeanors and a 351 pt. total. Tx. Team disapproved her participation. |
| | - Placed on C.O.S. to counsel re. expectations/plans. Feeling depressed. But says she hopes to sign up for next session. |
| | Will continue working on GED. DH |

DYS 0525
Rev. 10/15/87

008284

DIVISION OF YOUTH SERVICES

PROGRESS NOTES

STUDENT'S NAME: Christa Pike FACILITY JEC

(5)

| DATE | |
|---|---|
| After molestation ma told me she didn't believe me | 3 x = Suicide Attempt |
| | – tried to OD on Benedryl, Tylenol, Aspirin, Vitamins, etc. |
| | THREW up. |
| | – tried to slice wrists w/ RAZOR but stopped because it hurt. |
| | – Everybody threatened me @ JEC so I took 5 hits acid + 7 hits of speed, + POT, drinking. |
| | * Depressed Alot – Cry alot in room – don't eat alot. |
| | Sleep OK but NOT used to going to bed so Early. |

000724

008285

JUVENILE EVALUATION CENTER
SWANNANOA, NORTH CAROLINA

INFRACTION REPORT

1. Student's Name: Christa Pike Cottage: Frye # C
2. Major Infraction Number #10 For Deliberate disobedience
3. Moderate Infraction Number: ______ For ______
4. Full Description of Incident: Found 2 lipsticks in her coat pocket
   a. Time and Date of Incident: in Cafeteria.
   b. Describe incident including activities which preceded or caused the incident, disposition of physical evidence, and immediate action taken by staff, any unusual behavior (Use back if needed)

I searched pockets for contraband or letters & I found 2 lipsticks in Christa's coat pocket in Cafeteria. Its has always been cottage rules not to bring anything to school without permission from Staffs & Christa knows that.

5. Immediate placement of Student (e.g. Time Out, Campus Detention, Admin.Seg. Classroom. If none, so state) ______

6. Use of Force Necessary ______ YES ✓ NO (Check appropriate)

7. Name(s) of Witnesses to Incidents (Staff and/or Students)
All C-wing girls & staff (CB)

8. Staff Involved in handling the Incident: C. Blalock

9. Response of Student: She claim she didn't know it was in her pocket.

10. Was student given an opportunity to explain the behavior which led to the Infraction? ✓ YES ______ NO (Circle appropriate)

11. Indicate the time the Hearing Coordinator/designee was notified of infraction (if a major) ______

C. Blalock 12-8-92
Signature of Reporting Staff (Date)

______
Signature of Student (Date)

______ I waive my right to 24 hour prior notice of my hearing.

______
Signature of Student (Date)

Copies: Moderate infraction:
Student
Master File
Social Worker
Wing File

Major Infraction:
Student
Social Worker
Hearing Coordinator
Wing File

000725

NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES-DIVISION OF YOUTH SERVICES

008286

VISITATION REPORTING

TYPE VISIT

☐ A. ON CAMPUS FAMILY ☐ B. OFF CAMPUS FAMILY ☐ C. ON CAMPUS VOLUNTEER (☐ STAFF ☐ OTHER) ☐ D. OFF CAMPUS VOLUNTEER (☐ STAFF ☐ OTHER) ☐ E. HOME VISIT ☐ F. EMERGENCY

| | | |
|---|---|---|
| 1. STUDENT: Christa Pike | 2. SCHOOL: JEC | 3. REQUEST DATE: 12-21-92 |
| 4. RESPONSIBLE ADULT: Carissa Fotos | 5. RELATIONSHIP: Mother | 6. PHONE: |
| 7. ADDRESS: 600 S. Churton St., Hillsborough | | |
| 8. PROPOSED VISIT DATE(S): Dec 23 -28, 1992 | 9. PROPOSED BEGINNING TIME: 8:00 am | 10. PROPOSED ENDING TIME: 4:00 pm |

11. I UNDERSTAND ALL RULES REGARDING VISITING AND AGREE TO ABIDE BY THESE RULES. I ALSO UNDERSTAND THAT, OFF CAMPUS, THE ABOVE NAMED STUDENT WILL BE MY FULL RESPONSIBILITY AND, AS SUCH, WILL BE UNDER MY CLOSE SUPERVISION AT ALL TIMES.

Christa Pike
STUDENT SIGNATURE

Gerard H. Hansen
RESPONSIBLE ADULT SIGNATURE

Ron Lity, 12/22/92
SCHOOL DIRECTOR OR DESIGNEE

12. ADDITIONAL FAMILY VISITORS-ON OR OFF CAMPUS

| NAME | RELATIONSHIP |
|---|---|
| | |
| | |
| | |

| | |
|---|---|
| 13. OFF CAMPUS VISIT LOCATION: | 14. TRANSPORTATION: |
| 15. DESCRIBE VOLUNTEER ACTIVITIES ON OR OFF CAMPUS: | 16. NUMBER STUDENTS INVOLVED: |

HOME VISIT

| 17. APPROVED BY: | 18. AGENCY: | 19. COUNTY: |
|---|---|---|
| Peggy Hamlet | 15B JDC | Orange |

ACTUAL VISIT REPORT

| 20. ACTUAL VISIT DATE(S): | 21. ACTUAL BEGINNING TIME: | 22. ACTUAL ENDING TIME: | 23. STAFF INITIAL: |
|---|---|---|---|
| | | | |

COMMENTS:

000726

DYS 0010 (REV. 1/78) REPLACES YD-16, YD-17 AND THE VOLUNTEER ACTIVITY REPORT

JUVENILE EVALUATION CENTER
SWANNANOA, NORTH CAROLINA

REQUEST TO TAKE STUDENT OFF CAMPUS

I, Jerry Fuller, Denise Fuller, Suzanne Yount request permission to take:

Christa Pike
(student)

off campus 2-27-95 (date) for Lunch (purpose) to leave

at 10:45 (time) and will return back to campus on 2-27-95 (date)

at 12:00 (time). We will travel by Personal Car (Mode of transportation).

I understand that I will be fully responsible for the student and will give him/her close supervision at all times.

[signature]
Signature of person making request

Approved by:

[signature]
Program Coordinator

Approved DHB

INSTRUCTIONS: Prepare in duplicate and submit to the program coordinator's office. One copy will be returned to you for your files and the otehr filed in the student's record.

(Rev. 8/90)

008288

# NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES
## DIVISION OF YOUTH SERVICES
## STUDENT INCIDENT REPORT

| | | |
|---|---|---|
| STUDENT Christa Pigg | | ID NUMBER: |
| PLACED IN DETENTION ? [x] YES [ ] NO | IF YES, BY WHOM? R Lytle, T Harvey | DATE/TIME IN: 8-18-92 3:40 pm |

**I. DESCRIPTION OF INCIDENT**

**BRIEFLY DESCRIBE INCIDENT:**

**DATE/TIME OF INCIDENT:** 8-18-92 3:40 pm

Student was uncooperative, refused to follow instruction to go to Burning (Atw) was running around the cottage causing a disturbance, she was restrained by Mrs. Burchfield + myself, she was then taken to C.D with assistance from Mr Lytle.

**OTHER STUDENTS INVOLVED:**

none

**STAFF INVOLVED:** D Burchfield / T Harvey / R Lytle

**II. ACTIVITIES PRECEDING OR CAUSING INCIDENT**

**BRIEFLY DESCRIBE ACTIVITIES SURROUNDING INCIDENT:**

Student was upset over infraction received in school, + the team decision to place her on Atw.

**STAFF:** D Burchfield, T Harvey, R Lytle

**STUDENTS:**

**III. STAFF ACTION IN INCIDENT**

After Student refused to listen to any reasoning to gain control, she was restrained by Mrs Burchfield + myself, she was then taken to C.D.

**IV. RESPONSE OF STUDENT**

Continued to struggle w staff, was verbally abusive, + after being placed in C.D. she continually cursed + banging on door.

000728

Theresa Harvey

SIGNATURE OF REPORTING STAFF MEMBER

DYS 0011 (REV. 12/77)

NORTH CAROLINA DEPART NT OF HUMAN RESOURCES-DIV ON OF YOUTH SERVICES

008289

VISITATION REPORTING

TYPE VISIT

☐ A. ON CAMPUS FAMILY ☐ B. OFF CAMPUS FAMILY ☐ C. ON CAMPUS VOLUNTEER ☐ STAFF ☐ OTHER ☐ D. OFF CAMPUS VOLUNTEER ☐ STAFF ☐ OTHER ☒ E. HOME VISIT ☐ F. EMERGENCY

| | | |
|---|---|---|
| 1. STUDENT: Christa Pike | 2. SCHOOL: JEC | 3. REQUEST DATE: 6-18-92 |
| RESPONSIBLE ADULT: Carissa Fotos | 5. RELATIONSHIP: Mother | 6. PHONE: |
| 7. ADDRESS: 600 S. Churton Street, Hillsborough | | |
| 8. PROPOSED VISIT DATE(S): June 21 -25, 1992 | 9. PROPOSED BEGINNING TIME: 8:00 am | 10. PROPOSED ENDING TIME: 4:00 pm |

11. I UNDERSTAND ALL RULES REGARDING VISITING AND AGREE TO ABIDE BY THESE RULES. I ALSO UNDERSTAND THAT, OFF CAMPUS, THE ABOVE NAMED STUDENT WILL BE MY FULL RESPONSIBILITY AND, AS SUCH, WILL BE UNDER MY CLOSE SUPERVISION AT ALL TIMES.

Christa Pike

STUDENT SIGNATURE

Gerard H. Hansen

RESPONSIBLE ADULT SIGNATURE

[signature], 6/18/92

SCHOOL DIRECTOR OR DESIGNEE

12. ADDITIONAL FAMILY VISITORS-ON OR OFF CAMPUS

| NAME | RELATIONSHIP |
|---|---|
| | |
| | |
| | |

13. OFF CAMPUS VISIT LOCATION:

14. TRANSPORTATION:

15. DESCRIBE VOLUNTEER ACTIVITIES ON OR OFF CAMPUS:

16. NUMBER STUDENTS INVOLVED:

HOME VISIT

| 17. APPROVED BY: | 18. AGENCY: | 19. COUNTY: |
|---|---|---|
| Peggy Hamlett | 15B JDC | Orange |

ACTUAL VISIT REPORT

| 20. ACTUAL VISIT DATE(S): | 21. ACTUAL BEGINNING TIME: | 22. ACTUAL ENDING TIME: | 23. STAFF INITIAL: |
|---|---|---|---|
| | | | |

COMMENTS:

000729

DYS 0010 (REV. 1/78) REPLACES YD-16, YD-17 AND THE VOLUNTEER ACTIVITY REPORT

NORTH C[illegible] LINA DEPARTMENT OF HUMAN [illegible]SOURCES
DIVISION OF YOUTH SERVICES
CAMPUS DETENTION RECORD

| | | |
|---|---|---|
| STUDENT: Christa Pike | ID NUMBER: P53617 | SCHOOL: JEC |
| TOTAL DETENTION TIME: 5 HOURS 15 MINUTES | APPEAL REQUESTED? ☐ YES ☒ NO (IF YES, ATTACH SEPARATE SHEET FOR HEARING) | |
| DATE AND TIME DETENTION BEGAN: 8-18-92 3:40 pm | DETENTION INITIATED BY: Harvey / Burchfield, Lytle | |
| DATE AND TIME DETENTION ENDED: 855/pm 8-18-92 | STUDENT RELEASED BY: L Davis B Austin | |

REASONS FOR DETENTION:
active threat to institutional security + control
approved by R Lytle

IF LENGTH OF DETENTION REQUIRES SPECIAL APPROVAL, INDICATE BY SIGNATURE OF SCHOOL DIRECTOR AND NAME OF APPROVING CENTRAL OFFICE PERSON.

SIGNATURE, SCHOOL DIRECTOR/DATE/TIME

NAME OF APPROVING CENTRAL OFF. STAFF/DATE/TIME

CONTACT LOG

| TIME | DATE | COMMENTS | INITIAL |
|---|---|---|---|
| 3:40 pm | 8-18-92 | Student was upset over infraction she had received, team had made a decision to place student on Atw. She refused to go, cursing staff, refusing to co-operate. She had to be physically taken to CD. | Th |
| 3:55 pm | 8-18-92 | Screaming, cursing, banging on door. | Th |
| 4:10/pm | 8-18 | Yelling, cursing, wants out. | LD |
| 4:25/pm | 8-18 | Student tore mattress cover off of mattress. She was [illegible] flushing anything she could. | LD |
| 4:40/pm | 8-18 | Supper tray was given to her. | LD |
| 4:55 | 8-18 | Picked up tray. She resumed yelling. | LD |
| 5:10 | 8-18 | Yelling - making obscene comments. | LD |
| 5:25 | 8-18 | Asked for personal toiletries | LD |

000730

DISTRIBUTION: WHITE - CENTRAL OFFICE; BLUE - STUDENT FILE; YELLOW - SCHOOL DETENTION FILE
DYS 5506 (12/77)

8-8-92

Ms. Baca[illegible]
Hello How are you?
Well I'm fine and I hope
you are too.
I made a phone call
to my mom today and she
said that a good time
for my visit would be

August 19th - wednesday
through
August 23rd Sunday.
5-day

She said she would try
to send me money for a bus
ticket so I will get home
early wednesday. She said
for me to call her back after
I'd talk to you so I was
wandering if you could see me
as soon as you get a chance.
If you would let me I would
like to call her when you come
so we can talk about my ideas or
behavior expected.

Thank you,
Christa Pike

JUVENILE EVALUATION CENTER

_____ MAJOR    INFRACTION REPORT    X MODERATE

1. Student Name: [illegible] Cottage: [illegible]
2. Infraction Number: ______ Inf. Name: [illegible]

Incident Description

3. Date: [illegible] Time: [illegible] Location: [illegible]
4. What Happened? Preceding Influences? Physical Evidence?
(Continue on Back if More Room Needed)

[illegible] was found in [illegible] room [illegible] place.
At the same time there [illegible] another student [illegible] the name of [illegible] [illegible], he was later found [illegible] and all students out.

5. Number of Points at Time of Infraction: ______
6. Where was student immediately placed? ______
7. Check One: Time Out ____ C.D. ____ Adm. Isol. ____ N/A
8. Other Staff Involved:
[illegible]
9. Other Staff and/or Student Witnesses
[illegible] [illegible]
[illegible] [illegible]
10. Was the student given opportunity to explain why? Yes ___ No
11. Response of student after the incident:

D. P. "Pat" Hoyle 2-8-93    Non-Avail
Staff Signature    Date    Student Signature    Date

Immediate Hearing Request

I waive my right to 24 hour prior notice of my hearing. I would like my hearing as soon as possible.

Student Signature    Date

Copies Distributed Within 24 Hours: Original to Social Worker
Copies to Hearing Investigator, Wing File, Student 12/9_

NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES
DIVISION OF YOUTH SERVICES

DEC 30 1991

## PARENTAL PERMISSIONS

Please complete ALL SECTIONS of this form and return to the address given in the accompanying letter within ten (10) days.

I.

| Student's Name: | Your Name: |
|---|---|
| Christa Pike | Carissa Fotos |
| Your Address: Rt. 1 Box 210 H Pat Tilley Rd. Bahama NC 27503 | |

II. Your child may call home collect 2x month ~~times~~ providing he/she is making satisfactory progress, is not involved in any disciplinary action, and you are willing to accept these calls.
These calls may be made ______ between the hours of ______ and ______. The calls will be limited to 5 minutes. Please give the information requested below:

[✓] YES, I will accept collect calls from my child.

[ ] NO, I am not willing to accept collect calls from my child.

The best time for these calls is ______ AM PM.

The best day for these calls is Sunday.

My phone number is 471-1533. Alternate number ______.

III. Our Volunteer Programs enable us to provide a program of recreational, cultural, and social experiences for your child. This program includes off-campus trips, weekend visits with approved volunteers and a variety of enriching experiences. In order for your child to take part in this program, we must have your consent. Please complete the section below.

[✓] YES, my child may take part in the Volunteer Program.

[ ] NO, I do not wish for my child to participate in the Volunteer Program.

Carissa Fotos
Your Signature

Mother 12/23/91
Your Relationship to Child Date

DYS 0017 (Rev. 11/84)

JUVENILE EVALUATION CENTER

_____ MAJOR     INFRACTION REPORT     X MODERATE

1. Student Name: Cristy Pike     Cottage: Frye
2. Infraction Number: _____     Inf. Name: [illegible]

Incident Description

3. Date: [illegible]     Time: [illegible]     Location: Voc. Annex
4. What Happened? Preceding Influences? Physical Evidence?
(Continue on Back if More Room Needed)

Crissy Pike was found in ajoining room next to classroom. definitely out place. At the same time there was another student missing the name of Moshah Goodwyn. He was later found the Bldg. after I closed the Bldg. down and all students out.

5. Number of Points at Time of Infraction: __________
6. Where was student immediately placed? NA
7. Check One: Time Out ____ C.D. ____ Adm. Isol. ____ N/A X
8. Other Staff Involved:
None

9. Other Staff and/or Student Witnesses
Marie Bertha     Melody Stevens
Jeremy Duncan     Alexia Love

10. Was the student given opportunity to explain why? Yes X No
11. Response of student after the incident:
OK

D P "Pat" Hoyle 2-8-93     Non-Avail
Staff Signature     Date     Student Signature     Date

Immediate Hearing Request

I waive my right to 24 hour prior notice of my hearing. I would like my hearing as soon as possible.

__________
Student Signature     Date

000734

Copies Distributed Within 24 Hours: Original to Social Worker
Copies to Hearing Investigator, Wing File, Student 12/92

I spoke with Mr. Hoyle on 2-10-93. He advised me that Crystal was clearly out of place + that she talked to him "like a dog" when confronted. — Moderate upheld as written.
DHD

(continued from the other ...)

008295

7.) Doc wrote "Non-Avail" on the line for the students signature and never asked me to sign this infraction

Thank you,
Christa Pike

Ms Pike could have received several other moderates for the way she talked to Doc. This appeal has too many errors in it.
BJO

JUVENILE EVALUATION CENTER
SWANNANOA, NORTH CAROLINA

# INFRACTION REPORT

1. Student's Name: Christa Pike Cottage: Frye
2. Moderate Infraction Number: 10 for Deliberate Disobedience
   Major Infraction Number: ____ for ____
3. Full Description of Incident:
   a. Time and Date of Incident: 10:15 pm 7-26-92
   b. Describe incident including activities which preceded or caused the incident, disposition of physical evidence, and immediate action taken by staff, any unusual behavior (Use back if needed)

   The student was told at 10:00 to keep her light turned off because she has been warned numerous times about turning her light on + talking with the boys in Hatt. At 10:05 Ms. Austin heard her talking out to Gill + at 10:15 Ms Blount + myself saw her light.
4. Immediate placement of Student (e.g. Time Out, Campus Detention, Admin.Seg. Classroom. If none, so state) no
5. Use of Force Necessary: ____ YES X NO (Check appropriate)
6. Name(s) of Witnesses to Incidents (Staff and/or Students):
   H Blount, B Austin
7. Staff Involved in handling the Incident: K Duncan
8. Response of Student: exceptional (I [illegible])
9. Was student given an opportunity toexplain the behavior which led to the Infraction? X YES ____ NO (Circle appropriate)
10. Indicate the time the Hearing Coordinator/designee was notified of major ____

K Duncan 7-26-92
Signature of Reporting Staff (Date)

[illegible]
Signature of Student (Date)

____ I waive my right to 24 hour prior notice of my hearing.

____
Signature of Student (date)

000736

Copies: Moderate infraction: Student Master File
Major Infraction: Student Master File

JEC 5/92

Mrs. Birchfield's Copy

008297

# JUVENILE EVALUATION CENTER
SWANNANOA, NORTH CAROLINA

## INFRACTION REPORT

1 Student's Name: Christa Pike Cottage: Frye C

2 Major Infraction Number ________ For ________

3 Moderate Infraction Number: #10 For Insubordination

4 Full Description of Incident:

a. Time and Date of Incident: 8:10 8-14-92

b. Describe incident including activities which preceded or caused the incident, disposition of physical evidence, and immediate action taken by staff, any unusual behavior (Use back if needed)

I was substituting for Ms. Muse. I unlocked the door + let the girls in the classroom. After the boys arrived, Christa started talking about the smoking moderate I gave her yesterday. I ask her to be quiet.

5 Immediate placement of Student (e.g. Time Out, Campus Detention, Admin. Seg. Classroom. If none, so state) ________

6 Use of Force Necessary ______ YES ✓ NO (Check appropriate)

7 Name(s) of Witnesses to Incidents (Staff and/or Students)

Mr. Muse's first period class

8 Staff Involved in handling the Incident: None

9 Response of Student: ________

10 Was student given an opportunity to explain the behavior which led to the infraction? ________ YES ✓ NO (Circle appropriate) I wanted her to drop the issue. the class did not need to hear about it.

11 Indicate the time the Hearing Coordinator/designee was notified of infraction (if a major) ________

B. Smith 8-14-92

Signature of Reporting Staff (Date) ________ Signature of Student (Date)

________ I waive my right to 24 hour prior notice of my hearing.

________

Signature of Student (Date)

Copies: Moderate Infraction:
Student
Master File
Social Worker
Wing File

Major Infraction:
Student
Social Worker
Hearing Coordinator
Wing File

5/92

000737

008298

# JUVENILE EVALUATION CENTER
# SWANNANOA, NORTH CAROLINA

## INFRACTION REPORT

1 Student's Name: Christa Pike Cottage: FRYE

2 Major Infraction Number ________ For ________

3 Moderate Infraction Number: ________ For Altering point card

4 Full Description of Incident:

a. Time and Date of Incident: 2:30 pm 8/3/92

b. Describe incident including activities which preceded or caused the incident, disposition of physical evidence, and immediate action taken by staff, any unusual behavior (Use back if needed)

student was repeatedly told to monitor her foul language. She was then warned in writing on her point card. When she was handed her card she picked up a pen and marked through the warning on her card —

5 Immediate placement of Student (e.g. Time Out, Campus Detention, Admin. Seg. Classroom. If none, so state) None, student went to homeroom.

6 Use of Force Necessary ______ YES __X__ NO (Check appropriate)

7 Name(s) of Witnesses to Incidents (Staff and/or Students)
Self —

8 Staff Involved in handling the Incident: David A Watson

9 Response of Student: Damn, I'm going on wine! I don't give a damn!

10 Was student given an opportunity to explain the behavior which led to the Infraction? ________ YES ________ NO (Circle appropriate)

11 Indicate the time the Hearing Coordinator/designee was notified of infraction (if a major) ________________

[signature] [signature: Christa Pike]
Signature of Reporting Staff (Date) Signature of Student (Date)

________ I waive my right to 24 hour prior notice of my hearing.

________________________
Signature of Student (Date)

Copies:

Moderate infraction:
- Student
- Master File
- Social Worker
- Wing File

Major Infraction:
- Student
- Social Worker
- Hearing Coordinator
- Wing File

J 5/92

000738

JUVENILE EVALUATION CENTER
SWANNANOA, NORTH CAROLINA

INFRACTION REPORT

Christa Pike

1. Student's Name: [redacted] Cottage: Frye C

2. (Moderate) Infraction Number: #10 for Deliberate disobedience
Major Infraction Number: ____ for ____

3. Full Description of Incident:
   a. Time and Date of Incident: 9:45 pm 8-7-92
   b. Describe incident including activities which preceded or caused the incident, disposition of physical evidence, and immediate action taken by staff, any unusual behavior (Use back if needed)

Staff walked up to Gilliatt to check mail boxes and heard Christa Pike talking out of ~~[illegible]~~ her window.

4. Immediate placement of Student (e.g. Time Out, Campus Detention, Admin.Seg. Classroom. If none, so state) none

5. Use of Force Necessary: ____ YES __X__ NO (Check appropriate)

6. Name(s) of Witnesses to Incidents (Staff and/or Students):
Another student Quana Carr "who walked over to Gilliatt w/ me

7. Staff Involved in handling the Incident: Onas W. Perry

8. Response of Student: Student state "she was not talking out of her window"

9. Was student given an opportunity to explain the behavior which led to the Infraction? __X__ YES ____ NO (Circle appropriate)

10. Indicate the time the Hearing Coordinator/designee was notified of major ____

Onas W. Perry
Signature of Reporting Staff (Date)

Refuse to Sign (OP)
Signature of Student (Date)

____ I waive my right to 24 hour prior notice of my hearing.

____
Signature of Student (date)

000739

Copies: Moderate infraction: Student, Master File
Major Infraction: Student, Master File

JUVENILE EVALUATION CENTER
SWANNANOA, NORTH CAROLINA

INFRACTION REPORT

1. Student's Name: Christa Pike Cottage: Frye B
2. Major Infraction Number #2 For Vandalism
3. Moderate Infraction Number: ______ For ______
4. Full Description of Incident:
 a. Time and Date of Incident: 430 pm - 8/18/92
 b. Describe incident including activities which preceded or caused the incident, disposition of physical evidence, and immediate action taken by staff, any unusual behavior (Use back if needed)
 Christa was in C.D. due to out of control behavior exhibited earlier during [illegible]. I heard her ripping something. I asked Mr. Lytle to go with me to check it out. When we unlocked her door we found the completely ripped mattress cover.
5. Immediate placement of Student (e.g. Time Out, Campus Detention, Admin.Seg. Classroom. If none, so state) Already in C.D.
6. Use of Force Necessary ______ YES ✓ NO (Check appropriate)
7. Name(s) of Witnesses to Incidents (Staff and/or Students)
 Ron Lytle, L Davis
8. Staff Involved in handling the Incident: L Davis, R Lytle
9. Response of Student: She didn't care.
10. Was student given an opportunity to explain the behavior which led to the Infraction? ✓ YES ______ NO (Circle appropriate)
11. Indicate the time the Hearing Coordinator/designee was notified of infraction (if a major) ______

L Davis 8/19/92
Signature of Reporting Staff (Date)

[illegible signature]
Signature of Student (Date)

X I waive my right to 24 hour prior notice of my hearing.

[illegible signature]
Signature of Student (Date)

Copies:
Moderate infraction:
Student
Master File
Social Worker
Wing File

Major Infraction:
Student
Social Worker
Hearing Coordinator
Wing File

000740

JUVENILE EVALUATION CENTER
SWANNANOA, NORTH CAROLINA

INFRACTION REPORT

1 Student's Name: Christa Pike Cottage: FRYE A ?
2 Major Infraction Number ________ For ________
3 Moderate Infraction Number: ________ For Stealing lighter $ value .59 ¢
4 Full Description of Incident:
a. Time and Date of Incident: 8/18 : 2:15 pm
b. Describe incident including activities which preceded or caused the incident, disposition of physical evidence, and immediate action taken by staff, any unusual behavior (Use back if needed)
Christa and other students in class were transported to old wood storage building where class was in process of repairing door on building. During repair I noticed Christa was standing near the front door of my truck. I immediately checked truck and found my lighter missing. Christa was transported back to school after being accused and →
5 Immediate placement of Student (e.g. Time Out, Campus Detention, Admin.Seg. Classroom. If none, so state) ________

6 Use of Force Necessary ________ YES X NO (Check appropriate)

7 Name(s) of Witnesses to Incidents (Staff and/or Students)
Officer Burcafield, M Lorans and several students

8 Staff Involved in handling the Incident: Same as above

9 Response of Student: I didn't do anything fox!

10 Was student given an opportunity to explain the behavior which led to the Infraction? ✓ YES ________ NO (Circle appropriate)

11 Indicate the time the Hearing Coordinator/designee was notified of infraction (if a major) ________

[signature] 8/19/92
Signature of Reporting Staff (Date) Signature of Student (Date)

________ I waive my right to 24 hour prior notice of my hearing.

________
Signature of Student (Date)

Copies: Moderate infraction:
Student
Master File
Social Worker
Wing File

Major Infraction:
Student
Social Worker
Hearing Coordinator
Wing File

5/92

008302

# JUVENILE EVALUATION CENTER
# SWANNANOA, NORTH CAROLINA

## INFRACTION REPORT

1 Student's Name: Christa Pike Cottage: Frye

2 Major Infraction Number ________ For ________

3 Moderate Infraction Number: #9 For Smoking

4 Full Description of Incident:

a. Time and Date of Incident: 2:55 8-13-92

b. Describe incident including activities which preceded or caused the incident, disposition of physical evidence, and immediate action taken by staff, any unusual behavior (Use back if needed)

I checked the bathroom before Christa went into the restroom. The bathroom was clear of smoke. After Christa and Jennifer had been in the bathroom for some-time, I went to check on them. (They were the last two

5 Immediate placement of Student (e.g. Time Out, Campus Detention, Admin. Seg. Classroom. If none, so state) None.

6 Use of Force Necessary ______ YES ✓ NO (Check appropriate)

7 Name(s) of Witnesses to Incidents (Staff and/or Students)

Miss Lamb

8 Staff Involved in handling the Incident: Ms Smith

9 Response of Student: Denial

10 Was student given an opportunity to explain the behavior which led to the Infraction? ✓ YES ________ NO (Circle appropriate)

11 Indicate the time the Hearing Coordinator/designee was notified of infraction (if a major) ________

S. Smith 8-13-92
Signature of Reporting Staff (Date)

Refused to Sign
Signature of Student (Date)

________ I waive my right to 24 hour prior notice of my hearing.

________
Signature of Student (Date)

Copies: Moderate Infraction:
- Student
- Master File
- Social Worker
- Wing File

Major Infraction:
- Student
- Social Worker
- Hearing Coordinator
- Wing File

5/92

000742

# JUVENILE EVALUATION CENTER
# SWANNANOA, NORTH CAROLINA

## INFRACTION REPORT

1 Student's Name: *Christa Pike* Cottage: *Frye C*
2 Major Infraction Number ______ For ______
3 Moderate Infraction Number: *#10* For *Insubordination*
4 Full Description of Incident:
a. Time and Date of Incident: *8:10* *8-14-92*
b. Describe incident including activities which preceded or caused the incident, disposition of physical evidence, and immediate action taken by staff, any unusual behavior (Use back if needed)
*I was substituting for Ms. Muse. I unlocked the door + let the girls in the classroom. After the [illegible] arrived, Christa started talking about the [illegible] moderate I gave her yesterday. I asked her to be quiet. I wanted her to drop the issue. The class did not need to hear about it.*

5 Immediate placement of Student (e.g. Time Out, Campus Detention, Admin.Seg. Classroom. If none, so state) ______

6 Use of Force Necessary ______ YES ✓ NO (Check appropriate)

7 Name(s) of Witnesses to Incidents (Staff and/or Students)
*Mr. Muse's first period class*

8 Staff Involved in handling the Incident: *None*

9 Response of Student: ______

10 Was student given an opportunity to explain the behavior which led to the Infraction? ______ YES ✓ NO (Circle appropriate)

11 Indicate the time the Hearing Coordinator/designee was notified of infraction (if a major) ______

*B. Smith* *8-14-92* *Christa Pike*
Signature of Reporting Staff (Date) Signature of Student (Date)

______ I waive my right to 24 hour prior notice of my hearing.

______
Signature of Student (Date)

Copies: Moderate Infraction:
- Student
- Master File
- Social Worker
- Wing File

Major Infraction:
- Student
- Social Worker
- Hearing Coordinator
- Wing File

5/92

# JUVENILE EVALUATION CENTER
## SWANNANOA, NORTH CAROLINA

## INFRACTION REPORT

1 Student's Name: Christa [illegible] Cottage: [illegible]

2 Major Infraction Number ______ For ______

3 Moderate Infraction Number: [illegible] For [illegible]

4. Full Description of Incident:

a. Time and Date of Incident: 9:15 pm 8-21-92

b. Describe incident including activities which preceded or caused the incident, disposition of physical evidence, and immediate action taken by staff, any unusual behavior (Use back if needed)

[illegible]

5 Immediate placement of Student (e.g. Time Out, Campus Detention, Admin.Seg. Classroom. If none, so state) [illegible]

6 Use of Force Necessary ______YES __✓__NO (Check appropriate)

7 Name(s) of Witnesses to Incidents (Staff and/or Students) [illegible]

8 Staff Involved in handling the Incident: [illegible]

9 Response of Student: [illegible]

10. Was student given an opportunity to explain the behavior which led to the Infraction? __✓__YES ______NO (Circle appropriate)

11. Indicate the time the Hearing Coordinator/designee was notified of infraction (if a major) ______

Kim Duncan 8-21-92
Signature of Reporting Staff (Date)

Signature of Student (Date)

______I waive my right to 24 hour prior notice of my hearing.

Signature of Student (Date)

Copies: Moderate infraction:
Student
Master File
Social Worker
Wing File

Major Infraction:
Student
Social Worker
Hearing Coordinator
Wing File

J : 5/92

008305

JUVENILE EVALUATION CENTER
SWANNANOA, NORTH CAROLINA

# INFRACTION REPORT

1 Student's Name: Christa Pike Cottage: Frye

2 Major Infraction Number ________ For ________

3 Moderate Infraction Number: 3.10 For Out of place: Insubordinate

4 Full Description of Incident:

a. Time and Date of Incident: ________

b. Describe incident including activities which preceded or caused the incident, disposition of physical evidence, and immediate action taken by staff, any unusual behavior (Use back if needed)

Opened window without permission. Was in my office file cabinet without permission.

5 Immediate placement of Student (e.g. Time Out, Campus Detention, Admir.Seg. Classroom. If none, so state) ________

6 Use of Force Necessary ______ YES X NO (Check appropriate)

7 Name(s) of Witnesses to Incidents (Staff and/or Students)

________

8 Staff Involved in handling the Incident: ________

9 Response of Student: ________

Was student given an opportunity to explain the behavior which led to the infraction? X YES ______ NO (Circle appropriate)

1 Indicate the time the Hearing Coordinator/designee was notified of infraction (if a major) ________

M. Miner

Signature of Reporting Staff (Date)

Christa Pike

Signature of Student (Date)

________ I waive my right to 24 hour prior notice of my hearing.

________

Signature of Student (Date)

Copies: Moderate infraction:
Student
Master File
Social Worker
Wing File

Major Infraction:
Student
Social Worker
Hearing Coordinator
Wing File

J 5/92

000745

69

JUVENILE EVALUATION CENTER
SWANNANOA, NORTH CAROLINA

INFRACTION REPORT

1. Student's Name: Christa Pike Cottage: Freya
2. Major Infraction Number ______ For ______
3. Moderate Infraction Number: #4 For Possession of Contraband Forb
4. Full Description of Incident: by law or policy
   a. Time and Date of Incident: 10-1-92 8:40
   b. Describe incident including activities which preceded or caused the incident, disposition of physical evidence, and immediate action taken by staff, any unusual behavior (Use back if needed)
   I was conducting a room search and found a gla mirror in Christa Pike's room.

5. Immediate placement of Student (e.g. Time Out, Campus Detention, Admin.Seg. Classroom. If none, so state) none

6. Use of Force Necessary ______ YES X NO (Check appropriate)

7. Name(s) of Witnesses to Incidents (Staff and/or Students)
   Staff

8. Staff Involved in handling the Incident: O. Perry

9. Response of Student: I forgot it was in my Room

10. Was student given an opportunity to explain the behavior which led to the Infraction? X YES ______ NO (Circle appropriate)

11. Indicate the time the Hearing Coordinator/designee was notified of infraction (if a major) ______

Onas W. Perry
Signature of Reporting Staff (Date) Signature of Student (Date)

______ I waive my right to 24 hour prior notice of my hearing.

Signature of Student (Date)

Copies: Moderate infraction:
Student
Master File
Social Worker
Wing File

Major Infraction:
Student
Social Worker
Hearing Coordinator
Wing File

008307

JUVENILE EVALUATION CENTER
SWANNANOA, NORTH CAROLINA

INFRACTION REPORT

1. Student's Name: [illegible] Cottage: Crue
2. Major Infraction Number ________ For ________
3. Moderate Infraction Number: [illegible] For [illegible]
4. Full Description of Incident:
   a. Time and Date of Incident: [illegible]
   b. Describe incident including activities which preceded or caused the incident, disposition of physical evidence, and immediate action taken by staff, any unusual behavior (Use back if needed)

[illegible] because of [illegible] a large safety pin candy and new aerosol spray bottle.

5. Immediate placement of Student (e.g. Time Out, Campus Detention, Admin.Seg. Classroom. If none, so state) [illegible]

6. Use of Force Necessary ______YES ✓ NO (Check appropriate)

7. Name(s) of Witnesses to Incidents (Staff and/or Students) [illegible]

8. Staff Involved in handling the Incident: [illegible]

9. Response of Student: She had forgotten about the pen

10. Was student given an opportunity to explain the behavior which led to the Infraction? ✓ YES ______ NO (Circle appropriate)

11. Indicate the time the Hearing Coordinator/designee was notified of infraction (if a major) ________

[illegible] [illegible]
Signature of Reporting Staff (Date) Signature of Student (Date)

________ I waive my right to 24 hour prior notice of my hearing.

________
Signature of Student (Date)

Copies: Moderate infraction:
Student
Master File
Social Worker
Wing File

Major Infraction:
Student
Social Worker
Hearing Coordinator
Wing File

000747

008308

# JUVENILE EVALUATION CENTER
# SWANNANOA, NORTH CAROLINA

## INFRACTION REPORT

1. Student's Name: Christa Pike Cottage: Ivy A
2. Major Infraction Number ________ For ________
3. Moderate Infraction Number: 10 For Deliberate Disobedience
4. Full Description of Incident:
   a. Time and Date of Incident: 7:00 PM 10-14-92
   b. Describe incident including activities which preceded or caused the incident, disposition of physical evidence, and immediate action taken by staff, any unusual behavior (Use back if needed)

   I was told that Christa had a lighter hidden in her jacket — When I searched her jacket I found a lighter, condom, & letter addressed to a boy on campus.

5. Immediate placement of Student (e.g. Time Out, Campus Detention, Admin.Seg. Classroom. If none, so state) NA
6. Use of Force Necessary ______ YES ✓ NO (Check appropriate)
7. Name(s) of Witnesses to Incidents (Staff and/or Students) NA – L. Duncan
8. Staff Involved in handling the Incident: B. Austin
9. Response of Student: Didn't Care – Admitted to [illegible]
10. Was student given an opportunity to explain the behavior which led to the Infraction? ✓ YES ______ NO (Circle appropriate)
11. Indicate the time the Hearing Coordinator/designee was notified of infraction (if a major) ________

B. Austin 10/14/92
Signature of Reporting Staff (Date)

________
Signature of Student (Date)

________ I waive my right to 24 hour prior notice of my hearing.

________
Signature of Student (Date)

Copies:

| Moderate infraction: | Major Infraction: |
| --- | --- |
| Student | Student |
| Master File | Social Worker |
| Social Worker | Hearing Coordinator |
| Wing File | Wing File |

000748

008309

# JUVENILE EVALUATION CENTER
# SWANNANOA, NORTH CAROLINA

## INFRACTION REPORT

1 Student's Name: Christa Pike Cottage: FRYE

2 Major Infraction Number ________ For ________

3 Moderate Infraction Number: ______ For cussing staff

4 Full Description of Incident:

a. Time and Date of Incident: 10/22/92 Thursday

b. Describe incident including activities which preceded or caused the incident, disposition of physical evidence, and immediate action taken by staff, any unusual behavior (Use back if needed)

Christa was given a -2 for failure to follow staff instructions. She had been told to remain seated and quiet while I was in the bathroom. When I came out of the bathroom and heard with Michelle & Christa. They were given -2. Christa then said FUCK YOU FOX, FUCK YOU in a voice that could be heard up and down the halls of school.

5 Immediate placement of Student (e.g. Time Out, Campus Detention, Admin.Seg. Classroom. If none, so state) none

6 Use of Force Necessary ______YES ______NO (Check appropriate)

7 Name(s) of Witnesses to Incidents (Staff and/or Students) Kelly Rudd, Self

8 Staff Involved in handling the Incident: Self

9 Response of Student: Go Ahead and write me up!

10 Was student given an opportunity to explain the behavior which led to the Infraction? ✓ YES ______NO (Circle appropriate)

11 Indicate the time the Hearing Coordinator/designee was notified of infraction (if a major)________

Fox Watson

Signature of Reporting Staff (Date)  Signature of Student (Date)

______I waive my right to 24 hour prior notice of my hearing.

________________

Signature of Student (Date)

Copies:

Moderate infraction:
- Student
- Master File
- Social Worker
- Wing File

Major Infraction:
- Student
- Social Worker
- Hearing Coordinator
- Wing File

J 5/92

000749

need 1 copy

JUVENILE EVALUATION CENTER
SWANNANOA, NORTH CAROLINA

INFRACTION REPORT

1. Student's Name: Christa Pike Cottage: Frye A
2. Major Infraction Number ________ For ________
3. Moderate Infraction Number: ? For Contraband
4. Full Description of Incident:
   a. Time and Date of Incident: 17:30 p.m. 10-6-92
   b. Describe incident including activities which preceded or caused the incident, disposition of physical evidence, and immediate action taken by staff, any unusual behavior (Use back if needed)
   Checking Christa's room because of smelling cigarette smoke and found a pencil with a boy's name taped on it, a large safety pin, candy and non aerosol spray bottle.
5. Immediate placement of Student (e.g. Time Out, Campus Detention, Admin.Seg. Classroom. If none, so state) None
6. Use of Force Necessary ____ YES ✓ NO (Check appropriate)
7. Name(s) of Witnesses to Incidents (Staff and/or Students)
   Ms. Aiken
8. Staff Involved in handling the Incident: J. Graham
9. Response of Student: She had forgotten about the pencil
10. Was student given an opportunity to explain the behavior which led to the Infraction? ✓ YES ____ NO (Circle appropriate)
11. Indicate the time the Hearing Coordinator/designee was notified of infraction (if a major) ________

J. Graham 10-6-92
Signature of Reporting Staff (Date) ________ Signature of Student (Date)

________ I waive my right to 24 hour prior notice of my hearing.

________
Signature of Student (Date)

Copies: Moderate infraction:
Student
Master File
Social Worker
Wing File

Major Infraction:
Student
Social Worker
Hearing Coordinator
Wing File

008311

JUVENILE EVALUATION CENTER
SWANNANOA, NORTH CAROLINA

INFRACTION REPORT

1. Student's Name: ______ College: ______
2. Major Infraction Number ______ For ______
3. Moderate Infraction Number: #9 For Contraband
4. Full Description of Incident:
   a. Time and Date of Incident: ______
   b. Describe incident including activities which preceded or caused the incident, disposition of physical evidence, and immediate action taken by staff, any unusual behavior (Use back if needed)

Christa had a pen in her room. It fell out of her pocket and into the hall. She knows that she can not have a pencil or pen in her room.

5. Immediate placement of Student (e.g. Time Out, Campus Detention, Admin.Seg. Classroom. If none, so state) nothing
6. Use of Force Necessary ___ YES X NO (Check appropriate)
7. Name(s) of Witnesses to Incident (Staff and/or Students)
   L Davis
8. Staff Involved in handling the Incident: K. Duncan
9. Response of Student: Laughed
10. Was student given an opportunity to explain the behavior which led to the Infraction? X YES ___ NO (Circle appropriate)
11. Indicate the time the Hearing Coordinator/designee was notified of infraction (if a major)

K. Duncan 10-25-92
Signature of Reporting Staff (Date) ______ Signature of Student, (Date)

______ I waive my right to 24 hour prior notice of my hearing.

______
Signature of Student (Date)

Copies: Moderate Infraction:
Student
Master File
Social Worker
Wing File

Major Infraction:
Student
Social Worker
Hearing Coordinator
Wing File

008312

# JUVENILE EVALUATION CENTER

_____ MAJOR      INFRACTION REPORT      ✓ MODE[illegible]

1. Student Name: Christa Pike   Cottage: Frye - C
2. Infraction Number: _____ Inf. Name: _____

## Incident Description

3. Date: 1-3-92   Time: 7:55 A.m.   Location: Cottage C
4. What Happened? Preceding Influences? Physical Eviden[illegible]
(Continue on Back if More Room Needed)

5. Number of points at time of infraction: 1181
6. Where was student immediately placed? _____
7. Check One: Time Out _____ C.D. _____ Adm. Isol. Room N/A
8. Other Staff Involved: [illegible] but she didn't go until I send everyone to their room for bin. [illegible] too.
9. Other Staff and/or Student Witnesses
all C-wing girls & Mrs. Duncan & C. Blalock
10. Was the student given opportunity to explain why? yes
No ___
11. Response of student after the incident:
She told me to "Shut up" & she said, she didn't Care about her points & to go ahead & write her out (shouting at me) She continues being rude to me & yelling at me.

C. Blalock    1-3-92    (Refuse to sign it)
Staff Signature    Date    Student Signature

## Immediate Hearing Request

I wave my right to 24 hour prior notice of my hearin[illegible] would like my hearing as soon as possible.

_____________________
Student Signature

Copies Distributed Within 24 Hours: Original to Social Wor[illegible]

000[illegible]

# JUVENILE EVALUATION CENTER

______MAJOR INFRACTION REPORT ✓ MODE[illegible]

1. Student Name: Christa Pike Cottage: [illegible] C
2. Infraction Number #21 Inf.Name:

Incident Description

3. Date: 12/28/92 Time: 10:03 PM Location: [illegible] C
4. What Happened? Preceding Influences? Physical Eviden[ce]
(Continue on Back if More Room Needed)

Mrs. Graham had made rounds & reported that she smelled cigarette smoke at Christa's bedroom door. Christa's room was searched & a lighter & pack of cigarettes were found

5. Number of points at time of infraction: 1446
6. Where was student immediately placed? NA
7. Check One: Time Out ____ C.D. ____ Adm. Isol. ____ N/A
8. Other Staff Involved:
Mrs. Graham, Mrs. [illegible]
9. Other-Staff and/or Student Witnesses
Christa Pike
10. Was the student given opportunity to explain why? ✓
No___
11. Response of student after the incident:
[illegible]

[signature] 12/28/92 Christa Pike
Staff Signature Date Student Signature

Immediate Hearing Request

I wave my right to 24 hour prior notice of my hearin[g]. [I] would like my hearing as soon as possible.

Student Signature

Copies Distributed Within 24 Hours: Original to Social Wor[k]

# JUVENILE EVALUATION CENTER

______MAJOR INFRACTION REPORT ✓ MODER

1. Student Name: CHRISTA PIKE Cottage: FRYE C
2. Infraction Number #8 Inf. Name: INTIMIDATION

Incident Description

3. Date: 1/1/93 Time: 12:10 P.M. Location: FRYE C
4. What Happened? Preceding Influences? Physical Eviden
(Continue on Back if More Room Needed)

CHRISTA BECAME ANGRY AT JAMIE + FUSSED, CUSSED, + INTIMIDATED HER.

5. Number of points at time of infraction: 1270
6. Where was student immediately placed? ______
7. Check One: Time Out ✓ C.D. ____ Adm. Isol. ______ N/A
8. Other Staff Involved:
NONE
9. Other Staff and/or Student Witnesses
C WING STUDENTS
10. Was the student given opportunity to explain why? ✓ No____
11. Response of student after the incident:
CALMED DOWN, SAID THERE WOULDN'T BE ANY MORE PROBLEMS

[signature] 1/1/93 ______
Staff Signature Date Student Signature

## Immediate Hearing Request

I wave my right to 24 hour prior notice of my hearin would like my hearing as soon as possible.

______
Student Signature

Copies Distributed Within 24 Hours: Original to Social Wor

008315

# JUVENILE EVALUATION CENTER

______MAJOR                INFRACTION REPORT                ✓ MODE[illegible]

1. Student Name: Christa Pike                Cottage: Fry C
2. Infraction Number: 9         Inf. Name: Possession of contraband forbidden policy

Incident Description

3. Date: 12-29-92       Time: 9:30 p.m.       Location: Fry C room #
4. What Happened? Preceding Influences? Physical Eviden[illegible]
(Continue on Back if More Room Needed)

I went down to get Christa for an infraction interview by another staff. I noticed Christa had a letter on the floor that was partially finished. I then proceeded to look under her bed and found nothing so I kicked the heater around the bottom and a blue pen fell out.

5. Number of points at time of infraction: 1257
6. Where was student immediately placed? No
7. Check One: Time Out _____ C.D. _____ Adm. Isol. _____ N/A ✓
8. Other Staff Involved:
None
9. Other Staff and/or Student Witnesses
10. Was the student given opportunity to explain why? Yes ✓ No____
11. Response of student after the incident:
Ms. Austin found the pen last night and must have forgotten to take it.

Cynthia Aiken    12-29-92    Christa Pike
Staff Signature    Date    Student Signature

Immediate Hearing Request

I wave my right to 24 hour prior notice of my hearin[illegible] would like my hearing as soon as possible.

_______________
Student Signature

Copies Distributed Within 24 Hours: Original to Social Wor[illegible]

000755

1. ... CHRISTA G. PIKE ... FRYE,
2. Information Number: 21 ... Inf. Name: SMOKING

Date: 12-28-92 ... 3PM ... GREEN'WOOD

CHRISTA WAS WALKING UP SIDEWALK IN FRONT OF GREENWOOD SMOKING.

NONE.

DIDN'T KNOW

George W. Prusey 12-29-92 Christa Pike

Staff Signature ... Date ... Student Signature

008317

JUVENILE EVALUATION CENTER
SWANNANOA, NORTH CAROLINA

INFRACTION REPORT

1 Student's Name: CHRISTA PIKE Cottage: FRYE C
2 Major Infraction Number ______ For ______
3 Moderate Infraction Number: [illegible] For POSSESSION OF CONTRABAND
4 Full Description of Incident:
a. Time and Date of Incident: 7/24/92 [illegible] P.M
b. Describe incident including activities which preceded or caused the incident, disposition of physical evidence, and immediate action taken by staff, any unusual behavior (Use back if needed)

[illegible] smelled smoke down the hall [illegible] searched Christa's room & found [illegible] cigarette [illegible] confronted her about the [illegible] She said she didn't care. She wasn't leaving till October.

5 Immediate placement of Student (e.g. Time Out, Campus Detention, Admin.Seg. Classroom. If none, so state) NONE

6 Use of Force Necessary ______ YES ✓ NO (Check appropriate)

7 Name(s) of Witnesses to Incidents (Staff and/or Students) NONE

8 Staff Involved in handling the Incident: [illegible] HARRIS

9 Response of Student: CALM

1 Was student given an opportunity to explain the behavior which led to the Infraction? ✓ YES ______ NO (Circle appropriate)

11. Indicate the time the Hearing Coordinator/designee was notified of infraction (if a major) ______

Kristina Harris 7/24/92 — Signature of Reporting Staff (Date)

Christa Pike — Signature of Student (Date)

______ I waive my right to 24 hour prior notice of my hearing.

______ Signature of Student (Date)

Copies: Moderate infraction:
Student
Master File
Social Worker
Wing File

Major Infraction:
Student
Social Worker
Hearing Coordinator
Wing File

J [illegible] 5/92

# JUVENILE EVALUATION CENTER
# SWANNANOA, NORTH CAROLINA

## INFRACTION REPORT

1. Student's Name: Christa Pike Cottage: [illegible]
2. Major Infraction Number ________ For ________
3. Moderate Infraction Number: 10 For [illegible]
4. Full Description of Incident:
   a. Time and Date of Incident: 7-15-92 9:15 am
   b. Describe incident including activities which preceded or caused the incident, disposition of physical evidence, and immediate action taken by staff, any unusual behavior (Use back if needed)

After 2 days of warnings and instruction Christa [illegible]
[illegible]
[illegible]
[illegible]

5. Immediate placement of Student (e.g. Time Out, Campus Detention, Admin.Seg. Classroom. If none, so state) [illegible]

6. Use of Force Necessary ______YES ✓ NO (Check appropriate)

7. Name(s) of Witnesses to Incidents (Staff and/or Students) [illegible]

8. Staff Involved in handling the Incident: [illegible]

9. Response of Student: [illegible]

10. Was student given an opportunity to explain the behavior which led to the Infraction? ✓ YES ________NO (Circle appropriate)

11. Indicate the time the Hearing Coordinator/designee was notified of infraction (if a major) ________

[signature]
Signature of Reporting Staff (Date)

Signature of Student (Date)

________I waive my right to 24 hour prior notice of my hearing.

Signature of Student (Date)

Copies: Moderate infraction:
Student
Master File
Social Worker
Wing File

Major Infraction:
Student
Social Worker
Hearing Coordinator
Wing File

000758

008319

# JUVENILE EVALUATION CENTER
# SWANNANOA, NORTH CAROLINA

## INFRACTION REPORT

1 Student's Name: *Christa Pike* Cottage: *Pine*
2 Major Infraction Number ______ For ______
3 Moderate Infraction Number: *9* For *Contraband*
4. Full Description of Incident:
a. Time and Date of Incident: *10:15 pm 7-11-92*
b. Describe incident including activities which preceded or caused the incident, disposition of physical evidence, and immediate action taken by staff, any unusual behavior (Use back if needed)

*Ms. Blount saw a light flicker in Christa's room. I went in and there Christa was spray something to clear the air. The room smelled of smoke. Christa gave me a butt, a ~~cigar~~ cigarette roach, a match + a lighter.*

5 Immediate placement of Student (e.g. Time Out, Campus Detention, Admin.Seg. Classroom. If none, so state) *NC*

6 Use of Force Necessary ______ YES *X* NO (Check appropriate)

7 Name(s) of Witnesses to Incidents (Staff and/or Students)
*Ms. Blount, K. Duncan*

8 Staff Involved in handling the Incident: *K. Duncan*

9 Response of Student: *Calm*

1 Was student given an opportunity to explain the behavior which led to the Infraction? *X* YES ______ NO (Circle appropriate)

11. Indicate the time the Hearing Coordinator/designee was notified of infraction (if a major) ______

*Kim Duncan* — Signature of Reporting Staff (Date)

*Christa Pike* — Signature of Student (Date)

______ I waive my right to 24 hour prior notice of my hearing.

______ Signature of Student (Date)

Copies: Moderate infraction:
- Student
- Master File
- Social Worker
- Wing File

Major Infraction:
- Student
- Social Worker
- Hearing Coordinator
- Wing File

J : 5/92

000759

# JUVENILE EVALUATION CENTER
# SWANNANOA, NORTH CAROLINA

## INFRACTION REPORT

1 Student's Name: Christa Pike Cottage: Frye C

2 Major Infraction Number ________ For ________

3 Moderate Infraction Number: 13 For Borrowing money

4 Full Description of Incident:

a. Time and Date of Incident: 1:30 p.m. 6-14-92

b. Describe incident including activities which preceded or caused the incident, disposition of physical evidence, and immediate action taken by staff, any unusual behavior (Use back if needed)

Christa received money from Lilly & Rosie to buy a candy bar from Ms. Hooper.

5 Immediate placement of Student (e.g. Time Out, Campus Detention, Admin.Seg. Classroom. If none, so state) None

6 Use of Force Necessary ____ YES ✓ NO (Check appropriate)

7 Name(s) of Witnesses to Incidents (Staff and/or Students)

Pansie Hooper

8 Staff Involved in handling the Incident: Cynthia C. Aiken

9 Response of Student: None

1 Was student given an opportunity to explain the behavior which led to the Infraction? ✓ YES ________ NO (Circle appropriate)

11. Indicate the time the Hearing Coordinator/designee was notified of infraction (if a major) ________

Cynthia C. Aiken 6/14/92

Signature of Reporting Staff (Date)

________

Signature of Student (Date)

________ I waive my right to 24 hour prior notice of my hearing.

________

Signature of Student (Date)

Copies: Moderate infraction:
- Student
- Master File
- Social Worker
- Wing File

Major Infraction:
- Student
- Social Worker
- Hearing Coordinator
- Wing File

5/92

# JUVENILE EVALUATION CENTER
# SWANNANOA, NORTH CAROLINA

## INFRACTION REPORT

1 Student's Name: Christa Pike Cottage: Frye

2 Major Infraction Number ________ For ________

3 Moderate Infraction Number: #8 For threatening to fight another Stu[dent]

4. Full Description of Incident:

a. Time and Date of Incident: 7:30 7-2-92

b. Describe incident including activities which preceded or caused t[he] incident, disposition of physical evidence, and immediate action taken by staff, any unusual behavior (Use back if needed)

Ginger was in the bathroom & Christa went in. She was up in Ginger's face threatening her. I told her she received a modera[te]. She then went to Ginger and said that she was going to take the points out of butt.

5 Immediate placement of Student (e.g. Time Out, Campus Detention, Admin.Seg. Classroom. If none, so state) none

6 Use of Force Necessary ______ YES ✓ NO (Check appropriate)

7 Name(s) of Witnesses to Incidents (Staff and/or Students)

Ginger Bowman, Quanna Carr, Ms Blount

8. Staff Involved in handling the Incident: Ms Blount

9 Response of Student: compliant

1[0] Was student given an opportunity to explain the behavior which led to t[he] Infraction? ✓ YES ______ NO (Circle appropriate)

11. Indicate the time the Hearing Coordinator/designee was notified of infraction (if a major) ________

Heather S. Blount 7-2-92
Signature of Reporting Staff (Date)

Signature of Student (Date)

______ I waive my right to 24 hour prior notice of my hearing.

Signature of Student (Date)

Copies: Moderate infraction:
Student
Master File
Social Worker
Wing File

Major Infraction:
Student
Social Worker
Hearing Coordinator
Wing File

J 5/92

DIVISION OF YOUTH SERVICES 000322 INFRACTION REPORT

STUDENT Christa Pike COTTAGE Frye

CLASSIFICATION Moderate

DESCRIPTION (Explain Fully)

Insubordination - Would not take seat and get to work. Wanted only to argue. Said she would not work. Created such a disturbance she had to be removed.

Christa says she + Mr. Muse went out into the hallway to talk + she asked why he wrote her up for stuff she felt others got -2's for. Wasn't removed for creating disturbance but placed on C.O.S. for insubordination.

Mr. Muse DATE 4-16-92

OL-1

-100 pts.

Placed on ATW for 500 pts.

moderate upheld.

D Howell 4/23/92

Christa Pike

000762

[illegible]

Date: May [illegible]

MEMORANDUM

TO: ____________________ Treatment Team

FROM: Betty Bund, Assistant [illegible]

SUBJECT: REVIEW OF INFRACTION [illegible] ____________

I have reviewed the infraction issued [illegible] [illegible]. Based upon the evidence [illegible] the following [illegible]

____ Infraction [illegible]
[illegible]

____ [illegible] Treatment Committee. The Treatment Committee vote [illegible]

____ [illegible]
Reason [illegible] given

____ Treatment Committee [illegible]
Reason [illegible] given

--------------------PLEASE PRESENT THIS NOTICE TO STUDENT--------------------

Notice to Student:
Your infraction from the following [illegible] following [illegible]

[illegible] ____________________

[illegible]

____ Review of Treatment Committee [illegible] infraction was correctly issued.

____ Review of Treatment [illegible]

[illegible]

TO: [illegible]

Treatment [illegible]

FROM: [illegible]

SUBJECT: REVIEW OF INFRACTION [illegible]

[illegible] Based on [illegible]

[illegible]

Agree with treatment team. [illegible] has clearly refused to [illegible] work [illegible] infractions. [illegible] been insubordinate and [illegible] with the teacher's instruction.

[illegible]

Treatment Committee [illegible]
Reason [illegible]

Treatment Committee [illegible]
Reason [illegible]

[illegible]

[illegible] taken.

000764

[illegible] the infraction [illegible]

[illegible] Review [illegible]

OR

Review [illegible]

008325

DIVISION OF YOUTH SERVICES INFRACTION REPORT

STUDENT [illegible] COTTAGE [illegible]

CLASSIFICATION [illegible]

DESCRIPTION (Explain Fully) ~~[illegible]~~

ACTION TAKEN [illegible]

[illegible signature] DATE 4-16-92

(Staff issuing infraction)

TREATMENT TEAM ACTION

Review Infraction

| | Major | Moderate |
|---|---|---|
| Encircle | 1 | 1 |
| | 2 | 2 |
| | 3 | 3 |
| | 4 | 4 |
| Other | ___ | ___ |

SANCTION IMPOSED

TREATMENT TEAM COORDINATOR DATE

[illegible] DATE

[illegible]

000765

008326

DIVISION OF YOUTH SERVICES INFRACTION REPORT

STUDENT Christa Pike COTTAGE Fry

CLASSIFICATION Moderate

DESCRIPTION (Explain Fully)

Refusing to do schoolwork - Has not attempted a single assignment all week

Mr. Muse has essay -
Claims she worked on corrections

SANCTION REQUESTED

SIGNED Mr. Muse DATE 4-16-92
(Staff Issuing Infraction)

TREATMENT TEAM ACTION
Review Infraction
Encircle

| | Major | Moderate |
|---|---|---|
| | 1 | 1 |
| | 2 | 2 |
| | 3 | |
| | 4 | |
| Other | ___ | ___ |

OL-1

SANCTION IMPOSED -100 pts.
moderate upheld.

TREATMENT TEAM COORDINATOR D Howell DATE 4/23/92

STUDENT SIGNATURE Christa Pike

000766

008327

DIVISION OF YOUTH SERVICES INFRACTION REPORT

STUDENT [illegible] COTTAGE [illegible]

CLASSIFICATION [illegible]

[illegible handwriting]

[illegible handwriting]

[illegible] ________________________

[illegible signature] [illegible date]

________________________ DATE ________________________

(Staff Issuing Infraction)

TREATMENT TEAM ACTION

| | | Major | Moderate |
|---|---|---|---|
| Review Infraction | | | |
| | Incircle | 1 | 1 |
| | | 2 | 2 |
| | | 3 | 3 |
| | | 4 | 4 |
| | Other | ___ | ___ |

SANCTION IMPOSED ________________________

[illegible]MENT TEAM COORDINATOR ________________________ DATE ________

[illegible] ________________________ DATE ________

[illegible]

000767

008328

Christa Pike
125 words.

__Introduction __Conclusion __Stuck to Topic __Describing Words

__3 Sentence Paragraphs __Paragraphs __Enough Reasons __Legible

__Complete Sentences __Explanations __200 Words __0-2

A hero is described in many ways and means many different things to different people. To some, a hero is a mover in world events such as a President or military man. To others a hero is the one who struts out as a star on Sunday's and scores. To a few a hero is an idol in entertainment such as a singer or film star. To yet others a hero is the person who shows up and does the little things necessary for us to live more comfortable day after day and believes responsibility is a serious matter.

I know you have thought little about this topic. Today you will. You have two questions to answer. First, what is a hero? Second, what person comes closer to fitting this description than anyone else you know?

* A hero is [illegible] you can look up to [illegible] be like. Some[illegible] [illegible]. A hero is someone [illegible], in your eyes, does [illegible] a person that you know you can trus[illegible] [illegible] you respect that respects you! President Bush might be someones hero [illegible] he is known by all, and takes on [illegible] great responsibilities. Someone else [illegible] admire [illegible] feild. [illegible] he has many fans, and he sings about [illegible], the teenagers of America are [illegible]. Your hero might be [illegible] [illegible]. You might admire your [illegible] taking care of you and puttin[illegible]

000769

008329

STUDENT Christa Pike COTTAGE Frye

CLASSIFICATION Moderate

DESCRIPTION (Explain Fully)

Insubordination -- Christa was given an assignmant in class. After 50 minutes of class time ~~ix~~ during which she found ample time to daydream or cummunicate with others, she failed to do the assignment as I asked for it to be done. Instead I received a brief restatement of ~~a~~ the introduction I gave the class and is printed on the paper and a smart-alec answer for a conclusion. Before she ~~xx~~ was called out of class she asked several times what would happen if she didn't do the assignment. After she returned, she waited until 7 minutes of class time were left before she wrote anything.

SANCTION REQUESTED

SIGNED Mr. Muse DATE 4-6-92
(Staff Issuing Infraction)

TREATMENT TEAM ACTION

Review Infraction Encircle

| | Major | Moderate |
|---|---|---|
| | 1 | (1) L-1 |
| | 2 | 2 |
| | 3 | 3 |
| | 4 | 4 |
| Other | | |

SANCTION IMPOSED -100 pts.
Moderate upheld - Christa clearly did not follow the instructions given by Mr. Muse.

000769

TREATMENT TEAM COORDINATOR O R Howell DATE 4-8-92

STUDENT SIGNATURE Christa Pike DATE "

SRC 102a Effective 5 12/86

4-7-96

I do not think I deserve this moderate becouse I tried really hard on my essay that was assigned on 4-3-9 The topic of the essay was "heroes". I honestly could not think of anythi to say in return to the questions Mr. Muse wanted answered. I wrote as much as I could think of to put down, which was 125 wor out of the 200 required. Then I wrot Mr. Muse a short explanation of why I did not complete the assignment fully. He wrote in the moderat that I was being "smart alec" but

that is not how I saw it.

Some other students I'm sure, didn't have a total of 200 words but they did not recieve an infraction.

Also, when I tried to explain myself to him in a decent way, he was rude and told me to "put it in your appeal". He would not listen to what I had to say. I have recieve three (3) other moderates from him which were not appealed ~~3~~ because I was guilty. I really believe this moderate should drop because it was unnecesary, and I do not think that moderates should be issued for ability to do the work.



Christa Pike

008332

# INDIVIDUAL POINT FORM

STUDENT Christa Pike COTTAGE Frye C

LEVEL BEGIN WEEK ______ FROM 2-11 TO 2-17-93 LEVEL END WEEK ______

POINT BALANCE BROUGHT FORWARD 1744

| | SHIFT | 1. Grooming | 2. Basic Chores | 3. Peer Relations | 4. Attitude to Staff | 5. Self-Control | 6. School Performance | STAFF INITIALS | INFRACTIONS Minor | Moderate | Major | 5 pts-no infractions | Subtract pts. for infractions | Shift Totals | Daily Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| THURS | D | | | | | | X | CS | | | | X | | | 22 |
| | E | | | | | | | | | | | | | | |
| FRI | D | | | | | | X | CS | | | | X | | | 22 |
| | E | | | | | | | | | | | | | | |
| SAT | D | 1 | 1 | [illegible] | 1 | 1 | X | KA | | | | X | | 5 | 20 |
| | E | | | | | | X | [illegible] | | | | 5 | | 15 | |
| SUN | D | 1 | 1 | 1 | 1 | 1 | X | [illegible] | | | | X | | 5 | [illegible] |
| | E | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | X | [illegible] | | | | [illegible] | | [illegible] | |
| MON | D | 1 | 1 | 1 | 1 | [illegible] | X | [illegible] | | | | X | | 5 | 15 |
| | E | 1 | 1 | 1 | 1 | 1 | 7 | SB/CA | | | | X | -2 | 10 | |
| TUES | D | 1 | 1 | 1 | 1 | 0 | X | [illegible] | | | | X | | 4 | 14 |
| | E | 1 | — | — | — | — | 7 | SB | ✓ | | | 0 | -2 | 10 | |
| WED | D | 1 | 1 | 1 | 1 | 1 | X | [illegible] | | | | X | | 5 | 22 |
| | E | 1 | — | — | — | — | 7 | SB | | | | 5 | | 17 | |

Margin notes: H.V. (Thurs), H.V. (Fri), School (Mon), furniture behavior during vol. (Tues)

Margin tally: 1744 / 22 / 1766 / 22 / 1788 / 20 / 1808 / [illegible] / 15 / 843 / 14 / 857 / 22 / 1879

35 pts for week of no infractions

| | |
|---|---|
| WEEKLY TOTAL | 135 |
| + GAIN POINTS (DAILY AND WEEKLY) | X |
| + POINTS BALANCE BROUGHT FORWARD | 1744 |
| − INFRACTIONS | |
| CUMMULATIVE TOTAL | 1879 |

000772

DEPARTMENT OF HUMAN RESOURCES
DIVISION OF YOUTH SERVICES

## DUE PROCESS PROCEDURE

J.E.C.
(School)

10-22-92
(Date)

Student notified in Due Process Hearing that he/she may receive up to (8) hours Campus Detention for ATW/IDP Rule Infractions.

[x] yes [ ] no

Due Process Rights explained to student

[x] yes [ ] no

Written Notice of reasons for placement in Campus Detention, ATW, IDP provided to student.

[x] yes [ ] no

Guilty [x] Not Guilty [ ]

Reason for Placement Main Stream Policy security

Summary of Evidence Student received major infraction and moderate infraction within one day. Student was out of control and using abusive lang.

Sanctions Imposed Student placed on ATW for 500 points

Reasons for Sanctions Policy

[illegible]
(Student's Name)

[illegible]
(Student's Representative)

Kim [illegible]
(Panel Member)

L. Davis
(Panel Member)

C. Aiken
(Panel Member)

DYS 2009 (7/81)

000773

008334

# DIVISION OF YOUTH SERVICES
## INFRACTION REPORT

STUDENT Christa Pike COTTAGE King A

CLASSIFICATION Moderate #10 DESCRIPTION (Explain fully) deliberate disobedience - Christa has been told numerous times, warned and many -2's for wearing her jacket down around her elbows. This morning leaving for cafe Christa was wearing her jacket hanging around her elbows. This is deliberate disobedience to staff instruction.

SANCTION REQUESTED

SIGNED [illegible] DATE 4-15-92
(Staff issuing infraction)

TREATMENT TEAM ACTION
Review Infraction

| (Encircle) | Major | Moderate |
|---|---|---|
| | 1 | 1 |
| | 2 | 2 |
| | 3 | 3 |
| | 4 | 4 |
| (Other) | — | — |

SANCTION IMPOSED -100 pts.

000774

TREATMENT TEAM COORDINATOR D Howell DATE 4-15-92

STUDENT SIGNATURE Christa Pike DATE

North Carolina Department of Human Resources
DIVISION OF YOUTH SERVICES
JUVENILE EVALUATION CENTER
741 OLD HIGHWAY 70 • SWANNANOA, N.C. 28778

James G. Martin, Governor
David T. Flaherty, Secretary
Gwendolyn C. Chunn, Director

J. Robert Gray
Center Director
704/686-5411

DEC 0 6 1991

DATE: 11-26-91

TO: Orange Co HD.

RE: Name Christa Gail Pike

Date of birth 3-1-76

Approximate dates of treatment Nov - 91

Type of treatment Special Services Clinic

I, Christa Pike give my permission for release of my medical records to:

Witness: Evelyn Huggins RN
School Nurse

Juvenile Evaluation Center
741 Old US 70
Swannanoa, North Carolina 28778
Attention: Medical Department

000775

# MEDICAL IDENTIFICATION

Cebe Christa Gail
STUDENT NAME

Both ears pierced X1
Tattoo Ⓡ wrist + Ⓛ ankle; Ⓡ finger LC
#1
BITCh







000776

008337 * Medication Needs to Be Kept Refrigerated *

# DURHAM COUNTY YOUTH HOME

## MEDICATION AND TREATMENT RECORD

NAME Christa Pike DATE 11/16/91 TIME 8:30pm

MEDICATION PRESCRIBED EES-Sulfisoxazole O/S

PRESCRIBED BY Dr. Lightbey

INSTRUCTIONS FOR GIVING MEDICATION take one teaspoonful every 6 hrs

DATE 11/16/91 TIME 8:30 pm STAFF PREPARING FORM GB

| DATE | A. M. | | | | | | P. M. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/16/91 | | | | | | | 8:30 SP | | | | | | |
| 11/17/91 | 8:00 DM | 7:50 DM | | | | | 3:50 [illegible] | 9:35 [illegible] | | | | | |
| 11/18/91 | 8:00 DM | | | | | | 2:50 ME | 8:50 GB | | | | | |
| 11/19/91 | 7:10 WC | | | | | | 1:30 ME | 8:00 CR | | | | | |
| 11/20/91 | 7:43 EM | | | | | | 2:10 DM | 3:00 CR | | | | | |
| 11/21/91 | 7:45 [illegible] | | | | | | 1:35 ME | 7:30 CR | | | | | |
| 11/22/91 | 7:08 WC | | | | | | 4:30 [illegible] | | | | | | |
| | | | | | | | | | | | | | |

TREATMENT PRESCRIBED

PRESCRIBED BY DATE TIME

DATE TIME STAFF PREPARING CHART

| DATE | A. M. | | | | | | P. M. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

000771

DCYH/2-88

008338

( BORATORY REPORT

30204 AREA/ROUTE/S : 0003000
LESLIE CARGILE, MD
727 HWY 70
BLACK MTN, NC 28711

SmithKline Beecham
Clinical Laboratories

MICROFILM# -

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| PIKE, CHRISTA | | | NG | F | CARGILE, LESLIE |

| GE | REQUISITION NO | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| | 3049104 | 892891Z | | 08/05/92 830PM | 08/06/92 | 08/06/92 | 5:21PM |

REMARKS

JEC

| REPORT STATUS FINAL | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| OVA & PARASITES | | NONE SEEN | | | | AT |

>> END OF REPORT <<

OK
VR

Mailed
to JEC
8/192
TR

00077-

008339

DYS 3509 (11/84)

DEPARTMENT OF HUMAN RESOURCES
DIVISION OF YOUTH SERVICES

# MEDICATION RECORD

DRUG ALLERGIES: ____________________

STUDENT: [illegible] (Last) [illegible] (First) ______ (Middle)

| MEDICATION | DATE/TIME/INITIALS | | | | | | |
|---|---|---|---|---|---|---|---|
| [illegible] | 7/30/[illegible] | 7-1 | 2 | 3 | 4 | 5 | 6 |
| | 7 AM [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | PM | | | | | | |
| | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| | 7 AM [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | PM | | | | | | |
| | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| | 7 AM [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | PM | | | | | | |
| | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| | 7 AM [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | PM | | | | | | |
| | 28 | 29 | 30 | 31 | 8-1-92 | 2 | 3 |
| | 7 AM [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | PM | | | | | | |
| | 4 | 5 | 6 | 7 | 8 | 9 | |
| | 7 AM [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| | PM | | | | | | |
| | 11 | 12 | 13 | 14 | 15 | 16 | |
| | AM [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| | PM | | | | | | |
| | 18 | 19 | 20 | 21 | 22 | 23 | |
| | 7 AM [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| | PM | | | | | | |
| | 25 | 26 | 27 | 28 | 29 | | |
| | 7 AM [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| | PM | | | | | | |

000780

DYS 3509 (11/84)

008340

DEPARTMENT OF HUMAN RESOURCES
DIVISION OF YOUTH SERVICES

# MEDICATION RECORD

STUDENT: Pike (Last) Christa (First) (Middle)

DRUG ALLERGIES: ______

| MEDICATION | DATE/TIME/INITIALS | | | | | | |
|---|---|---|---|---|---|---|---|
| amoxil 500mg 1 po tid #30 | 9-9-92 | 10 | 11 | 12 | 13 | 14 | 15 |
| | 7 AM X | Dg | Dg | Dg | Dg | Dg | Hu |
| | 4 X | Sc | Hc | Dg | Dg | Hu | [illegible] |
| | 5 PM Sc | Sc | Sc | Dg | Dg | Hu | [illegible] |
| 9-9-92 Rec'd from Pharm Rx# 110-059 #30 caps S Coker rw | 16 | 17 | 18 | 19 | | | |
| | 7 AM Dg | Hu | Hc | Sc | | | |
| | 4 Dg | Dg | Hu | Sc | | | |
| | 5 PM Hu | Dg | Hu | X | | | |
| Duricef 500mg 1 Bid x10 7 Received from pharmacy ... 110-0675 ... #30 9-24-92 | 9/24/92 | 25 | 26 | 27 | 28 | 29 | 30 |
| | AM X | [illegible] | Hu | Hu | Hu | Hu | [illegible] |
| 5 | PM [illegible] | Dg | Hu | Hu | [illegible] | Sc | Hu |
| | 10-1-92 | 2 | 3 | 4 | 5 | | |
| 7 | AM Hu | [illegible] | Dg | Dg | X | | |
| 5 | PM [illegible] | Hu | [illegible] | X | | | |
| Septra DS 1 po bid #30 Received 10/22/92 Septra DS #30 - Rx# [illegible] | 10/22/92 | 23 | 24 | 25 | 26 | 27 | 28 |
| | 7AM — | Dg | Hc | Hc | Hu | Hu | [illegible] |
| | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | 5PM Hu | Hu | Hc | Hc | [illegible] | [illegible] | [illegible] |
| | 29 | 30 | 31 | 11-1-92 | | | |
| | 7AM [illegible] | Hc | [illegible] | [illegible] | | | |
| | 5PM Hc | Hc | [illegible] | [illegible] | | | |
| Cortisporin Otic Susp. ... tid Received from pharm Rx# 1-0161 10-22-92 | 10/22/92 | 23 | 24 | 25 | 26 | 27 | 28 |
| | 7 AM — | Dg | Hc | [illegible] | Hu | Hu | [illegible] |
| | 11 — | [illegible] | Hc | [illegible] | Hc | Hc | [illegible] |
| | 5 PM [illegible] | Hu | Hc | Hc | [illegible] | [illegible] | [illegible] |
| | 29 | 30 | 31 | 11-1-92 | | | |
| | AM [illegible] | [illegible] | [illegible] | [illegible] | | | |
| | 11 [illegible] | [illegible] | | | | | |
| | 5PM [illegible] | Hc | | | | | |
| | | | | | | | |
| | AM | | | | | | |
| | PM | | | | | | |

000781

Hu - Helga [illegible] Dg - Dene [illegible] RN [illegible]
Sc - [illegible]

Christa Pike

DYS 3509 (11/84)

008341

DEPARTMENT OF HUMAN RESOURCES
DIVISION OF YOUTH SERVICES

# MEDICATION RECORD

STUDENT: [illegible] [illegible] — (Last) (First) (Middle)

DRUG ALLERGIES: ______

| MEDICATION | DATE/TIME/INITIALS | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| [illegible] ½ [illegible] [illegible] daily | | 9-1-92 | 2 | 3 | 4 | 5 | 6 | 7 |
| 7 | AM | Dg | [illegible] | [illegible] | Dg | Hu | Hu | [illegible] |
| | PM | | | | | | | |
| | | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 7 | AM | Hu | Hu | Dg | Dg | Dg | Dg | Dg |
| | PM | | | | | | | |
| | | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 7 | AM | Hu | Dg | Hu | Hu | [illegible] | [illegible] | [illegible] |
| | PM | | | | | | | |
| | | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 7 | AM | Dg | Dg | Dg | [illegible] | Hu | Hu | Hu |
| 7 | PM | 29 | 30 | 10-1-92 | 2 | 3 | 4 | 5 |
| 10/8/92 | | Hu | [illegible] | Hu | [illegible] | [illegible] | [illegible] | [illegible] |
| Rx# 0860-441513 1 Pkg - rec'd from pharmacy. [illegible] | | 6 | 7 | 8 | [illegible] | [illegible] | [illegible] | [illegible] |
| | AM | [illegible] | [illegible] | Dg | [illegible] | [illegible] | [illegible] | [illegible] |
| | PM | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| | | Hu | Dg | [illegible] | [illegible] | Hu | Hu | [illegible] |
| | | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 7 | AM | [illegible] | Dg | Hu | Dg | [illegible] | [illegible] | Hu |
| | PM | 27 | 28 | 29 | 30 | 31 | 11-1-92 | 2 |
| | | Hu | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | | 3 | 4 | 5 | [illegible] | [illegible] | [illegible] | [illegible] |
| 7 | AM | Hu | [illegible] | [illegible] | [illegible] | [illegible] | Hu | Hu |
| | PM | | | | | | | |
| | | [illegible] | | [illegible] | | [illegible] | | |
| 7 | AM | [illegible] | [illegible] | [illegible] | Hu | [illegible] | [illegible] | [illegible] |
| | PM | | | | | | | |
| | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 7 | AM | Hu | Hu | Hu | [illegible] | Dg | [illegible] | |
| | PM | | | | | | | |

000782

Dg [illegible] [illegible] [illegible] [illegible] — [illegible] [illegible] [illegible] — Christi [illegible]

DYS 3509 (11/84)

008342

DEPARTMENT OF HUMAN RESOURCES
DIVISION OF YOUTH SERVICES

MEDICATION RECORD

STUDENT: Pike Christa ______ (Last) (First) (Middle)

DRUG ALLERGIES: ______

| MEDICATION | | DATE/TIME/INITIALS 1-26-92 | 27 | 28 | 29 | 30 | 31 | 2-1-92 |
|---|---|---|---|---|---|---|---|---|
| Loestrin Fe 1/20 28 ī tab daily | AM | SC | SC | SR | ee | Hw | D/C | per her request |
| | PM | | | | | | | |
| | AM | | | | | | | |
| | PM | | | | | | | |
| | AM | | | | | | | |
| | PM | | | | | | | |
| | AM | | | | | | | |
| | PM | | | | | | | |
| | AM | | | | | | | |
| | PM | | | | | | | |
| | AM | | | | | | | |
| | PM | | | | | | | |
| | AM | | | | | | | |
| | PM | | | | | | | |
| | AM | | | | | | | |
| | PM | | | | | | | |
| | AM | | | | | | | |
| | PM | | | | | | | |

000783

Dg Dg ... Garland RN ... Ev Ehrlg ... Hugg ... HW - Helen Whighton ... Christa Pike

DYS 3509 (11/84)

008343

DEPARTMENT OF HUMAN RESOURCES

DIVISION OF YOUTH SERVICES

MEDICATION RECORD

STUDENT: [illegible] Christie
(Last) (First) (Middle)

DRUG ALLERGIES: ______________

| MEDICATION | DATE/TIME/INITIALS | | | | | | |
|---|---|---|---|---|---|---|---|
| [illegible] 28 [illegible] daily | 11-24-92 | 25 | 26 | 27 | 28 | 29 | 30 |
| 7 | AM Hu | Hu | [illegible] | Sc | Hu | Hu | Dg |
| | PM | | | | | | |
| | 12-1-92 | 2 | 3 | 4 | 5 | 6 | 7 |
| | 7 AM en | Sc | Sc | Sc | Dg | Dg | Dg |
| | PM | | | | | | |
| | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| | 7 AM Dg | Dg | Dg | Hu | Sc | en | en |
| | PM | | | | | | |
| | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| | 7 AM Dg | Dg | Sc | en | Hu | Hu | Hu |
| | PM | | | | | | |
| 12/21/92 Received from [illegible] 0860 4/1513 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| | 7 AM Hu | Sc | Home visit | — | — | — | — |
| | PM | | | | | | |
| 7 | 29 | 30 | 31 | 1-1-93 | 2 | 3 | 4 |
| | AM en | en | en | [illegible] | Sc | Sc | Sc |
| | PM | | | | | | |
| 7 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| | AM Sc | Hu | Sc | Dg | Hu | Hu | Hu |
| | PM | | | | | | |
| | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| | 7 AM Hu | Hu | Sc | Hu | Sc | Sc | Sc |
| | PM | | | | | | |
| | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| | 7 AM Sc | Sc | [illegible] | Hu | Dg | Dg | Hu |
| | PM | | | | | | |

000784

[illegible]

DYS 3510 (11/84) DEPARTMENT OF HUMAN RESOURCES 000844 Page No. 1

DIVISION OF YOUTH SERVICES

NURSES NOTES

STUDENT: [illegible] (Last) Christa (First) [illegible] (Middle) SCHOOL: [illegible]

| DATE | TIME | SIGN EACH ENTRY |
|---|---|---|
| -22-91 | 3pm | 1st adm for 15 yo W/F - Hx sinus infection. Brought in Rx EES - Sulfisoxazole [illegible] 6 hrs 1tsp. - will Continue - voiced no other Complaints at This Time — S Cokeyan |
| -24-91 | 2pm | Intake medical History Complete - States has problem [illegible] blood not Clotting properly Refused TB skin Test - will keep in her room until she Take Test - S Cokeyan |
| | 4:30 pm | TB Skin test given in (R) forearm — S Cokeyan |
| -26-91 | pm | Consent Sheet to [illegible] Co HD - RE STD Clinic — E [illegible] |
| -91 | am | [illegible] office for [illegible] AC + [illegible] — E [illegible] |
| -92 | [illegible] | [illegible] test done by finger stick [illegible] |
| -10-92 | 8:30 am | To AB Tech Dental Clinic for care — S Cokeyan |
| -19-92 | [illegible] | [illegible] |
| -26-92 | 8:30 | To Dr. Hillman's office for dental care — H [illegible] |
| | | [illegible] |
| 3/31/92 | 12:00 | DT given in Rt upper arm — H [illegible] |
| -1-92 | 8:30 | To Dr. Hillman for dental care — [illegible] |
| -8-92 | 7:30 | States she vomited x2 before 11 pm - [illegible] feels to [illegible] to go to school - [illegible] today — H [illegible] |
| -9-92 | [illegible] | [illegible] — E [illegible] |
| -2-92 | 4pm | Had call from cottage parent that student passed Worms when she had a B.M. - told her we would check [illegible] physician for med. S Cokeyan |
| -13-92 | am | [illegible] Called - [illegible] — E [illegible] |
| | 8:00 pm | Vermox Tab + given as directed - S Cokeyan |
| -7-92 | 5pm | Several bee stings to (R) elbow - Benadryl 25 mg + (R) given - [illegible] S Cokeyan |
| -29-92 | 5p | [illegible] |

000[illegible]

[illegible]

Student's name

2

page

| | | | |
|---|---|---|---|
| 7-17-92 | 7[illegible] | [illegible] | [illegible] |
| | | [illegible] | |
| | | [illegible] | |
| | | [illegible] | [illegible] |
| 7-19-92 | 8A | c/o cramps. Tylenol [illegible] | [illegible] |
| | 2^00 p | Sitting on bed crying + rocking. Said stomach is cramping bad. Said been on period x 5 days - none on clothing. [illegible] hot water bottle to [illegible] | [illegible] |
| | 3^45 p | Feels much better she says. | [illegible] |
| 7-20-92 | 5P | c/o menstrual cramps. Advil [illegible] | [illegible] |
| 7-21-92 | 7p | Received call from cottage [illegible] that [illegible] has just passed [illegible] worms - [illegible] | |
| | | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible]-92 | 11 am | Stool specimen collected + sent to [illegible] - [illegible] + Parasite | [illegible] |
| [illegible]/92 | am | Seen by Dr. Cangile - see doctor's notes | [illegible] |
| [illegible] | [illegible] | [illegible] | |
| [illegible]/23-92 | am | Seen by Dr Cangile - see [illegible] | [illegible] |
| [illegible]/92 | | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] still [illegible] | [illegible] |
| [illegible]/21-92 | [illegible] | Seen by Dr. Cangile - see dr. notes | [illegible] |
| 7-7-92 | 3^30 pm | Update TB skin test [illegible] | [illegible] |

000786

008346

NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES
DIVISION OF YOUTH SERVICES

**PHYSICIANS ORDER SHEET**

| Student: Pike, Christa | School: J.E.C. | |
|---|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION | SIGN EACH ENTRY |
| 11/22/91 | Brought medicine in c her - Rx EES - sulfisoxazole o/s Take one (1) teaspoonful q 6 hrs - ordered by Dr. Joseph Lightsey L Laughlin | |
| 12/1/91 | Rocephin 250 mg IM. Doxycycline 100 mg 1 po bid - L Laughlin | |
| 1/19/92 | Student needs repeat pap when convenient ✓ L Laughlin | |
| 3/19/92 | cx clear no discharge also small adnexa clear Pap repeated L Laughlin | |
| 6-3-92 | Pinworms seen in stool. Rx Vermox Tab 1 as directed. T.O. Dr. Caudle L Laughlin | |

000787

DYS 3502 (11-84)

. OF REPORT: 01/28/92 LAB NUMBER: 91-142990 (.IENT ID #: PCO-31-0762-H
TIENT NAME: PIKE CHRISTA
008347
DATE OF BIRTH: 03/10/76
TE COLLECTED: 11/12/91 CLIENT TYPE: FAMILY PLANNING

************************** CYTOLOGIC FINDINGS SUGGEST: **************************

BENIGN MARKED INFLAMMATORY CHANGES
SIGNIFICANT CELLULAR ATYPIA

ITS:

JAN 2 9 1992

TO: ORANGE COUNTY HEALTH DEPT
EILEEN KUGLER RN DIRECTOR
300 W TRYON ST
HILLSBOROUGH

COURIER: 02-91-

QUALITY OF SPECIMEN:

EIN/SSN: 566000327

EXAMINER: C51

~~Peggy Hamlet~~
Christa Pike
Orange Co. H D.
need release of
info.
300 W. Tryon St.
Hillsborough, NC
27278

000788

008348

NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES
DIVISION OF YOUTH SERVICES

**PHYSICIANS ORDER SHEET**

| Student: Curtis [illegible] | School: [illegible] | |
|---|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION | SIGN EACH ENTRY |
| [illegible] | c/o ear still [illegible] | |
| | (R) TM occluded by dark yellow purulent material (L) TM dull | |
| | A - R Ext Otitis + OM | |
| | P - Cortisporin Otic [illegible] | |
| | Septra DS i BID #30 | |
| | J [signature] | |
| 11-18-92 | c/o ear canals itching | |
| | A - O pain | |
| | O - TM's dull, canals clear | |
| | A - OM resolved | |
| | P - reassurance, [illegible] | |
| | J [signature] | |

000789

[illegible] 4502 11-84

008349

NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES
DIVISION OF YOUTH SERVICES

PHYSICIANS ORDER SHEET

| STUDENT: [illegible] | SCHOOL: [illegible] | |
|---|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION | SIGN EACH ENTRY |
| [illegible] | Loestrin Fe 1/20-28 1 tab daily [signature] | |
| 7/29/92 | Passed large [illegible] worm last night. Vermox 1 chewable tab now and repeat in 1 week [signature] Noted [illegible] | |
| 7/29/92 | [illegible] We need to get a stool sample for O&P (Containers are at our Office) [signature] | |
| [illegible]/9/92 | Ⓡ ear hurting ~~[illegible]~~ ~~[illegible]~~ Ⓡ TM dull, retracted, Ⓛ TM dull pharynx red, neck [illegible] A - Ⓡ OM P Amoxil 500 tid x 10d [signature] | |
| [illegible] | [illegible] (Also [illegible] BC pills) [illegible] A - Residual Ⓡ OM Contraception P - Duricef 500 Bid #20 Continue Loestrin Fe 1/20-28 [signature] | |

000790

DYS 3502 (Rev. 11/91)

008350

NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES
DIVISION OF YOUTH SERVICES

**PHYSICIANS ORDER SHEET**

| Student: Christa Pike | School: Jee | |
|---|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION | SIGN EACH ENTRY |
| 10/25/93 | Continue Loestrin FE 1/20-28 as directed [signature] | |
| 11/5/93 | Continue Loestrin FE 1/20-28 As directed [signature] | |
| 12/20/93 | Continue Loestrin FE 1/2-28 As directed [signature] | |
| 1-15/93 | Wants to stop B/C pills<br>d/c Loestrin FE 12/31/93 - [signature] | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

000791

DYS 3502 (11-84)

# LABORATORY REPORTS

## SYPHILIS SEROLOGY VDRL

## SICKLE CELL REPORT

RACE W
SEX F
BIRTH DATE 3 / 1 / 76 (MO. DAY YR.)

PATIENT'S NAME Pike Christa Gail
ADDRESS J E C Swannanoa NC
COUNTY OF RESIDENCE Bunc PATIENT'S PHONE 704-686-544
DATE SPECIMEN COLLECTED: 1-6-92
BLOOD TRANSFUSION WITHIN 4 MOS? DATE:
STATE LABORATORY NUMBER
DATE RECEIVED JAN 8 92 000427 DATE REPORTED

**LABORATORY FINDINGS**

ELECTROPHORETIC PATTERN SUGGESTS:
NORMAL ☐ ABNORMAL ☐

HEMOGLOBIN

| | | | |
|---|---|---|---|
| Hb A1 | % | Hb S | % |
| Hb A2 | % | Hb C | % |
| Hb F | % | Hb | % |

N.C. DEPT. OF ENVIRONMENT
HEALTH & NATURAL RESOURCES
DIV. OF LABORATORY SERVICES
STATE LABORATORY OF PUBLIC HEALTH
BOX 28047
RALEIGH, N.C. 27611

**ADDRESS OF SENDER**

DR. Juvenile Eval. Center
STREET 741 Old US 70
CITY Swannanoa N.C. 28778 ZIP

**INTERPRETATION**—ON BACK OF PART ONE.

## OTHER

000702

DHS 3511 (11/84) Pike, Christa Gail

PPS-2 Rev. 86

Student ID Number

| School | School System | Date |
|---|---|---|
| | | |

NAME Pike Christina (Last) (First) (Middle) (Nickname) BIRTHDATE 3 10 76 Mo Day Year

SEX: (M or F) RACE: American Indian ☐ Asian ☐ Black ☐ Hispanic ☐ White ☐ Other

# PUPIL PHYSICAL EXAMINATION AND PERMANENT HEALTH RECORD

(APPROVED BY NORTH CAROLINA DEPARTMENT OF PUBLIC EDUCATION AND DEPARTMENT OF HUMAN RESOURCES)

This form must follow the pupil when transferred.

I. (To be completed by parent in pencil) TEACHER UPDATES YEARLY

PUPIL ADDRESS

PARENT OR GUARDIAN NAME

ADDRESS

PHONE NUMBER

IN CASE OF EMERGENCY

CALL

PHYSICIAN

DENTIST

II. RECORD OF IMMUNIZATIONS (Enter date of EACH dose) 3/31/91

| VACCINE | #1 | #2 | #3 | #4 | #5 |
|---|---|---|---|---|---|
| DTP | 5/27/76 | 9/1/76 | 6/23/77 | 9/15/78 | 9/17/81 |
| Polio | " | " | " | " | " |
| MMR | 9/22/77 | | | | |
| Measles | | | | | |
| Mumps | | | | | |
| Rubella | | | | | |

III. PUPIL'S PHYSICAL EXAMINATION RESULTS (To be completed by examining physician)

Significant Health Problems/Findings, Delayed Development or Physical Disabilities, Convulsive Disorders, Allergies, Sensitivities, Diabetes Etc.

If unable to participate fully in school program, specify restriction:

Physician's Certification: ☐ I CERTIFY THIS CHILD HAS RECEIVED THE IMMUNIZATIONS NOTED IN PART II.

☐ I CERTIFY THIS CHILD HAS BEEN EXAMINED AND IS PHYSICALLY FIT TO ATTEND SCHOOL (EXCEPTIONS NOTED IN PART III).

PHYSICIAN'S SIGNATURE/DATE:

IV. PUPIL'S SCREENING RECORD

| VISION | | HEARING | | DENTAL | | SCOLIOSIS | |
|---|---|---|---|---|---|---|---|
| Date | Comments | Date | Comments | Date | Comments | Date | Comments |
| 5/9/88 | Ⓛ 20/25 Ⓡ 20/25 | 5/9/88 | Passed | 10/3/88 | No obiv. prob | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

000783

008353

# BASIC LABORATORY

## N.C. DEPARTMENT OF ENVIRONMENT, HEALTH, AND NATURAL RESOURCES

## OFFICE OF NURSING

HPC0310762 933-7482 03/10/1976
PIKE, CHRISTA W F
FLINT RIDGE APT 28
HILLSBOROUGH, NC 27278 068

PATIENT'S NAME, NUMBER

| | DATE | 05.01.91 | 11.12.91 | | | | | |
|---|---|---|---|---|---|---|---|---|
| BLOOD TEST(S) | 1. C.B.C. | | | | | | | |
| | 2. Hgb | | | | | | | |
| | 3. Hct | ✓ 42% | ✓ 42 [illegible] | | | | | |
| | 4. RBC. | | | | | | | |
| | 5. WBC | | | | | | | |
| | 6 Diff. | | | | | | | |
| URINE TEST(S) | 7. Urine S.G. | | | | | | | |
| | 8. PH | ✓ 5.0 | 7.0 [illegible] | | | | | |
| | 9. Protein | TR | Ng | | | | | |
| | 10. Glucose | N | ✓ Ng | | | | | |
| | 11. Ketones | N | Ng | | | | | |
| | 12. Blood | N | Ng | | | | | |
| | 13. Nitrate/Culture | | nit-Ng leuk-Ng | | | | | |
| | 14. Sensitivity | | | | | | | |
| | 15. Preg. test | | | | | | | |
| LAB OTHER | 16. Blood type & x-match | | | | | | | |
| | 17. Rubella titer | | | | | | | |
| | 18. Antibody screen | | | | | | | |
| | 19. A.F.P. Screen | | | | | | | |

SIGNATURE: Whitted, RN; M. [illegible], RN; D. Wilkite [illegible]

N = See NOTES

DEHNR 2807 (REVISED 1/86)
POHR (REVIEW 1/89)

008354

HPC0310762 933-7482 03/10/1976
PIKE, CHRISTA W F
FLINT RIDGE APT 28
HILLSBOROUGH, NC 27278 068

# BASIC LABORATORY

N.C. DEPARTMENT OF ENVIRONMENT, HEALTH, AND NATURAL RESOURCES

OFFICE OF NURSING

PATIENT'S NAME, NUMBER

| | DATE | 05.01.91 | 11.12.91 | | | | | |
|---|---|---|---|---|---|---|---|---|
| BLOOD TEST(S) | 1. C.B.C. | | | | | | | |
| | 2. Hgb | | | | | | | |
| | 3. Hct | ✓ 42% | ✓ 42 | | | | | |
| | 4. RBC. | | | | | | | |
| | 5. WBC | | | | | | | |
| | 6. Diff. | | | | | | | |
| URINE TEST(S) | 7. Urine S.G. | | | | | | | |
| | 8. PH | ✓ 5.0 | 7.0 | | | | | |
| | 9. Protein | TR | N | | | | | |
| | 10. Glucose | N | ✓ N | | | | | |
| | 11. Ketones | N | N | | | | | |
| | 12. Blood | N | N | | | | | |
| | 13. Nitrate/Culture | | Nit-Neg Leuk-Neg | | | | | |
| | 14. Sensitivity | | | | | | | |
| | 15. Preg. test | | | | | | | |
| LAB OTHER | 16. Blood type & x-match | | | | | | | |
| | 17. Rubella titer | | | | | | | |
| | 18. Antibody screen | | | | | | | |
| | 19. A.F.P. Screen | | | | | | | |
| | SIGNATURE | [illegible] RN | M. [illegible] RN / D. [illegible] MA | | | | | |

000795

DEHNR 2807 (REVISED 1/86)
POHR (REVIEW 1/89)

N = See NOTES

008355

Page

HPC0310762 933-7482 03/10/1976
PIKE, CHRISTA W F
FLINT RIDGE APT 28
HILLSBOROUGH, NC 27278 068

# FAMILY PLANNING FLOW CHART

## N.C. DEPARTMENT OF ENVIRONMENT, HEALTH, AND NATURAL RESOURCES

## OFFICE OF NURSING

PATIENT'S NAME, NUMBER

| | | | |
|---|---|---|---|
| 1. DATE / REASON FOR VISIT | 11/12/91 IV | | |
| 2. MENSTRUATION, LMP/LNMP | LMP 11-3-91 / LNMP early 11-3-91 | LMP / LNMP | LMP / LNMP |
| DURATION/FLOW | 5 days - 7 days mod | | |
| CRAMPS/INTERMEN. SPOTTING | some cramping / no | | |
| DISCHARGE/BURNING/ITCHING | no / no / some itching | | |
| 3. SYMPTOMS/ILLNESS/ SURGERY (recent) | a cold recently | | |
| 4. PREGNANCY: OUTCOME/DATE | no | | |
| PROBLEMS | ↓ | | |
| CURRENT SYMPTOMS OF | no | | |
| Breast Fed | | | |
| 5. CONTRACEPTIVE METHOD | condom | | |
| PROBLEM: | no | | |
| SATISFACTION | would like OCP | | |
| 6. LIBIDO, SEX PROBLEMS | no | | |
| POST COITAL BLEEDING | no | | |
| 7. ABDOMIN.: PAIN/CRAMPS (other) | 0 | | |
| 8. EXTREMITIES. VARICOSE VEINS/CRAMPS | 0 | | |
| 9. VISION: BLURR/FADING/SPOTS | 0 | | |
| 10. HEADACHES/DIZZINESS | 1 mod headache/wk / 0 | | |
| 11. BREASTS TENDERNESS/MASS/DISCHARGE | 0 | | |
| 12. CHEST PAIN/S.O.B. | 0 | | |
| 13. CHILLS/FEVER | 0 | | |
| 14. MOOD CHANGE/ NERVOUS/DEPRESSED | 0 | | |
| 15. DOUCHING (frequency/type) | 0 CO | | |
| 16. BREAST SELF-EXAM. ROUTINE/TAUGHT | yes CO | | |
| 17. SMOKES (packs/day)/ ALCOHOL CONSUMED | 0 / 0 | | |
| 18. DT | 1990 will bring record to clinic | | |
| 19. RUBELLA | CO " " | | |
| 20. OTHER | | | |
| 21. PRE-CONCEPTION COUNCILING | PRE-CON. COUN. → | PRE-CON. COUN. | PRE-CON. COUN. |
| 22. F.P. CLASS/INFORM. CONS./ EMERGENCY INSTR. | (F.P. CLASS) (INF. CONS.) ~~EMER INST~~ | F.P. CLASS INF. CONS. EMER INST. | F.P. CLASS INF. CONS EMER INST |
| | DATE 11/12/91 | DATE | DATE |
| SIGNATURE: | M. Black, RN | | |

000796

Louise Echols
11-12-91

DEHNR 2814 (REVISED 3/86)
POHR (REVIEW 3/89)

* See Basic Lab/Flow Sheet   0 = No Significant Problems   X = Significant Problems   N = See Notes

2

008356

| | | | |
|---|---|---|---|
| DATE | 11/12/91 → | | |
| 23. WT. 96 1/4 HT. 5 2 1/2 | WT. HT. | WT. HT. | WT. HT. |
| 24. B.P. 30/56 | → | | |
| SKIN | 0 | | |
| 26. THYROID | 0 | | |
| 27. BREASTS | 0 | | |
| 28. HEART | 0 | | |
| 29. LUNGS | 0 | | |
| 30. ABDOMEN | 0 | | |
| 31. EXTREMITIES | 0 | | |
| 32. EXTERNAL GENITALIA | 0 | | |
| 33. VAGINA | 0 | | |
| 34. CERVIX | 0 | | |
| 35. UTERUS: size, shape, position | 0 | | |
| 36. ADNEXAE | 0 | | |
| 37. RECTUM | | | |
| 38. I.U.D. string | seen (none) | seen none | seen none |
| 39. PAP smear* | (done) no | done no | done no |
| 40. G.C. culture* | done / no | done no | done no |
| wet mount* | X +) clues | | |
| SIGNATURE | Chlamydia | | |
| 42. CONTRACEPTIVE Rx. | + gardnerella metronidazole 2 gm stat | | |
| wait + sex in menses | p̄ start Loestrin 1/20 + do [illegible] today & make up 2 days F & C through this pack c̄ 3rd [illegible] | | |
| SIGNATURE | | | |
| 43. SUPPLIES | reviewed diet | | |
| | [illegible] | | |
| 44. Findings reviewed | ✓ use F&C through 1st pack | | |
| Drug insert given | ✓ [illegible] | | |
| | [illegible] metronidazole | | |
| 45 REFERRALS | [illegible] | | |
| 46. NEXT APT. / TYPE | date RV type 2/4/92 | date type | date type |
| TYPE, this visit | IV | | |
| SIGNATURE | [illegible] | | 00079 |








* See Basic Lab/Flow Sheet    0 = No Significant Problems    X = Significant Problems    N = See Notes

HPC0310762 933-74
PIKE, CHRISTA W F
FLINT RIDGE APT 28
Patient HILLSBOROUGH, NC 27278 068

008357

N.C. DEPARTMENT OF ENVIRONMENT, HEALTH, AND NATURAL RESOURCES

OFFICE OF NURSING

| | DATE 11/12/91 | DATE |
|---|---|---|
| 13. SOCIAL HISTORY | | |
| A. Beer — Amt/Wk | 1 per 2 month | |
| B. Wine — Amt/Wk | 0 | |
| C. Liquor — Amt/Wk | 0 | |
| D. Drugs (OTC/Street) — Kind | 0 | |
| Amt | | |
| E. Tobacco — Kind | 0 stopped 4 months | |
| Amt | | |
| F. Physical Exercise — None, Occasionally, 3-4 x weekly | PE class qd | |
| G. Seat Belts — Never, Seldom, (Always) | since accident | |
| 14. MENSTRUAL HISTORY, Age of Onset | 14 | |
| A. LMP | | |
| B. Flow/Duration | see flow chart | |
| C. Cramps/Discharge/Itching | | |
| 15. MENOPAUSAL HISTORY, Age of Onset | | |
| 16. COITAL HISTORY, Age of 1st Experience 15 (6 months) 3 | | |
| A. sex problems 0 | | |
| B. post coital bleeding/douching (frequency/type) 0 | | |
| 17. OBSTETRICAL HISTORY | | |
| A. total pregnancies | | |
| B. term | | |
| C. premature | | |
| D. fetal deaths | | |
| E. > 9 lbs. ✓ | | |
| 18. ABORTIONS | | |
| A. spontaneous B. therapeutic C. elective | | |
| 19. CONTRACEPTIVE HISTORY | | |
| A. method condom | | |
| B. duration | | |
| C. discont./reason won't take OCP | | |
| D. method/problems/acceptance | | |
| 20. MALE | | |
| A. history undescended testicle | | |
| B. chronic prostate problem | | |
| C. last testicle/prostate exam | | |
| D. last testicular self-exam | | |

| 21. DIETARY SCREENING | Food Frequency | Times per day | Times per week | Comments | Times per day | Times per week | Comments |
|---|---|---|---|---|---|---|---|
| (0) Unexplained weight change ± ___ lbs in ___ months/yrs. | Dairy Products: milk, cheese, yogurt, etc. | 2 | | | | | |
| (0) Pica | Protein: lean meats, eggs, dry beans, etc. | 2 | | | | | |
| (0) Ever on special diet ___ | Fruits, vegetables or their juices | | 2 | | | | |
| ( ) Still on special diet ___ | Breads, cereal, rice, pasta, etc. | 3 | | | | | |
| (N) Trouble getting food ___ | Fats: Fried foods, bacon, sausage, etc. | | 2 | | | | |
| (X) Irregular meal pattern | Sweets: cake, pie, candy, etc. | 3 | | | | | |
| (0) Vomiting more than once/month | Soft drinks: soda, kool-aid, etc. | 2 | | | | | |
| (N) Wants food/diet information | Caffeine: coffee, tea, soda, choc., etc. | 2 | | | | | |
| | Alcohol: beer, wine, liquor | 0 | | rarely | | | |
| | Salty snacks | | 3 | | | | |
| | Vitamin/mineral supplement | | | no | | | |

000798

Signature M. Peely, RN Signature ______

O = No Significant Problems X = Significant Problems N = See Notes

HPC0310762 933-7482 03/10/1976
PIKE, CHRISTA W F
FLINT RIDGE APT 28
HILLSBOROUGH, NC 27278 068

008358 **N.C. DEPARTMENT OF ENVIRONMENT, HEALTH, AND NATURAL RESOURCES**

**OFFICE OF NURSING**

# ADULT BASIC HISTORY

| | UPDATE |
|---|---|
| 7. INITIAL INTERVIEW DATE/INFORMATION SOURCE IV fertility control | |
| 8. CHIEF COMPLAINT/REASON FOR VISIT/DIAGNOSIS fertility control | |
| 9. PHYSICIAN'S NAME & ADDRESS/HEALTH PROVIDER | |
| DATE OF LAST VISIT 6/91 | |
| 10. PHYSICIAN'S NAME & ADDRESS/HEALTH PROVIDER Hillsborough | |
| DATE OF LAST VISIT | |
| 11. SERIOUS ILLNESS, ACCIDENT, OPERATIONS TYPE/DATE: tonsilectomy, plastic surgery on forehead. | |

| 12. HEALTH HISTORY | Pt. | Blood Relative | Comments | Pt. | Blood Relative | Comments |
|---|---|---|---|---|---|---|
| A. Glaucoma (inc. Eye Trauma) | 0 | 0 | | | | |
| B. Lung Dis/TB | 0 | 0 | ~~father HBP~~ error | | | |
| C. Heart/HBP/Stroke/Rheumatic Fever | 0 | ✓ | father HBP | | | |
| D. Arthritis/Back Pain | 0 | 0 | | | | |
| E. Skin Disease | 0 | 0 | | | | |
| F. Kidney/Urinary Dis. | 0 | 0 | | | | |
| G. GI Disorders (Polyps/Colitis) | 0 | 0 | | | | |
| H. Diabetes | 0 | 0 | | | | |
| I. Cancer. Breast/Fibrocystic | 0 | 0 | | | | |
| Cervical | ↓ | ↓ | | | | |
| Colo-rectal | | | | | | |
| Lung | | | | | | |
| Oral | | | | | | |
| Uro-Genital | | | | | | |
| Other | | | | | | |
| J. Neurological/Seizures | | 0 | as an infant | | | |
| K. Emotional Illness | 0 | 0 | | | | |
| L. Alcoholism | 0 | 0 | | | | |
| M. Congenital/genetic abnormality | 0 | 0 | | | | |
| N. Blood Disorders | | 0 | some clotting factor | | | |
| O. Blood Transfusions | | 0 | c̄ tonsilectomy | | | |
| P. DES Exposure | 0 | 0 | | | | |
| Q. STD (herpes, GC, Syph) | 0 | 0 | | | | |
| R. Occ./environmental exposures | 0 | 0 | | | | |
| S. Thyroid Disease | 0 | 0 | | | | |

000103

Signature M. Beasley, RN Signature

0 = No Significant Problems X = Significant Problems N = See Notes

DEHNR 2805 (REVISED 1/86)
POHR (REVIEW 1/89)

# SPEECH, HEARING, AND LANGUAGE REPORT

000359

NAME: CHRISTA PIKE  SEX: ☐ MALE ■ FEMALE  RACE: W

BIRTHDATE: 3 / 10 / 76  CHRONOLOGICAL AGE: 15 - 9

DATE OF ARRIVAL: 11 / 22 / 91  DATE OF EVALUATION: 12 / 4 / 91

**STATUS**

- ☐ REFERRED
- ■ NOT REFERRED
- ☐ REFERRAL PENDING

If pending, explain: ______

**PROBLEM**

- ☐ Language
- ☐ Speech
- ☐ Hearing
- ☐ Fluency
- ☐ Voice

## TEST RESULTS

**Hearing**

| | | | | | | at 25dB |
|---|---|---|---|---|---|---|
| Right Ear | ■ 500 | ■ 1000 | ■ 2000 | ■ 4000 | ■ 6000 | ■ Pass ☐ Fail |
| Left Ear | ■ 500 | ■ 1000 | ■ 2000 | ■ 4000 | ■ 6000 | ■ Pass ☐ Fail |

**Speech**

- ■ Within Normal Limits
- ☐ Inappropriate speech skills for age

Characterized by: ☐ distortions ☐ substitutions ☐ deletions

**Language**

- ■ Within Normal Limits
- ☐ Below Acceptable Limits

**CELF-R Criterion Comparison**

Criterion Score 35  (Above) / Below Criterion
Total Score 44

**Fluency**

- ■ Within Normal Limits
- ☐ Dysfluencies Present

000800

**Voice**

- ■ Within Normal Limits
- ☐ Characteristics inappropriate for age and sex

COMMENTS:

Jeffery S. McKibben CCC/SLP

Jeffery S. McKibben, M.A., CCC-SLP
Speech-Language Pathologist
Mountain Area Speech Associates

DATE: 12 / 4 / 91

Copyright 1991 Jeff McKibben

North Carolina
Department of Environment, Health, and Natural Resources
Division of General Services

008360

# PERMISSION FOR RELEASE OF PATIENT INFORMATION

**Purpose:** To authorize the release of specific information from the record of the patient, according to the conditions set by the patient, parent, or legal guardian.

**Preparation:** Complete all blanks before signature is signed in ink. For Item 1, specify the name(s) of person(s) and/or agency(ies). For Item 2, specify the nature and extent of the information to be released. For Item 3, specify the intention for which the information will be used.

**Retention:** For adult records, retain for 10 years from the last date of service. For pediatric records, retain until the individual reaches 28 years of age and has not received services within the last 10 years. For exclusions to this schedule, refer to Standards 5 a. 2. and 5 b. 2. of the *Records Disposition Schedule*.

Pike Christa
Last Name First Name M.I.

Patient Number: [ ] - 234 - 17 - 7244

Date of Birth: 03/10/76

1. I hereby authorize Orange County Health Department

to release specified information in the patient record of:

Pike, Christa Gail

to the following: Peggy Hamlet, Court Counselor, Orange Co

The nature and extent of the information includes: Physical exam done 11/12/91, including lab and history.

3. This information will be used for: complete medical records for screening in her placement

I understand the terms of this release, the need for the information, and that there are statutes and regulations protecting the confidentiality of information. I acknowledge that this consent is voluntary and is valid until such request is fulfilled. I further understand that I may revoke my consent by giving written notice to the agency with authority to release the information, except to the extent that action based on this consent has already been taken.

[signature] CNC
/s/ Witness

+ Carissa Totos, Mother
+ Christa Pike
/s/ Patient, Parent, or Legally Appointed Representative
*(Circle appropriate title)*

Date, event, or condition of expiration

11/12/91
Date signed

000801

DEHNR 3096 (Revised 2/90)
General Services (Review 2/92)

DEPARTMENT OF HUMAN RESOURCES
DIVISION OF YOUTH SERVICES
INTAKE MEDICAL HISTORY

STUDENT: Pike Christa Gail DATE: 11-24-91
(last) (First) Middle

ALLERGIES: MEDICATION: ⊘ REACTION:

INSECT: ⊘ REACTION:

FOOD: ⊘ REACTION:

REMARKS: ASA - Can't Take due to problem c̄ blood not clotting properly -

SIGNIFICANT ILLNESSES: (Diabetes, Epilepsy, Rheumatic Fever, Scarlet Fever, Tuberculosis, Asthma, Bronchitis, High Fever (long duration), High Blood Pressure, etc.) ⊘

OTHER:

REMARKS:

SIGNIFICANT INJURIES/ACCIDENTS: (Fractures, severe lacerations, puncture wounds, head injuries, loss of consciousness, etc.) (L) pinkie forehead

OTHER: Feb 1990 in Auto accident - bad cut to forehead -

REMARKS: had plastic surgery -

HOSPITALIZATIONS/OPERATIONS: Age 7 tonsilectomy - then hemorrhaged c̄ hospital 2 wks, had transfusions

PRESENT MEDICATIONS: EES

LAST MEDICAL EXAMINATION: 11-16-91 LAST DENTAL EXAMINATION: 1 yr or more

CHIEF COMPLAINT/PRESENT CONCERN: [illegible]

REVIEW OF SYSTEMS: Good GENERAL HEALTH: Good

CNS: (Seizures, Black-out spells) as infant.

SKIN: (Rashes, hair, nails) ⊘

HEAD: (Head injury, headaches) ⊘

EYES: (Visual problems, glasses) ⊘

EARS: (Hearing, infections, discharges, pierced) both x1

NOSE: (Nosebleeds, injuries) 1X wk.

000802

MOUTH, TEETH, THROAT: (Frequent sore throats, hoarseness) frequently

NECK: (Lumps) Ø

ART: (Murmurs) yes - no restrictions

LUNGS: (Asthma, bronchitis)

BREASTS: (Lumps, drainage) Ø

DI: (Stomachaches, NVD) Ø

GU: (Enuresis, frequency, urethral discharges, lesions) Ø

REPRODUCTIVE SYSTEM:

FEMALES: (Also see physical sheet for menstrual history)

Menarche: 13 Sexually active: Ø

Contraception: Took BC pills for 1 day only, before coming to JEC

OB History Ø

Diseases/Discharges: Ø

MALE:

Sexually active:

Contraception:

Diseases:

DRUGS:

Alcohol: Beer, wine, whiskey

Cigarettes: 1pkg/day

Other: Pot - Crack - acid

FAMILY HISTORY: (Diabetes, Epilepsy, hypertension (Fa), stroke (MGF), cancer (PGm), heart attack or disease, Alcoholism (mGm), mental illness, etc.)

Mother: 39 - Healthy

Father: 44 - Hypertension

Siblings: Half - Bro. - 2 ; 2 half - Sis - 3, 2 } good health

GENERAL SYNOPSIS:

000803

[signature]

DEPARTMENT OF HUMAN RESOURCES
DIVISION OF YOUTH SERVICES
**ADMISSION PHYSICAL EXAMINATION**

NAME: Pike Christa Gail
Last First Middle

| RACE: | SEX: | DOB: | SCHOOL: | |
|---|---|---|---|---|
| W | F | 3-1-72 | JEC | State Merit Assistant Clait Drinkerly — |

| HEIGHT | WEIGHT | TEMP. | PULSE | BLOOD PRESSURE | VISION (NEAR) | VISION (FAR) |
|---|---|---|---|---|---|---|
| 5'2" | 97 | 98.4 | 72 | 110/70 | rt. 20/20 lt. 20/20 | rt 20/20 lt 20/20 |

**LABORATORY FINDINGS**

URINALYSIS DATE: 11-27-91 PH 7.0 SPECIFIC GRAVITY 1.005 COLOR yellow

BLOOD — PROTEIN — KETONES — GLUCOSE — BILIRUBIN —

~~HEMATOCRIT~~ Hgb DATE: 1-6-92 RESULTS 15.6

RPR DATE: RESULTS

SICKLE CELL DATE: 1-6-92 RESULTS Normal

RUBELLA TITER DATE: RESULTS

TUBERCULIN TEST TYPE: PPD 5TU DATE GIVEN: 11-24-91; 11-17-92; 11-19-92 neg RESULTS neg
Lot #2317-13 exp June 15, 92 DATE READ: 11-26-91; Lot 2327-18 Exp 9-9-93

**FEMALES**

GONORRHEA CULTURE: DATE: RESULTS:

PREGNANCY TEST: TYPE: DATE: RESULTS:

PAP SMEAR: DATE: RESULTS:

MENARCHE: 13 REGULARITY: 28-30 day NO. OF DAYS 5 days

DATE OF LAST MENSES: 11-17-91 PROBLEMS: Cramps Takes Tylenol

**CLINICAL EVALUATION**

EYES: 20/20 OU P+N Normal

EARS:

NOSE:

SINUSES:

SCALP:

MOUTH/TEETH: Good Condition except chipped front tooth

THROAT:

BREAST:

000804

LUNGS:
Clear

HEART:
RRR w/o (m)

ABDOMEN:
benign

ENDOCRINE SYSTEM:
wnl

GLANDS:
wnl

GU SYSTEM:
[illegible] GC + Chlamydia cultures

UPPER EXTREMITIES:
wnl

LOWER EXTREMITIES:

MUSCULOSKELETAL:

SCARS/MARKS: Both ears - pierced X 1; Tattoo (L) wrist, (L) pinkie, (L) ankle
Scar on forehead, (R) knee, (L) knee
see Tattoo sheet -

SKIN:

NEUROLOGICAL:

PELVIC:

COMMENTS:
[illegible]
GC + Chlamydia cultures

000805

[illegible signature]
Physician's Signature

11-27-91
Date

008365

DEC 30 1991

JUVENILE EVALUATION CENTER
741 Old Highway 70
SWANNANOA, NORTH CAROLINA 28778

**Return to nurses**

Dear Parent:

In order that your child receive the necessary immunizations that will protect him/her and the other students at the Juvenile Evaluation Center from disease we would appreciate your signature on the form below. Please return it to us as soon as possible. Should you have any record of immunization for your child, please send this to us also. This information should be sent to the address above.

TO WHOM IT MAY CONCERN:

I give consent for Christina Pike ... -ive any immunization the is required by ... nile Evaluation Center

HEALTH RECORD

Pike

I. Past histor ... y dates)

A. Past ...

| | | | |
|---|---|---|---|
| Frequ... | | ...ies | |
| Absce... | | long duration | |
| Aller... | | ...rrent infections | |
| Bronc... | | ...ver | |
| Chick... | | Fever | |
| Diabet... | | ...ctions | |
| Freq. ... | | ...ough | |
| Heart ... | | ...is | |
| Kidney ... | | ...in rashes or | |
| Lung i... | | ...t infections | |
| Measle... | | ...ases not listed | |
| Mumps | | | |

B. Immunization History (indicate dates of last booster)

| | | | |
|---|---|---|---|
| D.P.T. (Diptheria, Whooping Cough and Tetanus) | | List any surgery (include dates) | Tonsillectomy, Adenoidectomy 1981 |
| Tetanus | | | |
| Polio | | Small Pox | |
| German Measles (Rhebella) | | Regular Measles (Rhebella) | |

C. Habits (include frequency where applicable)

| | | | | | |
|---|---|---|---|---|---|
| Bed wetting | | TB Skin test | | Bowel habits | |
| Appetite | | Fainting | | Nightmares | |
| Sleepwalking | | Freq. headaches | | Right or left hand dominance | R |
| Food or Drug allergies | Aspirin — | | | | |

Signature

IT IS VERY IMPORTANT TO THE WELFARE OF YOUR CHILD THAT YOU COMPLETE, SIGN AND RETURN THIS INFORMATION AS SOON AS POSSIBLE.

000806

NURSING CARE PLAN:

Routine health and dental care
B C pills
TB Skin Test

| NURSE'S SIGNATURE: | DATE OF REVIEW: |
| --- | --- |
| [illegible] RN | 11-[illegible]-91 |
| S. Cokey RN | 12-21-91 |
| S. Cokey RN | 01-07-92 |
| S. Cokey RN | 02-04-92 |
| S. Cokey RN | 03-11-92 |
| S. Cokey RN | 04-19-92 |
| S. Cokey RN | 05-10-92 |
| [illegible] RN | 6-5-92 |
| S. Cokey RN | 07-07-92 |
| S. Cokey RN | 08-14-92 |
| S. Cokey RN | 09-19-92 |
| S. Cokey RN | 10-24-92 |
| S. Cokey RN | 11-15-92 |
| S. Cokey RN | 12-[illegible]-92 |
| S. Cokey RN | 01-14-93 |
| [illegible] | 2-3-93 |

Allergies: [illegible]

Guardian: [illegible]

Phone #: 9/9) 732-5269

008367

DEPARTMENT OF HUMAN RESOURCES
DIVISION OF YOUTH SERVICES

MEDICAL TREATMENT PLAN

STUDENT: [illegible] (Last) [illegible] (First) [illegible] (Middle) D. O. B. 3-1-76

ADMISSION DATE: 11-[illegible]-91 RACE: W SEX: F

IMMUNIZATION ASSESSMENT: 3-31-92 Complete DT [illegible] 3/2-94 [illegible]

MMR 9-22-77

[illegible]

DENTAL SCREENING RESULTS: Good Condition, except chipped front Teeth.

3-16-92 To AB Tech Dental Clinic for Cleaning & exam + fluoride

3-26-92 To Dr. [illegible]'s office for dental care [illegible]

4-1-92 To Dr. [illegible] for dental care [illegible]

ADMISSION PHYSICAL FINDINGS: Normal PE

MEDICAL TREATMENT PLAN: Consent Form to Orange Co. HD. for med records - STD Clinic

11-[illegible] [illegible]

2-3-92 Dr Carrigan order [illegible] to Orange Co. HD.

[illegible]

[illegible]

[illegible]

8-5-92 [illegible] to Dr. [illegible] for [illegible]

9-9-92 Seen by Dr. Carrigan [illegible]

[illegible]

[illegible]

10-25-92 Cont. Loestrin Fe 1/20 - 28 -

11-15-92 Cont Loestrin Fe 1/20 - 28 ; 11-17-92 [illegible] TB Skin Test

12-20-92 Cont. Loestrin Fe 1/20 - 28

1-15-93 D/C Loestrin Fe

DYS 3507

000808

008368

# ADMINISTRATIVE OFFICE OF THE COURTS
RALEIGH, NORTH CAROLINA

JUVENILE SERVICES DIVISION
THOMAS A. DANEK, PH.D.
ADMINISTRATOR

DONALD L. HARGROVE
CHIEF COURT COUNSELOR
P O BOX 60
HILLSBOROUGH, N. C. 27278

FRANKLIN FREEMAN
DIRECTOR

PATRICIA S. HUNT
CHIEF DISTRICT COURT JUDGE
DISTRICT COURT DISTRICT 15B

June 17, 1992

Juvenile Evaluation Center
741 Old Highway 70
Swannanoa, N. C.   28778

ATTENTION:  Debbie Howell

Re:  Christa Pike

Dear Ms. Howell:

I appreciate you calling me yesterday to inform me that Christa is eligible for a home visit from June 21 through June 26. I look forward to seeing Christa when she is home.

Thank you.

Sincerely,

Peggy Hamlett
Court Counselor

PH/am

6/29/92

JUN 29 1992

000809

**MARTIN & MARTIN**
A Professional Association
Attorneys and Counsellors at Law

*J. Matthew Martin*

102 North Churton Street
Hillsborough, North Carolina 27278

*(919) 732-6112*
*Chapel Hill: (919) 933-2135*
*Facsimile: (919) 732-6392*

January 28, 1992

The Honorable Stanley Peele
District Court Judge
15-B Judicial District
Orange County Courthouse
106 East Margaret Lane
Hillsborough, North Carolina 27278

HAND DELIVERED

Re: Christa Gail Pike
91 J 104

Dear Judge Peele:

You may recall that we spoke briefly regarding Ms. Pike when we bumped into each other at lunch the other day. At that time, I mentioned to you that I had discovered a program which I thought would be very beneficial to her and which I believed would be an alternative to commitment as described in N.C. Gen. Stat. § 7A-649. It is called Camp Woodson, and is a direct outgrowth of the Juvenile Evaluation Center (JEC) in Swannanoa, where Christa Pike is being warehoused. After visiting with Christa in Swannanoa on December 14, 1991, I have come to the conclusion that this placement for her would be appropriate.

Officials of Camp Woodson have indicated to me that they believe that Christa would be a good candidate for camp. It is too late to get her in camp for the January session, but I believe that we could get her there for the next appropriate session.

I have discussed the matter with Peggy Hamlett and she has advised me that she would oppose such a placement at this time, commenting that Christa is receiving counseling which she feels is appropriately carried out in the confinement setting. I cannot help but to disagree, note that N.C. Gen. Stat. § 7A-649(6) gives the Court the authority to order the juvenile to a community based program of academic or vocational education or to a professional or residential or nonresidential treatment program which shall not exceed twelve (12) months. I believe that my discovery of Camp Woodson, to which a juvenile can only be admitted by virtue of

attendance at JEC would meet statutory standards set out above and that accordingly it is an alternative to commitment which would be appropriate pursuant to N.C. Gen. Stat. § 7A-651(e). I note that the Court continues to retain jurisdiction despite the commitment to the Division of Youth Services and pursuant to N.C. Gen. Stat. § 7A-652(g) and pursuant to N.C. Gen. Stat. § 7A-664 Court may modify the order that it has entered.

I respectfully request that you look into this matter and if in your determination you believe that we need to have a formal hearing on it as a petition to modify the Court's order, I would very much like to go forward with that. If the matter can be resolved informally, that would be fine too. By copy of this letter I am notifying all interested parties as to this communication.

With every good wish, I am

Respectfully,

J. Matthew Martin

JMM/ma
cc: Kella W. Hatcher, Esq.
Ms. Peggy Hamlett
Miss. Christa Gail Pike

**MARTIN & MARTIN**
A Professional Association
Attorneys and Counsellors at Law

*Harry C. Martin*
*J. Matthew Martin*

102 North Churton Street
Hillsborough, North Carolina 27278

*(919) 732-6112*
*Chapel Hill: (919) 933-2135*
*Facsimile: (919) 732-6392*

February 24, 1992

Miss Christa Pike
Juvenile Evaluation Center
741 Old U.S. Highway 70
Swananowa, North Carolina 28778

ATTORNEY/CLIENT CORRESPONDENCE
CONFIDENTIAL & PROPRIETARY

Dear Christa:

Thanks for writing. I am trying to get you moved to Camp Woodson. I have written Judge Peele and spoken with Peggy and the psychologist, who evaluated you. The psychologist has indicated that Camp would be good for you, but Peggy thinks imprisonment is appropriate to teach you that your actions have consequences. I may be able to talk Judge Peele in writing a letter of recommendation for Camp which would help cut through some of the red tape. However, it is critical that you do something to earn some points to move yourself along in that direction. Please let me know how it goes. I plan to be in Asheville around March 26th and 27th and I will be sure to see you then.

Sincerely,

J. Matthew Martin

JMM/ma

008372

# ADMINISTRATIVE OFFICE OF THE COURTS

RALEIGH, NORTH CAROLINA

JUVENILE SERVICES DIVISION
THOMAS A. DANEK, PH.D.
ADMINISTRATOR

DONALD L. HARGROVE
CHIEF COURT COUNSELOR
P. O. BOX 60
HILLSBOROUGH, N. C. 27278

FRANKLIN FREEMAN
DIRECTOR

PATRICIA S. LOVE
CHIEF DISTRICT COURT JUDGE
15-B DISTRICT COURT DISTRICT

February 7, 1993

Debbie Burchfield
Social Worker
Juvenile Evaluation Center
741 Old Highway 70
Swannanoa, N.C. 28778

Dear Ms. Burchfield,

It was good hearing from [illegible] last week. It is especially nice to hear that Christa's behavior is improving to the point that she is eligible for a home visit.

I spoke with Ms. Hanson [illegible] regarding the home visit. After several phone calls and a [illegible] later, plans are for Christa to be picked up on February 1[illegible] and return on February 14.

If there are any questions please feel free to call me.

Sincerely,

Peggy [illegible]
Court Counselor
District Court District 15B

JUVEN[illegible]

FEB 10 1993

000813

North Carolina Department of Human Resources
DIVISION OF YOUTH SERVICES
JUVENILE EVALUATION CENTER
741 OLD HIGHWAY 70 • SWANNANOA, N.C. 28778

James G. Martin, Governor
David T. Flaherty, Secretary
Gwendolyn C. Chunn, Director

J. Robert Gray
Center Director
704/686-5411

June 12, 1992

Ms. Peggy Hamlet
P.O. Box 60
Hillsborough, NC 27278

RE: Christa Pike
Date: June 19 23, 1992

Dear Peggy :

The above named child is eligible for a special summer home visit. Due to the level he/she is in he/she is eligible to visit for the length of time specified above. If for any reason you feel another date is more suitable, please feel free to suggest it.

It will be greatly appreciated if you can give us your answer within the next ten days. We will need to know the date you are approving for the student if it is different from the suggested one. Also, we will need to know the method of travel you are approving. If the child is traveling by public conveyance, we will need the ticket or money to purchase a ticket at least three days prior to departure date.

Should you have any questions, please feel free to contact us. It is a pleasure to work with you concerning the child and his problems. We appreciate the splendid cooperation we receive from you.

Sincerely,

Debby Birchfield

Debby H. Birchfield (de)
Social Worker

DHB/de



An Equal Opportunity / Affirmative Action Employer

008374


# North Carolina Department of Human Resources

DIVISION OF YOUTH SERVICES

JUVENILE EVALUATION CENTER

741 OLD HIGHWAY 70 • SWANNANOA, N.C. 28778

James G. Martin, Governor
David T. Flaherty, Secretary
Gwendolyn C. Chunn, Director

J. Robert Gray
Center Director
704/686-5411


Honorable Judge Stanley Peele
Post Office Box 60
Hillsborough, NC 27278

RE: Christa Pike

Dear Judge Peele

This is to inform you that the above named student has been selected to participate in our Therapeutic Camping Program. It is felt that his/her participation in the wilderness experience will further prepare him/her to make a positive adjustment to his/her home community upon release. The scheduled dates for participation in the pre-camp portion of the program are August 7, 14, 21, 1992. Actual participation in the wilderness experience will commence on August 31, 1992 and conclude on October 2, 1992.

Satisfactory completion of the program qualifies the student for consideration for release from the Division of Youth Services. We are recommending a C.R.( ), Discharge (x) date of October 1, 1992. To facilitate the release process, we would like to schedule a pre-release conference for August 27, 1992 at 2:00 pm. Please feel free to invite his/her parent or guardians and other interested parties to participate in the conference.

Unless we hear from you by August 21, 1992, we will assume that the pre-release conference date is satisfactory. We will forward a pre-release summary, school transcript, and other pertinent data at a later date, prior to release.

Sincerely,

Debby H. Burchfield (DE)

Social Worker III

J. Robert Gray

J. Robert Gray, Director

cc: Committing Judge
Camp Office
School
Vocational Rehabilitation
File
Central Office

000815

blb

An Equal Opportunity / Affirmative Action Employer

D..ARTMENT OF HUMAN RESOURCES 008375
DIVISION OF YOUTH SERVICES

Christa Pike

DUE PROCESS PROCEDURE

JEC (School)

12/1/90 (Date)

Student notified in Due Process Hearing that he/she may receive up to (8) hours Campus Detention for ATW/IDP Rule Infractions. [x] yes [ ] no

Due Process Rights explained to student [x] yes [ ] no

Written Notice of reasons for placement in Campus Detention, ATW, IDP provided to student. [x] yes [ ] no

Guilty [x] Not Guilty [ ]

Reason for Placement Student received Major for #5 88 disturbance, #1 Threatening staff + #2 Vandalism

Summary of Evidence Was placed in CD after threatening, flooding hallway & out of control behavior

Sanctions Imposed Per Mainstream

Reasons for Sanctions Major received for #5, #1, + #2

(Student's Name)

K Austin
(Student's Representative)

[signature]
(Panel Member)

L DAVIS
(Panel Member)

K Anderson
(Panel Member)

DYS 2009 (7/81)

Student has copy

000816

008376

DL. MENT OF HUMAN RESOURCES
DIVISION OF YOUTH SERVICES

Christa Pike

## DUE PROCESS PROCEDURE

J.E.C
(School)

9-9-92
(Date)

Student notified in Due Process Hearing that he/she may receive up to (8) hours Campus Detention for ATW/IDP Rule Infractions.

☑ yes ☐ no

Due Process Rights explained to student

☑ yes ☐ no

Written Notice of reasons for placement in Campus Detention, ATW, IDP provided to student.

☑ yes ☐ no

Guilty ☑ Not Guilty ☐

Reason for Placement (Mainstream) policy Student placed in C.D because of (out of control behavior) and threat to institution

Summary of Evidence Student received 3rd moderate in one week

Sanctions Imposed place on A.T.W for 400 pts

Reasons for Sanctions mainstream

(Student's Name)

(signature)
(Student's Representative)

Anas W. Perry
(Panel Member)

Kara Anderson
(Panel Member)

LA DAVIS
(Panel Member)

DYS 2009 (7/81)

008377

# DIVISION OF YOUTH SERVICES
## INFRACTION REPORT

STUDENT Christa Pike COTTAGE Frye

CLASSIFICATION Moderate #10 DESCRIPTION (Explain fully) Willful and insubordinate failure to follow staff instructions and deliberate disobedience. Christa was told several times to stop talking to Rhonda A. while lights out and in their rooms she kept on talking loudly therefore I imposed this infraction.

SANCTION REQUESTED

SIGNED Kim Duncan DATE 11-29-91
(Staff issuing infraction)

TREATMENT TEAM ACTION
Review Infraction

| (Encircle) | Major | Moderate |
|---|---|---|
| | 1 | 1 |
| | 2 | 2 |
| | 3 | 3 |
| | 4 | 4 |
| (Other) | | |

SANCTION IMPOSED Orientation

TREATMENT TEAM COORDINATOR DK Howell DATE 12-2-91

STUDENT SIGNATURE Christa Pike DATE 12-12-91

DYS 0026 Effective 5/12/86

000818

008378

DIVISION OF YOUTH SERVICES
INFRACTION REPORT

STUDENT Christa Pike COTTAGE Frye B

CLASSIFICATION Major DESCRIPTION (Explain fully)

#5 serious gp disturbance & #1 Threatening to do bodily harm to staff & #2 Vandalism. Christa had been warned several times about talking between rooms over the last few days. She was warned earlier today. Tonight I overheard Christa & Rhonda talking and told both of them that they had lost their time out. Christa went out of control, started cursing, threatening staff, banging on her door, & flooded the hallway. She had to be removed from her room & placed in C.D.

SANCTION REQUESTED

SIGNED [signature] DATE 12/1/91
(Staff issuing infraction)

TREATMENT TEAM ACTION
Review Infraction

| | Major | Moderate |
|---|---|---|
| (Encircle) | (1) | 1 |
| | 2 | 2 |
| | 3 | 3 |
| | 4 | 4 |
| (Other) | — | — |

SANCTION IMPOSED ATW = 300 pts.

TREATMENT TEAM COORDINATOR [signature] DATE 12-2-91

STUDENT SIGNATURE Christa Pike DATE 12-2-91

DYS 0026 Effective 5/12/86

0008191

008379

# DIVISION OF YOUTH SERVICES
## INFRACTION REPORT

STUDENT Christa Pike COTTAGE Frye A

CLASSIFICATION moderate DESCRIPTION (Explain fully)

II 8 Intimidation

Christa & Natasha were yelling at each other & Christa made a threat.

SANCTION REQUESTED

SIGNED [signature] DATE 1/5/92
(Staff issuing infraction)

TREATMENT TEAM ACTION
Review Infraction

| | Major | Moderate |
|---|---|---|
| (Encircle) | 1 | (1) circled |
| | 2 | 2 |
| | 3 | 3 |
| | 4 | 4 |
| (Other) | ___ | ___ |

SANCTION IMPOSED -100 pts.

000820

TREATMENT TEAM COORDINATOR D Howell DATE 1-8-92

STUDENT SIGNATURE Christa Pike DATE 11

DYS 0026 ... 5/13/86

STUDENT Christa Pike ... Fye

CLASSIFICATION Moderate

DESCRIPTION (Explain Fully)

[illegible] - [illegible] talking instead of working

SANCTION REQUESTED

SIGNED [illegible] DATE 1-8-92
(Staff issuing infraction)

TREATMENT TEAM ACTION
Review Infraction
Encircle

| | Major | Moderate |
|---|---|---|
| | 1 | 1 |
| | 2 | (2) L-7 |
| | 3 | 3 |
| | 4 | 4 |
| Other | ___ | ___ |

SANCTION IMPOSED −100 pts. + NO PRIV. for 1 WK.

000821

TREATMENT TEAM COORDINATOR D Howell DATE 1-8-92

STUDENT SIGNATURE Christa Pike DATE "

DYS 0026 Effective 5/12/86

008381

# DIVISION OF YOUTH SERVICES
## INFRACTION REPORT

STUDENT Christa Pike COTTAGE Frye A

CLASSIFICATION Moderate #9 DESCRIPTION (Explain fully) Possession of contraband forbidden by law or policy. Christa had these matches in her possession.



SANCTION REQUESTED

SIGNED Ms. Ona W. Perry DATE 1-9-91
(Staff issuing infraction)

400 pts. before mod.

TREATMENT TEAM ACTION
Review Infraction

(Encircle)

| Major | Moderate |
|---|---|
| 1 | 1 |
| 2 | 2 |
| 3 | (3) L-I |
| 4 | 4 |

(Other)

SANCTION IMPOSED — 100 pts. / NO priv. for 2 wks.

000822

TREATMENT TEAM COORDINATOR D Howell DATE 1-13-92

STUDENT SIGNATURE Christa Pike DATE "

008382

DIVISION OF YOUTH SERVICES
INFRACTION REPORT

STUDENT Christa Pike COTTAGE Argo B

CLASSIFICATION Major #2 DESCRIPTION (Explain fully)

Destroying Property.
Student was involved in prying open the panel, where you turn water on & off, in doing this, the panel door was badly damaged, maintenance was called to repair door.

SANCTION REQUESTED

SIGNED J. Harney DATE 1-13-92
(Staff Issuing Infraction)

TREATMENT TEAM ACTION
Review Infraction
(Encircle)

| | Major | Moderate |
|---|---|---|
| | 1 | 1 |
| | 2 | 2 |
| | 3 | 3 |
| | 4 | 4 |
| (Other) | | |

SANCTION IMPOSED Demote to 0 pts.

000823

TREATMENT TEAM COORDINATOR D Howell DATE 1-21-92

STUDENT SIGNATURE DATE

DYS 0026 Effective 5/12/86

008383

DIVISION OF YOUTH SERVICES
INFRACTION REPORT

STUDENT Christa Pike COTTAGE Frye A

CLASSIFICATION Major DESCRIPTION (Explain fully) Doing bodily harm or threatening with serious intent to bodily harm to staff and self. Christa had received a moderate prior to this major. This made her have 3 mod in one week. The student was asked to move over to B Wing. She refused, so staff called the policed. Christa started kicking and hitting at staff and police officer's.

SANCTION REQUESTED

SIGNED Chas W. Perry DATE 1/9/92
(Staff issuing infraction)

Back to 0 pts

TREATMENT TEAM ACTION
Review Infraction

(Encircle)

| Major | Moderate |
|---|---|
| 1 | 1 |
| 2 | 2 |
| 3 | 3 |
| 4 | 4 |

(Other)

SANCTION IMPOSED Demote to 0 pts.
ATW = 400 pts.

~~000824~~

TREATMENT TEAM COORDINATOR D Howell DATE 1-13-92

STUDENT SIGNATURE Christa Pike DATE "

DYS 0026 Effective 5/13/86

DIVISION OF YOUTH SERVICES
INFRACTION REPORT

STUDENT Christa Pike COTTAGE Frye

CLASSIFICATION Mod. #9 DESCRIPTION (Explain fully)

Possession of contraband forbidden by law or policy. During a room search two lighters, one lipstick and a long nail was found. All of these items were hidden.

SANCTION REQUESTED

SIGNED K. Duncan DATE 1-14-92
(Staff Issuing Infraction)

TREATMENT TEAM ACTION
Review Infraction
(Encircle)

| | Major | Moderate |
|---|---|---|
| | 1 | 1 |
| | 2 | 2 |
| | 3 | 3 |
| | 4 | 4 |
| (Other) | — | — |

SANCTION IMPOSED — 100 pts.

000825

TREATMENT TEAM COORDINATOR D K Howell DATE 1-21-92

STUDENT SIGNATURE DATE

DYS 0026 Effective 5/12/86

008385

DIVISION OF YOUTH SERVICES
INFRACTION REPORT

STUDENT Christa Pike COTTAGE Frye

CLASSIFICATION Mod. # 16 DESCRIPTION (Explain fully)

Petty theft: Stealing an item valued at $2.00 or less. During a room search a ink pen was found. After further investigation an Orientation student, Janet Gould, had claimed the ink pen and said it had been missing for a few days.

SANCTION REQUESTED

SIGNED K. Duncan (Staff Issuing Infraction) DATE 1-14-92

TREATMENT TEAM ACTION
Review Infraction

| (Encircle) | Major | Moderate |
|---|---|---|
| | 1 | 1 |
| | 2 | 2 |
| | 3 | 3 |
| | 4 | 4 |
| (Other) | — | — |

SANCTION IMPOSED -100 pts.

000826

TREATMENT TEAM COORDINATOR D.K. Howell DATE 1-21-92

STUDENT SIGNATURE DATE / /

DYS 0026 Effective 5/12/86

008386

# DIVISION OF YOUTH SERVICES
## INFRACTION REPORT

STUDENT Christa Pike COTTAGE Frye

CLASSIFICATION Mod. #5 DESCRIPTION (Explain fully)

Self mutilation: ie tattooing or deliberate injury to body. During a room search and a body search it was found on Christa a circle with a star in it on her ankle. This has been scratched in her ankle resently

SANCTION REQUESTED

SIGNED K. Duncan DATE 1-14-92
(Staff Issuing Infraction)

TREATMENT TEAM ACTION
Review Infraction

| | Major | Moderate |
|---|---|---|
| (Encircle) | 1 | 1 |
| | 2 | 2 |
| | 3 | 3 |
| | 4 | 4 |
| (Other) | __ | __ |

SANCTION IMPOSED −100 pts.

000827

TREATMENT TEAM COORDINATOR D K Howell DATE 1-21-92

STUDENT SIGNATURE DATE

DYS 0026 Effective 5/12/86

008387

DIVISION OF YOUTH SERVICES
INFRACTION REPORT

STUDENT Christa Pike COTTAGE Frye B wing

CLASSIFICATION Mod. #9 DESCRIPTION (Explain fully)

Possession of contraband forbidden by law or policy

Christa had a pencil hidden in a tampon holder underneath her mattress. She knows that pencils are forbidden in students room on ATW.

SANCTION REQUESTED

SIGNED K. Duncan DATE 1-22-92
(Staff issuing infraction)

TREATMENT TEAM ACTION (ATW) 99 before mod.
Review Infraction

(Encircle) Major Moderate

| Major | Moderate |
|---|---|
| 1 | 1 |
| 2 | 2 |
| 3 | 3 |
| 4 | 4 |

(Other)

SANCTION IMPOSED -100 pts.

000828

TREATMENT TEAM COORDINATOR D Howell DATE 1-27-92

STUDENT SIGNATURE Christa Pike DATE "

DYS 0026 Effective 5/12/86

# DIVISION OF YOUTH SERVICES
## INFRACTION REPORT

STUDENT Christa Pike COTTAGE Frye

CLASSIFICATION Mod #9 DESCRIPTION (Explain fully) Possession of Contraband forbidden by law or policy.

Christa had a pencil and spiral note book in her room. She was on a no pen/pencil restriction and she still had one in her room.

SANCTION REQUESTED

SIGNED K. Duncan DATE 2-25-92
(Staff issuing infraction)

TREATMENT TEAM ACTION
Review Infraction

| (Encircle) | Major | Moderate |
|---|---|---|
| | 1 | 1 |
| | 2 | 2 |
| | 3 | 3 |
| | 4 | 4 |
| (Other) | — | — |

SANCTION IMPOSED —100 pts.

~~000839~~

TREATMENT TEAM COORDINATOR D Howell DATE 3/4/92

STUDENT SIGNATURE Christa Pike DATE "

DIVISION OF ( SERVICES 000830 INFRACTION REPORT (

STUDENT Christa Pike COTTAGE Frye

CLASSIFICATION Moderate

DESCRIPTION (Explain Fully)

Insubordination -- Refusing to do schoolwork. Christa has worked only one half of one period since her return from wing. I have spoken to her about this but no improvement could be detected. She did nothing again today.

SANCTION REQUESTED

SIGNED Mr. Muse DATE 3-12-92
(Staff issuing infraction)

TREATMENT TEAM ACTION
Review Infraction
Encircle

| | Major | Moderate |
|---|---|---|
| | 1 | 1 (circled) |
| | 2 | 2 |
| | 3 | 3 |
| | 4 | 4 |
| Other | ___ | ___ |

L-2

SANCTION IMPOSED -100 pts.

000830

TREATMENT TEAM COORDINATOR D Howell DATE 3-18-92

STUDENT SIGNATURE Christa Pike DATE "

DYS 0026 Effective 5/12/86

STUDENT Christa Pike COTTAGE Frye

CLASSIFICATION Moderate

DESCRIPTION (Explain Fully)

Insubordination -- Christa would not stop talking in class. Each time I looked at her she would cease, only to begin again after I looked away again. This continued on until the persons she spoke to either moved or completely ignored her. By this time I had told her that she was receiving a moderate.

SANCTION REQUESTED

SIGNED Mr. Muse DATE 3-12-92
(Staff issuing infraction)

TREATMENT TEAM ACTION
Review Infraction
Encircle

| | Major | Moderate |
|---|---|---|
| | 1 | 1 |
| | 2 | (2) L-2 |
| | 3 | 3 |
| | 4 | 4 |
| Other | ___ | ___ |

SANCTION IMPOSED – 100 pts. / No priv. for 1 wk.

000831

TREATMENT TEAM COORDINATOR D Howell DATE 3-18-92

STUDENT SIGNATURE Christa Pike DATE 〃

Christa Pike Frye

Moderate

Insubordination -- Refusing to do schoolwork. Christa has an assignment which was dated to begin December 9, 1991. It still isn't finished.

Mr. Muse 3-20-92

L-1

-100 pts.



D Howell 3-25-92

Christa Pike "

DIVISION OF YOUTH SERVICES
INFRACTION REPORT

STUDENT Christa Pike COTTAGE Frye A

CLASSIFICATION Moderate #5 DESCRIPTION (Explain fully) Self mutlation, tattooting or deliberate injury to body. Christia admitted to tattooting her hand.

SANCTION REQUESTED

SIGNED [signature] DATE 3-28-92
(Staff issuing infraction)

TREATMENT TEAM ACTION
Review Infraction

(Encircle)

| | Major | Moderate |
|---|---|---|
| | 1 | (1) |
| | 2 | 2 |
| | 3 | 3 |
| | 4 | 4 |
| (Other) | — | — |

L-2

SANCTION IMPOSED -100 pts.

000833

TREATMENT TEAM COORDINATOR D Howell DATE 4-1-92

STUDENT SIGNATURE Christa Pike DATE

008393

DYS 3509 (11/84)

DEPARTMENT OF HUMAN RESOURCES
DIVISION OF YOUTH SERVICES

MEDICATION RECORD

STUDENT: Pike (Last) Christa (First) (Middle)

DRUG ALLERGIES:

| MEDICATION | | DATE/TIME/INITIALS | | | | | | |
|---|---|---|---|---|---|---|---|---|
| EES-Sulfisoxazole 4/5 | | 11-23-91 | 24 | 25 | 26 | 27 | 28 | 29 |
| 1 Tsp. Q.i.d | 7 AM | Sc | Sc | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| (In Refrige Dye) | 12 | Sc | Sc | [illegible] | [illegible] | [illegible] | [illegible] | |
| | 5 PM | Sc | Sc | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | 9 | Sc | Sc | [illegible] | [illegible] | [illegible] | [illegible] | |
| | | 30 | | | | | | |
| | 7 AM | | | | | | | |
| | 12 | | | | | | | |
| | 5 PM | | | | | | | |
| | 9 | | | | | | | |
| [illegible] | | 11-29-91 | 30 | 12-1 | 2 | 3 | 4 | 5 |
| [illegible] B.i.d | 7 AM | [illegible] | Sc | Sc | [illegible] | [illegible] | | |
| | 5 PM | [illegible] | Sc | Sc | [illegible] | [illegible] | | |
| [illegible] | | 12-5-91 | 6 | 7 | 8 | 9 | 10 | 11 |
| [illegible] B.i.d x [illegible] | 7 AM | Sc | Sc | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | 5 PM | Sc | Sc | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | | 12 | 13 | 14 | | | | |
| | 7 AM | [illegible] | [illegible] | [illegible] | [illegible] | | | |
| | PM | | [illegible] | [illegible] | [illegible] | | | |
| | | | 30 | | | | | |
| | AM | | | | | | | |
| | PM | | | | | | | |
| | AM | | | | | | | |
| | PM | | | | | | | |

ARNING: Do not take this medication if you are pregnant or think you may be pregnant. Consult your physician.

Black Mountain Center Pharmacy
Old U.S. Hwy 70, Black Mountain, N.C.
(704) 669-3131 AE 3299496

R [illegible] Dr. [illegible]

DISPENSED BY

Sc - Sara Catey RN