# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| **CHRISTA GAIL PIKE** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:12-CV-35** |
| | ) | **DEATH PENALTY CASE** |
| **DEBRA JOHNSON, WARDEN** | ) | |
| | ) | |
| **Respondent.** | ) | |

---

**ADDENDUM 6**

**DOCUMENT 9**

---

ORIGINAL

E2009-00016-CCA-R3-PD

IN THE CRIMINAL COURT FOR KNOX COUNTY
DIVISION III
KNOXVILLE, TENNESSEE
SIXTH JUDICIAL DISTRICT

Exhibits

CHRISTA GAIL PIKE,
PETITIONER
VS. ) CASE NO. 68280
STATE OF TENNESSEE, )
RESPONDENT )

FILED
FEB 27 2009
By Joy R. McCroskey, Clerk

TRANSCRIPT OF THE EVIDENCE

Exhibits

July 30th, 2007 Petition for Post-Conviction Relief

APPEARANCES:

THE HONORABLE MARY BETH LEIBOWITZ, PRESIDING JUDGE

FOR THE STATE:

Mr. Leland Price
Assistant District Attorneys General
Office of the District Attorney General
City-County Building
400 Main Avenue
Knoxville, Tennessee 37902

FOR THE PETITIONER:

Mr. Don Dawson
Ms. Catherine Brockenborough
Post-Conviction Defender's Office
530 Church Street, Suite 600
Nashville, Tennessee 37243

## LIST OF EXHIBITS


| NUMBER | ITEM | VOL. | PAGE |
|---|---|---|---|
| 3-D | Photograph of Brain | 1 | 30 |
| 10 | Vitae of James Martin | 1 | 40 |
| 11 | James Martin's File Materials on Ms. Pike's Juvenile Case in NC | | |
| | (For Identification Only) | 1 | 46 |
| | (As Exhibit) | 1 | 47 |
| 12 | Letters from Christa Pike to Tadarryl Shipp | 2 | 105 |
| 13 | Juvenile Court Records of Tadarryl Shipp | 2 | 106 |
| 14 | Mini Meat Cleaver | 2 | 144 |
| 15 | Letters form DeAndrea Gates to Tadarryl Shipp | 2 | 199 |
| 16 | Letter from Tadarryl Shipp to DeAndrea Gates | | |
| | (For Identification Only) | 3 | 207 |
| | (For Exhibit) | 3 | 210 |

# LIST OF EXHIBITS


| NUMBER | ITEM | VOL. | PAGE |
|---|---|---|---|
| 17-A | Letter from Amanda Robertson to Tadarryl Shipp | | |
| | (For Identification Only) | 3 | 228 |
| | (As Exhibit) | 3 | 231 |
| 17-B | Two 8 ½" x 11" Photographs | 3 | 231 |

Photograph of Brain

EXHIBIT NO. 3-D

Identified and made a part of the record this 2nd day of February, 2009.

Mary Beth Leibowitz

JUDGE

008525

# Cross-Sections through the Brain




**Coronal section through the brain** at the level of the anterior commissure.
Section 1.

STATE OF TENNESSEE VS. CHRISTA PIKE, PETITIONER
CASE NO. 68280 EXHIBIT NO. 3D
DATE 7-30-07 ID____ Evd ✓
LATE FILED FROM JANUARY 2007




**Coronal section through the brain** at the level of the third ventricle and the

1 Corpus callosum
2 Head of **caudate nucleus**
3 **Internal capsule**
4 **Putamen**
5 **Globus pallidus**
6 Anterior commissure
7 Optic tract
8 Amygdaloid body
9 Inferior horn of lateral ventricle
10 **Lateral ventricle**
11 Septum pellucidum
12 Insula
13 External capsule
14 Column of fornix
15 Optic recess
16 Infundibulum
17 **Thalamus**
18 Claustrum
19 Lenticular ansa
20 **Third ventricle, hypothalamus**
21 Basilar artery, pons
22 Cortex of temporal lobe
23 Inferior colliculus
24 Superior colliculus
25 Aqueduct
26 Red nucleus
27 Substantia nigra
28 Cerebral peduncle
29 Trochlear nerve (n. IV)
30 Gray matter
31 Nucleus of oculomotor nerve (nucleus of Edinger-Westphal)
32 Fibers of oculomotor nerve (n. III)
33 Vermis of cerebellum
34 Fourth ventricle
35 Reticular formation
36 Pons, transverse pontine fibers
37 Emboliform nucleus
38 Dentate nucleus
39 Middle cerebellar peduncle
40 Choroid plexus
41 Hypoglossal nucleus at rhomboid fossa
42 Medial longitudinal fasciculus
43 Trigeminal nerve (n. V.)
44 Inferior olivary nucleus
45 Corticospinal fibers, arcuate fibers
46 Fourth ventricle with choroid plexus
47 Vestibular nuclei
48 Nucleus and tractus solitarius
49 Inferior cerebellar peduncle (restiform body)
50 Reticular formation
51 Medial lemniscus
52 Cuneate nucleus of Burdach
53 Central canal
54 **Pyramidal tract**
55 Flocculus of cerebellum
56 Cerebellar hemisphere with pia mater
57 "Arbor vitae" of cerebellum
58 Nucleus gracilis of Goll
59 Lateral recess of choroid plexus of IVth ventricle
60 Posterior inferior cerebellar artery

3D

Vitae of James Martin

EXHIBIT NO. 10

Identified and made a part of the record this 2nd day of February, 2009.

JUDGE

**JAMES MATTHEW VENABLE MARTIN**
3 Briarcliff Drive
Asheville, NC 28803
(828)273-8712
telecopier: (828)497-9564
e-mail: matt@martinlawfirm.net

## FAMILY

Married to Catherine Saunders Martin, father of Clarke Sheldon Martin

## BAR ADMISSIONS

Member of North Carolina State Bar
Member of the Bar of the Supreme Court of the United States
Member of the Bar of the United States Court of Appeals for the Fourth Circuit
Member of the Bar of the United States District Court for the Western District of North Carolina
Member of the Bar of the United States District Court for the Middle District of North Carolina
Member of the Bar of the United States District Court for the Eastern District of North Carolina
Member of the Bar of the 28th North Carolina Judicial District
Member of the Bar of the Cherokee Supreme Court

## JUDICIAL EMPLOYMENT

| | |
|---|---|
| April, 2002 - Present | Associate Judge<br>The Cherokee Court<br>Eastern Band of Cherokee Indians<br>Post Office Box 1629<br>Cherokee, NC 28719 |

## LEGAL EMPLOYMENT

| | |
|---|---|
| September, 2003 - Present | President<br>The Martin Law Firm, P.A.<br>1 Hilltop Road<br>Asheville, NC 28803 |

FILED (7)
APR 07 2009
Clerk of the Courts
Rec'd by___



STATE OF TENNESSEE VS. Christa PIKE, Petitioner
CASE NO. 68280 EXHIBIT NO. 10 PCR
DATE 7-30-07 ID____ Evd ✓

| | |
|---|---|
| April, 2002 -<br>August, 2003 | Of Counsel<br>Martin & Martin, P.A.<br>133 East King Street<br>Hillsborough, North Carolina 27278 |
| May, 1990 -<br>April, 2002 | President<br>Martin & Martin, P.A.<br>133 East King Street<br>Hillsborough, North Carolina 27278 |
| January, 1989 -<br>May, 1990 | Partner<br>Stanback, Stanback & Martin, P.A.<br>102 North Churton Street<br>Hillsborough, North Carolina 27278 |
| October, 1987 -<br>January, 1989 | Associate<br>Stanback & Stanback, Attorneys<br>122-A North Churton Street<br>Hillsborough, North Carolina 27278 |
| August, 1985 -<br>August, 1987 | Judicial Law Clerk<br>United States District Court for the Middle District of North Carolina<br>Clerk to the Honorable Richard C. Erwin |

## BOARD CERTIFICATIONS

Board Certified as a Specialist in Federal and State Criminal Law and Criminal Appellate Practice by the North Carolina State Bar, 1995; Re-certified, 1999-2003; Re-certified, 2003-2008.

## LEGAL EDUCATION

The University of Nevada, Reno
Candidate for Master's Degree in Judicial Studies, in conjunction with the National Judicial College (Degree expected in 2008)

The University of North Carolina School of Law
J.D. (1985)

## UNDERGRADUATE EDUCATION

The University of North Carolina at Chapel Hill
B.A. with Honors in History (1982)

## JUDICIAL ORGANIZATIONS

Fourth Circuit Judicial Conference (permanent member)
National American Indian Court Judges Association
Eastern Tribal Court Judges Association

## PROFESSIONAL ORGANIZATIONS

The North Carolina Bar Association (Criminal Justice Section, Chair 1993-1995)
The North Carolina Academy of Trial Lawyers (1986-2002)
The American Bar Association (Criminal Justice Section, Federal Sentencing Guidelines Committee 1990-1998; Corrections and Sentencing Committee 1998-2004; Judicial Division, National Conference of Specialized Court Judges, At Large Member of the Executive Committee (2004-2006), Secretary (2006-2007); Native American Tribal Court Committee (Chair 2003-2007); Tribal Courts Council, Executive Committee, 2004-2005, Secretary, 2005-2007)
The National Association of Criminal Defense Lawyers
The Orange County Bar Association (Board of Directors 1994-1996; Secretary/Treasurer 1997; Vice President 1998; President 1999)
The North Carolina Conference of Bar Presidents (1999)

## HISTORICAL ORGANIZATIONS

Supreme Court Historical Society
The North Carolina Supreme Court Historical Society

## ACADEMIC APPOINTMENT

Adjunct Professor of Law; The University of North Carolina School of Law, 2004-present

## OTHER APPOINTMENTS

Appointed by the Supreme Court of the United States to brief and argue the

case for the indigent petitioner in *Wade v. United States,* 504 U.S. 181, 112 S.Ct. 1840, 118 L.Ed.2d 524 (1992)

Appointed by Governor James B. Hunt, Jr. to the Historic Hillsborough Commission (1994-2001); Re-appointed by Governor Michael F. Easley (2001-2003); Chair (1999-2002)

Appointed by the North Carolina Bar Association to the Legal Services of North Carolina Transition Team (1998-1999)

Appointed by the North Carolina State Bar Board of Legal Specialization to the Criminal Law Specialty Committee (2001-2004); Re-appointed (2004-2007); Chair (2005-2007)

Appointed by the North Carolina Administrative Office of the Courts to the Court Improvement Project for Children and Families Advisory Committee (2003-2006); Re-appointed (2006-2009)

Appointed by the National Conference of Specialized Court Judges as the Conference Liaison to American Bar Association President Mike Greco's Commission of the Renaissance of Idealism in the Legal Profession (2005-2006)

Appointed by the North Carolina State Bar Council to the North Carolina State Bar Board of Legal Specialization (2007-2010)

## ALTERNATIVE DISPUTE RESOLUTION

Member, 15-B Judicial District panel of Arbitrators for District Court (2001-2002)

## COMMUNITY INVOLVEMENT

Eagle Scout, Boy Scouts of America (1977)

Life Member, The University of North Carolina General Alumni Association

Assistant Scoutmaster, Troop 822, Boy Scouts of America (1987-1990)

Member, Board of Directors, <u>The</u> <u>Bridge</u>, an Independent Living Home for Young Women (1993-1995)

Member, Board of Directors, North State Legal Services, Inc. (1994-1998)

Member, Orange County Bar Candidate Committee, The Board of Law Examiners of the State of North Carolina (1994-1998; 2000-2001)

Member, Select Drafting Sub-Committee, The Board of Law Examiners of the State of North Carolina (1996-2003)

Volunteer Lawyer, Orange County Women's Center (1997-2002)

Member, Board of Directors, Orange County Dispute Settlement Center (1997-2000)

Member, Board of Trustees, North State Legal Services, a constituent division of Legal Services of North Carolina, Inc. (1999-2002); Chair (1999-2002)

Member, Board of Directors, Trading Path Preservation Association (2000-2002)

Member, Board of Directors, Lake Summit Property Owners' Association (2004-2007)

## POLITICAL INVOLVEMENT

Historic Hillsborough Precinct, Orange County Democratic Party; Precinct Chair (1995-1997; 2001-2002); Secretary (1999-2001); Vice Chair (2002)

## PRESENTATIONS GIVEN

"Criminal Law Update"; General Practice Forum: Staying Ahead With the Latest Cases, Legislation and Technology; October, 1991 (North Carolina Bar Foundation; Cary, North Carolina)

"Appellate Review of Federal Sentences"; Criminal Appellate Advocacy; January, 1995 (North Carolina Bar Foundation; Cary North Carolina)

"A Time to Die"; WRAL *30 Minutes*; July, 1996 (Raleigh, North Carolina; This program was given the RTNDA Edward R. Murrow Award for the Southeast Region and was nominated for an Emmy Award)

"Maury O'Dell Show"; WPTF Radio 680 AM; December 10 & 12, 1997 (Raleigh, North Carolina)

"Remedies"; Domestic Violence 101; October, 1998 (Legal Services of North Carolina; Chapel Hill, North Carolina)

Course Planner; "Orange County: A View From the Bench"; February 25, 2000 (Orange County Bar Association; Chapel Hill, North Carolina)

"Our Day in Court; Remedies for Victims in Civil Court"; September 22, 2000 (North Carolina Coalition Against Sexual Assault; High Point, North Carolina)

"Close to Death: A Forum on Crime, Punishment and the Death Penalty"; April 19, 2001 (UNC Campaign to End the Death Penalty, UNC Young Democrats, Criminal Justice Action and Awareness—a Committee of the Campus Y; Chapel Hill, North Carolina)

"Outline of Jurisdiction and Tribal Law Regarding Domestic Violence" (with James W. Kilbourne, Jr); Practice in the Cherokee Tribal Court: Domestic Issues and Court Rules and Procedure; June 7, 2002 (Eastern Band of Cherokee Indians in cooperation with Western North Carolina Legal Services as a part of the United States Department of Justice's Legal Assistance for Victims Grant Program; Cherokee, North Carolina)

"Judicial Response" (with the Hon. P. Trevor Sharp and the Hon. Gary Cash); Domestic Violence: One State, One Theme, One Response; October 7, 2003 (United States Attorneys for the Eastern, Middle and Western Districts of North Carolina; U.S. Department of Justice; Office for Victims of Crimes, North Carolina Governor's Crime Commission; Greensboro, North Carolina)

"Summary of Changes to North Carolina's Notary Public Law"; December 19, 2005 (In-service training for employees of the Eastern Band of Cherokee Indians; Cherokee, North Carolina)

"Federal Indian Law in the State District Court—The Policy Behind the Indian Child Welfare Act"; North Carolina Association of District Court Judges Summer Conference Program; June 13, 2006 (North Carolina Administrative Office of the Courts; The University of North Carolina School of Government; Wrightsville Beach, North Carolina)

"What do Judges Do? Being a Judge in America" (panelist); American Bar Association Annual Meeting, August 5, 2006 (American Bar Association Judicial Division: Honolulu, Hawai'i)

"Getting Started" and "Concluding the Trial"; The Criminal Defense Trial From Start to Finish; February 19, 2007 (National Business Institute; Charlotte, North Carolina)

**PUBLICATIONS**

"JD Council Creates New Native American Tribal Court Committee," American Bar Association *Judicial Division Record*, Volume 8, Issue 1, Fall, 2004, pp. 4-5

"ABA Judicial Division New Tribal Courts Council," *Tribal Justice Today*, Vol. 4, Issue 2, June, 2005, p. 6

"Federal Malpractice in Indian Country and the 'Law of the Place':
A Re-examination of *Williams v. United States* Under Existing Law of the Eastern Band of Cherokee Indians," 29 *Campbell L. Rev*. 363, Vol. 3, Spring, 2007 (forthcoming)

**APPELLATE CASES OF INTEREST**

*Wade v. United States*, 504 U.S. 181, 112 S.Ct. 1840, 118 L.Ed.2d 524 (1992)

*United States v. Rusher*, 966 F.2d 868 (1992)

*United States v. Darby*, 37 F.3d 1059 (1994)

*Davis v. Wrenn*, 121 N.C. App. 156, 464 S.E.2d 708 (1995), *disc. rev. denied*, 303 N.C. 305, 471 S.E.2d 69 (1996)

*Bass v. Sides*, 120 N.C. App. 485, 462 S.E.2d 868 (1995), *disc. rev. denied*, 324 N.C. 651, 467 S.E.2d 703 (1996)

*State v. Allen*, 346 N.C. 731, 488 S.E.2d 188 (1997)

*State v. Basden*, 350 N.C. 579, 515 S.E.2d 220 (1999)

*Robinson v. Byrd*, 356 N.C. 608, 572 S.E.2d 781 (2002)

*United States v. Hillyer*, 457 F.3d 347 (2006); *appeal after remand dismissed.*

James Martin's File

(Materials on Miss Pike's Juvenile Case in NC)

EXHIBIT NO. 11

Identified and made a part of the record

this 2nd day of February, 2009.

[signature]

JUDGE

**MARTIN & MARTIN**
*A Professional Association*
*Attorneys & Counsellors at Law*

*J. Matthew Martin**
*John A. Martin*

133 East King Street
Hillsborough, North Carolina 27278

*(919) 732-6112*
*Telecopier (919) 732-6392*

*Of Counsel: Harry C. Martin***

* Board Certified by the North Carolina State Bar as a Specialist in Federal and State Criminal Law and Criminal Appellate Practice

** Certified as a Mediator by the North Carolina Supreme Court

*e-mail: matthew@martinandmartin.net*
*Web Site: www.martinandmartin.net*

*Western Office:* 1 Hilltop Road
Asheville, NC 28803
(828) 274-4633

August 5, 2000

Ms. Tammy Kennedy
Investigator
Office of the Post Conviction Defender
460 James Robertson Parkway
Second Floor
Nashville, TN 37243-0505

RECEIVED
AUG 14 2000

**VIA CERTIFIED MAIL**

Re: ***State of Tennessee v. Christa Gail Pike***

Dear Tammy:

Enclosed please find the originals of Christa's files. I have not kept a copy. I wish you and your office the best of luck. Please tell Christa I said hello, and that I wished her well.

If I can be of further service or help to Christa, please call on me.

With kind regards, I am

Sincerely,

J. Matthew Martin

/JMM
Enclosure

FILED (8)
APR 07 2009
Clerk of the Courts
Rec'd by

STATE OF TENNESSEE VS. CHRISTA PIKE, PET.
CASE NO. 68280 EXHIBIT NO. 11
DATE 7-30-07 ID____ Evd ✓

008535

10-6-93
9:00 a.m.
Hillsborough

Case continued
10/6/93

closed
7/27/94

Closed
5/30/95

William Lee Brown 615-637-8505 — will be representing Christa -
P.D. is representing one of the others.

Spoke w/ Mr. Brown 2-7-95 he will call you next week -

Amanda - Can you find the Atty in Knoxville?
I will call him when I get back.

Public Crim Def
615 594 6120

William Brown

Amanda —
He never called me
Can you get his address?
I'll write

William Lee Brown
615-637-8505

407 Union Avenue
Suite 312
Knoxville, Tn. 37902

# ATTORNEY NEW MATTER MEMO

## Client Data

Client: Christa G. Pike

Date: 9/28/93

Address: 7828 Tom Pope Loop
Cedar Cove TX 77231

File No: ______

Telephone: (home) 644-7305
(work) ______

Comment: ______

**********************************************************************

## File Data

File title: Christa Pike

Matter/Issues: Assault w/deadly weapon

Statute of limitations issue? ___Yes X No

Deadlines involved? X Yes ___No

Conflicts of interest? ___Yes X No

Estimated amount of money involved, $______

Adverse party ______

Adverse Attorney ______

Address: ______

Address: ______

Telephone #: ______

Telephone #: ______

**********************************************************************

## Fee Basis

X Flat X Fixed $150.00 ___Range $______ to $______

___Hourly $______ per hour, ___plus ______% of amount recovered

___Contingent ____% of amount recovered

___Work done based on all relevant factors:

___Retainer $______ per ______ covering ______ hours, additional hours at $______ per hour

___Estimated fee $______

___Other ______

**********************************************************************

## Billing Arrangement

Fee: ______ ___Monthly ___Quarterly ___On completion
___Other ______

___Retainer $______ received __/__/__, $______ to fee, $______ to disbursements

___Advance $______ received __/__/__

Comment ______________________________

********************************************************************

## NOTES

Kenny Sears called collect from jail w/ sexually explicit letters. (during late June) probably 5 or 6 times. After he got out of jail he called despite Christa's request that he not. What if he came to house & [illegible]? She would like it. At this point she had never laid eyes on him. Then about August apologized to Christa. After that called 1x2/week. Christa had seen him at Burger King. On 8/31/93 called Christa for a ride — gave him a ride from Lloyd's Quickie mart to Rozell past party. "Have you ever had sex in woods? Are you too shy?" Grabbed Christa forcefully she hit him w/a stick. Only once. Called her afterwards. Has called repeatedly since then.

********************************************************************

## Administrative

✓ Files/indexes completed by [initials] on 9/28/93
___ Deadline control system initiated by ______ on __/__/__
✓ Conflicts of interest checked by [initials] on 9/28/93
Initiating attorney [initials]
Assigned attorneys [initials]
Referred by ______
Copy sent to client by: ______ on __/__/__

Witnesses
Mandy Staley 644-6978
Christina Hanson (mother)
Heidi Chapman [illegible]
Melissa Young [illegible]
(Bill Young father)

# AUTHORIZATION FOR RELEASE OF RECORDS

**STATE OF TENNESSEE )**
**) ss**
**COUNTY OF DAVIDSON )**

I, Christa Gaile Pike HEREBY AUTHORIZE release for inspection and photocopying any and all records, including those not limited to FBI records, medical records (all information, records, documents, reports, clinical abstracts, histories, and charts of every kind and description, including any information relating to HIV testing, AIDS and any AIDS-related syndromes, relating to my condition, care, confinement and treatment), psychiatric and psychological evaluations and records (including but not limited to, alcohol and drug treatment records), social service agency records, school record, juvenile court records or other incarceration records (including pre-sentence reports, any testing results or medical evaluations and report) and any records whatsoever to the office of:

**OFFICE OF THE POST CONVICTION DEFENDER**
**460 JAMES ROBERTSON PARKWAY - SECOND FLOOR**
**NASHVILLE, TENNESSEE 37243-0505**
**615-741-9337**

I understand that my records are protected under the Federal regulations governing Confidentiality of Alcohol and Drug Abuse Patient Records, 42 CFR Part 2, and cannot be disclosed without my written consent unless otherwise provided for in the regulations. I also understand that I may revoke this consent at any time except to the extent that action has been taken in reliance on it.

Christa Pike
Date of Birth: March 10, 1976
Social Security Number: 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

Sworn to and subscribed to before me this 18th day of Feb., 2000, by Christa Gaile Pike, who is personally known to me.

NOTARY PUBLIC, STATE OF TENNESSEE
My Commission Expires: My Commission Expires NOV. 29, 2003

NOTARY: Ronlie A. Kraft

ADMINISTRATIVE OFFICE OF THE COURTS
RALEIGH, NORTH CAROLINA

JUVENILE SERVICES DIVISION
THOMAS A. DANEK, PH.D.
ADMINISTRATOR

DONALD L. HARGROVE
CHIEF COURT COUNSELOR
P. O. BOX 60
HILLSBOROUGH, N. C. 27278

FRANKLIN FREEMAN
DIRECTOR

PATRICIA S. HUNT
CHIEF DISTRICT COURT JUDGE
DISTRICT COURT DISTRICT 15B

To: Hon. Kella Hatcher, Assistant D. A.

From: Donnie Phillips, Intake Counselor DP(m)

Date: September 13, 1991

Re: Brandy Michelle Parker DOB: 11-03-71
Christie Gail Pike DOB: 03-01-76

Complaint(s): BEL (1 count each)

A decision has been made to approve petitions for filing concerning the above-named juveniles (copies attached). The Adjudicatory Hearings are scheduled for a session of Juvenile Court to be held on September 26, 1991 in Hillsborough.

Please feel free to contact me if you have any further questions regarding these approvals. I can be reached by calling the following numbers: 732-8181 (Hillsborough); 688-7331 (Durham); 227-2031 (Mebane); 967-9251 (Chapel Hill); Please ask for extension 2215 when calling.

DP/am

cc: Juvenile Clerk
Victim(s)
Law Enforcement
Intake File

008541

File No.

91201

# STATE OF NORTH CAROLINA

Orange County

In the General Court of Justice
District Court Division

In the Matter of:

Name of Juvenile
Christa Gail Pike

## JUVENILE PETITION

G.S. 7A-533;-560

Name of Petitioner
Ned Thorpe, Investigator OCSD

Juvenile's Date of Birth
03-01-76

Age
15.5

Juvenile's Address
600 S. Churton Street

City, State Zip
Hillsborough, N. C. 27278

Offense or Condition

- [x] Delinquent
- [ ] Abused
- [ ] Undisciplined
- [ ] Neglected
- [ ] Dependent

I have sufficient knowledge or information to believe that a case has arisen which invokes the juvenile jurisdiction of the court, and therefore allege that:

1. The above named juvenile is within the age of jurisdiction, or was at the time of the offense or condition, and resides in the district at the address shown above, or was found in the district as alleged herein.

2. The names and addresses of the juvenile's parents or guardian or custodian or caretaker are as follows:

| NAME | RELATIONSHIP OR TITLE | ADDRESS |
|---|---|---|
| Carissa Fotos | mother | same as juvenile |
| | | |
| | | |

3. The following offense(s) or condition(s) is/are alleged:

That the juvenile is a delinquent juvenile as defined by GS 7A-517(12) in that at and in the county named above and on or about the 3rd day of September, 1991, the juvenile did unlawfully, willfully and feloniously break or enter a building which was the property of White Cross Recreation Association, located on White Cross Road, Chapel Hill, N. C., with the intent to commit a felony therein, to wit: Larceny, in violation of GS 14-54(a).

And on or about the date of offense shown and in the county named above, the juvenile did unlawfully, willfully and feloniously steal, take and carry away assorted food items, the personal property of White Cross Recreation Association, having a value of $5.00, pursuant to the commission of felonious breaking and entering described in the charge above, in violation of GS 14-72(b)(2).

AOC-J-100
Rev 7/82.

(See reverse side for additional allegations.)

Over

**MARTIN & MARTIN**
A Professional Association
Attorneys and Counsellors at Law

*J. Matthew Martin*

102 North Churton Street
Hillsborough, North Carolina 27278

*(919) 732-6112*
*Chapel Hill: (919) 933-2135*
*Facsimile: (919) 732-6392*

September 23, 1991

Ms. Christa Pike
600 S. Churton Street
Hillsborough, North Carolina 27278

Dear Ms. Pike:

Please be advised of your court date on September 26, 1991 at 9:00 a.m. in Hillsborough.

If you have any questions or if I can be of further assistance please do not hesitate to contact us.

With best regards, I am

Yours very truly,

Kristal Sterling
Administrative Assistant

:ks

## AUTHORIZATION TO RELEASE RECORDS AND/OR FILES

I, **Christa Gail Pike**, Date of Birth: March 10, 1976, Social Security No.: 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, hereby authorize and direct any physician, nurse, health care provider, hospital, court, police agency, and any State or Federal governmental agency whatsoever, to release to the law firm of William C. Talman, P.C., or any representative thereof, any records, privileged or otherwise, hospital charts, notes, x-rays, lab tests, findings, diagnosis or prognosis, or any other thing contained in said records or reports, or pertaining to me in any way whatsoever, and to freely discuss any of the same with any representative of said law firm. Furthermore, you are hereby requested and directed to allow said representative to make or obtain copies of any such records or otherwise which pertains to me and is now in your possession. This authorization shall remain valid for twenty-four (24) months after the date of it's execution, unless earlier revoked in writing by me and notice of said revocation is provided to you. A copy of this authorization shall be valid and acceptable in place of the original hereof.

This the 31st day of March, 1995.

**STATE OF TENNESSEE** ]
] ss.
**COUNTY OF KNOX** ]

Christa Gail Pike

# PSYCHOLOGICAL EVALUATION

## CONFIDENTIAL

Name: Christa Gail Pike
Date of Birth: 03-10-76
Dates of Evaluation: 11-18-91; 11-19-91

Referral and Background

Christa, aged 15, was referred for psychological evaluation by her Court Counselor, Ms. Peggy Hamlett. Christa was adjudicated delinquent on 9-26-91 on Misdemeanor Breaking, Entering or Larceny charges after they were reduced from a felony. She was placed on one year probation, and was ordered to cooperate with her Court Counselor's recommendations. However, since the court hearing, Christa has persisted in a number of problematic behaviors: she is aggressive toward peers and verbally abusive toward staff in school, and she repeatedly runs away from home. Christa is sexually active and has a history of drug and alcohol use. Psychological evaluation was requested in order to help with intervention planning.

Christa lives with her divorced mother, Carrisa Fotos. Her father, Glenn Pike, is remarried and lives in West Virginia. Her older sister is now married and living out of the home. Christa describes a fairly unsettled life since her mother brought the two girls from West Virginia to North Carolina, where she married again, and divorced, and subsequently has had two live-in boyfriends. About 4 years ago, Christa was sexually molested by her grandmother's boyfriend, and has recently alleged that a boyfriend then living with her mother was physically abusive to her in her mother's absence. Christa's runaway and truant behavior developed around this time and since her mother's second shift job limited the supervision she could provide, Christa was sent to live with her father and his family. She was returned to her mother's home, though, after allegedly sexually abusing her young half brother. In April, 1991, DSS placed Christa at Sheaffer House, where she adjusted fairly well, but reportedly made no real efforts to change her rebellious attitude. She returned home in July, 1991, and continued to come and go at will, often staying away for days at a time.

Christa is an 8th grade student at Stanford Middle School. She has been absent for most days of school this year. She is seen by most teachers as bright, verbal and capable. Achievement scores in 1989 placed her between the 71st and 93rd percentiles for reading and language and at the 40th percentile in math. However, since then, her scores have all been well below average. Her teachers report that she is generally inattentive and unproductive in class, probably because she has missed too much instruction to understand the material.

Procedures

Wechsler Intelligence Scale for Children - Revised (WISC-R)
Draw-A-Person
Kinetic Family Drawing
Adolescent/Adult Sentence Completion
Thematic Apperception Test - (TAT)
Rorschach

Behavioral Observations and Clinical Interview

The evaluation took place at the detention center where Christa was awaiting transportation to training school. Although she was suffering from Sinusitis, she seemed very willing to participate in the evaluation, which she saw as preferable to the alternative of school. Christa is a slightly-built, attractive, auburn-haired girl with delicate features. She has a crude tattoo on her left wrist: #1 Bitch. She was attentive and cooperative throughout the evaluation, and seemed genuinely concerned about her performance. She was particularly thoughtful over projective stimuli, often pausing before she responded. At the end of the evaluation, she asked, "How did I do? Am I crazy?". She commented that she had "lots of imagination" but had never been able to do well in school, because the work was so boring.

Christa talked spontaneously about her circumstances and her past. She was nervously preoccupied with the prospect of going to training school, wishing she could make the transition soon, and "get it over". Past experiences she described were almost all negative ones, but Christa spoke about them with very little emotion. She talked about her physical abuse by her mother's past boyfriend, about

frequent moves, which had led to her never staying in one school for more than 2 years, and about being victimized as a young child by her older sister. She told how her sister had once tricked her into putting her hand on a door frame, so as to slam the door on her fingers. Christa's sister now tells her to just leave; no one wants her. She had only one memory of the time her parents were together; her father had punished her by taking her favorite doll and breaking off all its limbs. Describing a distance or lack of warmth between her mother and herself, Christa explained "we don't have the relationship most people do". She was unable, at first, to draw herself and her mother doing something together, because, she said, they hardly saw each other. She responded finally to the suggestion that she might draw them involved in an activity she would like to share with her mother.

Test Results

On the WISC-R, Christa obtained a Verbal IQ of 102 ± 6, in the Average range, a Performance IQ of 114 ± 8 in the High Average range and a Full Scale IQ of 108 ± 5, also in the Average range. Among verbal tasks, Christa demonstrated strengths in logical, abstract reasoning and in social comprehension (84th %ile). She performed relatively less well, though still at the average level, on measures of general knowledge, arithmetic, and vocabulary, which are more closely related to educational experiences. Christa's perceptual motor skills were evenly developed at the average level, with the exception of a significant strength in understanding part-whole relationships (99th %ile). Her score on this one subtest mainly accounted for the 12 point difference between Christa's Verbal and Performance IQ scores.

The projective figure drawing Christa produced was a simple, child-like picture of a smiling girl in jeans. The drawing, and the comments Christa made about it, suggested that she feels quite insecure and unsupported, that she prefers to hide feelings of vulnerability or sadness from others. There were also indications of concerns about her physical well being. A picture of herself and her mother playing cards, showed Christa, as she pointed out, as the larger of the two figures. She did not seem to view her mother as having a parental role of control and responsibility.

In the sentence completion task, Christa's responses reflected her preoccupation with her immediate circumstances: her dislike of the detention center, her fears about going to training school, and anxieties about what might happen to her if she couldn't control her behavior ("End up dead or in prison or something"). She acknowledged feeling angry with herself most of the time. She spoke several times, with frustration, about continuing to get in so much trouble. Even at the time, she knew it was bad but, she said, it was "just so tempting". Christa added to the sentence stem: Nobody knows that I ... "I can't help being in so much trouble. I don't know why". Though Christa's self-statements revealed a fairly pessimistic outlook, she did think that she was able to get along well with peers, particularly with a best friend, who was important to her.

Christa's TAT stories were all quite brief. Characters were mainly seen as upset, sad, or depressed, although Christa occasionally made an effort to "undo" a grim story with a second humorous version. The source of distress for her characters was generally a loss, separation, or disappointment in a relationship: a mother learning that her child is dead; a woman being left by an angry boyfriend; a child worried, because no one came to take her home from a babysitter's house.

Christa produced an average number of Rorschach responses for a girl her age, and an average number of "popular" precepts, showing an ability to make appropriate and conventional interpretations of stimuli. She also recognized formations commonly seen as people, suggesting adequately developed social relatedness and a wish for satisfying relationships, including heterosexual relationships. However, there were also indications of distancing and inhibition, a reserve, which may serve as a defense against anger over unmet needs for nurturing. There was in the protocol a prominent theme of oral aggression and hostility. Negative feelings, aroused particularly by the colored stimulus cards, prompted disturbing images: On Card II - "a mouth with a busted lip", on Card X - "a big sea creature sucking all the little ones in". Bodily concerns, which are sometimes associated with repressed hostility,

were also evident. There were an unusually large number of percepts of internal organs. Christa drew upon her intelligence and creativity to produce a high proportion of percepts using the whole inkblot, but as she reacted to strong negative feelings, her defenses failed her, and her percepts became, in a few instances, quite confused and disorganized.

Summary and Recommendations

Christa is a 15-year-old girl, whose measured intelligence is in the average range of intellectual functioning. Personality assessment suggests that she experiences considerable internal stress related to depression and anger over unmet needs for nurturing. The losses and disruptions that have been constant in her social environment have not supported the development of adequate impulse control. Christa seeks release for painful feelings in hostile and aggressive acting out, even though she fears the retaliation of further rejection. Under the press of emotional reactivity, she is not able to maintain effective control and organization in her thinking processes. The inevitable problems in adaptive functioning lead to consequences that confirm her feelings of inadequacy and unworthiness, and fuel her anger and depression. She has, though, preserved positive feelings in attachments to a friend and to a caring adult (her social worker) suggesting that her dependency needs are still accessible to corrective emotional experiences.

Christa's primary need is for a stable placement, providing a structured environment, where firm, predictable limits can be placed on her behavior. External controls of the kind that might be found in Wilderness Camp, would stimulate further growth in responsibility, and would also lead to intensified releases of feeling, which, with support from nurturing adults, she may be able to work through, achieving greater acceptance and understanding of them. Christa would also benefit, after a placement in Wilderness Camp, from mental health treatment services, to address these emotional issues. At that time, the need for interventions focussed on her suspected sexual offenses and her drug use may be assessed.

Rosemary Wilson, Ph.D.

Rosemary Wilson, Ph.D.
Licensed Practicing Psychologist
Juvenile Services Division

RW/am

Matthew Martin

COURT REPORT
November 14, 1991

Juvenile's Name: Christa Gail Pike
Date of Birth; 3-1-76
Parent: Carissa Fotos
Address: 600 South Churton Street
Hillsborough, N. C. 27278
School: Stanford Middle School
Grade 8

Legal Status:
Christa was adjudicated delinquent on 9-26-91 for Misdemeanor Breaking, Entering and Larceny and was placed on probation for a period of time not to exceed one year with the following conditions:
(1) She is not to violate the law.
(2) She is to go to school regularly, not skip classes and obey school rules.
(3) She is to stay at home and not leave unless she has her mother's expressed permission.
(4) She is to cooperate with the Court Counselor's Office.
(5) She is to cooperate in regard to any assessment that may be recommended for her.
(6) She is to cooperate with Howard Lee.

A Motion For Review alleging violation was filed on 10-28-91 by this court counselor.

School Situation:
Please review grades for first nine weeks and note that due to her high absenteeism she has failed every subject. Christa has missed 25 out of 33 days since her last court appearance.

Please review Discipline Tracing Profile for detailed description of actions taken and the dates.

Home Situation:
Christa's behavior since her September 26, 1991 court hearing has been consistently poor.

During the weekend of September 27-29 while Mrs. Fotos was in West Virginia visiting her father, Christa had friends at the apartment and the neighbors were disturbed over the noise to the point that they called Mrs. Fotos in West Virginia who in turn called her daughter and son-in-law in Chapel Hill to see if they could find out what was going on. When the son-in-law arrived at the apartment, there was a great deal of alcohol in the home and the apartment was in shambles.

Christa left home on 9-30-91 and made an appearance at school the next day. A missing persons report was filed by Ms. Fotos on 9-30-91.

Christa was scheduled to come in for an office visit on 10-9-91. However, due to Christa's alcohol use the previous night, Ms. Fotos reports she was too sick to keep her appointment.

Christa left home again on 10-13-91 and reportedly went to the beach with friends. She came back to Durham and stayed with a male friend, Allen Payne, and his parents. Mr. Payne returned Christa to her home on 10-24-91.

Ms. Fotos reports to me that on 10-29-91 Christa and her friends were creating a disturbance for the neighbors again by cursing very loudly, thus upsetting their young child. When Ms. Fotos returned home she found an empty Renuzit air freshner container and she feels Christa was sniffing again to get high. Christa has admitted to sniffing the air freshner previously.

Ms. Fotos is in the process of changing insurance companies and she has been informed that the new coverage will not occur until January. Ms. Fotos is in the process of acquiring information as to whether there is any way possible to work around the delayed coverage.

Ms. Fotos again filed a missing person's report with the Hillsborough Police Department on 11-8-91. Christa was to go to West Virginia with her mother on this date, however, she ran away again and did not return until 11-11-91.

Mental Health:
I requested that Peter Kramer, counselor with Mental Health, do a screening on Christa to determine what services are appropriate for her at this time. Peter Kramer specializes in substance abuse and he met with Ms. Fotos and Christa during the second week of October and another meeting was scheduled, however, Christa was missing and didn't keep the next appointment. Ms. Fotos has met with Mr. Kramer to discuss options for Christa and due to Christa's prior involvement with inpatient at the Child Behavior Clinic with Dr. Straw and due to her involvement with Kaiser Permanente and to her increased substance abuse, Mr. Kramer feels an inpatient admission rather than outpatient treatment would be of more benefit to Christa at this time. The issue of Christa being sexually abused as a child and her allegedly sexually abusing her nephew and half brother are also issues that need to be addressed.

Recommendations:
Christa and Ms. Fotos have utilized various resources in the community. Christa was seen by Dr. Straw at the Behavior Clinic and following that was seen by a counselor at Kaiser Permanente. Ms. Fotos agreed to The Voluntary Family Adjustment Service Agreement with DSS and as a result Christa was placed at Sheaffer House on 4-12-91 in an attempt to stabilize her behavior. Christa's social worker, Kerry Clemens, also offered counseling sessions twice a month. While at Sheaffer House, Christa's attendance improved, however, she did very little to work on her problems. Mrs. DeLong, Sheaffer House Director, felt that if there were any improvements made they weren't significant and she left the program having the attitude that she came in with, i.e., rebellion.

Counseling has been offered through mental health but due to Christa's absences away from the home she has not taken advantage of the services offered.

Due to Christa's unwillingness to cooperate with services offered and because she continues to disobey her mother regarding running away, I feel it is in Christa's best

interest that she be committed to the Division of Youth Services with the provision in the order that when and if hospitalization becomes available that she be admitted to the hospital from training school. If hospitalization is not a possibility, I would request that a placement, such as Eckerd Wilderness Camp Program, be investigated in order for Christa to go directly from training school to camp.

Respectfully submitted,

Peggy Hamlett

Peggy Hamlett
Court Counselor
District Court District 15-B

PH/am

Matthew Martin

R403-3 DISCIPLINE TRACKING PROFILE Page 1
PIKE CHRISTA 08 F 95441 CW STANFORD 680-316
FLINT RIDGE #2028 NOV 12 1991
HILLSBOROUGH NC 27278 RESIDES WITH:

HOMEROOM: 171 ROOM 171 EVANS ADVISOR:
HOME PHONE: 919 732-8769 BIRTHDATE: MAR 10 1976
MOTHER: CARISSA FOTOS PHONE: 919 470-7337 (WORK)
FATHER: E. GLENN PIKE

NOVEMBER 8, 1991 - SUSPENDED BECAUSE OF RUDENESS AND DISREPECTIVE BEHAVIOR TO ME. CHRISTA & CHRISTY LEFT OFFICE WITH A BARAGE OF PROFANITIES. WIGGINS

| DATE | I/A | CODE | DESCRIPTION | DATE | CODE |
|---|---|---|---|---|---|
| SEP 17 1991 | I | PEGG | PEGG | SEP 17 1991 | OS02 |
| | I | TRS | TRUANT FROM SCHOOL<br>BROUGHT BACK TO SCHOOL BY SHERIFF DEPT | SEP 17 1991 | OS02 |
| | A | OS02 | OUT OF SCHOOL SUSPENSION 2 DAYS | | |
| OCT 28 1991 | I | UDP | LEFT CAMPUS WITHOUT PERMISSION<br>LEFT CAMPUS W/O PERMISSION/BRANDI PARKER | OCT 28 1991 | OS01 |
| | I | WIGG | WIGGINS | OCT 28 1991 | OS01 |
| | A | OS01 | OUT OF SCHOOL SUSPENSION 1 DAY | | |
| OCT 30 1991 | I | ABS | AGRESS BEHAVIOR TOWARD STUDENTS<br>SLAPPED DAVID STRUM | OCT 30 1991 | CONF |
| | I | EVAN | EVANS | OCT 30 1991 | CONF |
| | I | PEGG | PEGG | OCT 30 1991 | CONF |
| | A | CONF | CONFERENCE WITH PARENT | | |
| NOV 08 1991 | I | RVC | DISRUPT,DISRESPECTFUL CLASSROOM<br>SEE NOTES FOR NOVEMBER 8, 1991 | NOV 08 1991 | OS04 |
| | I | RVP | USE OF PROFANITY<br>SEE NOTES FOR NOVEMBER 8, 1991 | NOV 08 1991 | OS04 |
| | I | UDP | LEFT CAMPUS WITHOUT PERMISSION | NOV 08 1991 | OS04 |
| | I | WIGG | WIGGINS | NOV 08 1991 | OS04 |
| | A | OS04 | OUT OF SCHOOL SUSPENSION 4 DAYS<br>OSS 11/12-15/91 | | |

---SUMMARY---

---INCIDENTS---

| CODE | OCCURRENCES | ACTED UPON |
|---|---|---|
| ABS | 1 | 1 |
| EVAN | 1 | 1 |
| PEGG | 2 | 2 |
| RVC | 1 | 1 |
| RVP | 1 | 1 |
| TRS | 1 | 1 |
| UDP | 2 | 2 |
| WIGG | 2 | 2 |

---ACTIONS---

| CODE | OCCURRENCES |
|---|---|
| CONF | 1 |
| OS01 | 1 |
| OS02 | 1 |
| OS04 | 1 |

*** End of Profile **

```
DAILY ATTENDANCE         CW STANFORD 680-316                NOV 12 1991
            D A I L Y   A T T E N D A N C E   P R O F I L E
---------------------------------------------------------------------------
SEP 03 1991  Tuesday     2  TO  NOV 12 1991  Tuesday     2
      Student Number  95441      PIKE CHRISTA
Enter Selection     1 Next  2 Prev  3 Summary
DATE             A/T RSN    DATE            A/T RSN    DATE             A/T RSN
NOV 06 1990 T CATGY MST1                 PM A      E                PM A  2  U
JUN 12 1991 W WDREW W5      SEP 24 1991 T AM A      E   OCT 09 1991 W AM A  2  U

SEP 03 1991 T ENTER E1                   PM A      E                PM A  2  U
              CATGY MST1    SEP 26 1991 R AM A      E   OCT 14 1991 M AM A  2  U

SEP 17 1991 T AM A  2  U                 PM A      E                PM A  2  U

              PM A  2  U    SEP 27 1991 F AM T      E   OCT 15 1991 T AM A  2  U
SEP 18 1991 W AM A  3  E    OCT 02 1991 W AM A  2  U                PM A  2  U
              PM A  3  E                 PM A  2  U   OCT 16 1991 W AM A  2  U
               ACTN OSS     OCT 03 1991 R AM A  2  U                PM A  2  U
SEP 19 1991 R AM A  3  E                 PM A  2  U   OCT 17 1991 R AM A  2  U
              PM A  3  E    OCT 04 1991 F AM A  2  U                PM A  2  U
               ACTN OSS                  PM A  2  U   OCT 18 1991 F AM A  2  U
SEP 20 1991 F AM A     E    OCT 07 1991 M AM A  2  U                PM A  2  U

              PM A     E                 PM A  2  U   OCT 21 1991 M AM A  2  U
SEP 23 1991 M AM A     E    OCT 08 1991 T AM A  2  U                PM A  2  U
En'ries Continued
---------------------------------------------------------------------------
F1  PROCESS                                                 F9  CANCEL
```

```
DAILY ATTENDANCE         CW STANFORD 680-316                NOV 12 1991

            D A I L Y   A T T E N D A N C E   P R O F I L E

---------------------------------------------------------------------------
SEP 03 1991  Tuesday     2  TO  NOV 12 1991  Tuesday     2
      Student Number  95441      PIKE CHRISTA
Enter Selection     1 Next  2 Prev  3 Summary
DATE             A/T RSN    DATE            A/T RSN    DATE             A/T RSN
OCT 22 1991 T AM A  2  U                 PM A      E

              PM A  2  U    NOV 05 1991 T AM A      E

OCT 23 1991 W AM A  2  U                 PM A      E

              PM A  2  U    NOV 08 1991 F AM A      E
OCT 24 1991 R AM A  2  U                 PM A      E
              PM A  2  U

OCT 25 1991 F AM A  2  U
              PM A  2  U
OCT 28 1991 M AM A  2  U

              PM A  2  U

OCT 29 1991 T AM A  3  E

              PM A  3  E
               ACTN OSS

OCT 31 1991 R AM T  2  U
NOV 04 1991 M AM A     E
End of Entries
---------------------------------------------------------------------------
F1  PROCESS                                                 F9  CANCEL
```

ONLY 134 SCHOOL DAYS LEFT! **REPORT CARD** 

008555

| NAME | NUMBER | GRADE | SCHOOL NAME |
|---|---|---|---|
| CHRISTA | 95441 | 08 | C.W. STANFORD 680-316 |

| | AVERAGE | DAYS ABSENT | TIMES TARDY |
|---|---|---|---|
| RT PERIOD 1 | 64.5 | 25.0 | 2 |
| ENT YEAR | 64.5 | 25.0 | 2 |

DIVISION 171
ROOM 171
EVANS

| SEC DESCRIPTION & TEACHER | | OCT 91 MARK ABS | MARK ABS | MARK ABS | MARK ABS | |
|---|---|---|---|---|---|---|
| [illegible] NEEDS TO MAKE-UP WORK<br>ABSENTEEISM | QUARTER | INC | | | | CREDIT VALUE<br>CREDIT EARNED<br>CLASS AVG. 91.0<br>COURSE AVG. 87.[illegible] |
| 07 GEN MATH 8 WILLS<br>ABSENTEEISM | QUARTER | INC | | | | CREDIT VALUE<br>CREDIT EARNED<br>CLASS AVG. 85.1<br>COURSE AVG. 83.0 |
| 03 SCIENCE 8 KUNTZLEMAN<br>INCOMPLETE--NEEDS TO MAKE-UP WORK<br>ABSENTEEISM | QUARTER | INC | | | | CREDIT VALUE<br>CREDIT EARNED<br>CLASS AVG. 84.[illegible]<br>COURSE AVG. 87.[illegible] |
| 06 NC HISTORY 8 FAULKNER<br>ABSENTEEISM | QUARTER | 60 | | | | CREDIT VALUE<br>CREDIT EARNED<br>CLASS AVG. 80.6<br>COURSE AVG. 84.6 |
| 01 ART 8 NEMET | QUARTER | 69 | | | | CREDIT VALUE<br>CREDIT EARNED<br>CLASS AVG. 84.3<br>COURSE AVG. 84.4 |
| 11 PE/HEALTH 8 ROBERTS | QUARTER | INC | | | | CREDIT VALUE<br>CREDIT EARNED<br>CLASS AVG. 86.1<br>COURSE AVG. 88.6 |
| | | | | | | CREDIT VALUE<br>CREDIT EARNED<br>CLASS AVG.<br>COURSE AVG. |
| | | | | | | CREDIT VALUE<br>CREDIT EARNED<br>CLASS AVG.<br>COURSE AVG. |

GRADING SCALE:
A 93-100
B 85-92
C 77-84
D 70-76
E 69-BELOW

TO THE PARENTS/GUARDIAN OF:
CHRISTA PIKE
FLINT RIDGE #2028
HILLSBOROUGH NC 27278

PARENT CONFERENCES WILL BE HELD AT
C. W. STANFORD MIDDLE SCHOOL
MONDAY, NOVEMBER 11, 1991 12:00-8:00 PM
PLEASE CALL THE SCHOOL OFFICE
732-6121 TO MAKE AN APPOINTMENT

ACADEMIC PROGRESS CW STANFORD 680-316 NOV 12 1991

A C A D E M I C P R O G R E S S P R O F I L E

Student Number 95441 PIKE CHRISTA Semester 1

Enter Selection 1 Next 2 Previous

| COURSE NUMBER | SEC | TITLE | RPT PER | TCHR | QUARTER | CM1 | CM2 |
|---|---|---|---|---|---|---|---|
| 1020 | 15 | COMM SK 8 | 1 | EVAN | INC | 3 | 9 |
| 2002 | 7 | GEN MATH 8 | 1 | W | INC | 9 | |
| 3002 | 3 | SCIENCE 8 | 1 | KUNT | INC | 3 | 9 |
| 4020 | 6 | NC HISTORY 8 | 1 | FAUL | 60 | 9 | |
| 5032 | 1 | ART 8 | 1 | NEME | 69 | | |
| 9002 | 11 | PE/HEALTH 8 | 1 | ROBE | INC | | |

End of Courses

F1 PROCESS F9 CANCEL

**MARTIN & MARTIN**
*A Professional Association*
*Attorneys & Counsellors at Law*

*J. Matthew Martin** | 133 East King Street | *(919) 732-6112*
*John A. Martin* | Hillsborough, North Carolina 27278 | *Telecopier (919) 732-6392*

*Of Counsel: Harry C. Martin*** | *e-mail: 70000.000@compuserve.com73514.1666*

* Board Certified by the North Carolina State Bar as a Specialist in Federal and State Criminal Law and Criminal Appellate Practice

** Certified as a Mediator by the North Carolina Supreme Court

March 30, 1995

William Lee Brown, Esquire
407 Union Avenue
Suite 312
Knoxville, TN 37902

**Re:** ***State of Tennessee v. Christa Gail Pike***

Dear Mr. Brown:

It is my understanding that you have been appointed to represent Christa Gail Pike in the case where she is charged with murdering the girl on the UT campus. You may be aware that I have represented Christa in the past in Orange County, North Carolina. I am in possession of some documents which could possibly consist of mitigation evidence should you need it. Additionally, this material could lead you to other mitigation evidence.

I believe that I am prohibited from disclosing any of this material to you absent Christa's written permission. Should you wish to explore it further, please have her write me a short note authorizing me to release all of my files regarding her to you.

I look forward to hearing from you and to helping you if possible. Please give my regards to Christa; I always found her to be a very pleasant girl.

Yours very truly,

J. Matthew Martin

:jmm

**MARTIN & MARTIN**
A Professional Association
Attorneys and Counsellors at Law

*Harry C. Martin*
*J. Matthew Martin*

102 North Churton Street
Hillsborough, North Carolina 27278

*(919) 732-6112*
*Chapel Hill: (919) 933-2135*
*Facsimile: (919) 732-6392*

February 24, 1992

Miss Christa Pike
Juvenile Evaluation Center
741 Old U.S. Highway 70
Swananowa, North Carolina 28778

ATTORNEY/CLIENT CORRESPONDENCE
CONFIDENTIAL & PROPRIETARY

Dear Christa:

Thanks for writing. I am trying to get you moved to Camp Woodson. I have written Judge Peele and spoken with Peggy and the psychologist, who evaluated you. The psychologist has indicated that Camp would be good for you, but Peggy thinks imprisonment is appropriate to teach you that your actions have consequences. I may be able to talk Judge Peele in writing a letter of recommendation for Camp which would help cut through some of the red tape. However, it is critical that you do something to earn some points to move yourself along in that direction. Please let me know how it goes. I plan to be in Asheville around March 26th and 27th and I will be sure to see you then.

Sincerely,

J. Matthew Martin

JMM/ma

MARTIN & MARTIN
A Professional Association
Attorneys and Counsellors at Law

*J. Matthew Martin*

102 North Churton Street
Hillsborough, North Carolina 27278

*(919) 732-6112*
*Chapel Hill: (919) 933-2135*
*Facsimile: (919) 732-6392*


December 6, 1991

Miss Christa Gail Pike
741 O U.S. 70
Swannanoa, North Carolina 28778

ATTORNEY/CLIENT CORRESPONDENCE
CONFIDENTIAL & PROPRIETARY

Dear Christa:

I just wanted to let you know that I haven't forgotten about you and that if people haven't forgotten about you then you are not alone. I will try to come see you on December 15, 1991, and we will discuss you situation on your case further at that time. I look forward to seeing you.

With every good wish, I am

Sincerely,

J. Matthew Martin

JMM/ma

**MARTIN & MARTIN**
A Professional Association
Attorneys and Counsellors at Law

*J. Matthew Martin*

102 North Churton Street
Hillsborough, North Carolina 27278

*(919) 732-6112*
*Chapel Hill: (919) 933-2135*
*Facsimile: (919) 732-6392*

January 28, 1992

The Honorable Stanley Peele
District Court Judge
15-B Judicial District
Orange County Courthouse
106 East Margaret Lane
Hillsborough, North Carolina 27278

HAND DELIVERED

Re: Christa Gail Pike
91 J 104

Dear Judge Peele:

You may recall that we spoke briefly regarding Ms. Pike when we bumped into each other at lunch the other day. At that time, I mentioned to you that I had discovered a program which I thought would be very beneficial to her and which I believed would be an alternative to commitment as described in N.C. Gen. Stat. § 7A-649. It is called Camp Woodson, and is a direct outgrowth of the Juvenile Evaluation Center (JEC) in Swannanoa, where Christa Pike is being warehoused. After visiting with Christa in Swannanoa on December 14, 1991, I have come to the conclusion that this placement for her would be appropriate.

Officials of Camp Woodson have indicated to me that they believe that Christa would be a good candidate for camp. It is too late to get her in camp for the January session, but I believe that we could get her there for the next appropriate session.

I have discussed the matter with Peggy Hamlett and she has advised me that she would oppose such a placement at this time, commenting that Christa is receiving counseling which she feels is appropriately carried out in the confinement setting. I cannot help but to disagree, note that N.C. Gen. Stat. § 7A-649(6) gives the Court the authority to order the juvenile to a community based program of academic or vocational education or to a professional or residential or nonresidential treatment program which shall not exceed twelve (12) months. I believe that my discovery of Camp Woodson, to which a juvenile can only be admitted by virtue of

attendance at JEC would meet statutory standards set out above and that accordingly it is an alternative to commitment which would be appropriate pursuant to N.C. Gen. Stat. § 7A-651(e). I note that the Court continues to retain jurisdiction despite the commitment to the Division of Youth Services and pursuant to N.C. Gen. Stat. § 7A-652(g) and pursuant to N.C. Gen. Stat. § 7A-664 Court may modify the order that it has entered.

I respectfully request that you look into this matter and if in your determination you believe that we need to have a formal hearing on it as a petition to modify the Court's order, I would very much like to go forward with that. If the matter can be resolved informally, that would be fine too. By copy of this letter I am notifying all interested parties as to this communication.

With every good wish, I am

Respectfully,

J. Matthew Martin

JMM/ma
cc: Kella W. Hatcher, Esq.
Ms. Peggy Hamlett
Miss. Christa Gail Pike

008562

File No. 91 J 104

**STATE OF NORTH CAROLINA**

Orange County

A TRUE COPY
CLERK OF SUPERIOR COURT
By C. Clements
Asst. Deputy Clerk Superior Court

In The General Court of Justice
District Court Division

In the Matter of

| | |
|---|---|
| Name of Juvenile: Christa Gail Pike | |
| Date of Birth: 3/1/76 | Age: 15 |
| Address: 600 South Churton Street | |
| City, State, Zip: Hillsborough, NC 27278 | |
| Date of Hearing: November 14, 1991 | |

# JUVENILE DISPOSITION AND COMMITMENT ORDER

G.S. 7A-652

This case came on for disposition, the above juvenile having been found within the juvenile jurisdiction of the Court as delinquent.

The following persons were present for the hearing: juvenile, mother, Carrie Clemons-Social Worker, Kella Hatcher-District Attorney, Peggy Hamlett-Court Counselor

Name of Attorney at Law Who Represented the Juvenile
Matthew Martin

After considering the evidence, the Court finds: The Court adopts the November 14, 1991, Court Report as findings in this matter. The Court also finds that since her last court date she has violated all but the first and last term of her probation. On Sept. 30, 1991, she ran away and returned on Sept. 31st. She ran away a 2nd time on Oct. 13, 1991, and returned on Oct. 14th. She ran away again on October 14th and did not return until the 24th of October. She has not attended school but 4 days since school started. She has not cooperated with the school rules and she has been very rude and insulting to the school administration. She has not kept her appointments with her Court Counselor nor has she cooperated with Peter Kramer. On October 8th she had a party at her home when her parents left. There was alcohol present at this party, which she abused. The juvenile is out of control. She has not cooperated at home, at school or with her Court Counselor. The juvenile has proved that she can not be helped through the probation mode.

The juvenile was placed on probation on 9/26/91 for being in violation of G.S. 14-72(b)(2).

The Court further finds that the juvenile meets each of the following criteria for commitment to the Division of Youth Services, Department of Human Resources, specifically that:

X (1) The juvenile is delinquent and is ten years of age or older;

X (2) The juvenile has not or would not adjust in his own home on probation or while other services are being provided;

X (3) Community residential care has already been utilized or would not be successful or is not available;

X (4) The juvenile's behavior constitutes some threat to persons or property in the community;

X (5) The alternatives to commitment as contained in G.S. 7A-649 have been attempted unsuccessfully or are inappropriate.

AOC-J-503
Rev. 7/82.

OVER

008563

**The Court concludes as a Matter of Law:** That it is in the best interest of the juvneile to be placed in Training School.

**It is therefore ORDERED that** the juvenile be committed to the North Carolina Department of Human Resources, Division of Youth Services for an indefinite period of time.

| Date Order Entered | Date Signed |
|---|---|
| November 14, 1991 | 11/20/91 |
| | Signature of Presiding Judge |

008564

File No. 91 J 104

**STATE OF NORTH CAROLINA**

Orange County

In The General Court of Justice
District Court Division

# JUVENILE ADJUDICATION ORDER

G.S. 7A-637

| In the Matter of | |
|---|---|
| Name of Juvenile: Christa Gail Pike | |
| Date of Birth: 3/1/76 | Age: 15 |
| Address: 600 S. Churton Street | |
| City, State, Zip: Hillsborough, NC 27278 | |
| Date of Hearing: 9/26/91 | |

This case was heard at a session for juvenile hearings on a Petition alleging the above named juvenile or juveniles to be as follows:

Allegation
G.S. 14-54(a); G.S. 14-72(b)(2)

The following persons were present at the hearing: juvenile, mother, Carrie Clement-Social Worker, Kella Hatcher-District Attorney, Donnie Phillips-Intake Counselor, Inv. Ned Thorpe(OCSD)-petitioner

In the adjudication part of the hearing, the Court finds as indicated below:

[X] 1. That the juvenile or juveniles were represented by an attorney at law;

Name of Attorney(s)
Matthew Martin

OR:

[ ] 2. That the proceeding did not involve alleged delinquency and the parties were advised of their right to counsel and waived their right to such counsel.

3. That the parties received adequate notice of the facts alleged in the petition so that they knew the nature of the proceeding and had an opportunity to prepare for the hearing; and
4. That the parties had their right to confront and cross-examine witnesses explained to them; and
5. That the parties were informed of their privilege against self-incrimination.

Based on the evidence presented, the Court finds that the following facts have been proved

[XX] beyond a reasonable doubt (for delinquent matters), or
[ ] by clear and convincing evidence:

that on or about the 3rd day of September, 1991, the juvenile did unlawfully, wilfully and feloniously break or enter a building which was the property of White Cross Recreation Assoc., and did unlawfully, wilfully and feloniously steal, take and carry away assorted food items, the personal property of White Cross Recreation Association, having a value of $5, pursuant to the commission of felonious breaking and entering.

AOC-J-500
Rev. 5/87

—OVER—

**CONCLUSIONS OF LAW**

As a matter of law, the Court concludes said juvenile(s) ☒ to be ☐ not to be within its juvenile jurisdiction as

☒ Delinquent ☐ Undisciplined ☐ Abused ☐ Neglected ☐ Dependent.

It is therefore ORDERED that the juvenile be placed on probation under the supervision of the Court Counselor's Office for a period of time not to exceed one year. Terms of probation are as follows:

1-She is not to violate the law.
2-She is to go to school regularly, not skip classes and obey school rules.
3-She is to stay at home and not leave unless she has her mother's expressed permission.
4-She is to cooperate with the Court Counselor's Office.
5-She is to cooperate in regard to any assessment that may be recommended for her.
6-She is to cooperate with Howard Lee.

*(That the Court proceed to the disposition part of the hearing, or that the case be continued for disposition after evaluation, or that the petition be dismissed because the conditions alleged do not exist or because the juvenile is not in need of the care, protection, or supervision of the State, etc.)*

Date Order Entered: 9/26/91

Date Signed: 10/9/91

Signature of Presiding Judge: [signature]

STATE OF NORTH CAROLINA

ORANGE County

File No. 91 J 104

In The General Court Of Justice

[X] District [ ] Superior Court Division

Name Of Juvenile Or Indigent Dependent Adult

CHRISTA GAIL PIKE
600 S. CHURTON STREET
HILLSBORUGH, N. C. 27278

## FEE APPLICATION
## ORDER FOR PAYMENT
## JUDGMENT AGAINST PARENT/GUARDIAN

G.S. Ch. 7A Art. 36, Art. 38A; Ch. 15A

NOTE: *Use this form only in cases where a parent, guardian, or trustee is being ordered to pay for services rendered to a juvenile or indigent dependent adult. In all other cases, use form AOC-CR-225.*

### I. APPLICATION

I, the undersigned [X] assigned counsel [ ] public defender [ ] appellate defender [ ] guardian ad litem [ ] (other) ______ make application for payment or determination of value of services rendered for the indigent and for reimbursement of necessary expenses incurred. I certify that this information is correct to the best of my knowledge.

NATURE OF PROCEEDING: *(check all that apply)*

| Criminal | Juvenile | Other |
|---|---|---|
| [ ] Capital | [X] Delinquent | [ ] Incompetency |
| [ ] Felony | [ ] Guardian Ad Litem Neglect/Abuse | [ ] Involuntary Commitment |
| [ ] Misdemeanor | | [ ] Court Of Appeals |
| [ ] DWI | [ ] Neglect/Abuse/Dependency (Parent Or Custodian) | [ ] Supreme Court |
| [ ] Non-Support | | [ ] ______ |

AOC USE: Fund ______ Object ______ FRC ______ RCC ______ Vendor No. ______

Original Charge Or Proceeding: DELINQUENCY

| Date Of Disposition | Final Disposition |
|---|---|
| 9-26-91 | ADJUDICATED DELINQUENT - PROBATION |

| Time In Court | Time In Court Awaiting Call Of Case | Time Out Of Court | Total Time Involved |
|---|---|---|---|
| .5 | 1.5 | 1.5 | 3.5 |

List Necessary Expenses Incurred: *(Attach detailed time sheet when required by trial judge.)*

NOTE: *In assigned counsel cases, the applicant is always the individual attorney appointed in the case. If payment is to be made to applicant individually, write "same" under payee and give applicant's own taxpayer ID No. (either Social Security No. or Federal Employer ID No. as used by applicant). If payment is to be made to applicant's firm, give firm name under payee and give firm's taxpayer ID No.*

Name Of Applicant: J. MATTHEW MARTIN

Payee (See Note): MARTIN & MARTIN, P.A.

Address: 102 N. CHURTON STREET
HILLSBOROUGH, N. C. 27278

Taxpayer ID No. (See Note): 56-1709099

Date: 10-1-91

Signature Of Applicant: [signature]

### II. ORDER TO PAY APPLICANT OR FIX VALUE OF SERVICES

Based upon the Findings of Facts set out on the reverse side, the Court ORDERS that:

[ ] the State of North Carolina pay fees and expenses to this applicant as set out below; OR

[ ] the value of services rendered by this applicant is fixed as set out below.

| | |
|---|---|
| 1. Fees Allowed Assigned Counsel/Guardian Ad Litem | $ |
| 2. Value Of Services Rendered By Public Defender/Appellate Defender | $ |
| 3. Other Necessary Expenses Allowed By The Court | $ |
| 4. Total Amount | $ |

Date: 10-1-91

Type Or Print Name Of Judge (Signature Appears On Reverse): STANLEY PEELE

AOC-J-907M
New 3/87

Material opposite unmarked squares is to be disregarded as surplusage.

008567

## III. FINDINGS

After service of a summons on the responsible person named below, and hearing, the Court finds that the juvenile or dependent adult has previously been adjudged to be an indigent; that he requested and has been provided with counsel and other necessary expenses of representation; that the applicant provided those services and incurred those expenses; and that the money value of those services and expenses is that which appears in section II on the reverse.

## IV. ORDER FOR PAYMENT BY RESPONSIBLE PERSON AND JUDGMENT

☐ The Court further finds that
- ☐ an adjudication and disposition have been made in this case.
- ☐ the indigent has been finally convicted.

☐ The Court further finds that the indigent
- ☐ is less than 18 years old.
- ☐ is at least 18 years old, but remains dependent on and domiciled with the responsible person.

☐ The Court further finds that the responsible person is the parent, guardian, or trustee of the indigent, is financially able to pay the fees and expenses set out on the reverse, and therefore should be held responsible for reimbursing the State for the same.

Based on all of the above findings, it is ORDERED that the responsible person shall reimburse the State in the amount set out below by paying the same to the Clerk of Superior Court for transmittal to the State Treasurer. If the amount set out below is not paid within 90 days of this date, the State of North Carolina shall then recover that amount from the responsible person together with interest from the 91st day after this date until paid, and this Judgment shall be docketed on or after that date.

| | | |
|---|---|---|
| *Amount Of Reimbursement And Judgment* $ | | *Name And Address Of Responsible Person* |
| *Date Of Docketing* | *Time* ☐ AM ☐ PM | |
| *Judgment Docket Book And Page No.* | | *Social Security No.* |

## V. SIGNATURE OF JUDGE

The foregoing ORDER and FINDINGS and, where applicable, ORDER FOR PAYMENT BY RESPONSIBLE PERSON AND JUDGMENT shall be entered and filed this day in the office of the Clerk of Superior Court.

| | |
|---|---|
| *Date* | *Signature Of Judge* |

## CERTIFICATION

I certify that this is a true and complete copy of the original on file in this case.

| | |
|---|---|
| *Date* | *Signature* |
| | ☐ *Deputy CSC* ☐ *Assistant CSC* ☐ *Clerk Of Superior Court* |

**INSTRUCTIONS:**
*Applicant completes section I. Judge completes sections II, IV and V. Clerk completes certification section and mails certified copy to: Administrative Office of the Courts, Attn. Indigent Program, Controller's Office, P. O. Box 2448, Raleigh, NC 27602, OR By State Courier Service.*



Material opposite unmarked squares is to be disregarded as surplusage.

NORTH CAROLINA
ORANGE COUNTY
HILLSBOROUGH

IN THE GENERAL COURT OF JUSTICE
JUVENILE COURT DIVISION
JUDGE STANLEY PEELE, PRESIDING

NOVEMBER 14, 1991

| TIME | FILE NO. | ATTY | TITLE OF ACTION | TYPE | REASON FOR HEARING | PETITIONER |
|---|---|---|---|---|---|---|
| 8:30 | 91 J 115 | Ennis | William Tripp | Dep. | Cont. From 11/7/91 | Court-Peele |
| 9:00 | 91 J 85 | Baker | Robert "PeeWee" Sharpe | Del. | Cont. From 10/24/91 | Court-Peele |
| | 91 J 59 | Morris | Jason B. Daye | Del. | Disp. Cont. From 10/24/91 | Court-Peele |
| | 91 J 84 | Malone | Robert McCrimmon | Del. | Def. Pros. From 8/8/91 | Court-Hunt |
| | 91 J 120 | Holmes | James F. Stephenson, Jr. | Del. | Petition | Castle-OCSD |
| | 91 J 113 C-E | Freedman | Shelton D. Freeman | Del. | Petitions | Dickinson-PC & Castle-OC |
| | 91 J 121 A-C | Baker | Brian Keith Dickinson | Del. | Petitions | Dickinson-PC & Castle-OC |
| | 91 J 43 | Freedman | Joseph Brodie | Del. | Petition | Frederick-HPD |
| | 91 J 102 | Mills | Stevie M. Riley, JR. | Del. | Petition | Frederick-HPD |
| | 91 J 104 | Martin | Christa Pike | Del. | Motion For Review | Hamlett-CC |

TERMINATIONS

Curtis D. Johnson 91 J 62 (Del) Hargrove

//Note file
Christa Pike

008568

Date: 7/29/91

TO: Connie Clements, Juvenile Court Clerk

FROM: Peggy Hamlett, Juvenile Court Counselor

IN RE: Request for Hearing

Motion for Review   Termination   Compliance

Title of Action: Christa Gail Pike

File Number: 91 J 104

Previous Attorney: Matthew Martin

Please put on docket for Nov. 14, 1991

Also, the witnesses I wish for the District Attorney to subpoena are listed below.

Thanks,

Peggy Hamlett

Peggy Hamlett
Court Counselor

008570

**STATE OF NORTH CAROLINA**

Orange County

File No. 91 J 104

FILED In the General Court of Justice
District Court Division

1991 OCT 28 PM 12:45
ORANGE COUNTY, C.S.C.
BY

# MOTION FOR REVIEW

G.S. 7A-664

In the Matter of

Name of Juvenile: Christa Gail Pike

Date of Birth: 03-01-76 | Age: 15

Address: 600 South Churton Street

City, State, Zip: Hillsborough, N. C. 27278

Name of Movant: Peggy Hamlett

I request the Court to hear and further consider the case of the juvenile named above, as to whom the Court is exercising continuing jurisdiction, and as ground for such motion, show the Court:

Facts and Circumstances Indicating Need for Review

That the above-named juvenile was adjudicated by the Court on September 26, 1991 to be a delinquent juvenile as defined by GS 7A-517(12). That as a result of said adjudication, the juvenile was placed on probation subject to conditions imposed by the Court. That in the county named and on or about the 26th day of September 1991, the juvenile violated the conditions imposed by the Court by (1) Running away from home on several occasions, the first being on September 30, 1991, with her returning the next day; the second runaway occurring on October 13, returning October 14; the third time she left October 14th and returned October 24th. (2) Not attending school - has been present only 4 days since school started. (3) Has not kept any appointments with her court counselor. (4) Has not cooperated with counseling through Mental Health with Peter Kramer, due to Christa being a runaway for long periods of time. (5) That on October 9, 1991, Ms. Fotos reported that Christa had abused alcohol the previous night and was sick and unable to keep her appointment with me.

The described conduct violates the conditions of the judgment imposed by the Juvenile District Court on the 26thday of September, 1991, which are as follows:

(1) She is not to violate the law.
(2) She is to go to school regularly, not skip classes and obey school rules.
(3) She is to stay at home and not leave unless she has her mother's expressed permission.

(Use reverse side for additional Facts and Circumstances) CONTINUED ON BACK

Being first duly sworn, I say that I have read the foregoing motion and know the content thereof and that the same is true of my own knowledge, except as to those matters alleged upon information and belief, and as to these matters, I believe the same to be true.

SWORN AND SUBSCRIBED TO BEFORE ME

Date: 10/28/91

Signature of Official Authorized to Administer Oaths: Connie L. Clements

Juvenile Court Clerk

Signature of Movant: Peggy Hamlett

Title (if applicable): Court Counselor

Address: P. O. Box 60

City, State, Zip: Hillsborough, N. C. 27278

Agency (if applicable): Juvenile Services

AOC-J-101
Rev. 7/82

9/26/91 Christa Pike

Bing M. Parker CO-Δ

Terry Clements social worker present

Admits to misd. B E + L

Christa at Shaffer House until July

{Recommendation of prob.
Evaluation by Dr. [illegible]}

Probation not to exceed 12 mos
1) not vio. law
2) attend school
3) stay at home
4) coop w/ mother + court counselor
5) make an assessment.

# MARTIN & MARTIN

*A Professional Association*
*Attorneys & Counsellors at Law*

*Harry C. Martin**
*J. Matthew Martin***
*John A. Martin*

133 East King Street
Hillsborough, North Carolina 27278

*(919) 732-6112*
*Telecopier (919) 732-6392*

* Certified as a Mediator by the North Carolina Supreme Court
** Board Certified by the North Carolina State Bar as a Specialist in Federal and State Criminal Law


February 23, 1994

Ms. Christa G. Pike
7828 Tom Pope Loop
Cedar Grove, North Carolina 27231

## ITEMIZED BILLING STATEMENT

| | |
|---|---|
| ATTORNEY'S FEE (Representation on Assault with Deadly Weapon Charge) | $150.00 |
| TOTAL AMOUNT DUE | $150.00 |

**Thank you!**

**MARTIN & MARTIN**

*A Professional Association*
*Attorneys & Counsellors at Law*

*Harry C. Martin*
*J. Matthew Martin*
*John A. Martin*

133 East King Street
Hillsborough, North Carolina 27278

*(919) 732-6112*
*Chapel Hill: (919) 933-2135*
*Facsimile: (919) 732-6392*


October 11, 1993

Ms. Christa G. Pike
7828 Tom Pope Loop
Cedar Grove, North Carolina 27231

**ITEMIZED BILLING STATEMENT FOR J. MATTHEW MARTIN**

| | |
|---|---|
| ATTORNEY'S FEE<br>(Representation on Assault with Deadly Weapon Charge) | $150.00 |
| TOTAL AMOUNT DUE | $150.00 |

Thank you!

008574 Teresa + Gerard dist Rec

File No. 93 CR 9210

**CRIMINAL SUMMONS**
**MISDEMEANOR ASSAULT**

☐ I. Simple ☐ IV. On Female
☐ II. Serious Injury ☐ V. Pointing Gun
☑ III. Deadly Weapon ☐ VI. On Gov't Off./Emp

**THE STATE OF NORTH CAROLINA VS.**

Name, Address And Telephone No. Of Defendant
Chrystal Pike
Joppa Oaks
Hillsborough

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | F | 3-10-76 | 17 |

Social Security No.: Red Hair 503"
Driver's License No.:

Name Of Defendant's Employer:

Offense Code
I. 1368 IV. 1330
II. 1326 V. 1322
III. (1327) VI. 1355

Offense In Violation Of G.S.: 14-33(b)(1)
Date Of Offense: 8-31-93

Complainant (Name, Address Or Department, Phone No.)
Kenny Clyde
511 N. Churton St.
Hillsborough
732 9500 W

Witnesses (Names, Addresses, Phone Numbers)

Date Issued: 9-7-93

Date Of Service:

AOC-CR-145
Rew 10/91

# STATE OF NORTH CAROLINA

ORANGE County

In The General Court Of Justice
District Court Division

To the defendant:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above you unlawfully and willfully did assault

***(charge only one offense)***

☐ [SIMPLE ASSAULT (G.S. 14-33(a)] and strike ______ by ______

☐ [ASSAULT INFLICTING SERIOUS INJURY (G.S. 14-33(b)(1)] and strike ______ by ______, thereby inflicting serious injury *(describe injury)* ______

☑ [ASSAULT WITH A DEADLY WEAPON (G.S. 14-33(b)(1)] Kenny Clyde with a deadly weapon, a stick by hitting him repeatedly with it

☐ [ASSAULT ON A FEMALE BY A MALE OVER 18 (G.S. 14-33(b)(2)] and strike ______, a female person, by ______

The defendant is a male person and was at least 18 years of age when the offense occurred.

☐ [ASSAULT BY POINTING A GUN (G.S. 14-34] ______ by intentionally pointing a gun, ______, at such person without legal justification.

☐ [ASSAULT ON GOVERNMENT OFFICER/EMPLOYEE (G.S. 14-33(b)(8)] and strike ______, a government (officer) (employee) by ______. At the time of the offense the (officer) (employee) was attempting to discharge the following duty of his (office) (employment): ______

This act was in violation of the law referred to in this Criminal Summons. This Summons is issued upon information furnished under oath by the complainant listed. You are ORDERED to appear before the Court at the location, date and time indicated below to answer to the charge(s). If you fail to appear, an order for your arrest may be issued and you may be held in CONTEMPT OF COURT and imprisoned for up to thirty (30) days or fined up to $500.00 or both. This penalty for failure to appear is in addition to any sentence which may be imposed for the crime(s) charged.

Signature: [signature]
☑ Magistrate ☐ Deputy CSC
☐ Assistant CSC ☐ Clerk Of Superior Court

Location Of Court: Hillsborough
Court Date: 10-6-93
Court Time: 9:00 ☐ AM ☐ PM

008575

Mathew,
Christa is at the Juvenile
Evaluation Center
704-686-5411

Reg

File
Christa
Pike

Debbie Howell
704-686-5411

0787718

CHRISTA GAIL PIKE

91 J 104

120.00

2110 1912 0 8152

TOTAL NET AMOUNT 120.00

Christa Pike J.E.C.
741 Old US 70
Swannanoa N.C. 28778




J.M. Martin
Martin & Martin
102 North Churton St.
Hillsborough N.C. 27278

4-4-92
Sunday!

Dear M. Martin,
Hey! How are you? Fine I hope. I'm doing great here! So, what's up? Lots my way, as you know! I leave for "Camp Woodsen" next Monday, the 13th! I just wanted to write you and say THANK YOU for sticking by me & believing in me enough to persist in trying to get me out of here!

Ms. Howell (Social worker for JEC girls) informed me that the reason she even considered me for Camp session #116 was because of all the time and concern you put into my case.

I get to go home May 21st because you believed in me!

You should have seen

Peggy's face when Ms. Howell told her that! HA!
I couldn't help it, I busted out laughing! 

I had my Re-release conferance last week. Thats when all that happened.
Anyway, I will be on a C.R. (conditional release).
My C.R. is as fallows:

*Curfew - 9:00 pm. Weekdays.
12:00 pm Weekends.

Cooperate with:
Peter Kramer and have frequant drug tests.

Peggy Hamlett

Education: Go to Durham tech. program or Complete high school at Orange High.*
Also, there was a little add on - Anything Peggy or my mother think of can be added on.

That part sucks royaly but I guess I'll have to live with it huh?

Time has gone by fast since I've been in here, and I've learned ALOT!! It was a good experience for me but yes I AM ready to go home now!

I just thought I'd write and say "Thank You" and I really appriciate everything you have done for me.

Thanks Again,
Christa Pike

Camp session
#416,
Here I come!

008581



008582

Christa Pike
JEC
741 old US Hwy 70
Swannanoa N.C. 28778




Martin & Martin
102 N. Churton St.
Hillsborough N.C. 27278

12-20-91

Dear M. Martin,

Hey! How are you? I'm OK I
uess but I'm still here at J.E.C.!
I just wanted to thank you for
ll you have done, and are doing!!
It seems like you are the only
erson that realy understands my point
f view. You have realy been there
or me and I wanted you to know
really appricate that! Oh! By the
ay, You told me to write Peggy about
he pictures Brand Parker sent me and
end you a copy with "comm[illegible]

Something on it. Before I write
er I want to get that strait
with you. If you can find the
time PLEASE write me back
and explain that to me. And give
me the update on camp.
I'm looking forward to seeing
you and I'll be waiting (since that
is [illegible]) to hear from you.

Sincerely,
Christina Pike

Letters from Christa Pike to Tadarryl Shipp

EXHIBIT NO. 12

Identified and made a part of the record this 2nd day of February, 2009.

JUDGE

FILED (9)
APR 07 2009
Clerk of the Courts
Rec'd by

STATE OF TENNESSEE VS. Christa Pike, Petitioner
Col CASE NO. 68280 EXHIBIT NO. Collective 12
DATE 7-30-07 ID____ Evd ✓

Exhibit No. 12

CP: Knox PD N/Exh
400142

Dec 25, 1994

To darryl,

Hey baby. Merry Christmas. I Love you. How is everything going fine I hope I also hope this letter finds you in the best of health and mind. well baby did you enjoy your Christmas at home. well I am going to send you a present but it going to be a little late because it is expensive so please don't let anything happen to it or I will have to come up there and kick some ass have you had any thought of us getting together at all and maybe having a realationship




GARFIELD: © 1978 United Feature Syndicate, Inc.

or do you think we would be
better off as friends. Because
I have always wanted to be
more than friends with
you. But if you want to
be only friends I will
understand. Well I pick
you out a chain and an
outfit but I need to
know what else you want
to go with it. The chain
cost about $280.00 and
the outfit about $200.00
I am sorry but it will
take me about 2 months
to pay for all
of it are you going
to be there that long
and please write
me back I love
you very much
Well Peggy I said
Hey all [illegible] have!




GARFIELD: © 1978 United Feature Syndicate, Inc.

CP: Knox PD N/Exh
400143

forgot him either

Love Always

Theresa K[illegible]

Write Back Soon

Theresa loves Zackary




I love you Zackary!

CP: Knox PD N/Exh
400144

Jadaryl,

Hey Baby Boy!

Look Baby,

I'm gonna make this short & sweet, so I'll go ahead & get to the point!

I really am sorry for treating you like shit these past few days. I don't understand just what it is I always do to piss you off at me so bad, but whatever it is, I'm sorry! Baby, I love you too much, & I think that's what my problem is. Just bear with me because this time of year is always hard for me.

I'll go for now, but not forever!

Love Always,

Christa

CP: Knox PD N/Exh
400034

# BGD Knowledge

1. What you be? Black Gangsta Diciple
2. What you be like? A Black Gangsta stalking in the night.
3. Who shot King David? 2 BD's
4. How many times did they shoot him? They shot him 5 times
5. Where did they shoot him? 2 in the head 3 in the chest and one in the leg.
6. Who shot him the 6th time? King Hoover
7. Why did he shoot him the 6th time? Because 5 times would be disrespectful so he shot him the 6th time to show Love and respect.
8. What did David have on when he got shot? Black Jean, Green shirt, and Blue Jean.
9. What did David have in his pockets when he got shot? 3-38 bullets in his right [illegible] pocket, [illegible] cents in his front [illegible] pocket and a [illegible] in his [illegible] pocket.
10. What was David casket made of? Bulletproof fiberglass.
11. Why was there a white rose on top of the casket? Because white is neutral.
12. How many Folks carried David's casket? 6 Folks carried David's casket.
13. What's over David's casket? A cactus.
14. What form is the cactus in? The cactus is in the form of a pitch fork.
15. Who is the King of all Kings? King David
16. Who walk the Black Line? King David
17. Why? Because he was Black.
18. How old was David when he became an DG? David was 19 yrs. old.
19. Who led you to the battle? King David
20. Who led you through the battle? King Hoover
21. How much money do you have? 63 dollars - 6 tens - 3 ones
22. How much change do you have? 63 cents - 6 dimes - 3 pennies
23. Who was the first DQ? Queen Sheba

CP: Knox PD N/Exh
400145

24. If you see a Slob when ... 2back say 6 poppin, 5 droppin then drop dat nigga.
25. What does 6 poppin, 5 droppin mean? 6 means the shots King David got, 5 means disrespect because of 5
26. How many squares are there in the pyrmid? 663
27. How do you stand? Right over left Gangsta style.
28. How do you stack? Right over left.
29. What street do you live on 63rd street
30. What did David get shot with? 38
31. Who are your parents? Sheba is my mother, David is my father.
32. What do you do if you see a nickel on the ground? Step on your right bend over pick it up with your right hand.
33. What do the 6 points of the star mean? Love, Life, Loyalty, Wisdom, Understanding, Knowledge.
34. What's the star of your nation? The Sun
35. Which way do you travel? North
36. 3 concepts of law = Folks
37. What's in the middle of the star?
38. What does Raiders mean? Ruthless Ass Insane Diciple Execute Red Slobs
39. How many apples on the apple tree? 360
40. How many apples fell off the apple tree? 6
41. How many Kings are there? 360
42. How many cracks are there in the pyramid? 360
43. What does 63 mean? 6th (dimention) 3rd (world)
44. Where did David get shot at? In a Donut Shop.
45. Who was King David's left hand man? Shorty Mac.
46. Who turned the lights off in the castle? Sheba. Why? She didn't want perpatrators getting knowledge.
Who dropped the bomb on Chicago? King Hoover.
Who invented the round table? Scotty and Shorty Mac.

CP: Knox PD N/Exh
400146

[illegible]

Who fall at the 3 points of the pyramid?




How many Karats of gold is the pyramid? 14 Kt.
What is the shape of the golden apple tree? 6 point star
Who sits beneath the tree? David
Who killed the black cat? Scotty
When you look out of your right eye what do you see? 2 glowing pitchforks
When you look out your left eye what do you see? A dead ~~Vickie Lous~~.
Who would I be if I don't be a gangsta? Blue Jesus
How do you approach [illegible]? Take 6 steps back, 3 steps forward,
bow down on your [illegible], and stack your [illegible].
How many [illegible] in the book of knowledge? There is no certain
number, the book of knowledge will go on until eternity.
Every [illegible] you take [illegible] step closer to Gangsta City.
What is the [illegible] of knowledge written in? [illegible] ~~[illegible]~~ ...

✡ Special note to all Folks - to every [illegible] killed 6 Folks are born, to
every Folk placed in Gangsta City there is an eternity of
Folks born to [illegible] the wisdom of knowledge and the
ability to [illegible]

CP: Knox PD N/Exh
400147

[illegible]
[illegible] the door to knowledge

BGD

Bb Cc Dd Ee Ff Gg

Hh Ii Jj Kk Ll

Mm Nn Oo Pp Qq Rr

Ss Tt Uu Vv Ww

X y Z

1 2 3 4 5 6

7 8 9 0

6 Laws

6 Points Star

Set 4-7-4




B.O.S

Brother of Struggle

dolling 60's

BGD

Black Gangster Disciple

CP: Knox PD N/Exh
400148

11-1-94

Tadaryl,

Hello Sweetie!

What's up? Well, nothing much [illegible] but thinking of you!

Baby, I'm sorry for being such a bitch towards you lately, but as you know, the holidays are coming closer & closer & I'm getting more & more depressed. Baby, you know what they say... "You always take things out on the people you love the most", & I guess that's what I'm doing! But anyways, I'm sorry!

Baby, I love you more than life... that's why I want you to go [illegible] for your Birthday. I want you to be able to have fun. I would feel bad as hell if you [illegible] like. So talk to Mr Woodard! Just don't forget about me & don't fuck me over, because I've put alot of trust in you & it would break my heart if I lost it!

Well Babydoll...

Always Remember

CP: Knox PD N/Exh 400149

10-21-94

Jadaryl,

What's up Baby? Well, me? Not too much! I was just sitting here in class & I thought to myself "Damn, I think I need to write a letter to the most sexy man God ever created." Then I found myself writing your name on this paper.

Baby, I've only been at school for about 20 min., but I miss you already!

Baby, I know you probably get sick of me writing you all these letters, But I [illegible] to let you know somehow that you are my world, my life, and my whole heart! It might sound like I'm going a little overboard, but I'm not! I [illegible] Baby, [illegible] for some reason, got sent home... I promise you I would tear this whole place down [illegible]!!! And Baby, if we ever broke up [illegible], I would take my [illegible] at you! It wouldn't even be funny.

I couldn't stand to be here & have to look at you & watch you fuck a bunch of [illegible]! I just [illegible] one [illegible].

Ever since I found out I was pregnant, I can't get you & the baby off my mind. Sometimes I want to just [illegible], because I feel like I'm ruining your whole life, but then again, [illegible] because I [illegible] inside

P: Knox PD N/Exh
400167

this child is ½ you & ½ me. I'm so happy, I just wish you'd tell me how you feel.

Well Baby, time to go!

I Love you!

Always & Forever,

Your "Lil Devil"

9-23-94

Hello my baby with those sexy deep-brown eyes!*
How are things going?

Well, I'm kinda mad at myself right now. On my testing, they put me in all the Advanced books, right? Well, I was sick the day we [illegible] I didn't finish all of my math computation, but I scored HIGH on everything else. 8.5 or higher means you don't have to take a class & my math average was 8.4!* That really pissed me off, but I guess I'll have to [illegible] a [illegible]. I [illegible] this [illegible] is a BITCH!

Anyways, on to bigger & better subjects. Baby, I [illegible] [illegible] [illegible] to [illegible] [illegible] [illegible] [illegible]

CP: Knox PD N/Exh
400172

Baby! Listen to me! I know you have some kind of feelings about all this, after all, you're gonna be a Daddy! You haven't said anything to me about it though. While you're here today, I want you to write me a letter & tell me what's on your mind. I really want to know, & don't lie! Good & Bad, I want to know it all! Since it's easier to say things in writing, that's what I want you to do. I haven't asked you for much, so please do th[illegible] 4 me! It really means alot!!

... a little guilt
so you'll write back.

I love you Baby!

Always & Forever,
Christie
(your future Blimp!!)

CP: Knox PD N/Exh
400191

January 11, 1999



Tadaryl,

Hello Baby!

How are you this morning? As you already know, I'm just sleepy as hell!

I'm not sleeping in Ms. McDaniels class today, because it upsets her. She had surgery while she was out & I don't want to get her stressed!

When I came into class this morning she gave me a BIG hug & said she missed me while she was gone & yesterday! I thought that was pretty sweet, so I'm gonna be nice today. (atleast to Her!)

Anyways, that's why you have this corny picture, because I'm bored & I had to do something to stay awake!

I also wanted to remind you of how much I really do love you! Well Donna came to sit in front of me & save me so I can go to sleep now!

I love you, but I must go for now. I'm sure you know it's not forever!

Love,
Christa






CP: Knox PD N/Exh
400045

10-17-94

♥ Jadaryl,

Okay, skip all the Bullshit! You know I'm sitting here in class already bored. & I haven't done a damn thing yet! So, what am I doing? What I always do when this type of thing happens! Writing my Baby! I am so aggravated this morning it's pathetic! I guess it's supposed to be that way, because nothing ever goes my way! You know that much is true! But that's okay, because I'm getting used to it now! Baby, I wish we could just leave Job Corps & go away to some secluded island & just live happily eating fish & coconuts for the rest of our lives! We could be like "Blue Lagoon"! ☺ Watcha think? I could be happy with seeing only you for the rest of my life, but I know you couldn't live like that!

008602

11-14-94

Jadaryl,

Hello my very missed Baby! What's up? Nothing here but thinking of you & wishing you were here with me. I can't believe that it hasn't even been a full 7 day week yet, & I'm sick because I miss you so much & I'm so worried about you. Darn, I mean WAY Deep down in my heart I know you're ok, but I can't help but think of every little thing that could be wrong! You KNOW how I am, especially when it comes to you! It's really fucked up, because any other boyfriends I've had, I would love to get away from them for a week, but you? HELL NO!!! I don't even want you out →

CP: Knox PD N/Exh
400060

of my sight for more than 6 min.! I guess that's one reason that lets me Know I really do love you!

Baby, I can't sleep, I can't barely eat, I look like Shit, & it's all because I miss you! Well, I guess I'll go for now, but not forever!

I Love you Boo!!!

L

Always & Forever,
Christa

Jadow,

Hello sweetheart!

What's going on? Well, nothing, I mean not shit here but being aggravated as hell. I swear I'm ready to blow this place up! I'm so tired I feel stupid! Like I'm walking around with a "perma-Duhhhhh"! Anyways, as if that's not enough I have to bite my tongue just to keep my mouth shut. I just want to cuss everybody out today.

I Love you!

I just wanted to let you know that if I seem bitchy this morning, I'm not meaning to take this out on you! I'm not doing it on purpose!!! Well Gotta Go

Love,

[illegible]

Jadaryl,

Baby, I'm convinced
that someone hates me.
You came back yesterday
& my rag starts TODAY!!!
I'm cursed!!!

But hey, it's your fault
we didn't have more fun
yesterday, because you knew
I was up for it!!!
Anyways, I just thought
[illegible] you [illegible]
[illegible] at you, just ignore
me, because [illegible]
[illegible]!!! I still love you!
I'm gonna go to the Infirmary
today & get some B/C pills so it'll
stop!! Maybe!!!

Baby, I do want to get pregnant!!!
I also want it to be [illegible]
[illegible] you already don't [illegible]
want that you don't [illegible]
have a, I don't care if you
don't want it, you know how

want it to be yours!!!
You might not like this idea, but I do.
Don't worry though, I'm beginning to wonder if I can ever have kids.
Especially with all the shit that's wrong with me now!
Well Baby, I guess I'll go!!!

I Love you! ♡

Christa

12-14-94

[illegible]

Hey Baby!

What's up? Well not much here but being in love with you!

I Love You!

Baby, I just want you to know that I'm still gonna be just as much yours when I go home as I am now! You don't have to worry about [illegible]

To: You
From: Someone who really does love you!
Reason: Because I do care!
Request: Talk to me!
Memo: Always remember, I'll be here
Song: Please Don't GO - Boyz II Men
message

Baby, I'm sorry if I made you mad, but I think it's Kinda Stupid!
There isn't Shit on your neck & even if there was, what would be the "Big Deal"?
I don't understand why that got you so pissed off.
I think you were just looking for a reason!
I just want you to know that I still luv ya!

Please come & talk to me when you calm down some, because I don't even want to be around you when your like this!! It scares me!!

Love Always,
your "Lil" [illegible]

P.S.

CP: Knox PD N/Exh
400069

Jadaryl,
(Hey) sweet pea!
How are ya?
Well, actually, I'm mostly on the sad side 'cause you're leaving me Wednesday. That & all that shit with Kim is making me scared & depressed when I put it all together!
Anyways, I want ALOT of time with you ~~today~~. (and Tuesday) I don't care WHAT you say... these 2 dayz are MINE!!! Call me selfish, call me a bitch, but I want & need some time ALONE with you! You can't blame me!
Baby, I love you SO much!!! Please remember that while you're at home! Baby, I'm not saying you're gonna fuck me over, but I'm just scared. It's really hard to put so much trust in someone when I've never been able to do that before.

CP: Knox PD N/Exh
400079

Especially now that I know I can't totally satisfy you! And believe me Baby, if I could change that, I would! I would give Anything to make you totally happy.

I don't even like the fact of that bitch even knowing you're gonna be at home, because ya'll are gonna be stuck up eachothers ass & I can't even write anymore about that because I'm getting pissed off!!! I can see it now... She'll act all sad & shit & you'll fall 4 it & .........

Anywayz...

I'll write more later!!!

I Love You!

Love Always
Christie

CP: Knox PD N/Exh
400080

I ♥ U!

Jadaryl,

Hello sweetheart!
How are you? Well I'm okay
exept for missing you & being in
Ms. Bell's class!!!
I got to do a "logroll" on Colleen.
That's the only part of nursing I like!
You know, the actual hands on stuff!

Anyways,
Baby, don't be mad at me
because of that letter, that's
just how I feel. I've even had dreams
about you going home. I'm gonna trust you
baby, because I know I can.
I love you & you say you love me, so,
what should I worry about?
I guess I'm sitting here trying to talk
myself into believing that everything's gonna
be just fine while you're at home by
writing you this letter. Baby, I'm
gonna be SO depressed!!!
I don't feel right when we aren't together,
& for dAYS? What am I gonna do?
I guess I'll find someway to
deal with it!!! I hope you have
a good Birthday, I'm just sorry
that that stupid ass Bitch is gonna
be with you & not me.

I just want you to remember how much I realey do love you! Okay?

Baby, my life is gonna be pure HELL while you're gone for those few days. I mean... Who's ass am I gonna be stuck up? I'll probably just stay in my room. I have some things to do anyways. You Know what I mean.

Allright, on to bigger & better things... no... I won't get into that, I might make myself too horny & I can't handle it right now!!!

Well Boo, I guess I'll go for now, but not forever.

Untill pen & paper meet again, I'll be loving you with all my heart!

Love Always,
Your "Lil' Devil"

CP: Knox PD N/Exh
400084

CP: Knox PD N/Exh
400002

008614

[illegible] ayle

[illegible] time

[illegible] at

[illegible] doing

[illegible] back

[illegible] hospital!

[illegible] know

[illegible] Wednesday,

[illegible] then

[illegible] gonna get

Extra special

[illegible]!!!

CP: Knox PD N/Exh
400003

[I']m giving you my home phone # & Mandy's # so you can get in touch with me.

My home # ~ (919) 644-7805

Mandy's # ~ (919) 644-6948

Don't forget to give me your Grandmother's # before u leave!!!

U'll go for now, but not forever!

True Love Always,

[illegible]



Dec. 13, 1994

Jadaeyl,
Hey Sweet Pea

How's your hand? I hope it feels better, because you know I can't stand to see you in pain, even if it is your own fault!!!
Baby, I love you, but either you don't understand that, you don't appreciate it, or you just don't care.
I believe that you love me, but you just have extremely weird ways of showing it sometimes.
I'm not writing this to bitch at you, I'm writing it so that we'll have a chance to stay together. Seriously, because if we keep fighting like we do, I'd rather give you up + just be friends than fight with you everyday!!! I love you too much to scream at you + be screamed at by you. Plus, I told you that before I've been [illegible] hit me alot + you said "don't compare me to them," but you're turning out just like them.
We were talking about marriage, but I don't want to marry someone who's gonna beat the shit out of me.
"Oh sorry" + "I love you" isn't gonna make that okay next time.
I won't be coming back for more!
Baby, it would hurt me more than anything to lose you, but I have to think of myself too!!!

CP: Knox PD N/Exh
400023

DeAndrea Adams
4398 Burnette Place
Memphis TN 38141

MEMPHIS, TN 381
PM
03 SEP
1994




TaDaryl Shipp
621 Dale Avenue
Knoxville TN 37921

CP: Knox PD N/Exh
400024

Baby, don't let this get you in a bad mood, it's just something that I felt needed to be said.

I love you more than life Baby, but I can't handle all this much longer!

You will always be my ♡ + I'll always love you more than all else.

Please keep that in mind next time we start to fight, because nothing will ever change that, but I won't put myself through hell again because of it!

Love Always,
Christa

P.S. I like the way your sweatshirt looks on you. You could have at least changed it!!!

Not me. I mean, I came up here & I cried every night because I missed my boyfriend from home, but now that I've got you, I don't even think about him that much anymore. I don't understand it at all! You've got me so confused. It's like, whenever I'm not around you, I'm thinking about you & writing you.

I missed you at lunch today. Now, I'm sitting in class with you [illegible] in my lap & the [illegible] !
I really [illegible] and I really [illegible] with [illegible] I don't want to [illegible] "an[illegible]" [illegible] I'm saying? Well Baby, even though I could write to you [illegible] I need to go [illegible]

[illegible]

CP: Knox PD [illegible]
400173

Juvenile Court Records of Tadarryl Shipp

Due to the size and/or nature of this exhibit, it shall be sent under separate cover to the Criminal Court of Appeals.

EXHIBIT NO. 13

Identified and made a part of the record this 2nd day of February, 2009.

[signature]

JUDGE

Juvenile Court of Memphis and Shelby County
P.O. BOX 310 MEMPHIS, TENNESSEE 38101

Steve Stamson
Clerk of Court

008631

# CERTIFICATION OF RECORDS

I, STEVE STAMSON, CLERK of the Juvenile Court of Memphis and Shelby County, Tennessee, hereby certify that the attached documents are true and exact copies of records on file in my office as pertaining to TADARYL D. SHIPP this the 17 day of July 2007

STEVE STAMSON
CLERK OF COURT

By Leroy Lefllare D.C.

STATE OF TENNESSEE VS. ~~Collective~~ Christa Pike, Pet.
CASE NO. 13 EXHIBIT NO. 13
DATE 7-30-07 ID____ Evd ✓

FILED (10)
APR 07 2009
Clerk of the Courts
Rec'd by ______

616 Adams Ave. • Memphis, TN 38105 • Phone (901) 405-8898 Fax (901) 405-8858

IN THE JUVENILE COURT OF MEMPHIS AND SHELBY COUNTY, TENNESSEE

IN THE MATTER OF

Tadaryl Darnell Shipp, DOB: 11-10-77, P.A. 15

DOCKET NO. E0472

A child(ren) under 18 years of age

## FINDINGS AND RECOMMENDATIONS OF REFEREE

This cause came on to be heard before the Honorable Veronica F. Coleman, Referee of the Juvenile Court of Memphis and Shelby County, Tennessee, upon a sworn petition alleging the said child(ren) to be delinquent child(ren) within the meaning of the law of the State of Tennessee, and being sufficiently advised, the Referee finds that the petition should be dismissed without prejudice.

IT IS THEREFORE RECOMMENDED that the petition be dismissed without prejudice. That the parents of said child shall pay the costs for which execution may issue.

This 29th day of July, 1993

Veronica F. Coleman
Juvenile Court Referee

## ORDER

The findings and recommendations of the Referee are hereby confirmed as the decree of this Court.

This 29th day of July, 1993

Juvenile Court Judge

mc
JC-13A

IN THE JUVENILE COURT OF MEMPHIS AND SHELBY COUNTY, TENNESSEE

IN THE MATTER OF

Tadaryl Darnell Shipp

DOB: 11/10/77, PiA. 15

A child under 18 years of age

JUVENILE COURT OF MEMPHIS & SHELBY CO.

JUL 21 1993

FILED

CLERK OF COURT

Docket No. ____

## PETITION

To the Honorable Kenneth A. Turner, Judge of the Juvenile Court of Memphis and Shelby County, Tennessee:

Your petitioner respectfully represents to the Court on information and belief that:

1. Said child is a delinquent child within the meaning of the law of the State of Tennessee. Said child did on or about July 6, 19 93, in Shelby County, Tennessee, commit a delinquent act, to wit, criminal trespassing on the property of Richard Brook.
2. It is in the best interest of said child and the public that this proceeding be brought.
3. Said child is in need of treatment or rehabilitation.
4. The father is Ahmad Rafee, residing at 481539 S. Perkins
5. The mother is Emery Charlton, residing at 4883 Blue Wing
6. The child is in the custody and control of mother residing at 4883 Blue Wing - 38141

Premises considered, petitioner prays that the Court make inquiry into the allegations herein set forth and make such orders as the Court may deem proper within its jurisdiction.

Mary McQuown

Petitioner

Juvenile Court

Address

## AFFIDAVIT

STATE OF TENNESSEE

COUNTY OF SHELBY

Before me personally appeared the petitioner in the foregoing petition, who makes oath that the statements therein are true to the best of his knowledge, information and belief.

Mary McQuown

Petitioner

Sworn to and subscribed before me this 19th day of July 19 93

C. R. MARTIN, JR., Clerk of Court

By [signature] D. C.

JC-1

008624

# COMPLAINT AND DISPOSITION SHEET

FAMILY NAME(S) Shipp FILE NO. S92D137A

| | | |
|---|---|---|
| pril 22, 1992: | Complaint #1 | Family Complaint #1 |
| | TADARYL (NMN) SHIPP, M/B, P.A. 17, 4883 Blue Wing | |
| | Charge: | Assualt |
| | Date of alleged offense: | April 9, 1992 |
| | Complainant: | Memphis Police/Juvenile Summons |
| June 8, 1992: | Disposition: | Adjusted nonjudicially; approved by CWM Turner; no petition filed in case. |
| | Officer: | Kenneth Ford/sc |
| July 6, 1993: | Complaint #2 | Family Complaint #2 |
| | TADARYL (NMN) SHIPP, M/B, P.A. 17, 4883 Blue Wing | |
| | Charge: | Criminal Trespassing |
| | Date of alleged offense: | July 6, 1993 |
| | Complainant: | Shelby County Sheriff Department |
| | Care Pending Hearing: | Appearance Bond |
| July 29, 1993: | Court decision: | TADARYL DARNELL SHIPP, case dismissed without prejudice. Court costs assessed agianst the parents. |
| | Person(s) present: | Mother and stepfather, Richard Brooks victim |
| | Attorney(s): | AAG Zeke Graves |
| | Judge: | Refere Veronica Coleman |
| | Officer; | Mary McQuown |

# VISIT AND CONTACT SHEET

NAME Tadaryl Ship

FILE S92D137A

OFFICER Kenneth Ford

June 8, 1992: Tadaryl Ship (14) was issued a Juvenile Summons by the Shelby County Sheriff's Officer for committing offense of assault on April 9, 1992. This offense occurred at the school bus stop on April 9, 1992, when Tadaryl tried to intervine in a fight between two white female youths. There were no injuries involved in this offense to any of the youths. All parties involved were contacted by this officer by phone, also a victim's letter was sent to the complainant. This officer did have a conference with Tadaryl, and his parents over this matter, and the conference went well with both Tadaryl, and his parents. This situation has since calmed down, and all parties have since resolved this matter.

Adjusted nonjudicially; approved by CWS Turner; no petition filed in case.
Officer: Kenneth Ford/uj

July 6, 1993: Tadaryl Shipp was taken into custody by the Shelby County Sheriff's Department for criminal trespassing. According to the arrest ticket Richard Brooks contacted the police and advised that Tadaryl had made threats towards his daughter. Tadaryl allegedly left a "gang threat" poster outside her bedroom window. Tadaryl was told to leave the residence and not return at 11:45 a.m. and he returned at approximately 1:50 p.m.

Tardyl adamantely denied this guilt to the charge. Tadaryl advised this officer that he went to Kyla Fisher's house in the morning with a boy named Jamal because he wanted to know where she lived. He further advised that he did not return to her residence. Mr. and Mrs. Charlton, Tadaryl's mother and stepfather, and Tadaryl were cooperative while in conference with this officer.

RECOMMENDATION: After consulting with Ms. Gylfe, if the petition is sustained, this offier respectfully requests that said child be placed on supervised probation in the custody of the mother and stepfather.
Officer: Mary McQuown/vds

HELBY COUNTY SHERIFF'S DEPT.

# JUVENILE SUMMONS

A48

| | | | |
|---|---|---|---|
| NAME: SHIPP, TADARYL | 2. CHARGES: ASSAULT, TWO (2) COUNTS, TCA 39-13-101 | | |
| LOCATION OF OCCURRENCE: BARKSHIRE + MALLARD NEST | 4. DATE OF OCCURRENCE: 4-9-92 | 5. TIME OF OCCURRENCE: 1752 | 6. DISTRICT: 1 |
| RESIDENCE: 4883 BLUE WING, MPHS, 38141 X | 8. TELEPHONE: 795-9047 | 9. SCHOOL: KIRBY MIDDLE KID | 10. GRADE: 8th |
| OCCUPATION IF EMPLOYED: | 12. PLACE OF EMPLOYMENT: | | 13. WORKING HOURS: |

| PHYSICAL DESCRIPTION | DATE OF BIRTH | SEX | RACE | AGE | HEIGHT | WEIGHT | COLOR EYES | COLOR HAIR | COMPLEXION |
|---|---|---|---|---|---|---|---|---|---|
| | 11-10-77 | M | B | 14 | 5'6" | 155 | | | |

| | | |
|---|---|---|
| PARENT OR GUARDIAN: [redacted] MRS. EMERY CHARLTON | 16. RESIDENCE ADDRESS: 4883 BLUE WING (141) | 17. TELEPHONE: 795-9047 |
| RELATION: MOTHER — 19. OCCUPATION: MPHS STATE | 20. BUSINESS ADDRESS: | 21. TELEPHONE: 678-4047 |
| COMPLAINANT: MINDY BANNISTER FW12 (WK 853-9333 DAVID DAVIS - FATHER) | 23. ADDRESS: 6605 DUCKLING CV., MPHS, 38141 X | 24. TELEPHONE: 366-6630 |

NARRATIVE: DETAILS TO BE PRINTED. FURTHER INFORMATION MAY BE REPORTED IN LETTER FORM.

ON THURSDAY, 4-9-92, AFTER GETTING OFF SCHOOL BUS AT BARKSHIRE + MALLARD NEST, DEFENDANT GRABBED VICTIM'S COAT + THEN SLAPPED HER IN FACE ONE TIME. VICTIM HAS AN ON-GOING PROBLEM W/ DEFENDANT HARASSING HER + HE ALLEGEDLY HAS PUT HIS NEIGHBOR FRIENDS UP TO THREATENING VICTIM. WITNESS TO ASSAULT IS MICHELLE SCURLOCK, FW, 12. REPORT NO. 92-04-10-3074. PARENT WILL PROSECUTE.

SECOND VICTIM IS MICHELLE SCURLOCK, FW, 12, 4796 MALLARD NEST DR, MPHS, 38141, 360-0207, FATHER, GARY SCURLOCK. DEFENDANT THREATENED MICHELLE ON THURSDAY, 4-9-92, AFTER SHE WITNESSED MINDY'S ASSAULT, ALSO DEFENDANT'S NEIGHBOR FRIENDS HAVE THREATENED MICHELLE. PARENT WILL PROSECUTE.

ALL SUBJECTS ATTEND KIRBY MIDDLE. PRINCIPAL, MR. ZADOWSKI, WAS NOTIFIED BY PARENTS OF PROBLEM.

INSTRUCTIONS TO PARENT OR GUARDIAN: YOU ARE HEREBY NOTIFIED THAT THE ABOVE NAMED CHILD IS ALLEGED TO HAVE COMMITTED THE STATED OFFENSE. YOU ARE HEREBY DIRECTED TO BRING SAID CHILD TO THE JUVENILE COURT OF MEMPHIS AND SHELBY COUNTY WHEN NOTIFIED BY A JUVENILE COURT OFFICER. FAILURE TO APPEAR WHEN NOTIFIED WILL RESULT IN THE CHILD BEING TAKEN INTO CUSTODY.

I HEREBY AFFIX MY SIGNATURE WITH THE UNDERSTANDING THAT I WILL GIVE MY PARENTS OR GUARDIAN A COPY OF THIS SUMMONS

Emery C. Charlton
SIGNED

SUMMONS ISSUED: DATE: 4/14/92 TIME: 2040

| REPORTING OFFICER | IBM # | REPORTING OFFICER | IBM # | ASSIGN. | SUPERVISING OFFICER | IBM # |
|---|---|---|---|---|---|---|
| SGT T. J. WHITE | 80 | | | | | |

D 5502 WHITE COPY: METRO JUVENILE/YELLOW COPY: OFFENDER or PARENT/PINK COPY: CENTRAL RECORDS

008627

DEPARTMENT OF CHILDREN'S SERVICES

SCHOOL RECORD

Date ____________________

____________________
Principal

____________________
School

Re: ____________________

Dear ____________________:

The above-named child is to appear before the Court on 7-29, 1993, for a hearing alleging dependency/delinquency. The information requested below will be kept confidential and used only to assist the Court in its decision. We shall appreciate your completing this form and returning it to the undersigned officer.

Yours truly,

____________________
Probation Officer/Caseworker

APPROVED:

____________________
Chief Probation Officer/Casework Supervisor

Child: Tadaryl NMN Shipp D. O. B.: 11-10-77 Age: 15

Sex/Race: M/B Name of School: ____________________ Grade: ________

Parent (Guardian): Emery Charlton Address: 4883 Blue Wing

IQ Record By Grade:

| 3rd | 5th | 8th | 10th |
|---|---|---|---|
| | | | |

Performance Record:

- ☐ Below Average
- ☐ Average
- ☐ Above Average

Achievement Record:

- ☐ Below Average
- ☐ Average
- ☐ Above Average

Grades failed or retained: ____________________

Subject(s) in which student is now failing: ____________________

Days Absent: ________ Days Truant: ________ Days Tardy: ________

Remarks: Child attended a school in Byhalia, MS. last year. Mother advised that she would bring child's report card to court

Probation Officer
Title

Mary McElwain
Signature

JC—160

RECORD OF ARREST

SHELBY COUNTY SHERIFF'S DEPARTMENT

| | | | |
|---|---|---|---|
| 1. Day Tues Date 7-6-93 Time 1430 | 2. Location of Arrest 4883 Bluewing | District | 3. Booking No. |
| 4. Name Last Shipp First Tadaryl Middle Darnell | 5. Aliases-Nickname "Tay" | | 6. Driver's License No. & State |
| 7. Date of Birth 11-10-77 Age 15 Sex M Race B HT 5'8 WT 135 Hair Bk Eyes Br Comp Md Scars | 8. Occupation Student | Where Employed Kirby | 9. Soc. Sec. No. |
| 10. Residence Street 4883 Bluewing City Mphs Tn State 38141 | 11. Weapon-Make & Model | Serial No. of Weapon | 12. M.P.D. Property No. |
| 13. Vehicle Driven by Arrestee / License Number & State | Disposition of Vehicle | Accident Involved Yes ☐ No ☐ | Vehicle I.D. Number |
| 14. Arrested With | 15. Indicate Bureau Involved Patrol / Juv. | 16. Offense Report No. | 17. Sheriff's R & I No. 1301061837 |
| 18. Complainant's Name Richard Brooks | Age Sex Race Residence Address | Residence Phone | Business Phone |
| 19. Witness | Age Sex Race Residence Address | Residence Phone | Business Phone |

| J. Charges and Court Action | Date | Hour | Div. | Disposition |
|---|---|---|---|---|
| Criminal Trespass 39-14-405 | | | | |

008628

| | | | |
|---|---|---|---|
| 21. Arresting Officer S. No. W. Stanley 1368 | Arresting Officer S. No. | Car No. A-2 | Transported by: A2 |
| Investigating Officer S. No. | Investigating Officer S. No. | Assigned | Supervisor Approv. |

22. Narrative

Subj. alleged made threats to Compl. daughter & left a "Gang Threat" poster or sign on bedroom window of Compl. Resid. Shipp was told to leave & not return. Shipp did not leave when told to do so & @ approx 1330 hrs returned to Compl. residence. Writer took report of initial complaint @ 1145 am. Shipp was trans to J.C. This all occurred in Shelby Co. Tn.

RT. Thumb Print

JAIL COPY

008629

# Juvenile Court of Memphis and Shelby County

CHILDREN'S BUREAU

P. O. BOX 310 • MEMPHIS, TENNESSEE 38101

MR. DAVID DAVIS
4883 BLUE WING
MEMPHIS TN;
38141

Re: Child: TADARYL SHIPP

Docket No.: — File No.: S92 0137A

Dear

It has come to the attention of the Court that you have made a complaint or have incurred loss or damage as a result of the alleged activities of the above-named child.

This case ☐ is to be ☒ has been disposed of in the following manner:

☒ Counseled and placed on unofficial probation.

☐ Placed on official probation.

☐ Given a suspended commitment and placed on probation.

☐ Commitment.

☐ Transferred to Criminal Court for trial as an adult.

☒ Case to be heard by this Court on 6/5/92, 19 92, at 10:00 A.M. o'clock.

☐ Your presence ☐ is ☒ is not necessary.

☒ Comments: CHILD WAS IN ON CONFERENCE, WAS WARNED COUNSELED, AND STRONGLY WARNED ABOUT THIS ACTION. THIS CONFERENCE TOOK PLACE EVEN THOUGH CONTACT WAS MADE ON ALL PARTIES

If you desire any further information concerning this cause, please contact the undersigned officer at 528-8589.

Yours truly,

Probation Officer

APPROVED:

Casework Supervisor

SHELBY COUNTY SHERIFF'S DEPARTMENT PAGE 1 REPORT # 92/04/10 - 00307

008630

Sgt. White

S.CODE ____ S.I.CODE __ DAY CODE __ WPN CODE __ ASGN CODE __ MVT __ EMP NO __
FURTHER ACT Y__ N__ SUPPLE NUM __
STATUS 1 PENDING __ CLEARED __ CJ __ UNFOUNDED __ STATUS5 __ STAT6 __ STAT7 __
CLEARED ARR & PROSECUTED __ NO PROSECUTION __ NO EXTRADITION __
CHECK ONE OTHER AGENCY __ RESTITUTION __ DEATH __
INVES OFF. IBM IBM APP BY

OFFENSE INFORMATION

OFFENSE/INCIDENT ASSAULT/SIMPLE___________
LOC OCCUR __4704/__/MALLARD NEST______/DR/____ DIST 1_002 METER 05932
OCCURRED ON TB DATE 92/04/09 EST TIME 1752 ___ REPRT DATE 92/04/10 TIME 151

VICTIM INFORMATION

VICTIM BANNISTER________,MINDY_______ L SEX F RACE W AGE _12
RES ADDR __6605/__/DUCKLING___________/CV/____ DOB 80/01/20 MARITAL STAT
CITY-STATE-ZIP MEMPHIS____________,TN 38141 RES PHONE 901_366_6630

COMPLAINANT INFORMATION

NAME DAVIS____________,BECKY_______ _ SEX F RACE W AGE _
RES ADDR __6605/__/DUCKLING___________/CV/____ PHONE 901_366_6630
CITY-STATE-ZIP MEMPHIS____________,TN _____ CALL BUR __________ ID SUSPECT

WITNESS INFORMATION

NAME SCURLOCK__________,MICHELLE_____ _ SEX F RACE W AGE _
RES ADDR __4796/__/MALLARDX NEST______/DR/____ PHONE 901_360_0297 0207
CITY-STATE-ZIP MEMPHIS____________,TN 38141 CALL BUR __________ ID SUSPECT

SUSPECT INFORMATION

NAME SHIPP____________,DARRYL_______ _ SEX M RACE B AGE _14
AKA ________________,____________ _ DOB _______ HGT 508 WGT 150
HAIR: LGTH SHORT_______ CLR BLACK___ STYLE ___________ EYES ______ _____
COLOR TYPE DESC . . . . MULTIPLE SUSPECTS . .
SHIRT/BLOUSE GREEN___/____________/SHIRT______ . BLACK WHITE OTH
PANTS/SKIRT GREEN___/PANTS_______/___________ . MALE ___ ___ __
KNWN/RELTD Y HOW __________ HOW ARRESTED __________ GROUP _ NAME __________

NAME PEGUES___________,JENNIFER____ _ SEX F RACE B AGE _13
HAIR: LGTH MEDIUM_____ CLR BLACK___ STYLE ___________ EYES BROWN___ ______
COLOR TYPE DESC . . . MULTIPLE SUSPECTS . . .
IRT/BLOUSE PURPLE__/___________/SHIRT______ . BLACK WHITE OTHE
ACCESSORIES BLACK___/COAT_______/GUESS JACKET . FEMALE ___ ___ ___

NAME GONZALES_________,HECTOR_______ _ SEX M RACE O AGE _13
HAIR: LGTH SHORT______ CLR BLACK___ STYLE ___________ EYES ________ ______

NNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNN
N M.O. INFORMATION
NNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNN
PLACE OF ATTACK ___________ DESC OF AREA RESIDENTIAL_
HOW ENTERED ___________ WEATHER CLEAR_______ LIGHTING DAYLIGHT____
SUSP ACTIONS INJURED VICT/___________/___________
WORDS SPOKEN SEE NARRATIVE_____________________________________________

NNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNN
N ADMINISTRATIVE INFORMATION
NNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNN
REPORTING OFFICER 2529 NAME JONES___________,C__________ M CAR 582_
ARRIVED 92/04/10 TIME 1752 INCIDENT STATUS CODE PENDING DATE _______

NNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNN
N NARRATIVE INFORMATION
NNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNN
WORDS SPOKEN; THE SUSPECT STATED THAT THE WITNESS TOLD HER FATHER THAT HE WOULD KICK HER BUTT.
FFICERS RECEIVED A CALL TO 4796 MALLARDS NEST ON EARLIER DISTURBANCE CALL. OKE TO GARY SCURLOCK WHO STATED HIS DAUGHTER THE WITNESS AND THE VICTIM WALKS HOME FROM SCHOOL TOGETHER FROM BARKSHIRE AND MALLARDS NEST. THEY BOTH GO TO SCHOOL AT KIRBY MIDDLE SCHOOL. HE STATED THAT THE ABOVE SUSPECT DARRYL SHIPP HIT AND PUSHED HIS DAUGHTER AND ALSO HIT AND PUSHE THE VICTIM. HE STATED THAT HE APPROACHED THE SUSPECT TODAY WHEN HIS DAUGHTER AND THE VICTIM WERE GETTING OFF THE BUS AND TOLD THE SUBJECTS TO LEAVE HIS DAUGHTER AND THE OTHER KIDS ALONE. ALSO THE OTHER SUSPECTS HAVE THREATENED TO DO HARM TO THE VICTIM AND THE WITNESS. THE SUSPECT ALSO STATED THAT "HER LITTLE FRIEND BETTER NOT SAY ANYTHING OR ANYONE ABOUT THE INCIDENT, CAUSE SHE PROBABLY WOULDN'T SEE HER AGAIN". BOTH PARENTS DO WISH TO PROSECUTE.
POE 920410 1823

008632

# SHELBY COUNTY SHERIFF'S DEPARTMENT

## SUPPLEMENTARY OFFENSE REPORT

DATE April 15, 19 92

| 17. ORIGINAL OFFENSE | 18. ORIGINAL CLASSIFICATION | 19. DISTRICT | 5. AGENCY I.D. | 6. YEAR | 7. MONTH | 8. DAY | 9. NUMBER |
|---|---|---|---|---|---|---|---|
| Assault/Simple | | | TN0790000 | 92 | 04 | 10 | 3074 |

| 7a. OFFENSE CHANGED TO | 18a. CLASSIFICATION CHANGED TO | 65. MULTIPLE CLEARANCES (IF YES, LIST OTHER OFF. REP. NO. IN NARRATIVE) |
|---|---|---|
| | | ☐ YES ☐ NO |

| 1. VICTIM NAME | 2. SEX | 3. RACE | 4. AGE | 10. ADDRESS | 11. PHONE |
|---|---|---|---|---|---|
| Mindy Bannister | F | W | 12 | 6605 Duckling Cv. | 366-6630 |

| 31. REPORTING OFFICER (Name & Number) | 32. REPORTING OFFICER (Name & Number) | 33. CAR NUMBER | 34. DATE & TIME PHONED TO RECORDING CENTER |
|---|---|---|---|
| Sgt. T. J. White S080 | | 332 | |

| 36. PROPERTY STOLEN | VALUE | 38. PROPERTY RECOVERED | VALUE |
|---|---|---|---|
| 01 ☐ CURRENCY, NOTES, ETC. | | 01 ☐ CURRENCY, NOTES, ETC. | |
| 02 ☐ JEWELRY & PRECIOUS METALS | | 02 ☐ JEWELRY & PRECIOUS METALS | |
| 03 ☐ FURS | | 03 ☐ FURS | |
| 04 ☐ CLOTHING | | 04 ☐ CLOTHING | |
| 05 ☐ AUTO | | 05 ☐ AUTO | |
| 06 ☐ TRUCK | | 06 ☐ TRUCK | |
| 07 ☐ OTHER MOTORIZED VEHICLE | | 07 ☐ OTHER MOTORIZED VEHICLE | |
| 15 ☐ MISCELLANEOUS | | 15 ☐ MISCELLANEOUS | |

37. NARRATIVE

On 4/13/92 at 9:05 AM, the writer left a message on Becky Davis' home recorder. The number for Mr. Scurlock was no good.

At 1:00 PM, Mr. Scurlock called. His daughter, Michelle, was not struck but was threatened and he does want to prosecute.

The writer then called Kirby Middle School and talked with Mr. Zadowski and he said Mrs. Bell had talked with the parents about this matter. I told him I needed information on Tadaryl Shipp, Jennifer Pegues and Hector Gonzales. He advised he would call me back.

A secretary called back shortly and advised the following:

Tadaryl Shipp, 14, DOB, 11-10-77
4883 Blue Wing, 38141, 795-9047
Mother, Emery Charlton, works at Mphs State, 678-4047

Jennifer Pegues, 14, DOB, 3-16-78
4815 Blue Wing, 38141, 360-0906
Mother, Krystal Askew, works, IRS, 365-5838

Hector Gonzales, 13, DOB, 7-11-78
4821 Blue Wing, 38141, 365-7004
Mother, Carmen Olivera, employed Mr. Christmas, 942-4660

At 4:10 PM, Mr. David Davis, father of Mindy, called and said he wanted to prosecute. Mr. Davis works at Sonic Drive-in at 853-9333. He said Tadaryl slapped Mindy and he does want a summons issued to him. I advised him I would call the parents on Jennifer and Hector and he said that would be all right.

| 38. SUPPLEMENT NUMBER | 39. ADDITIONAL PROPERTY | 40. FURTHER POLICE ACTION & REPORT REQUIRED | 41. STATUS CHANGE |
|---|---|---|---|
| | ☐ YES ☐ NO | ☐ YES ☐ NO | ☐ YES ☐ NO |

42. STATUS: 1 ☐ PENDING 2 ☐ CLEARED ADULT 3 ☐ CLEARED JUVENILE 4 ☐ UNFOUND 5 ☐ INSURANCE PURPOSES 6 ☐ CLOSED 7 ☐ NON-CRIMINAL

43. ASSIGNMENT

44. IF CLEARED CHECK ONE: 1 ☐ ARRESTED & PROSECUTED 2 ☐ ARRESTED BUT RELEASED 3 ☐ PROSECUTED BY OTHER AGENCY 4 ☐ LACK OF PROSECUTION 6 ☐ EXTRADITION DENIED 7 ☐ SUICIDE

| 45. INVESTIGATING OFFICER (Name & Number) | 46. INVESTIGATING OFFICER (Name & Number) | 47. SUPERVISOR APPROVING (Name & Number) |
|---|---|---|
| | | |

| 48. RECEIVED CALL | 49. ARRIVED | 57. IN SERVICE | 51. DESK SGT. | 52. COMPLAINT CLERK |
|---|---|---|---|---|
| | | | | |

| CONTINUATION SHEET | 53. KIND OF REPORT CONTINUED | 5. AGENCY ID | 6. YEAR | 7. MONTH | 8. DAY | 9. NUMBER |
|---|---|---|---|---|---|---|
| | | TN0790000 | 92 | 04 | 10 | 3074 |
| **PAGE NUMBER** | **17. OFFENSE** | **18. OFFENSE CODE** | **1. NAME OF VICTIM** | | | |
| 2 | Assault/Simple | | Mindy Bannister | | | |

On 4/14/92 at 9:30 AM, Mr. Scurlock called. Wants Tadaryl charged for threatening his daughter. I advised him I would mention the threats in the summons to Tadaryl for Assaulting Mindy, said it wasn't good enough. Told him I was going to talk with all parents, not acceptable. (Mr. Scurlock called and complained to Lt. Scott. Lt. Scott tried to call him back and left a message for him to call Sgt. White)

At 10:10 AM, the writer left a message on Tadaryl's home recorder for his mother to call me.

At 10:10 AM, the writer called Mrs. Olivera, Hector's mother, at work. She was explained this case and asked to talk with Hector about Mindy and Michelle and she said she would handle her end.

At 10:20 AM, the writer called Mrs. Askew, Jennifer's mother, and explained the case to her. She assured me she would handle Jennifer and the problem would be stopped. (Talked to her at work).

At 11:00 AM, the writer called Mrs. Charlton, Tadaryl's mother, at work. Explained to her that Tadaryl had slapped a girl and threatened another girl at the bus stop and that I was going to issue him a summons and would try to do so tonight. Asked her to talk with Tadaryl and get the problem stopped.

All mothers were left my name and number.

At 3:25 PM, called Mr. David Davis at home and explained all the above to him.

On 4/15/92 at 9:15 AM, Mr. Scurlock called and he was advised of the above info.

Lt. Talley served the summons on 4/14/92 at 8:40 PM. Copies were sent to Juvenile Court.

008634
STATE OF TENNESSEE VS.
Christa Pike, Petitioner
CASE NO. 68280 EXHIBIT NO. co. 115
DATE 7-30-07 ID ____ Evd ✓

10-21-94

To Daryl,

How are you doing? I really don't know why I'm doing this because I can't really say what I want to. Life is really weird. Seems like the more you do the more you get behind know what I'm saying? You don't, do you? I didn't think you would. You think I'm just the silly little girl don't you. Well, I don't think so. I know more than you think. So, don't try to fake it because I'm not dumb. I already know what you are going to say before you say it. Lies. I'm sick of those to. Lie, Lie, Lie is that all people do now? Tell you what. You tell me and I'll tell you. Sound fair enough? Believe me we're going to find out anyway. I lied just to keep you happy. No, I'm not talking about going with somebody else. You probably think I'm crazy don't you? I'm not. I'm not smoking or drinking or taking pills But who cares

CP: Knox PD N/Exh

it doesn't matter or does it have
lots of meaning but nobody will
pay attention. Just over look it. Call
me a crazy dumb bitch. If I'm
so dumb how did I make it
this far? Don't be silly. Remember
you only really have one chance
so don't pass up something
you need to do for something
you want to do. Really whats
more important. I'll tell you what
important but I won't. Some
people act as if the still
don't get it. Once again I'm
wondering why am I doing this.
You still aren't listening and
if you are your not paying
attention. Everything I've said has
a point but if you expect
things to be easy you won't
understand. Think back don't weird
how all solutions cause problems.
They don't have to but what
the hell because don't learn.
Why am I telling you this?
Maybe because I love you so

CP: Knox PD N/Exh
400074

much. But as Tina said Whats love got to do with it. I could love you to death and it still wouldn't matter. So why do people say all that stuff when it isn't true and they don't mean it? Really, really don't understand. But people have to make their own choices. But I've found things can't change and you can't go back in time so all you can do is do what is best then. Lots of things have changed. Not important stuff but enough to make a difference. I wish so bad that I could start all over. A long time ago I use to laugh at everything. Nothing was serious. Every thing was a joke. I didn't think about anything. I miss that so much but its gone so I guess I have to accept that. Try to understand what I'm saying. But don't alway focus on one thing

008637

which brings me to my main point which is . . . I don't know. I just don't understand why. All this mess. All this time. All this shit. I am sick of it. I don't understand what I did wrong. I thought I was doing everything right. He said, she said, who cares. Why is everybody making things so difficult. Everything should be simple but no. I'll tell you the problem. Everybody is so shelfish. Or better yet no good. Say one thing do another, you know. Not anymore. I don't care anymore. Why should I. All the stuff that happens doesn't change anything. Things can't change to people change themselves. Gotta understand that you can't keep making mistakes even after all the fights and yelling, when things are okay you realize you're back in square one. Why is the truth so hard to tell? It just makes things worse. Then I don't know if this has no meaning because

CP: Knox PD N/Exh
400076

I mean really. Don't be stupid.
Have a little sense. All that
shit had my mind messed up.
Crazy. Very crazy. How could I
cut myself? Easy. I was sick of
this and I'm sick of it now.
No matter how much I try it
just won't happen. I love you
so much but its still no use.
How come? Doesn't that say anything?
Doesn't it matter? I feel sooooooooo
stupid. Oh well. I've said what
I have to say. Just think about
it. I don't expect for you to
write me back so don't worry
about it. Just really think about
this, okay?

DeAndrea

CP: Knox PD N/Exh
400077

Dear Darryl,

How are you? I'm okay and so is everybody else Mandy and her "sister" are kicked out of Kirby Still wondering where you are. Kim is still acting childish and freaky and she still likes you. All your friends keep asking where you are. June is still leaving in August. (And Kim told him she was pregnant so he'll stay in Memphis) Everything here is still the same. But its going to be a pretty boring summer without you. I miss you so much I don't understand how could things have gotten so serious in five months. Sometimes I think it was just a dream and when I wake up or something I feel so bad I lied to you too much and I'm really sorry. We spent to much time fighting. All that time was wasted I swear I'm going to act better because a lot of the

time I just did that to see how mad you would get well anyway that's old so take care and I'll talk to you later

Love Always
DeAndrea Sherie Adams

[illegible] four months May
[illegible]

CP: Knox PD N/Exh
400036

Dear Tay,

How are you doing? Well, I'm not doing to good. Know why? Because I stayed up to write your sorry ass. Anyway, I'm not mad or anything but I just got to tell you one thing. Somebody, don't ask me who, told me that you were trying to fuck Mandy and you were trying to go with her and you were following her around. Well if you did good if you didn't fine but just for the record there is two things you should never ever do.

1. Don't ever cheat on me
2. Don't ever lie to me

Now, go ahead and get brave and do it. When you find your house burnt down don't say nothing because I don't play.

I don't know exactly the date but I go out of town in September and November

What else..........

June got a new car. He asked about you. Kim asked about you. School is boring. Actually life is boring. Anyway, I was going to quit smoking but I can't. I didn't even try to quit drinking. Everybody at school is like you still go with Tadaryl. But, I guess your little friend is watching me. Actually he or she don't have anything to watch.

Okay, one more thing and then I have to go. I promise that in the future if you want a baby I'll give you one but I'm not and I can't have this one. So don't ask anymore questions and don't call me fussing about it because I don't want to hear it. But you understand don't you?

Love Always,
DeAndrea

Mini Meat Clever

Due to the size and/or nature of this exhibit, it shall be sent under separate cover to the Criminal Court of Appeal.

EXHIBIT NO. 14

Identified and made a part of the record this 2nd day of February, 2009.

Mary Beth Lewbourg

JUDGE



STATE OF TENNESSEE VS.
CHRISTA PIKE, Petitioner
CASE NO. 68280 EXHIBIT NO. 14
DATE 7-30-07 ID____ Evd ✓
Photo Of Wooden handled Knife

FILED (11)
APR 07 2009
Clerk of the Courts
Rec'd by________

Letters from DeAndrea Gates to Tadarryl Shipp

EXHIBIT NO. 15

Identified and made a part of the record this 2nd day of February, 2009.

[signature]

JUDGE

008646
STATE OF TENNESSEE VS. Christa Gail Pike
CASE NO. 68280 EXHIBIT NO. 15
DATE 7-30-07 ID____ Evd ✓
Hearing

FILED
APR 07 2009
Clerk of the Courts
Rec'd by

10-21-94

To Daryl,

How are you doing? I really don't know why I'm doing this because I can't really say what I want to. Life is really weird. Seems like the more you do the more you get behind. Know what I'm saying? You don't, do you? I didn't think you would. You think I'm just the silly little girl don't you. Well, I don't think so. I know more than you think. So, don't try to fake it because I'm not dumb. I already know what you are going to say before you say it. Lies. I'm sick of those to. Lie, Lie, Lie is that all people do now? Tell you what. You tell me and I'll tell you. Sound fair enough? Believe me we're going to find out anyway. I lied just to keep you happy. No, I'm not talking about going with somebody else. You probably think I'm crazy don't you? I'm not. I'm not smoking or drinking or taking pills. But who cares.

Which brings me to my main point which is . . . I don't know. I just don't understand why. All this mess. All this time. All this shit. I am sick of it. I don't understand what I did wrong. I thought I was doing everything right. He said, she said, who cares. Why is everybody making things so difficult. Everything should be simple but no. I'll tell you the problem. Everybody is so shelfish. Or better yet no good. Say one thing do another, you know. Not anymore. I don't care anymore. Why should I. All the stuff that happens doesn't change anything. Things can't change to people change themselves. Gotta understand that you can't keep making mistakes. Even after all the fights and yelling, when things are okay you realize you're back in square one. Why is the truth so hard to tell? It just makes things worse. Then I don't know if this has no meaning because

it doesn't matter or does it have lots of meaning but nobody will pay attention. Just over look it. Call me a crazy dumb bitch. If I'm so dumb how did I make it this far? Don't be silly. Remember you only really have one chance so don't pass up something you need to do for something you want to do. Really whats more important. I'll tell you what important but I won't. Some people act as if the still don't get it. Once again I'm wondering why am I doing this. You still aren't listening and if you are your not paying attention. Everything I've said has a point but if you expect things to be easy you won't understand. Think back. Don't wierd how all solutions cause problems. They don't have to but what the hell because don't learn. Why am I telling you this? Maybe because I love you so

much. But as Tina said whats love got to do with it. I could love you to death and it still wouldn't matter. So why do people say all that stuff when it isn't true and they don't mean it? Really, really don't understand. But people have to make their own choices. But I've found things can't change and you can't go back in time so all you can do is do what is best then. Lots of things have changed. Not important stuff but enough to make a difference. I wish so bad that I could start all over. A long time ago I use to laugh at everything. Nothing was serious. Every thing was a joke. I didn't think about anything. I miss that so much but its gone so I guess I have to accept that. Try to understand what I'm saying. But don't alway focus on one thing

I mean really. Don't be stupid. Have a little sense. All that shit had my mind messed up. Crazy. Very crazy. How could I cut myself? Easy. I was sick of then and I'm sick of it now. No matter how much I try it just won't happen. I love you so much but its still no use. How come? Doesn't that say anything? Doesn't it matter? I feel sooooooooo stupid. Oh well. I've said what I have to say. Just think about it. I don't expect for you to write me back so don't worry about it. Just really think about this, okay?

DeAndrea

Letter from Tadarryl Shipp to DeAndrea Gates

EXHIBIT NO. 16

Identified and made a part of the record this 2nd day of February, 2009.

Mary Beth Lefebvre

JUDGE

008652

FILED (13)
APR 07 2009
Clerk of the Courts
Rec'd by

KNOXVILLE TN 379
17 OCT 1995

Dethidren Adams
4348 Burnette Rd.
Memphis Tn. 38141

STATE OF TENNESSEE VS. Christa Pike, Petitioner
CASE NO. 68280 EXHIBIT NO. 16
DATE 7-30-07 ID ✓ Evd ✓

Exhibit No. 16 ~~ID~~

D.E. 9-8-97

Hey, How are you? I haven't called cause I'm on lockdown for fighting a guard. I miss you too baby Baby I'm gonna do anything you want me too But if I get fucked over by you..... nothings going to happen cause I love you. But damn How am I to get this letter to you by Monday when I got it today which is Friday. Ok. victom-witch, Blackgirl-Dolla me-Baby Satan, you know who Lil Devil. Baby burn this paper when you finish reading it. DON'T THROW IT AWAY BURN IT. Baby we will get another chance, and we are going to get married. If I had never left Memphis, we would still be together and most likely have a baby. You say you hooked a few things up but what's the cost? There's a price for everything. I sorry I couldn't get this to you faster but, I did my best.

Love Always

[illegible]

P.S. Its late, but happy birthday baby.
I Love you.

On the 12th at 3:30pm witch asked Baby Satan if he was going with Witch, Dolla and Lil Devil. Baby Satan didn't know what was going on so Baby Satan went and asked Lil Devil. Lil Devil said that they were going to kick witches ass when they got her alone some where. Baby Satan said cool ant no big thang. Later that night Lil Devil, Baby Satan, Dolla, and witch went out to the park. Lil Devil started going off on witch and witch tried to walk off. Lil Devil grabed witch by witch hair and pulled witch back. Lil Devil started kneeing witch in the face. Dolla said let me have some and ran over a took over. witch broke away and started running to Baby Satan. Baby Satan stepped back and hit witch in the nose. witch fell down and Lil Devil got on top of witch. Lil Devil cut the middle of witch jeans. Then Lil Devil cut witch's throte. Then Lil Devil cut a six point star on witch's forhead. Lil Devil stands up and looks at witch, witch gets up and try to run to Baby Satan, Baby Satan hits witch in the face. witch falls down again and Dolla grabs witch. Dolla hits witch in the face about eight times. Dolla cuts witch across the face from eye to eye. Then Dolla cuts witch's throte three times and witch stands ...

tries to run to Baby Satan again and
Baby Satan hits here with a uppecut
and Witch past out for a minute.
Baby Satan kicks Witch to make
sure Witch is still alive. Witch gets
up and tries to run but falls.
Lil Devil said fuck it Witch is going
to die. Witch tries to get up but
Baby Satan kicked Witch in the face.
Baby Satan says Hold on if you going
to kill Witch let me take the soul
first. Baby Satan cuts the door for
Witch soul can leave and Baby
Satan go to take it. Baby Satan finished
what had to be done and got up.
Lil Devil came over Baby Satans
shoulder and hit Witch in the face
with a real big rock. Baby Satan
steps back and Lil Devil beats Witch
with the rock until Witch dies.
Lil Devil looks at Witch and sees
that Witch's head is open. Lil Devil
take a part of it and the all leave

Letter from Amanda Robertson to Tadarryl Shipp

EXHIBIT NO. 17-A

Identified and made a part of the record

this 2nd day of February, 2009.

JUDGE

008657

(1)

1-7-95

To: The [redacted] of my life

Tadaryl, whats up.
How have you been. Good
I hope. You are probably
glad you aren't here with
me, but the [redacted] way you ~~talked~~
you ~~want~~ to be ~~here~~ with
~~me~~ like you said ~~no one~~
will ever know how you
feel about someone (but I
will ~~never~~ forget the ~~time~~
we were [redacted] and you, a long time ago
told me you [redacted] me) I
know I'm your cold black
heart you care and still ~~want~~
to [redacted] you may
even [redacted] me. But that
isn't what this is about,
this is about [redacted] and [redacted].
We didn't have much time
to spend together but the time
we [redacted] or on the
phone I felt so [redacted] to you
closer then [redacted] (then ever)
You kept telling me (when U
were here) [redacted] were [redacted]

and you missed me when
you were gone. Well Jadaryl,
you were my first, and only
love, and you will always
have me and my heart in
your hands. We have been through
so much together and I still truly
love you with all my heart.
But the funny thing is we
are back together now. after
everything and you still run
my life and always will.
Baby, I just want
to say that for the record
I'm not no lying little
tripped ho (freak) I have
changed and now I want
me "Amanda Michelle Robertson"
to be with you now and
for the rest of my life" If
I could right now I would
ask you to marry me.
"O" Jadaryl Shipp will
you start over with me,
have a relationship, spend the
rest of your life with me"
I can make all your dreams

1-7-95

(3)

come true fulfill all your
needs". So what do you
say can we start off and
have a new Relationship not
one for a few months
one for ever. I promise I can
be faithful, make a commentent
and love you and try and
get you to fall in love
with me also. I'm willing
to be everything you need
and want in a girlfriend
and maybe later on more
then a girlfriend. I want
to give you my life.
But give me the the
chance to show you I'm
a new person. Call me and
give me a answer." think
very seriously about it.
Yadaye I know
that in the past I fucked
up but it isn't the same N-E-
more I have grown up and
matured all for you. I think
it is about time we forget
about the past and move on

1-7-95

(2)

to work ~~on~~ an the future.
Baby, I want have
a boyfriend, I want go out
with my friends and family
I will be all yours and
yours only. And I want
to be a part, a big part
of your life, I want you
to want me and me
only. Jadaryl will you
be with me and me
only. Jadaryl I love you
and I want to be with
you will you give me the
chance to be with you
and be with you for the
right reasons. I think
it is time we both grow
up and act like too grown
people. I will sacrifice anything
for you. But you only don't
play games with me. be
up front on me and let me
know if you want to play
with me or be serious with
me and have a relationship.
I mean a relationship as in

(5) 1-7-95

Loving, caring, comforting, being
faithful, talking, being a friend
[illegible] sharing things, spending
time together, doing things for
each other. Thats What
I Want out of you and
I Want to give you that.
Baby will you just think
about it. I have a brain
and I'm going to use
it for our relationship
It is going to work out
just let it. Well enough
about our relationship and
let me know whats up
-PLEASE-CALL-ME-OR-
-WRIGHT-ME-PLEASE-
-SO JUST GIVE ME 1 CHANCE-
Baby, so how are you
me I'm fine. My grades
ar slipped but I'm doing
fine. Me and my mother
are getting along great.
So when are you going
to come back and see
me. Well I'm going to go now
I'm out Peace. Please w/back and call
… you always Amanda Love-Mae-Mae

(6) 1-7-95

PS.
are you still talking
to Krystal still well
let me know whats
upwith yall and me and
you. Jadaryl you told
me you dont love her
or care about her you just
like to argue
with here. Thats not cool.
Wele NE-Way I love you
Amanda
-BKA-
{Mee-Mee}

(1)

STATE OF TENNESSEE VS. CHRISTA PIKE, Petitioner
CASE NO. 68280 EXHIBIT NO. 17A
DATE 7-30-07 ID ____ Evd ✓ 17C
8A,BVC

FILED (14)
APR 07 2009
Clerk of the Courts

To: The love of my life 1-7-95

Tadaryl, Whats up. How have you been. Good I hope. You are probably glad you aren't here with me, but the way you talked you want to be here with me like you said no one will ever know how you feel about someone (but I will never forget the time we were together and you, a long time ago told me you loved me I know In your cold black heart you care and still want to be with me you may even love me. But that isn't what this is about, this is about you and I. We didn't have much time to spend together but the time we were together or on the phone I felt so close to you closer then before (then ever) You kept telling me (when U were here) we were going together

and you missed me when
you were gone. Well Jadaryl,
you were my first, and only
love, and you will always
have me and my heart in
your hands. We have been through
so much together and I still truly
love you with all my heart.
But the funny thing is we
are back together now after
everything and you still in
my life and always will.
Baby, I just want
to say that for the record
I'm not no lying little
tripper hoe (freak) I have
changed and now I want
me "Amanda Michelle Robertson"
to be with you now and
for the rest of my life" If
I could right now I would
ask you to marry me.
"Jadaryl Shipp will
you start over with me,
have a relationship, spend the
rest of your life with me"
I can make all your dreams

1-1-95

come true fulfill all your
needs". So what do you
say can we start off and
have a new relationship not
one for a few months
one for ever. I promise I can
be faithful, make a commitment
and love you and try and
get you to fall in love
with me also. I'm willing
to be everything you need
and want in a girlfriend
and maybe later on more
then a girlfriend. I want
to give you my life.
But give me the the
chance to show you I'm
a new person. Call me and
give me a answer." think
very seriously about it.
Jadonye I know
that in the past I fucked
up but it isn't the same N-E-
more I have grown up and
matured all for you. I think
it is about time we forget
about the past and move on

to work an th future.
Baby, I want have
a boyfriend, I want go out
with my friends and family
I will be all yours and
yours only. And I want
to be a part, a big part
of your life, I want you
to want me and me
only. Tadaryl will you
be with me and me
only. Tadaryl I love you
and I want to be with
you will you give me the
chance to be with you
and be with you for the
wright reasons. I think
it is time we both grow
up and act like too grown
people. I will sacrifice anything
for you. But you only don't
play games with me. be
up front with me and let me
know if you want to play
with me or be serious with
me and have a relationship.
I mean a relationship as in'.

(5)

1-7-95

loving, caring, comforting, being faithful, talking, being a friend ~~[illegible]~~ sharing things, spending time together, doing things for each other. Thats What I Want out of you and I Want to give you that. Baby will you just think about it. I have a braini and I'm going to ~~go~~ use it for our relationship It is going to work out just let it. Well enough about our relationship and let me know whats up

- PLEASE - CALL - ME - OR -
- WRIGHT - ME - PLEASE -
- SO JUST GIVE ME 1 CHANCE -

Baby, so how are you me I'm fine. My grades ar slippen but I'm doing fine. Me and my mother are getting along great. So when are you going to come ~~[illegible]~~ back and see me. Well I'm going to go now I'm out Peace. Please w/b and call

I love you always Amanda Love Mae-Mae

6

1-7-95

PS. are you still talking to Krystal still well let me know whats up with yall and me and you. Jadaryl you told me you don't love her or care about her your just like to argue with here. Thats not cool. Well NE-Way I love you

Amanda
-BKA-
{Mee-Mee}

Two 8.5" x 11" Photographs





FILED (15)
APR 07 2009
Clerk of the Courts
Rec'd by

Same # next page.

EXHIBIT NO. 17-B

Identified and made a part of the record this 2nd day of February, 2009.

Mary Beth Leibourd

JUDGE





FILED (15)
APR 07 2009
Clerk of the Courts
Rec'd by____

STATE OF TENNESSEE VS.
CHRISTA PIKE, Petitioner
CASE NO. 68280 EXHIBIT NO. 17B
DATE 7-30-07 ID (of A+B) Evd 17B
Photo of Amanda Robertson