# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| **CHRISTA GAIL PIKE** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:12-CV-35** |
| | ) | **DEATH PENALTY CASE** |
| **DEBRA JOHNSON, WARDEN** | ) | |
| | ) | |
| **Respondent.** | ) | |

---

**ADDENDUM 6**

**DOCUMENT 10**

---

008672 ORIGINAL

E2009-00016-CCA-R3-PD

IN THE CRIMINAL COURT FOR KNOX COUNTY
DIVISION III
KNOXVILLE, TENNESSEE
SIXTH JUDICIAL DISTRICT

Exhibits

CHRISTA GAIL PIKE, )
PETITIONER )
VS. ) CASE NO. 68280
STATE OF TENNESSEE, )
RESPONDENT )

FILED
FEB 27 2009
By Joy R. McCroskey, Clerk

TRANSCRIPT OF THE EVIDENCE

Exhibits

January 29-31, 2007 Petition for Post-Conviction Relief

APPEARANCES:

THE HONORABLE MARY BETH LEIBOWITZ, PRESIDING JUDGE

FOR THE STATE:

Mr. Leland Price
Ms. S. Jo Helm
Assistant District Attorneys General
Office of the District Attorney General
City-County Building
400 Main Avenue
Knoxville, Tennessee 37902

FOR THE PETITIONER:

Mr. Don Dawson
Ms. Catherine Brockenborough
Post-Conviction Defender's Office
530 Church Street, Suite 600
Nashville, Tennessee 37243

# LIST OF EXHIBITS

(In January 29th - 31st, 2007 PCR Proceedings)



| NUMBER | ITEM | VOL. | PAGE |
|---|---|---|---|
| 1 | Dr. McCoy's Report | | |
| | (For Identification Only) | 1 | 27 |
| | (As Exhibit) (27 pages) | 2 | 111 |
| 2 | Photos of Christa Pike | | |
| | (As Exhibit) (4 pages) | 1 | 31 |
| 3 | Photo of the Brain (1 page) | | |
| | [TO BE LATE FILED by Ms. CB] | 3 | 214 |
| 4 | Dr. Pincus' Report | | |
| | (As Exhibit) (8 pages) | 3 | 225 |
| 5 | Warrant, Indictment and Judgment from South Carolina | | |
| | (As Exhibit) (about 5 pgs.) | 3 | 260 |
| 6 | UNC Hospital Records | | |
| | (As Exhibit) (about 30 pgs.) | 3 | 268 |
| 7 | Birth Records of Christa Pike | | |
| | (As Exhibit) (about 15 pgs.) | 4 | 357 |
| 8 | One 8" x 10" Photo of Ms. Pike | | |
| | (As Exhibit) (1 page) | 6 | 579 |
| 9 | Counselor Notes | | |
| | (As Exhibit) (multiple pgs.) | 7 | 650 |

Dr. McCoy's Report

Due to the size and/or nature of this exhibit, it shall be sent under separate cover to the Criminal Court of Appeals.

EXHIBIT NO. 1

Identified and made a part of the record this 2nd day of February, 2009.

Mary Beth [signature]

JUDGE

Photographs of Christa Pike

EXHIBIT NO. 2

Identified and made a part of the record this 2nd day of February, 2009.

[signature]

JUDGE





#2





008673










Kami






Photographs of the Brain

EXHIBIT NO. 3

Identified and made a part of the record this 2nd day of February, 2009.

Mary Bell Leibourf

JUDGE

STATE OF TENNESSEE VS. CHRISTA PIKE
CASE NO. 68280 EXHIBIT NO. 3A
DATE 1-29-07 ID ____ Evd ____

# The Lobes of the Brain

FILED (17)
APR 07 2009
Clerk of the Courts
Rec'd by ________




1 Cen
2 Prec
3 Prec
4 Fror
5 Ant
6 Ant
7 Late
8 Tem
9 Pari
10 Post
11 Post
12 Occ
13 Cere
14 Sup
15 Mid
16 Lun
17 Lon
18 Ara

008683




**Brain, right hemisphere** (medial aspect). Frontal pole to the left (midbrain divided, cerebellum and inferior part of brainstem removed).

STATE OF TENNESSEE VS. CHRISTA PIKE
CASE NO. 68280 EXHIBIT NO. 3C
DATE 1-29-07 ID____ Evd ____

FILED (18)
APR 07 2009
Clerk of the Courts
Rec'd by____




**Brain** (superior aspect). Lobes of the left hemisphere indicated by color; right hemisphere is covered with pia mater.

FILED (19)
APR 0 7 2009
Clerk of the Courts
Rec'd by________

STATE OF TENNESSEE VS. CHRISTA PIKE

CASE NO. 68280 EXHIBIT NO. 3B

DATE 1-29-07 ID____ Evd_____

## Cross-Sections through the Brain

003686 FILED (20)
APR 07 2009




**Coronal section through the brain** at the level of the anterior commissure. Section 1.

STATE OF TENNESSEE VS. CHRISTA PIKE
CASE NO. 68280 EXHIBIT NO. 3D
DATE 1-30-07 ID____ Evd ✓




**Coronal section through the brain** at the level of the third ventricle and the

1 Corpus callosum
2 Head of **caudate nucleus**
3 **Internal capsule**
4 **Putamen**
5 **Globus pallidus**
6 Anterior commissure
7 Optic tract
8 Amygdaloid body
9 Inferior horn of lateral ventricle
10 **Lateral ventricle**
11 Septum pellucidum
12 Insula
13 External capsule
14 Column of fornix
15 Optic recess
16 Infundibulum
17 **Thalamus**
18 Claustrum
19 Lenticular ansa
20 **Third ventricle, hypothalamus**
21 Basilar artery, pons
22 Cortex of temporal lobe
23 Inferior colliculus
24 Superior colliculus
25 Aqueduct
26 Red nucleus
27 Substantia nigra
28 Cerebral peduncle
29 Trochlear nerve (n. IV)
30 Gray matter
31 Nucleus of oculomotor nerve (nucleus of Edinger-Westphal)
32 Fibers of oculomotor nerve (n. III)
33 Vermis of cerebellum
34 Fourth ventricle
35 Reticular formation
36 Pons, transverse pontine fibers
37 Emboliform nucleus
38 Dentate nucleus
39 Middle cerebellar peduncle
40 Choroid plexus
41 Hypoglossal nucleus at rhomboid fossa
42 Medial longitudinal fasciculus
43 Trigeminal nerve (n. V.)
44 Inferior olivary nucleus
45 Corticospinal fibers, arcuate fibers
46 Fourth ventricle with choroid plexus
47 Vestibular nuclei
48 Nucleus and tractus solitarius
49 Inferior cerebellar peduncle (restiform body)
50 Reticular formation
51 Medial lemniscus
52 Cuneate nucleus of Burdach
53 Central canal
54 **Pyramidal tract**
55 Flocculus of cerebellum
56 Cerebellar hemisphere with pia mater
57 "Arbor vitae" of cerebellum
58 Nucleus gracilis of Goll
59 Lateral recess of choroid plexus of IVth ventricle
60 Posterior inferior cerebellar artery

3D

Report of Dr. Pincus

EXHIBIT NO. 4

Identified and made a part of the record this 2nd day of February, 2009.

JUDGE

JONATHAN H. PINCUS, M.D.
Professor of Neurology Georgetown University
Chief Neurology, VAMC
Washington,D.C.

2329 Porter Street, NW
Washington, DC 20008
Home: (202) 363-5878
Email: pincusjh@erols.com

Office: (202)745-8145
Fax: (202) 745-8231

Email: johnathan.pincus@med.va.gov

FILED (21)
APR 07 2009
Clerk of the Courts
Rec'd by ______

STATE OF TENNESSEE VS. Christa Pike
CASE NO. 68280 EXHIBIT NO. 4
DATE 1-29-07 ID ____ Evd ✓

March 31, 2001

Ms. Stephanie McArdle
P.O. Box 1272
Bowling Green, Kentucky
42102

Re: Christa Pike

Dear Ms. McArdle:

I saw Christa Pike on March 25, 2001, at the Women's Prison in Nashville, Tennessee. She is a 25-year-old woman who has been convicted of the murder of another woman along with two other defendants. She is the product of an almost unbearably abusive background. She has very little recollection of her parents living together, which they did only for the first two or three years of her life. Her recollection of these years is that they were marked by physical fights between the parents which were frightening and frequent. The recollections of Ms. Pike are supported by the investigator's reports.

During the remainder of her formative years, she was shunted back and forth between her parents. This had the effect of making her feel unwanted by both. When she was with her father, she was subjected to frequent beatings with a belt that had a ritual aspect. She had to pull down her pants, stand and bend forward to touch her feet so that her father could have access to her buttocks and

back. The beatings would go on sometimes for as many as 10 or 15 blows. She was not allowed to cry because if she did, she would have more beatings. The beatings were severe enough to leave welts, bruises, and cuts and occurred up to several times a week.

The form of abuse that she suffered in her mother's home was different. Her mother had a series of boyfriends, some of whom were abusive toward her physically and others both physically and sexually. In addition, at age nine, she was attacked sexually by a neighborhood pervert who inserted a stick into her vagina and broke her hymen causing bleeding. When she complained of this to her mother and to her older half sister, neither believed her, and both teased her for having made this revelation. Both of them saw the blood, however. This kind of outrageous lack of support devalued her in her own estimation, made her wary and uncertain of the loyalty to her of her closest relatives on whom she depended for her basic necessities- food and shelter.

At age five or six, she was sexually abused by the boyfriend of her paternal grandmother. At age nine she was molested by a man who threw her in a ditch, penetrated her with sticks, and caused his dog to lick her genitals. There was an arrest in that case so that there is confirmation of the incident. At age 17 she was physically and sexually assaulted by a man. She does not remember being sexually assaulted in her own home by her father or by more than one of her mother's many boyfriends, but I think that it is likely that she was repeatedly sexually molested a very young age.

Her older sister took care of her much of the time as a bay sitter and was very abusive toward her. Her sister burned her eyebrow with a curling iron on purpose, and the scar is there to be seen today and on another occasion burned her chin, and the scar is again visible today. She tricked Christa into putting her hand into a door jamb and then slammed the door on her fingers. There is scar on the fifth finger today from this incident. This half sister and another half-sibling held Christa down with her feet uncovered and would scrape or poke the bottoms of her feet with an electric plug in order to torture her, an especially terrible form of torture as Christa's feet were

and are very sensitive and there was no limit to the torment as no other responsible person was in the home to stop it. Her mother was not home for these sessions but was insead out of the home working, carousing, drinking, and having sex with a variety of different men.

Another "babysitting" site was with her maternal grandfather who was a brutal man, a butcher. He butchered animals with which she had developed a relationship, like sheep and cows who were in the barnyard and were pets in that sense, known to her, as well as other animals. The slaughter was done in front of her. Sacrifice of the animals was followed by disemboweling them, decapitating them, and otherwise rendering them in front of her when she was only about seven years old and probably younger. This formed an enduring memory of horror. Once she had placed flowers on the pierced ears of a "pet" cow and described the head of the decapitiated cow in front of her with the flowers she had placed still in its ears.

One of the ways in which she was abused was by her grandmother's boyfriend, Ernest, who would lock her in a chicken coop when she was four and five years of age because there were spiders on the floor in the straw. He would force her to remain in there with the spiders which terrified her at the time, and even as she told me about this, she shuddered, involuntarily. Thus the innocence of Christa's earliest years of childhood was repeatedly violated with brutality, torture, sexual abuse, neglect, and devaluation of her human dignity.

Her medical history includes events that carry the risk of brain damage. There were many complications at the time of her birth. Her Apgar score was 3. She was premature. She had hyaline membrane disease and required transfer to another hospital. The records are a bit sketchy on this point, but clearly it was a complicated neonatal period. She was said to have had seizures at 18 months of age and at two years of age.

When she was 13 years old, she was vaulted through the windshield of a car which was being driven by one of her mother's boyfriends. She said that he had the music up too loud and was drumming with his hands in response to the music instead of paying attention to the road. They crashed into another vehicle, and she

went through the windshield. She was knocked out for several minutes and awoke before the ambulance arrived. She was taken to the hospital where there were many lacerations of her face, the scars of which persist until this day. She had subsequent surgery of a reconstructive nature but was not kept in the hospital overnight.

There is convincing evidence of recurrent depression. She described weeks of feeling "down" during which she cries many times a day "until there are no tears left to shed." These have been going on for at least 10 years. During such periods she stays in bed for 14 to 18 hours a day, has no energy to do anything, feels hopeless, helpless, and guilty, and manifests decreased energy, decreased socialization, increased irritability, decreased libido. Her depression is one of the reasons that she missed a lot of school. She attempted suicide on two occasions. On · one she took pills that her mother brought home (her mother is a nurse) and experienced hallucinations. She was hospitalized briefly for this. On another occasions with a friend, she overdosed on pills. The friend had to be hospitalized, but fortunately Christa vomited and probably got rid of many of the medications that she took in that manner.

To make herself feel better, she would engage in sexual acts or would purchase marijuana for others or would give things away or buy things for other people. Such acts made her feel important and empowered. She developed patterns of behavior which are common in patients who have been physically and sexually abused in childhood. There were periods of promiscuity in her teens that she did not enjoy sexually, but in which she engaged in order to attain the sense of power and control that the pleasure of her partner provided her. This was self-defeating, however, as it made her feel further devalued and worthless. At an earlier age, there were bed wetting, cruelty to animals, and setting fires. She made a homemade tattoo writing "#1 bitch" into her left wrist, and she cut herself, receiving some form of gratification at the sight of her own blood. Subsequently, there were other homemade tattoos that she delivered to herself.

Like many abused children, she experienced post-traumatic stress disorder and has episodes which are incompletely

remembered. She has dissociative states. In some, she can also imagine herself in a happier place, a kind of child's paradise, that is a cartoon world but which is very real to her and has been real to her. There she can speak with her paternal grandmother, her favorite, and she feels secure. Her vivid imagination allows her to see herself in movies and in books as she watches and reads. She enjoys horror movies in which she sometimes roots for the bad guy, when he is the powerful one.

When the prison psychiatrist picked up the symptoms of OCD, he started her on fairly high dose of Prozac mg per day. She has been treated for OCD for over a year. She counts "everything," and she likes to have things in multiples of three. She will turn up the television set three notches on volume or to a number that can be divided by three such as 30 or 27. She counts books and tiles. She counts the steps to her cell, and it "drives her nuts" when the resulting number does not turn out to be divisible by three. She cannot stand to have anything on her hands or for her hands to be sticky, and she thinks a great deal about germs. If her hands are clammy, she must wash them. "Who knows who has been scratching himself or picking his nose and using the door knobs." She hates handcuffs because they are kept in the back pocket of the guards and, therefore, are close to their buttocks and thereby contaminated. The things in her room at home had to be arranged in a certain way, and she was a perfectionist in the sense that if she could not do something to perfection she would not do it at all. This explains the dreadful condition of her room which is very, very messy, but there are certain things that are important to her that are kept perfectly. She has a box with addresses, stamps, and pictures. This has to be perfect. Her art supplies have to be just right, and books have to be arranged on the shelf going from big to a little. She cannot have a big, then a little, then another big one. If she is upset in the carrying out of any of these rituals that are important to her, she loses her temper and has a "smart mouth." These symptoms have been relieved to some extent by Prozac. She still has these thoughts but they do not trouble her to the same degree when she is not able to complete a ritual.

She has had fantasies as are common in patients with OCD, that she has not enacted, such as those concerning a man whom she did not like. She imagined cutting his abdomen open

below the navel, pulling out his intestines, strangling him with his own intestines. She also imagines gouging out people's eyeballs. These violent fantasies as well as the obsessive-compulsive rituals bother her. They are recognized by her as sick and alien to her. This is characteristic of OCD.

She has a history of responding an explosive impulsive manner to a situation that would upset anyone. Her response to it is excessive, however. For example, there was a man named Kenny Clyde who was an abnormal individual who lived in the same town and who stalked her. He telephoned her and her mother, saying, among other things, that he wanted to rape Christa and wanted her to wear panties that he had watched her purchase while stalking her. He also spoke to Christa's mother in a sexual manner on the telephone. In order to settle accounts with him, Christa said to . him, "You don't need to rape me, I'll just meet you behind the store." She and a friend went to meet him with the intention of beating him. They went to an isolated place. When Christa carried out her plan, she went too far, in her own estimation. She lost control of herself and might have killed him if he had not been able to get away. Her loss of control surprised her. He filed assault charges against her, but they were dropped because he was involved in a number of other sexual crimes. He did not have "clean hands" in that sense.

The killing for which she is currently on death row involved a woman who had repeatedly offended her by using a number of code words such as "slut" and "whore". These were particularly painful for her because when she was depressed that was precisely how she would have characterized herself. She had been called that by one of her mother's boyfriends too who was sexually abusive of her. Usually children accept the low opinion of themselves that is assigned to them by an abusive adult.

She felt she had to get even with this woman and planned to humiliate her and beat her up by stripping her naked and beating her in an isolated place in the park. She and her boyfriend in the Job Corps and another girl were in on the plan. The boyfriend and the girl did not like the victim because the victim had offended them by some of the things she said and did. Once the beating began in earnest, it got

out of control, and Christa was not in charge of herself at that time. She could not apply brakes to her activity. The victim was stabbed, and there were three weapons, a penknife, a miniature meat cleaver, and a box cutter. Only the box cutter belonged to Christa. The other two were the possessions of the boyfriend. (Christa used to carry the box cutter because of external threats. She had to use it to threaten someone with it once but never actually had to use it in a fight).

Although the victim was stabbed and cut, the stabbing was not fatal. The victim was killed when her head was crushed with a rock. Christa does not recall her feelings at the time, but a piece of the victim's skull was retained by Christa. This had some importance to her but she does not know the significance. I would speculate that the piece of bone was a symbol to Christa of her mastery over her tormentor, a tangible proof of Christa's superiority.

On physical examination there was generalized hyperreflexia, spooning of her outstretched hands, and choreiform movements of her outstretched hands. There was also a positive nuchocephalic reflex to the right and to the left. The remainder of the neurologic examination was entirely normal.

The neurologic examination indicates subcortical dysfunction that involves the basal ganglia and possibly thalamus. The history suggests gray matter disease as she had seizures when she was a child. The origin of the basal ganglia and cortical deficit is probably related to premature birth and neonatal events. She also has obsessive-compulsive disorder (OCD) and periodic depressions. I believe that she was in the midst of a depression at the time of the killing and that OCD also influenced her level of anger, irritability, and possibly desire to retain the piece of bone. She suffers from an intermittent explosive disorder which is the product of brain disease, OCD, and depression. She has post-traumatic stress disorder and dissociative identity disorder that were caused by her abuse.

The abuse was of such intensity that she legitimately feared for her life and corporeal integrity while in the homes of her mother, father and grandparents. There was no safe haven for this sensitive, intelligent and articulate child when she was growing up, from the time she was a toddler until adulthood. No one cared for her or convinced her that she was

loved or worthy of love but she was punished, beaten and sexually abused by multiple persons over a period of many years, the formative years of her youth. Parents, friends of parents, other adults, older half sisters, and grandparents all brutalized and devalued her.

Placed in such situations, her only resource was her imagination and this accounts for her fantasies of a better place where her paternal grandmother cares for her. It accounts too for her identification with the powerful villains in horror movies and the memory loss for the details of some of the frightening and other emotionally charged events in her life, like details of her killing the victim and her beating a stalker.

The paths open to her that provided some sense of status and value such as sexual activity, provided a quick fix but were self-defeating in the long run as they furthered her sense of worthlessness and made her much more sensitive to the humiliation of being called "slut" and "whore." These terms were used by adults who raped her and beat her. These were also terms the victim used. The victim unwittingly engendered rage that went far beyond the terms themselves. Christa responded not just to the victim but to prior events in her own life.

Abuse combined with mental illnesses (OCD and depression) and neurologic deficits became very dangerous because when Christa loses her temper she is not able to check her response, regardless of the consequences. Mental illness, neurologic deficits and abuse, the formative vulnerabilities that led to her violent acts, are not under her control.

I look forward to the reports of the MRI, PET, and EEG. Thank you for having asked to me to participate in her evaluation.

Sincerely yours,

Jonathan H. Pincus, MD

Warrant, Indictment and Judgment from South Carolina

EXHIBIT NO. 5

Identified and made a part of the record this 2nd day of February, 2009.

JUDGE

Film No. | File No. 87CR 7329

# WARRANT FOR ARREST

Offense
Taking Indecent Liberties with Children

Offense in Violation of G.S.
14-202.1

Date of Offense
Nov. 3, 1987

1118

The State of North Carolina VS.

Defendant Name & Address
Claude Davis
University Garden Apt. Chapel Hill

Defendant's Phone Number

| Race | Sex | Date of Birth |
|---|---|---|
| White | Male | |

Defendant's Employer

008697

Complainant (Name, Address or Department, Phone)
Inv. J. B. Faucette (O.C.S.D.)
732-4351 ext. 524

Witnesses (Names, Addresses, Phone No.s)

STATE OF NORTH CAROLINA

Orange County

In the General Court of Justice
District Court Division

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did take and attempt to take immoral improper and indecent liberties with C.G.P., who was under the age of 16 years at the time, for the purpose of arousing and gratifying sexual desire. At the time the defendant was over 16 years of age and at least 5 years older than that child.

STATE OF TENNESSEE VS. CHRISTA PIKE
CASE NO. 68280 EXHIBIT NO. 5
DATE 1-29-07 ID ___ Evd ✓

FILED (22)
APR 07 2009
Clerk of the Courts
Rec'd by ___

058523

SHERIFF'S DEPARTMENT
-6 NOV 1987 14 23
ORANGE COUNTY

in violation of the law referenced on this Warrant.

You are directed to arrest the defendant and bring him without unnecessary delay before a judicial official to answer the charges above.

This warrant is issued upon information furnished under oath by the complainant or complainants listed.

A TRUE COPY
CLERK OF SUPERIOR COURT
ORANGE COUNTY
BY [signature]
Assistant Deputy, Clerk Superior Court

Date November 6, 1987

Signature Connie J. Clements

☐ Magistrate ☒ Deputy CSC ☐ Asst. CSC
☐ Clerk of Superior Court

AOC-CR-100
Rev. 10/83

008698

**STATE OF NORTH CAROLINA**
In the General Court of Justice
Superior Court Division

Orange County

File No. 87 CrS 7329

Film No.

**STATE VERSUS**

Defendant: Claude Linwood Davis

Date of Offense: November 3, 1987

Offense in Violation of G.S.: 14-202.1

# INDICTMENT

Taking Indecent Liberties with a Child

The jurors for the State upon their oath present that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did commit and attempt to take immoral, improper, and indecent liberties with Christa G. Pike, who was under the age of 16 years at the time, for the purpose of arousing and gratifying sexual desire. At the time, the defendant was over 16 years of age and at least five years older than that child.

(G.S. 14-202.1 )

Signature of Prosecutor: M. Patricia DeVine

**WITNESSES**

| | |
|---|---|
| ☐ Inv. J.B. Faucette, OCSD | ☐ |
| ☐ | ☐ |
| ☐ | ☐ |
| ☐ | ☐ |

A TRUE COPY
CLERK OF SUPERIOR COURT
ORANGE COUNTY
BY Mary Heath
~~Assistant~~ Deputy Clerk Superior Court

The witnesses marked "X" were sworn by the undersigned Foreman of the Grand Jury and, after hearing testimony, this bill was found to be:

☒ A TRUE BILL by twelve or more grand jurors, and I the undersigned Foreman of the Grand Jury, attest the concurrence of twelve or more grand jurors in this Bill of Indictment.

☐ NOT A TRUE BILL

Date: 1-4-88

Signature of Grand Jury Foreman: Edna Beville

AOC-CR-121
Rev. 7/82

008699

# STATE OF NORTH CAROLINA

File No. 87 CRS 7329

Orange County Hillsborough Seat Of Court

In The General Court Of Justice
☐ District ☒ Superior Court Division

**NOTE:** *(This form is not to be used for multiple offenses unless they are consolidated for judgment.)*

**STATE VERSUS**

Defendant: Claude Davis

| Race | Sex | DOB |
|---|---|---|
| white | male | 3-27-50 |

Attorney For State: Carl Fox

☐ Def. Found Not Indigent ☐ Def. Waived Attorney

## JUDGMENT SUSPENDING SENTENCE AND

☐ **COMMITMENT ON SPECIAL PROBATION**

G.S. 15A-1341, 15A-1342, 15A-1343, 15A-1346

Attorney For Defendant: Douglas Webb Asst PD ☒ Appointed ☐ Retained

The defendant ☐ pled guilty to: ☐ was found guilty by the Court of: ☐ was found guilty by a jury of: ☒ pled no contest to:

| File No.(s) And Offense(s) | Date Of Offense | G.S. No. | Fel./M. | Class | Max. Term | Presumptive |
|---|---|---|---|---|---|---|
| 87 CRS 7329 Assault on a Child | 11-3-87 | 14-33 | M | | 2 yrs | |

The Court has considered the aggravating and mitigating factors in G.S. 15A-1340.4(a) and
☐ makes no written findings because the prison term imposed does not require such findings.
☐ makes no written findings because the prison term imposed is pursuant to a plea arrangement as to sentence.
☐ makes the Findings Of Factors In Aggravation And Mitigation Of Punishment set forth on the attached AOC-CR-303.

The Court, having considered evidence, arguments of counsel and statement of defendant, ORDERS that the above offenses be consolidated for judgment and that the defendant be imprisoned

for a term of two years in the custody of the ☒ N. C. Dept. of Correction ☐ Sheriff of ______ County

The defendant shall be given credit for ______ days spent in confinement prior to the date of this Judgment as a result of this charge, to be applied toward the ☐ sentence imposed above. ☐ imprisonment required for special probation below.

### SUSPENSION OF SENTENCE

With the consent of the defendant and subject to the conditions set out below, the execution of this sentence is suspended and the defendant is placed on ☒ supervised probation for 5 years. ☐ unsupervised probation for ______ years.

☐ The above period of probation shall begin: ☐ when the defendant is paroled or otherwise released from incarceration in the case referred to below. ☐ at the expiration of the sentence in the case referred to below.

**(NOTE:** *List Case Number, Date, County And Court In Which Prior Sentence Imposed.)*

### SPECIAL PROBATION – G.S. 15A-1351

☐ As a condition of special probation, the defendant shall serve an active term of ______ ☐ days ☐ months in the custody of the ☐ N.C. Dept. of Correction. ☐ Sheriff of ______ County.

**(NOTE:** *This term shall NOT be reduced by good time, gain time or parole, or, unless provided above, by time in jail awaiting trial.)*

The defendant shall report in a sober condition to begin serving his term on: Day ______ Date ______ Hour ______ ☐ AM ☐ PM and shall remain in custody until: Day ______ Date ______ Hour ______ ☐ AM ☐ PM

☐ The defendant shall again report in a sober condition to continue serving this term on the same day of the week for the next ______ consecutive weeks, and shall remain in custody during the same hours each week.

### MONETARY CONDITIONS

The defendant shall pay to the Clerk of Superior Court the "Total Amount Due" shown below, plus the probation supervision fee set by law ☐ pursuant to a schedule determined by the probation officer. ☒ at the rate of $ 45.00 per month, beginning on 8-15-88 and continuing on the same day of each month thereafter until paid in full. ☐ other:

| Fine | Costs | Restitution * | Attorney's Fee | Community Service Fee | Total Amount Due |
|---|---|---|---|---|---|
| $ 200.00 | $ 105.00 | $ | $ 400.00 | $ | $ 705.00 |

*The name(s) and address(es) and amount(s) due the person(s) to receive this restitution are:

A TRUE COPY
CLERK OF SUPERIOR COURT
ORANGE COUNTY
BY ______ Assistant Deputy, Clerk Superior Court

☐ All payments received by the Clerk shall first be disbursed pro rata among the persons entitled to restitution.
☐ Upon payment of the "Total Amount Due", the probation officer may transfer the defendant to unsupervised probation.



Material opposite unmarked squares is to be disregarded as surplusage.

008700

## REGULAR CONDITIONS OF PROBATION – G.S. 15A-1343(b)

The defendant shall: 1. Commit no criminal offense in any jurisdiction. 2. Possess no firearm, explosive device or other deadly weapon listed in G.S. 14-269. 3. Remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training that will equip him for suitable employment. 4. Satisfy child support and family obligations, as required by the Court.

If the defendant is on supervised probation, he shall also: 5. Remain within the jurisdiction of the Court unless granted written permission to leave by the Court or his probation officer. 6. Report as directed by the Court or his probation officer to the officer at reasonable times and places and in a reasonable manner, permit the officer to visit him at reasonable times, answer all reasonable inquiries by the officer and obtain prior approval from the officer for, and notify the officer of, any change in address or employment. 7. Notify the probation officer if he fails to obtain or retain satisfactory employment. 8. At a time to be designated by his probation officer, visit with his probation officer a facility maintained by the Division of Prisons.

If the defendant is to serve an active sentence as a condition of special probation, he shall also: 9. Obey the rules and regulations of the Department of Correction governing the conduct of inmates while imprisoned. 10. Report to a probation officer in the State of North Carolina within 72 hours of his discharge from the active term of imprisonment.

## SPECIAL CONDITIONS OF PROBATION – G.S. 15A-1343(b1),143B-262(c)

The defendant shall also comply with the following special conditions which the Court finds are reasonably related to his rehabilitation:

☐ 11. Surrender his driver's license to the Clerk of Superior Court for transmittal to the Division of Motor Vehicles and not operate a motor vehicle for a period of __________ or until relicensed by the Division of Motor Vehicles, whichever is later.

☐ 12. Submit at reasonable times to warrantless searches by a probation officer of his person, and of his vehicle and premises while he is present, for the following purposes which are reasonably related to his probation supervision: ☐ stolen goods ☐ controlled substances ☐ contraband ☐ ______________________.

☐ 13. Not use, possess or control any illegal drug or controlled substance unless it has been prescribed for him by a licensed physician and is in the original container with the prescription number affixed on it; not knowingly associate with any known or previously convicted users, possessors or sellers of any illegal drugs or controlled substances; and not knowingly be present at or frequent any place where illegal drugs or controlled substances are sold, kept or used.

☐ 14. Supply a breath, urine and/or blood specimen for analysis of the possible presence of a prohibited drug or alcohol, when instructed by his probation officer, and pay the cost of that analysis.

☐ 15. Successfully pass the General Education Development Test (G.E.D.) during the first ____ months of the period of probation.

☐ 16. Complete __________ hours of community or reparation service during the first ______ days of the period of probation, as directed by the community service coordinator and pay the fee prescribed by G.S. 143B-475.1(b) ☐ pursuant to the schedule set out under monetary conditions above. ☐ within _______ days of this Judgment and before beginning service.

☐ 17. Report for initial evaluation by ______________________________, participate in all further evaluation, counseling, treatment or education programs recommended as a result of that evaluation, and comply with all other therapeutic requirements of those programs until discharged.

☒ 18. Other: Defendant not be in presence of or contact the victim Christa Pike or go about her residence or the school bus upon which she travels to or from school; 2:not go within 100 yards of any school in Ornage County; 3:That he not be in the presence of any child under the age of 16 yrs without the child's parents consent or unless the child is with a relative. 4: He not represent himself to be a law enforcement officer or that he is in training to do so.5: He receive mental health counseling as directed by the Probation Officer and comply with any recommendation made about his mental health.

☐ 19. Comply with the Additional Special Conditions Of Probation which are set forth on AOC-CR-302, Page Two.

☐ A hearing was held in open court in the presence of the defendant at which time a fee, including expenses, was awarded the defendant's appointed counsel or assigned public defender.

## ORDER OF COMMITMENT/APPEAL ENTRIES

☐ It is ORDERED that the Clerk deliver three certified copies of this Judgment and Commitment to the Sheriff or other qualified officer and that the officer cause the defendant to be delivered with these copies to the custody of the agency named on the reverse to serve the sentence imposed or until he shall have complied with the conditions of release pending appeal.

☐ The defendant gives notice of appeal from the judgment of the District Court to the Superior Court. The current pretrial release order shall remain in effect. ☐ except that:

☐ The defendant gives notice of appeal from the judgment of the Superior Court to the Appellate Division. Appeal entries and any conditions of post conviction release are set forth on Form AOC-CR-350.

## SIGNATURE OF JUDGE

| Date | Name Of Presiding Judge(Type Or Print) | Signature Of Presiding Judge |
|---|---|---|
| 7-6-88 | Robert Farmer | [signature] |

## CERTIFICATION

I certify that this Judgment Suspending Sentence and Commitment with the attachment(s) marked below is a true copy of the original.

☐ Judgment Suspending Sentence, Page Two [Additional Special Conditions Of Probation (AOC-CR-302, Page Two)]

☐ Findings Of Factors In Aggravation And Mitigation Of Punishment (AOC-CR-303)

| Date of Certification | Date Certified Copies Delivered To Sheriff | Signature And Seal |
|---|---|---|
| | | A TRUE COPY BY [signature] Assistant Deputy, Clerk Superior Court |
| | | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |

**NOTE:** *Defendant signs the following statement in all cases except unsupervised probation without community or reparation service.*

I have received a copy of this Judgment which contains all of the conditions of my probation and I agree to them. I understand that no person who supervises me or for whom I work while performing community or reparation service is liable to me for any loss or damage which I may sustain unless my injury is caused by that person's gross negligence or intentional wrongdoing.

| Date Signed | Signature Of Defendant | Witnessed By: |
|---|---|---|
| 7-8-88 | Clyde DAVIS | [signature] |

 Material opposite unmarked squares is to be disregarded as surplusage.

008701

**STATE OF NORTH CAROLINA**
In The General Court of Justice
Superior Court Division

Orange County

File No.

87 CrS 7329

File No.

STATE VERSUS

Defendant

CLAUDE LINWOOD DAVIS

# INFORMATION

G.S. 15A-644

| Date of Offense | Offense in violation of G.S. |
|---|---|
| November 3, 1987 | 14-202.1; 14-33 |

Offense

Taking Indecent Liberties with a child; Assault on a child under 12 years ol

I, the undersigned prosecutor, upon information and belief allege that on or about the date of offense shown and in the County indicated above, the defendant named above unlawfully, willfully and feloniously did commit and atten to take immoral, improper and indecent liberties with Christa G. Pike, who was under the age of 16 years at the time, for the purpose of arousing and gratifying sexual desire. At the time, the defendant was over 16 years of age and at least five years older than that child.

and that on or about the date of offense shown and in the County indicated above, the defendant named above unlawfully and willfully did assault Christa G. Pike, a child who was under the age of 12 years by touching her inside and outside her pants near her private parts.

Signature of Prosecutor

[signature]

A TRUE COPY
CLERK OF SUPERIOR COURT
ORANGE COUNTY
BY Mary Leath
Assistant Deputy, Clerk Superior Court

## WAIVER

I, the undersigned defendant, waive the finding and return into Court of a Bill of Indictment and agree that the case may be tried upon the above information.

Date
JULY 6, 1988

Signature
CLAUDE DAVIS

Signature of Attorney for Defendant
[signature]

AOC-CR-123
Rev. 8/83

UNC Hospital Records

Due to the size and/or nature of this exhibit, it shall be sent under separate cover to the Criminal Court of Appeals.

EXHIBIT NO. 6

Identified and made a part of the record this 2nd day of February, 2009.

JUDGE

008703

UNC HOSPITALS

State of North Carolina

County of Orange

## CERTIFICATION

TO: STATE OF TENNESSEE OFFICE OF THE POST-CONVICTION DEFENDER

This is to certify that the attached documents are true and exact copies of the original patient care record from University of North Carolina Hospitals medical records of Christa Pike for date of service 01/14/04. This record was made and kept in the regular course of business and was recorded by persons having knowledge of the information set forth.

By: Linda Molter, RHIT

Linda Molter

Assistant Director, Medical Information Management

Sworn to and subscribed before me
This 17TH day of November, 2006

SHEENA Y. FORD

Sheena Y. Ford

My commission expires 7/25/2010

SHEENA Y. FORD NOTARY PUBLIC ORANGE COUNTY, N.C.

FILED (23)
APR 07 2009
Clerk of the Courts
Rec'd by

STATE OF TENNESSEE VS. CHRISTA PIKE
CASE NO. 68280 EXHIBIT NO. 6
DATE 1-29-07 ID ___ Evd ✓
PCR

008704

CASE NO. PATIENT'S NAME

| DATE MO. DAY YR. | SUBSEQUENT VISITS AND FINDINGS |
|---|---|
| | DATE 6-24-87 T 97.7 P R NKDA |
| | B/P HT 52½ WT 61¾ AGE 11 3/12 Cough syrup c codeine |
| | c/o often nose bleeds |
| | usually daily |
| | (S) By hx has a bleeding problem |
| | ? Von Willebrand's disease? |
| | [illegible] |
| | Tx X2 |
| | (O) HEENT ⇒ [illegible] |
| | [illegible] No blood in nares |
| | or phlegm. No HSM |
| | nasal septum [illegible] |
| | pulse 80-90. |
| | (A) (1) BCM [illegible] |
| | (2) ? Von Willebrand's disease |
| | (P) (1) [illegible] |
| | (2) Dimetapp elixir [illegible] |
| | (3) CBC pt - ptt, CBC (a) |
| | Prothrombin Time & PTT |
| | Avoid SALICYLATES |
| | Rtn 2 wks [illegible] |
| 10-26-87 | Chart review - need immunization record - [illegible] |

CASE No. ______ PATIENT'S NAME Pike, Christa 008705 73-12

| DATE MO. DAY YR. | SUBSEQUENT VISITS AND FINDINGS |
|---|---|
| 6/29/87 | Telephone consult with Dr. Ken. Starling of Charleston Area Medical Center (1-347-1342) |
| | (A) Very rare to have Factor VII def. (most likely abnormality of ↑ PT and Normal PTT) |
| | (P) (1) Repeat PT and PTT (be sure no use of antihistamines or ASA prior) |
| | (2) Need bleeding time |
| | (3) Send for records. |
| | (4) Refer if studies confirmed. |
| | (5) If Bleeding Time ↑ then get Factor VIII |
| | ? need HTLV III |
| | [signature] |
| | DATE 7/10/87 T ___ P ___ R ___ NKDA, No Meds |
| | B/P 110/70 HT ___ WT 61½ AGE 11 4/12 yrs. |
| | (S) For F/U. Still c̄ hacking cough, worse @ night. [illegible] cough during the night. [illegible] |
| | (C) [illegible] |
| | (A) (1) Bronchitis, URI, (or) allergic rhinitis |
| | (2) Bleeding disorder |
| | (P) (1) Erythromycin 200 [illegible] tsp ī tid x 10 d; [illegible] tsp ī qid |
| | (2) (1) Rev PT & PTT |
| | (2) Send for all records. |
| | (3) Schedule for bleeding time if it was not done according to previous records |
| | (4) HTLV screen. |
| | Rev 1 month. [signature] |

**THE NORTH CAROLINA MEMORIAL HOSPITAL** • CHAPEL HILL, N.C. 27514

**ADMISSION REGISTRATION FORM**

PATIENT NAME (LAST, FIRST, MIDDLE) AND ADDRESS

008706

MED. REC. NO. | PT. ACCT. NO.

ROOM NO. | SERVICE | PT. PHONE NO.

SEX | RACE | COUNTY | SOC. SEC. NO. | CREDIT | HOUR | ADM. DATE | DISCH. DATE | PT. OCC. | RELIGION | DATE OF BIRTH | AGE

THPL. | MS | SPOUSE'S NAME | ASSISTANCE INDICATOR | 3RD PARTY MESSAGE

FATHER'S NAME (LAST, FIRST)

REFERRING PHYSICIAN NAME, ADDRESS, PHONE | CODE

MOTHER'S NAME (MAIDEN, FIRST)

PHONE

NOTIFY IN EMERGENCY | RELATION

FAMILY PHYSICIAN NAME, ADDRESS, PHONE | CODE

Salter, Stetson

PHONE

ATTENDING PHYSICIAN

GUARANTOR NAME, ADDRESS | NO.

ADMITTING DIAGNOSIS

PT. OCCUPATION | REL. | SRCE CODE | READM CODE | TRANSF. HOSP. | OCC. CD. | INCOME | PRE-CERT NO. & FLAGS | #DEP | FIN. CL. | ENTERED BY

ARRANGEMENTS

**FINAL DIAGNOSIS**
ALWAYS LIST PRINCIPAL DIAGNOSIS FIRST

ICD-9-CM CODE

**PROCEDURES**
ALWAYS LIST PRINCIPAL PROCEDURE FIRST

OPERATIVE NOTE (IF APPLICABLE)

DICTATED BY DR.__________ HOUSE STAFF__________

DISCHARGE SUMMARY

ATTENDING__________

DICTATED BY DR.__________ DATE__________

THE NORTH CAROLINA MEMORIAL HOSPITAL CHAPEL HILL, N.C. 27514 — ADMISSION REGISTRATION FORM

008707

**PATIENT NAME (LAST, FIRST, MIDDLE) AND ADDRESS**
PIKE ,CHRISTA G GAIL
107 WEST HILL AVE
HILLSBOROUGH NC 27278

**MED. REC. NO.** 76-12-35 6
**PT. ACCT. NO.** 7312354400
**ROOM NO.** OPD
**SERVICE** PDI
**PT. PHONE NO.** 919 732-6463

TUBE STATION 000

| SEX | RACE | COUNTY | SOC. SEC. NO. | CREDIT | HOUR | ADM. DATE | DISCH. DATE | PT. OCC. | RELIGION | DATE OF BIRTH | AGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| F | 1 | 68 | 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 | 5 | 11:31 | 08/01/87 | / / | 96 | PRO | 03/10/197 | 1 |

| BIRTHPL. | MS | SPOUSE'S NAME | ASSISTANCE INDICATOR | 3RD PARTY MESSAGE |
|---|---|---|---|---|
| 149 | S | | | |

**FATHER'S NAME (LAST, FIRST)**
PIKE EMIL G

**MOTHER'S NAME (MAIDEN, FIRST)** FOTOS
THOMPSON DIV CARISSA

**NOTIFY IN EMERGENCY** **RELATION** 7
JOHNSON FAYE
TAR HEEL MANOR
CARRBORO NC 27510
**PHONE** 919-942-8607

**REFERRING PHYSICIAN NAME, ADDRESS, PHONE** **CODE** 94512
PEACOCK EARL EWART
109 CONNER DR
**PHONE**
CHAPEL HILL NC 27514

**FAMILY PHYSICIAN NAME, ADDRESS, PHONE** **CODE** 00007
HILLSBOROUGH FAMILY MED CTR
Eatter, Stetson
**PHONE**
HILLSBOROUGH NC 27278

**ATTENDING PHYSICIAN**
451278 MARGOLIS ,PETER A

**ADMITTING DIAGNOSIS**

**GUARANTOR NAME, ADDRESS** **NO.**
FOTOS ,CLARISSA J
RT 9 BOX 78B
BEAVER NC 27514 919-490-2162

| PT. OCCUPATION | REL. | SRCE CODE | READM CODE | TRANSF. HOSP. | OCC. CD. | INCOME | PRE-CERT NO. & FLAGS | #DEP | FIN. CL. | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|
| MINOR | 2 | | | | 20 | 4 | | 02 | C F | RGC JDR |

**ARRANGEMENTS**

513 PACIFIC MUTUAL 513 POLICY 236843239

008708

**RECORD SHEET**

**The NORTH CAROLINA MEMORIAL HOSPITAL**
**UNIVERSITY OF NORTH CAROLINA**
**CHAPEL HILL, NORTH CAROLINA**

MR 73-12-35 8 6
PIKE, CHRISTA G
DOB 03/10/1976 F 1
73123504000

**Patient** **Unit No.** PD1 **Location** 090288

| Date and Signature | PED. CONTINUITY |
|---|---|
| SEP 02 1988 | 12 ½ yo WF presents today for further w/u + eval of a |
| wt 31.5 kg 5TH % | possible syncopal episode 5 wks ago on 7/25/88. Christa was @ |
| ht 142.7 cm 5TH % | friend's house in Alamance Co. (was staying overnight). On night of 7/24, noted |
| B/P 90/50 | that she was dizzy but no further sx. The following AM while still in bed, she states |
| | that she was dizzy + had ant. sternal chest pain ("felt like my chest was pushing in"); |
| | was SOB + passed out - according to friend's mother - stopped breathing + required |
| | mouth to mouth breaths by friend's mother. Brought by ambulance to Alamance Co. |
| | ER - felt better c O2 in ambulance + nl by arrival. Physicians there felt she |
| | was hyperventilating - felt episode 2° to that. ? mitral valve prolapse c click on PE raised @ that time. Seen in screening clinic here 8/18 for (L) breast |
| | lump → breast bud on exam. Cardiac exam @ that time nl s mitral click. |
| | PMH - 1) ? Mother reports pt. has Factor VIII deficiency - however had |
| | nl PT/PTT (12.1 / 27.3) on 7/10/87. HIV also neg 7/10 |
| | 2) Tonsillectomy @ 7 yo - hemorrhage p op + received transfusions |
| | 3) Hx frequent coughs + URI x 1 yr. HIV testing noted above done |
| | b/c of flu syndrome + hx transfusions. |
| | 4) BIRTH Hx - 7 month premature - RDS - on ventilator x 7 d p birth. |
| | MEDS - none MENSTRUAL Hx - no menarche as yet |
| | ALLERGIES - NKDA x ? have not used ASA 2° to ? hx blood dyscrasia |
| | FAMILY Hx - (+) von Willebrand's in Mother |
| | +/SOCIAL Hx - Last Fall, Christa going out to get mail when an adult ♂ - |
| | stranger to her, ran after + grabbed @ her → Christa yelled for her mother |
| | + ran back toward her trailer, man apparently stopped pursuing before |

| Date and Signature | |
|---|---|
| | raided trailer - Incident investigated by police - Individual prosecuted - |
| | apparently now on parole. After this episode (occurred in Chapel Hill) - pt. |
| | left Chapel Hill to stay with her father in Beaver WVa. Has just |
| | recently returned (6/88) to live c̄ her mother in Chapel Hill. |
| | She started 6th grade - 1½ wks ago. |
| | |
| | PHYSICAL EXAM: BP 90/50 WT 31.5 kg (5th %tile) HT 142.7 (5th %tile) |
| | Pleasant, interactive young adolescent W♀ |
| | HEENT - NC/AT, PERRLA, EOMI, fundi - disc margins somewhat diffuse - sharper |
| | laterally than medially & (+) venous pulsations present bilaterally. |
| | TM's - clear, nl LR bilat - Oropharynx clear. NECK - supple s̄ adenopathy |
| | or masses. CHEST - clear to auscultation. CV - RRR s̄ (m), nl $S_1$, |
| | $S_2$ physiol split, no mitral valve click detected. |
| | ABD - soft, NT, nl BS, ∅ HSM or masses. GU - nl ♀ ext genitalia. |
| | Tanner stage 2. EXT - ∅c/c/e. periph pulses 2+. full ROM |
| | NEURO - MS intact. CN II-XII intact. Sensory intact. Motor - nl bulk, |
| | tone, strength 5/5 throughout. Cerebellar - nl finger to nose, rapid |
| | alternating mvmts. GAIT - nl.  no ankle clonus |
| ASSESS. | - 12½ yo WF c̄ hx possible syncopal episode. |
| PLAN | (1) Possible syncopal episode - Possible etiol - A) Cardiac - no mitral valve click |
| | today, will follow exam B) Neuro - ? possible sz - nl neuro exam today → Cont to follow |
| | for further episodes. C) Hyperventilation - gave instructions to mother + pt. if recurs (breath |
| | into bag etc.) D) Conversion rxn - possible c̄ hx of assault + now recent return to |
| | Chapel Hill where incident occurred → will follow, cont open discussion. |
| | (2) Heme - ? hx factor VII defic but c̄ nl PT/PTT 7/87 → discuss c̄ Heme. |
| | (3) Hx chronic cough + URI - follow c̄ interest for possible reactive airways. |
| | (4) F/U - RTC to continuity clinic - D. BARNES in 2 months. D. Barnes MD |
| | Patient seen & case & plan discussed [illegible] |

GIRLS: PREPUBESCENT
# PHYSICAL GROWTH NCHS PERCENTILES*

NAME PIKE, CHRISTA 008710 RECORD # 73-12-358

| DATE | AGE | STATURE | WEIGHT | COMMENT |
|---|---|---|---|---|
| | | | | |




*Adapted from: Hamill PVV, Drizd TA, Johnson CL, Reed RB, Roche AF, Moore WM: Physical growth: National Center for Health Statistics percentiles. AM J CLIN NUTR 32:607-629, 1979. Data from the National Center for Health Statistics (NCHS), Hyattsville, Maryland.

© 1982 Ross Laboratories

**SIMILAC®** Infant Formulas *in vivo* performance closest to mother's milk

**ISOMIL®** Soy Protein Formulas When the baby can't take milk

**ADVANCE®** Nutritional Beverage With Iron Instead of 2% lowfat milk

ROSS LABORATORIES COLUMBUS, OHIO 43216 DIVISION OF ABBOTT LABORATORIES, USA

ROSS

G108(0.05)/JANUARY 1986

LITHO IN USA

GIRLS: 2 TO 18 YEARS
PHYSICAL GROWTH
NCHS PERCENTILES*

NAME PIKE 008711, CHRISTA RECORD # 73-12-358

Ross Growth & Development Program

MOTHER'S STATURE ______ FATHER'S STATURE ______

| DATE | AGE | STATURE | WEIGHT | COMMENT |
|---|---|---|---|---|
| | | | | |




*Adapted from: Hamill PVV, Drizd TA, Johnson CL, Reed RB, Roche AF, Moore WM: Physical growth: National Center for Health Statistics percentiles. AM J CLIN NUTR 32:607-629, 1979. Data from the National Center for Health Statistics (NCHS), Hyattsville, Maryland.

© 1982 Ross Laboratories

008712

MR 73-17-35 [illegible]
PIKE, CHRISTA [illegible]
[illegible]

P02 081888

**The NORTH CAROLINA MEMORIAL HOSPITAL**
**UNIVERSITY OF NORTH CAROLINA**
**CHAPEL HILL, NORTH CAROLINA**

## PEDIATRIC SCREENING CLINIC RECORD SHEET

| Date and Time | |
|---|---|
| 8-18-88 | wt. 31.7 kg temp. 36.5 BP P Resp. |
| 1145 A | Usual Source of Medical Care: prev Dr J. Smith NCMH West Virginia  Usual Source of Immunizations: |
| | Allergies: Aspirin: Has blood dyscrasia |
| | Present Meds: none |
| | Reason for Visit: 12 yr w ♀ brought in by Mom who says Child has lump in (L) breast area. Says its tender & hurts to touch. ? its moveable. Has not started menstrual period. |
| 7/25/88 | Had respiratory distress 2 wks ago, had to be resuscitated at Alamance Co. hospital. 228-1371 Mayo |
| | Mom has von Willebrand's disease; dtr. lacks Factor VII — had hemorrhaged w/ tonsillectomy. Has had significant nosebleeds but no other probs. |
| *did HIV testing 1987 b/o the syndrome and hx transfusions | Comes in today b/o (L) "breast lump". Has appt w/ Dr Smith in 2 wks but "couldn't wait". |
| HIV ⊖ | Said became dizzy & SOB while playing outside 7.25. Ambulance said "weak while playing → ? passed out momentarily → hyperventilated" chest pain x one day — In ER noted to be hyperventilating; ? Mitral valve prolapse. Breathed into bag, w/ resolution. |
| PE | Alert, healthy child in NAD |
| | Lungs clear  Cor: No mitral valve click. No (m)  S1 S2 w/ nl split |
| | Breasts: ∅ (R) (no breast bud)  (L) small breast bud 1x1½ cm |
| | No axillary hair, few strands sparse pubic hair |
| A/P | Early puberty w/ asymmetric breast buds, WNL |
| | Keep F/u appt as scheduled w/ Dr Smith |

/Lannon

HD 3619 - Rev 6/83

008713

**RECORD SHEET**

The NORTH CAROLINA MEMORIAL HOSPITAL
UNIVERSITY OF NORTH CAROLINA
CHAPEL HILL, NORTH CAROLINA

| Patient | PIKE, Christa G. | Unit No. | 73-12-35 | Location | Outpatient Child Psychiatry |
|---|---|---|---|---|---|

| Date and Signature | |
|---|---|
| 5/30/89 | Psychiatry Eval |
| | Depressed ♀ adol 6th grade [illegible] |
| | brought by mother for acad failure + |
| | suicidal ideas and gesture. |
| | Not actively suicidal but very |
| | difficult to make contact with. |
| | Not psychotic but seems angry |
| | Substance Abuse denied & no evidence. |
| | Ass: Suspect Major Depression - Prob Adj reaction |
| | Rec: Weekly Ψ Rx |
| | Consider Med (TCA?) |
| | School Contact |
| | [signature] |

**COMPREHENSIVE REPORT**

**COMPREHENSIVE HEMOPHILIA CENTER**

**CHRISTA G. PIKE**
**UNCH #73-12-35 8**
**DATE OF VISIT: 07/09/90**

This is the first visit to the Comprehensive Hemophilia Center of this fourteen year, four month old white female from Hillsborough, North Carolina. The purpose of this visit was to evaluate the possible diagnosis of von Willebrand's Disease in her case.

MEDICAL: There are two reasons for suspecting the possibility of von Willebrand's Disease in this patient. First, there is a history of von Willebrand's Disease on the maternal side of the family although no details are available and specifically the mother has neither been tested nor has she had clinical evidence of a bleeding tendency. Second, the patient had significant bleeding after tonsillectomy and adenoidectomy in 1983 at the age of seven which required a single blood transfusion. Otherwise the history in her case is benign and specifically she has had no problems with nosebleeds and her menstrual periods have been normal. The specific reason for evaluation at this time is that the patient needs cosmetic facial surgery following effects of an automobile accident earlier this year.

PHYSICAL EXAMINATION: Weight 41.7 kg., height 147 cm. and blood pressure 104/60 in the sitting position. Physical examination was entirely within normal limits and specifically there were no abnormal bruises nor enlargement of liver, spleen or lymph nodes.

LABORATORY DATA: Coagulation studies were uniformally normal with specific results as follows: prothrombin time 11.7 seconds, activated partial thrombo plastin time 30.7 seconds, thrombin clotting time 10.2 seconds, factor VIII coagulant activity 110%, von Willebrand factor antigen 98%, and von Willebrand factor activity as ristocetin cofactor activity was 104%. Routine blood counts showed the following results: hemoglobin 14.0 gm/dl, hematocrit 41%, wbc 7,000 with a completely normal differential including an absolute neutrophil count of 3,700 and an absolute lymphocyte count of 2,300 and the platelet count was 280,000.

ORTHOPEDICS, PSYCHOSOCIAL, and DENTAL: These components of the Comprehensive Hemophilia Center were deferred since the purpose of this visit was a diagnosis work-up.

IMPRESSION: Normal hemostasis without evidence of von Willebrand's Disease or any other disorder. The bleeding that the patient had post TNA is believed to be related to imcomplete surgical hemostasis rather than to an underlyingbleeding tendency.

PLAN: The patient will be discharged from the Comprehensive Hemophilia Center and reports on this visit will be sent to the following persons: her mother, her surgeon, Dr. Erle Peacock of Chapel Hill, and her primary care physician, Drs. Jane Satter and Margaret Ann Stetson of Hillsborough.

Campbell W. McMillan

*Campbell W. McMillan, M.D.*
*Professor of Pediatrics*

*CWM/th*

008715

**RECORD SHEET**

**The North Carolina Memorial Hospital**
**University of North Carolina**
**Chapel Hill, North Carolina**

MR 73-12-35 8 6
PIKE ,CHRISTA G
DOB 03/10/1976 F 1
73123504000

MD 4 070990

CLINIC 140 - Hemophilia 58 92

| DATE: | Ht. | Wt. | Temp. | BP | P | Time | Room |
|---|---|---|---|---|---|---|---|
| 7/9/90 | 147 | 41.7 | 36.7 | 104/60 | 72 | | |

☐ NO DISABILITY
☐ PERMANENTLY DISABLED OR PATIENT DISABLED FROM ________ TO ________ PATIENT CAN RESUME REGULAR WORK ON ________ ☐ FULL-TIME ☐ PART-TIME

M Wilkinson

Child examined in clinic. See dictated notes for details of findings, impressions, and plan.
Campbell W. McMillan MD

HD 2014 Rev 9/86

LABORATORY MEDICINE
The North Carolina Memorial Hospital
University of North Carolina
Chapel Hill, North Carolina 27514

PATIENT: FIKE/CHRISTA GAIL
008716
AGE: 14 SEX: F
PHYSICIAN: MCMILLAN/CAM 45212

OUTPATIENT LOCATION: MD4 TIME: 0302

--------------------------------
------------------ VONWILLEBRAND'S FACTOR PROFILE ------------------
--------------------------------

| | F VIII:RAG | F VIII:VWF |
|---|---|---|
| NORMALS | 71-210 | 71-160 |
| UNITS | % NORMAL | % NORMAL |
| DATE TIME | | |
| 7/09 1030 | 96 | 104 |

PERMANENT LABORATORY REPORT
DO NOT REMOVE FROM CHART

LABORATORY MEDICINE

The North Carolina Memorial Hospital
University of North Carolina
Chapel Hill, North Carolina 27514

UNIT NO: [illegible] [illegible] PAGE [illegible]
PATIENT: PIKE,CHRISTA GAIL
008717
AGE: 14 SEX: F
PHYSICIAN: MCMILLAN,CAM 45212

OUTPATIENT LOCATION: MD4 TIME: 0308

## COAGULANT ACTIVITIES

| | F VIII |
|---|---|
| NORMALS | 60-150 |
| UNITS | % NORM |
| DATE TIME | |
| 7/09 1030 | 119 |

## VONWILLEBRAND'S FACTOR PROFILE

| | F VIII:RAG | F VIII:VWF |
|---|---|---|
| NORMALS | 71-210 | 71-160 |
| UNITS | % NORMAL | % NORMAL |
| DATE TIME | | |
| 7/09 1030 | T/F | T/F |

**PERMANENT LABORATORY REPORT**

**DO NOT REMOVE FROM CHART**

LABORATORY MEDICINE

The North Carolina Memorial Hospital
University of North Carolina
Chapel Hill, North Carolina 27514

UNIT NO.: [illegible]

008718

PATIENT: PIKE, CHRISTA GAIL
AGE: 14 SEX: F
PHYSICIAN: MCMILLAN, CAM 45212

OUTPATIENT LOCATION: MD4 TIME: 0325

## ANALYTICAL HEMATOLOGY

| | WBC | RBC | HGB | HCT | MCV | MCHC | RDW | PLATELETS |
|---|---|---|---|---|---|---|---|---|
| NORMALS | 4-12 | 4.0-5.2 | 12.3-15.7 | 35-47 | 81-97 | 32-36 | 12.0-15.0 | 150-440 |
| UNITS | $X10^{9}/L$ | $X10^{12}/L$ | G/DL | % | FL | G/DL | % | $X10^{9}/L$ |
| DATE TIME | | | | | | | | |
| 7/09 1030 | 7.0 | 4.72 | 14.0 | 41. | 87. | 34. | 12.1 | 230 |

## DIFFERENTIAL

| | WBC | NEUT | LYMPH | MONO | EOS | BASO | LUC |
|---|---|---|---|---|---|---|---|
| NORMALS | 4-12 | ABSL | ABSL | ABSL | ABSL | ABSL | 0-4 |
| UNITS | $X10^{9}/L$ | $X10^{9}/L$ | $X10^{9}/L$ | $X10^{9}/L$ | $X10^{9}/L$ | $X10^{9}/L$ | % |
| DATE TIME | | | | | | | |
| 7/09 1030 | 7.0 | 3.7 | 2.3 | 0.5 | 0.2 | 0.1 | 3. |

## COAGULATION SCREENS

| | PT | APTT | TCT |
|---|---|---|---|
| NORMALS | 10.0-13.0 | 23.1-34.5 | 9.8-14.0 |
| UNITS | SECONDS | SECONDS | SECONDS |
| DATE TIME | | | |
| 7/09 1030 | 11.7 | 30.7 | 10.2 |

## COAGULANT ACTIVITIES

| | F VIII |
|---|---|
| NORMALS | 60-150 |
| UNITS | % NORM |
| DATE TIME | |
| 7/09 1030 | T/F |

(PATIENT REPORT CONTINUED ON PAGE: 2)

**PERMANENT LABORATORY REPORT**

**DO NOT REMOVE FROM CHART**

LABORATORY MEDICINE

The North Carolina Memorial Hospital
University of North Carolina
Chapel Hill, North Carolina 27514



008719

PATIENT: PIKE,CHRISTA GAIL
AGE: 14 SEX: F
PHYSICIAN: MCMILLAN,CAM 45212

OUTPATIENT LOCATION: MD4 TIME: 0325 (CONTINUED)

## VONWILLEBRAND'S FACTOR PROFILE

| | F VIII:RAG | F VIII:VWF |
|---|---|---|
| NORMALS | 71-210 | 71-160 |
| UNITS | % NORMAL | % NORMAL |
| DATE TIME | | |
| 7/09 1030 | T/F | T/F |

PERMANENT LABORATORY REPORT
DO NOT REMOVE FROM CHART

Chapel Hill, NC 27514

**EMERGENCY DEPARTMENT RECORD** ED # (11) 008720

| Date | Time In | Med Rec. No: | Pt. Acct. No. |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] |

| Name - Last | First | Middle | DOB | Age | Sex | Race | New | Brought By/Name |
|---|---|---|---|---|---|---|---|---|
| PIKE | CHRISTA G | | 03/10/76 | 17 | F | [illegible] | | Carrboro PD |

| Address - Street/Apt. No. | City | CO | ST | ZIP | Pt. Phone | Other Phone |
|---|---|---|---|---|---|---|
| 7828 TOM POPE LOOP | CEDAR GROVE | 68 | NC | 27231 | 919-644-7305 | 919-999-9999 |

| Chief Complaint | Accident Type | Date of Onset | Time | UNC Physician | Local Physician | ☐ EH ☐ UN |
|---|---|---|---|---|---|---|
| 7273 | | / / | | SELF-REFERRAL | HILLSBOROUGH | |

| Insurance | ED Physician | SVC Code | Disposition | DX Code | Chart Info | Visit Proc. | Initial |
|---|---|---|---|---|---|---|---|
| PACIFIC MUTUAL | Mears | E | F/U c Health Dept | | [illegible] | | |

GCS ______ Trauma Score ______

VS: TEMP ______ BP ______ P ______ RR ______ WT ______

Time :

17 yo WF c alleged sexual assault just PTA. Details of event & assailant per nursing & police reports. Pt states she is on period. Assailant pulled out tampon & entered her vaginally 2 or 3 times. Does not feel he ejaculated? ∅ oral ∅ anal sex.
Pt just starting BCPs



Exam - HEENT no evidence of injury
Neck supple
COR RR
Lungs CTA - ⊕ Abrasion sternal area
Abd nontender No lesions
Gen - Blood in vault
Woods lamp Neg
No secretions otherwise noted
∅ vaginal lesions
min bruising inner thigh on Ⓡ
Ext bruise Ⓡ med knee
Abrasion Ⓛ Ant tib area
Neuro AAO distressed

Labs

ICON ⊖

X-ray

ECG

Tetanus ______ IV ______
Central Line (Site) ______
A-line ☐ CPR ☐
Intubation: Oral Trachial ☐ NT ☐
DPL ☐
Splinting ______

Procedures/Therapeutic Results:

Time Amox
Probenecid
Doxy
Ovral
Counselled for HIV testing later.

Attending Note:

Time :
Rape Kit Completed

Laceration(s) Site ______
Prep ______
Anest ______
Length ______
Layer(s) ______
Foreign Body Y ☐ N ☐

Chief Complaint/Diagnostic Impression(s)

Alleged Rape

Consultants/Primary Medical Doctor

Name 1. ______ Service ______ Time __ : __
2. ______ ______ __ : __

Disposition: Home ✓ AMA __ *LBEC __ Admit __ Law Enforcement __ **NH __
Condition on Discharge: Fair
Discharge Time: 0410

*Left before evaluation complete **Nursing Home

Examining Physician / ID #: Attending Signature / ID #: [signature] Mears

Evaluation & Management Level
☐ EMS Direction
☐ CAC Direction
☐ V ☒ IV ☐ III ☐ II ☐ I
☐ Critical Care
☐ Hospital Observation
☐ I ☐ II ☐ III

PHYSICIAN RECORD - CHART

**UNIVERSITY OF NORTH CAROLINA HOSPITALS CHAPEL HILL, NORTH CAROLINA**

## UNIVERSITY OF NORTH CAROLINA HOSPITALS

## AUTHORIZATION FOR TREATMENT, EXAMINATION, COLLECTION AND RELEASE OF EVIDENCE AND INFORMATION

I, CHRISTA PIKE, consent to voluntarily request DR G MEARS M.D., his/her medical and nursing assistants and associates to conduct an examination to collect evidence concerning an alleged sexual assault. This procedure has been fully explained to me and I understand that this examination will include test for the presence of sperm and venereal disease, as well as clinical observation for physical evidence of penetration or injury to my person, or both, and the collection of other specimens and blood samples of laboratory analysis.

I fully understand the nature of the examination and the fact that medical information gathered by this means may be used as evidence in a court of law or in connection with enforcement of public health rules and law.

I do ✓ do not ____ authorize the hospital and its agents to release the laboratory specimens, medical records and related information pertinent to this incident including any photographs authorized above, to the appropriate law enforcement officials, and I herewith release and hold harmless the hospital and its agent from any and all liability and claims of injury whatsoever which may in any manner result from the release of such information.

SIGNED: Christa Pike

WITNESS: Kavanagh DATE Jan 14/94 TIME: 0240

ADDRESS: 7828 Tom Pope Loop Rd Cedar Grove NC 27231

PARENT OR GUARDIAN (IF APPLICABLE): ____________________

ADDRESS: ____________________

*HD 4367 - 8/90*

008722

THE UNIVERSITY OF NORTH CAROLINA HOSPITALS
CHAPEL HILL, NORTH CAROLINA

SEXUAL ASSAULT FORM

PHYSICIAN/RN

73-12-35 8
PIKE ,CHRISTA G F-I
DOB [illegible]/10/1976 MEARS ,GREG

FR1 011494

PERSONNEL:

Physician: Dr Mears -
Psychiatrist: ______
Law Enforcement: ELDEN WHITE (Carrboro)

Nurse: Kim Kavanagh / Michelle Rudsill
Rape Counselor: Sarah G. / Rebecca H
Other: ______

ASSAULT HISTORY

Incident: An account of assault and description of attacker, using patient's own words (use back if necessary)

At 0115 left girlfriends house to make phone call and inquire about whereabouts of boyfriend - Walking Ⓡ side of Old Pittsboro toward town to make phone call - noticed Black Man on same side of street - Crossed to Ⓛ side. Black Man yelled "scared, nigger going to hurt you - afraid just cause I'm Black. I'm going to fuck you" Pt refused, started walking fast was grabbed - (See addit. sheet)

Date of Assault: Jan 4/94 Time: ______ AM / PM

Location: Old Pittsboro Street - Ⓛ hand side of walking towards centre of town. S

Physical Surroundings: (describe where assault occurred)
Surrounding areas - long log.

Number of Assailants: 1 Race: Black Sex: M

Assailant: [X] Unknown [ ] Known [ ] Relative (Specify) ______

Violence: Physical

| | | | |
|---|---|---|---|
| Restraints | [X] yes | [ ] no | Type: Hands - |
| Weapons: | [ ] yes | [X] no | Type: |
| Blindfold: | [ ] yes | [X] no | Type: |

| Type (Victim) | | Oral | Anal | Vaginal |
|---|---|---|---|---|
| | | [no] | [no] | yes |
| Contact/Penetration | Oral | [no] | [no] | [no] |
| | Penile | [no] | [no] | [yes] |
| Assailant | Digital | [no] | [no] | [no] |
| | f.b. | [no] | [no] | [no] |
| Ejaculation | | [no] | [no] | [no] |

HD 4366 - 8/90

**UNIVERSITY OF NORTH CAROLINA HOSPITALS**
**CHAPEL HILL, NORTH CAROLINA**

**RECORD SHEET**

73-12-35 8 F-I
PIKE [illegible] G
DOB 03/10/1975 MEARS, GREG

Patient: Assault History
Unit No.: ER1
Location: 011494

| Date and Signature | |
|---|---|
| Page 2 / Continued | from behind - pushed against hill. Pt pushed to ground. Grabbed by assailant and shirt riped open. Assailant started squeezing breasts hard. Unzipped and unbuttoned pants. Held me down. Pulled pants and underwear down to ankles. Pt states was held down by assailant by him putting head down between legs over clothes. Assailant unzipped pants. Pt started screaming and was told to shut up. Assailant squeezed inside of pt's legs - Said to pt "Fuck This". Pulled pt's Tampon out threw it in woods. Pt states he entered her vaginally - put penis in 2 or 3 times. Pt continued to scream. Heard car slow. Pt states assailant got scared got up and ran. Car kept going. Pt pulled pants up and returned to friend home. K Kavanagh RN |

Loss of consciousness [ ] yes [✓] no

Comments: But hit across (R) side of face -

Forced use of alcohol and/or drugs: [ ] yes [✓] no
Describe:

Ejaculation, urination, or defecation on body: [ ] yes [✓] no
Describe:

Condom used: [ ] yes [✓] no [ ] unknown

Since the assault has the patient: (Circle the appropriate response)

Bathed Gargled (Drank) Washed Hair Douched (Urinated) Defecated Eaten
Changed clothes Brushed teeth Other

Were medications, drugs, or alcohol taken before or after the assault?
[✓] yes [ ] no Explain approx 1/4 of Old English Malt Liquor

PAST MEDICAL HISTORY

LMP on menses [ ] Normal [✓] Abnormal (describe) finished period 2-3 days ago restarted pills ~~but skipped some~~ and new menses started today

Parity: G 1 P 0 AB 1
Serious medical illness/hospitalizations: Tonsillectomy (Von Willebrands (as child)
Allergies: Not able to take ASA due to Hx.
Present medications: Started back on BCP 3 days ago -
Use of contraception (method) (Yes but only restarted 3 days ago - BCP)
Last PAP Smear: 1 month ago -
History of sexually transmitted disease or other gynecological illness
Chlamydia - 1991

PHYSICAL EXAMINATION

A. Vital Signs: Temp: 35⁸ Pulse: 106 Resp: 16 B/P: 135/85

B. Emotional Assessment (describe behavior) Tearful, Very upset while telling story) - Best girlfriend in room and very helpful in settling pt -

008725

73-12-35 8
PIKE ,CHRISTA G F-1
DOB 03/10/1976

C. Systems Examination - describe if abnormal, check [ ] if normal:

Head: [ ] Face: [ ] Eyes: [ ] Nose, Throat & Mouth: [ ] Neck: [ ]
Chest: [✓] Breast: [ ] Abdomen: [ ] Extremities: Upper [(R)] Lower: [✓] 01149
Neurologic [ ]

Abrasion Sternal Area — bruising inner thigh (R)

Abrasion to area (L) — bruise (R) med knee

Skin examination to look for semen (with Wood's light). Describe findings:

Neg

D. Current Menses: [✓] yes [ ] no [ ] tampon [ ] pad (air dry, place in paper bag, label and seal)

E. Gynecologic Exam:
1. Vulva: blood in vault
2. Vagina: Ø lesion
3. Cervix:
4. Fundus:
5. Adnexae:
6. Rectal:

Indicate signs of bruising, bites, redness or lacerations, etc.








# EVIDENCE COLLECTION

...ollow SBI Guidelines. Clearly identify, date, initial and seal all containers. use water only to lubricate speculum). Check [ ] specimens obtained. Please initial after obtaining evidence (WEAR GLOVES)

A. Underpants (remove with paper towel under buttocks
Obtained [✓] Not Obtained [ ]: RN initials KW/ME MD initials ___

B. Fingernail Scrapings (if struggle)
Obtained [ ] Not Obtained [✓]: RN initials KW/ME MD initials ___

C. Pubic Hair Combings (Gently comb through hair with comb provided in kit, allowing loose hair to fall on clean paper towel. Fold inside paper, seal and identify).
Obtained [✓] Not Obtained [ ]: RN initials KW/ME MD initials GM

D. Patient's Pubic Hairs (Randomly remove 20 pubic hairs and place in envelope provided. Prefer plucking, however, may cut at base)
Obtained [✓] Not Obtained [ ]: RN intials KW/ME MD initials GM

E. Head Hairs (Randomly remove 20 head hairs, plucking preferred)
Obtained [✓] Not Obtained [ ]: RN initials KW/ME MD initials ___

F. Blood Samples (place in red and purple top tubes)
Obtained [✓] Not Obtained [ ]: RN intials KW/ME MD initials ___

G. Saliva Sample (place two clean dry swabs in patient's mouth. Allow to air dry, place in box provided, label and date)
Obtained [✓] Not Obtained [ ]: RN initials KW/ME MD initials [illegible]

H. Vaginal Pool Secretions (saturate two cotton swabs, make a thin smear on each of two slides ) - DO NOT FIX OR STAIN; AIR DRY SWABS AND SLIDES

I. Other swabs and smears as indicated (label slides thoroughly):

| | Obtained | Not Obtained | RN initials | MD initials |
|---|---|---|---|---|
| Oral | [ ] | [✓] | KW/ME | GM |
| Rectal | [ ] | [✓] | KW/ME | GM |
| Vulva | [ ] | [✓] | KW/ME | GM |
| Perineal | [ ] | [✓] | KW/ME | GM |
| Other: | | | | |

J. Other articles of clothing for examination for evidence (describe:

1. Jeans/Black T-Shirt Obtained [✓] Not Obtained [ ] RN KW/ME MD__
2. White Socks Obtained [✓] Not Obtained [ ] RN KW/ME MD__

008727

73-12-35 8
F-1
DOB .../1976

K. Photographs (with patient consent)

1. By whom no —
2. Describe
   a.
   b.

SPECIMENS (For Hospital Lab):

| | Obtained | Not Obtained | RN initials | MD initials |
|---|---|---|---|---|
| A. PAP Smear (if none in past year) | [ ] | [✓] | W/ME | GM |
| B. GC Cultures | | | | |
| Oral | [ ] | [✓] | W/ME | GM |
| Anal | [ ] | [✓] | W/ME | GM |
| Cervical | [ ] | [✓] | W/ME | GM |
| C. Chlamydia Culture | [ ] | [✓] | W/ME | GM |
| D. Optional: | | | | |
| ETOH Serum Level | [ ] | [✓] | W/ME | GM |
| Toxicology Screen | [ ] | [✓] | W/ME | GM |
| X-Rays | [ ] | [✓] | W/ME | GM |

List X-rays taken: Ø

E. Urine or serum pregnancy test: + [ ] -[✓]

TREATMENT

A. Disease Prophylaxis
   [ ] Baseline blood test for syphilis drawn no

   [ ] Base line HIV drawn no

   [✓] Veneral Disease prophylaxis yes

University of North Carolina Hospitals
Chapel Hill, NC 27514
**EMERGENCY DEPARTMENT**

008728

Name: PIKE CHRISTA G Med Rec No: 73-12-35 8

## DISCHARGE INSTRUCTIONS

**NOTE:** The examination and treatment you have received in the Emergency Department has been rendered on an emergency basis only. It is important that you let your follow-up doctor or a clinic check you again, and that you report to him any new or remaining problems at that time, because it is impossible to recognize and treat all elements of injury or illness in a single Emergency Department visit. MEANWHILE, FOLLOW THE INSTRUCTIONS CHECKED BELOW. If you have any questions, please call the Emergency Department at 966-4721 or your private physician.

Please follow the instruction sheet(s) we have given you or the instructions below:

Return if problems or questions
Released with Rape Crisis worker

Recommend follow-up Health Center for HIV testing

You have been given some medicine in the Emergency Department and/or prescription for medicine. The name of the medicine is

Doxycycline

If at any time after you have taken your medicine you have trouble breathing or begin to wheeze, develop hives or a severe rash, or have any other unexpected reaction, please return to the Emergency Department immediately.

- ☑ DO NOT drink alcoholic beverages, drive, operate machinery or engage in potentially dangerous activities while taking the medicine.
- ☐ Please call your private doctor or Dr. ______ at ______ during regular business hours to make an appointment for follow-up. You should make the appointment to be seen in ____ days.
- ☐ You have an appointment with ______ at ______
- ☐ Return as needed
- ☐ If symptoms persist beyond 24 - 36 hours, call your doctor, return to the ED immediately should symptoms worsen before then.
- ☐ A preliminary reading of your x-rays has been made. If the final reading is different you will be notified.
- ☐ A laboratory culture was taken while you were here. It usually takes 2 - 4 days to get the results of a culture. We will call you if the culture indicates that any additional treatment is needed.

INSTRUCTION SHEET

☐ Abdominal Problems
☐ Asthma
☐ Burn
☐ Cold
☐ Croup
☐ Crutch Instructions
☐ Culture
☐ Anesthesia/Sedation
☐ Ear Infections
☐ Eye Problem
☐ Head Injury
☐ Insect Bites
☐ Low Back Pain
☐ Neck Strain
☐ Nose Bleed
☐ STD
☐ Pelvic Pain
☐ Post Lumbar Puncture
☐ Prevention of Childhood Diseases
☐ Sprain, Fracture and Bruise
☐ Substance Abuse
☐ Temperature Control
☐ Tetanus-Diphtheria Immunization
☐ Threatened Miscarriage
☐ Culture/Strep Throat
☐ Urinary Tract Infection
☐ Vomiting/Diarrhea
☐ Wound Care
☐ Other
☐ Patient Teaching of Above Instructions

I acknowledge that I have read the instructions and understand both the instructions and teaching given to me.

DATE: 1/14/94 PATIENT SIGNATURE: X [illegible]
DISCHARGE TIME: ______ WITNESSED: ______

## WORK/SCHOOL EXCUSE

Name ______ was seen in the UNC Emergency Department on (date) ______

- ☐ You may return to work/school.
- ☐ No work/school until ______. If unable to work at this time, see a private physican, workman's compensation physician, or return to the Emergency Department.
- ☐ You may return to work/school on ______ with the following restrictions for ______ days and then resume normal activities.
  - ☐ No Standing or Bending
  - ☐ Do not Operate Hazardous Machinery
  - ☐ No Lifting Greater than ____ lbs.
  - ☐ No Gym
  - ☐ Keep Injured Area Clean and Dry
  - ☐ Desk Work Only
  - ☐ Other
- ☐ No work until evaluated by the Workman's Compensation Physician or Specialist listed above.

Physician Signature: ______

UNIVERSITY OF NORTH CAROLINA HOSPITALS 008729

# PHYSICIAN'S ORDERS

NOTE: ANOTHER BRAND OF DRUG IDENTICAL IN FORM AND CONTENT MAY BE DISPENSED UNLESS OTHERWISE INDICATED.

PRESS FIRMLY WITH BALL POINT PEN. YOU ARE MAKING FOUR COPIES

DATE: 1/14/94 TIME: 324 AM/PM ROOM NO.

Oral II po now & II in 12 hours
~~Probenacid I gm po~~
~~Amoxicillin 3.0 gm po~~
~~Doxycycline 100 mg po~~
Done [illegible]

73-12-35 8
[illegible] CHRISTA G F-1
03/[illegible]/1976 MEARS
ER 1 01109

Physician's Signature and ID # required: Mears

TRANSCRIBED BY: CHECKED BY: 1

PRESS FIRMLY WITH BALL POINT PEN

DATE: TIME: AM/PM ROOM NO.:

UNIVERSITY OF NORTH CAROLINA HOSPITALS CHAPEL HILL, N.C. 27514

Physician's Signature and ID # required

TRANSCRIBED BY: CHECKED BY: 2

PRESS FIRMLY WITH BALL POINT PEN

DATE: TIME: AM/PM ROOM NO.:

UNIVERSITY OF NORTH CAROLINA HOSPITALS CHAPEL HILL, N.C. 27514

Physician's Signature and ID # required

TRANSCRIBED BY: CHECKED BY: 3

Chapel Hill, NC 27514

**EMERGENCY DEPARTMENT NURSING RECORD** 008730

Name Kristen Pike  Date/Time 1/14/94 - 0220 -

☒ Emergent ☒ Urgent ☐ Non Urgent

Local MD ________  Age/Sex 17 / F.

TRIAGE NURSE'S NOTES: 17 yr old WF to ER c Carrboro Police and friend (girl) s/p sexual assault. Incident occurred at apprx 0130 by unknown Black assailant - here for collection of sexual assault kit (M)

| VITAL SIGNS | TEMP 35.8 ☒ ORAL ☐ RECTAL | P 106 | RESP 16 | BP 135/85 | LMP | PREGNANT ☐ Denies ☐ Yes | FHR | WT (CHILD) | LAST TETANUS |
|---|---|---|---|---|---|---|---|---|---|

MEDICAL HX: Denies.

PRESENT MEDS: Denies

TRIAGE NURSE'S SIGNATURE: [signature]

TRAUMA SCORE

TRIAGE INTERVENTIONS

ALLERGIES ASA.

## INITIAL NURSING ASSESSMENT

TIME OF INITIAL ASSESSMENT

**SKIN/ORTHO**
☐ N/A
☐ Warm ☐ Dry
TURGOR
☐ Normal ☐ Decreased
EDEMA
☐ Absent ☐ Present
Location
COLOR
☐ Normal ☐ Pale
☐ Cyanotic ☐ Mottled
☐ Jaundice
MUCUS MEMBRANES
☐ Moist ☐ Dry
ORTHO
☐ Tenderness ☐ Deformity
☐ Swelling ☐ Pain
☐ Limited movement

**RESPIRATORY**
☐ N/A
EFFORT
☐ Normal
☐ Dyspnea
☐ Nasal Flaring
☐ Retractions
☐ Stridor
BREATH SOUNDS (L / R)
☐ Clear ☐
☐ Crackles ☐
☐ Wheezing ☐
☐ Diminished ☐
☐ Absent ☐

**CIRCULATORY**
☐ N/A
CAPILLARY REFILL
☐ Normal
☐ Delayed

| PULSES | L | R |
|---|---|---|
| radial | | |
| pedal | | |
| | | |

| I.V. TIME | SIZE | SITE |
|---|---|---|
| | | |

**CARDIAC**
☐ N/A
Rhythm
☐ JVD Present
Pain Score (0-10)
Location
Radiation
Onset
Type
Associated Symptoms:
☐ SOB
☐ N/V
☐ Diaphoresis

**GI/GU/GYN**
☐ N/A
ABDOMEN
☐ Soft ☐ Nausea
☐ Distended ☐ Emesis
☐ Rigid ☐ Diarrhea
TENDERNESS
☐ LUQ ☐ RUQ
☐ LLQ ☐ RLQ
☐ Epigastric
BOWEL SOUNDS
☐ None ☐ Present
☐ Last BM
GU
☐ Flank pain L R
☐ Dysuria
☐ Hematuria
☐ Frequency

**PSYCHOSOCIAL**
EYE CONTACT
☒ Yes ☐ No
AFFECT
☐ Normal ☐ Flat
MOTOR BEHAVIOR
☐ Cooperative
☐ Restless Teary, upset
☐ Agitated
SPEECH
☐ Normal ☐ Abnormal
SUPPORT SYSTEMS
☐ Lives alone
☐ Family/Significant Other
☐ LANGUAGE BARRIER
IDEATIONS
☐ N/A
☐ None
☐ Harmful to Self
☐ Harmful to Others

☐ N/A

EYE OPENING
4 ☐ Spontaneous
3 ☐ To voice
2 ☐ To pain
1 ☐ None

VERBAL RESPONSES
5 ☐ Oriented
4 ☐ Confused
3 ☐ Inappropriate words
2 ☐ Incomprehensible sounds
1 ☐ None

MOTOR RESPONSES
6 ☐ Follows command
5 ☐ Localizes pain
4 ☐ Withdraws pain
3 ☐ Flexes to pain
2 ☐ Extends to pain
1 ☐ None

TOTAL ____

PUPILS: 8mm 7mm 6mm 5mm 4mm 3mm 2mm 1mm

| TIME | NCPA | ASSESSMENT/NOTES | MEDICATION | DOSE | ROUTE/SITE | INITIALS | TEMP | P | RR | BP | $SO_2$ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0235- | | Consent for Sexual Assault | | | | | | | | | |
| | | kit collection obtained @ | | | | | | | | | |
| 0235 to | | Sexual assault kit collected | | | | | | | | | |
| 0350 | | by K Kavanagh RN / M Rudisiller / | | | | | | | | | |
| | | and Dr Mears. ∅ additional | | | | | | | | | |
| | | labs obtained (other than those | | | | | | | | | |
| | | for kit) for hospital purposes. | | | | | | | | | |
| | | Girlfriend present during | | | | | | | | | |
| | | collection @ pt's request! | | | | | | | | | |
| | | pt Teary and obviously | | | | | | | | | |
| | | upset over incident (M) | | | | | | | | | |

No change in previous assessment

X-RAY

OTHER LABS:

☐ EKG ☐ CBC ☐ SMA6 ☐ PT PTT ☐ ABG ☒ UA

| TIME HUNG | AMOUNT STARTED | IV THERAPY SOLUTION | RATE | TIME ENDED | AMT REC'D |
|---|---|---|---|---|---|
| | | | | | |

PATIENT DISPOSITION: ☒ Discharged ☐ Admitted ☐ Death

Report called by: ________ To whom: ________

Room #: ________ Time: 0410

VALUABLES LIST: ☐ Yes

SUPPLEMENTAL RECORD: ☒ Yes

NURSE INITIALS: (MR) M Rudisiller

TOTAL INTAKE: TOTAL OUTPUT:

TIME / URINE OUTPUT / NG/EMESIS / P.O. INTAKE / TOTAL

Chapel Hill, NC 27514

**EMERGENCY DEPARTMENT NURSING RECORD**

PAGE # 008731

PIKE, CHRISTA.

73-12-358

| TIME HUNG | AMOUNT STARTED | IV THERAPY SOLUTION | RATE | TIME ENDED | AMT. REC'D |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL INTAKE: TOTAL OUTPUT:

| TIME | | | | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| URINE OUTPUT | | | | | | | | | | | |
| NG/ EMESIS | | | | | | | | | | | |
| P.O. INTAKE | | | | | | | | | | | |

| TIME | NCPA | ASSESSMENT/INTERVENTION | MEDICATION | DOSE | ROUTE/ SITE | INITIALS | TEMP | P | RR | BP | $SO_2$ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0300 | | Late Entry - Rape Crisis Consellors | | | | | | | | | |
| | | Sarah J and Rebecca H. | | | | | | | | | |
| | | here awaiting end of exam | | | | | | | | | |
| | | to speak c̄ pt @ | | | | | | | | | |
| 0400 | | Pt medicated prophylactically (MR) | Ovral | ii tabs | Po | (MR) | | | | | |
| | | | Probenecid | i g | PO | (MR) | | | | | |
| | | | Amoxicillin | 3.0 g | PO | (MR) | | | | | |
| | | | Doxycycline | 100 mg | PO | (MR) | | | | | |
| 0405 | | Rape Kit sealed by K Kavanagh RN | | | | | | | | | |
| | | Released to Officer Elden | | | | | | | | | |
| | | White - Carrboro Police (M) | | | | | | | | | |
| 0410 | | Pt D/C home accomp by | | | | | | | | | |
| | | girlfriend and Rape Counsellors | | | | | | | | | |
| | | x2. Friends also present | | | | | | | | | |
| | | in WR - Discharge instructions | | | | | | | | | |
| | | given along c̄ RX for | | | | | | | | | |
| | | Probenecid and Ovral II | | | | | | | | | |
| | | Tabs to take in 12 hours. (M) | | | | | | | | | |
| | | KKavanagh | | | | | | | | | |

* No change in previous assessment

| NURSE INITIALS | [signature] (M) | | NURSE INITIALS | | |
|---|---|---|---|---|---|
| | | | | | |

CHART

**STATE OF TENNESSEE**
**OFFICE OF THE POST-CONVICTION DEFENDER**
**530 CHURCH STREET, SUITE 600**
**NASHVILLE, TENNESSEE 37243**

**Janann B. McInnis**
**Document Specialist**

**Phone: (615) 741-9337**
**Fax: (615) 741-9430**

October 19, 2006

RECEIVED
11-27-06

COPY

North Carolina Memorial Hospital
101 Manning Drive
Chapel Hill, NC 27514

Attn: Custodian of Medical Records

Re: Christa Gail Pike
DOB: March 10, 1976: SSN: 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
Patient/Chart #: UNCH #73-12-35-8

Good morning:

The Office of Post Conviction Defender currently represents **Christa Gail Pike** in post conviction proceedings. This is a formal request for any and all records pertaining to **Ms. Pike,** including notes, progress notes, evaluations and reports. Enclosed is a notarized Release of Information signed by **Ms. Pike.** According to Ms. Pike, she was treated at your facility in 1988 through 1990. In addition, Dr. Gregory Straw treated her at your facility

**In addition we request a Cover Letter from the Custodian of Records certifying that the records furnished to The Office of Post Conviction Defender are complete and include all records in your possession.**

We appreciate your assistance and cooperation. If you have any questions or concerns, please contact me at 615-741-9337.

Sincerely,

Janann B. McInnis
Document Specialist

Birth Records of Christa Pike

EXHIBIT NO. 7

Identified and made a part of the record this 2nd day of February, 2009.

Mary Beth Leibowitz

JUDGE

008734

142720

AUTHORIZATION FOR RELEASE OF MEDICAL/PSYCHIATRIC INFORMATION

TO: Appalachian Regional Hospital
306 Stanaford Rd.
Beckley, WV 25801

RECEIVED
JUN 0 8 1999
OFFICE OF THE POST-CONVICTION DEFENDER

I hereby request and authorize you to release and furnish to Stefanie McArdle, Staff Attorney for the office of the Post-Conviction Defender of Tennessee, 460 James Robertson Parkway, 2nd Floor, Nashville, Tennessee 37243, (615) 741-9336; FAX (615) 741-9430, or her designated agent, any and all medical and/or psychiatric information concerning me that she requests including, but not limited to: full or partial reports on my condition, diagnosis and prognosis; physician and hospital records; any psychiatric reports; reports by psychologist(s) or psychological reports made any anyone; lab reports; X-rays; test results of any kind; committee reports; sociological reports and background reports; and any other related material or reports. **This request also includes any records in the possession of the requestee which were obtained from any other source (if a separate release is needed for release of this material, please advise).**

YOU ARE FURTHER REQUESTED NOT TO DISCLOSE SUCH INFORMATION TO AN OTHER ENTITY OR PERSON WITHOUT WRITTEN AUTHORITY TO DO SO. I HEREBY REVOKE ALL PREVIOUS AUTHORIZATIONS GIVEN FOR THE RELEASE OF MEDICAL/PSYCHIATRIC INFORMATION FOR ANY REASON OR PURPOSE WHATSOEVER. Your full cooperation with Ms. McArdle is requested.

A copy of this AUTHORIZATION can be used as an original. You are also hereby authorized to send material by request via FAX to the above-listed FAX number for Ms. McArdle.

Additional information or requests: ______________________________

Dated this the 16 day of April, 1999.

SIGNED: Christa G. Pike
Christa Gail Pike, DOB: 03-10-76

ADDRESS: ______________________________

SOCIAL SECURITY NO: 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

STATE OF TENNESSEE VS. CHRISTA PIKE
CASE NO. 68280 Collective EXHIBIT NO. 7
DATE 1-30-07 ID ✓ Evd ____

FILED (24)
APR 07 2009
Clerk of the Courts
Rec'd by ________

000001

APPALACHIAN REGIONAL HOSPITALS

RECORD INDEX AND SUMMARY

REFERRING PHYSICIAN ADDRESS

EMPLOYER BUSINESS ADDRESS

OCCUPATION INJURED AT WORK NO[ ] YES[ ] EXPLAIN

NEAREST RELATIVE-RELATIONSHIP ADDRESS AND TELEPHONE

FIKE, BABY GIRL
14 22 20 F 3-10-76 NO
RT. 1, BOX 62
BECKLEY, WV 25801
NB-ED SELF
DR. CONCEPCION

DOES THIS PATIENT RECEIVE CONTINUING MEDICAL SUPERVISION ELSEWHERE? FROM WHAT PHYSICIAN? WILL THIS PATIENT LOOK TO ARH FOR CONTINUING MEDICAL CARE?

*Record below dates of Hospital Admission & Discharge with Diagnosis. For APC record also Important Diagnoses, Operation Drug Idiosyncracies or other conditions important to care of this patient, with date. These APC diagnoses need be recorded only once in a lifetime.*

| DATE | APC DIAGNOSES, ETC. & HOSPITAL ADMISSIONS | R | DATE | APC DIAGNOSES, ETC. & HOSPITAL ADMISSIONS |
|---|---|---|---|---|
| | YEAR | | | |
| (1) 3-10-76 | MAR 10 1976 | | | |
| (2) 5-29-77 | MAY 31 1977 | | | |

000002

ARH FORM E-1-67 11-63

**LIBRARIAN:** Enter, using ¼" numerals & date column, number corresponding to ... index tabs. Also initial "R" column when ...

008736

19530

**EMERGENCY RECORD** *APPALACHIAN REGIONAL HOSPITALS*

PIKE CHRISTA GAIL
27 20 F 03 10 76 NO
RT 1 BX 62
BECKLEY WVA 25801

DATE: 4-3-80
AGE: [illegible]
HOME PHONE: 255-6373
TIME IN: 1135
FAMILY PHYSICIAN: Conception
ADDRESS: -3-
TIME OUT:
CITY:
STATE:
ZIP:

ADDRESSOGRAPH

HOW ARRIVED: c parents

HOW, WHEN ACCIDENT OCCURRED/HX OF ILLNESS: fever (↑103) [illegible] since last [illegible]

PHYSICIAN'S REPORT:

hx pt c fever, runny nose
sore throat + [illegible]

PE: [illegible] NAD
[illegible] purulent rhinorrhea
injection [illegible] pharynx
neck - supple c [illegible] adenopathy
chest - clear [illegible]
[illegible] reg rhythm [illegible]
abd - soft, nl [illegible] bowel
[illegible] CNS ok

NURSE'S REPORT: [illegible]
ER ROOM #: 3

LAST TETANUS IMMUNIZATION:

ALLERGIES: no

VITAL SIGNS: 30 - 144 - 99 3/10

MEDICATIONS: no

ORDERS:

Tylenol [illegible]
[illegible]

℞ Amox 250 [illegible]
℞ [illegible]

aspirin, [illegible]
see MD if not better in 3 days

DIAGNOSIS: rhinopharyngitis

REFERRED:

[illegible signature] M.D.
[illegible] R.N.

I, the undersigned, having engaged [illegible] to administer medical and surgical treatment, hereby consent to, authorize the administration and performance of all operations, treatments and courses of treatments that may be in the judgement of said physicians considered advisable or necessary and I assume responsibility for payment of the hospital bill.

CONDITION OF PATIENT ON DISCHARGE

- [ ] IMPROVED
- [ ] WORSE
- [x] SAME
- [ ] ADMIT

Carma Pike
PATIENT REPRESENTATIVE

RELATIONSHIP

PATIENT

000003

BC-73 (5/78)

# Appalachian Regional Hospital

| TREATMENT RENDERED | | GENERAL INSTRUCTIONS |
|---|---|---|

**TREATMENT RENDERED**

- [x] Exam & Evaluation
- [ ] Sutured
- [ ] Lab Test
- [ ] Crutches
- [ ] EKG
- [ ] Consultation
- [ ] Tetanus Booster
- [ ] Hypertet & Tetanus Toxoid Booster
- [ ] Medication
- [ ] Cast or Splint
- [ ] Other
- [ ] X--Ray

Your EKG will be reviewed and if any abnormalities are discovered, you may be recalled to the Emergency Room.

Your X--Ray will be reviewed and if any abnormalities are discovered, you may be recalled to the Emergency Room.

**GENERAL INSTRUCTIONS**

- [ ] Keep Dressing Clean and Dry
- [ ] Keep Injured Part Elevated As Much As Possible For ______ Days.
- [ ] Ice (Intermittently) To Injured Area For ______ Hr(s)
- [ ] No Weight Bearing
- [ ] Re--Wrap Ace Bandage If Too Loose Or Too Tight.
- [ ] Crutches As Advised (They Are Sold To You)
- [ ] Take Prescription(s) As Directed.

Aspirin For Pain Or Fever Is:

[ ] OK To Use [ ] Not To Be Used

WITHIN THE NEXT ______ DAYS, PLEASE CHECK WITH YOUR M.D. FOR

- [x] Exam & Re--Evaluation
- [ ] Wound Evaluation
- [ ] Removal of Sutures
- [x] Further Treatment of the Condition which brought you here.
- [ ] You May [ ] May Not return to work or school today.

You will need re--evaluation by your physician prior to returning to work and/or school.

[ ] You Have Been Started On Tetanus Immunization Series Today. Please Complete The Series With Your Private M.D.

1) 1 Month From Today – ½ cc Tetanus Toxoid
2) 2 Months From Today – ½ cc Tetanus Toxoid
3) 6 Months From Today – ½ cc Tetanus Toxoid

This Will Complete Your Tetanus Immunization.

[ ] Be On The Alert For Signs Of Possible Infection.

| | |
|---|---|
| Redness | Warmth |
| Swelling | Red Streaks |

CONTACT YOUR M.D. IMMEDIATELY, IF THESE OCCUR

OTHER SPECIFIC INSTRUCTIONS:

CALL TO ARRANGE AN APPOINTMENT AT HIS OFFICE TO SEE DR. [illegible] IN ____ DAYS.

FOR FOLLOW--UP CARE, PHONE: ______________ OFFICE ADDRESS ______________

(CALL SOONER IF YOU THINK NECESSARY)

THE MEDICATION RECEIVED IN THE EMERGENCY DEPARTMENT MAY CAUSE DROWSINESS. YOU ARE WARNED AGAINST DRIVING OR OPERATING MACHINERY FOR 6 HOURS. ________ 12 HOURS ________

OTHER INSTRUCTIONS: ______________

IMPORTANT NOTICE:

TREATMENT IN THE EMERGENCY SERVICE IS OFFERED AS EMERGENCY FIRST CARE ONLY. FOLLOW--UP TREATMENT BY A PHYSICIAN MAY BE IMPORTANT FOR YOUR SAFETY. YOU ARE URGED TO FOLLOW CAREFULLY THE INSTRUCTIONS GIVEN ON THIS SHEET.

Sign--Out Time 11:05 Date 1-3-76

Patient's Signature [signature]

Witness [signature]

-2-
BECKLEY WVA 25801
RT 1 BX 63
14 17 30 F 03 10 76 NO
PIKE CHRISTA GAIL

000004

E-1-118 (10/76) **AFTERCARE INSTRUCTION SHEET**

008738

**APPALACHIAN REGIONAL HOSPITAL**

# ADMISSION—DISCHARGE RECORD

**BECKLEY APPALACHIAN REGIONAL HOSPITAL**
(4-8865-1)

Soc. Sec. # 233 76 1792

**ARMED FORCES INFORMATION**

WAS PATIENT EVER IN U.S. ARMED FORCES (YES, NO, UNKNOWN; IF YES, STATE WAR OR DUTIES OF SERVICE:

FOR GOVERNMENT SPONSORED PATIENTS ONLY: ARMED FORCES REGISTRATION NUMBER

NUMBER:

HISTORY UNIT NUMBER: 14 27 20

DOES PATIENT HAVE 85-HS: YES ☐ NO [XX] - ER

PATIENT'S NAME (LAST-FIRST-MIDDLE): PIKE, Christa Gail

D. N-B. E OR E-D: NB-INS-Self

S.S. NUMBER FROM 85 HS:

SEX: MALE ☐ FEMALE [XX]

PATIENT'S ADDRESS: Rt. 1 Box 62-E5, Beckley, WVA 25801

BIRTH DATE (MO DAY YEAR): 03 10 76

DISTRICT NO.:

LOCAL UNION NO.:

AGE OR NEW BORN: 14 mos.

ADMITTING DIAGNOSIS: Possible Seizure Disorders

REFERRING PHYSICIAN NAME AND ADDRESS (ALSO HOSP. IF TRANSFERRED):

SERVICE: Peds.P

FLOOR: 223

HOUR ADMITTED: 12:05 AM X PM

DATE ADMITTED: 5-29-77

ATTENDING PHYSICIAN: R. Concepcion, M.D.

PHYSICIAN'S CODE NO.: 0243

PATIENT'S BIRTHPLACE: WV

CITIZEN OF: USA

RACE: White

RELIGION: Baptist

MARITAL STATUS: XX

FATHER'S NAME: Emil Pike

MOTHER'S FULL MAIDEN NAME: Carissa Fotos

INJURED AT WORK: YES ☐ NO ☐ IF YES, EXPLAIN: NO

DATE OF ACCIDENT:

NAME OF EMPLOYER PATIENT'S ☐ 1 PARENT'S ☐ 2: Hillview Motor Crass—Self Employed—Father

TELEPHONE NO. OF EMPLOYER:

OCCUPATION PATIENT'S ☐ PARENT'S ☐:

RESPONSIBILITY FOR PAYMENT: SELF [XX] BLUE CROSS ☐ W ☐ FUND ☐ OTHER SPECIFY [XX] Ins Self

MINER'S NAME ON 85 HS:

SPOUSE OR NEAREST RELATIVE TO BE NOTIFIED (NAME AND ADDRESS): Emil & Carissa ~~PKIK~~ Pike Same

RELATIONSHIP: Parents

TELEPHONE NO.: 252 9472

INFORMANT: Mr. Pike

ADMITTING OFFICIAL: C. Grata

SIGNATURE OF PATIENT OR GUARDIAN: X

DO NOT WRITE IN THE BOXES BELOW

DISCHARGE DATE: 5-31-77

| CONSULTATIONS | UNITS OF BLOOD | INFECTION | ANESTHESIA GIVEN | DEATH DURING SURGERY | DEATH WITHIN TEN DAYS AFTER SURGERY | IF PATIENT IS A CORONER'S CASE |
|---|---|---|---|---|---|---|
| None | None | YES ☐ NO ☒ | YES ☐ NO ☒ | YES ☐ NO ☒ | YES ☐ NO ☒ | ☐ ☐ |

HOSPITAL DAYS: 2

DISCHARGE DIAGNOSIS: Probable cerebral concussion

CODE:

SURGERY PERFORMED: Lumbar puncture 5-29-77

This incomplete medical record has been declared complete for filing purposes by the Medical Record and Executive Committees.

B.M.M. 1/24/80

GESTATION PERIOD IN WEEKS:

BIRTH WEIGHT IN GRAMS:

NAME OF SURGEON: R. Concepcion, M. D.

ATTENDING PHYSICIAN: 0243

DISCHARGE CONDITION: ALIVE ☒ DECEASED: WITHIN 48 HRS: WITH AUTOPSY ☐ NO AUTOPSY ☐ AFTER 48 HRS: WITH AUTOPSY ☐ NO AUTOPSY ☐

TYPE OF PATIENT: NEWBORN ☐ OBSTETRIC PATIENT: LIVE BIRTH ☐ FETAL DEATH ☐ NOT TERMINATED ☐ ADULT OR CHILD UNDER 15 YRS ☒ 15 YRS OR MORE ☐

**OTHER PHYSICIANS RENDERING DIRECT SERVICES DURING THIS PERIOD OF HOSPITALIZATION**

NAME OF PHYSICIAN AND SERVICE PROVIDED | NAME OF PHYSICIAN AND SERVICE PROVIDED

CERTIFIED THAT THE ABOVE SERVICES WERE RENDERED:

David Elliott — Adm. — 6-8-77

SIGNATURE — TITLE — DATE

FOR USE OF AREA OFFICE: 000005

FISCAL: 6/21

ARH FORM E-1-35 (BC) (REVISED 5-64)

COPY NO. 1 FOR PATIENT'S CHART

APPALACHIAN REGIONAL HOSPITALS, INC.

**HISTORY AND PHYSICAL EXAMINATION**

HOSPITAL REGULATION:
All positive and important negative findings shall be recorded in standard order.

| | | | |
|---|---|---|---|
| HISTORY UNIT NO. | 14-27-20 | | 85-MS YES OR NO |
| PATIENT'S NAME | PIKE, CHRISTA GAIL | | B: N-B: E OR E-D |
| | | | SEX AND AGE |
| | | | FLOOR |
| | | | ROOM |

UNIT AND/OR SERVICE
PEDIATRICS

ATTENDING PHYSICIAN
ROBERTO G. D. CONCEPCION, M. D.

ADMITTED: 5-29-77

HEIGHT ________ WEIGHT ________ B.P. ________ FOR PEDIATRIC PATIENTS: MEASUREMENTS: HEAD ________ CHEST ________

This fourteen-month old child is admitted following two seizures at home.

HISTORY OF PRESENT ILLNESS: She has been well except for cold and cough for the past few days but she has remained afebrile. Yesterday about 6 p.m., she slipped and fell landing on the back of her head leaving a lump. She had no vomiting or seizures at that time but three to four hours later she had gone to sleep and the mother heard some rattling in her crib and on checking her, Christa was found to have become stiff and shaky with her eyes rolled upwards. This lasted for about a minute only to recur half an hour later with generalized grand mal type seizures for which she was brought to the Emergency Room. She has had no previous history of similar episodes.

PAST HISTORY: She was born in this hospital with a weight of 5 lbs. 7 ozs. delivered by emergency primary cesarean section indicated by premature labor at 36 weeks and double footling breech presentation with no progress of labor. She was depressed, flaccid, and cyanotic and bradycardic at birth with Apgar score of four at one minute and nine at five minutes. She was suctioned and thereafter given positive pressure oxygen. She presented with signs and symptoms of respiratory distress syndrome and congenital hip displasia necessitating transfer to Newborn Intensive Care Unit in Charleston Memorial Hospital. She did well and had been followed up by us until December 1976 when she had bronchitis. Otherwise, she had been in good health. Her growth and developmental milestones have been within normal limits. She had also been followed up by a Charleston orthopedist for her congenital hip dysplasia with bilateral. Her last visit for this had since cleared up. Immunizations are inadequate. She has no known allergies.

FAMILY HISTORY: This is the younger of two siblings, the oldest sister is healthy. The mother has von Willebrand's disease. Father is well. There is negative background for convulsive disorder.

PHYSICAL EXAMINATION: Physical examination shows an initially lethargic and irritable, fourteen-month old, Caucasian female with temperature of 98.8, weight 21 lbs. 12 ozs., height 29 3/4 inches.

SKIN: Good hydration. There are no bruises, petechiae, or exanthem.

HEENT: There is lump or contusion in the left occiput. There is no crepitation or depression over it. The pupils are equal and reactive to light. Fundoscopy shows sharply demarcated and flat optic discs. The ears are unremarkable. She had mild rhinorrhea. Slightly injected pharynx.

(OVER)



BOTH SIDES OF THIS SHEET MAY BE USED

ARHI FORM E-1-1 (10-63)

NECK: Supple. No thyroid enlargement or significant adenopathy.

CHEST: Adequate and symmetrical expansion. Clear breath sounds.

HEART: Regular rhythm with sounds of good quality and no murmurs.

ABDOMEN: Soft and nontender without hepatosplenomegaly or abnormal masses.

GENITALIA: Normal female characteristics for age.

EXTREMITIES: No deformities, joint swelling, or edema noted. Peripheral pulses are full. There is no limitation of motion.

NERVOUS SYSTEM: She is lethargic, possibly post-ictal on admission. There are no focal signs. Deep tendon reflexes are brisk and symmetrical. Cranial nerves appear intact. Babinski show bilateral plantar responses. There is no gross motor or sensory deficit.

IMPRESSION: Convulsions, probably due to
a) Cerebral concussion.
b) Possible febrile episode secondary to URI.
Family history of von Willebrand's disease.

PLAN: Chest and skull x-rays were normal. Lumbar puncture was done showing easy flow of crystal clear colorless fluid that was perfectly normal.

ROBERTO G. D. CONCEPCION, M. D.

RGDC:dap
D: 5-29-77
T: 6-3-77

cc: File

008741

# EMERGENCY RECORD APPALACHIAN REGIO[illegible] [illegible]SPITALS

| DATE 5/28/71 | AGE: 1 | HOME PHONE: 252-9472 |
|---|---|---|
| TIME IN 11:35 | FAMILY PHYSICIAN Dr Concepcion | ADDRESS |
| TIME OUT | CITY | STATE ZIP |

HOW ARRIVED: Mother

PHYSICIAN'S REPORT

[illegible] generalized convulsion
twice 10PM
11-10PM - Rolls eyes [illegible]
? turn blue
Mother [illegible] - 1 day.
P/E 14 M/o Child fully [illegible]
& [illegible] No any [illegible]
moves all Extremities well.
pupils [illegible]
[illegible]
ENT negative - [illegible]
Chest [illegible]
Lung clear
abdomen: [illegible]
[illegible]
CNS: grossly well

HOW, WHEN ACCIDENT OCCURRED, [illegible] OF ILLNESS

x2 [illegible] - Coughing

NURSE'S REPORT

LAST [illegible] [illegible]ZATION

ALLERGIE[illegible] Unknown

[illegible] 97.5

MEDS none

ORDERS

1 CBC, electrolytes, [illegible]
2 skull, CXR

DIAGNOSIS

Possible Convulsive disorders

[illegible] M.D.

I, the undersigned, having engaged [illegible] to administer medical and surgical treatment, hereby consent to, authorize the administration and performance of all operations, treatments and courses of treatments that may be in the judgement of said physicians considered advisable or necessary and I assume responsibility for payment of the hospital bill.

[signature] PATIENT REPRESENTATIVE

Mother RELATIONSHIP

PATIENT

E-1-104 (REV. 10/75)

000008

**APPALACHIAN REGIONAL HOSPITALS**

## PROGRESS NOTES

| HISTORY UNIT NO. | [redacted] |
|---|---|
| PATIENT'S NAME | PIKE, CHRISTA<br>14 27 10 F 3 10 76 NO<br>RT.1, BX [illegible], RM-423<br>BECKLEY, WV 25801<br>[illegible]-INS-F<br>[illegible]. CONCEPTION |
| FLOOR | |
| ROOM | |

UNIT AND/OR SERVICE

ATTENDING PHYSICIAN

5/28/77 Dx: Conv. disorder due to: Cerebral concussion.
Congenital hip dysplasia, resolved
Note diet ✓
[signature]

5/29 No further seizures
Pt veg. Neuro veg
LP done s̄ anesth. L3-4 Easy flow of crystal clear colorless fluid to lab
[signature]

5/30 No seizures.
Cold & cough
Pt Rhonchi [illegible] throat
Chest clear
CSF - normal
[signature]

[illegible]

BOTH SIDES OF THIS SHEET MAY BE USED

000009

ARH FORM E-1-6

008743

↑ TOP OF FOURTH LABORATORY SLIP ↑

[redacted]

APPALACHIAN REGIONAL HOSPITALS,

LABORATORY REPORTS

☐ ROOM 423 ☐ OPD ☐ ER ☐ CLINIC

REQUESTED BY Conception ON 5/29

DATE AND TIME OF SPECIMEN 5/29 10 SH

PROVISIONAL DIAGNOSIS seizure disorder

☒ SPINAL FLUID ☐ PERICARD. FLUID ☐ PLEURAL FLUID ☐

PIKE, CHRISTA
14 57 20 F 3 10 76 30
RT.1, BX 62E5, RM-423
BECKLEY, WV 25801
NA-INS-J
DR. CONCEPTION

(177)

APPEARANCE

| TEST | RESULT | TEST | RESULT |
|---|---|---|---|
| ☒ CELL COUNT | 1 | ☒ GLUCOSE | 50 |
| ☒ DIFFERENTIAL | 1 Seg | ☒ COLLOIDAL GOLD | QNS |
| ☒ GLOBULIN | Not Increased | ☐ SEROLOGICAL TEST | |
| ☒ TOTAL PROTEIN | 10 mg % | ☐ ~~Gram stain~~ | |
| ☐ | | ☐ | |

DATE: 5/29/77 SIGN: ar PI

CHARGE $

[redacted]

Overlap just to the bold or double horizontal black line

PUNCTURE FLUID

ARH FORM E-1-63 (REV. 4/68)

---

☐ ROOM 4th ☐ OPD ☐ ER ☐ CLINIC

REQUESTED BY Patel ON 5-28-77

COLLECTED 5/29/77 12 15 AM

PROVISIONAL DIAGNOSIS seizures

☒ CBC ☐ ANEMIA STUDY
☐ INDICES ☐ THORN TEST

(1)

... BX 62E5, BECKLEY, WV 25801 NA-SELF

| | | | | |
|---|---|---|---|---|
| ☐ Hgb | 12.7 | ☐ SICKLE CELL | | |
| ☐ Hct | 38 | MCH | 26.8 | |
| ☐ Wbc | 9900 | MCV | 79 | |
| ☐ RBC | 4.69 | MCHC | 33.1 | |
| ☐ PLAT | app. nor. | ☐ TOTAL EOSIN # 1 # 2 | | |
| ☐ RETIC | | | | |

☐ BLOOD TYPE ☐ HOLD CLOT

☐ SED RATE MM/HR

☐ CORR TO MM/HR

| DIFF | | | |
|---|---|---|---|
| SEGS 40 | LYMPHS ~~53~~ 49 | EOSIN 2 | |
| STABS 3 | MONOS 2 | BASO | |
| OTHER | | | |

REMARKS: Aboue diag. RBC appear ok

Results to EKG 1 AM

DATE 5/29/77 SIGN NB

CHARGE $ 11

HEMATOLOGY

ARH FORM

---

☐ ROOM 4th ☐ OPD ☐ ER ☐ CLINIC

REQUESTED BY Patel ON 5-28-77

DATE OF SPECIMEN 5/29/77 12 15 AM

PROVISIONAL DIAGNOSIS seizures

(115)

RT.1, BX 62E5, BECKLEY, WV 25801 NA-SELF

| TEST | RESULT | TEST | RESULT |
|---|---|---|---|
| ☒ GLUCOSE F PP | 81 | ☐ AMYLASE | |
| ☐ UREA NITROGEN | | ☐ LIPASE | |
| ☐ CALCIUM | | ☐ LDH | |
| ☐ PHOSPHORUS | | ☐ TRANS. SGO SGP | |
| ☐ ACID PHOSPHATASE | | ☐ CPK | |
| ☐ ALK. PHOSPHATASE | | ☐ CHOLESTEROL | |
| ☐ URIC ACID | | ☐ CREATININE | |

Results to EKG 1 AM

000010

DATE: 5/29/77 SIGN: NB

CHARGE $ 8.00

CLINICAL CHEMISTRY I

ARH FORM E-1-61A (REV. 4/68)

ARH FORM E-1-82

008744

↑ TOP OF FOURTH LABORATORY SLIP ↑

APPALACHIAN REGIONAL HOSPITALS

LABORATORY REPORTS

Guide lines are approximate. Overlap just to the bold or double horizontal black line on the slip below.

↑ TOP OF THIRD LABORATORY SLIP ↑

Guide lines are approximate. Overlap just to the bold or double horizontal black line

**BACTERIOLOGY** — ARH FORM E-1-58 (REV 4-68)

☐ ROOM 423 ☐ OPD ☐ ER ☐ CLINIC

PIKE, CHRISTA
14 27 CO F 3 10 76 NO
RT.1, BX 6955, RM-423
BECKLEY, WV 25801
NO-INS-F
DR. CONCEPTION

REQUESTED BY Conception ON 5-29
COLLECTED ON 5-29 10 45/am Pt.
TYPE SPECIMEN spinal fluid
PROV. DIAGNOSIS poss. seizure disorder

☐ SMEAR ONLY ☒ ROUTINE CULT. ☐ SENSITIVITY ☐ TB STUDY ☐ FUNGUS
☐ VIRUS STUDY ☐ ANTIBACTERIAL THERAPY

FINDINGS: Spinal fluid shows no growth

DATE: 6/6/77 SIGN [illegible] CHARGE $

**URINALYSIS** — ARH FORM E-1-59 (REV 4-68)

☐ ROOM 423 ☐ OPD ☐ ER ☐ CLINIC

PIKE, CHRISTA
14 27 CO F 3 10 76 NO
RT.1, BX 6955, RM-423
BECKLEY, WV 25801
NO-INS-F
DR. CONCEPTION

REQUESTED BY Conception ON 5/29/77
COLLECTED ON 5/30/77 8 [illegible] MW
ROUTINE CLEAN, VOIDED ☒ CATH. ☐
PROVISIONAL DIAGNOSIS poss. seizure disorder

| | |
|---|---|
| ☐ COLOR | yel |
| ☐ CHARACTER | clear |
| ☐ pH | 6.0 |
| ☐ SP. GRAVITY | 1.022 |
| ☐ PROTEIN | + trace |
| ☐ GLUCOSE | neg clinitest |
| ☐ ACETONE | neg |
| ☐ BILE | neg |
| ☐ UROBILINOGEN | normal |

| ☐ MICROSCOPIC | |
|---|---|
| WBC | rare |
| RBC | rare |
| EPITH. | occasional |
| CRYSTALS | |
| CASTS | other reducing subs. neg |
| OTHER | few |

OTHER EXAMS: Bl - neg

DATE: 5/30/77 SIGN MW 13 ROW CHARGE MAY 30 $

ARH FORM E-1-82

000011

COPYRIGHT © 1960, 1966, 1967, 1968, by TECHNICON INSTRUMENTS CORPORATION, TARRYTOWN, NEW YORK

CHART NO. 011-0749-06

from Lab 4:15 pm May 31 (?)

# SMA 12/60

Ca+ mg% | Inor. | Uric | [redacted] | Alk. Phos. | LDH mU./ml | SGOT/340 mU./ml

X ROOM 423 ☐ OPD ☐ ER ☐ CLINIC

REQUESTED BY: Concepcion | ON: 5/29/77

DATE OF SPECIMEN: 5-29 10 45 AM Concepcion

PROVISIONAL DIAGNOSIS: poss. seizure disorder

PIKE, CHRISTA -1 AM 04 MAY 29
14 27 20 F 3 10 76 NO
RT.1, BX 6225, RM-423
BECKLEY, WV 25801
NB-INS-P
DR. CONCEPCION -2 AM 29 MAY 29

(19)

Severe Hemolysis of Sample

Ca++ | Inor. Phos. | Glu. | BUN | Uric Acid | Chol. | T.P. | Alb. | T. Bili. | Alk. Phos. | LDH | SGOT/340

000012

Patient's Name ____________________

No. ____________________ Rm. ____________________ Date ____________________

GRAPHOTYPE — WHERE USED

[redacted]

# APPALACHIAN REGIONAL HOSPITALS
## REQUEST FOR X-RAY EXAMINATION

PATIENT'S NAME (LAST) (FIRST) (MIDDLE) [redacted] AGE RACE

WARD NO 423 AMBULATORY WHEELCHAIR STRETCHER BED-SIDE

HOSPITAL NO. ADDRESS (IF APC)

DATE OF REQUEST 5/28/77 HEIGHT (IF FOR CHEST) WEIGHT (IF FOR CHEST)

EXAMINATION DESIRED
Chest
c skull

RELEVANT CLINICAL HISTORY AND WORKING DIAGNOSIS
- Generalized seizures x 2. First time -
~~No~~ c/o cold & cough

THIS SPACE FOR TECHNICIAN'S USE

| 8 X 10 | 10 X 12 | 11 X 14 | 14 X 17 | MISC. |
|---|---|---|---|---|
| | 9 | | | CM |

ORDERED BY: A Patel Dr.
ATTENDING PHYSICIAN: A. PATEL
X-RAY FILE NUMBER: 7313-77
DATE OF REPORT: 5/29/77

REPORT OF RADIOLOGIST

CHEST, A SINGLE PA: INITIAL STUDY.

The lungs are well expanded and show no evidence of active disease. The heart is normal. The trachea is patent. Costophrenic sulci are clear.

IMPRESSION: 1) Grossly normal chest.

SKULL SERIES: The calvarium is intact without evidence of fracture. One notes soft tissue swelling over the frontal area.

SHC/Bro

S. H. CHO, M. D.
RADIOLOGIST M.D.

SHC:smm 5-30-77

The Radiologist will be pleased to confer with the attending physician with respect to all cases referred to this department. Prepare requests in duplicate. The original will be returned to the chart.

000013

ARH FORM E-1-13(1/69) BOTH SIDES OF THIS SHEET MAY BE USED

DELIVERED MAY 31 1977

6/3

APPALACHIAN REGIONAL HOSPITALS

Request for Electroencephalogram

1:00 P.M.

PIKE, CHRISTA
14 8720 F 3 10 76 NO
RH-423

Graphotype

Patient's Name PIKE, CHRISTA Sex: F Age: 14 mos

Date of Request: 5/24/77
5/29/77 14 mos.

Clinical Summary, Diagnosis: seizure disorder

Current Medication:

E.E.G. Interpretation:

With sleep, frequent high voltage sharp spikes and biphasic sharp waves appear mostly from the right frontal temporal site focal.

Impression

Abnormal EEG

Interpreted by ______________ M.D.

BC - 10

000014

008748 07 0 77

# APPALACHIAN REGIONAL HOSPITALS

## AUTHORITY TO OPERATE

UNIT AND/OR SERVICE

| | | |
|---|---|---|
| HISTORY UNIT NO. [redacted] | [redacted] | 85-HS YES OR NO |
| PATIENT'S NAME | PIKE, CHRISTA<br>14 ?? 20 F 3 10 76 MO | SOC. SEC. NO. |
| ADDRESS | RT.1, BX 6385, RM-423<br>BECKLEY, WV 25801 | SEX AND AGE |
| BIRTH DATE | NO-INS-F<br>DR. CONCEPTION | FLOOR |
| | | ROOM |

ATTENDING PHYSICIAN

DATE *May 29* 19*77* TIME ______ A.M. P.M.

I HEREBY AUTHORIZE THE PHYSICIAN OR PHYSICIANS IN CHARGE OF THE CARE OF *Cristal Pike*

(NAME OF PATIENT) AT THE *BRCH* HOSPITAL

1. TO PERFORM ON HIM OR HER *Lumbar Puncture*
(STATE NATURE OF PROCEDURE OR OPERATION)

2. TO HAVE ADMINISTERED SUCH ANESTHETICS AS ARE FOUND NECESSARY OR DESIRABLE.

3. TO PERFORM SUCH ADDITIONAL TREATMENTS, PROCEDURES, OR OPERATIONS AS ARE FOUND NECESSARY OR DESIRABLE IN THE JUDGMENT OF THE PHYSICIAN IN CHARGE.

4. I HEREBY GIVE MY CONSENT TO HAVE ALL TISSUES OR PARTS REMOVED AT OPERATION DISPOSED OF.

5. I ALSO CONSENT TO THE TAKING OF ANY PHOTOGRAPHS IN THE COURSE OF THIS TREATMENT FOR THE PURPOSE OF ADVANCING MEDICAL KNOWLEDGE, PROVIDING MY IDENTITY IS NOT REVEALED.

6. I FURTHER DECLARE THAT I AM AWARE OF THE CONTENTS OF THIS FORM.

WITNESS OF SIGNATURE ______ SIGNED *Carissa Pike*

WITNESS OF SIGNATURE *Sandra Halliday RN* ______ *Mother*
(RELATIONSHIP)



ARH FORM E-I-32 (REV. 2/60)

APPALACHIAN REGIONAL HOSPITALS
**PHYSICIAN'S ORDERS**

HOSPITAL REGULATION:

PHYSICIAN'S SIGNATURE MUST ACCOMPANY EACH ORDER

NURSING PERSONNEL INITIAL EACH PROCEDURE AS INSTITUTED OR DISCONTINUED

UNIT AND/OR SERVICE

HISTORY UNIT NO [redacted] 82777

PATIENT'S NAME

5 10 76

, RX 6225,
BECKLEY, WV 25801

FLOOR

ROOM

ATTENDING PHYSICIAN

PERMISSION IS GRANTED TO DISPENSE THE GENERIC EQUIVALENT FOR DRUGS UNLESS ONE TIME USE FORM IS COMPLETED

| DATE ORDERED HOUR | DOCTOR: START NEW SECTION FOR EACH SET OF ORDERS |
|---|---|
| 5/26/77 | |
| | fm |
| | fm |
| | fm DFA |
| | fm |
| | fm Phenobarb 1 tsp q 6h po |
| | fm Tempra 1/2 tsp / Binder hip above 101°F ~~99°F~~ |
| | ASA gr 1 1/4 |
| | MD |
| 5/30 | 5H z LP permit |
| | 5H z LP - done |
| | 5H z CSF for cell ct, diff ct |
| | glucose, protein |
| | Gram stain & culture |
| | 5H z SMA-12 drawn |
| | 5H z Schedule for EEG on Tuesday |
| | 5H z chloral hydrate 250 mg prior to EEG |

000016

ARH. FORM E-1-7 12-64

03 09 77

[redacted] [redacted]

APPALACHIAN REGIONAL HOSPITALS
PHYSICIAN'S ORDERS

HOSPITAL REGULATION:

PHYSICIAN'S SIGNATURE MUST ACCOMPANY EACH ORDER.

NURSING PERSONNEL INITIAL EACH PROCEDURE AS INSTITUTED OR DISCONTINUED.

HISTORY UNIT NO.
PATIENT'S NAME

IKE, CHRISTA
34 27 20 F 3 10 76 NO
RT.1, BX 62E5, RM-423
BECKLEY, WV 25801
N3-IN3-F
DR. CONCEPTION

FLOOR

ROOM

UNIT AND/OR SERVICE

ATTENDING PHYSICIAN

PERMISSION IS GRANTED TO DISPENSE THE GENERIC EQUIVALENT FOR DRUGS UNLESS ONE TIME USE FORM IS COMPLETED

| ORDERED DATE | HOUR | DOCTOR, START NEW SECTION FOR EACH SET OF ORDERS |
|---|---|---|
| 5/31 | 4H | Pediac Dri Syr, 1 tsp Qid |
| | 4H | Cool mist vaporizer |
| | 5H | [illegible] |
| | | June 21 1 45 pm |
| 5/31 | 5H | Seconal 30mg prior to EEG |
| | | T.O. Dr. Confusion |

THE CHAPMAN PRINTING COMPANY, INC.

ARH. FORM E-1 7 12 64

000017

APPALACHIAN REGIONAL HOSPITALS.

# PATIENT VITAL SUMMARY SHEET

GRAPHOTYPE – WHERE USED [redacted]

PIKE, CHRISTA
14 27 60 F 3 10 76 NO
RT.1, BX 62E5, RM-423
BECKLEY, WV 25801
[illegible] IN3-F
[illegible] CONCEPTION

DR.

ROOM NUMBER

| DATE May-June '77 | 29 | | 30 | | 31 | | 1 | | 2 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Hospital Day / Post-operative | Adm | | 1 | | 2 | | 3 | | 4 | |
| HOUR | 2 4 6 8 10 | 2 4 6 8 10 | 2 4 6 8 10 | 2 4 6 8 10 | 2 4 6 8 10 | 2 4 6 8 10 | 2 4 6 8 10 | 2 4 6 8 10 | 2 4 6 8 10 | 2 4 6 8 10 |

| RESP. | PULSE | TEMP. |
|---|---|---|
| | 150 | 106 |
| | 140 | 105 |
| | 130 | 104 |
| | 120 | 103 |
| | 110 | 102 |
| | 100 | 101 |
| 60 | 90 | 100 |
| 50 | 80 | 99 |
| 40 | 70 | 98 |
| 30 | 60 | 97 |
| 20 | 50 | 96 |
| 10 | 40 | 95 |




| BLOOD PRESSURE | AM: | PM: | AM: | PM: | AM: | PM: | AM: | PM: | AM: | PM: |
|---|---|---|---|---|---|---|---|---|---|---|
| HEIGHT [illegible] | WEIGHT 21-12 | | | | | | | | | |
| DIET DFA | | | | | | | | | | |

| FLUID INTAKE | Oral | Parenteral | Oral | Parenteral | Oral | Parenteral | Oral | Parenteral | Oral | Parenteral |
|---|---|---|---|---|---|---|---|---|---|---|
| 12-8 | 150 | | 120 | | 120 | | | | | |
| 8-4 | 360 | | 240 | | | | | | | |
| 4-12 | 340 | | 320 | | | | | | | |
| 24 HOUR TOTAL | 850 | | 680 | | | | | | | |

| FLUID OUTPUT | Urine | Stomach Content | Urine | Stomach Content | Urine | Stomach Content | Urine | Stomach Content | Urine | Stomach Content |
|---|---|---|---|---|---|---|---|---|---|---|
| 12-8 | x1 | | x | | x1 | | | | | |
| 8-4 | 3 | | | | | | | | | |
| 4-12 | 2 | | 3 | | | | | | | |
| 24 HOUR TOTAL | 6 | | 5 | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| STOOL | 1 [illegible] | | | | |
| REMARKS: | L.P done | | | | |
| PROGRESS | | | | | |

000018

ARH FORM E-11-1 (10/63)

**APPALACHIAN REGIONAL HOSPITALS**

**NURSES RECORD**

(White copy - Nurses Record, Pink copy - Pharmacy Charge)

PIKE, CHRISTA
14 27 20 F 3 10 76 NO
RT.1, BX 6225, RM-423
BECKLEY, WV 25801
NP-INS-F
CONCEPTION

| MEDICATIONS: May-June 1977 | DATE: 29 | | | DATE: 30 | | | DATE: 31 | | | DATE: 1 | | | DATE: 2 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MORN | DAY | EVEN | MORN | DAY | EVEN | MORN | DAY | EVEN | MORN | DAY | EVEN | MORN | DAY | EVEN |
| Phenobarb 1 tsp po q 8 h (6-2-10) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | |
| Rondec DM ½ tsp qid (10-2-6-10) | | | | | ✓ | ✓✓ | ✓ | | | | | | | | |
| Chloral hydrate 250 mg prior to EEG | | | | | | | | 9³⁰ | | | | | | | |
| ASA gr 1¼ / Tempra ½ tsp } prn temp ↑ 101° | | 9³⁰ | | | 5³⁰ | | | | | | | | | | |
| NURSE'S INITIALS | Jm | SH | LH | Jm | SH | LH | Jm | SH | | | | | | | |

| TREATMENTS: | DATE: | | | DATE: | | | DATE: | | | DATE: | | | DATE: | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MORN | DAY | EVEN | MORN | DAY | EVEN | MORN | DAY | EVEN | MORN | DAY | EVEN | MORN | DAY | EVEN |
| cool mist vaporizer | | | | | 4H | 8⁰ | 8 | | | | | | | | |
| NURSE'S INITIALS | | | | | SH | LH | Jm | | | | | | | | |

000019

ARH Form E-11-22

008753

APPALACHIAN REGIONAL HOSPITALS

# NURSING CARE RECORD

GRAPHOTYPE-WHERE USED
[illegible], CHRISTA
14 [illegible] [illegible] F 3 10 76 [illegible]
RT.1, BX [illegible], RM-423
[illegible]KLEY, WV 25801
N[illegible]-INS-F
DR. CO[illegible]EPTION

| PATIENT'S NAME | PHYSICIAN | HISTORY NUMBER |
|---|---|---|
| | | |

| Date and Time | 5/29/77 | Date and Time | "Continued" |
|---|---|---|---|
| 1^20/A | [illegible] | 12 30 AM | ate fair, 240cc [illegible], playing, temp ↓, no seizure activity. |
| | [illegible] | | [illegible] LPN |
| | [illegible] | 9 30 PM | Temp 101 (R), Tempra [illegible] given. [illegible] |
| | [illegible] | 11 PM | [illegible] |
| | [illegible] | 5/30/77 6A | Slept [illegible] taking fluids, voiding. Restrapped for UA. Has nasal drainage, [illegible] congested. Mother states child is teething. [illegible] |
| 6A | Slept poorly through night. Very restless all night. Re-strapped for urine specimen this Am. No further seizure activity since admission. [illegible] | 7A | No seizures this shift [illegible] |
| | | 8 30 AM | ate nothing. [illegible] juice. Has runny nose & is coughing. |
| | | 10 N | Dr. Concepcion here. Vaporizer placed at bedside as ordered. |
| 8 30 Am | 60 [illegible] w/m [illegible] fair. up playing in room. Temp ↓ [illegible] done by Dr. Concepcion, SMA blood drawn by Dr. Concepcion. | 2 pm | Child bit off tiny piece of plastic medicine cup. Piece couldn't be found so apparently swallowed it. Dr. Concepcion notified |

ARH FORM E-11-4

| Date and Time | |
|---|---|
| | 5/30/77 |
| 3 pm | Doesn't appear to feel good today. S. Holliday RN |
| 5:20 pm | Temp 101° (R), ASA - Tempra given. J. E. Harris RN |
| | Ate solids poorly, 300 cc fluid po. Child has been up playing this evening. No seizure. Vaporizer @ bedside. Frequent coughing noted. J. E. Harris RN |
| 5/31/77 [illegible] | Slept well. No seizure activity. Has mod. amt. of nasal drainage. Miller RN |
| 9:30 am | Chloral hydrate given prior to EEG. S. Holliday RN |
| 10 AM | Down for EEG. |
| 11:20 | Unable to do EEG because child keeps coughing. Dr. Concepcion notified & O.K. for it to be done as outpatient. Relabeled med explained to mother who verbalized understanding. Prescription also given. Mother instructed to bring child to BAR-H Friday, June 3 for EEG & sedation given |

| Date and Time | |
|---|---|
| | 5/31 |
| | to mother to given child prior to EEG. Return appt to Dr. Concepcion's office in June 21 1:45 pm. S. Holliday R.N. |

APPALACHIAN REGIONAL HOSPITAL

# ADMISSION – DISCHARGE RECORD

BECKLEY APPALACHIAN REGIONAL HOSPITAL
(4-8865-1)

**ARMED FORCES INFORMATION**

WAS PATIENT EVER IN U.S. ARMED FORCES (YES, NO, UNKNOWN). IF YES, STATE WAR OR DUTIES OF SERVICE:

FOR GOVERNMENT SPONSORED PATIENTS ONLY: ARMED FORCES REGISTRATION NUMBER

NUMBER

HISTORY UNIT NUMBER: 14 27 20

DOES PATIENT HAVE 85 HS: YES [ ] NO [X]

INJURY: YES [ ] NO [X]

PATIENT'S NAME (LAST-FIRST-MIDDLE): PIKE, Baby Girl (CHRISTA GAIL)

B, N-B, E OR E-D: NB-ED-Self

S.S. NUMBER FROM 85-HS:

SEX: MALE [ ] FEMALE [X]

PATIENT'S ADDRESS: Rt. 1, Box 62, Beckley, Wv 25801

BIRTH DATE (MO-DAY-YEAR): 3-10-76

DISTRICT NO.:

LOCAL UNION NO.:

AGE OF NEW BORN: Newborn

ADMITTING DIAGNOSIS: Newborn

SERVICE: Newborn

FLOOR: NBN

HOUR ADMITTED: 7:20 AM [ ] PM X

DATE ADMITTED: 3-10-76

REFERRING PHYSICIAN NAME AND ADDRESS (ALSO HOSPITAL TRANSFERRED): None

ATTENDING PHYSICIAN: R. Concepcion, M.D.

PHYSICIAN'S CODE NO.: 0243

DO NOT WRITE IN THE BOXES BELOW

PATIENT'S BIRTHPLACE: WV

CITIZEN OF: USA

RACE: White

RELIGION: Prot.

MARITAL STATUS: X

FATHER'S NAME: Emil Pike

MOTHER'S FULL MAIDEN NAME: Carissa J. Pike

INJURY AT WORK: YES [ ] NO X IF YES, EXPLAIN

DATE OF ACCIDENT

NAME OF EMPLOYER PATIENT'S / PARENT'S: unemployed father

TELEPHONE NO. OF EMPLOYER

OCCUPATION PATIENT'S / PARENT'S: LPN-PsyService- mother

RESPONSIBILITY FOR PAYMENT: SELF X; OTHER SPECIFY X ED

MINER'S NAME, OR HEIRS

SPOUSE OR NEAREST RELATIVE TO BE NOTIFIED (NAME AND ADDRESS): Emil & Carissa Pike same

RELATIONSHIP: parents

TELEPHONE NO.: 252-9472

INFORMANT: Mother's A&D

ADMITTING OFFICIAL: Wright

SIGNATURE OF PATIENT OR GUARDIAN

DISCHARGE DATE: 3-10-76

CONSULTATIONS: None

UNITS OF BLOOD: None

INFECTION: YES [ ] NO [X]

ANESTHESIA GIVEN: YES [ ] NO [X]

DEATH DURING SURGERY: YES [ ] NO [X]

DEATH WITHIN TEN DAYS AFTER SURGERY: YES [ ] NO [X]

IF PATIENT IS A CORONER'S CASE: [ ] [ ]

HOSPITAL DAYS: 1

DISCHARGE DIAGNOSIS:

Newborn
Live birth
Immature birth
Female
Cesarean section (breech)
Double footling
Respiratory distress syndrome

CODE

SURGERY PERFORMED

NAME OF SURGEON

GESTATION PERIOD IN WEEKS: 36

BIRTH WEIGHT IN GRAMS: 2470

Newborn

DISCHARGE CONDITION: ALIVE [X]; DECEASED WITHIN 48 HOURS: WITH AUTOPSY [ ], NO AUTOPSY [ ]; AFTER 48 HOURS: WITH AUTOPSY [ ], NO AUTOPSY [ ]

TYPE OF PATIENT: NEWBORN [X]; OBSTETRIC PATIENT: LIVE BIRTH [ ], FETAL DEATH [ ], NOT DELIVERED [ ]; ADULT OR OLDER CHILD: 15 YRS [ ], 15 YRS OR MORE [ ]

OTHER PHYSICIANS RENDERING DIRECT SERVICES DURING THIS PERIOD OF HOSPITALIZATION

NAME OF PHYSICIAN AND SERVICE PROVIDED

NAME OF PHYSICIAN AND SERVICE PROVIDED

CERTIFIED THAT THE ABOVE SERVICES WERE RENDERED

SIGNATURE: David Elliott

TITLE: Adm.

DATE: 3-15-76

FOR USE OF AREA OFFICE

000022

FISCAL

ARH FORM E-1-35 (BC) REVISED 5-64

COPY NO. 1 FOR PATIENT'S CHART

008756

APPALACHIAN REGIONAL HOSPITALS
Beckley, West Virginia

**DISCHARGE SUMMARY**

| | |
|---|---|
| HISTORY UNIT NO. | 14-27-20 |
| PATIENT'S NAME | PIKE, CHRISTA GAIL<br>Rt. 1, Box 62<br>Beckley, West Virginia |

FLOOR

ROOM

UNIT AND/OR SERVICE: NEWBORN

ATTENDING PHYSICIAN: ROBERTO G. D. CONCEPCION, M. D.

ADMITTED: 3-10-76
DISCHARGED: 3-10-76

This 2470 Gms. (5 lbs. 7 ozs.) white female neonate was delivered at 7:20 a.m. by emergency primary cesarean section indicated by premature labor at 36 weeks and double footling breech presentation, eventually no progress of laborunder general anesthesia. Bag of waters was intact at delivery. Amniotic fluid was clear. The mother was a 23-year old A positive, Gravida III, Para II, with von Willebrand's disease. The father was healthy. A four and a half year old sibling was well.

PHYSICAL EXAMINATION: The baby was depressed, flaccid, and cyanotic and bradycardic at birth with Apgar score of four at one minute and nine at five minutes. She was given positive pressure oxygen after oropharyngeal and gastric suctioning was performed. HEENT unremarkable. The posterior nares and esophagus were patent. The chest showed no retractions or rales. There was good aeration. Heart showed regular rhythm with sounds of good quality and no murmur. Umbilical cord showed two arteries and one vein and was of normal caliber. Abdomen was soft and showed no masses. Genitalia showed normal female characteristics for age. Extremities showed suspicious click on the left. Neurologically, the baby was initially flaccid but improved with resuscitation. Gestational age was around 34-35 weeks.

LABORATORY DATA: None except for chest x-ray which was consistent with respiratory distress syndrome.

HOSPITAL COURSE: The baby received routine Silver Nitrate and Vitamin K prophylaxis. The baby did well until one hour of age when she developed grunting respirations with cyanosis for which oxygen was given by oxyhood. I.V. fluids consisting of 10% Dextrose in water and Sodium Bicarbonate, 5 mEq. were initiated. The baby became gradually worse for which transfer to the Newborn Intensive Care Unit at Charleston Memorial Hospital was necessary and arranged. This was also prompted by the mother's tubal ligation following the delivery of the baby. The baby was transferred by ambulance with nursing assistance.

FINAL DIAGNOSES:

1) Respiratory distress syndrome.
2) Prematurity, 34-35 weeks.
3) Probable congenital hip dysplasia, left.

ROBERTO G. D. CONCEPCION, M. D.
Division of Pediatrics

RGDC:dap
D: 3-14-76
T: 3-17-76

cc: File

BOTH SIDES OF THIS SHEET MAY BE USED

000023

ARHI FORM E-1-4 11-63

008757

APPALACHIAN REGIONAL HOSPITALS

PHYSICIAN'S NEWBORN RECORD

PIKE, BABY GIRL
14 27 20 F 3-10-76 NO
RT. 1, BOX 62
BECKLEY, WV 25801
NB-ED-SELF
DR. CONCEPCION

Male
X Female — Infant of (Mother's name): Pike, Carissa

Date of Birth: 3 10 76

Date of Discharge: 3/10

EVALUATION AFTER BIRTH

| | 60 Sec | 5 Min |
|---|---|---|
| Heart Rate | 1 | 2 |
| Respiration | 1 | 2 |
| Reflex Irrit. Ability to Stimulus | 1 | 2 |
| Muscle Tone | 1 | 2 |
| Color of Skin | 0 | 1 |
| Total Score | 4 | 9 |

MATERNAL HISTORY
Blood type: A Rh pos
Religion: prot
Pertinent Abnormalities:

DELIVERY: 36

Method of delivery: C Section

Analgesia:

INFANT:

Abnormalities noted:

Eye prophylaxis:

Newborn Resuscitation:

INFANT CONDITION: good

PHYSICIAN'S SIGNATURE — M.D.

DISCHARGE EXAM
DESCRIBE ABNORMALITIES

*Code each item below:
0 - No abnormalities

| Item | Code | |
|---|---|---|
| 1. General Appearance (maturity, activity, color, nutrition, edema) | 0 | |
| 2. Skin (rashes, hemangioma) | 0 | |
| 3. Head, Neck (molding, cephalhematoma) | 0 | |
| 4. Eyes (abnormalities) | ✓ | |
| 5. Ears, nose, mouth | 0 | |
| 6. Thorax (incl. ...) | 0 | |
| 7. Heart & Lungs (& Femoral pulses) | 0 | |
| 8. Abdomen (incl. umbilicus) | 0 | |
| 9. Genitalia (testes, ... discharge) | 0 | |
| 10. Trunk, Spine | 0 | |
| 11. Extremities (incl. clavicles & hips) | 0 | |
| 12. Anus | 0 | |
| 13. Reflexes | 0 | |

Birth Wt. 5 7 Head circ.
Chest circ. Length

3/10 DATE PHYSICIAN'S SIGNATURE

DATE PHYSICIAN'S SIGNATURE

☐ IF MORE SPACE IS NEEDED, CHECK BOX AND CONTINUE ON REVERSE SIDE.

ARHI FORM E-1-51 (REV. 1-64)

C00024

008758

ADDITIONAL NOTES AND NOTES ON BABY'S PROGRESS WHILE IN HOSPITAL

| SEROLOGY OF BABY | |
|---|---|
| Date: | Result: |

BRACELET NO. 7294 ~~FILE~~ 4 Bottle

CIRCUMCISION

3/16/76 [illegible]
[illegible]
[illegible]
[illegible]
[illegible]

Doctor's Orders:

| NAME | MOTHER'S FIRST NAME |
|---|---|
| Girl Pike | [illegible] |
| DATE OF BIRTH 3-16-76 | SIGNATURE OF NURSE [illegible] / J. Franklin LPN |
| TIME OF BIRTH 7:20 PM E.S.T. | SIGNATURE OF DOCTOR [illegible] |

BABY'S RIGHT FOOTPRINT



BABY'S LEFT FOOTPRINT



MOTHER'S RIGHT THUMB PRINT



Date 3-10-76 Baby Girl Pike Released to

care of Mable Jackson R.N
NAME RELATIONSHIP

G. Welch LPN
NURSE'S SIGNATURE

M. Jackson R.N.
SIGNATURE OF PERSON RECEIVING BABY
(If other than mother)

MOTHER'S SIGNATURE

000025

Baby transferred per Ambulance to Charleston Memorial Intensive Care Nursery.

ARH FORM E-1-51R (REV 1-64)

008759

APPALACHIAN REGIONAL HOSPITALS

# PROGRESS NOTES

| HISTORY UNIT NO. | |
|---|---|
| PATIENT'S NAME | PIKE, BABY GIRL<br>14 27 20 F 3-10-76 NO<br>RT. 1, BOX 62<br>BECKLEY, WV 25801<br>NB-ED-SELF<br>DR. CONCEPCION |

FLOOR

ROOM

UNIT AND/OR SERVICE

ATTENDING PHYSICIAN

3/10/76 This 2470 Gm (5# 7oz) W♀ was delivered at 7:20 AM by emergency 1° C.S. indicated by premature labor at 36 wks, double footling breech presentation [illegible] general [illegible]. Light analgesia [illegible] at delivery. Amniotic fluid [illegible].

*[illegible] 23 y/o [illegible] Apgar [illegible]

~~*Von Willebrand's dis.~~ [illegible]

Baby depressed at birth. [illegible]

[illegible] Apgar [illegible] 9 5 [illegible]

[illegible]

[illegible]

[illegible]

[illegible] Heart [illegible]

[illegible]

[illegible] Est. ? ? [illegible]

34-35 wks.

Imp: [illegible] premature W♀ 34-35 wks.
Hx of transient depression.

Plan: Routine premie care
watch for RDS, etc.

* Mother had BTL & C. Section. [illegible]

Has von Willebrand's dis. [illegible] during pregnancy.
No unusual bleeding at C. Section.

BOTH SIDES OF THIS SHEET MAY BE USED

ARH FORM E-1-6 11-63

000026

8³⁰pm Started to have grunting resp. & cyanosis
3/[illegible] increasing retractions. ↓ Air entry
bilaterally. [illegible] in O2.
Chest X-ray – reticulo granular pattern
breast shadow – ok. Hyaline ++
IV fluids D10 W + 5 ml NaHCO3 [illegible]
Will arrange transfer out to CMH NICU
[illegible signature]

008761

GRAPHOTYPE — WHERE USED

# APPALACHIAN REGIONAL HOSPITALS
## REQUEST FOR X-RAY EXAMINATION

PIKE-DAST [redacted]
14 ET NO F [redacted]
RT. 1, BOX [redacted]
BECKLEY, WV [redacted]
MP-ED-SELF
DR. CONCEPCION

stat

PATIENT'S NAME (LAST) (FIRST) (MIDDLE) SEX [redacted] AGE RACE

WARD NO. NICU AMBULATORY WHEELCHAIR STRETCHER BEDSIDE

HOSPITAL NO. ADDRESS (IF APC)

DATE OF REQUEST: 3/10/76 HEIGHT (IF FOR CHEST) WEIGHT (IF ...)

EXAMINATION DESIRED: Portable chest

RELEVANT CLINICAL HISTORY AND WORKING DIAGNOSIS:

THIS SPACE FOR TECHNICIAN'S USE

| 8 X 10 | 10 X 12 | 11 X 14 | 14 X 17 | MISC |
|---|---|---|---|---|
| 2 | | | | 5 |

ORDERED BY:

ATTENDING PHYSICIAN CONCEPCION

X-RAY FILE NUMBER 3492-76

REPORT OF RADIOLOGIST

DATE OF REPORT: 10 Mar 76

CHEST, TWO SUPINE: INITIAL STUDY.

There are fine granular and patchy shadows of increased density with air bronchogram, predominately in the right lung field. Cardiothymic image is not remarkable. A minimal degree of retraction of the thoracic cage is seen. The trachea is patent.

IMPRESSION: 1) The findings are compatible with early respiratory distress syndrome, most likely hyaline membrane disease, more predominately involving the right lung.

Follow-up examination is recommended.

S. H. CHO, M. D. M.D.
RADIOLOGIST

SHC:bmm 3-10-76

The Radiologist will be pleased to confer with the attending physician with respect to all cases referred to this department. Prepare requests in duplicate. The original will be returned to the chart.

ARH FORM E-1-13 (1/69) BOTH SIDES OF THIS SHEET MAY BE USED

C00028

008762

**APPALACHIAN REGIONAL HOSPITALS**
**PHYSICIAN'S ORDERS**

HOSPITAL REGULATION:

PHYSICIAN'S SIGNATURE MUST ACCOMPANY EACH ORDER.

NURSING PERSONNEL INITIAL EACH PROCEDURE AS INSTITUTED OR DISCONTINUED

UNIT AND/OR SERVICE

HISTORY
UNIT NO.
PATIENT'S NAME

PIKE,BABY GIRL
14 27 20 F 3-10-76 NO
RT. 1, BOX 62
BECKLEY, WV 25801
NB--ED--SELF
DR. CONCEPCION

ATTENDING PHYSICIAN

FLOOR

ROOM

PERMISSION IS GRANTED TO DISPENSE THE GENERIC EQUIVALENT FOR DRUGS UNLESS ONE TIME USE FORM IS COMPLETED

DATE ORDERED HOUR | DOCTOR: START NEW SECTION FOR EACH SET OF ORDERS

3/10 9AM IV fluids D10W 95 ml / 6 gtts/hr

NaHCO3 5mEq

O2 - 35% by Oxyhood

Transfer to CMH NICU ...

... Concepcion

000029

ARH FORM E-1-7 12-64

Type, or print, in permanent ink

For instructions refer to the hospital handbook

WEST VIRGINIA STATE DEPARTMENT OF HEALTH—DIVISION OF VITAL STATISTICS

CERTIFICATE OF LIVE BIRTH

**BIRTH NO. 147–**

Dist. No.

Serial No.

000030

**CHILD**

1. CHILD-NAME First Middle Last [illegible]
2a. DATE OF BIRTH Month Day Year: March 10 197[illegible]
2b. HOUR: 7:20 [illegible]M.
3. SEX: [illegible]
4a. THIS BIRTH Single, twin, triplet, etc. (Specify): Single
4b. IF NOT SINGLE BIRTH Born first, second, etc (Specify):
5a. COUNTY OF BIRTH: Raleigh
5b. CITY TOWN, OR LOCATION OF BIRTH: [illegible]
5c. INSIDE CITY LIMITS (specify yes or no): Yes
5d. HOSPITAL-name (If not in hospital, give street and number): Appalachian Regional Hospital

**FATHER**

6a. FATHER-Name First Middle Last: Emil [illegible] [illegible]
6b. AGE (at time of this birth): [illegible]
6c. STATE OF BIRTH (if not in U.S.A., name of country): West Virginia

**MOTHER**

7a. MOTHER-Maiden name First Middle Last: [illegible] [illegible] [illegible]
7b. AGE (at time of this birth): 24
7c. STATE OF BIRTH (if not in U.S.A., name of country): West Virginia
7d. RESIDENCE State: [illegible]
7e. County: [illegible]
7f. City town or location: [illegible]
7g. INSIDE CITY LIMITS (Specify yes or no): No
7h. Street and number: Rt. 1, Box [illegible]
8. MOTHER'S MAILING ADDRESS: Rt. 1, Box [illegible], [illegible], W.Va.
9a. INFORMANT: [illegible]
9b. RELATION TO CHILD: Mother

Multiple births (Enter numbers for mates) Live birth(s) Fetal death(s)

I certify that the above named child was born alive at the place and time and on the date stated above

10a. Signature
10b. DATE SIGNED: [illegible]/76
10c. ATTENDANT M.D., D.O., Midwife, Other (Specify): M.D.
10d. CERTIFIER-Name (Type or print): [illegible]
10e. Mailing address Street or R.F.D. No. City or town State Zip: [illegible]

Death under one year of age (Enter number of death certificate for this child)

11a. REGISTRAR-Signature
11b. Date Received by local registrar Month Day Year
12. Date on which given name added By (Registrar)

## CONFIDENTIAL INFORMATION FOR MEDICAL AND HEALTH USE ONLY

**FATHER**

13. RACE-FATHER White, Negro, American Indian, etc. (Specify): [illegible]
14. EDUCATION Specify highest grade completed Elementary (0,1,2,3,4, ... or 8) High School (1,2,3, or 4): 4 College (1,2,3,4, or 5+)
15a. USUAL OCCUPATION: Unemployed
15b. KIND OF BUSINESS OR INDUSTRY

**MOTHER**

16. RACE-MOTHER White, Negro, American Indian, etc. (Specify): [illegible]
17. EDUCATION Specify highest grade completed Elementary (0,1,2,3,4, ... or 8) High School (1,2,3, or 4): 4 College (1,2,3,4, or 5+)
18a. USUAL OCCUPATION: Nurse
18b. KIND OF BUSINESS OR INDUSTRY: Appalachian Regional Hospital

PREVIOUS DELIVERY How many other children
19a. Are now living: None
19b. Were born alive -now dead: None
19c. Were born dead (Fetal death at any time after conception): [illegible]
20. DATE OF LAST LIVE BIRTH Month Day Year: [illegible]
21. DATE OF LAST FETAL DEATH Month Day Year: [illegible]
22. DATE LAST NORMAL MENSES BEGAN Month Day Year: [illegible]
23. LEGITIMATE (Specify yes or no): Yes
24a. MONTH OF PREGNANCY PRENATAL CARE BEGAN First, second, third, etc. (Specify): Third
24b. PRENATAL VISITS Total number (If none, so state): Eleven
25. BIRTH WEIGHT: 6 lbs. 1[illegible] Ozs.
26. WAS SILVER NITRATE PLACED IN EYES? Yes X No
27a. WAS SEROLOGIC TEST FOR SYPHILIS PERFORMED? Yes X No
27b. If "yes" date performed: [illegible]-75
27c. If "no" state reason
27d. NAME OF SEROLOGIC TEST: VDRL
27e. AT WHAT LABORATORY? State V.D.
28. COMPLICATIONS OF PREGNANCY OR LABOR (Describe or write "none"): Double footling breech with cesarean section delivery.
29. COMPLICATIONS NOT RELATED TO PREGNANCY OR LABOR (Describe or write "none"): None
30. BIRTH INJURIES, CONGENITAL MALFORMATIONS OR ANOMALIES OF CHILD (describe or write "none"): Respiratory distress syndrome

VS-001 (1-1-68)

One 8" x 10" Photograph of Miss Pike

EXHIBIT NO. 8

Identified and made a part of the record this 2nd day of February, 2009.

Mary Beth Leebourf

JUDGE

008765



STATE OF TENNESSEE VS. CHRISTA PIKE

CASE NO. 68280 EXHIBIT NO. 8

DATE 1-30-07 ID____ Evd ✓

FILED (25)

APR 07 2009

Clerk of the Courts

Rec'd by____________

Counselor Notes

EXHIBIT NO. 9

Identified and made a part of the record this 2nd day of February, 2009.

JUDGE

008767

Case No. 68280
Exhibit No. 9
1-30-07

CHRISTA PIKE

12/5/91 Christa was very upset tonight & cried for over an hour. I talked with her for a good while. She said she couldn't stand it here. I empathized but encouraged her to earn her points beginning tomorrow & get off ATW & then out. (KH)

12/26 Christa told me about her visit last Sunday. She showed me a picture & what she got for Christmas. She got off ATW today. (KH)

1/14 We talked about the major she received. We also talked about the moderate she received for contraband. She said she doesn't care about earning her points because she can't go home when she gets out. (KH)

1/27 I talked to Christa about her points. She said she was going to be on ATW for months. She doesn't seem motivated to get off wing. (KH)

2/4 Christa got a pkg from home & she told me about what she received. She talked about her mom. We talked about her points & setting a goal to be off ATW for her birthday - so she can go on an 8 hour. (KH)

2/12 I talked to Christa about keeping rules. She had another pencil in her room tonight. (KH)

2/25 We talked about her points - she has 440. She gets off at 500. She talked about her mom. (KH)

3/10 birthday (16) We talked about her peer relations. She told me she wants to go to camp.

→

2/24 Crista was depressed so I tried to encourage her & told her she can still earn her points for a visit on the 8th. She received a moderate last night for having a pencil in her room. (KH)

2/29 I gave her some pizza & we talked while she ate. She said she's doing good on her points & will be off wing Thurs - probably. She was in much better spirits today. (KH)

3/8 Crista had a visit & she told me about it - She is off wing - on A wing & had an 8 hour. She was happy (KH)

3/18 Crista was down. We talked about what's bothering her. She talked about some problems she's having. We talked about a peer problem. (KH)

3/20 Crista told me about pre camp & about what's happened with her peer problem. (KH)

3/29 Crista was upset because she said some girls are trying to set her up. She was accused of smoking. I encouraged her to do well & go to camp. (KH)

4/10 Christa was upset about not getting to go to Camp. I talked to her a little & tried to encourage her. 4/11 She told me about her moderate. (KH)

4/16 Christa received her 3rd & 4th moderate & was placed on ATW. We talked about the moderates & her feelings. I gave her some encouragement. (KH)

DYS 0525
Rev. 10/15/87



DIVISION OF YOUTH SERVICES

PROGRESS NOTES

STUDENT'S NAME: Christa Pike FACILITY JEC

| DATE | |
|---|---|
| 5/3/92 | Christa + I talked about her points + how many she needs. She should be off wing soon. She talked about her mom and showed me a letter her mom wrote (KH) |
| 5/22 | Christa was very upset tonight after the Campers came by (because it reminded her she would be going home if she had gone to camp) I talked w/ her some - she cried for a long time. KH |
| 6/8 | I asked Christa about her G.E.D. She did very well. She's been making her school points since she took it, too. KH |
| 6/15 | Christa + I talked about her visit before she left - what she's going to do. KH |
| 7/9 | Christa talked to me about her mom, going home, her dad + other parts of her life. KH |
| 7/30 | Christa talked to me about going to Camp. She told me she's thinking about going to Job Corps because she feels like she can't live w/ her mom. She's thinking she'll go to Camp, then home, then Job Corps. She also talked about the possibility of living w/ a friend + we discussed that. KH |
| 8/12 | Christa showed me a letter her mom wrote + talked about it. She is still planning on going to Job Corps. (KH) |
| 8/31 | Christa talked to me about some thoughts + plans. We talked about her behavior + what it was doing for KH |

9/3 I talked to her briefly about how she's doing + her points. She told me she still might get to go to Job Corps. KH

9/10 We talked about her points + how she's doing. KH
She says she will get off ATW soon.

9/21 I talked to Christa about her points. She's getting off ATW Wed. She told me about a phone call with her mom. KH

10/1 Christa was upset about a moderate she got. We talked for a while and she calmed down. KH

10/2 Christa told me her moderate might be dropped so she can go to her mom's wedding. She was happy. KH

11/25 Christa told me she will be getting off wing next week. KH

FILED (26)
APR 07 2009
Clerk of the Courts
Rec'd By

STATE OF TENNESSEE VS. CHRISTA PIKE
CASE NO. 68280 EXHIBIT NO. 9
DATE 1-30-07 ID____ Evd ✓