**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **CHRISTA GAIL PIKE** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:12-CV-35** |
| | ) | **DEATH PENALTY CASE** |
| **DEBRA JOHNSON, WARDEN** | ) | |
| | ) | |
| **Respondent.** | ) | |

---

**ADDENDUM 6**

**DOCUMENT 11**

---

STATE OF TENNESSEE VS. Christa Gail PIKE
CASE NO. 68280 EXHIBIT NO. 14A
DATE 4-7-11-08 ID ___ Evd ✓

VOLUME I - PRETRIAL

# TOOLS FOR THE ULTIMATE TRIAL

THIRD EDITION/1992




FILED 67
APR 07 2009
Clerk of the Courts
Rec'd by

## The Tennessee Death Penalty Defense Manual

Prepared by Capital Case Resource Center of Tennessee ▲ Distributed by Tennessee Association of Criminal Defense Lawyers.

STATE OF TENNESSEE VS. Christa Gail PIKE
008773
CASE NO. 68280 EXHIBIT NO. 14B
DATE 4-7-11-08 ID ___ Evd ✓

VOLUME II - TRIAL

# TOOLS FOR THE ULTIMATE TRIAL

THIRD EDITION/1992




FILED 68
APR 07 2009
Clerk of the Courts
Rec'd by____

## The Tennessee Death Penalty Defense Manual

Prepared by Capital Case Resource Center of Tennesee ▲ Distributed by Tennessee Association of Criminal Defense Lawyers.

STATE OF TENNESSEE VS. Christa Gail PIKE
CASE NO. 68280 EXHIBIT NO. 14C
DATE 4-7-11-08 ID ____ Evd ✓

VOLUME III - APPEALS, COLLATERAL LITIGATION, & APPENDICES

# TOOLS FOR THE ULTIMATE TRIAL

THIRD EDITION/1992




FILED 69
APR 07 2009
Clerk of the Courts
Rec'd by ____

## The Tennessee Death Penalty Defense Manual

Prepared by Capital Case Resource Center of Tennesee ▲ Distributed by Tennessee Association of Criminal Defense Lawyers.

SUPREME COURT FORM I-75 008775

CLAIM FOR ATTORNEYS FEES - **INTERIM CLAIM**

EXECUTIVE SECRETARY USE ONLY:

Reg. No. ________ V. No. ________

INSTRUCTIONS: Type and submit to judge in **duplicate**. Deliver copies to clerk of appellate or trial court, each of which must be signed by attorney and judge. Clerk shall retain one copy for files and forward original to Executive Secretary to the Supreme Court, Supreme Court Building, Nashville, Tennessee 37219.

STATE OF TENNESSEE

COUNTY OF KNOX

CHRISTA GAIL PIKE
Defendant/Petitioner

DOCKET NO.: 58183-A

IN THE CRIMINAL COURT Capital
T.C.A. § 39-13-202
FIRST DEGREE MURDER - DEATH PENALTY
Original Offense

RECEIVED
TN Supreme Court Administrative Office of the Courts
DEC 0 1 1995

1. [X] Felony [ ] Misdemeanor [ ] Post Conviction [ ] Juvenile

2. Disposition of Case: [ ] Plea of Guilty [ ] Nolle Prosequi

[ ] Plea of Not Guilty and Trial by Jury [ ] Plea of Not Guilty and Trial by Judge

[X] Any Other (explain): Interim fee petition in Capital Case

3. Date of disposition: Case still pending - last work performed this claim on 11/17/95.

| DATE | **ACTIVITY** What legal services did you render? Itemize any out-of-pocket expense. Itemize any other approved expense & attach to this claim a certified copy of the court's prior approval of such expense. | **(A)** IN COURT HOURS (Tenths) | **(B)** OUT OF COURT HOURS (Tenths) | **(C)** Necessary Expense |
|---|---|---|---|---|
| 5/23/95 | time in court | 2.0 | | |
| 5/23/95 | review file and phone call to defendant's mother, meet w/Co-Counsel | | 1.5 | |
| 5/23/95 | meet with Dr. Eric Engum relative to his assisting on case | | .75 | |
| 5/23/95 | meet with client | | 2.5 | |
| 5/24/95 | meet with Investigator Barry Rice relative to his assisting on case | | 1.5 | |
| 5/26/95 | phone call from Barry Rice | | .3 | |
| 6/1/95 | preparation of ex parte motions and orders + copying exp. (12 @ .25) | | 1.5 | $3.00 |
| 6/1/95 | phone call to Dr. Eric Engum | | .3 | |
| 6/1/95 | trip to meet with Judge re: appointment of Dr. Engum | | .5 | |
| 6/1/95 | file motions and ex parte orders under seal | | .4 | |
| 6/2/95 | meet with client | | 1.0 | |
| 6/7/95 | review fax from client's mother | | .2 | |
| 6/7/95 | review file, phone call to/from Billy Brown | | .8 | See order |
| 6/9/95 | review death penalty material and research | | 1.0 | |
| | TOTALS FROM ATTACHMENT PAGE 10: | 8.25 | 247.60 | $1,235.67 |
| | **TOTALS:** | 10.25 | 259.85 | $1,238.67 |

512.50 10,394.00 = 10,906.50
12,145.17

I certify that the foregoing represents an accurate and complete statement of time and expense in connection with the above action or proceeding and that these services were rendered pursuant to appointment in this proceeding under TCA §§ 40-14-201 et seq., 37-1-150, or S/C Rule 13.

[signature]
Signature of Attorney

**ENTER FULL NAME AND ADDRESS HERE:**
Attorney: William C. Talman
SSN: 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; Tax ID# 62-1292864
Address: P.O. Box 506, Knoxville, TN 37901-0506
Telephone: (615) 579-9060; Fax# (615) 573-2032

********************************************************************

**TO BE COMPLETED BY JUDGE** **AMOUNT**

(A) N/A Total Approved In Court Hours at **$30.00** Per Hour (work **prior** to 9/1/94) . . . . . . . . . ________

(A) 10.25 Total Approved In Court Hours at **$50.00** Per Hour (work **after** 9/1/94) . . . . . . . . . . . 512.50

(B) N/A Total Approved Out of Court Hours at **$20.00** Per Hour (work **prior** to 9/1/94) . . . . . . ________

(B) 259.85 Total Approved Out of Court Hours at **$40.00** Per Hour (work after 9/1/94) . . . . . . 10,394.00

(C) Total Approved Necessary Expenses . . . . . . . . . . . . . . . . . . . . . . . 1,238.67

Less partial payment received from client pursuant to Court Order ( -0- )

TOTAL AUTHORIZED PAYMENT . . . . . . . . . . . . . . . . . . #12,145.17

FILED 66
APR 0 7 2009
Clerk of the Courts
Rec'd by________

APPROVED
ADMINISTRATIVE DIRECTOR

This the 20th day of November, 1995.

I hereby certify that I appointed the above named attorney to represent the herein listed indigent in compliance with TCA §§ 40-14-201 et seq., 37-1-150 or Supreme Court Rule 13.

[signature]
Signature of Judge

STATE OF TENNESSEE VS. Christa Pike
CASE NO. 62826 EXHIBIT NO. 18
DATE 4-8-08 ID ✓ Evd ✓

008776

STATE OF TENNESSEE

COUNTY OF KNOX

CHRISTA GAIL PIKE
Defendant/Petitioner

DOCKET NO(s).: 58183-A

IN THE CRIMINAL COURT

See page 1 of original claim form
Original Offense(s)

**ATTACHMENT PAGE - PAGE 1**

[X] Attachment page used to claim time in excess of amount claimed on original fee claim form.

[ ] Attachment page used to show entire time claimed and expenses incurred in representing the same defendant and to show how time is prorated between Defendant's multiple charges.

| DATE | ACTIVITY<br>What legal services did you render?<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expense & attach to this claim a certified copy of the court's prior approval of such expense. | (A) IN COURT HOURS (Tenths) | (B) OUT OF COURT HOURS (Tenths) | (C) Necessary Expense |
|---|---|---|---|---|
| 6/12/95 | phone call to Billy Brown | | .2 | |
| 6/13/95 | phone call from Eric Engum | | .2 | |
| 6/13/95 | phone call to Asst. Chief Alex Warren, Knox County Jail re: arranging visit for Dr. Engum with client | | .2 | |
| 6/13/95 | phone call to Dr. Engum re: jail visitation arrangements | | .2 | |
| 6/26/95 | review fax received from client's mother, Carissa Hansen | | .2 | |
| 6/26/95 | meet with Chief Kenneth Quindry, Knox Co. Jail re: problem allowing client to have paper and pencils without purchasing in jail commissary | | .4 | |
| 6/26/95 | meet with client | | 2.5 | |
| 6/27/95 | phone call from client | | .2 | |
| 6/28/95 | meet with client | | 1.3 | |
| 6/29/95 | legal research on death penalty issue | | 2.0 | |
| 6/30/95 | phone call from Dr. Engum | | .3 | |
| 6/30/95 | phone call to Shift Lt., Knox Co. Jail, re: visitation for Dr. Engum | | .2 | |
| 6/30/95 | return call to Dr. Engum confirming meeting with client at jail | | .2 | |
| 6/30/95 | phone call from Veronica Welzel | | .4 | |
| 7/3/95 | review letter received from client's mother, Carissa Hansen, containing copy of article regarding death row inmate recently released from North Carolina prison | | .5 | |
| 7/7/95 | phone call from Veronica Welzel | | .8 | |
| 7/7/95 | phone call to Veronica Welzel | | .5 | |
| 7/7/95 | phone call to Knox County jail re: client problems | | .4 | |
| 7/20/95 | phone call from client | | .3 | |
| 7/21/95 | phone call from client | | .4 | |
| 7/21/95 | review records received | | 1.5 | |
| 7/23/95 | meet with client | | 2.8 | |
| 7/24/95 | meet with client | | 3.0 | |
| 7/24/95 | legal research | | 1.0 | |
| 7/25/95 | research & preparation of order authorizing defense Counsel to travel | | .5 | |
| 7/25/95 | preparation of order authorizing defense Counsel to obtain additional copies of orders previously filed under seal | | .4 | |
| 7/25/95 | preparation of cover orders & envelopes for filing documents under seal | | .3 | |
| 7/25/95 | meet with Judge Leibowitz re: ex parte orders | | .4 | |
| 7/25/95 | obtain additional copies of order from clerk & file new ex parte orders | | .4 | |
| 7/25/95 | meet with Co-Counsel, Billy Brown | | .2 | |
| **ATTACHMENT PAGE TOTALS CARRIED FORWARD TO NEXT PAGE:** | | 0.00 | 21.90 | $0.00 |

STATE OF TENNESSEE

COUNTY OF KNOX

CHRISTA GAIL PIKE
Defendant/Petitioner

DOCKET NO(s).: 58183-A

IN THE CRIMINAL COURT

See page 1 of original claim form
Original Offense(s)

## ATTACHMENT PAGE - PAGE 2

[X] Attachment page used to claim time in excess of amount claimed on original fee claim form.

[ ] Attachment page used to show entire time claimed and expenses incurred in representing the same defendant and to show how time is prorated between Defendant's multiple charges.

| DATE | ACTIVITY<br>What legal services did you render?<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expense & attach to this claim a certified copy of the court's prior approval of such expense. | (A)<br>IN COURT HOURS (Tenths) | (B)<br>OUT OF COURT HOURS (Tenths) | (C)<br>Necessary Expense |
|---|---|---|---|---|
| | Totals carried forward from Previous Attachment Page: | .00 | 21.9 | |
| 7/25/95 | phone call to Investigator Barry Rice re: acceptance of appointment | | .2 | |
| 7/25/95 | meet with client (from 4:05 p.m. to 7:15 p.m.) | | 3.2 | |
| 7/26/95 | prepare memorandum summarizing meeting with client (internal memorandum detailing over 9 hours of meetings with client | | 3.5 | |
| 7/26/95 | speak with Reporters Charley Belcher and John North re: obtaining copies of their articles and broadcasts | | .5 | |
| 7/26/95 | phone call to Chris Gurney, HP video, re: obtaining copies of news broadcasts | | .4 | |
| 7/26/95 | phone call to Kendall at medical examiner's office, 544-9080, re: obtaining copy of autopsy report | | .3 | |
| 7/26/95 | review fax received from client's mother, Carissa Hansen | | .3 | |
| 7/27/95 | preparation of enhanced discovery requests and motions | | 2.5 | |
| 7/27/95 | meet with Asst. D.A. Jo Helm re. autopsy report | | .4 | |
| 7/27/95 | scan review of autopsy report | | .5 | |
| 7/27/95 | phone call to Dr. Elkins office to schedule appointment | | .2 | |
| 7/27/95 | preparation of trial motions and legal research connected therewith | | 2.0 | |
| 7/28/95 | completion of motions from previous day | | 2.5 | |
| 7/28/95 | phone call from Dr. Elkins office re: appointment on 8/2/95 | | .2 | |
| 7/28/95 | phone call to Dr. Engum re: client's performance on tests | | .7 | |
| 7/31/95 | preparation and copying of pretrial motions for filing & copying expense (59 copies @ .25) | | 2.0 | $14.75 |
| 7/31/95 | trip to courthouse to file motions | | .5 | |
| 7/31/95 | letter to client w/copies of motions + copying exp. & postage expense (order authorizing postage expense attached) (1 @ .25 + $1.24 postage) | | .3 | $1.49 |
| 8/1/95 | review autopsy report in preparation for meeting with Dr. Elkins | | .5 | |
| 8/2/95 | finish in depth review of autopsy report and diagrams in preparation for meeting with Dr. Elkins | | 1.0 | |
| 8/2/95 | phone call to Dr. Elkins office to verify appointment | | .1 | |
| 8/2/95 | meet with Dr. Sandra Elkins, discussion of autopsy procedures, view photographs of victim prior to and during autopsy procedure including actual injuries sustained by internal organs and internal review of skull with brain removed to view actual trauma and fracture to skull; view lab reports, question Dr. Elkins and receive copy of Anthropology report | | 2.0 | |
| 8/2/95 | phone call to Investigator Barry Rice re: investigation regarding publicity | | .8 | |
| ATTACHMENT PAGE TOTALS CARRIED FORWARD TO NEXT PAGE: | | 0.00 | 46.50 | $16.24 |

008778

STATE OF TENNESSEE

COUNTY OF KNOX

CHRISTA GAIL PIKE
Defendant/Petitioner

DOCKET NO(s).: 58183-A

IN THE CRIMINAL COURT

See page 1 of original claim form
Original Offense(s)

## ATTACHMENT PAGE - PAGE 3

[X] Attachment page used to claim time in excess of amount claimed on original fee claim form.

[ ] Attachment page used to show entire time claimed and expenses incurred in representing the same defendant and to show how time is **prorated** between Defendant's multiple charges.

| DATE | **ACTIVITY**<br>What legal services did you render?<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expense & attach to this claim a certified copy of the court's prior approval of such expense. | (A)<br>IN COURT HOURS (Tenths) | (B)<br>OUT OF COURT HOURS (Tenths) | (C)<br>Necessary Expense |
|---|---|---|---|---|
| | Totals carried forward from previous attachment page: | .00 | 46.50 | **$16.24** |
| 8/2/95 | review report prepared by Dr. Marks of the Anthropology Dept. re: skull reconstruction and proximate amount of force necessary to cause level of injuries and damage to skull | | 1.5 | |
| 8/3/95 | preparation for trip to Beckley, West Virginia to interview client's family and potential witnesses | | 1.75 | |
| 8/3/95 | trip to Beckley, West Virginia + mileage expense (order authorizing defense counsel to travel is attached hereto) (268 miles @ .24/mile) | | 4.75 | **$64.32** |
| 8/4/95 | phone call to FMRS Mental Health office re: appointment | | .2 | |
| 8/4/95 | phone call to Dr. Charles Yeargan, re: appointment | | .1 | |
| 8/4/95 | phone calls to Glenn Pike, client's father, Carrie Ross, client's aunt, and Chris Fotos, client's grandfather, to confirm meetings | | .6 | |
| 8/4/95 | trip to FMRS Mental Health office and meeting with staff re: prior treatment of client & copying expense for records (statement attached) | | 2.5 | **$11.00** |
| 8/4/95 | meet with Glenn Pike, client's father, at his home outside Beckley, WV | | 3.5 | |
| 8/4/95 | meet with Carrie Ross, client's aunt | | 3.0 | |
| 8/4/95 | no charge for time spent in Beckley away from my office while not specifically working on case or meeting with witnesses | | .00 | |
| 8/5/95 | phone call to Dr. Charles Yeargan's office | | .1 | |
| 8/5/95 | meet with Chris Fotos, client's grandfather, Chris Fotos, client's cousin, Michael and Carrie Ross, client's uncle and aunt at the Ross home | | 4.0 | |
| 8/5/95 | local mileage in Beckley, West Virginia commuting to/from potential witnesses homes and hotel (141 @ .24) + hotel exp. ($158.27-attached) | | | **$192.11** |
| 8/5/95 | return trip to Knoxville + mileage expense (268 miles @ .24/mile) | | 4.5 | **$64.32** |
| 8/7/95 | preparation of detailed memorandum of meeting with Dr. Elkins on 8/2/95 and preparation of memorandums of meetings in Beckley, WV | | 3.5 | |
| 8/11/95 | meet with Atty. Chris Coffey, Co-defendant, Shipp's, lawyer | | .4 | |
| 8/11/95 | meet with Investigator Barry Rice | | 2.5 | |
| 8/15/95 | phone call from Investigator Barry Rice | | .2 | |
| 8/15/95 | phone call to/from Dr. Diana McCoy | | .2 | |
| 8/15/95 | phone call from client | | .1 | |
| 8/15/95 | phone call to Dr. McCoy re: assisting in case | | .4 | |
| 8/15/95 | review resume of Dr. McCoy | | .2 | |
| 8/16/95 | meet with Pub. Def. Mark Stephens, Co-defendant, Peterson's, lawyer | | .4 | |
| 8/16/95 | meet with client | | 1.0 | |
| **ATTACHMENT PAGE TOTALS CARRIED FORWARD TO NEXT PAGE:** | | 0.00 | 81.90 | **$347.99** |

008779

STATE OF TENNESSEE

COUNTY OF KNOX

CHRISTA GAIL PIKE
Defendant/Petitioner

DOCKET NO(s).: 58183-A

IN THE CRIMINAL COURT

See page 1 of original claim form
Original Offense(s)

## ATTACHMENT PAGE - PAGE 4

[X] Attachment page used to claim time in excess of amount claimed on original fee claim form.

[ ] Attachment page used to show entire time claimed and expenses incurred in representing the same defendant and to show how time is prorated between Defendant's multiple charges.

| DATE | ACTIVITY<br>What legal services did you render?<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expense & attach to this claim a certified copy of the court's prior approval of such expense. | (A)<br>IN COURT HOURS (Tenths) | (B)<br>OUT OF COURT HOURS (Tenths) | (C)<br>Necessary Expense |
|---|---|---|---|---|
| | Totals carried forward from previous attachment page: | .00 | 81.90 | $347.99 |
| 8/16/95 | phone call from client | | .3 | |
| 8/17/95 | preparation of ex parte motions for formal appointment of investigator & appointment of mitigation specialist; ex parte orders relevant thereto; preparation of ex parte order authorizing release of autopsy and forensic material to defense counsel and ex parte order authorizing reimbursement of certain expenses incurred by defense + copying exp. (24 @ .25) | | 2.0 | $6.00 |
| 8/18/95 | meet with Asst. D.A. Jo Helm re: obtaining discovery | | .8 | |
| 8/18/95 | meet with Judge Leibowitz re: ex parte orders | | .5 | |
| 8/18/95 | file ex parte motions and orders under seal with clerk & wait for certified copies to be made | | 1.0 | |
| 8/18/95 | meet with client | | 1.0 | |
| 8/18/95 | phone call to Dr. Marks' office | | .1 | |
| 8/18/95 | phone call to Detective Randy York, KPD | | .1 | |
| 8/18/95 | phone call to Arthur Bohanon, KPD Criminalistics | | .1 | |
| 8/18/95 | second call to Detective Randy York, KPD | | .1 | |
| 8/18/95 | trip to U.T. Hospital to request copies of autopsy photographs, slides, and other forensic records | | 1.5 | |
| 8/18/95 | partial review of limited discovery provided by State | | 1.5 | |
| 8/19/95 | completion of review of limited discovery provided by State | | 2.0 | |
| 8/21/95 | make copies of relevant portions of discovery for client + copying expense (46 @ .25) | | .4 | $11.50 |
| 8/21/95 | meet with client to drop off copies of discovery paperwork | | .2 | |
| 8/21/95 | obtain blank subpoenas from clerk's office for completion | | .4 | |
| 8/21/95 | phone call to Ron Lax, Inquisitor Services in Memphis, Tennessee re: referral to expert on occult | | .4 | |
| 8/21/95 | phone call from/to Dr. Marks | | .5 | |
| 8/21/95 | review fax received from client's mother, Carissa Hansen | | .3 | |
| 8/21/95 | review fax received from Ron Lax re: earlier conversation | | .2 | |
| 8/23/95 | phone call from Dr. McCoy | | .4 | |
| 8/24/95 | phone call to Investigator Barry Rice | | .4 | |
| 8/24/95 | phone call to client's mother, Carissa Hansen | | .7 | |
| 8/25/95 | phone call to Dr. McCoy | | .4 | |
| 8/25/95 | phone call to Investigator Barry Rice | | .4 | |
| 8/25/95 | meet with client | | 2.5 | |
| **ATTACHMENT PAGE TOTALS CARRIED FORWARD TO NEXT PAGE:** | | 0.00 | 100.10 | $365.49 |

STATE OF TENNESSEE

COUNTY OF KNOX

CHRISTA GAIL PIKE
Defendant/Petitioner

DOCKET NO(s).: 58183-A

IN THE CRIMINAL COURT

See page 1 of original claim form
Original Offense(s)

## ATTACHMENT PAGE - PAGE 5

[X] Attachment page used to claim time in excess of amount claimed on original fee claim form.

[ ] Attachment page used to show entire time claimed and expenses incurred in representing the same defendant and to show how time is prorated between Defendant's multiple charges.

| DATE | ACTIVITY<br>What legal services did you render?<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expense & attach to this claim a certified copy of the court's prior approval of such expense. | (A)<br>IN COURT HOURS (Tenths) | (B)<br>OUT OF COURT HOURS (Tenths) | (C)<br>Necessary Expense |
|---|---|---|---|---|
| | Totals carried forward from previous attachment page: | .00 | 100.10 | $365.49 |
| 8/28/95 | phone calls to Dr. Snow's office, Chuck Holton's office, Carissa Hansen re: trip to Durham, NC | | 1.0 | |
| 8/28/95 | phone call from Chuck Holton, Mental health in NC, re: needing special release for mental health records of client | | .2 | |
| 8/28/95 | preparation of revised mental health release & trip to jail to obtain client's signature | | 1.0 | |
| 8/28/95 | trip to Durham, North Carolina to interview potential witnesses and to obtain certain records of client (mileage claimed on return trip on 8/30) | | 6.5 | |
| 8/29/95 | preparation of revised memorandum re: meeting with Dr. Elkins | | .75 | |
| 8/29/95 | review material in preparation for meeting with client's mother and step father, Gerard Hansen | | 1.0 | |
| 8/29/95 | meet with Carissa and Gerard Hansen | | 4.0 | |
| 8/29/95 | trip to Chuck Holton's office for meeting and to obtain records | | 1.0 | |
| 8/29/95 | meet with Mandy Staley and her mother, Linda Parker | | 2.5 | |
| 8/29/95 | phone call from Jill Harris | | .3 | |
| 8/29/95 | phone call from Brandy Michelle Parker | | .5 | |
| 8/29/95 | attempt to contact 2 additional potential witnesses by phone | | .4 | |
| 8/30/95 | phone call to Juvenile Services in Hillsborough, NC | | .4 | |
| 8/30/95 | phone call to Peter Kramer, former client juvenile counselor | | .6 | |
| 8/30/95 | phone call to Carissa Hansen, client's mother | | .5 | |
| 8/30/95 | preparation of memorandum re: meeting with Carissa and Gerard Hansen | | 1.0 | |
| 8/30/95 | trip to meet with Counselor Peter Kramer | | .5 | |
| 8/30/95 | meet with Peter Kramer in his office in Hillsborough, NC | | 1.5 | |
| 8/30/95 | meet with Juvenile Officer Peggy Hamlett, Chief Court Counselor Donnie Phillips and with Rosemary Wilson, Ph.D. in Hillsborough, NC | | 1.5 | |
| 8/30/95 | meet with J. Matthew Martin, client's former Attorney | | 1.75 | |
| 8/30/95 | attempt to locate Brandy Parker's residence | | 1.0 | |
| 8/30/95 | return trip to Knoxville + mileage and expenses (total mileage = 869 miles @ .24 (350 ea. way + local mileage of 169) + hotel expense of $196.73, statement attached) | | 6.5 | $405.29 |
| 8/31/95 | phone call to Dr. Eric Engum | | .75 | |
| 8/31/95 | conference call to Investigator Barry Rice and Atty. Billy Brown | | .5 | |
| 8/31/95 | preparation for meeting with Dr. McCoy on 9/1/95 at 1:00 p.m. | | 1.5 | |
| 9/1/95 | review of additional material in preparation for meeting w/Dr. McCoy | | 2.0 | |
| | **ATTACHMENT PAGE TOTALS CARRIED FORWARD TO NEXT PAGE:** | 0.00 | 139.25 | $770.78 |

008781

STATE OF TENNESSEE

COUNTY OF KNOX

CHRISTA GAIL PIKE
Defendant/Petitioner

DOCKET NO(s).: 58183-A

IN THE CRIMINAL COURT

See page 1 of original claim form
Original Offense(s)

## ATTACHMENT PAGE - PAGE 6

[X] Attachment page used to claim time in excess of amount claimed on original fee claim form.

[ ] Attachment page used to show entire time claimed and expenses incurred in representing the same defendant and to show how time is prorated between Defendant's multiple charges.

| DATE | ACTIVITY<br>What legal services did you render?<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expense & attach to this claim a certified copy of the court's prior approval of such expense. | (A)<br>IN COURT HOURS (Tenths) | (B)<br>OUT OF COURT HOURS (Tenths) | (C)<br>Necessary Expense |
|---|---|---|---|---|
| | Totals carried forward from previous attachment page: | .00 | 139.25 | $770.78 |
| 9/1/95 | trip to meet with Dr. McCoy and meeting with Dr. McCoy | | 2.5 | |
| 9/1/95 | meet with Atty. Billy Brown and Investigator Barry Rice at Billy's ofc. | | 3.5 | |
| 9/6/95 | phone call to Investigator Barry Rice | | .2 | |
| 9/6/95 | preparation for court next morning | | .5 | |
| 9/7/95 | preparation of ex parte gag order and motion to suppress overheard conversation between client and Atty. Billy Brown at preliminary hearing | | 1.5 | |
| 9/7/95 | time in court to reset case to October 5, 1995 | .5 | | |
| 9/7/95 | meet with Judge Leibowitz re: ex parte gag order (denied) | | .4 | |
| 9/7/95 | meet with Asst. D.A. Jo Helm about agreed gag order and other discovery related problems | | .75 | |
| 9/7/95 | meet with Atty. Billy Brown and Inv. Barry Rice re: follow up on previous work assignments | | 1.5 | |
| 9/7/95 | phone call to Dr. Marks | | .2 | |
| 9/7/95 | phone call to Atty. Billy Brown | | .3 | |
| 9/7/95 | review Dr. Marks' report in preparation for meeting on 9/8/95 | | .5 | |
| 9/8/95 | phone call to Dr. McCoy | | .25 | |
| 9/8/95 | meet with Christa and Dr. McCoy at Knox Co. Jail | | 2.0 | |
| 9/8/95 | meet with Dr. McCoy after her meeting with Christa | | 1.5 | |
| 9/8/95 | phone call to Inv. Barry Rice | | .25 | |
| 9/8/95 | trip to U.T. Hospital to view victim's skull (retained at request of State) | | .25 | |
| 9/8/95 | meet with Drs. Marks and Elkins along with Atty. Billy Brown and Inv. Barry Rice at U.T. Hospital to inspect skull (also learned that Dr. Elkins had retained large piece of skin and fat from victim's chest alleged to contain carved pentagram; also learned that Dr. Elkins retained victim's anus and vaginia, which had been surgically removed from victims body) | | 2.0 | |
| 9/8/95 | meet with Atty. Billy Brown and Inv. Barry Rice to discuss meeting with Drs. Marks and Elkins | | .5 | |
| 9/8/95 | extended meeting with Inv. Barry Rice re: his obtaining of information that I had requested | | .75 | |
| 9/12/95 | phone call from Inv. Barry Rice | | .2 | |
| 9/13/95 | phone call from Inv. Barry Rice | | .1 | |
| 9/14/95 | review fax received from Inv. Barry Rice | | .1 | |
| 9/14/95 | phone call from client's mother. Carissa Hansen | | .2 | |
| 9/15/95 | meet with Atty. Billy Brown | | .2 | |
| **ATTACHMENT PAGE TOTALS CARRIED FORWARD TO NEXT PAGE:** | | 0.50 | 159.40 | $770.78 |

008782

STATE OF TENNESSEE

COUNTY OF KNOX

CHRISTA GAIL PIKE
Defendant/Petitioner

DOCKET NO(s).: 58183-A

IN THE CRIMINAL COURT

See page 1 of original claim form
Original Offense(s)

## ATTACHMENT PAGE - PAGE 7

[X] Attachment page used to claim time in excess of amount claimed on original fee claim form.

[ ] Attachment page used to show entire time claimed and expenses incurred in representing the same defendant and to show how time is prorated between Defendant's multiple charges.

| DATE | ACTIVITY<br>What legal services did you render?<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expense & attach to this claim a certified copy of the court's prior approval of such expense. | (A)<br>IN COURT HOURS (Tenths) | (B)<br>OUT OF COURT HOURS (Tenths) | (C)<br>Necessary Expense |
|---|---|---|---|---|
| | Totals carried forward from previous attachment page: | .50 | 159.40 | $770.78 |
| 9/18/95 | phone call from Dr. Eric Engum | | 1.0 | |
| 9/18/95 | phone call to Dr. McCoy | | .5 | |
| 9/19/95 | meet with client | | 1.25 | |
| 9/19/95 | phone call to Becky in Atty. Billy Brown's office | | .2 | |
| 9/21/95 | phone call to Inv. Barry Rice | | .2 | |
| 9/21/95 | phone call to Dr. Diana McCoy | | .3 | |
| 9/21/95 | meet with client | | 1.0 | |
| 9/21/95 | phone call from Inv. Barry Rice | | .1 | |
| 9/22/95 | preparation of motion to suppress skull and motion to suppress retained body parts and soft tissue samples + copying expense (12 @ .25) | | .5 | $3.00 |
| 9/22/95 | trip to courthouse to file motions | | .5 | |
| 9/22/95 | phone call to Senator Kassebaum's office in Washington, DC to confirm appointment with Investigator Bob Stokes on 9/28/95 @ 10:00 a.m. in Washington, DC re: Senate subcommittee hearing on Job Corp's funding as a result of publicity generated by this case | | .3 | |
| 9/22/95 | phone call to Mary Silva, Deputy Director of Job Corps in Washington | | .5 | |
| 9/22/95 | phone call from Job Corp legal Counsel | | .4 | |
| 9/22/95 | phone call from Dr. McCoy | | .5 | |
| 9/22/95 | phone call from Atty. Billy Brown | | .2 | |
| 9/25/95 | preparation of motions (notice under Rule 12(d)(2), disclosure of impeaching information, motion to suppress defendant's conversation with Counsel overheard by officers, motion in limine re: autopsy photos and copying expense (42 @ .25) | | 2.5 | $10.50 |
| 9/26/95 | file motions with Clerk | | .3 | |
| 9/26/95 | meet with client | | .75 | |
| 9/26/95 | phone call to Atty. Billy Brown | | .2 | |
| 9/27/95 | phone call to confirm additional appointment with Senate Investigator | | .3 | |
| 9/27/95 | trip to Washington, D.C. (via U.S. Air - expense claimed on return trip) | | 4.0 | |
| 9/28/95 | meet with Senate Labor Oversight Committee Investigator at U.S. Senate | | 2.0 | |
| 9/28/95 | review investigative file obtained from Senate Investigator | | 2.5 | |
| 9/28/95 | phone call to Deputy Director Mary Silva at Job Corp to reschedule appointment to 1:00 p.m. on 9/29/95 | | .3 | |
| 9/29/95 | prepare for meeting with Deputy Director Mary Silva, Job Corps | | 2.0 | |
| 9/29/95 | meet with Deputy Director Mary Silva, Job Corps, and with Miriam | | | |
| **ATTACHMENT PAGE TOTALS CARRIED FORWARD TO NEXT PAGE:** | | 0.50 | 181.70 | $784.28 |

STATE OF TENNESSEE

DOCKET NO(s).: 58183-A

COUNTY OF KNOX

IN THE CRIMINAL COURT

CHRISTA GAIL PIKE
Defendant/Petitioner

See page 1 of original claim form
Original Offense(s)

**ATTACHMENT PAGE - PAGE 8**

[X] Attachment page used to claim time in excess of amount claimed on original fee claim form.

[ ] Attachment page used to show entire time claimed and expenses incurred in representing the same defendant and to show how time is prorated between Defendant's multiple charges.

| DATE | ACTIVITY<br>What legal services did you render?<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expense & attach to this claim a certified copy of the court's prior approval of such expense. | (A)<br>IN COURT HOURS (Tenths) | (B)<br>OUT OF COURT HOURS (Tenths) | (C)<br>Necessary Expense |
|---|---|---|---|---|
| | Totals carried forward from previous attachment page: | .50 | 181.70 | $784.28 |
| cont. | Miller, Assoc. Solicitor General, U.S. Dept. of Labor at the Labor Dept. | | 3.0 | |
| 10/2/95 | return trip to Knoxville, Tennessee (via U.S. Air, $383.00 - $25.00 discount coupon = $358.00 round trip air fare) | | 4.0 | $358.00 |
| 10/4/95 | prepare for motions hearing on 10/5/95 | | 2.5 | |
| 10/5/95 | time in court | 2.0 | | |
| 10/5/95 | meet with Atty. Billy Brown to obtain copy of videotape statement and of crime scene taken by police, obtained by Billy from State | | .5 | |
| 10/5/95 | review videotapes obtained from State | | 1.5 | |
| 10/9/95 | phone call from Carrie Ross, client's aunt, requesting appointment on next day | | .3 | |
| 10/10/95 | review faxed resume of Marjorie Fargo, Senior Trial Consultant, re: possibility of her assisting in jury selection process | | .25 | |
| 10/10/95 | meet with Carrie Ross, client's aunt from West Virginia | | 2.5 | |
| 10/10/95 | meet with Carrie Ross and client and Knox Co. Jail | | 2.25 | |
| 10/16/95 | return phone call to Dr. Diana McCoy | | .5 | |
| 10/16/95 | phone call from client | | .3 | |
| 10/17/95 | trip to jail to visit client - jail had tour of students and I was told that I would be unable to visit until later in day | | .3 | |
| 10/17/95 | phone call to Carissa Hansen, client's mother | | .2 | |
| 10/18/95 | meet with client | | 2.5 | |
| 10/19/95 | preparation of order directing TBI to preserve forensic evidence & copy expense (6 @ .25) | | .4 | $1.50 |
| 10/19/95 | preparation for court | | .3 | |
| 10/19/95 | time in court | 1.5 | | |
| 10/19/95 | phone call to Dr. McCoy | | .2 | |
| 10/19/95 | meet with Atty. Billy Brown and Inv. Barry Rice | | .3 | |
| 10/19/95 | legal research in response to question from Dr. McCoy | | .5 | |
| 10/20/95 | meet with Dr. McCoy | | 1.5 | |
| 10/20/95 | meet with Atty. Billy Brown and Inv. Barry Rice at Billy's office | | 3.5 | |
| 10/21/95 | meet with client | | 2.0 | |
| 10/23/95 | phone call from Dr. Engum | | .5 | |
| 10/23/95 | phone call to Dr. McCoy | | .3 | |
| 10/23/95 | phone call to Billy Brown and Barry Rice | | .2 | |
| 10/23/95 | meet with Macky Harper, D.A.'s office re: audio on videotape | | .3 | |
| **ATTACHMENT PAGE TOTALS CARRIED FORWARD TO NEXT PAGE:** | | 4.00 | 212.30 | $1,143.78 |

STATE OF TENNESSEE | DOCKET NO(s).: 58183-A

COUNTY OF KNOX | IN THE CRIMINAL COURT

CHRISTA GAIL PIKE
Defendant/Petitioner

See page 1 of original claim form
Original Offense(s)

**ATTACHMENT PAGE - PAGE 9**

[X] Attachment page used to claim time in excess of amount claimed on original fee claim form.

[ ] Attachment page used to show entire time claimed and expenses incurred in representing the same defendant and to show how time is prorated between Defendant's multiple charges.

| DATE | ACTIVITY<br>What legal services did you render?<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expense & attach to this claim a certified copy of the court's prior approval of such expense. | (A)<br>IN COURT HOURS (Tenths) | (B)<br>OUT OF COURT HOURS (Tenths) | (C)<br>Necessary Expense |
|---|---|---|---|---|
| | Totals carried forward from previous attachment page: | 4.00 | 212.30 | $1,143.78 |
| 10/23/95 | phone call from Dr. McCoy | | .4 | |
| 10/27/95 | legal research re: issue concerning death penalty; prior plea offers made considering prior records or lack thereof of persons accused of committing capital offenses in Knox County and research based criteria for D.A. Randy Nichols to offer life sentence rather than seeking death penalty and review of prior cases plea bargained by D.A. Nichols since his taking office | | 4.5 | |
| 10/30/95 | meet with client | | 1.5 | |
| 11/1/95 | review TBI DNA report received from Asst. D.A. Jo Helm | | .4 | |
| 11/2/95 | preparation of subpoenas for hearing on 11/6/95 + copying (8 @ .25) | | 1.0 | $2.00 |
| 11/2/95 | deliver subpoenas to Inv. Barry Rice for service | | .5 | |
| 11/3/95 | preparation of motion for order prohibiting Sheriff's Department from reviewing defendant's legal memorandums, correspondence & documents received from Counsel; preparation of motion for cut off date for State to add witnesses to indictment + copying exp. (9 @ .25) | | 1.5 | $2.25 |
| 11/3/95 | trip to court to file motions | | .5 | |
| 11/3/95 | phone call from Atty. Billy Brown | | .3 | |
| 11/3/95 | phone call to Inv. Barry Rice | | .1 | |
| 11/5/95 | preparation for motion hearing on 11/6/95; organize file, prepare copies of statements, audiotapes, mental health records, etc. for Dr. McCoy + copying expense (335 @ .25) Actual time spent working on case: 6.5 hrs | | 3.0 | $83.75 |
| 11/6/95 | prepare memorandum to Dr. McCoy setting forth confidentiality and re-release guidelines that I expect defense team members and experts to adhere to regarding client records and documents in capital case & copy expense (4 @ .25) | | .6 | $1.00 |
| 11/6/95 | time in court (continued to afternoon) | 2.5 | | |
| 11/6/95 | meet with client's mother and step father, Carissa & Gerard Hansen | | 1.5 | |
| 11/6/95 | time in court during afternoon | 1.75 | | |
| 11/6/95 | meet with client's mother and step father | | .5 | |
| 11/6/95 | meet with Atty. Billy Brown and Atty. Robert Stacy (represents victim's family) | | .5 | |
| 11/6/95 | trip to Dr. McCoy's office to meet with her relative to requested information and documents | | .75 | |
| 11/7/95 | meet with Detective Randy York, KPD | | .3 | |
| **ATTACHMENT PAGE TOTALS CARRIED FORWARD TO NEXT PAGE:** | | 8.25 | 230.15 | $1,232.78 |

TATE OF TENNESSEE | DOCKET NO(s).: 58183-A

:OUNTY OF KNOX | IN THE CRIMINAL COURT

CHRISTA GAIL PIKE
Defendant/Petitioner

See page 1 of original claim form
Original Offense(s)

**ATTACHMENT PAGE - PAGE 10**

[X] Attachment page used to claim time in excess of amount claimed on original fee claim form.

[ ] Attachment page used to show entire time claimed and expenses incurred in representing the same defendant and to show how time is **prorated** between Defendant's multiple charges.

| DATE | **ACTIVITY**<br>What legal services did you render?<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expense & attach to this claim a certified copy of the court's prior approval of such expense. | (A)<br>IN COURT HOURS (Tenths) | (B)<br>OUT OF COURT HOURS (Tenths) | (C)<br>Necessary Expense |
|---|---|---|---|---|
| | Totals carried forward from previous attachment page: | 8.25 | 230.15 | $1,232.78 |
| 11/8/95 | phone call from Inv. Barry Rice re: meeting with Lannie Janeway, KPD | | .2 | |
| 11/8/95 | phone call to Inv. Barry Rice | | .2 | |
| 11/9/95 | prepare and fax memo to defense team members re: meeting on 11/10/95 | | .5 | |
| 11/9/95 | review memorandum received from Dr. McCoy | | .2 | |
| 11/9/95 | preparation for defense team meeting at my office; decide what work assignments to delegate and agenda for meeting to follow | | 3.0 | |
| 11/10/95 | set up for meeting at my office and prepare audio and video material to be covered during meeting | | 2.0 | |
| 11/10/95 | defense team meeting at my office with Drs. McCoy and Engum, Atty. Billy Brown and Inv. Barry Rice (from 10:00 a.m. to 2:30 p.m.) | | 4.5 | |
| 11/13/95 | legal research re: requirements for filing Rule 12(2) notice | | .5 | |
| 11/14/95 | phone call from Dr. McCoy | | .3 | |
| 11/14/95 | phone call from client | | .1 | |
| 11/14/95 | phone call from Dr. McCoy | | .3 | |
| 11/15/95 | phone call from Dr. McCoy | | .3 | |
| 11/15/95 | letter and fax to Dr. McCoy's office | | .2 | |
| 11/15/95 | phone call to Marjorie Fargo's office | | .3 | |
| 11/15/95 | phone call from Marjorie Fargo, Jury Services, Inc. | | .5 | |
| 11/16/95 | meet with client | | 1.5 | |
| 11/17/95 | letter to Libby Sykes, Administrative Office of the Courts re: payment to Dr. Eric S. Engum + copying, postage exp. (7 @ .25 + 0.32) | | .3 | $2.07 |
| 11/17/95 | letter to Dr. Eric S. Engum + copying, postage exp. (2 @ .25 + 0.32) | | .3 | $0.82 |
| 11/17/95 | preparation of memorandum re: meeting with client on 11/16/95 w/copy via fax to Dr. McCoy | | .6 | |
| 11/17/95 | phone call from Dr. McCoy | | .3 | |
| 11/17/95 | follow up call to Dr. McCoy | | .1 | |
| 11/17/95 | phone call to Mr. Robert Hicks, expert on the occult and author of "In Pursuit of Satan - The Police and the Occult" | | .75 | |
| 11/17/95 | preparation of memorandum re: conversation with Mr. Hicks | | .5 | |
| **ATTACHMENT PAGE TOTALS:** | | 8.25 | 247.60 | $1,235.67 |

IN THE CRIMINAL COURT FOR KNOX COUNTY, TENNESSEE

DIVISION III

STATE OF TENNESSEE

VS. No. 58183

CHRISTA GAIL PIKE, ALIAS

## NOTICE OF INTENT TO SEEK DEATH PENALTY

The State of Tennessee, by and through the District Attorney General, gives notice of the State's intention to seek the death penalty in this case. The State intends to rely upon the following aggravated circumstances at the sentencing hearing: Tennessee Code Annotated, Sections 39-13-204(i) (5), (6) and (7).

RESPECTFULLY SUBMITTED,

RANDALL E. NICHOLS
DISTRICT ATTORNEY GENERAL

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing NOTICE has been delivered by U.S. Mail with sufficient postage affixed thereon to Mr. William C. Talman, Attorney for Defendant, P.O. Box 506, Knoxville, Tennessee, 37901 and Mr. Bill Brown, Attorney for Defendant, 407 Union Avenue, Knoxville, Tennessee, 37902, this the 23rd day of May, 1995.

RANDALL E. NICHOLS
DISTRICT ATTORNEY GENERAL

**IN THE CRIMINAL COURT FOR KNOX COUNTY, TENNESSEE**
**DIVISION III**

| | | |
|---|---|---|
| STATE OF TENNESSEE, | ] | |
| Plaintiff, | ] | |
| vs. | ] | No.: 58183-A |
| CHRISTA GAIL PIKE, | ] | |
| Defendant. | ] | |

**CERTIFICATE OF TRIAL JUDGE**
**CERTIFYING CASE AS CAPITAL CASE**

The trial court hereby certifies to the Director of the Administrative office of the Courts that this case is a capital case and further states as follows in response to the Capital Case Criteria Sheet required by the Administrative Office of the Court:

ATTORNEY: WILLIAM C. TALMAN

ATTORNEY: WILLIAM L. BROWN

1. Is this indicted defendant indicted for an offense punishable by death?
(X) YES ( ) NO

2. Were the prospective jurors examined with respect to their attitude as to capital punishment? ( ) YES ( ) NO (X) NOT APPLICABLE, CASE STILL PENDING.

3. Did the district attorney general announce prior to the presentation of proof that the State would ask that the death penalty be assessed as punishment? (X) YES ( ) NO

4. What sentence or penalty, if any, did the defendant receive? N/A - CASE STILL PENDING .

This the 20th day of Nov., 1995.

Mary Beth Leibowitz, Judge

COMMENTS: ____________________

FMRS MENTAL HEALTH COUNCIL, INC.
ADMINISTRATIVE OFFICE
Telephone: 304-256-7100
101 S. Eisenhower Drive
BECKLEY, W. VA. 25801

DATE: August 4, 1995

TO: William C Talman, P.C.
Attorney at Law
P O Box 506
Knoxville TN 37901

PAID 8-14-95 # 2928

RE: Christa Pike
DOB: 3/10/76

| | FEE |
|---|---|
| X Duplicating Medical Records (1 to 10 pages) No. of pages 10 | $10.00 |
| 4 Additional pages at 25¢ = | 1.00 |
| ____ Routine Abstract | |
| ____ Additional pages of duplicated records at 25¢ | |
| TOTAL | $11.00 |

Jo Ellen Cheek ART
Jo Ellen Cheek, ART
Medical Record Technician

008788

19 ke

## Guest Account

Holiday Inn

| Room | Rate | Arrival | Depart | Folio No. | Account | Affiliation | PF | ID | Page |
|---|---|---|---|---|---|---|---|---|---|
| 208 | 72.00 | 08/03/95 | 08/05/95 | 29552 | 2-CBANK | 0 PCL | 11 | KDD | 1 |

W TALMAN
305 WILLARD ST

MARYVILLE TN 378013131

| Date | Code | Reference | ID | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|---|---|
| 0803 | 111 | 0803000 | SAW | TRANSIENT ROOM | 72.00 | .00 | 72.00 |
| 0803 | 811 | 0803001 | SAW | SALES TAX | 4.32 | .00 | 76.32 |
| 0803 | 815 | 0803002 | SAW | OCCUPANCY TAX | 2.16 | .00 | 78.48 |
| 0804 | 411 | 50 | XXX | 763-4912 | .73 | .00 | 79.21 |
| 0804 | 411 | 51 | XXX | 466-3899 | .33 | .00 | 79.54 |
| 0804 | 411 | 64 | XXX | 763-4912 | .25 | .00 | 79.79 |
| 0804 | 111 | 0804000 | WSM | TRANSIENT ROOM | 72.00 | .00 | 151.79 |
| 0804 | 811 | 0804001 | WSM | SALES TAX | 4.32 | .00 | 156.11 |
| 0804 | 815 | 0804002 | WSM | OCCUPANCY TAX | 2.16 | .00 | 158.27 |
| 0805 | 914 | 0805000 | KDD | VISA/MASTERCAR | .00 | -158.27 | .00 |
| **TOTAL** | | | | | | | $ .00 |

I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY THE FULL AMOUNT OF THESE CHARGES.

GUEST SIGNATURE

**BECKLEY**
1924 Harper Road
Beckley, West Virginia 25801
Telephone 304/255-1511

DOUBLETREE
GUEST SUITES™
RALEIGH · DURHAM
2515 Meridian Parkway
Durham, North Carolina 27713 (919) 361-4660
**1-800-222-TREE**

| SUITE | NAME | RATE | DEPART | TIME | ACCT# |
|---|---|---|---|---|---|
| 230 | TALMAN, WILLIAM | 72.00 | 08/30/95 | | 3943 |
| TYPE | FIRM OR GROUP | PLAN | ARRIVE | TIME | |
| DBBL | GOVT | | 08/28/95 | 23:51 | |

GUEST REC. 29
ADDRESS: PO BOX 506, KNOXVILLE TN 37901
CR. CARD: BE 4046910010508347 0198

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 08/28 | SUITE [illegible] | 72.00 | | |
| 08/28 | STE TAX [illegible] | 7.92 | | |
| 08/28 | MOVIE [illegible] | 9.43 | | |
| 08/29 | REST [illegible] | 11.29 | | |
| 08/29 | LNG DIST [illegible] | 5.35 | | |
| 08/29 | LOCAL L098 | .75 | | |
| 08/29 | LOCAL L100 | .75 | | |
| 08/29 | LOCAL L102 | .75 | | |
| 08/29 | LOCAL L104 | .75 | | |
| 08/29 | LOCAL L108 | .75 | | |
| 08/29 | LOCAL L111 | .75 | | |
| 08/29 | LOCAL L112 | .75 | | |
| 08/29 | REST-1 91497749 | 13.61 | | |
| 08/29 | LOCAL L170 | .75 | | |
| 08/29 | LOCAL L296 | .75 | | |
| 08/29 | LOCAL L311 | .75 | | |
| 08/29 | LOCAL L317 | .75 | | |
| 08/29 | LOCAL L341 | .75 | | |
| 08/29 | LOCAL L395 | .75 | | |
| 08/29 | LOCAL L427 | .75 | | |
| 08/29 | LOCAL L443 | .75 | | |
| 08/29 | LOCAL L445 | .75 | | |
| 08/29 | SUITE 230 1 | 72.00 | | |
| 08/29 | STE TAX 230 1 | [illegible] | | |

**SIGNATURE**

I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY, OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.

FIRM
ADDRESS
CITY STATE ZIP

10-12-93

PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE

**ARC** FLIGHT COUPON

PASSENGER RECEIPT

ISSUED BY: USAIR
TOUR CODE: XXXXX
AGENT CODE: A4476 2815
NAME OF ISSUING AGENT: FOUNTAIN TRAVEL
PLACE OF ISSUE: KNOXVILLE TN
DATE OF ISSUE: US13SEP75
NAME OF PASSENGER: TALMAN/WILLIAM
PNR/CARRIER CODE: RYKVYE/AA ME7NR/Z25
TO: **NOT VALID FOR** THIS IS YOUR RECEIPT
**TRANSPORTATION**
ISSUING AGENT ID: CM12*RD

ENDORSEMENTS/RESTRICTIONS:
NON-REFUNDABLE/CHANGE SUBJECT TO FEE
FP VI4356003113145631**/ 063523 /FCTYS US X/CLT U
S WAS160.00 US X/PIT US TYS160.00ME7NR/Z25 320.00 E
ND XFTYS3DCA3

FARE: USD 320.00
TAX: US 32.00
TAX: XF 6.00
TOTAL: USD 358.00

EQUIV. FARE PD.
STOCK CONTROL NO. TX 888: 36768423193
CPN / DOCUMENT NUMBER: 0 037 1192380230 0

BOARDING PASS

NAME OF PASSENGER: TALMAN/WILLIAM
FROM: TYS
DCA US979 M 27SEPME7NR/Z25
PIT US367 M 02OCTME7NR/Z25
TYS US847 M 02OCTME7NR/Z25

****************************
****************************

NOT VALID FOR TRAVEL
0 037 1192380230 0
AA44762815

008792

**INSTRUCTIONS:** Type and submit in duplicate to the clerk of court. Both copies must be signed by the attorney and judge. The Clerk shall retain one copy for its files and shall forward the original to the Administrative Office of the Courts, Suite 600, Nashville City Center, Nashville, Tennessee 37243-0607.

FILED
97 DEC 15 PM 1:30
APPELLATE COURT CLERK
KNOXVILLE

Court of Criminal Appeals

## CLAIM FOR ATTORNEY FEES - CAPITAL CASE APPEAL

8772

STATE OF TENNESSEE
COUNTY OF KNOX

Docket No.: 03C01-9611-CR-00408

RECEIVED
TN Supreme Court Administrative Office of the Courts
FEB 26 1998

NAME OF CLIENT: CHRISTA GAIL PIKE

1. First Degree Murder - Death Penalty in violation of TCA Section 39-13-202.
   Original Offense

2. Type of Case:
   - X Felony
   - ___ Misdemeanor
   - ___ Petition for Early Release
   - ___ Juvenile
   - ___ Post Conviction
   - ___ Probation Revocation
   - ___ Termination of Parental Rights
   - ___ Dependent Neglect
   - ___ Contempt
   - ___ Other: ___
   - X First Degree Murder
     Did the DA file a notice of intent to seek the death penalty?
     x yes
     ___ no
     If notice was withdrawn give date N/A.

   Capital

3. Date of Disposition: 3/30/96 - Death Sentence Date of last activity in relation to the case CCA - 12/8/97 - Petition for Rehearing.

4. Manner of disposition: ___ Plea of guilty ___ Nolle Prosequi x Trial by Jury ___ Trial by Judge.

| ACTIVITY<br>On the back of this form, itemize in-court and out-of-court hours spent working on this case<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expenses & attach to this claim a certified copy of the court's prior approval of such expense.<br>Attach copy of court order of appointment. | (A)<br>IN-COURT HOURS<br>(Tenths) | (B)<br>OUT-OF COURT HOURS<br>(Tenths) | (C)<br>NECESSARY EXPENSES |
|---|---|---|---|
| TOTALS | 1.00 | 177.60 | $636.38 |

*I certify that the foregoing represents an accurate, complete statement of time and expenses in connection with the above action or proceedings.*

[signature]
Signature of Attorney
Soc. Sec. No.: 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 Tax ID# 62-1292864

**Enter FULL Name and Complete Address Here**

Attorney: William C. Talman
Address: P.O. Box 506

City: Knoxville State: Tennessee Zip: 37901-0506

## TO BE COMPLETED BY JUDGE

(A) ______ Total Approved In-Court Hours @ $50 Per Hour . . . . . . . . . . . ______

(A) 1 Capital Cases, Lead Counsel @ $100 Per Hour . . . . . . . . . . . . 100
(New rates effective July 1, 1997)

(B) 101.85 Total Approved Out-of-Court Hours @ $40 Per Hour . . . . . . . . 4074

(B) 75.75 Capital Cases, Lead Counsel @ $75 Per Hour . . . . . . . . . . . . 5681.25
(New rates effective July 1, 1997)

(C) Total Approved Necessary Expenses . . . . . . . . . . . . . . . . . . . . . . $575 ~~601.16~~

5,575.00 TOTALS . . . . ~~10,456.41~~ EAB

*Subject to the provisions of T.C.A. § 40-14-207, the Court finds this to be reasonable compensation for work done in the above styled matter.*

EAB.

This the ______ day of __________, 1997. See order signed by Judge Barker.
Signature of Judge

## TO BE COMPLETED BY ADMINISTRATIVE OFFICE OF THE COURTS

TOTAL AUTHORIZED PAYMENT . . . . . . . . . . . . . . . . . . . . . . . . ______

008793

STATE OF TENNESSEE

COUNTY OF KNOX

CHRISTA GAIL PIKE
Defendant/Petitioner

DOCKET NO(s).: 03C01-9611-CR-00408

IN THE COURT OF CRIMINAL APPEALS

See page 1 of original claim form
Original Offense(s)

| DATE | ACTIVITY<br>Itemize in-court and out-of-court hours spent working on this case.<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expenses & attach to this claim a certified copy of the court's prior approval of such expense. | (A) IN COURT HOURS (Tenths) | (B) OUT OF COURT HOURS (Tenths) | (C) Necessary Expense |
|---|---|---|---|---|
| 2/7/97 | review exhibit box on file with Clerks office | | .5 | |
| 2/10/97 | phone call from Atty. Sandy Sharp re: Dr. McCoys report | | .25 | |
| 2/10/97 | phone call to Bill Crabtrees office | | .1 | |
| 2/10/97 | phone call to Dr. Diana McCoys office | | .25 | |
| 2/10/97 | phone call from Atty. Robert Stacy | | .25 | |
| 2/12/97 | letters to Dr. Diana McCoy, client & co-counsel and expenses (copying, 12 @ .07, postage, 3 @ 0.32) | | 1.25 | $1.80 |
| 2/14/97 | phone call to Tennessee Prison for Women | | .25 | |
| 2/14/97 | phone call from Julie Martin | | .25 | |
| 2/28/97 | review billing statement received from Investigator Barry Rice; preparation of certification of services by lead counsel | | 1.0 | |
| 3/3/97 | phone call to/from John Baker, Asst. State A.G. | | .5 | |
| 3/5/97 | phone call to Julie Martin | | .5 | |
| 3/5/97 | phone call from clients mother, Carissa Hansen | | .75 | |
| 3/5/97 | mail paperwork received from Barry Rice to AOC w/letter to AOC transmitting same & expense (copying, 16 @ .07, postage, 2 @ .32) | | .5 | $1.76 |
| 3/6/97 | preparation of motion for extension of time; transmittal letter to clerk of CCA w/copies to client, Co-counsel and State A.G. and expenses (copying, 25 @ .07, certified mail, $2.75, postage, 3 @ .55) | | .75 | ~~$6.15~~ 1.75 |
| 3/6/97 | phone call T.P.W. re: clients medical problems as conveyed by her mother, who requested that I call | | .25 | |
| 3/6/97 | phone call to clients mother, Carissa Hansen | | .75 | |
| 3/7/97 | review letter received from Dr. McCoy | | .25 | |
| 3/10/97 | phone call to Diana McCoy | | .5 | |
| 3/30/97 | phone call to Julie Martin re: motion for extension of time to file brief | | .5 | |
| 4/8/97 | review letter received from Julie Martin | | .25 | |
| 4/8/97 | phone call to Julie Martin | | .25 | |
| 4/9/97 | meet with Julie Martin | | 1.0 | |
| 4/14/97 | phone call from Julie Martin | | .5 | |
| 4/14/97 | read trial transcript | | 4.0 | |
| 4/15/97 | phone call from Julie Martin | | .5 | |
| 4/15/97 | phone call to Julie Martin | | .5 | |
| 4/16/97 | phone call from Julie Martin | | 1.0 | |
| 4/16/97 | read trial transcripts | | 1.75 | |
| 4/17/97 | pick up technical record from CCA | | .5 | |
| 4/17/97 | phone call from Julie Martin | | .25 | |
| 4/17/97 | review trial transcripts and technical record | | 5.75 | |
| 4/18/97 | review technical record and trial transcripts | | 3.5 | |
| 4/18/97 | work on preparation of brief, (includes numerous telephone to/from Julie Martin & consultations with Julie Martin) | | 6.5 | |
| 4/19/97 | legal research, meet with Julie Martin, phone calls to/from Julie Martin and preparation of brief | | 10.5 | |
| 4/20/97 | prepare motion for extension of time for filing brief & proposed order granting extension; meet with Julie Martin; preparation of affidavits in support of motion & expense (copying, 48 @ .07) | | 2.75 | $3.36 |
| 4/21/97 | trip to post office to mail motion by certified mail w/copy to State A.G. & expenses (certified mail, $3.34, regular mail, $1.24) | | .5 | ~~$4.58~~ no order |
| 4/22/97 | phone call from/to Julie Martin | | .75 | |
| 4/22/97 | review draft of documents received from Julie Martin | | 2.0 | |
| ATTACHMENT PAGE TOTALS: | | 0.00 | 52.10 | $17.65 |



RECEIVED
TN Supreme Court Administrative
Office of the C...

FEB 26 1998

008794

STATE OF TENNESSEE

COUNTY OF KNOX

DOCKET NO(s).: 03C01-9611-CR-00408

IN THE COURT OF CRIMINAL APPEALS

CHRISTA GAIL PIKE
Defendant/Petitioner

See page 1 of original claim form
Original Offense(s)

| DATE | ACTIVITY<br>Itemize in-court and out-of-court hours spent working on this case.<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expenses & attach to this claim a certified copy of the court's prior approval of such expense. | (A) IN COURT HOURS (Tenths) | (B) OUT OF COURT HOURS (Tenths) | (C) Necessary Expense |
|---|---|---|---|---|
| | Totals carried forward from previous page: | .00 | 52.10 | ~~$17.65~~ |
| 4/23/97 | preparation of appellate brief | | 7.0 | |
| 4/24/97 | phone call from Julie Martin | | .5 | |
| 4/24/97 | review trial transcripts and work on brief | | 3.0 | |
| 4/25/97 | meet with Julie Martin; legal research & preparation of brief | | 2.25 | |
| 4/26/97 | legal research, preparation of brief | | 2.5 | |
| 4/26/97 | meet with Julie Martin | | 3.5 | |
| 4/26/97 | continue preparation of appellate brief | | 3.0 | |
| 4/27/97 | review material received from Julie Martin | | 2.0 | |
| 4/27/97 | preparation of brief | | 3.5 | |
| 4/28/97 | proof read and make corrections to brief | | 2.5 | |
| 4/28/97 | completion of brief; take corrected revisions to Corner Copies for copying & binding (receipt attached); file same with Clerks office | | 7.0 | $55.53 ✓ |
| 4/28/97 | letter to State A.G. w/copy of brief & postage expense ($3.00) | | .25 | |
| 4/29/97 | phone call from Julie Martin | | .25 | ~~$3.00~~ |
| 5/1/97 | phone call to T.P.W. to arrange visit with client | | .25 | |
| 5/1/97 | phone call from clients mother, Carissa Hansen | | .75 | |
| 5/2/97 | travel from I-40 (on return trip from visiting another client at Turney Center) to T.P.W.; wait to be processed for meeting and meet with client per her request; return from T.P.W. to I-40 (then resumed trip back to Knoxville from visiting with client at Turney Center) & mileage expense (14 @ .24) | | 3.0 | $3.36 ✓ |
| 5/4/97 | phone call to Carissa Hansen | | .75 | |
| 5/5/97 | letter to clients mother, Carissa Hansen, w/copies to Glen Pike & Carrie Ross enclosing copy of brief per clients request; review client file to return personal items received from clients mother to clients mother per her request, i.e., personal photographs, etc. & expenses (postage, 1 @ $4.84, 2 @ $3.00) | | 1.5 | ~~$10.84~~ |
| 5/7/97 | meet with Julie Martin | | .5 | |
| 5/20/97 | meet with Julie Martin | | .25 | |
| 5/28/97 | phone call from Kathy Morante, State AG office, re: extension of time to file States brief | | .25 | |
| 6/13/97 | receive and review States brief | | 2.5 | |
| 6/20/97 | meet with reporter re: request to interview client | | 1.5 | |
| 6/23/97 | make copies of State's brief for client & her family per her request & expenses (copying, 223 @ .07) | | .75 | $15.61 ✓ |
| 6/24/97 | phone call from/to Atty. Robert Stacy | | .25 | |
| 6/30/97 | phone call to Julie Martin | | .25 | |
| 7/1/97 | BEGIN NEW RATES FOR CAPITAL CASES New Rates | | | |
| 7/1/97 | phone call from Julie Martin | | .25 | |
| 7/1/97 | letter to client w/copies to her family re: oral argument w/copies of State's brief & expense (copying, 6 @ .07, postage, 4 @ $2.62, 1 $0.32 for copy of letter to Co-counsel,Julie Martin) | | .75 | ~~$11.22~~ .4[illegible] |
| 7/6/97 | meet with Julie Martin | | 2.5 | |
| 7/22/97 | meet with Julie Martin | | 1.5 | |
| 7/22/97 | time in court for oral argument | 1.0 | | |
| 7/22/97 | meet with Julie Martin after oral argument | | 2.0 | |
| 7/25/97 | meet with Julie Martin | | 2.0 | |
| 7/30/97 | phone call from Julie Martin | | .25 | |
| 8/15/97 | letters to client and her family & expenses (copying, 4 @ .07, and postage, 4 @ .32) | | .5 | ~~$1.52~~ .2[illegible] |
| | ATTACHMENT PAGE TOTALS: | 1.00 | 111.60 | $118.73 |

RECEIVED
TN Supreme Court Administrative Office of the Courts
FEB 26 1998

008795

STATE OF TENNESSEE

COUNTY OF KNOX

CHRISTA GAIL PIKE

Defendant/Petitioner

DOCKET NO(s).: 03C01-9611-CR-00408

IN THE COURT OF CRIMINAL APPEALS

See page 1 of original claim form

Original Offense(s)

| DATE | ACTIVITY<br>Itemize in-court and out-of-court hours spent working on this case.<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expenses & attach to this claim a certified copy of the court's prior approval of such expense. | (A)<br>IN COURT HOURS (Tenths) | (B)<br>OUT OF COURT HOURS (Tenths) | (C)<br>Necessary Expense |
|---|---|---|---|---|
| | Totals carried forward from previous page: | 1.0 | 111.6 | ~~$118.73~~ |
| 8/21/97 | phone call from Julie Martin | | .25 | |
| 8/22/97 | meet with Julie Martin | | .25 | |
| 8/26/97 | phone call from/to Atty. Sandy Sharps office re: request to take clients deposition in Federal Court, which we opposed | | .25 | |
| 8/30/97 | e-mail to Julie Martin | | .25 | |
| 9/4/97 | meet with Julie Martin | | .25 | |
| 9/6/97 | phone call to Carissa Hansen | | .25 | |
| 9/6/97 | phone call from Carissa Hansen | | .5 | |
| 9/17/97 | phone call from Carissa Hansen | | .25 | |
| 9/18/97 | review letter and documents received from clients mother | | 1.0 | |
| 9/23/97 | phone call from Carissa Hansen | | .5 | |
| 9/24/97 | phone call from Julie Martin | | .25 | |
| 9/25/97 | phone call to T.P.W. | | .25 | |
| 9/25/97 | phone call to make travel arrangements to meet with client per her request | | .25 | |
| 9/25/97 | review letter from Atty. Sandy Sharp; prepare for meeting w/client | | 2.0 | |
| 9/25/97 | trip to Nashville to meet with client & review clients letter | | 4.25 | |
| 9/26/97 | prepare for meeting with client; review file | | 1.0 | |
| 9/26/97 | trip to TPW from hotel; meet with client | | 4.5 | |
| 9/26/97 | return trip to Knoxville from TPW & expenses (mileage, 438 miles @ .24, hotel expense: $81.94 & meal per diem per Judicial travel regulations, 9/25: dinner, $11.00, 9/26, breakfast, $5.00, and lunch, $8.00) trip was delayed due to road construction between Nashville and Knoxville | | 4.5 | $211.06 ✓ |
| 9/27/97 | phone call from Julie Martin | | .25 | |
| 9/27/97 | letter to client & expense (copying, 2 @ .07, postage, 0.32) | | .25 | ~~$0.46~~ |
| 10/1/97 | phone call to wardens office at TPW re: prohibiting civil attorneys in Federal lawsuit from visiting client w/o her Counsel being present | | .5 | |
| 10/1/97 | phone call to Julie Martins office | | .25 | |
| 10/1/97 | phone call to Julie Martin re: filing motion to quash federal court subpoena for client | | .5 | |
| 10/1/97 | fax copies of documents to Julie Martin | | .25 | |
| 10/3/97 | phone call from Julie Martin | | .25 | |
| 10/6/97 | meet with Julie Martin | | .25 | |
| 10/6/97 | phone call from/to Julie Martin | | .5 | |
| 10/13/97 | phone call to Carissa Hansen returning her call | | .5 | |
| 10/13/97 | phone call to Atty. Robert Stacys office returning his call | | .25 | |
| 10/22/97 | phone call from/to Sandy Sharp's office | | .25 | |
| 10/24/97 | phone call to UT graduate student returning her call to decline client interview | | .25 | |
| 10/29/97 | phone call from Julie Martin | | .25 | |
| 10/29/97 | phone call from/to Carissa Hansen | | .75 | |
| 11/4/97 | phone call to Carissa Hansen returning her call | | .25 | |
| 11/5/97 | meet with Julie Martin re: federal court subpoena for client | | .5 | |
| 11/5/97 | phone calls to Atty. Sandy Sharps office | | .5 | |
| 11/10/97 | phone call to Atty. Sandy Sharps office | | .25 | |
| 11/10/97 | phone call from Atty. Sandy Sharp | | .5 | |
| 11/12/97 | phone call from Julie Martin | | .25 | |
| 11/13/97 | meet with Julie Martin | | .25 | |
| 11/13/97 | phone call to Atty. Sandy Sharps office | | .25 | |
| | ATTACHMENT PAGE TOTALS: | 1.00 | 140.35 | $330.25 |

RECE[IVED]
TN Supreme Court
Office of t[he]
FEB 26 1998

008796

STATE OF TENNESSEE

COUNTY OF KNOX

CHRISTA GAIL PIKE
Defendant/Petitioner

DOCKET NO(s).: 03C01-9611-CR-00408

IN THE COURT OF CRIMINAL APPEALS

See page 1 of original claim form
Original Offense(s)

| DATE | ACTIVITY<br>Itemize in-court and out-of-court hours spent working on this case.<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expenses & attach to this claim a certified copy of the court's prior approval of such expense. | (A)<br>IN COURT HOURS<br>(Tenths) | (B)<br>OUT OF COURT HOURS<br>(Tenths) | (C)<br>Necessary Expense |
|---|---|---|---|---|
| | Totals carried forward from previous page: | 1.0 | 140.35 | ~~$330.25~~ |
| 11/14/97 | meet with representatives from Atty. Sandy Sharps office re: motion to quash subpoena, federal court order and clients agreement to give limited testimony via deposition | | .5 | |
| 11/17/97 | phone call to make travel arrangements to Nashville | | .25 | |
| 11/20/97 | phone call from Penny in Atty. Martin Ellis office | | .25 | |
| 11/24/97 | phone call from/to Atty. Martin Ellis office | | .5 | |
| 11/24/97 | phone call from/to Atty. Robert Stacy | | .5 | |
| 11/24/97 | phone call from/to Julie Martin | | .25 | |
| 11/24/97 | trip to Nashville to meet with client and represent her in deposition | | 3.5 | |
| 11/25/97 | prepare for clients deposition at TPW | | 1.0 | |
| 11/25/97 | time at TPW for civil deposition of client in response to federal court subpoena and order allowing her deposition | | 4.5 | |
| 11/25/97 | return trip to Knoxville from TPW and expenses (mileage, 447 @ .24, hotel expense: $115.12, meal per diem, per Judicial Travel Regulations, 11/24 dinner, $11.00, 11/25: Full day, $24.00) | | 3.75 | $257.40 |
| 11/29/97 | review opinion received from Court denying clients direct appeal | | 1.25 | |
| 11/29/97 | phone call to Carissa Hansen | | .5 | |
| 12/1/97 | have copies of opinion made at Corner copies (receipt attached) | | .25 | $11.94 |
| 12/1/97 | phone call to Frankie Lewis re: filing petition for rehearing | | .25 | |
| 12/1/97 | letter to client w/copy of CCA judgment w/copies to clients family per clients request and expense (copying, 6 @ .07, postage, 4 @ $1.93) | | .5 | .42 ~~$8.14~~ |
| 12/1/97 | letter to Julie Martin and expense (copying, 1 @ .07, postage, .32) | | .25 | ~~$0.39~~ .7 |
| 12/1/97 | phone call to/from Julie Martin | | .25 | |
| 12/4/97 | review opinion from CCA; legal research relative to filing petition for rehearing | | 2.75 | |
| 12/4/97 | phone call to/from Julie Martin | | .5 | |
| 12/5/97 | phone call to M. Lee Smith Publishers & Printers to obtain copy of newly decided case of State v. Andre Bland, Tennessee Supreme Court, December 1, 1997 | | .25 | |
| 12/5/97 | phone call to Julie Martin | | .25 | |
| 12/5/97 | research regarding heinous, atrocious and cruel agg. factor for petition for rehearing | | 1.75 | |
| 12/7/97 | legal research in preparation for filing petition for rehearing | | 2.5 | |
| 12/7/97 | phone call meeting with Julie Martin | | 1.75 | |
| 12/8/97 | review file re: preparation for petition for rehearing | | 1.5 | |
| 12/8/97 | phone call meeting with Julie Martin | | 1.0 | |
| 12/8/97 | review Bland decision; prepration of petition for rehearing | | 3.5 | |
| 12/8/97 | phone call to Julie Martin | | .5 | |
| 12/8/97 | complete and copy petition for rehearing; letter to CCA transmitting petition for rehearing for filing; take same ~~to post office~~ for late mailing by certified mail & expense (copying, 518 @ .07, certified mail expense, 1 @ $6.00, mail expense to send copies to State AG, client, and Co-counsel, 3 @ $3.00) | | 2.75 | ~~36.19~~ ~~$28.26~~ ~~38~~ 36.26 |
| | ATTACHMENT PAGE TOTAL: | 1.00 | 177.60 | $636.38 |

RECE
TN Supreme Cou
Office of t



FEB 2 6 1998

Corner Copies
P.O. Box 206
606 W. Main St. - 1st Fl
Knoxville, TN 37902

008797

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/29/97 | 10738 |

BILL TO:

William Talman, Atty.
P.O. Box 506
Knoxville, TN 37901-0506

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 740 | 8.5x11 B&W Copies | 0.05 | 37.00T |
| 11 | 1/2 Inch Binding | 1.30 | 14.30T |
| | Re: Christa Gail Pike | | |
| | State & Local | 8.25% | 4.23 |

RECEIVED
TN Supreme Court Administrative
Office of the C...

FEB 26 1998

| | | |
|---|---|---|
| Thank You For Your Business<br>EIN # 62-1662268 - Ph. 423.524.9718 | **TOTAL** | $55.53 |

Pd. ck# 7406 5-8-97

Residence Inn Nashville Apt 008798
2300 Elm Hill Pike
Nashville TN 37214
(615) 889-8600

Marriott
Residence Inn
Residence Inn By Marriott

*Pike*

Guest Folio Summary

Page 1

| | |
|---|---|
| Folio Number | W4-74881 |
| Suite Number | 2011 |
| Suite Type | STDO |
| No. of Guest | 1 |
| Rate | 73.00 |
| Account Number | JAH |
| Time | |

Guest Name
WILLIAM TALMAN
PO BOX 506
KNOXVILLE, TN 37901-0506
TN STATE JUSTICE DEPT

Arrive Sep 25 '97 Time 8:48 PM Depart

| Date | | Description | Charges | Credits |
|---|---|---|---|---|
| 09/25/97 | R12011 | Room Charge-Studio 1-4 | 73.00 | |
| 09/25/97 | T12011 | Occupancy Tax | 2.92 | |
| 09/25/97 | T22011 | State Occupancy Tax | 6.02 | |

MC5329016713000023/0699
AMOUNT: 81.94
--> SIGNATURE ON FILE <--

RECEIVED
TN Supreme Court Administrative
Office of the Courts
FEB 26 1998

.00

Guest Signature

The management is not responsible for any valuables not secured in safety-deposit boxes provided at the front office. I agree that my liability for charges is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay any part or the full amount of such charges.

Sep 26 '97 3:19 AM

Toll free Reservations 800-331-3131

008799

Residence Inn Nashville Apt
2300 Elm Hill Pike
Nashville TN 37214
(615) 889-8600

Marriott Residence Inn

Residence Inn By Marriott

Guest Folio Summary

Page 1

| | | | |
|---|---|---|---|
| Guest Name | WILLIAM TALMAN<br>PO BOX 506<br>KNOXVILLE, TN 37901<br>AAA | Folio Number | W4-79695 |
| | | Suite Number | 322 |
| | | Suite Type | |
| | | No. of Guest | 1 |
| | | Rate | 101.00 |
| | | Account Number | THO |

Arrive Nov 24 '97 Time 9:20 PM Depart Nov 25 '97 Time 10:19 AM

| Date | | Description | Charges | Credits |
|---|---|---|---|---|
| 11/24/97 | R5322 | Room Charge-Pent 1-4 | 101.00 | |
| 11/24/97 | T1322 | Occupancy Tax | 4.04 | |
| 11/24/97 | T2322 | State Occupancy Tax | 8.33 | |
| 11/25/97 | MV15088 | Rentals-Movie MOVIE AT 22:42 | ~~7.95~~ > Personal | |
| 11/25/97 | ST15088 | Sales Tax | ~~.66~~ | |
| 11/25/97 | G07847 | Information Call - - 411 | .50 | |
| 11/25/97 | G07848 | Information Call 423-555-1212 | .75 | |
| 11/25/97 | G37854 | Local Call -254-0202 (2) | .50 | |
| 11/25/97 | AX10:19 | Paid-American Express 373270073 | | ~~123.73~~ 115.12 |

AX373270073911008/0399
Amount: ~~123.73~~ 115.12
--> SIGNATURE ON FILE <--

RECEIVED
TN Supreme Court Administrative Office of the Courts
FEB 26 1998

Checked Out .00

Guest Signature

The management is not responsible for any valuables not secured in safety-deposit boxes provided at the front office. I agree that my liability for charges is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay any part or the full amount of such charges.

NOV 25 '97 10:19 AM

Toll free Reservations 800-331-3131

008800

# Invoice

Corner Copies
P.O. Box 206
606 W. Main St. - 1st Fl
Knoxville, TN 37902

| DATE | INVOICE # |
|---|---|
| 12/1/97 | 11903 |

BILL TO:

William Talman, Atty.
P.O. Box 506
Knoxville, TN 37901-0506

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 136 | 8.5x14 B&W Copies Full Service | 0.08 | 10.88T |
| 1 | Staples Removed & Replaced to Originals & Staples Placed in Copies | 0.15 | 0.15T |
| | Re: State of Tennessee v Christa Gail Pike | | |
| | State & Local | 8.25% | 0.91 |
| Thank You For Your Business<br>EIN # 62-1662268 - Ph. 423.524.9718 | | TOTAL | $11.94 |

RECEIVED
TN Supreme Court Administrative
Office of the Courts
FEB 26 1998

008801

RECEIVED
TN Supreme Court Administrative
Office of the Courts

JUN 16 1998

FILED

98 JUN 11 PM 3:10

KNOXVILLE

**IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE**

**AT KNOXVILLE**

| | |
|---|---|
| **STATE OF TENNESSEE,** | * |
| Appellee, | * C.C.A.# 03C01-9611-CR-00408 |
| VS. | * KNOX COUNTY |
| **CHRISTA GAIL PIKE,** | * |
| Appellant. | * |

**ORDER**

On March 9, 1998, William C. Talman submitted a request for an attorney fee in connection with services rendered on behalf of defendant Christa Gail Pike in this court. Mr. Talman's request is for services totaling over 178.6 hours for an amount of $9,855.25 and $636.38 for necessary expenses.

We note that Mr. Talman has been compensated by the trial court in excess of $36,000 for services rendered at that level. After a thorough examination of the claim submitted to this court, it is the court's opinion that the amount of time expended by Mr. Talman in this appeal is disproportionate to the complexity and number of issues involved in the appeal of this case. Further, an inordinate amount of time was spent in conversations and meetings with co-counsel and in representation following oral argument notwithstanding the preparation of a petition to rehear.

In most direct capital cases where the defendant is represented by two counsel, the fee claims of both are taken into account. In this case, however, co-counsel has yet to file her fee claim. Accordingly, a comparison cannot be conducted.

Many of counsel's itemized hourly claims are questionable. First, counsel has billed in time increments of one-quarter (1/4) hour rather than one-tenth (1/10) hour.

According to the claim, counsel spent 14.25 hours conversing on the phone with co-counsel (7.75 hours took place after oral argument). He spent seventeen (17) hours meeting with co-counsel. On February 28, 1997, counsel spent one hour preparing a certificate of service and reviewing a billing statement. On April 20, 1997, counsel spent 2.75 hours preparing a motion for an extension of time. On April 28, 1997, following the 2.5 hours counsel had previously spent proofreading and correcting his brief, counsel asserts that he spent seven (7) hours taking the corrected revisions to be copied and filing the brief with this court.

After oral argument, counsel billed for approximately 33.75 hours spent in travel to Nashville to meet with the defendant and to assist her in the taking of her deposition in a civil matter. On two occasions, he spent approximately two hours speaking with certain media interested in interviewing the defendant.

Counsel raised eight issues on appeal. The brief was neither lengthy nor complex. Based on the entire record including the briefs and other pleadings and the proceedings held in this court in which co-counsel conducted the entire argument, we approve a total fee of $5,000, plus $575 for expenses..

The court wishes to emphasize that the disallowance of a substantial portion of the requested fees in this case is not to be interpreted as a determination that an attorney's fee in excess of $10,000 would not be reasonable for appointed counsel in a capital case. What we conclude in this order is that the amount of time spent on this appeal is questionable and does not merit the fee requested.

William M. Barker

William M. Barker, Judge

SUPREME COURT FORM I-75 008803

EXECUTIVE SECRETARY USE ONLY:

Reg. No. ________ V. No. ________

CLAIM FOR ATTORNEYS FEES - **INTERIM CLAIM**

INSTRUCTIONS: Type and submit to judge in duplicate. Deliver copies to clerk of appellate or trial court, each of which must be signed by attorney and judge. Clerk shall retain one copy for files and forward original to Executive Secretary to the Supreme Court, Supreme Court Building, Nashville, Tennessee 37219.

STATE OF TENNESSEE

RECEIVED Administrative Office of the Courts DEC 1? 1996

COUNTY OF KNOX

CHRISTA GAIL PIKE
Defendant/Petitioner

DOCKET NO.: 58183-A

IN THE CRIMINAL COURT
T.C.A. § 39-13-202
FIRST DEGREE MURDER - DEATH PENALTY
Original Offense

FILED BY MARTHA PHILLIPS, CLERK DEC 05 1996 KNOX COUNTY CRIMINAL COURT KNOXVILLE, TN

1. [X] Felony [ ] Misdemeanor [ ] Post Conviction [ ] Juvenile

2. Disposition of Case: [ ] Plea of Guilty [ ] Nolle Prosequi

[X] Plea of Not Guilty and Trial by Jury [ ] Plea of Not Guilty and Trial by Judge

[X] Any Other (explain): Interim fee petition in Capital Case

3. Date of disposition: November 27, 1996

| DATE | ACTIVITY<br>What legal services did you render?<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expense & attach to this claim a certified copy of the court's prior approval of such expense. | (A) IN COURT HOURS (Tenths) | (B) OUT OF COURT HOURS (Tenths) | (C) Necessary Expense |
|---|---|---|---|---|
| 4/4/96 | copying, binding, enlargements expense for trial (receipts attach) | | .0 | $327.03 |
| 4/4/96 | charge by WBIR TV for their records (motion to change venue) | | .0 | $50.00 |
| 4/4/96 | preparation of Order for additional compensation for Dr. Bebber | | .4 | |
| 4/4/96 | meet with Judge Leibowitz to get ex parte order approved | | .3 | |
| 4/4/96 | file ex parte order under seal | | .25 | |
| 4/5/96 | phone call from Carissa Hansen | | .25 | |
| 4/5/96 | phone call to Tennessee Prison for Women (hereinafter TPW) | | .25 | |
| 4/8/96 | phone call to TPW to obtain info; phone call to Carissa Hansen | | .5 | |
| 4/8/96 | phone call from Charley Belcher & phone from Dr. McCoy | | .5 | |
| 4/11/96 | phone call to TPW to arrange inmate visit | | .25 | |
| 4/11/96 | preparation of lead Counsel certification for billings submitted by Barry Rice, Dr. Eric Engum, Dr. Bebber and Dr. Bernet; mail same to AOC w/copies to Criminal Court Clerk under seal; letters w/ copies to above named & copying (44 @ .25 + $2.75 postage) | | 2.75 | $13.75 |
| | TOTALS FROM ATTACHMENT PAGE: | 7.50 | 91.90 | $265.02 |
| | **TOTALS:** | 7.50 | 97.35 | $655.80 |

receipts order attached

I certify that the foregoing represents an accurate and complete statement of time and expense in connection with the above action or proceeding and that these services were rendered pursuant to appointment in this proceeding under TCA §§ 40-14-201 et seq., 37-1-150, or S/C Rule 13.

[signature]
Signature of Attorney

**ENTER FULL NAME AND ADDRESS HERE:**
Attorney: William C. Talman
SSN: 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; Tax ID# 62-1292864
Address: P.O. Box 506, Knoxville, TN 37901-0506
Telephone: (423) 579-9060; Fax# (423) 573-2032

**TO BE COMPLETED BY JUDGE** — **AMOUNT**

(A) N/A Total Approved In Court Hours at **$30.00** Per Hour (work **prior** to 9/1/94) ........ ______

(A) 7.50 Total Approved In Court Hours at **$50.00** Per Hour (work **after** 9/1/94) ........ 375.00

(B) N/A Total Approved Out of Court Hours at **$20.00** Per Hour (work **prior** to 9/1/94) ...... ______

(B) 97.35 Total Approved Out of Court Hours at **$40.00** Per Hour (work **after** 9/1/94) ...... 3,894.00

(C) Total Approved Necessary Expenses ........ ~~655.80~~ 615.90 order attached

Less partial payment received from client pursuant to Court Order -0-

TOTAL AUTHORIZED PAYMENT ........ ~~4,924.80~~ 4,884.90 EB

copies reduced to 6¢ per copy from 25¢ EB

This the 5th day of Dec., 1996.

I hereby certify that I appointed the above-named attorney to represent the herein listed indigent in compliance with TCA §§ 40-14-201 et seq., 37-1-150 or Supreme Court Rule 13.

210 copies at 6¢ per copy = $12.60 EB.

[signature]
Signature of Judge

008804

ɪTATE OF TENNESSEE

ɔOUNTY OF KNOX

CHRISTA GAIL PIKE
Defendant/Petitioner

DOCKET NO(s).: 58183-A

IN THE CRIMINAL COURT

See page 1 of original claim form
Original Offense(s)

## ATTACHMENT PAGE - PAGE 1

[X] Attachment page used to claim time in excess of amount claimed on original fee claim form.

[ ] Attachment page used to show entire time claimed and expenses incurred in representing the same defendant and to show how time is prorated between Defendant's multiple charges.

| DATE | ACTIVITY<br>What legal services did you render?<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expense & attach to this claim a certified copy of the court's prior approval of such expense. | (A)<br>IN COURT HOURS (Tenths) | (B)<br>OUT OF COURT HOURS (Tenths) | (C)<br>Necessary Expense |
|---|---|---|---|---|
| 4/12/96 | phone call to Asst. Warden Carl Smith at TPW | | .25 | |
| 4/12/96 | trip to courthouse to file certifications under seal | | .5 | |
| 4/14/96 | trip to Nashville to visit Christa on 4/15/96 and prepare for meeting with client; | | 5.5 | |
| 4/15/96 | prepare for meeting with client | | 2.0 | |
| 4/15/96 | meet with client at TPW | | 2.5 | |
| 4/15/96 | return trip to Knoxville & total trip mileage (438 @ .24) | | 3.25 | $105.12 |
| 4/16/96 | phone calls from Charley Belcher, Jennifer Leslie and Stephanie Snowden | | .75 | |
| 4/17/06 | phone call to Jennifer Leslie and Charlie Belcher | | .25 | |
| 4/18/96 | phone calls to/from Carissa Hansen & Carrie Ross | | .75 | |
| 4/18/96 | phone call to Eric Engum | | .25 | |
| 4/19/96 | phone call from/to Julie Martin | | .75 | |
| 4/19/96 | phone call to Judge Liebowitz's office re: preparation of trial transcripts | | .25 | |
| 4/19/96 | phone call to TPW re: clients access to telephone to call Counsel | | .5 | |
| 4/26/96 | review file regarding motion for new trial | | 4.5 | |
| 4/26/96 | phone call to Eric Engum | | .4 | |
| 4/28/96 | prepare for meeting with Julie Martin | | 2.0 | |
| 4/28/96 | meet with Julie Martin in preparation for motion for new trial | | 3.5 | |
| 4/29/96 | phone call to Carrie Ross | | .75 | |
| 4/29/96 | phone call to Glenn Pike | | .5 | |
| 5/15/96 | phone call from client | | .25 | |
| 5/15/96 | phone call from Jennifer Leslie | | .35 | |
| 5/16/96 | phone call to TPW to arrange visit on 5/17/96 | | .25 | |
| 5/16/96 | phone call to Julie Martin | | .25 | |
| 5/17/96 | phone call from client | | .35 | |
| 5/21/96 | phone call from Carrie Ross | | .75 | |
| 5/21/96 | phone call to TPW | | .25 | |
| 5/22/96 | trip to Nashville to visit client and visit with client (no mileage expense because Co-Counsel, Julie Martin, drove) | | 7.0 | |
| 5/28/96 | phone call from Julie Martin | | .25 | |
| 5/30/96 | review correspondence received from clerk | | .3 | |
| 6/4/96 | meet with client | | 2.0 | |
| 6/5/96 | phone call from Laura Thompson, State Probation office | | .35 | |
| ATTACHMENT PAGE TOTALS CARRIED FORWARD TO NEXT PAGE: | | 0.00 | 41.50 | $105.12 |

IN THE CRIMINAL COURT FOR KNOX COUNTY, TENNESSEE

DIVISION III

STATE OF TENNESSEE

VS. No. 58183

CHRISTA GAIL PIKE, ALIAS

## NOTICE OF INTENT TO SEEK DEATH PENALTY

The State of Tennessee, by and through the District Attorney General, gives notice of the State's intention to seek the death penalty in this case. The State intends to rely upon the following aggravated circumstances at the sentencing hearing: Tennessee Code Annotated, Sections 39-13-204(i) (5), (6) and (7).

RESPECTFULLY SUBMITTED,

RANDALL E. NICHOLS
DISTRICT ATTORNEY GENERAL

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing NOTICE has been delivered by U.S. Mail with sufficient postage affixed thereon to Mr. William C. Talman, Attorney for Defendant, P.O. Box 506, Knoxville, Tennessee, 37901 and Mr. Bill Brown, Attorney for Defendant, 407 Union Avenue, Knoxville, Tennessee, 37902, this the 23rd day of May, 1995.

RANDALL E. NICHOLS
DISTRICT ATTORNEY GENERAL

008806

# MEMORANDUM

March 13, 1996

Dear Mr. Talman:

I was only able to find three more news transcripts for you. They aired on 2/15 & 2/16/96. Obviously there's no need for any fee other than the fifty-dollars charged for the earlier research.

Whenever you have any documents for us to sign...just send them over and we'll take care of it.

Sincerely,

Becky Clabough

Becky Clabough
Administrative Assistant

WBIR-TV 1513 Hutchinson Avenue • Knoxville, TN 37917 • (615) 637-1010

008807

STATE OF TENNESSEE

COUNTY OF KNOX

CHRISTA GAIL PIKE
Defendant/Petitioner

DOCKET NO(s).: 58183-A

IN THE CRIMINAL COURT

See page 1 of original claim form
Original Offense(s)

## ATTACHMENT PAGE - PAGE 3

[X] Attachment page used to claim time in excess of amount claimed on original fee claim form.

[ ] Attachment page used to show entire time claimed and expenses incurred in representing the same defendant and to show how time is prorated between Defendant's multiple charges.

| DATE | ACTIVITY<br>What legal services did you render?<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expense & attach to this claim a certified copy of the court's prior approval of such expense. | (A) IN COURT HOURS (Tenths) | (B) OUT OF COURT HOURS (Tenths) | (C) Necessary Expense |
|---|---|---|---|---|
| | Totals carried forward from previous attachment page: | 7.5 | 78.85 | $243.22 |
| 11/7/96 | copies of motions and proposed orders to State A.G., Co-counsel, and client w/letter to client & copying (3 @ .25 + postage $1.65) | | .75 | $2.40 |
| 11/8/96 | trip to CCA to file motions and proposed orders | | .75 | |
| 11/8/96 | phone call to Gail Needham re: obtaining affidavit from her in support of motion for extension of time to file transcript | | .25 | |
| 11/11/96 | preparation of affidavit for Gail Needham to sign | | .5 | |
| 11/12/96 | meet with Gail Needham; trip to CCA to file affidavit | | .75 | |
| 11/12/96 | send copies of affidavit to client, Co-Counsel & State A.G. & copying expense (6 @ .25 + $0.96 postage) | | .25 | $2.46 |
| 11/14/96 | phone call from Julie Martin | | .25 | |
| 11/14/96 | review paperwork received from CCA on motions filed | | .1 | |
| 11/15/96 | review letter from Judge Liebowitz | | .25 | |
| 11/22/96 | meet with Julie Martin | | .75 | |
| 11/22/96 | meet with Gail Needham | | .25 | |
| 11/23/96 | review letter received from Atty. Robert Stacy; letter to Robert Stacy; letters to client & Co-Counsel, Julie Martin; letter to client's mother, father & aunt & copying expense (34 @ .25 + $1.92 postage) | | 2.5 | $10.42 |
| 11/23/96 | review orders received from CCA | | .25 | |
| 11/26/96 | review list of exhibits and files, preparation of designation of record to CCA & copying expense (8 @ .25 + $1.60) | | 1.5 | $3.60 |
| 11/26/96 | return phone call to Robert Stacy | | 1.25 | |
| 11/26/96 | letter to Gail Needham w/copy of designation of record & copying expense (4 @ .25 + $0.32 postage) | | .35 | $1.32 |
| 11/26/96 | phone call from/to Carissa Hansen | | 1.25 | |
| 11/27/96 | trip to courthouse to file designation of record with clerk | | .75 | |
| 11/27/96 | mail copies of designation of record to DA, State AG, Clerk of the CCA, Co-Counsel and client + postage (5 @ $.032 ea.) | | .35 | $1.60 |
| | **ATTACHMENT PAGE TOTALS CARRIED TO FIRST PAGE:** | 7.50 | 91.90 | $265.02 |

008808

STATE OF TENNESSEE

COUNTY OF KNOX

CHRISTA GAIL PIKE
Defendant/Petitioner

DOCKET NO(s).: 58183-A

IN THE CRIMINAL COURT

See page 1 of original claim form
Original Offense(s)

## ATTACHMENT PAGE - PAGE 2

[X] Attachment page used to claim time in excess of amount claimed on original fee claim form.

[ ] Attachment page used to show entire time claimed and expenses incurred in representing the same defendant and to show how time is prorated between Defendant's multiple charges.

| DATE | ACTIVITY<br>What legal services did you render?<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expense & attach to this claim a certified copy of the court's prior approval of such expense. | (A)<br>IN COURT HOURS (Tenths) | (B)<br>OUT OF COURT HOURS (Tenths) | (C)<br>Necessary Expense |
|---|---|---|---|---|
| | Totals carried forward from previous attachment page: | 0.0 | 41.5 | $105.12 |
| 6/5/96 | phone call from Charley Belcher | | .25 | |
| 6/5/96 | prepare for court | | 2.5 | |
| 6/6/96 | time in court | 3.0 | | |
| 6/6/96 | phone calls to Glenn Pike, Carissa Hansen, Diana McCoy and Eric Engum | | 2.0 | |
| 6/7/96 | phone call to Carrie Ross | | 1.0 | |
| 6/7/96 | phone call to Carissa Hansen | | .5 | |
| 6/7/96 | letters to Carrie Ross, Glenn Pike, and Carissa Hansen & copying expense (27 @ .25 + postage $1.65) | | 2.25 | $8.40 |
| 6/28/96 | review order received from clerk's office | | .25 | |
| 7/24/96 | phone calls to/from Julie Martin | | .75 | |
| 7/24/96 | meet with Client | | 2.0 | |
| 7/24/96 | legal research and preparation of motion for new trial | | 4.75 | |
| 7/25/96 | time in court | 4.5 | | |
| 8/16/96 | preparation of notice of appeal | | .25 | |
| 8/20/96 | file notice of appeal w/copies to CCA, State AG, DA, client, & Co-Counsel & copying expense (14 @ .25 + postage $1.60) | | 1.0 | $5.10 |
| 8/22/96 | review case comments for Supreme Court received from Judge | | .75 | |
| 9/20/96 | meet with Gail Needham, Court Reporter re: transcript of trial | | .5 | |
| 10/1/96 | phone call to Julie Martin | | .5 | |
| 10/2/96 | review paperwork received from Court and prepare for meeting with client | | 3.75 | |
| 10/3/96 | round trip time for travelling to Nashville and meeting with client & mileage expense (443 @ .24) | | 10.75 | $106.32 |
| 10/30/96 | phone call from Dr. Engum | | .25 | |
| 11/1/96 | return phone call to Gail Needham, Court reporter | | .25 | |
| 11/1/96 | phone call from Gail Needham | | .25 | |
| 11/4/96 | meet with Gail Needham | | .25 | |
| 11/4/96 | phone call to Frankie Lewis at CCA | | .25 | |
| 11/5/96 | phone call to State A.G. office re: extension of time to file transcript | | .25 | |
| 11/7/96 | letter to Gail Needham w/copy of Dr. Engum's report in response to to her request & copying (30 @ .25 + 0.78 postage) | | .35 | $8.28 |
| 11/7/96 | preparation of motions & orders to allow court reporter additional time to file transcript & to stay execution & copying (40 @ .25) | | 1.75 | $10.00 |
| **ATTACHMENT PAGE TOTALS CARRIED FORWARD TO NEXT PAGE:** | | 7.50 | 78.85 | $243.22 |

# IN THE CRIMINAL COURT FOR KNOX COUNTY, TENNESSEE
## DIVISION III

STATE OF TENNESSEE, ]
]
Plaintiff, ]
]
vs. ] No.: 58183-A
]
CHRISTA GAIL PIKE, ]
]
Defendant. ]

FILED
BY MARTHA PHILLIPS, CLERK
DEC 05 1996
KNOX COUNTY CRIMINAL COURT
KNOXVILLE, TN

## CERTIFICATE OF TRIAL JUDGE CERTIFYING CASE AS CAPITAL CASE

The trial court hereby certifies to the Director of the Administrative office of the Courts that this case is a capital case and further states as follows in response to the Capital Case Criteria Sheet required by the Administrative Office of the Court:

ATTORNEY: WILLIAM C. TALMAN

ATTORNEY: JULIE MARTIN

1. Is this indicted defendant indicted for an offense punishable by death?
(X) YES ( ) NO

2. Were the prospective jurors examined with respect to their attitude as to capital punishment? (X) YES ( ) NO ( ) NOT APPLICABLE, CASE STILL PENDING.

3. Did the district attorney general announce prior to the presentation of proof that the State would ask that the death penalty be assessed as punishment? (X) YES ( ) NO

4. What sentence or penalty, if any, did the defendant receive? JURY VERDICT SETTING DEATH AS PUNISHMENT.

This the 5th day of DECEMBER 1996.

Mary Beth Leibowitz

Mary Beth Leibowitz, Judge

COMMENTS: ____________________

**IN THE CRIMINAL COURT FOR KNOX COUNTY, TENNESSEE**

**DIVISION III**

STATE OF TENNESSEE )
)
VS. ) DOCKET NO. 58183-A
)
CHRISTA GAIL PIKE )

FILED
BY MARTHA PHILLIPS, CLERK
DEC 05 1996
KNOX COUNTY CRIMINAL COURT
KNOXVILLE, TN

**EXPLANATION ORDER**

This order is entered in compliance with the Memo of November 1, 1991, relying upon the Memos of July 12, 1991, and July 25, 1991, requiring an order setting forth an explanation as to the necessity of appointment of private counsel rather than the District Public Defender.

The District Public Defender was not appointed because the District Public Defender could not ethically represent the defendant view of the principles of U.S. v. Agosto, 675 Fed.2nd 965. The District Public Defender had a conflict of interest.

The Clerk will forward a copy of this order to the attorney for the defendant, and the District Attorney General.

ENTER this the 5th day of December, 1996.

Mary Beth Leibowitz

MARY BETH LEIBOWITZ, JUDGE
CRIMINAL COURT DIVISION III
SIXTH JUDICIAL DISTRICT

CERTIFIED TRUE COPY
MARTHA PHILLIPS, CLERK
CRIMINAL COURT
KNOX COUNTY, TN
BY Stacey McDonald
DEPUTY CLERK

**SUPREME COURT FORM I-75**

008811

**CLAIM FOR ATTORNEYS FEES - FINAL CLAIM**

EXECUTIVE SECRETARY USE ONLY:

Reg. No. ________ V. No. ________

INSTRUCTIONS: Type and submit to judge in duplicate. Deliver copies to clerk of appellate or trial court, each of which must be signed by attorney and judge. Clerk shall retain one copy for files and forward original to Executive Secretary to the Supreme Court, Supreme Court Building, Nashville, Tennessee 37219.

STATE OF TENNESSEE — DOCKET NO.: 58183-A

COUNTY OF KNOX — IN THE CRIMINAL COURT

T.C.A. § 39-13-202

CHRISTA GAIL PIKE — FIRST DEGREE MURDER - DEATH PENALTY

Defendant/Petitioner — Original Offense

1. [X] Felony [ ] Misdemeanor [ ] Post Conviction [ ] Juvenile

2. Disposition of Case: [ ] Plea of Guilty [ ] Nolle Prosequi

[X] Plea of Not Guilty and Trial by Jury [ ] Plea of Not Guilty and Trial by Judge

[X] Any Other (explain): Final claim filed in Trial Court includes time spent until filing in Appellate Court.

3. Date of disposition: February 6, 1997

| DATE | ACTIVITY<br>What legal services did you render?<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expense & attach to this claim a certified copy of the court's prior approval of such expense. | (A)<br>IN COURT HOURS<br>(Tenths) | (B)<br>OUT OF COURT HOURS<br>(Tenths) | (C)<br>Necessary Expense |
|---|---|---|---|---|
| 12/6/96 | meet with Carissa & Gerard Hansen | | 3.0 | |
| 12/10/96 | phone call to Clerk's office | | .25 | |
| 12/26/96 | phone call from Gail Needham, Court Reporter re: transcript | | .25 | |
| 1/2/97 | phone call from/to Gail Needham, Court Reporter re: transcript | | .25 | |
| 1/9/97 | pick up transcripts (29 volumes) from Gail Needham, Court Reporter | | .75 | |
| 1/9/97 | speak with Judge Liebowitz re: transport order for client to testify at Co-Defendant's jury trial | | .25 | |
| 1/9/97 | phone call from Chris Coffey, Co-Defendant's lawyer | | .25 | |
| 1/9/97 | meet with Julie Martin re: client testifying at Co-Defendant's trial | | .75 | |
| 1/10/97 | phone call to Julie Martin re: trip to Tennessee Prison for Women re: client's intention to testify at Co-Defendant's trial | | 1.0 | |
| 1/13/97 | phone call from Julie Martin | | .25 | |
| 1/13/97 | phone call to TPW re: scheduling visit with client on 1/14/97 | | .25 | |
| 1/13/97 | phone call to Chris Coffey returning his call | | .5 | |
| | TOTALS FROM ATTACHMENT PAGE: | 2.50 | 30.50 | $422.48 |
| | **TOTALS:** | 2.50 | 38.25 | $422.48 |

I certify that the foregoing represents an accurate and complete statement of time and expense in connection with the above action or proceeding and that these services were rendered pursuant to appointment in this proceeding under TCA §§ 40-14-201 et seq., 37-1-150, or S/C Rule 13.

Signature of Attorney

**ENTER FULL NAME AND ADDRESS HERE:**

Attorney: William C. Talman
SSN: 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; Tax ID# 62-1292864

Address: P.O. Box 506, Knoxville, TN 37901-0506

Telephone: (423) 579-9060; Fax# (423) 573-2032

**********************************************************************

**TO BE COMPLETED BY JUDGE** — **AMOUNT**

(A) N/A Total Approved In Court Hours at **$30.00** Per Hour (work prior to 9/1/94) .......... ________

(A) 2.50 Total Approved In Court Hours at **$50.00** Per Hour (work after 9/1/94) .......... 125.00

(B) N/A Total Approved Out of Court Hours at **$20.00** Per Hour (work prior to 9/1/94) ...... ________

(B) 38.25 Total Approved Out of Court Hours at **$40.00** Per Hour (work after 9/1/94) .......... 1,530.00

(C) Total Approved Necessary Expenses .......... 422.48

Less partial payment received from client pursuant to Court Order .......... ( -0- )

TOTAL AUTHORIZED PAYMENT .......... $ 2,077.48

This the 19th day of March, 1997.

I hereby certify that I appointed the above named attorney to represent the herein listed indigent in compliance with TCA §§ 40-14-201 et seq., 37-1-150 or Supreme Court Rule 13.

Signature of Judge

008812

STATE OF TENNESSEE

COUNTY OF KNOX

CHRISTA GAIL PIKE
Defendant/Petitioner

DOCKET NO(s).: 58183-A

IN THE CRIMINAL COURT

See page 1 of original claim form
Original Offense(s)

**ATTACHMENT PAGE - PAGE 1**

[X] Attachment page used to claim time in excess of amount claimed on original fee claim form.

[ ] Attachment page used to show entire time claimed and expenses incurred in representing the same defendant and to show how time is prorated between Defendant's multiple charges.

| DATE | ACTIVITY<br>What legal services did you render?<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expense & attach to this claim a certified copy of the court's prior approval of such expense. | (A)<br>IN COURT HOURS (Tenths) | (B)<br>OUT OF COURT HOURS (Tenths) | (C)<br>Necessary Expense |
|---|---|---|---|---|
| 1/13/97 | prepare for trip to TPW to meet with client; preparation of affidavits for client sign either invoking her right to remain silent or acknowledging that she understands that she has that right and that Counsel has explained it to her | | 2.0 | |
| 1/14/97 | roundtrip travel to Tennessee Prison for Women in Nashville to meet with client re: subpoena issued by Co-Defendant's Counsel and her options with regard to said subpoena & mileage expense (442 @ .24) | | 11.75 | $106.08 |
| 1/15/97 | phone call to Chris Coffey re: motion to quash subpoena | | .25 | |
| 1/15/97 | phone call to Jo Helm, Asst. D.A. re: motion to quash subpoena | | .25 | |
| 1/15/97 | phone call from Julie Martin | | .25 | |
| 1/15/97 | phone call from Jo Helm | | .25 | |
| 1/15/97 | preparation of motion to quash subpoena & copying exp. (12 @ .25) | | .75 | $3.00 |
| 1/16/97 | phone call to Judge Liebowitz office re: setting motion for hearing | | .25 | |
| 1/16/97 | phone call to Julie Martin returning her call | | .75 | |
| 1/16/97 | letter to Julie Martin, Chris Coffey and Bill Crabtree & copying exp. (16 @ 0.25) and postage exp. (3 @ 0.32) | | .5 | $4.96 |
| 1/16/97 | phone call from Frankie Lewis, CCA clerk, re: exhibits being retained by trial court for co-defendant's trial | | .25 | |
| 1/16/97 | phone call to Jo Helm and fax copy of motion to her | | .25 | |
| 1/17/97 | time in court re: motion invoking client's right to remain silent | 1.0 | | |
| 1/17/97 | time in court after lunch | 1.5 | | |
| 1/17/97 | meet with client at Knox County Jail | | 1.5 | |
| 1/20/97 | phone call from Attorney Ed Graves re: civil case against Job Corp | | .5 | |
| 1/21/97 | meet with client at Knox County Jail | | .75 | |
| 1/22/97 | phone call from client's aunt, Carrie Ross | | .75 | |
| 1/22/97 | phone call to client's aunt later in day in response to questions | | .5 | |
| 1/28/97 | review file to obtain records requested by client | | 1.5 | |
| 1/28/97 | trip to office max to have transcripts copied | | 1.0 | |
| 1/30/97 | letter to Dr. Diana McCoy | | .25 | |
| 1/30/97 | phone call from Julie Martin | | .5 | |
| 1/30/97 | review material received from Attys. Robert Stacy & Ed Graves | | .75 | |
| 1/31/97 | pick up transcripts from office max and inspect to make sure that all 29 volumes had been copied and the original returned | | .75 | |
| 1/31/97 | copying and binding expense from Office Max (receipts attached) | | .0 | $253.24 |
| 1/31/97 | make copies of autopsy report, TBI lab reports, psychological report | | | |
| **ATTACHMENT PAGE TOTALS CARRIED FORWARD TO NEXT PAGE:** | | 2.50 | 26.25 | $367.28 |

STATE OF TENNESSEE

COUNTY OF KNOX

CHRISTA GAIL PIKE
Defendant/Petitioner

DOCKET NO(s).: 58183-A

IN THE CRIMINAL COURT

See page 1 of original claim form
Original Offense(s)

## ATTACHMENT PAGE - PAGE 2

[X] Attachment page used to claim time in excess of amount claimed on original fee claim form.

[ ] Attachment page used to show entire time claimed and expenses incurred in representing the same defendant and to show how time is prorated between Defendant's multiple charges.

| DATE | ACTIVITY<br>What legal services did you render?<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expense & attach to this claim a certified copy of the court's prior approval of such expense. | (A)<br>IN COURT HOURS (Tenths) | (B)<br>OUT OF COURT HOURS (Tenths) | (C)<br>Necessary Expense |
|---|---|---|---|---|
| | Totals carried forward from previous attachment page: | 2.50 | 26.25 | $367.28 |
| 1/31/97 | continued from previous page: by Dr. Engum, internal office memorandums relative to those reports; prepare letter to client relative to trial transcripts and requested records & copying expense (148 @ .25) | | 3.25 | $37.00 |
| 2/1/97 | trip to post office to mail transcripts, correspondence and other requested copies and documents to client & postage exp. ($18.20) (34 lbs mailing weight at first class mail - receipt attached) | | .75 | $18.20 |
| 2/6/97 | review notice receieved from Court of Criminal Appeals advising that case had been docketed with Appellate Courts | | .25 | |
| 2/6/97 | Counsel's representation in trial court concluded since case has been docketed in Appellate Court | | 0.0 | |
| | **ATTACHMENT PAGE TOTALS CARRIED FORWARD TO NEXT PAGE:** | 2.50 | 30.50 | $422.48 |

OfficeMax #397

8079-G Kingston Pike

Knoxville, TN 37919 539-0688

ORDER BY PHONE 1-800-788-8080

0397 00001 38628 01/28/97

SALE 807433 01:55 PM

096809111085 DUO BIND CLR/BL 53.94

6 @ 8.99

LIST 14.84

6 ITEMS SUBTOTAL 53.94

53.94 TN TAX 8.250% 4.45

TOTAL $58.39

5472061241014703 MSTRCRD 58.39

CARDHOLDER: WILLIAM C TALMAN

I AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT.

OfficeMax #397

8079-G Kingston Pike

Knoxville, TN 37919 539-[illegible]

ORDER BY PHONE 1-800-788-8080

[illegible] 01:45 PM

[illegible] 1090/5090/5100 180.00

180.00 TN TAX 8.250% 14.85

TOTAL $194.85

5472061241014703 MSTRCRD 194.85

CARDHOLDER: WILLIAM C TALMAN

I AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT.

**** U.S. POSTAL SERVICE ****

[illegible]

SUPREME COURT FORM I-7 058815

EXECUTIVE SECRETARY USE ONLY:

Reg. No. ________ V. No. ________

CLAIM FOR ATTORNEYS FEES - **INTERIM CLAIM**

INSTRUCTIONS: Type and submit to judge in duplicate. Deliver copies to clerk of appellate or trial court, each of which must be signed by attorney and judge. Clerk shall retain one copy for files and forward original to Executive Secretary to the Supreme Court, Supreme Court Building, Nashville, Tennessee 37219.

STATE OF TENNESSEE

COUNTY OF KNOX

CHRISTA GAIL PIKE
Defendant/Petitioner

DOCKET NO.: 58183-A

IN THE CRIMINAL COURT
T.C.A. § 39-13-202
FIRST DEGREE MURDER - DEATH PENALTY
Original Offense

RECEIVED
IN Supreme Court Administr
Office of the Courts
APR 09 1996

1. [X] Felony [ ] Misdemeanor [ ] Post Conviction [ ] Juvenile

2. Disposition of Case: [ ] Plea of Guilty [ ] Nolle Prosequi

[X] Plea of Not Guilty and Trial by Jury [ ] Plea of Not Guilty and Trial by Judge

[X] Any Other (explain): Interim fee petition in Capital Case

3. Date of disposition: Motion for new trial pending - Jury returned verdict & death sentence on 3/30/96.

| DATE | ACTIVITY<br>What legal services did you render?<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expense & attach to this claim a certified copy of the court's prior approval of such expense. | (A) IN COURT HOURS (Tenths) | (B) OUT OF COURT HOURS (Tenths) | (C) Necessary Expense |
|---|---|---|---|---|
| 11/20/95 | preparation of Rule 12.2(b) notice | | .3 | |
| 11/20/95 | letter to KPD Police Chief Phil Keith re: Job Corp crime report | | .3 | |
| 11/20/95 | letter to client & copying/postage exp. (5 @ .25 + .64 postage) | | .2 | $1.89 |
| 11/20/95 | phone call from David Bromley, expert on occult | | .7 | |
| 11/20/95 | review letter received from client | | .1 | |
| 11/28/95 | phone call from Dr. Diana McCoy | | .2 | |
| 11/29/95 | meet with Dr. McCoy | | 1.5 | |
| 11/29/95 | phone call to Dr. Eric Engum | | .3 | |
| 11/29/95 | phone call to Dr. Rappaport in Baltimore, Maryland | | .3 | |
| 11/29/95 | phone call to Dr. Sadoff in Jenkintown, PA | | .2 | |
| 11/30/95 | time in court to reset case to 1/19/96 @ 1:30 p.m. | .4 | | |
| 11/30/95 | return call to Atty. Robert Stacy | | .3 | |
| 12/1/95 | phone call to Dr. Jones at UT Hospital re: DNA Analysis | | .3 | |
| 12/1/95 | organize photographs of victim in preparation for motion arguments | | .3 | |
| | TOTALS FROM ATTACHMENT PAGE 11: | 98.80 | 249.50 | $1,061.44 |
| | **TOTALS:** | 99.20 | 254.50 | $1,063.33 |

I certify that the foregoing represents an accurate and complete statement of time and expense in connection with the above action or proceeding and that these services were rendered pursuant to appointment in this proceeding under TCA §§ 40-14-201 et seq., 37-1-150, or S/C Rule 13.

[signature]
Signature of Attorney

**ENTER FULL NAME AND ADDRESS HERE:**

Attorney: William C. Talman
SSN: 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; Tax ID# 62-1292864
Address: P.O. Box 506, Knoxville, TN 37901-0506
Telephone: ~~(615)~~ 423 579-9060; Fax# ~~(615)~~ 423 573-2032

**************************************************************************

**TO BE COMPLETED BY JUDGE** **AMOUNT**

(A) N/A Total Approved In Court Hours at **$30.00** Per Hour (work **prior** to 9/1/94) . . . . . . . . ________

(A) 99.20 Total Approved In Court Hours at **$50.00** Per Hour (work **after** 9/1/94) . . . . . . . . 4,960.00

(B) N/A Total Approved Out of Court Hours at **$20.00** Per Hour (work **prior** to 9/1/94) . . . . . . ________

(B) 254.50 Total Approved Out of Court Hours at **$40.00** Per Hour (work **after** 9/1/94) . . . . . . 10,180.00

(C) Total Approved Necessary Expenses . . . . . . . . 1,063.33

Less partial payment received from client pursuant to Court Order . . . . . . . . ( -0- )

TOTAL AUTHORIZED PAYMENT . . . . . . . . $16,203.33

This the 4th day of April, 1996.

I hereby certify that I appointed the above named attorney to represent the herein listed **indigent** in compliance with TCA §§ 40-14-201 et seq., 37-1-150 or Supreme Court Rule 13.

[signature]
Signature of Judge

STATE OF TENNESSEE

COUNTY OF KNOX

CHRISTA GAIL PIKE
Defendant/Petitioner

DOCKET NO(s).: 58183-A

IN THE CRIMINAL COURT

See page 1 of original claim form
Original Offense(s)

## ATTACHMENT PAGE - PAGE 1

[X] Attachment page used to claim time in excess of amount claimed on original fee claim form.

[ ] Attachment page used to show entire time claimed and expenses incurred in representing the same defendant and to show how time is prorated between Defendant's multiple charges.

| DATE | ACTIVITY<br>What legal services did you render?<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expense & attach to this claim a certified copy of the court's prior approval of such expense. | (A)<br>IN COURT HOURS<br>(Tenths) | (B)<br>OUT OF COURT HOURS<br>(Tenths) | (C)<br>Necessary Expense |
|---|---|---|---|---|
| 12/1/95 | phone call from Robert Stacy, Atty. representing victim's family | | .3 | |
| 12/14/95 | phone call to Inv. Barry Rice re: his meeting w/Lanny Janeway, KPD | | 1.0 | |
| 12/14/95 | phone call from Dr. Diana McCoy | | .6 | |
| 12/15/95 | meet with client | | 1.25 | |
| 12/19/95 | meet with client | | 1.25 | |
| 12/20/95 | phone call from Carissa Hansen, client's mother | | .4 | |
| 12/21/95 | phone call from Dr. McCoy's office | | .2 | |
| 12/21/95 | phone call from Carissa Hansen, client's mother | | .2 | |
| 12/21/95 | meet with Carissa Hansen, client's mother | | .5 | |
| 12/21/95 | meet with client | | 2.0 | |
| 12/28/95 | phone call from Carissa Hansen, client's mother | | .3 | |
| 1/2/96 | phone call from Dr. McCoy | | .4 | |
| 1/5/96 | phone call from Dr. Engum | | .3 | |
| 1/17/96 | phone call from Carissa Hansen, client's mother | | .3 | |
| 1/18/96 | prepare for motion hearing; phone calls to Bill Brown and Barry Rice | | 2.0 | |
| 1/19/96 | meet with client | | .5 | |
| 1/19/96 | review motions for hearing | | .3 | |
| 1/19/96 | meet with Judge Liebowitz, Asst. DA Jo Helm, and Co-Counsel William Brown re: media coverage and substitution of William Brown as Counsel | | .5 | |
| 1/19/96 | time in court | 2.0 | | |
| 1/19/96 | phone call from Carissa Hansen, client's mother | | .4 | |
| 1/19/96 | phone call from Barry Rice | | .5 | |
| 1/21/96 | phone call from Julie Martin to discuss her taking over from Wm. Brown | | .4 | |
| 1/22/96 | meet with Julie Martin re: her taking over for Wm. Brown | | 1.0 | |
| 1/22/96 | meet with client to introduce her to Julie Martin | | .5 | |
| 1/23/96 | meet with Julie Martin | | .4 | |
| 1/23/96 | time in court | 1.0 | | |
| 1/23/96 | meet with Julie Martin to discuss case | | .5 | |
| 1/23/96 | meet with Asst. DA Jo Helm | | .3 | |
| 1/23/96 | phone calls to/from Julie Martin | | .4 | |
| 1/24/96 | phone call to Dr. McCoy | | .2 | |
| 1/24/96 | phone call from Julie Martin | | .4 | |
| 1/25/96 | phone call from Julie Martin | | .3 | |
| 1/25/96 | meet with client | | 1.5 | |
| 1/29/96 | phone call to Carissa Hansen | | .7 | |
| **ATTACHMENT PAGE TOTALS CARRIED FORWARD TO NEXT PAGE:** | | 3.00 | 19.80 | $0.00 |

008817

STATE OF TENNESSEE

COUNTY OF KNOX

CHRISTA GAIL PIKE
Defendant/Petitioner

DOCKET NO(s).: 58183-A

IN THE CRIMINAL COURT

See page 1 of original claim form
Original Offense(s)

## ATTACHMENT PAGE - PAGE 2

[X] Attachment page used to claim time in excess of amount claimed on original fee claim form.

[ ] Attachment page used to show entire time claimed and expenses incurred in representing the same defendant and to show how time is **prorated** between Defendant's multiple charges.

| DATE | ACTIVITY<br>What legal services did you render?<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expense & attach to this claim a certified copy of the court's prior approval of such expense. | (A) IN COURT HOURS (Tenths) | (B) OUT OF COURT HOURS (Tenths) | (C) Necessary Expense |
|---|---|---|---|---|
| | Totals carried forward from Previous Attachment Page: | 3.0 | 19.8 | |
| 1/30/96 | phone call to Julie Martin | | .2 | |
| 1/30/96 | discussion with Dr. McCoy re: trip to NC to interview witnesses | | .5 | |
| 1/31/96 | phone call to Julie Martin | | .1 | |
| 1/31/96 | review information obtained from State by Julie Martin | | 1.0 | |
| 2/1/96 | phone call to Barry Rice | | .4 | |
| 2/1/96 | meet with Barry Rice | | 2.0 | |
| 2/1/96 | phone call from Barry Rice re: submission of billing to AOC | | .6 | |
| 2/1/96 | make copies of records from Job Corp & copying expense (291 @ .25) | | .75 | $72.75 |
| 2/1/96 | letter to Dr. McCoy w/copies of Job Corp records & copying expense and postage expense (3 @ .25 + $3.00 postage) | | .25 | $3.75 |
| 2/6/96 | phone call to Dr. McCoy's office | | .1 | |
| 2/7/96 | phone call to/from Dr. McCoy | | .4 | |
| 2/7/96 | phone call to Dr. Engum | | .5 | |
| 2/7/96 | phone conversation w/Alicia Wills | | .75 | |
| 2/8/96 | phone call from client | | .4 | |
| 2/8/96 | phone call from Dr. McCoy | | .2 | |
| 2/9/96 | phone call from client | | .3 | |
| 2/12/96 | preparation of motion for change of venue | | 1.0 | |
| 2/12/96 | review file in preparation of meeting with Julie Martin | | .5 | |
| 2/12/96 | phone call from Tonya in Criminal Court re: media request to cover case | | .2 | |
| 2/13/96 | preparation of subpoenas for motion hearing on 2/15/96 | | 1.3 | |
| 2/13/96 | phone call from Inv. Barry Rice | | .2 | |
| 2/13/96 | meet with Barry Rice re: service of subpoenas | | 1.5 | |
| 2/13/96 | phone call from David Windstrom, News Director, Channel 6 News | | .3 | |
| 2/13/96 | phone call from Dr. Diana McCoy | | .5 | |
| 2/13/96 | serve subpoenas for court on officers at KCSD | | .5 | |
| 2/13/96 | meet with Julie Martin, Co-Counsel | | 3.0 | |
| 2/14/96 | phone call from Carissa Hansen re: subpoenas being faxed | | .3 | |
| 2/14/96 | preparation and faxing of subpoenas for Carissa & Gerard Hansen | | .5 | |
| 2/14/96 | phone call from Julie Martin re: difficulties with jail not allowing Christa to try on court clothes and in re: fax that she sent to me regarding the U.S. Supreme Court case of Kyles v. Whitley, 115 S.Ct. 1555 (1995) and about Jury selection expert, Dr. Charles Bebber | | .7 | |
| 2/14/96 | phone calls to/from Judge Leibowitz re: problems with jail | | .3 | |
| | **ATTACHMENT PAGE TOTALS CARRIED FORWARD TO NEXT PAGE:** | 3.00 | 39.05 | $76.50 |

STATE OF TENNESSEE

COUNTY OF KNOX

CHRISTA GAIL PIKE
Defendant/Petitioner

DOCKET NO(s).: 58183-A

IN THE CRIMINAL COURT

See page 1 of original claim form
Original Offense(s)

## ATTACHMENT PAGE - PAGE 3

[X] Attachment page used to claim time in excess of amount claimed on original fee claim form.

[ ] Attachment page used to show entire time claimed and expenses incurred in representing the same defendant and to show how time is prorated between Defendant's multiple charges.

| DATE | ACTIVITY<br>What legal services did you render?<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expense & attach to this claim a certified copy of the court's prior approval of such expense. | (A)<br>IN COURT HOURS<br>(Tenths) | (B)<br>OUT OF COURT HOURS<br>(Tenths) | (C)<br>Necessary Expense |
|---|---|---|---|---|
| | Totals carried forward from Previous Attachment Page: | 3.0 | 39.05 | $76.50 |
| 2/14/96 | phone call to Julie Martin re: conversation with Judge Liebowitz | | .2 | |
| 2/14/96 | phone call from Becky Clabough, WBIR television re: subpoena | | .4 | |
| 2/14/96 | phone call from Fox TV re: subpoena | | .3 | |
| 2/14/96 | phone call from Charles Ketron, Mgr., X99.1 radio re: subpoena | | .3 | |
| 2/14/96 | phone call from Rick Hollow re: subpoena issued to News Sentinel | | .4 | |
| 2/14/96 | preparation for court on 2/15/96 | | 2.0 | |
| 2/15/96 | phone call from Steve Crabtree, Channel 8 News re: subpoena | | .1 | |
| 2/15/96 | meet w/Atty. Rick Hollow re: subpoena to News Sentinel (8:15 - 8:30) | | .4 | |
| 2/15/96 | time in court (9:00 - 12:00) | 3.0 | | |
| 2/15/96 | meet with Carissa & Gerard Hansen & Julie Martin | | .5 | |
| 2/15/96 | meet with client | | 2.0 | |
| 2/19/96 | review data received from news media in preparation for motion for change of venue | | 2.0 | |
| 2/20/96 | phone call from Steve Crabtree, Channel 8 re: information requested | | .2 | |
| 2/20/96 | phone call to Dr. Diana McCoy | | .5 | |
| 2/21/96 | phone call from Julie Martin | | .25 | |
| 2/21/96 | phone call to Eric Engum | | .1 | |
| 2/22/96 | phone call to Julie Martin | | .25 | |
| 2/25/96 | review file in preparation for court | | .5 | |
| 2/25/96 | phone call to Julie Martin | | .25 | |
| 2/25/96 | legal research on admissibility of skull in trial | | 2.75 | |
| 2/26/96 | phone call from Dr. Diana McCoy | | .25 | |
| 2/26/96 | time in court | 1.5 | | |
| 2/26/96 | phone call to Barry Rice re: conversation w/Dr. McCoy | | .1 | |
| 2/26/96 | phone call to Dr. McCoy | | .25 | |
| 2/26/96 | phone call from Dr. McCoy re: problems obtaining records from Orange County Sheriff's Dept. | | .75 | |
| 2/26/96 | fax copies of requested information to Dr. McCoy | | .25 | |
| 2/26/96 | phone call to Barry Rice | | .1 | |
| 2/26/96 | phone call to Julie Martin | | .1 | |
| 2/26/96 | phone call from Julie Martin | | .1 | |
| 2/27/96 | meet with Julie Martin | | 1.25 | |
| 2/27/96 | phone call to Barry Rice | | .2 | |
| 2/27/96 | review fax received from Dr. McCoy | | .1 | |
| **ATTACHMENT PAGE TOTALS CARRIED FORWARD TO NEXT PAGE:** | | 7.50 | 55.90 | $76.50 |

STATE OF TENNESSEE

COUNTY OF KNOX

CHRISTA GAIL PIKE
Defendant/Petitioner

DOCKET NO(s).: 58183-A

IN THE CRIMINAL COURT

See page 1 of original claim form
Original Offense(s)

## ATTACHMENT PAGE - PAGE 4

[X] Attachment page used to claim time in excess of amount claimed on original fee claim form.

[ ] Attachment page used to show entire time claimed and expenses incurred in representing the same defendant and to show how time is **prorated** between Defendant's multiple charges.

| DATE | ACTIVITY<br>What legal services did you render?<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expense & attach to this claim a certified copy of the court's prior approval of such expense. | (A)<br>IN COURT HOURS<br>(Tenths) | (B)<br>OUT OF COURT HOURS<br>(Tenths) | (C)<br>Necessary Expense |
|---|---|---|---|---|
| | Totals carried forward from previous attachment page: | 7.5 | 55.90 | $76.50 |
| 2/28/96 | phone call from Barry Rice & fax add'l witness list to him | | .35 | |
| 2/28/96 | phone call to Steve Crabtree, Channel 8 News re: subpoenaed info | | .25 | |
| 2/28/96 | phone call to/from Asst. D.A. Jo Helm | | .25 | |
| 2/28/96 | phone call to Robert Stacy, Atty. for victim's family | | .25 | |
| 2/28/96 | prepare motions and order for additional funding for Dr. McCoy for trial preparation; preparation of order substituting Julie Martin for Bill Brown on previous orders authorizing travel & reimbursement of expenses & copying expenses (25 @ .25) | | 1.25 | $6.25 |
| 2/28/96 | prepare for meeting with Julie Martin (8:00 p.m. - 8:30 p.m.) | | .5 | |
| 2/28/96 | meet with Julie Martin (8:30 p.m. - 11:15 p.m.) | | 2.25 | |
| 2/29/96 | prepare for court | | .5 | |
| 2/29/96 | time in court (reset to 3/14/96) | .5 | | |
| 2/29/96 | meet with Julie Martin | | .75 | |
| 2/29/96 | meet with Reporters Charley Belcher, Janna Fite & Jennifer Leslie | | .25 | |
| 2/29/96 | meet with Judge Leibowitz re: getting ex parte orders signed | | .75 | |
| 2/29/96 | file ex parte orders under seal & obtain certified copies | | .5 | |
| 2/29/96 | phone call from Dr. McCoy | | .5 | |
| 2/29/96 | phone call from Stephanie Snowden, WIVK | | .1 | |
| 2/29/96 | review documents received from news media re: in support of change of venue motion | | 2.5 | |
| 3/1/96 | trip time to Dr. McCoy's office | | .25 | |
| 3/1/96 | meet with Dr. McCoy & Julie re: review preliminary report | | 3.75 | |
| 3/4/96 | phone call from Julie Martin | | .25 | |
| 3/4/96 | phone call to Margaret Bash, TBI DNA Lab | | .25 | |
| 3/4/96 | phone call to Glen Everette, SA, TBI Drug Lab | | .25 | |
| 3/4/96 | phone call to Raymond DePriest, SA, TBI Serology Lab | | .5 | |
| 3/4/96 | phone call to Dr. William Bernet | | .1 | |
| 3/4/96 | phone call from Dr. Bernet | | .5 | |
| 3/4/96 | phone call from Raymond DePriest, SA, TBI | | .25 | |
| 3/4/96 | phone call from Glenn Everette, SA, TBI re: drug report | | .25 | |
| 3/4/96 | phone call to Julie Martin | | .25 | |
| 3/4/96 | meet with Julie Martin and client | | 1.5 | |
| 3/4/96 | phone calls to Atty. Chris Coffey and Atty. Randy Reagan | | .5 | |
| 3/4/96 | review fax received from SA Glenn Everette, TBI | | .25 | |
| **ATTACHMENT PAGE TOTALS CARRIED FORWARD TO NEXT PAGE:** | | 8.00 | 75.70 | $82.75 |

008820

DO[illegible]ET NO(s).: 58183-A

STATE OF TENNESSEE

COUNTY OF KNOX

IN THE CRIMINAL COURT

See page 1 of original claim form
Original Offense(s

CHRISTA GAIL PIKE
Defendant/Petitioner

## ATTACHMENT PAGE - PAGE 5

[X] Attachment page used to claim time in excess of amount claimed on original fee claim form.

[ ] Attachment page used to show entire time claimed and expenses incurred in representing the same def[illegible] show how time is **prorated** between Defendant's multiple charges.

| DATE | ACTIVITY<br>What legal services did you render?<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expense & attach to this claim a certified copy of the court's prior approval of such expense. | (A)<br>IN COURT HOURS (Tenths) | (B)<br>OUT OF COURT HOURS (Tenths) |
|---|---|---|---|
| | Totals carried forward from previous attachment page: | 8.0 | 75.70 |
| 3/4/96 | prepare for trip to Middle Tennessee to meet with Dr. Bernet at VUMC, and State witness, Kip O'Hara, in Bolivar, Tenn., | | 1.0 |
| 3/5/96 | organize file in preparation for trip (6:30 - 7:15 a.m.) | | .75 |
| 3/5/96 | trip to Vanderbilt Medical Center and meeting with Dr. Bernet (7:30 a.m. - 12:15 p.m. EST) | | 4.7[illegible] |
| 3/5/96 | lunch with Julie discussing meeting with Dr. Bernet | | 1.2[illegible] |
| 3/5/96 | trip to Bolivar, Tennessee, find and meet with Kip O'Hara (1:30 - 6:15) | | 4.7[illegible] |
| 3/5/96 | return trip to Knoxville (6:15 p.m. - 12:15 a.m.) (ate dinner fast food in car while driving) & mileage (719 @ .24) | | 6.[illegible] |
| 3/6/96 | meet with Asst. DA Jo Helm re: adding add'l witness | | .[illegible] |
| 3/6/96 | phone call to Julie Martin | | [illegible] |
| 3/7/96 | phone call to Dr. McCoy | | [illegible] |
| 3/7/96 | phone call to Dr. Charles Bebber | | [illegible] |
| 3/7/96 | phone call to Atty. Rick Hollow | | [illegible] |
| 3/7/96 | phone call to David Windstrom, Channel 6 re: subpoenaed information | | |
| 3/7/96 | phone call to Channel 8 & Channel 10 re: follow up on add'l transcripts | | |
| 3/7/96 | meet with Barry Rice re: his interviews w/prospective witnesses recently added to indictment by State | | 1[illegible] |
| 3/7/96 | obtain newly issued jury list from Clerk | | |
| 3/7/96 | meet with Asst. D.A. Jo Helm | | |
| 3/7/96 | go by Chris Coffey's office to obtain copy of Co-Defendant statement | | |
| 3/7/96 | meet with Janna Fite, Channel 8 & Stephanie Snowden, WIVK | | |
| 3/8/96 | prepare ex parte motions and orders for Dr. Bebber & Dr. Bernet and copying expense (14 @ .25) | | |
| 3/8/96 | letter to Administrative office of Courts in compliance with Supreme Court Rule 13 re: order for Dr. Bernet and copying and postage expense (2 @ .25 + .32 postage) | | |
| 3/8/96 | meet with Judge Leibowitz re: approval of ex parte orders; file motions and ex parte orders under seal with clerk | | |
| 3/8/96 | meet with Asst. DA Jo Helm and Bill Crabtree re: confirm trial date | | |
| 3/8/96 | phone call to Atty. Rick Hollow | | |
| 3/8/96 | phone call to Dr. William Bernet's office | | |
| 3/8/96 | letters re: trial date to Drs. Bernet, Engum, & McCoy and copying expense (8 @ .25 + 0.96 postage) | | |
| | **ATTACHMENT PAGE TOTALS CARRIED FORWARD TO NEXT PAGE:** | 8.00 | |

STATE OF TENNESSEE

COUNTY OF KNOX

CHRISTA GAIL PIKE
Defendant/Petitioner

DOCKET NO(s).: 58183-A

IN THE CRIMINAL COURT

See page 1 of original claim form
Original Offense(s)

## ATTACHMENT PAGE - PAGE 6

[X] Attachment page used to claim time in excess of amount claimed on original fee claim form.

[ ] Attachment page used to show entire time claimed and expenses incurred in representing the same defendant and to show how time is **prorated** between Defendant's multiple charges.

| DATE | ACTIVITY<br>What legal services did you render?<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expense & attach to this claim a certified copy of the court's prior approval of such expense. | (A) IN COURT HOURS (Tenths) | (B) OUT OF COURT HOURS (Tenths) | (C) Necessary Expense |
|---|---|---|---|---|
| | Totals carried forward from previous attachment page: | 8.0 | 102.90 | $262.59 |
| 3/8/96 | make copies of Co-Defendant statement for Julie & Christa and copying expense (118 @ .25) | | .75 | $29.50 |
| 3/8/96 | phone call to Atty. Matthew Martin | | .25 | |
| 3/8/96 | phone call to NC Juvenile Court worker Peggy Hamlett | | .25 | |
| 3/8/96 | phone call from Atty. Matthew Martin | | .5 | |
| 3/8/96 | trip time to find newly added witnesses in Shelby, NC | | 3.5 | |
| 3/8/96 | meet with Jennifer McCrary | | 2.0 | |
| 3/8/96 | phone call to Carissa Hansen, client's mother | | .25 | |
| 3/9/96 | trip from Shelby, NC to Hendersonville, NC in search of witness, Kim Ilollo | | 1.75 | |
| 3/9/96 | trip to Gastonia, NC in search of witness, Stephanie Wilson | | 2.5 | |
| 3/9/96 | meet with Stephanie Wilson and her mother in Gastonia, NC | | 1.0 | |
| 3/9/96 | trip to Stanley, NC in search of Mary Cogdill | | 1.5 | |
| 3/9/96 | trip to Raliegh, NC to meet with Carissa & Gerard Hansen and attempt to locate other witnesses in same area | | 4.0 | |
| 3/9/96 | meet with Julie Martin over dinner to discuss interviews | | 2.5 | |
| 3/9/96 | meet with Gerard & Carissa Hansen at Holiday Inn in Raliegh, NC | | 1.5 | |
| 3/10/96 | attempt to locate Teresa Williams and Jeanette Marquez | | 1.0 | |
| 3/10/96 | prepare for meeting with Matthew Martin, Atty. | | .25 | |
| 3/10/96 | listen to tape recorded interview with Christa | | .3 | |
| 3/10/96 | meet with Atty. Matthew Martin | | .4 | |
| 3/10/96 | trip to Beckley, West Virginia to meet with Carrie Ross | | 4.5 | |
| 3/10/96 | prepare for meeting with Carrie Ross and phone call to her | | 1.0 | |
| 3/10/96 | meet with Carrie Ross and Julie Martin at Holiday Inn in Beckley, WV | | 4.0 | |
| 3/11/96 | phone call to Dr. McCoy's office | | .1 | |
| 3/11/96 | phone call to Dr. Eric Engum | | .25 | |
| 3/11/96 | phone call to Dr. McCoy | | .5 | |
| 3/11/96 | meet with Julie Martin re: trial preparation and respective duties | | 1.0 | |
| 3/11/96 | phone call to Carrie Ross | | .5 | |
| 3/11/96 | return trip to Knoxville, Tennessee; listen to tape recorded interviews on return trip and talk with Julie Martin about interviews | | 5.0 | |
| 3/11/96 | trip expenses - Knoxville to Shelby, NC: Day's Inn, Hendersonville, NC | | | $41.37 |
| | Holiday Inn at Research Triangle Park, Raliegh, NC | | | $112.84 |
| | Holiday Inn in Beckley, West Virginia | | | $76.05 |
| **ATTACHMENT PAGE TOTALS CARRIED FORWARD TO NEXT PAGE:** | | 8.00 | 143.95 | $522.35 |

STATE OF TENNESSEE

COUNTY OF KNOX

CHRISTA GAIL PIKE
Defendant/Petitioner

DOCKET NO(s).: 58183-A

IN THE CRIMINAL COURT

See page 1 of original claim form
Original Offense(s)

## ATTACHMENT PAGE - PAGE 7

[X] Attachment page used to claim time in excess of amount claimed on original fee claim form.

[ ] Attachment page used to show entire time claimed and expenses incurred in representing the same defendant and to show how time is **prorated** between Defendant's multiple charges.

| DATE | ACTIVITY<br>What legal services did you render?<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expense & attach to this claim a certified copy of the court's prior approval of such expense. | (A)<br>IN COURT HOURS (Tenths) | (B)<br>OUT OF COURT HOURS (Tenths) | (C)<br>Necessary Expense |
|---|---|---|---|---|
| | Totals carried forward from previous attachment page: | 8.0 | 143.95 | $522.35 |
| con't | total trip mileage: 1123 miles @ .24 | | | $269.52 |
| | toll road in West Virginia | | | $2.50 |
| | (receipts and orders authorizing travel and expenses attached) | | | |
| 3/12/96 | phone call from Mary Cogdill | | .25 | |
| 3/12/96 | phone call from Julie Martin | | .25 | |
| 3/12/96 | make additional copy of statement & copying exp. (62 @ .25) | | .25 | $15.50 |
| 3/12/96 | meet with client | | 1.5 | |
| 3/12/96 | meet with Chief Alex Warren, KCSD re: meeting w/client | | .25 | |
| 3/12/96 | meet with Dr. Charles Bebber | | 1.5 | |
| 3/12/96 | review court file | | .5 | |
| 3/12/96 | phone call to Barry Rice | | .25 | |
| 3/12/96 | meet with Dr. McCoy | | 2.0 | |
| 3/13/96 | phone call from Stephanie Snowden, WIVK | | .25 | |
| 3/13/96 | meet with Co-Defendant's Counsel, Chris Coffey | | .25 | |
| 3/13/96 | phone call from Charley Belcher, Channel 6 | | .25 | |
| 3/13/96 | phone call to Dr. Bebber | | .25 | |
| 3/13/96 | phone call to Dr. McCoy | | .25 | |
| 3/13/96 | phone call to Becky Clabough, Channel 10 re: obtaining signature on affidavit in support of motion for change of venue | | .25 | |
| 3/13/96 | phone call to Barry Rice | | .25 | |
| 3/13/96 | prepare affidavit in support of motion for change of venue for Dr. Bebber to sign and copying exp. (12 @ .25) | | 1.5 | $3.00 |
| 3/13/96 | prepare subpoenas for service | | .25 | |
| 3/13/96 | meet with Barry Rice | | .25 | |
| 3/13/96 | phone call to Teresa Williams | | .5 | |
| 3/13/96 | phone call from Stephanie Snowden | | .25 | |
| 3/13/96 | phone call to Julie Martin | | .25 | |
| 3/13/96 | phone call to Criminal Court clerk; phone call to Dr. Bebber | | .5 | |
| 3/13/96 | meet with Lanny Janeway, KPD & Sgt. Leever, KPD Records Dept. | | 1.5 | |
| 3/13/96 | review records received from Lanny Janeway | | .5 | |
| 3/14/96 | revise affidavit for Dr. Bebber | | .5 | |
| 3/14/96 | time in court | 1.25 | | |
| 3/14/96 | review evidence at police department storage | | 1.5 | |
| 3/14/96 | phone call to Dr. Engum | | .25 | |
| ATTACHMENT PAGE TOTALS CARRIED FORWARD TO NEXT PAGE: | | 9.25 | 160.20 | $812.87 |

STATE OF TENNESSEE

COUNTY OF KNOX

CHRISTA GAIL PIKE
Defendant/Petitioner

DOCKET NO(s).: 58183-A

IN THE CRIMINAL COURT

See page 1 of original claim form
Original Offense(s)

## ATTACHMENT PAGE - PAGE 8

[X] Attachment page used to claim time in excess of amount claimed on original fee claim form.

[ ] Attachment page used to show entire time claimed and expenses incurred in representing the same defendant and to show how time is **prorated** between Defendant's multiple charges.

| DATE | ACTIVITY<br>What legal services did you render?<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expense & attach to this claim a certified copy of the court's prior approval of such expense. | (A)<br>IN COURT HOURS<br>(Tenths) | (B)<br>OUT OF COURT HOURS<br>(Tenths) | (C)<br>Necessary Expense |
|---|---|---|---|---|
| | Totals carried forward from previous attachment page: | 9.25 | 160.20 | $812.87 |
| 3/14/96 | phone call from Skip Lackey, News Sentinel | | .25 | |
| 3/14/96 | phone call to Julie Martin | | .5 | |
| 3/14/96 | prepare for meeting with Julie Martin, Barry Rice & Dr. Engum | | .5 | |
| 3/14/96 | meet with Julie Martin, Barry Rice & Dr. Eric Engum | | 3.0 | |
| 3/15/96 | prepare addendem to motion for change of venue and response to State's motion for discovery & copying exp. (346 @ .25) | | 2.25 | $86.50 |
| 3/15/96 | phone call from Dr. Engum | | .25 | |
| 3/15/96 | phone call from Asst. DA Jo Helm re: offer of life without parole | | .25 | |
| 3/15/96 | prepare for meeting with Dr. McCoy | | .5 | |
| 3/15/96 | meet with Dr. McCoy and Julie Martin | | 2.5 | |
| 3/15/96 | meet with client | | 1.5 | |
| 3/16/96 | preparation for jury selection and trial beginning on 3/18/96 | | 4.0 | |
| 3/17/96 | preparation of add'l trial motions; meet with Julie Martin for last minute trial preparations and research; telephone conversation with Dr. Charles Bebber and Barry Rice | | 6.5 | |
| 3/17/96 | preparation of addendums to motion for change of venue and copying of all other motions, media data and attachments for filing & copying expense (647 @ .25) | | 3.0 | $161.75 |
| 3/18/96 | prepare for court | | .5 | |
| 3/18/96 | time in court in jury trial (8:30 - 11:30 a.m.) | 3.0 | | |
| 3/18/96 | meet with Dr. Bebber & Julie Martin during lunch | | 1.0 | |
| 3/18/96 | time in court in jury trial (12:30 - 5:30 p.m.) | 5.0 | | |
| 3/18/96 | meet with Julie re: preparation for next day | | .25 | |
| 3/18/96 | phone call to Dr. McCoy | | .25 | |
| 3/18/96 | phone call from Dr. McCoy | | .25 | |
| 3/18/96 | phone call to Carissa Hansen, client's mother | | .75 | |
| 3/19/96 | time in court in jury trial (8:30 a.m. - 12:00 p.m.) | 3.5 | | |
| 3/19/96 | lunch with potential witnesses, Jacob Morris & Ms. Tweed together with Julie Martin and Dr. Bebber (12:00 - 1:30 p.m.) | | 1.5 | |
| 3/19/96 | time in court in jury trial (1:30 p.m. - 4:45 p.m.) | 3.25 | | |
| 3/19/96 | meet with Asst. DA Bill Crabtree re: evidence (4:45 - 5:30) | | .75 | |
| 3/19/96 | meet with Julie Martin (5:30 p.m. - 5:45 p.m.) | | .25 | |
| 3/19/96 | phone call to Barry Rice | | .5 | |
| 3/19/96 | phone call to Dr. McCoy | | .25 | |
| **ATTACHMENT PAGE TOTALS CARRIED FORWARD TO NEXT PAGE:** | | 24.00 | 191.45 | $1,061.12 |

STATE OF TENNESSEE

COUNTY OF KNOX

CHRISTA GAIL PIKE
Defendant/Petitioner

DOCKET NO(s).: 58183-A

IN THE CRIMINAL COURT

See page 1 of original claim form
Original Offense(s)

**ATTACHMENT PAGE - PAGE 9**

[X] Attachment page used to claim time in excess of amount claimed on original fee claim form.

[ ] Attachment page used to show entire time claimed and expenses incurred in representing the same defendant and to show how time is **prorated** between Defendant's multiple charges.

| DATE | ACTIVITY<br>What legal services did you render?<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expense & attach to this claim a certified copy of the court's prior approval of such expense. | (A)<br>IN COURT HOURS (Tenths) | (B)<br>OUT OF COURT HOURS (Tenths) | (C)<br>Necessary Expense |
|---|---|---|---|---|
| | Totals carried forward from previous attachment page: | 24.0 | 191.45 | $1,061.12 |
| 3/19/96 | phone call to Carrie Ross | | .5 | |
| 3/19/96 | phone call to Dr. Engum | | .5 | |
| 3/19/96 | phone call to Carissa Hansen | | .5 | |
| 3/20/96 | time in court in jury trial (8:30 a.m. - 1:00 p.m.) | 4.5 | | |
| 3/20/96 | lunch meeting with Carissa Hansen, Julie Martin & Dr. Bebber | | 1.5 | |
| 3/20/96 | time in court in jury trial (2:30 p.m. - 6:50 p.m.) | 4.3 | | |
| 3/20/96 | meet with Carissa Hansen (6:50 p.m. - 7:05 p.m.) | | .25 | |
| 3/20/96 | preparation for next day in court | | .5 | |
| 3/21/96 | time in court in jury trial (8:30 - 1:45 p.m.) | 5.25 | | |
| 3/21/96 | lunch meeting with Dr. Bebber & Julie Martin | | 1.0 | |
| 3/21/96 | time in court in jury trial (2:45 p.m. - 8:00 p.m.) | 5.25 | | |
| 3/21/96 | phone call to Dr. McCoy | | .5 | |
| 3/22/96 | time in court in jury trial (8:30 a.m. - 1:15 p.m.) | 4.75 | | |
| 3/22/96 | lunch meeting with Julie Martin, Dr. Bebber & Carissa Hansen | | 1.25 | |
| 3/22/96 | time in court in jury trial (2:30 p.m. - 5:30 p.m.) | 3.0 | | |
| 3/22/96 | phone calls to Dr. Engum and Dr. McCoy | | 1.0 | |
| 3/23/96 | meet with Asst. DA Bill Crabtree | | .5 | |
| 3/23/96 | meet with Julie Martin | | .5 | |
| 3/23/96 | time in court in jury trial on Saturday (10:00 - 11:45 a.m.) | 1.75 | | |
| 3/23/96 | lunch meeting with Julie Martin and Carissa Hansen | | 1.25 | |
| 3/23/96 | time in court in jury trial on Saturday (1:00 p.m. - 2:30 p.m.) | 1.5 | | |
| 3/23/96 | meet with client | | 1.0 | |
| 3/23/96 | meet with Julie Martin | | .4 | |
| 3/23/96 | phone call to Carrie Ross | | .75 | |
| 3/24/96 | prepare for court on next morning | | 1.5 | |
| 3/24/96 | phone call to Dr. McCoy | | .25 | |
| 3/24/96 | phone call to Barry Rice | | .5 | |
| 3/24/96 | review faxed records from Barry Rice | | .75 | |
| 3/24/96 | meet with Dr. McCoy | | 3.5 | |
| 3/24/96 | phone call to Julie Martin | | .25 | |
| 3/24/96 | phone call to Barry Rice | | .75 | |
| 3/25/96 | time in court in jury trial (8:30 a.m. - 11:45 a.m.) | 3.25 | | |
| 3/25/96 | lunch with Julie Martin and prepare for afternoon session | | 1.5 | |
| 3/25/96 | time in court in jury trial (1:15 p.m. - 5:00 p.m.) | 4.75 | | |
| **ATTACHMENT PAGE TOTALS CARRIED FORWARD TO NEXT PAGE:** | | 62.30 | 212.35 | $1,061.12 |

STATE OF TENNESSEE

COUNTY OF KNOX

CHRISTA GAIL PIKE
Defendant/Petitioner

DOCKET NO(s).: 58183-A

IN THE CRIMINAL COURT

See page 1 of original claim form
Original Offense(s)

## ATTACHMENT PAGE - PAGE 10

[X] Attachment page used to claim time in excess of amount claimed on original fee claim form.

[ ] Attachment page used to show entire time claimed and expenses incurred in representing the same defendant and to show how time is **prorated** between Defendant's multiple charges.

| DATE | ACTIVITY<br>What legal services did you render?<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expense & attach to this claim a certified copy of the court's prior approval of such expense. | (A)<br>IN COURT HOURS<br>(Tenths) | (B)<br>OUT OF COURT HOURS<br>(Tenths) | (C)<br>Necessary Expense |
|---|---|---|---|---|
| | Totals carried forward from previous attachment page: | 62.30 | 212.35 | $1,061.12 |
| 3/25/96 | review Rule 26.2 material received from State in preparation for cross examination of State's witness | | 2.0 | |
| 3/25/96 | phone call to Dr. William Bernet in Nashville at his home | | .75 | |
| 3/25/96 | phone call to Dr. Eric Engum | | .6 | |
| 3/25/96 | phone call to Carrie Ross | | .5 | |
| 3/26/96 | time in court in jury trial (8:30 - 11:45 a.m.) | 3.25 | | |
| 3/26/96 | lunch with Julie in preparation for afternoon session | | 1.5 | |
| 3/26/96 | time in court in jury trial (1:15 p.m. - 5:45 p.m.) | 4.5 | | |
| 3/26/96 | phone call from Dr. McCoy, and to Dr. Bernet | | 1.0 | |
| 3/26/96 | phone call to Dr. Engum | | .75 | |
| 3/26/96 | phone call to Julie Martin | | .25 | |
| 3/26/96 | phone call to Jacob Morris | | .25 | |
| 3/27/96 | time in court in jury trial (8:30 a.m. - 11:45 a.m.) | 3.25 | | |
| 3/27/96 | meet with Dr. Engum & Julie Martin | | 1.5 | |
| 3/27/96 | time in court in jury trial (1:15 p.m. - 5:45 p.m.) | 4.5 | | |
| 3/27/96 | phone call to Carrie Ross | | .5 | |
| 3/27/96 | prepare for court next morning | | 2.0 | |
| 3/28/96 | meet with Dr. William Bernet (7:00 a.m. - 8:30 a.m.) | | 1.5 | |
| 3/28/96 | time in court in jury trial (8:30 a.m. - 12:00 p.m.) | 3.5 | | |
| 3/28/96 | lunch meeting with Dr. Beret & Julie Martin | | 1.5 | |
| 3/28/96 | time in court in jury trial (1:30 p.m. - 5:30 p.m.) | 4.0 | | |
| 3/28/96 | phone call from Reporter John North | | .25 | |
| 3/28/96 | phone call to Dr. Engum | | .5 | |
| 3/28/96 | meet with Carrie Ross, Gerard & Carissa Hansen (6:15 - 7:45 p.m.) | | 1.5 | |
| 3/29/96 | time in court in jury trial (8:30 a.m. - 4:30 p.m.: no lunch break because jury out in deliberations; however Counsel could not leave court) Jury returned verdict of guilty to First Degree Murder | 8.0 | | |
| 3/29/96 | phone call to Dr. McCoy | | .25 | |
| 3/29/96 | meet with Dr. McCoy (7:00 p.m. - 8:30 p.m.) | | 1.5 | |
| 3/29/96 | meet with Carrie Ross in preparation for penalty phase of capital case (9:00 p.m. - 11:45 p.m.) | | 2.75 | |
| 3/30/96 | meet with Julie Martin, Gerard & Carissa Hansen, Dr. McCoy & Carrie Ross in preparation for penalty phase (7:45 - 9:15 a.m.) | | 1.5 | |
| 3/30/96 | time in court during penalty phase of capital jury trial (9:30 - 12:00) | 2.5 | | |
| **ATTACHMENT PAGE TOTALS CARRIED FORWARD TO NEXT PAGE:** | | 95.80 | 235.20 | $1,061.12 |

STATE OF TENNESSEE

COUNTY OF KNOX

CHRISTA GAIL PIKE
Defendant/Petitioner

DOCKET NO(s).: 58183-A

IN THE CRIMINAL COURT

See page 1 of original claim form
Original Offense(s)

## ATTACHMENT PAGE - PAGE 11

[X] Attachment page used to claim time in excess of amount claimed on original fee claim form.

[ ] Attachment page used to show entire time claimed and expenses incurred in representing the same defendant and to show how time is **prorated** between Defendant's multiple charges.

| DATE | ACTIVITY<br>What legal services did you render?<br>Itemize any out-of-pocket expense.<br>Itemize any other approved expense & attach to this claim a certified copy of the court's prior approval of such expense. | (A)<br>IN COURT HOURS<br>(Tenths) | (B)<br>OUT OF COURT HOURS<br>(Tenths) | (C)<br>Necessary Expense |
|---|---|---|---|---|
| | Totals carried forward from previous attachment page: | 95.80 | 235.20 | $1,061.12 |
| 3/30/96 | lunch w/Gerard & Carissa Hansen, Carrie Ross, Julie Martin, Glen Pike and Dr. McCoy in preparation for afternoon session (12:00 - 1:00) | | 1.0 | |
| 3/30/96 | meet with Dr. McCoy (1:00 - 1:30) | | .5 | |
| 3/30/96 | time in court during penalty phase of capital jury trial (1:30 - 4:30) (jury returned sentence of death at 4:20 p.m.) | 3.0 | | |
| 3/30/96 | meet with Julie Martin | | .5 | |
| 3/30/96 | meet with client's family & phone call to client's grandfather | | 4.0 | |
| 3/31/96 | phone call to Dr. Eric Engum returning his call | | .75 | |
| 3/31/96 | meet with client | | 1.75 | |
| 3/31/96 | phone call to Carissa Hansen | | .5 | |
| 4/1/96 | phone calls from Jennifer Leslie, Jim Acosta, Channel 10, Charley Belcher, Channel 6 re: request to interview client | | .75 | |
| 4/1/96 | add'l calls from Jennifer Leslie and Charley Belcher | | .5 | |
| 4/1/96 | phone call from Dr. Bebber | | .5 | |
| 4/1/96 | meet with client | | 1.8 | |
| 4/2/96 | meet with John North, Reporter re: case status and appeal | | .25 | |
| 4/2/96 | review correspondence received from concerned citizen and forward same to Carissa Hansen (+ 0.32 postage expense) | | .5 | $0.32 |
| 4/3/96 | phone call from Stephanie Snowden, WIVK | | .25 | |
| 4/3/96 | phone call from Dr. McCoy | | .5 | |
| 4/3/96 | phone call from Dr. Engum | | .25 | |
| **ATTACHMENT PAGE TOTALS CARRIED FORWARD TO NEXT PAGE:** | | 98.80 | 249.50 | $1,061.44 |

IN THE CRIMINAL COURT FOR KNOX COUNTY, TENNESSEE

DIVISION III

STATE OF TENNESSEE

VS. No. 58183

CHRISTA GAIL PIKE, ALIAS

NOTICE OF INTENT TO SEEK DEATH PENALTY

The State of Tennessee, by and through the District Attorney General, gives notice of the State's intention to seek the death penalty in this case. The State intends to rely upon the following aggravated circumstances at the sentencing hearing: Tennessee Code Annotated, Sections 39-13-204(i) (5), (6) and (7).

RESPECTFULLY SUBMITTED,

Randall E. Nichols

RANDALL E. NICHOLS
DISTRICT ATTORNEY GENERAL

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing NOTICE has been delivered by U.S. Mail with sufficient postage affixed thereon to Mr. William C. Talman, Attorney for Defendant, P.O. Box 506, Knoxville, Tennessee, 37901 and Mr. Bill Brown, Attorney for Defendant, 407 Union Avenue, Knoxville, Tennessee, 37902, this the 23rd day of May, 1995.

Randall E. Nichols

RANDALL E. NICHOLS
DISTRICT ATTORNEY GENERAL

008828

# IN THE CRIMINAL COURT FOR KNOX COUNTY, TENNESSEE

## DIVISION III

STATE OF TENNESSEE )
FILED BY MARTHA PHILLIPS, CLERK
APR 04 1996
KNOX COUNTY CRIMINAL COURT KNOXVILLE, TN

VS. ) NO. 58183-A

CHRISTA GAIL PIKE, ALIAS )

## EXPLANATION ORDER

This order is entered in compliance with the Memo of November 1, 1991, relying upon the Memos of July 12, 1991, and July 25, 1991, requiring an order setting forth an explanation as to the necessity of appointment of private counsel rather than the District Public Defender.

The District Public Defender was not appointed because the District Public Defender could not ethically represent the defendant view of the principles of U.S. v. Agosto, 675 Fed.2nd 965. The District Public Defender had a conflict of interest in the following regard; the Public Defender's office represents one of the co-defendants.

The Clerk will forward a copy of this order to the attorney for the defendant, and the District Attorney General.

ENTER this the 4th day of April, 1996.

MARY BETH LEIBOWITZ, JUDGE
CRIMINAL COURT DIVISION III
SIXTH JUDICIAL DISTRICT

CERTIFIED TRUE COPY
MARTHA PHILLIPS, CLERK
CRIMINAL COURT
KNOX COUNTY, TN
BY ______ DEPUTY CLERK

008829

# IN THE CRIMINAL COURT FOR KNOX COUNTY, TENNESSEE
## DIVISION III

| | | |
|---|---|---|
| STATE OF TENNESSEE, Plaintiff, | FILED BY MARTHA PHILLIPS, CLERK APR 04 1996 KNOX COUNTY CRIMINAL COURT KNOXVILLE, TN | |
| vs. | | No.: 58183-A |
| CHRISTA GAIL PIKE, Defendant. | | |

RECEIVED Supreme Court Administrative Office of the Courts 1996

**CERTIFICATE OF TRIAL JUDGE**
**CERTIFYING CASE AS CAPITAL CASE**

The trial court hereby certifies to the Director of the Administrative office of the Courts that this case is a capital case and further states as follows in response to the Capital Case Criteria Sheet required by the Administrative Office of the Court:

ATTORNEY: WILLIAM C. TALMAN

ATTORNEY: JULIE MARTIN

1. Is this indicted defendant indicted for an offense punishable by death?
(X) YES ( ) NO

2. Were the prospective jurors examined with respect to their attitude as to capital punishment? (X) YES ( ) NO ( ) NOT APPLICABLE, CASE STILL PENDING.

3. Did the district attorney general announce prior to the presentation of proof that the State would ask that the death penalty be assessed as punishment? (X) YES ( ) NO

4. What sentence or penalty, if any, did the defendant receive? JURY VERDICT SETTING DEATH AS PUNISHMENT - MOTION FOR NEW TRIAL PENDING.

This the 4th day of April, 1996.

Mary Beth Leibowitz
Mary Beth Leibowitz, Judge

COMMENTS:

CERTIFIED TRUE COPY
MARTHA PHILLIPS, CLERK
CRIMINAL COURT
KNOX COUNTY, TN
BY [signature] DEPUTY CLERK