IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| **CHRISTA GAIL PIKE,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **No. 1:12-cv-35** |
| **v.** | ) | **Mattice/Lee** |
| | ) | **DEATH PENALTY CASE** |
| **DEBRA JOHNSON,** | ) | |
| | ) | |
| **Respondent.** | ) | |

---

**NOTICE OF MANUAL FILING OF STATE COURT RECORD**

---

The Respondent, by and through the Office of the Tennessee Attorney General, hereby gives notice of the manual filing of the Petitioner's state-court records with the Court:

**ADDENDUM 1:** Technical record of the Petitioner's criminal trial proceeding in the Knox County Criminal Court (Bates Nos. 000001-000454).

**ADDENDUM 2:** Transcript of the evidence from the Petitioner's criminal trial proceeding (Bates Nos. 000455-003301) and motion for new trial proceeding (Bates Nos. 003302-003345) in the Knox County Criminal Court, and supplement (Bates Nos. 003346-003393).

**ADDENDUM 3:** Briefs and related documents on the Petitioner's direct appeal to the Tennessee Court of Criminal Appeals, *State of Tennessee v. Christa Gail Pike*, C.C.A. No. 03C01-9611-CR-00408 (Tenn. Crim. App. Nov. 26, 1997) (Bates Nos. 003394-003533), and to the Tennessee Supreme Court, *State of Tennessee v. Christa Gail Pike*, Supreme Court No. 03S01-9712-CR-00147 (Tenn. Oct. 5, 1998) (Bates Nos. 003534-003741).

**ADDENDUM 4:** Technical record of the Petitioner's post-conviction proceeding in the Knox County Criminal Court, No. 68280 (Bates Nos. 003742-004482).

**ADDENDUM 5:** Transcript of the evidence from the Petitioner's post-conviction proceeding in the Knox County Criminal Court, No. 68280 (Bates Nos. 004483-007118).

**ADDENDUM 6:** Exhibits from the Petitioner's post-conviction proceeding in the Knox County Criminal Court, No. 68280 (Bates Nos. 007119-008829).

**ADDENDUM 7:** Briefs and related documents on the Petitioner's post-conviction appeal to the Tennessee Court of Criminal Appeals, *Christa Gail Pike v. State of Tennessee*, No. E2009-00016-CCA-R3-PD (Tenn. Crim. App. Apr. 25, 2011) (Bates Nos. 008830-009547).

**ADDENDUM 8:** Audio cassette tapes contained as exhibits in the record of the Petitioner's direct appeal to the Tennessee Supreme Court, *State of Tennessee v. Christa Gail Pike*, Supreme Court No. 03S01-9712-CR-00147 (Tenn. Oct. 5, 1998).

**ADDENDUM 9**: Compact discs contained as exhibits in the record of the Petitioner's post-conviction appeal to the Tennessee Court of Criminal Appeals, *Christa Gail Pike v. State of Tennessee*, No. E2009-00016-CCA-R3-PD (Tenn. Crim. App. Apr. 25, 2011).

Respectfully submitted,

**ROBERT E. COOPER, JR.**,
Tennessee Attorney General & Reporter

/s/ Aaron E. Winter
AARON E. WINTER
Assistant Attorney General
Criminal Justice Division
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-8093
B.P.R. No. 27636

## CERTIFICATE OF SERVICE

I certify that on this, the 1st day of August, 2012, a true and exact copy of the foregoing has been filed, and forwarded via the Court's electronic filing system, to:

Stephen A. Ferrell
Federal Defender Services of Eastern Tennessee
800 South Gay Street
Suite 2400
Knoxville, TN 37929-9714

/s/ Aaron E. Winter________
AARON E. WINTER
Assistant Attorney General