**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **CHRISTA GAIL PIKE,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **No. 1:12-cv-35** |
| **v.** | ) | **Mattice/Lee** |
| | ) | **DEATH PENALTY CASE** |
| **DEBRA JOHNSON,** | ) | |
| | ) | |
| **Respondent.** | ) | |

# SECOND SUPPLEMENTAL NOTICE OF MANUAL FILING OF STATE COURT RECORD

The Respondent, by and through the Office of the Tennessee Attorney General, hereby gives notice of the manual filing of the following portion of Petitioner's state-court records with the Court. These filing correct accidental page omissions in the Respondent's previous filings, and also supplement the record with documents provided to the counsel for the Respondent by counsel for the Petitioner.

**ADDENDUM 11**: Exhibits 14A-14C ("Tools for the Ultimate Trial 3d. Ed. Vol. I-III") in the record of the Petitioner's post-conviction appeal to the Tennessee Court of Criminal Appeals, *Christa Gail Pike v. State of Tennessee*, No. E2009-00016-CCA-R3-PD (Tenn. Crim. App. Apr. 25, 2011).

**ADDENDUM 12**: Exhibit 43 ("Genogram - Christa Gail Pike") in the record of the Petitioner's post-conviction appeal to the Tennessee Court of Criminal Appeals, *Christa Gail Pike v. State of Tennessee*, No. E2009-00016-CCA-R3-PD (Tenn. Crim. App. Apr. 25, 2011).

**ADDENDUM 13**: Pages 50 and 51 of Volume XXIX of the record of the Petitioner's post-conviction appeal to the Tennessee Court of Criminal Appeals, *Christa Gail Pike v. State of Tennessee*, No. E2009-00016-CCA-R3-PD (Tenn. Crim. App. Apr. 25, 2011). This filing provides pages lost, due to a scanning error, at (R.10-4, Add. 5 Doc. 24, PCT, Page ID # 6789).

**ADDENDUM 14**: Exhibit 3 ("Pretrial Motions Hearing Vol. I-II") in the record of the Petitioner's post-conviction appeal to the Tennessee Court of Criminal Appeals, *Christa Gail Pike v. State of Tennessee*, No. E2009-00016-CCA-R3-PD (Tenn. Crim. App. Apr. 25, 2011).

**ADDENDUM 15**: The State's complete brief on direct appeal to the Tennessee Supreme Court in *State of Tennessee v. Christa Gail Pike*, Supreme Court No. 03S01-9712-CR-00147 (Tenn. Oct. 5, 1998). The Respondent's previous filing of this document, at (R.8-22, Add. 3 Doc. 7, State's Direct Appeal TSC Brief), was incomplete due to missing pages at Page ID # 3658 and 3683.

Respectfully submitted,

**ROBERT E. COOPER, JR**.,
Tennessee Attorney General & Reporter

/s/ Aaron E. Winter
AARON E. WINTER
Assistant Attorney General
Criminal Justice Division
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-8093
B.P.R. No. 27636

**CERTIFICATE OF SERVICE**

I certify that on this, the 21st day of December, 2012, a true and exact copy of the foregoing has been filed manually with the court, and forwarded via the United States Postal Service, to:

Stephen A. Ferrell
Federal Defender Services of Eastern Tennessee
800 South Gay Street
Suite 2400
Knoxville, TN 37929-9714

/s/ Aaron E. Winter
AARON E. WINTER
Assistant Attorney General