EX. 43
4/11/08




Christa Gail PIKE,
Petitioner
vs.
State of Tennessee
Case No. 6828C
Exhibit No. 43
4-11-08