teenagers who develop Bipolar Disorder

Q And would that ha

significance when taken together with seizure disorder?

A Well, it would ce

fact that her brain was not wired corr abnormality occurred in an area of her brain that is -- provides executive functioning. It is the CEO for the brain, if you will. And when that part of the brain has problems, then you get behavioral discontrol and abnormality. Abnormal behavior.

You see that most clearly in frontotemporal dementia on the right side. This is the location of her heterotopia. This is a quote from the 2001 Neurology Journal, and they're pointing out that right side frontotemporal degeneration is associated with socially undesirable behavior.

The early presence of socially undesirable behavior in frontotemporal dementia differentiates right sided from left sided degeneration. And it highlights the importance of the right hemisphere, especially the frontotemporal region in the mediation of social behavior.

So in this case we're able to show that Christa Pike has an abnormality in that part of her brain. And that that's significantly correlated with an inability to

control her behavior.

Q Do you feel that an attorney is competent to determine what kind of mental health evaluation a death penalty defendant needs?

A No.

MR. PRICE: Your Honor, I object to that.

THE COURT: I sustain that. I think that's not in the scope of this expert's expertise.

MR. CROWSON: Okay. Your Honor --

THE COURT: I have to say that if that --

MR. CROWSON: I can ask a different question.

THE COURT: -- I'm not sure that he can know who made the decisions exactly about that yet. I haven't heard proof about it.

MR. CROWSON: I'm sorry, your Honor, I didn't get the last part.

THE COURT: I'm still without proof on who made all the executive decisions with regard to the mental health issues entirely.

MR. CROWSON: Well, I'll ask it this way.

THE COURT: Okay.

Q Dr. Kenner, who would be competent to determine what kind of mental health evaluations a death penalty defendant should receive?

A Well, that's --