# Attachment A

to

Post Evidentiary Hearing Brief

STATE OF TENNESSEE VS. Christa Pike
007304
CASE NO. 68280 EXHIBIT NO. 6
DATE 4-7-08 ID ✓ Evd ✓

CONFIDENTIAL ATTORNEY WORK PRODUCT

FILED 33
APR 07 2009
Clerk of the Courts
Rec'd by

Mitigating Themes

1. Borderline Personality - Christa presents as a borderline personality. This is associated with a periodic loss of control of psychotic proportions. Those who know Christa best are aware that she needs someone with her when enraged to keep her from going too far. Christa describes several incidents of "going off" and having no memory of this later. She talked most recently of several episodes of this happening in the jail, finding herself walking to the "Be sweet chair" but not having much memory of what had transpired earlier. This happened earlier in the jail as well. When she went off on Kenny Clyde a few years earlier her friend, Mandy, said she did not seem to have a clear memory of all aspects of the event and asked Mandy about it the next day. Sister Alicia described an incident of Christa chasing her with a knife such that she had to physically restrain her. She considers Christa to be "crazy" and in need of custodial care. Christa seems to have had no real role models of how to appropriately manage negative affect, according to Rose Wilson's juvenile court psychological evaluation. If anything, the maternal side of the family is replete with family members displaying poor anger management, including Chris Fotos, who beat up a teacher and was expelled, beat up his father and left home, and beat up his wife whenever his daughters weren't clean enough to suit him. Alicia was suspended for beating up a male student in the ninth grade. Carissa kicked in the door of home owned by a woman with whom Glenn was having an affair and often, according to Carrie, threatens to "whup your ass" whenever she is angry with someone. Christa's father, stepfather, Danny Thompson, and mother's boyfriend, Steve Kyaw, were all physically abusive of her.

2. Tough Girl Image - Christa is a young lady who has chronically suffered from poor self-esteem, not surprising in view of being passed back and forth between her parents and feeling that no one other than Grandmother Pike really cared for her. She has no self-respect and feels herself to be powerless. The Hillsborough Juvenile Court psychologist, Rose Wilson, viewed Christa as a scared youngster who wants to look "bad" in order to compensate for this fear. Christa's close friends and family as well as social workers who know her are all aware of Christa's need to project a tough image. Christa historically "goes off" on people she believes to be treating her disrespectfully. She viewed Tadaryl as "strong" and basked in his possessiveness of her and in the respect others at the

Job Corps gave her because of her association with him and her ability to perform occult "parlor tricks."

3. Need for Attention - Related to poor self respect is Christa's sexual promiscuity, reflecting her neediness and unmet dependency needs. This is probably at least partially due to getting so little love, affection, and attention from her father. She is especially vulnerable to the directives of men, such as Orlando Powell, who would dare her to do things at parties, and Tadaryl. Tadaryl has an especially strong influence over her because he projects genuine caring and concern for her well-being, akin to the unconditional love she experienced from her Grandmother Pike. Brandie, Mandy, Gerard Hansen, and social worker Kerry Clement all talk of Christa loving the limelight and doing anything for attention. Alicia believes the first rape allegations, made when Christa was nine or ten, were made in response to Baby Keith getting all the attention and replacing her as the baby in the family. Christa historically likes to have an audience when she engages in misbehavior, seldom doing anything alone.

   Negative attention seems one way to get her mother's attention in view of how wrapped up Mom has been in her own life and her own problems as regards men.

4. Self Destructive - Christa told her sister, Alicia, she hoped she would be dead by age 25. Christa's sense of fatalism and worthlessness are such that she told two important authority figures, Rose Wilson and Matthew Martin, that she would probably end up in prison. Christa told me that as far back as she can remember she has been sick of life. She made two outright suicide attempts in middle school and showed contempt for her life after this by using all manner of drugs, including inhaling the fumes from aerosol cans. Most people who know her assumed Christa was the one who would end up dead at an early age.

5. Job Corps Stress - Christa was under a good deal of stress at the time of the killing. She had been written up twice, once for being in Tadaryl's room, naked, and another time found on the roof outside his room. She was in conflict because she really wanted to complete the program, yet thought this unlikely. She felt she had to please Tadaryl as well, who always wanted her with him and thus placed her at risk for future write ups.. Previously always having been used by

men, Tadaryl was the first relationship she thought was actually working out and she was determined to keep Tadaryl happy at all costs so she could continue reaping the benefits of this relationship, such as a newfound sense of personal power and the respect of her peers.

A week or so prior to Colleen's death Christa's relationship with Tadaryl was on shaky grounds when she returned from Christmas break and found he had been involved with Isha. In addition, she had been moved from a 2 person to 6 person room as a disciplinary measure and was very unhappy about this as well. Colleen was outrightly contemptuous of her in public. Christa was experiencing a serious slip in her social standing at the Job Corps in addition to feeling her expulsion was eminent, at which time she did not know what she would do. A week or so prior to Colleen's death, Christa found herself frustrated and irritable, sleeping much more than usual as is her habit when she is depressed or under stress.

6. <u>Religious Confusion</u> - Christa was very confused about religious/spiritual issues. On her own when she was eleven or twelve she went to a Pentecostal church with friends. She obviously was experiencing a good deal of confusion at the Job Corps about where she stood on religious issues and continues to do so, trying to remain objective and saying she believes in God but does not know whether she is yet ready to worship him. She seems somewhat confused in her mind with such concepts as why God, if He is good, would allow bad things to happen to her, such as taking her grandmother. Her understanding of the occult/Satanism/witchcraft/devil worship is very simplistic and primitive, with Christa mostly going along with this to please Tadaryl and because other students at the Job Corps were so impressed. Christa has no clue as to any in-depth understanding of the Wiccans, crystals ("it has to do with your chi or aura or something like that"), and so forth. The so-called "Satanic overtones" of the killing are superficial. This did not at all approach a sacrifice, Satanic ritual, etc.

7. <u>Poor Parental Role Modeling</u> - Carissa has been a very poor role model for Christa in terms of teaching her an appropriate female role. Alicia pointed out the development of her own promiscuity and early (age fourteen) pregnancy because of her mother's glamorizing of sex. Carissa has contributed to Christa's poor self-esteem by setting her own needs ahead of Christa, i.e., sending her home to West Virginia when Danny Thompson made it clear he did not want

her girls with them. Carissa clearly has a good deal of leftover resentment about the problems Christa caused in her relationship with men, such as with Danny Thompson and Steve Kyaw.

Carissa has been very promiscuous, with most of her emotional investment being in the men in her life rather than in Christa. From birth on Carissa never had any time for Christa, for example, having only twelve days off Christa's first year of life and repeatedly dumping Christa and Alicia on their grandmothers, until both died and, as Alicia described it, both she and Christa were on their own at that point. Carissa said she visited Christa monthly at Swannanoa, but neither Peggy Hamlett nor Christa remember anything close to this number of visits.

Christa has been aware from an early age of her mother using marijuana and alcohol, with Christa logically interpreting this as meaning it was okay for her to use these substances as well. Her mother and maternal grandmother did not always consistently tell the truth and Christa has likewise developed this problem.

Carissa seems very out of touch, saying that she took Christa to church "for years" when this was actually until the age of two and even then it was probably Christa's grandmother who took her and not Carissa in view of her work schedule. She allowed Christa to live in her home with Brian and the only regret she expressed is how "terrible" she felt when she finally kicked Brian out. She talked about Christa not living with her father very much when she was growing up but this is belied by school records, with Christa spending quite a bit of time in West Virginia schools. Carissa talks of Christa doing better after she married Gerard but Gerard talks about Christa's behavior soon getting back to what it was prior to entering training school and with the police coming to their home every month. This was when Christa lived on the street, got pregnant, was gone for days at a time, lived with carnival men in a motel, was believed to be running drugs for someone in Durham, and so forth. It seems that Carissa is pretty much in a fantasy world where Christa is concerned.

Carissa does not believe a previous boyfriend, Steve, physically abused Christa despite the fact that Christa talked to several friends as well as Rose Wilson at juvenile court about this. Carissa was aware that Steve pinched her daughter on the breast after Christa pinched him on the penis when they wrestled but did not seem to see anything wrong with this. She allowed her "crazy" Aunt Norma to baby-sit for Christa despite having been physically abused herself by

Norma as a child. Carissa allowed her fourth husband, Danny Thompson, to beat Christa with a belt, saying she immediately left Danny when her daughters told her of this despite numerous episodes of his abuse reported by both Christa and Alicia and in spite of saying she separated from him ten times before divorcing him. She can't remember an ambulance being called for her daughter at the skating rink, but the stepfather "kind of" remembers it. She never knew her daughter was taking her car and money at night while she was sleeping, probably because she was passed out and was in a deep, alcoholic slumber.

Carissa was inconsistent in limit setting. She would ground Christa but seldom, if ever, follow through. As Kerry Clement described it, Carissa did not seem grown up herself much less able to parent a child. Alicia pointed out her mother's efforts to be Christa's friend rather than her mother and Gerard likewise described their relationship as more sisterly than mother-daughter. However, he himself sought to be Christa's friend rather than a father figure, for example, never telling Carissa that Christa, who did not have a driver's license, was taking her car at night. In essence, Christa had no parent figure to teach her right from wrong.

Carissa exhibits anti-social tendencies by virtue of the men with whom she associated, i.e., someone she later believed to be a Mafia hit man and Danny Thompson, charged with a crime that Carissa apparently knew was going to be committed and was charged with herself. She had her license revoked in West Virginia but continues to drive there anyway. She makes the decision <u>after</u> Christa is charged with murder to stop drinking and to start going to church. A longtime pot smoker, she smoked marijuana with both daughters and years ago tried to get her father to smoke pot as well. The Fotos family in general displays contempt for the rules of society, with Grandmother Fotos growing marijuana in her greenhouse and giving the plants to her friends and Grandfather Fotos three times being indicted for income tax evasion and carrying a gun into a courtroom.

8. <u>A Loser</u> - Christa shows a clear pattern of failing everything she attempts, such as not getting her driver's license and being fired from jobs. The only credit card she has ever had, from J.C. Penneys, she charged to the max and then skipped town without paying it off. At Swannanoa she was only supposed to be here for three months but was here for a year and three months because every time she got close to discharge she acted up, saying she did so deliberately

because she was afraid she would get into serious trouble if she came home and being able to identify the routine and structure of the training school as beneficial to her.

9. Pleasing Others - Also related to poor self-esteem is her willingness to "take the rap" for others. She believes that Tadaryl, a little younger than she, has a lot more on the ball than does she, who is never going to amount to anything anyway. Shadolla she considered a more or less innocent bystander despite the fact that Shadolla participated in the killing. Bereft of any real attachment to family as per Dr. Rose Wilson's evaluation, and Alicia, who said both she and her sister virtually raised themselves after their grandmother died and that she herself is closer to Carrie's children than she is to Christa, Christa's friends were and are of paramount importance to her. They are all she has, especially since she thinks so little of herself.

Christa is described by her friends as having terrible luck with men, only being attracted to losers who use her, such as Brian Wilson, a severely ill psychiatric patient, according to Dr. Wilson.

10. Sincere Desire to be a Nurse - Apparently, the possibility of actually making something of herself by entering the Job Corps was a strong determining factor in Christa returning after Christmas break despite her uneasiness about having been in trouble several times and fear she would be expelled.

Peggy Hamlett pointed out that Christa's desire to become a nurse seemed genuine, perhaps because she realized her mother had little to offer and the Job Corps was her only chance. Ginny Satterfield, previously the director of Sheaffer House, pointed out that Christa initiated arrangements to do volunteer work at nursing homes and seemed to genuinely enjoy this, perhaps because it evoked memories of Grandmother Pike. Christa told her friends, father, mother, stepfather, and Aunt Carrie that she was returning to the Job Corps after Christmas because she wanted them to be proud of her.

Perhaps because of Tadaryl's attention showing her she was worth something, Christa's self-esteem increased to the point that she actually wanted to make something of herself and for the first time in her life experienced the sense of pride that comes from achievement. This is a girl who had no discipline and no study skills frantically trying for once to do something respectable and noteworthy by completing a nurse's training

program in the Job Corps. Her need to keep Tadaryl happy and please him, however, put her in conflict with meeting academic/occupational goals, with the former winning out because of the intensity of her dependency and need for attention.

11. No consistent treatment - Although Carissa went through the motions of getting Christa counseling, in fact, she mostly just dabbled with it. Several of the social workers involved with this family, notably Peggy Hamlett and Kerry Clement, became aware that Carissa put on a good front but did not follow through. Counseling records reflect usually just a few sessions, with cancellations and no shows. Carissa did not abide by the mother/daughter contracts Ms. Clement attempted with her. She did not follow through on getting inpatient insurance for Christa as several recommended to her. She did not follow through on outpatient counseling for herself as Peter Kramer recommended.