Attachment B

to

Post Evidentiary Hearing Brief

*Diana McCoy, Ph.D.*
Clinical and Forensic Psychology
200 Midlake Drive, Suite C • Knoxville, TN 37918 • (615) 688-1303

February 29, 1996

Bill and Julie:

I'm thinking of combining these marriage charts on Carissa and Glenn and blowing them up into one large exhibit for court to show the large number of people in and out of Christa's life contributing to attachment difficulties, and hence her intense bonding to Tadaryl.

Another exhibit, showing her many, many school changes, would help substantiate the attachment issue.

I also think an exhibit of the family showing their addictive problems (Grandmother and Grandfather Fotos, Great Grandfather Privett, Mom and Dad, Sister, Ex-bother-in-law) would be illustrative of Christa having learned that taking drugs and alcohol as per family role modeling is <u>the</u> way of dealing with the negative feelings and the problems of life, not to mention the possible inherited tendencies toward addictive behavior. This would leave Christa vulnerable to being overtaken by her emotions and subject to rages, a condition exacerbated by the borderline personality condition resulting from her unstable life and failure to bond. I need to explore Glenn's family tree a little more with respect to the addiction problem.

I still need to get birth records from Appalachian Regional Hospital in Beckley and Charleston Area Health Center. I am going to try to get records from Bluefield Community Hospital as well, where Christa had a tonsillectomy and hemorrhaged at age 5. I need to find out the hospital where Christa was taken after overdosing in the sixth grade and get those records. I want to talk to Dr. Gregory Straw in Durham, although Carissa tells me Dr. Straw has lost these records. I want to talk to Brian Hammond for his perspective. I would like her arrest record from Orange County, if you will please subpoena this.

Lastly, I am very interested in how other Job Corps students and teachers viewed the Christa-Tadaryl-Colleen-Satanism thing and am very much in need of Barry Rice's assistance in locating these individuals.

Diana

FILED (50)
APR 07 2009
Clerk of the Courts
Rec'd by

STATE OF TENNESSEE VS. Christa Pike
CASE NO. 68280 EXHIBIT NO. 24
DATE 4-8-08 ID ___ Evd ✓



24