Pike who stands incarcerated and scheduled for execution by an unlawful detainment and convicted to death by an unlawful state prosecution of the State of Tennessee.

## ~~JURISDICTION~~

~~Tennessee's **Post-Conviction Procedure Act** (Tenn. Code Ann. § 40-30-101 et seq.) and **Rule 28 of the Tennessee Rules of Post-Conviction Procedure** governs death penalty appeals~~

exclude

e/

**Section (b)** — The petition states:

1. **Illegal restraint** — the person for whom the writ is sought, Christa Gail Pike, is illegally being detained, been convicted, scheduled for execution, and deprived of liberty by an unlawfully assumed state prosecution authority jurisdiction of the State of Tennessee, restraining the convicted prisoner. The protected federal worker petitions for dismissal of the charges at the state level, retrial, or a stay of the execution and proceedings upon release from detention.
2. **Cause of restraint** — The legal or factual basis for the restraint are the criminal proceedings, murder charges, conviction, and death sentence scheduled execution within 2- days that are officially numerous to list and only summarized here.
3. **No prior adjudication** — That the legality of the restraint has not been decided in a prior proceeding of the same character when filed by a federal officer on the prisoner's behalf due to the guardianship established by the lawful proceedings as determined by the EEOC discrimination claim from the expertise of the federal officer, Administrative Judge, that has shown the aptitude and merit to make recommendation in EEOC federal proceeding upon the recognized meritorious appointment to AJ that has relevance in the petitioned criminal case.
4. **First application or prior record** — That this is the not the first application for the writ, probably, since attorneys on Pike's behalf have submitted them and

- If the petitioner is seeking habeas corpus relief after direct appeals, the petition is filed in the **trial court** under §□29-21-107, following the procedural rules in Chapter 21.
- The petition must comply with the statutory requirements and be filed in the proper court (often the trial court that imposed the sentence, or as directed by the statute).

exclude

**Practical steps**:

1. **Identify the correct court** — For death penalty cases, confirm whether the petition is filed in the trial court or another designated court under §□29-21-105.
2. **Prepare the petition** — Follow §□29-21-107's requirements, including affidavit verification.
3. **File in the proper court** — Submit to the trial court or the court authorized under §□29-21-103 to grant the writ.

# IN THIS PETITION TO STAY THE DEATH PENALTY PROCEEDINGS THE PETITIONER CONTENDS THE FOLLOWING:

NEVERTHELESS, the designated STATE PROPERTY land at the University of Tennessee, Knoxville being a state property does not preclude the federal government from intervention to assume jurisdiction to investigate and correct civil rights violations occurring within the property of all educational institutions of higher education campuses and exactly now the University of Tennessee, Knoxville campus.

Hence, an incorrect, unlawful and erroneous law opinion would be to conclude in deciding on this petition zero constitutional and civil rights violations were occurring in violation of the U.S. Constitution and the 1964 Civil Rights Act.

Some criminal laws have also been authorized by Congress to apply on federal enclaves, including "immigrant stations" to in include JOB CORPS CENTERS.

Intervention to stop an unlawful death by execution of an innocent person, or the wrongfully convicted if the execution is allowed to take place on September 30th and not stayed

Authorized local state intervention on all levels, The executive. judicial, legislative efforts to administrative as I attempt here in finding question and answers to the court in this amicus brief petition to maintain the civil rights enumerated in the U S CONSTITUTION similarly administrative Federal intervention to stop civil rights violations occurring at higher education institution colleges and universities college campuses. Precludes the purpose of lawfulness and the U.S. Constitution. IN THE
Instead, her legal challenges focus strictly on the following issues:

- **The Execution Method:** Her primary active lawsuits challenge the state's lethal injection protocol.
- **Constitutional Rights:** Her attorneys argue that her specific medical conditions (small veins and a blood-clotting disorder) would make lethal injection unconstitutionally cruel under the Eighth Amendment.
- **Alternative Protocols:** Her recent multi-day evidentiary hearing explored whether hanging or an alternative central IV line would be legally required to avoid unnecessary suffering.

LIKE THE SPECIAL STATUS GIVEN by legislators in creating the Job Corps regulations and needed by students to put them I NEEDED TO JOB CORPS enrollees to by law provide for the defined --------individuals to integrate them into skills and to sustain life under law to provide the necessities of life, liberty, and the happiness enumerated in the philosophy of the Declaration of Independence and made sequentially a part of the U S Constitution similarly by the fourth and fourteenth amendment guarantees

DUE TO the INCARCERATED and ADMITTED INCAPACITY PIKE MAY BELIEVE SHE CAUSED THE HOMICIDE WHEN IN FACT THE HOMICIDE WAS CAUSED BY THE ACTIONS OF THE TWO ACCOMPLICES WHERE THE HOMICIDE VICTIM MAY HAVE BEEN DEAD BEFORE Christa Pike's was psychologically CONDITIONED by co-workers unlawful beliefs concerning on the job behavior in an employment policy leading up to the ACTIONS which TOOK PLACE (i.e. eyes open and dead- means synonymously…)is how the death occurred when Pike's criminal actions of murder are alleged. The Petitioner contends an already deceased victim cannot be cause by actions thereafter. Hence, the petitioner cannot be charged in the murder of an already dead deceased. The death was caused by coworkers or a coworker it is contended.

AJ WHOSE PROCEEDINGS WERE NOT FINAL BY A DECISION TO BE REVIEWED BY THE COMMISSION IN THE EEOC COMPLAINT FILED ON BEHALF OF SEVERAL

CLASS ACTION INDIVIDUALS CLAIMS FEDERAL JURISDICTION WAS PRESENT ACCORDING TO WAIC RULES.

The U S federal legislature has recognized the vulnerability of enrollees to Job Corps program therefore recognized protections have been presented in the rules and regulation giving the students employee status to qualify for government employee benefits and protections while in the federal government program, however, the entry level program is only until they graduate from the program and are not permanent or merit pay federal workers.

Admittance by the state prosecution that Pike has suffered child abuse should warrant action to stay the proceedings and provide evidence that Pike's actions in the homicide investigation were in self-defense. Christa Pike's actions occurred in reaction to suffered child and sex abuse, harassment, and discrimination by job policy beliefs of co-workers that were unlawfully conditioned to Pike, to cause violent and erroneous action and the belief that she caused the death of Collen Slemmer when scientific evidence accounts to the death being caused by co-workers and Pike's violent actions occurred after the deceased was already dead.

There is no dispute according to the summary under the heading that local law enforcement and state of Tn prosecutions can be conducted against federal workers or decline, however, additional cultural involved beliefs make the state prosecution unlawful, the prosecution is being conducted for the purpose of harassment instead of good faith purposes , evident by the support of a Confederate States of the Civil War admittance by the lead executive of the state, the Governor Bill Lee own self- admittance to taking part in and supporting illegal state government rights in a 1860s history and war against the federal government of the United States. The Confederate government -The South versus The United States Union government- The North of history. Hence these anti- government Confederate beliefs have prejudiced the lawful rights and beliefs that the federal government can exert its right to place a state land area or building under federal control. In this instance a control through the federal proceedings of the EEOC and Department of Education, by an agency according to:

Whereby, the higher education civil rights violations and preceding are the grounds for post-conviction relief to vacate the state prosecution, since it is being influenced by corrupt Confederate influenced state official who are failing to be non-prejudicia,l

ultimately to grant clemency to Pike and the admittance to child abuse sufferance by the convicted Christa Pike the subject of the Petition of Actual Innocence and the temporarily placed State land under Federal control by Executive Agency action due to civil rights and employment discrimination pursuant to the 1964 Civil Rights Act. In furtherance, the University of Tennessee specifically placed me in the subject jurisdiction by recruiting me in student -athletics during recruiting when the lawsuit was filed on my behalf to specifically correct the civil rights violations which were occurring and Pike can be and is now recognized from formerly unrecognized through her identity in this criminal proceeding as the formerly unrecognized Jane Doe EEOC complainant and class action member of both the EEOC complaint and Department of Education actions of enforcement that were filed on my behalf to the appointment of a federal officer to attain relief and correction of the federal violations. Therefore, the petitioner, federal officer contends the actions by the federal agency was implemented to enforce civil rights violations and the proceeding until now from appointment has not ended or completed due process under the summary of the heading, hereafter: How Federal Authorities Can Temporarily Place a State Land Area or Building Under Federal control:

## How Federal Authorities Can Temporarily Place a State Land Area or Building Under Federal Control

Federal authorities can temporarily take over a state-owned land area or building for law enforcement purposes if they can establish a **federal nexus** — a direct connection between the property and a federal law violation — and if they have the legal authority to do so under constitutional or statutory provisions.

**1. Establishing Federal Jurisdiction**

Under the U.S. Constitution, federal law enforcement can act on property if there is a **federal connection** to the offense. This means the violation must be a federal crime, involve federal property, or be committed in a way that triggers federal jurisdiction (e.g., under the Commerce Clause, Supremacy Clause, or specific statutes). Without this nexus, state or local authorities generally retain control.

**2. Constitutional and Statutory Authority**

- **Supremacy Clause**: Federal law is the "supreme law of the land," so federal law can override conflicting state laws when it applies
- **Property Clause**: Congress can manage federal lands independently of state consent

- **Statutory Powers**: Laws like the Federal Land Policy and Management Act, or specific enforcement statutes, can authorize federal agencies to take control of property for investigations, detentions, or operations.
- **Emergency Powers**: In cases of imminent danger or national security threats, executive orders or statutory emergency provisions can temporarily transfer control.

**3. Territorial Jurisdiction on Federal Property**

On federal-owned land, federal agencies have **territorial jurisdiction** — meaning they can enforce federal laws there without state consent This principle can be extended to state property if the federal government has a legal basis to assert control, such as through a federal court order, executive authority, or cooperative agreements.

**4. Practical Mechanisms**

- **Federal Court Orders**: Courts can issue temporary restraining orders or injunctions placing property under federal control.
- **Executive Action**: The President or relevant agency head can direct temporary control under statutory authority.
- **Cooperative Agreements**: States and the federal government may enter agreements allowing federal agencies to operate on state land for specific purposes.
- **Law Enforcement Operations**: Agencies like the FBI, DHS, or U.S. Forest Service can stage operations on state land if federal jurisdiction applies, often with state cooperation.

**5. Limitations and Checks**

- States cannot directly regulate federal property or discriminate against
- Federal control is generally temporary and tied to the purpose (e.g., investigation, detention, environmental enforcement).
- State and local governments may challenge such actions in court if they believe federal overreach occurs.

**In summary:** Federal authorities can temporarily place a state land area or building under federal control if they have a legal basis (constitutional, statutory, or judicial) to assert jurisdiction, especially when there is a federal nexus to the violation. This is done through court orders, executive action, or statutory authority, and is subject to constitutional limits and state-federal cooperation agreements

There is no dispute that local law enforcement, according to the heading-Federal Law on Local Law Enforcement Investigating Homicides Involving Federal Workers can assume jurisdiction and prosecute federal workers in homicides involving federal workers or decline to prosecute or defer to the federal jurisdiction, however, in this instance under the previous heading- : How federal Authorities Can Temporarily Place a State Land Area or Building Under Federal control, provides and explains how the right can to be proven to never have existed since the area was under temporary Federal control, hence federal jurisdiction, whereby a conflict with federal regulations has occurred on the state property

## Statutes Relevant to Federal Worker Homicides

If a federal worker is killed while performing federal duties, several federal statutes can apply:

- **18 U.S.C. §1111** – General federal murder statute, applicable if the killing occurs in the course of federal duties or involves federal jurisdiction.
- **18 U.S.C. §1114** – Prohibits killing a federal officer while engaged in official duties.
- **18 U.S.C. §115** – Extends protections to family members of federal officials.
- **18 U.S.C. §1121** – Applies to killings tied to federal investigations

These statutes provide federal criminal remedies, but they do not block local law enforcement from pursuing state charges.

## Practical Reality

In practice, local agencies often defer to the FBI or DOJ when a federal officer is involved, especially in high-profile cases, due to concerns about impartiality and political sensitivity However, **this is a policy or administrative choice, not a legal prohibition**. Local police can still investigate and file charges under state law, and concurrent federal prosecutions are possible.

**Bottom line:** No federal statute forbids local law enforcement from investigating a homicide involving a federal worker. The FBI and DOJ cannot take over such investigations, and local agencies retain the right to pursue both state and federal legal remedies

# U. S. CONSTITUTION

Section 5 of the Fourteenth Amendment The Fourteenth Amendment, in relevant part, provides that no state shall "deprive any person of life, liberty, or property, without due process of law" or "deny to any person within its jurisdiction the equal protection of the laws." The Supreme Court has interpreted the substantive component of the Due Process Clause as incorporating against state actors nearly all the rights found in the Bill of Rights, including those that pertain to criminal procedure and regulate the conduct of the police. In turn, Section 5 of the Fourteenth Amendment grants Congress the power to enforce the Amendment through "appropriate legislation." Section 5's "positive grant of legislative power" authorizes Congress to both deter and remedy constitutional violations; and in doing so, Congress may prohibit otherwise constitutional conduct that intrudes into "legislative spheres of autonomy previously reserved to the States." The Section 5 enforcement power (and the parallel enforcement powers found in the Thirteenth and Fifteenth Amendments) has been used to, for example, ban the use of literacy tests in state and national elections and abolish "all badges and incidents of slavery" by banning racial discrimination in the acquisition of real and personal property. Congress has also used its Section 5 power to provide remedies for the deprivation of constitutional rights. For example, 42 U.S.C. § 1983 (Section 1983) provides a private cause of action for individuals claiming that their constitutional rights were violated by state actors acting pursuant to state law. And 18 U.S.C. § 242 (Section 242)—also passed using the Section 5 power— imposes criminal liability on state actors who deprive individuals of their constitutional rights. While Congress's Section 5 enforcement power is broad, it is not unlimited. Section 5 allows Congress to enforce constitutional rights directly through laws like Section 1983 and Section 242, however, the power does not allow Congress to supplement those rights through "prophylactic" legislation that regulates state and local matters without evidence of a history and pattern of past constitutional violations by the state. According to the Supreme Court, when Congress exercises its Section 5 authority, its response must be congruent and proportional to a demonstrated harm. Congress may justify the need for Section 5 legislation by establishing a legislative record that shows "evidence ... of a constitutional wrong, as presented within this petition

GOVERNOR BILL LEE AND STATE ADMISSIONS FROM THE PROSECUTION POST CONVICTION THAT PIKE HAS SUFFERED CHILD ABUSE

Currently, appeals request have been denied on the state and federal level, uncharacteristically contrary to the rule of law and lawful jurisprudence, similar r to

unlawful decisions from the judiciary such as the historical PRO- SLAVERY decision, as in DRED SCOTT US Supreme Court decision similar to this instance in the involvement of modern day slavery and sex trafficking and violation of the legislation and organized support from alleged state conspirators, specifically the organized effort to deprive Christa Gail Pike of equal rights by an unlawful state prosecution in violation to the goal to enforce the MANN Act and similar modern day federal legislation. The subject matter jurisdiction is of how Pike is the victim under new federal child and sex abuse legislation, where no conviction is required in guaranteeing lawful protections to the child abuse victims which the state prosecution has admitted to have occurred in the new federal legislation and reasons for depravity and therefore selection to and unique protections and status protections while in the Job Corps student program and a worker there, Lawfully recognized and given by the U.S. Department of Labor- Jobs Corps program. Thus, there has been status to ethically and lawful grant relief to deprived individuals by being selected for the program to amend pass abuse and depravity enumerated in the Department of Labor-Job Corps vocational and education job training program. In the death penalty appeal the major contention is from the EEOC proceeding claimant status Pike was lawfully recognized in the EEOC AJ authorized proceeding to her correct age of two years younger than the fraudulent age devised by abusive parents who had the goal and intent to sex traffic and subject the child to child abuse should not be lawfully allowed to randomly determine Christa Pike as two years older for criminal purposes.

There is no dispute that state authority can be concurrent to the federal supreme law but local state authority is a right and not a privilege when abuse has occurred where federal intervention is needed to curtail and prevent federal violation occurring at the site, THEREFORE, since CONSTITUTIONAL VIOLATIONS are OCCURRING IN THIS SITE , as ENUMERATED by an enactment of Congress by the 1964 CIVIL RIGHTS ACT federal authority jurisdiction is petitioned for or rulings to restore the petitioners to equality by a stay of proceedings and the death penalty.

QUESTION/ANSWER GROUNDS

# Unquestionably Local Law Enforcement Investigate a Homicide Involving a Federal Worker on Duty

**There is federal statute that does not prohibit local law enforcement from investigating a homicide involving a federal worker performed in the course of federal**

**duties — but federal law and precedent limit the scope of such investigations, and the FBI/DOJ often lead the case when federal jurisdiction applies.**

**Federal law and jurisdiction**

Under the U.S. Constitution's **Tenth Amendment**, general policing authority belongs to the states, and local agencies derive their power from state constitutions and charters. There is **no federal statute** that gives the FBI or DOJ authority to *forbid* local agencies from investigating a crime, including a homicide involving a federal employee.

To be determined to be ACCIDENTAL ON THE PART OF CHRISTA PIKE while carrying out a job policy while a federal worker at the place of a federal proceeding and has been given protections realized as needed by federal workers in the pursuit of their duties as agentta and federal officers similarly protections and status realized as needed to legislate deprived individua, in the case of Pike child abuse amended programs in Job Corps,l to attain graduation through the Job Corps program where the accidental homicide and. the killing of COLLEN SLEMMER, also a protected Job Corps worker whose rights must be maintained from the U.S. federal legislative enacted and realized protections.

The petitioner additionally alleges to stay the execution, awarding of federal jurisdiction, retrial or dismissal from the jurisdiction of :

- **18 U.S.C. §□1114** – Killing a federal officer while engaged in official duties
- **18 U.S.C. §□115** – Threats to family members of federal officers
- **18 U.S.C. §□242** – Civil rights violations under color of law (relevant if the killing involved constitutional rights violations)

**In summary:** There is no federal law that forbids local law enforcement from investigating a homicide involving a federal worker on duty. Federal jurisdiction may require the FBI/DOJ to lead the case, and federal precedent can limit state/local prosecutions if the officer was acting within the scope of official duties, but local agencies retain their own investigative authority unless constrained by federal law or court order.

# GROUNDS 1

Injunctive relief is requested to stay the scheduled September 30, 2026, execution of the wrongly convicted person, Christa Gail Pike. Hence, an unlawful scheduled death is occurring by conspirators of an unlawful state prosecution. The unlawful state prosecution is like the jurisprudence of then1871 legislative act to combat the KKK .

## Section 1983 states: **a federal statute that allows individuals to sue state or local government officials for violations of their constitutional or federally protected rights.**

**Therefore, within this petition because of the violation of law to deny equal government officials to include the Governor Bill Lee and the state prosecution based on admittance of committed child abuse and sex abuse acts against Christa Gail Pike having occurred and beliefs in maintaining a sex trade of sex trafficking slavery and not allowing self-defense claims to dismiss murder charges upon the petitioner the petitioner motions to stay the execution and relief from dismissal of charges to ruling for federal jurisdiction to retrial. The stay is requested based on the Governor admitted support of a group to overthrow the U.S. government, in violation of the 14th amendment section 3, after taking an oath of office. Therefore, the Gov. is disqualified from holding the current office and making a decision on clemency in the action to stay or not stay the execution in post-conviction.**

## Overview

Section 1983, codified at **42 U.S.C. § 1983**, provides a civil remedy when a person acting **under color of state law** deprives another of rights guaranteed by the U.S. Constitution or federal law (42 U.S.C. § 1983) It does **not create new rights**; rather, it allows enforcement of existing rights through the courts. Typical relief includes **money damages, injunctions, or declaratory judgments**

## Key Elements of a Section 1983 Claim

To successfully bring a Section 1983 claim, a plaintiff must prove:

1. **Deprivation of a federal right** – The defendant's actions must violate a specific constitutional or statutory right, such as the Fourth Amendment right against unreasonable searches or the Fourteenth Amendment right to due process.

2. **Action under color of state law** – The defendant must be a government official or someone acting with state authority. This includes police officers, sheriffs, jail guards, public school administrators, and city inspectors
3. **Causation and harm** – The plaintiff must show that the official's conduct directly caused the violation and resulting injury

## Who Can Be Sued

- **Individual officials**: Can be sued in their personal or official capacity, though state employees are generally only sued personally
- **Local governments**: Cities and counties can be sued if the violation resulted from an official policy, practice, or custom
- **States and the federal government**: Cannot be sued under Section 1983.

## Defenses

A common defense is **qualified immunity**, which protects officials from liability if their conduct did not violate clearly established law. Plaintiffs must overcome this hurdle to succeed in a claim.

## Historical Context

Section 1983 originated from the **Civil Rights Act of 1871**, also known as the "Ku Klux Klan Act," passed during the Reconstruction Era to protect newly freed African Americans from state-sanctioned or tolerated violence and intimidation. It was designed to provide a federal remedy when state authorities failed to uphold constitutional rights.
Section 1983 in furtherance states

Additionally, it is claimed that the unlawful state prosecution and its government conspirators violates Title 42 U.S.C. Section 1985., therefore the stay of the execution should be granted and federal jurisdiction invoked.

On June 29, 2022, the U.S. Supreme Court, in a 5-4 decision, overturned the long-held understanding that states do not have authority to prosecute non-Indians who commit crimes against Indians in Indian country. The Court, in *Castro-Huerta v. Oklahoma*, held that "the Federal Government and the State have

concurrent jurisdiction to prosecute crimes committed by non-Indians against Indians in Indian country" which strikes against tribal sovereignty and jurisdiction to protect tribal citizens. The consequences of the decision-for tribal nations, the federal government, and states-will take time to unravel.

## The history of prosecutorial authority in Indian-on-Indian murder cases reflects a complex interplay among tribal, federal, and state governments, shaped by evolving laws, treaties, and Supreme Court rulings.

**Early Tribal and Federal Jurisdiction**: Traditionally, tribal nations exercised full authority over crimes committed within their territories, including intra-tribal homicide. This authority was grounded in tribal sovereignty and recognized by early U.S. legal frameworks and treaties

**Major Crimes Act and Federal Oversight**: The 1885 Major Crimes Act extended federal jurisdiction over certain enumerated violent offenses, including murder, committed by one Indian against another in Indian Country. This limited tribal authority over "major crimes" and allowed federal prosecutors to intervene, creating a system of concurrent jurisdiction between tribal law and federal oversight

**Tribal Constraints under Federal Law**: The Indian Civil Rights Act of 1968 restricted tribal sentences to misdemeanors, which limited tribes' capacity to handle serious crimes fully. The Tribal Law and Order Act of 2010 partially expanded sentencing authority, but implementation was often constrained by resources and legal procedural requirements

**State Jurisdiction and Public Law 280**: Certain states were granted criminal jurisdiction over Indian Country under Public Law 280 (1953), transferring legal authority from federal to state courts in specific areas. This created overlapping jurisdiction and added complexity in prosecuting murders within Indian lands

**Recent Supreme Court Developments**: Landmark rulings, including McGirt v. Oklahoma (2020) and Oklahoma v. Castro-Huerta (2022), clarified that much of eastern Oklahoma remains Indian Country and that states can exercise concurrent jurisdiction with federal authorities for crimes committed by non-Indians against Indians. While these rulings did not directly expand Indian-on-Indian prosecution authority, they reflect the evolving balance of power among federal, state, and tribal jurisdictions

**Challenges and Implications**: Modern tribal courts retain primary authority over intra-tribal crimes, but they face practical challenges like limited resources, procedural compliance, and the necessity to defer major prosecutions to federal courts. This multi-layered jurisdiction has historically resulted in disparities, delays, and under-prosecution of violent crimes in Indian Country, highlighting the ongoing tension between tribal sovereignty (state, federal, and tribal) and broader federal-state criminal enforcement systems

**Conclusion**: The prosecutorial authority over Indian-on-Indian murder cases has evolved from exclusive tribal governance to a layered system involving federal oversight and, in specific circumstances, state involvement. While tribes maintain significant authority, legislative acts and Supreme Court decisions have shaped a complex, sometimes fragmented, judicial landscape aiming to balance tribal sovereignty(state, federal, or tribal) with the enforcement of law and protection of community safety.

# GROUNDS 2

The unique geographical location and history of the University of Tennessee, Knoxville and AGRICULTURAL campus present federal Native American rights on tribal lands that must be maintained. Therefore, the petition to challenge jurisdiction from a federal court that has jurisdiction is petitioned for.

The admittance the current Governor of KKK, a group that pledges allegiance to the Confederate States of America. involvement bars him from office unless 4/5 majority vote to approve.

REBELLION BY SEX TRAFFICKING SLAVERY

Christa Pike has been the victim to the extent her experiences have been caused by major players in the rebellion by unlawful citizen on a large skill to commit sex and child abuse crimes through criminal violation of state and federal laws tied to sex trafficking and human slavery in the sex trade economy.

1871- KKK Act to thwart the KKK details

The Congress of the U. S. government in the government's persistent inability to put a stop to white supremacist terrorism by the Ku Klux Klan, Congress passed the Ku Klux Klan Act of 1871 to put an end to the Klan's reign of terror. The bill used nearly all of Congress's constitutional powers to enact a comprehensive strategy to respond to the Klan's coordinated political violence and intimidation.

- **Section 1.** (now codified at 42 U.S.C. § 1983) Possibly the single most important statutory provision in modern American civil rights law, this section allowed individuals to sue in federal court when state and local officials violate federal law.

- **Section 2.** This section banned a host of private conspiracies in which the Klan engaged — such as insurrection, witness intimidation, and political intimidation — that interfered with newly emancipated Americans' civil rights.

- **Sections 3-4**. This section gave the president the power to call on the Army, Navy, and militia against any local rebellions and suspend habeas corpus.

- **Section 5**. This section allowed federal judges to keep Klan conspirators off juries.

- **Section 6.** (now codified at 42 U.S.C. § 1986) This section required everyone — public servants and private citizens alike — that knew about an illegal conspiracy to interfere with civil rights banned by Section 2 of the Act to take actions to prevent and minimize the effects of the illegal conspiracy and made them liable in court for a negligent or intentional failure not to.

# MUCH OF "THE KKK ACTS" HAS BEEN RECODIFIED AND NOW ONLY SECTION 1983 exists in replacement

# GROUNDS 3

Federal Jurisdiction was on the University of Tennessee Knoxville through the actions of the petitioner Administrative Judge, behalf, the EEOC in collaboration with a Department of Education authority to investigate and enforce civil rights action through its division and invoked temporarily to a federal action to remedy civil rights violations occurring on higher education institution colleges and universities( action specifically in Knoxville upon receiving a student-athlete recruitment letter) and then previous to the alleged murder and charges against Christa Gail Pike, where an actual lawfully recognized need of protection was given to the wrongfully convicted Pike while being a claimant in an informal EEOC proceeding to the recently recognized from the formerly un-identified "Jane Doe" federal child abuse victim across state lines to Pike before the alleged crime in days, months, and years upon lawful and ethical investigation by federal authorities, exactly upon my recognition and action by the meritorious appoint to AJ by the EEOC and claims filed on my behalf, similarly to thereafter, a lawsuit by the U S Department of Education was filed and authorized on my behalf. Additionally, Federal jurisdiction is the status of Christa Gail Pike while participating in the Job corps activity and outing that questioned worker behavior as stated by Pike that "got -out-of-hand" and resulted in a worker related homicide.

# GROUNDS 4

The contention is the during the 1860s U S American Civil War and the establishment of the bill to legislation before the cessation of Tennessee from the Union by its establishment of the rebellious and Rebel government, the college land -grant legislation was only

implemented in the states loyal to the United States and the Union. Thereafter, at the land-grant site there have been challenges to federal and tribal land to cultural name only of the UT campus site ownership due to the land-grant and support not immediately being implemented to an enemy state government and questions of Similar to Confederate and KKK fraud in the land- grant transfer due to State of Tennessee breaking away from the United States in rebellion voiding the state 's rights due removal of tribal lands on the University of Tennessee, Knoxville being a sacred tribal burial mounds area where the crimes occurred at a cultural tribal federal jurisdiction it is contended. Local and State concurrent police jurisdiction agreements local state law enforcement do not have the given authority to investigate major crimes of Indian against Indian crimes that occur on tribal land or challenged to be tribal land. To a further extent, the federal laws on sacred Native American burial grounds remain like all sacred tribal burial under federal protection and the lawfully federal legislated and protected tribal land due to the rebellious actions by citizens and governments of the state of Tennessee during the Civil War. It is the contention that lawful federal statutes, customs, traditions and beliefs have been maintained over unlawful state collaborative action. Hence, local and state law enforcement cannot investigate the homicide in question, according to the Major Crimes Act and the homicide jurisdiction listing involving an Indian against Indian homicide in Indian country, where the homicide occurred at an allotment. Federal law enforcement has exclusive jurisdiction in major crimes, according to the Major Crimes Act or statute on homicides of Indian committed against Indian.

# Evidence of A Recent Anti-United States Government Resurgence

An organized resurgence and rebellious actions in anti- government goals by the KKK, which Gov. Bill Lee has admitted having supported while under an oath of an office, serves as admissible evidence to rule that federal authority jurisdiction is invoked and present. Additionally, to attempts in U.S. history of a CONFEDERATE government attempts to overthrow the U S. government in violation of the U.S. Constitutional amendment 14 which state similarly, the admitted anti-government and organized effort under color of law, custom, beliefs and actions supported by the state prosecution and in government committed by the current Gov. Bill Lee should bar the governor from office unless approved by a 4/5th vote. Thus, due process of ruling on clemency by an authorized Gov. prevents due process on clemency rulings.

Coupled to the sex trafficking slavery beliefs tied to Confederate beliefs and law violations that is occurring against children, women and families by state conspirators in Tennessee government and the state prosecution.

Concurrent authority jurisdiction by the state does not exist to investigate the major crime of homicide charges of Christa Gail Pike, an Indian against an Indian, Collen Slemmer, alleged crime, according to current federal law in effect it is contended, only federal jurisdiction is lawful.

CONSTITUTIONAL VIOLATIONS

Supremacy Clause at Article 6 Clause 2 overriding state law by federal law authority protections due to the status of a protected federal officer in a federal enclave, temporary federal jurisdiction, and protections to a federal worker while on duty to the protected worker, CHRISTA GAIL PIKE, according to the CFR, Jobs Corps, where the worker is alleged to be involved in a crime, which in reality was incidents of an accidental homicide where Pike is involved, Equal rights violations have been violated by the unlawful state prosecution, according to sections 1983 and 1985.

Section 3 of the Fourteenth Amendment states:

No person shall be a Senator or Representative in Congress, or elector of President and Vice-President, or hold any office, civil or military, under the United States, or under any State, who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House, remove such disability.

**Major premise that supports the disqualification request of the Governor, and stay of the execution:**

- **Trigger**: The person must have previously sworn an oath to support the U.S. Constitution (as a member of Congress, U.S. officer, state legislator, or state.
- **Disqualifying conduct**: Engaging in "insurrection or rebellion" against the U.S., or giving aid/comfort to its enemies.
- **Scope**: Applies to certain federal offices and many state offices

- **Removal of bar**: Only Congress can remove it, and only by a **two-thirds vote in each House**.

## Historical Context

Section 3 was ratified in 1868 after the Civil War to prevent former Confederate leaders and officials from returning to power It was intended as a constitutional "off switch" for oath-breaking officials, not a criminal statute.

## Modern Application

- **Rarely used**: Historically, it was applied mainly during Reconstruction and briefly in World War I
- **January 6, 2021**: The clause has been invoked in debates over accountability for those involved in the Capitol attack, but its application is legally contested
- **Supreme Court ruling**: In *Trump v. Anderson* (2024), the Court held that states cannot enforce Section 3 against federal officeholders or candidates, narrowing how it can be applied in elections.

Therefore, according to the summary of section 3 and its trigger, disqualifying conduct and removal bar which has not been attained, it is the contention in this petition, that the Governor of Tennessee Bill Lee is disqualified from holding office by violation of Section 3 of the fourteenth amendment , where after the oath of an office for the State of Tennessee because of his KKK support and membership in the group and first formed in the state, the group remains organized, trying to regroup in insurrection and rebellion as listed in section3. Thus, the group and unlawful state conspirators seek to deprive and resurge an anti-government group that has beliefs of sex trafficking and sex traffic slavery prejudices the ability and authority to rule on clemency fairly to prevent the execution death of the wrongfully convicted Christa Gail Pike. The unlawful actions from state officers and prosecution gives the district court reason to stay the execution and award jurisdiction to the proper federal authority. The group, KKK, requires members to take an oath and pledge to a rebel army that sought to overthrow the government of the United States by the enemy army and war group, the Confederates, Confederate States of America which seceded from the U. S. government.

# Indian Country Federal Jurisdiction

Upon the State of Tennessee secession from the United States government the land- grant procedure of due process in ceding Indian land to the land-grant institution was never completed, hence protected sacred tribal lands has not completed through due process rights procedurally in totality in being turned over or relinquished by the tribal interest and the federal government. Thus, it is contended in the challenge to the state prosecution jurisdiction being an unlawful intervention in a federal law jurisdiction of Indian country as in the McGirt Supreme Court decision clarifying the Federal and the homicide charges were Indian against Indian, Christa Gail Pike, a native American Indian against Colleen Slemmer also a native American Indian and according to the Major Crimes Act the local state police cannot investigate nor charge criminally for major crimes on federal tribal lands or in Indian country such as the tribal for the homicides which occurred on at the site of the University of Tennessee Agricultural campus. The location is the site of a tribal federal land and allotment is the unique pre-historic and sacred burial grounds of ancient Indian inhabitants in the U. S. region situated on the University of Tennessee Knoxville campus and Agricultural campus, where there are no listed Indian lands by the state of Tennessee but federal allotments of existent Indian country land is situated on the University of Tennessee campus.

"Indian country" is defined in 18 U.S.C. § 1151 as including (1) federal reservations, whether created by statute or Executive Order, *see Donnelly v. United States*, 228 U.S. 243 (1913), including fee land, *see United States v. John*, 437 U.S. 634 (1978); *Seymour v. Superintendent*, 368 U.S. 351 (1962); (2) dependent Indian communities, *see Alaska v. Native Village of Venetie Tribal Government*, 522 U.S. 520 (1998)(land that is neither a reservation nor an allotment which has been validly set aside for the use of the Indians as Indian land, and under the superintendence of the government); and (3) Indian allotments to which title has not been extinguished, *see United States v. Pelican,* 232 U.S. 442 (1914), and *United States v. Ramsey*, 271 U.S. 467 (1926). Although not specifically mentioned in section 1151, land held in trust by the United States for a tribe or individual Indian is also accorded Indian country status. *Oklahoma Tax Comm'n v. Potawatomi Indian Tribe*, 498 U.S. 505 (1991). Acquisition of land in fee by a tribe, despite the restraint on alienation imposed by 25 U.S.C. § 177, has been held insufficient standing alone to create Indian country. *Buzzard v. Oklahoma Tax Comm'n*, 992 F.2d 1073 (10th Cir. 1993). Indian country status is not lost by cession to, or acquisition by, a state of civil and criminal jurisdiction pursuant to Pub. L. 83-280 ("Public Law 280") or similar act of Congress. *See California v. Cabazon Band of Indians*, 480 U.S. 202, 207 n.5 and text (1987)

## Interaction Between Allotment and Prosecution

Allotment statutes do not strip federal criminal jurisdiction. Even after lands are allotted in severalty, if the land remains trust or restricted, or if the crime occurs in Indian Country, the **Major Crimes Act** and related provisions can still apply. The key factors are:

- **Location**: Is the land within a reservation or other Indian Country defined by law?
- **Parties**: Are the parties Indian, non-Indian, or mixed?
- **Offense**: Does it fall under the Major Crimes Act or another federal criminal statute?

**AFFIDAVIT VERIFYING PETITION FOR WRIT OF HABEAS CORPUS**
*(Pursuant to Tenn. Code §□29-21-107)*
STATE OF TENNESSEE
COUNTY OF ___________________

I, **[Gerald Everett Perry]**, being first duly sworn, depose and state as follows:

1. **Identification of Affiant**
   I am the petitioner / the person acting on behalf of the petitioner (select one). My address is:
   **301 Gale Ave. Chesapeake, Virginia 23323**
2. **Statement of Illegal Restraint**
   I state that **[Christa Gail Pike]** is **illegally restrained of liberty**, as required by Tenn. Code §□29-21-107(b)(1)

- 1 **Facility name:** Riverbend Maximum Security Institution (RMSI)
- **Address:** 7475 Cockrill Bend Boulevard, Nashville, TN
- **Purpose in this case:** Current holding site for Christa Pike prior to execution

.
The restraint is imposed by **[State of Tennessee, AND warden]**, located at **[]**.
If the restraining person's name is unknown, they are described as follows:
**[Warden at Facility name: Riverbend Maximum Security Institution (RMSI)**

**Address: 7475 Cockrill Bend Boulevard, Nashville, TN]**.

3. **Cause or Pretense of Restraint**
   According to the best of my information, the cause or pretense of such restraint is:
   **[Knox County arrest, 1st degree murder charge and conspiracy,**

**convictions, charge, death penalty sentence]**, as required by Tenn. Code §□29-21-107(b)(2)

1

.

If the restraint is based on legal process, a copy is attached as **Exhibit A**, or I provide the following satisfactory reason for its absence: **[Explanation]**.

4. **Prior Adjudication**
   To the best of my knowledge and belief, **the legality of this restraint has not been previously adjudged** in any prior proceeding of the same character, as required by Tenn. Code §□29-21-107(b)(3)

   1

   .

5. **First or Subsequent Application**
   This is **my first application** for a writ of habeas corpus, as required by Tenn. Code §□29-21-107(b)(4)

   1

   .

   If a previous application has been made, I attach a copy of the prior petition and proceedings as **Exhibit B**, or provide the following satisfactory reason for not doing so: **[Explanation]**.

6. **Verification**
   I verify under oath that the statements in this affidavit and in the accompanying petition are **true and correct to the best of my knowledge, information, and belief**, as required by Tenn. Code §□29-21-107(a)

.

2 Sources

**Affiant's Signature:** Gerald Perry behalf of Christa Gail Pike_
**Printed Name:** _Gerald Everett Perry________________________________
**Date:** ___09/29/2026________________

**NOTARY ACKNOWLEDGMENT**
Subscribed and sworn before me on this___ day of _________, ***20***.
**Notary Public Signature:** Gerald E Perry AJ of EEOC
**Printed Name:** ___G.E. Perry________________________________________
My Commission Expires: __upon resignation_from EEOC______________________________

GERALD PERRY
(757) 839-9615
THE UPS STORE #5180
576 N BIRDNECK RD
VIRGINIA BEACH VA 23451-6374

0.4 LBS LTR
SHP WT: LTR
DATE: 29 SEP 2026

**SHIP TO:**
ATTN BAKER JR. US COURTHOUSE
US DISTRICT COURT OF EASTERN TENNESSEE
STE 130
800 MARKET ST

KNOXVILLE TN 37902-2303

TN 379 9-11

UPS EARLY **1+**

TRACKING #: 1Z R04 7R2 15 3772 6292

BILLING: P/P

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
PSR Q3 26

The UPS Store Smart Label
Tracking #
1ZR047R2153772 6292

X-RAYED

Extremely Urgent

Express