UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| CHRISTA GAIL PIKE, | ) | |
| | ) | No. 1:12-cv-00035 |
| Petitioner, | ) | **CAPITAL CASE** |
| | ) | |
| v. | ) | |
| | ) | **Execution Set for** |
| KENNETH NELSEN, WARDEN, | ) | **Sept. 30, 2026** |
| | ) | **at 10 a.m. CDT** |
| Respondent. | ) | |

**EMERGENCY MOTION TO HALT AND STAY EXECUTION**

The Tennessee Department of Correction began the execution of Petitioner Christa Gail Pike at approximately 8:00 p.m. CDT. According to counsel witnessing the execution:

1. Both syringes of pentobarbital have been administered.
2. Ms. Pike has not lost consciousness and still has a heartbeat and is audibly snoring.
3. Curtains have gone down twice.
4. It took counsel approximately 7 minutes to be connected via phone.

Accordingly, the Petitioner requests and order immediately staying her execution and ordering immediate medical care.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

By: *___/s/ Luke P. Ihnen___*
Stephen A. Ferrell, TN BPR No. 025170
Luke P. Ihnen, TN BPR No. 035190
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Phone: (865) 637-7979
Fax: (865) 637-7999
Stephen_Ferrell@fd.org
Luke_Ihnen@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2026, a true and correct copy of the foregoing document was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

**/s/ *Luke P. Ihnen***
Like P. Ihnen
Assistant Federal Defender